Janine Jasso
P.O. Box 370161
El Paso, TX 79937
E-Mail: j9_jasso@yahoo.com
Plaintiff, IN PRO PER

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | CASE NO. 8:21-bk-11710-SC<br><br>**Chapter 7**<br><br>Adversary No. 8:21-ap-01096-SC |
| JANINE JASSO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | **MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND OTHER DATES TO CONSERVE COURT RESOURCES; DECLARATION OF JANINE JASSO IN SUPPORT THEREOF**<br><br>**Current Pre-Trial Conference**<br><br>Hearing: November 15, 2022<br>Time: 1:30 p.m.<br>Courtroom: 5C – Virtual<br><br>Motion for Partial Summary Judgment also being heard on 11.15.22, 1:30pm<br><br>**New Pre-Trial Conference**<br><br>Hearing: TBD<br>Time: 1:30 p.m.<br>Courtroom: 5C - Virtual |

TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

DEFENDANT AND HER AND TO ALL PARTIES ENTITLED TO RECEIVE NOTICE:

This Motion to Continue Pre-Trial Conference and Other Dates (the "Motion") is filed by Plaintiff, Janine Jasso ("Plaintiff"). This Motion is made with reference to the following recitals:

1. On or about July 9, 2021, Jamie Lynn Gallian ("Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. Plaintiff timely filed and served a First Amended Complaint (the "Complaint") in the above captioned adversary proceeding on November 16, 2021 (the "Adversary Proceeding").

3. The Adversary Proceeding was commenced pursuant to Rules 7001(4) and (6) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 523(a)(7) and (a)(2)(A) and 727(a)(3), (a)(4), and (a)(5)

4. On December 10, 2021, Debtor filed her answer to the Complaint [Docket No. 13].

5. On December 17, 2021, Debtor filed answers in pro per to the Complaint on behalf of the corporate defendants, J-Sandcastle Co LLC and J-Pad, LLC. [Docket Nos. 14, 15, 16, 17 and 18].

6. On September 20, 2022, Plaintiff moved the Court to strike the pro per answers and enter the default of business entity defendants, J-Sandcastle Co LLC and J-Pad, LLC, which was uncontested. [Docket 40.] On October 25, 2022, the Court granted Plaintiff's motion. [*See* the Court's October 25, 2022 Tentative Ruling; Declaration of Janine Jasso ("Jasso Decl."), ¶8.] Plaintiff lodged an order with the Court [Docket 53] and will shortly file a motion to request the defendants' default judgments. Plaintiff believes this is a dispositive motion for Plaintiff's second through fifth causes of action, which will conserve the Court's resources. Therefore, Plaintiff needs additional time to complete the default judgment process. [Docket 6, Plaintiff First Amended Complaint, pp. 15-22; Jasso Decl. ¶8.]

7. On September 29, 2022, Plaintiff moved the Court for a partial summary judgment regarding Plaintiff's first cause of action, the nondischargeable state criminal restitution order and judgment. [Docket 47.] This motion is scheduled to be heard by the Court on November 15, 2022 at 1:30 p.m. If granted, the motion is dispositive of the Plaintiff's first cause of action, which would also conserve Court resources. See Docket 6, Plaintiff First Amended Complaint, p. 15; Jasso Decl. ¶9.]

8. To protect Plaintiff and my family under the current restraining orders' no-contact orders, each party is required by the Court to prepare individual pre-trial conference statements. Plaintiff began preparing the statements in compliance with the Court's orders. I stopped when the Court granted the motion to strike the Defendant LLCs' answers and guidance from the Santa Ana Bankruptcy Clinic. They working on providing an attorney to assist me. The Debtor has not filed pre-trial conference statements. [Jasso Decl. ¶10-11.]

9. In the interest of efficiency for all the parties and for the Court, Plaintiff requests a continuance of the pre-trial conference for ninety (90) days or as the Court deems appropriate to allow Plaintiff to complete the proceedings related to the defendants' default judgments and the partial summary judgment of defendant, Jamie Lynn Gallian, which Plaintiff believes will resolve all of the causes of action for this case. [Jasso Decl. ¶12.]

10. This motion does not constitute a waiver of any rights.

**WHEREFORE,** based on the foregoing recitals, Plaintiff requests the hearing on the Pre-Trial Conference and related dates to be continued for ninety (90) days or as the Court deems appropriate.

DATED: November 1, 2022

_____
Janine Jasso
In Pro Per

3
MOTION TO CONTINUE PRE-TRIAL CONFERENCE

## DECLARATION OF JANINE JASSO

I, Janine Jasso, declare and state:

1.    I am over the age of eighteen (18), have personal knowledge of the facts stated herein and except as to those matters stated upon information and belief, I believe them to be true. I could and would testify to said facts if sworn as a witness in this proceeding.

2.    This declaration is in support of the Motion to Continue the Pre-Trial Conference (the "Motion").

3.    On or about July 9, 2021, Jamie Lynn Gallian ("Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

4.    I timely filed a First Amended Complaint (the "Complaint") in the above captioned adversary proceeding on November 16, 2021 (the "Adversary Proceeding").

5.    The Adversary Proceeding was commenced pursuant to Rules 7001(4) and (6) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 523(a)(7) and (a)(2)(A) and 727(a)(3), (a)(4), and (a)(5).

6.    On December 10, 2021, Debtor filed her answer to the Complaint [Docket No. 13].

7.    On December 17, 2021, Debtor filed J-Sandcastle Co LLC's and J-Pad, LLC's answers to the Complaint in pro per as the sole member of the corporate defendants. [Docket Nos. 14, 15, 16, 17 and 18].

8.    On September 20, 2022, I moved the Court to strike all of the answers of these two corporate defendants and request for their defaults to be entered. The motion was uncontested. The Court granted my motion on October 25, 2022. I am now preparing a motion for default judgment related to the Complaint's second through fifth causes of action, which I believe is a dispositive motion for these claims. Per this Court's request, I have asked for help from the Santa Ana Bankruptcy clinic. I was instructed to request a continuance of the

pre-trial conference so that the clinic could schedule an attorney to help me with the default judgment.

9. On September 29, 2022, I moved the Court for partial summary judgment regarding the Complaint's first cause of action regarding the California criminal restitution order and judgment. The Court is scheduled to hear this motion on November 15, 2022. The motion is uncontested. If the Court grants this motion, I believe is a dispositive motion for the Complaint's first cause of action.

10. In February 2022 and after (Docket Nos. 28, 34, 35), the Court ordered each party to complete individual pre-trial conference statements in compliance with the multiple restraining orders protecting me and my family from the Debtor. I began preparing pre-trial conference statements, but I stopped when the Court granted the motion to strike the answers of the Defendant LLCs as described in paragraph 8 above because of the need to file a motion for default judgment against parties in this case.

11. The convicted Debtor has not filed any individual pre-trial conference statements.

12. Based on paragraphs 8 and 9, above, I believe that all claims in this adversary case may be resolved without utilizing the court's resources for pre-trial hearings, evidentiary motions and a trial on the merits, which will conserve court resources.

I declare under penalty of perjury under the laws of the United States of America that all of the foregoing is true and correct.

Executed this 1st day of November 2022 at El Paso, Texas.

_/s/ Janine Jasso_
Janine Jasso

1  Janine Jasso
2  P.O. Box 370161
   El Paso, TX 79937
3  E-Mail: j9_jasso@yahoo.com
   Plaintiff, IN PRO PER

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | CASE NO. 8:21-bk-11710-SC |
| | **Chapter 7** |
| | **Adversary No. 8:21-ap-01096-SC** |
| JANINE JASSO, an individual, | **(PROPOSED) ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND OTHER DATES** |
| Plaintiff, | |
| v. | **Current Pre-Trial Conference** |
| JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, | Hearing: November 15, 2022<br>Time: 1:30 p.m.<br>Courtroom: 5C -Virtual. |
| | **New Pre-Trial Conference** |
| Defendants. | Hearing: February 28, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5C -Virtual. |

The Court having reviewed the motion to continue the pre-trial conference filed on November 1, 2022 as Docket No. 54, and for good cause appearing,

IT IS ORDERED:

1. The Motion is granted; and

1

2. The Pre-Trial Conference scheduled for November 15, 2022, at 1:30p.m. is hereby CONTINUED to February 28, 2023 at 1:30 p.m. in Courtroom 5C of the United States Bankruptcy Court.

###

Date: November    , 2022

                                                Scott C. Clarkson
                                                United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
7101 N. Mesa, Ste 355
El Paso, TX 79912

A true and correct copy of the foregoing document entitled (*specify*): **Motion to Continue Pre-Trial Conference and Other Dates to Conserve Court Resources; Declaration of Janine Jasso in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/01/2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. trustee, any trustee in this case, and to any attorneys who received service by NEF.

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _11/01/2022_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| DEBTOR AND DEFENDANT<br>JAMIE LYNN GALLIAN<br>16222 MONTEREY LANE, SPC 376<br>HUNTINGTON BEACH, CA 92649 | DEFENDANT J-PAD, LLC<br>ROBERT L MCLELLAND, CEO<br>16222 MONTEREY LANE, SPC 376<br>HUNTINGTON BEACH, CA 92649 | DEFENDANT J-SANDCASTLE CO LLC<br>RONALD J PIERPONT, CEO<br>16222 MONTEREY LANE, SPC 376<br>HUNTINGTON BEACH, CA 92649 |

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Document Delivery to Court Suspended General Order 21-05

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11-01-2022 | David Jasso | /s/ David Jasso |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             F 9013-3.1.PROOF.SERVICE