Janine Jasso
P.O. Box 370161
El Paso, TX 79937
E-Mail: j9_jasso@yahoo.com
Plaintiff, IN PRO PER

FILED & ENTERED

NOV 02 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | CASE NO. 8:21-bk-11710-SC |
| | Chapter 7 |
| | Adversary No. 8:21-ap-01096-SC |
| JANINE JASSO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, <br><br> Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE THE ANSWERS OF DEFENDANTS J-PAD, LLC AND J-SANDCASTLE CO LLC AND ENTRY OF DEFAULT** <br><br> Date: October 25, 2022 <br> Time: 1:30pm <br> Location 411 W Fourth St., Santa Ana, CA 92701 <br> Courtroom: 5C – Virtual <br><br> Pretrial Conference: November 15, 2022 |

On October 25, 2022, the Court considered the Motion to Strike Answers filed by Defendants J-Pad, LLC and J-Sandcastle Co LLC (collectively "Defendant LLCs") filed September 20, 2022 [Dk. 40] (the "Motion"), the docket as a whole, and finding good cause, hereby orders as follows:

1

The Motion is granted. The answers filed by Defendant J-Pad, LLC are stricken from the record (Docket nos. 16 and 17). The answers filed by Defendant J-Sandcastle Co LLC are stricken from the record (Docket nos. 14, 15, and 18). In accordance with these orders, the Court further orders the Clerk to enter the default of Defendant, J-Pad, LLC and enter the default of Defendant, J-Sandcastle Co LLC.

IT IS SO ORDERED.

###

Date: November 2, 2022

Scott C. Clarkson
United States Bankruptcy Judge