Janine Jasso
P.O. Box 370161
El Paso, TX 79937
E-Mail: j9_jasso@yahoo.com
Plaintiff, IN PRO PER

**FILED & ENTERED**

NOV 02 2022

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte      **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | CASE NO. 8:21-bk-11710-SC |
| | **Chapter 7** |
| | **Adversary No. 8:21-ap-01096-SC** |
| JANINE JASSO, an individual, | **ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE THE ANSWERS OF DEFENDANTS J-PAD, LLC AND J-SANDCASTLE CO LLC AND ENTRY OF DEFAULT** |
| Plaintiff, | |
| v. | |
| JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, | Date: October 25, 2022
Time: 1:30pm
Location 411 W Fourth St., Santa Ana, CA 92701
Courtroom: 5C – Virtual |
| Defendants. | Pretrial Conference: November 15, 2022 |

    On October 25, 2022, the Court considered the Motion to Strike Answers filed by Defendants J-Pad, LLC and J-Sandcastle Co LLC (collectively "Defendant LLCs") filed September 20, 2022 [Dk. 40] (the "Motion"), the docket as a whole, and finding good cause, hereby orders as follows:

1

1    The Motion is granted. The answers filed by Defendant J-Pad, LLC are stricken from

2    the record (Docket nos. 16 and 17). The answers filed by Defendant J-Sandcastle Co LLC are

3    stricken from the record (Docket nos. 14, 15, and 18). In accordance with these orders, the

4    Court further orders the Clerk to enter the default of Defendant, J-Pad, LLC and enter the

5    default of Defendant, J-Sandcastle Co LLC.

6    IT IS SO ORDERED.

7    ### 

8

...

24    Date: November 2, 2022                    Scott C. Clarkson
                                                United States Bankruptcy Judge