Janine Jasso
P.O. Box 370161
El Paso, TX 79937
E-Mail: j9_jasso@yahoo.com
Plaintiff, IN PRO PER

FILED & ENTERED

NOV 02 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | **CASE NO. 8:21-bk-11710-SC** |
| | **Chapter 7** |
| | **Adversary No. 8:21-ap-01096-SC** |
| JANINE JASSO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | **ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND ESTABLISHING MOTION CUTOFF DATE**<br><br>**Current Pre-Trial Conference**<br><br>Hearing: November 15, 2022<br>Time: 1:30 p.m.<br>Courtroom: 5C -Virtual.<br><br>**New Pre-Trial Conference**<br><br>Hearing: February 14, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5C -Virtual. |

The Court having reviewed the motion to continue the pre-trial conference filed on November 1, 2022 as Docket No. 54, and for good cause appearing, orders as follows:

1.  The Motion is granted;

2.  The Pre-Trial Conference scheduled for November 15, 2022, at 1:30 p.m. is hereby

1    CONTINUED to February 14, 2023, at 1:30 p.m.; and,

2    3.  All pre-trial motions, including motions for default judgment, must be heard and

3    resolved by no later than January 12, 2023.

4    IT IS SO ORDERED.

5    ###

Date: November 2, 2022

Scott C. Clarkson
United States Bankruptcy Judge