**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:  JAMIE LYNN GALLIAN

| | |
|---|---|
| **JANINE    JASSO** | Case No. 8:21-BK-11710-SC |
| **Plaintiff** | Hon.    Scott    C.    Clarkson |
| Vs. | CHAPTER    7 |
| **JAMIE LYNN GALLIAN** | ADV.    8:21-AP-01096 |
| **Defendant** | |

**MOTION FOR EXTENSION OF TIME**

Defendant, Jamie Lynn Gallian moves this Court to extend the time within which she may file the Response to the Motion for Summary Judgment filed by the Plaintiff. The deadline for filing dispositive Motions is December 15, 2012 and the Defendant would like to file the Response and her own dispositive motion by that date. Plaintiff, Janine Jasso, Esq. SBN 170188, is representing herself in this matter. Debtor is unable to contact Ms. Jasso, directly, due to a 10 yard restraining order in place.  Ms. Gallian is unable to contact Ms. Jasso to determine that she does not oppose this extension as evidenced by the approval of the Order.

Premises considered, the Defendant prays that they have until December 15, 2022 to respond to the Plaintiff's Motion for Summary Judgment.

Respectfully Submitted this 4th day of November, 2022.

*Jamie Lynn Gallian*
_____
Jamie Lynn Gallian,
Defendant, IN PRO PER

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing Motion for Extension and Proposed Order has been served upon Janine B. Jasso, Esq., Plaintiff, by electronic mail j9_jasso@yahoo.com on the 4th day of November, 2022.

*Robert McLelland*
Robert McLelland
bobwentflying@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

**In Re: JAMIE LYNN GALLIAN**                    Case No. 8:21-BK-11710-SC
        **Debtor**

                                                       CHAPTER      7

                                                       Adv. No. 8:21-AP-01096


**JANINE B. JASSO, ESQ.**

        **Plaintiff**

Vs.

**JAMIE   LYNN   GALLIAN**
        **Defendant**

AGREED ORDER

The Plaintiff and the Defendant agree that the Defendant shall have until December 15, 2022 to file a responsive pleading to the Plaintiff's Motion for Summary Judgment.

    SO ORDERED

###

APPROVED:

*Jamie Lynn Gallian*
JAMIE LYNN GALLIAN
Debtor, In Pro Per

_____
JANINE B. JASSO, Esq.
Plaintiff, In Pro Per
P.O. Box 370161
El Paso  TX  79937
SBN #170188