Janine Jasso
P.O. Box 370161
El Paso, TX 79937
E-Mail: j9_jasso@yahoo.com
Plaintiff, IN PRO PER

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | **CASE NO. 8:21-bk-11710-SC** |
| | **Chapter 7** |
| | **Adversary No. 8:21-ap-01096-SC** |
| JANINE JASSO, an individual, | **NOTICE OF ORDER GRANTING PLANTIFF'S MOTION TO STRIKE THE ANSWERS OF DEFENDANTS J-PAD, LLC AND J-SANDCASTLE CO LLC AND ENTRY OF DEFAULT** |
| Plaintiff, | |
| v. | |
| JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, | Hearing: October 25, 2022<br>Time: 1:30 p.m.<br>Courtroom: 5C -Virtual. |
| Defendants. | |

To All Parties of Record: Plaintiff hereby notifies the parties that on October 25, 2022, Plaintiff's Motion to Strike the Answers of Defendants J-Pad, LLC and J-Sandcastle Co LLC and Entry of Default was granted. The Court's Orders are attached (Dockets 55 and 56).

Date: November 7, 2022

_____
Janine Jasso
Pro Per

1

NOTICE OF ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE ANSWERS, ENTRY OF DEFAULT

Janine Jasso
P.O. Box 370161
El Paso, TX 79937
E-Mail: j9_jasso@yahoo.com
Plaintiff, IN PRO PER

**FILED & ENTERED**

NOV 02 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In Re: JAMIE LYNN GALLIAN

JANINE JASSO, an individual,

Plaintiff,

v.

JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive,

Defendants.

**CASE NO. 8:21-bk-11710-SC**

**Chapter 7**

**Adversary No. 8:21-ap-01096-SC**

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE THE ANSWERS OF DEFENDANTS J-PAD, LLC AND J-SANDCASTLE CO LLC AND ENTRY OF DEFAULT**

Date: October 25, 2022
Time: 1:30pm
Location 411 W Fourth St., Santa Ana, CA 92701
Courtroom: 5C – Virtual

Pretrial Conference: November 15, 2022

On October 25, 2022, the Court considered the Motion to Strike Answers filed by

Defendants J-Pad, LLC and J-Sandcastle Co LLC (collectively "Defendant LLCs") filed

September 20, 2022 [Dk. 40] (the "Motion"), the docket as a whole, and finding good cause,

hereby orders as follows:

1

1      The Motion is granted.  The answers filed by Defendant J-Pad, LLC are stricken from

2   the record (Docket nos. 16 and 17). The answers filed by Defendant J-Sandcastle Co LLC are

3   stricken from the record (Docket nos. 14, 15, and 18). In accordance with these orders, the

4   Court further orders the Clerk to enter the default of Defendant, J-Pad, LLC and enter the

5   default of Defendant, J-Sandcastle Co LLC.

6

7      IT IS SO ORDERED.

8                                                          # # #

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Date: November 2, 2022                    Scott C. Clarkson
                                              United States Bankruptcy Judge
25

26

27

28

1  Janine Jasso
   P.O. Box 370161
2  El Paso, TX 79937
   E-Mail: j9_jasso@yahoo.com
3  Plaintiff, IN PRO PER

```
┌─────────────────────────────┐
│      FILED & ENTERED        │
│                             │
│        NOV 02 2022          │
│                             │
│  CLERK U.S. BANKRUPTCY COURT│
│  Central District of California│
│  BY bolte      DEPUTY CLERK │
└─────────────────────────────┘
```

8          **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | **CASE NO. 8:21-bk-11710-SC** |
| | **Chapter 7** |
| | **Adversary No. 8:21-ap-01096-SC** |
| JANINE JASSO, an individual, | **ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE THE ANSWERS OF DEFENDANTS J-PAD, LLC AND J-SANDCASTLE CO LLC AND ENTRY OF DEFAULT** |
| Plaintiff, | |
| v. | |
| JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, | Date: October 25, 2022<br>Time: 1:30pm<br>Location 411 W Fourth St., Santa Ana, CA 92701<br>Courtroom: 5C – Virtual |
| Defendants. | Pretrial Conference: November 15, 2022 |

On October 25, 2022, the Court considered the Motion to Strike Answers filed by

Defendants J-Pad, LLC and J-Sandcastle Co LLC (collectively "Defendant LLCs") filed

September 20, 2022 [Dk. 40] (the "Motion"), the docket as a whole, and finding good cause,

hereby orders as follows:

1

1    The Motion is granted.  The answers filed by Defendant J-Pad, LLC are stricken from

2    the record (Docket nos. 16 and 17). The answers filed by Defendant J-Sandcastle Co LLC are

3    stricken from the record (Docket nos. 14, 15, and 18). In accordance with these orders, the

4    Court further orders the Clerk to enter the default of Defendant, J-Pad, LLC and enter the

5    default of Defendant, J-Sandcastle Co LLC.

6

7        IT IS SO ORDERED.

8                                      # # #

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: November 2, 2022                    Scott C. Clarkson
                                              United States Bankruptcy Judge
25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
7101 N. Mesa, Ste 355
El Paso, TX 79912

A true and correct copy of the foregoing document entitled (*specify*): __**Notice of Order Granting Plaintiff's Motion To Strike Answers of Defendants J-Pad, LLC and J-Sandcastle Co LLC and Entry of Default**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/07/2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. trustee, any trustee in this case, and to any attorneys who received service by NEF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _11/07/2022_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| DEBTOR AND DEFENDANT | DEFENDANT J-PAD, LLC | DEFENDANT J-SANDCASTLE CO LLC |
|---|---|---|
| JAMIE LYNN GALLIAN | ROBERT L MCLELLAND, CEO | RONALD J PIERPONT, CEO |
| 16222 MONTEREY LANE, SPC 376 | 16222 MONTEREY LANE, SPC 376 | 16222 MONTEREY LANE, SPC 376 |
| HUNTINGTON BEACH, CA 92649 | HUNTINGTON BEACH, CA 92649 | HUNTINGTON BEACH, CA 92649 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __11/7/2022_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Document Delivery to Court Suspended General Order 21-05

Courtesy copy: Aaron E. de Leest, Esq. via email adeleest@danninggill.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11-07-2022 | David Jasso | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.