**FILED & ENTERED**

NOV 08 2022

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian<br><br><br><br>Debtor(s).<br>Janine Jasso<br><br>Plaintiff(s),<br>  v.<br><br>Jamie Lynn Gallian<br><br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  8:21-bk-11710-SC<br>Adv No:   8:21-ap-01096-SC<br><br>**ORDER CONTINUING HEARING**<br><br>Date:         November 15, 2022<br>Time:         1:30 PM<br>Courtroom: 5C |

    The Court has considered the Motion for Extension of Time filed November 4, 2022 [Dk. 58], and hereby GRANTS the motion, as follows:

    The hearing on the Motion for Partial Summary Judgment, filed September 29, 2022, is hereby CONTINUED from November 15, 2022, at 1:30 p.m. to December 13, 2022, at 1:30 p.m.

-1-

1 | Debtor's opposition is due by no later than November 21, 2022. Plaintiff's reply is
2 | due by no later than December 5, 2022.
3 |     IT IS SO ORDERED.

25 | Date: November 8, 2022

Scott C. Clarkson
United States Bankruptcy Judge