Janine Jasso
P.O. Box 370161
El Paso, TX 79937
E-Mail: j9_jasso@yahoo.com
Plaintiff, IN PRO PER

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | **CASE NO. 8:21-bk-11710-SC** |
| | **Chapter 7** |
| | **Adversary No. 8:21-ap-01096-SC** |
| JANINE JASSO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | **DECLARATION OF JANINE JASSO IN SUPPORT OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENTS AGAINST DEFENDANTS J-PAD, LLC AND J-SANDCASTLE CO LLC AND PLAINTIFF'S BRIEF IN SUPPORT THEREOF**<br><br>[Notice of Motion and Motion for Entry Of Default Judgments; Plaintiff's Brief In Support for Default Judgments of Defendants J-PAD LLC and J-SANDCASTLE CO LLC Filed Concurrently Herewith]<br><br>Hearing: January 11, 2022<br>Time: 11 a.m.<br>Courtroom: 5C-Virtual. |

I, JANINE JASSO, declare as follows:

    1.    I am an individual, over the age of eighteen and the Plaintiff in the above-entitled

1

1    action.  At all relevant times, I have been a Board member of The Huntington Beach Gables

2    Homeowners Association ("HOA" or "Association").  I have personal knowledge of the facts

3    stated herein and except as to those matters stated upon information and belief, I believe them to

4    be true. I could and would testify to said facts if sworn as a witness in this proceeding.

5          2.      I make this declaration ("Declaration") in support of my Motion for Entry of

6    Default Judgments of Defendant J-PAD, LLC ("JP LLC") and Defendant J-SANDCASTLE CO

7    LLC ("JSC LLC") (collectively "Defendant LLCs") ("Motion") filed concurrently herewith.

8
          3.      Plaintiff timely filed a First Amended Complaint

9
          4.      Capitalized terms not defined in this Declaration have the meaning ascribed to

10   them in the Motion.

11
          5.      I was injured by the Defendant LLCs which Debtor used to do ongoing

12   fraudulent transfers in order to hinder, delay and/or defraud me from collecting the civil

13
     judgment ordered since 2018, FAC DK 6 Exhibit 4, in the amount of approximately $67,550.65
14
15   (the civil judgment plus interest), which is the original judgment debt, plus interest. The criminal

16   restitution judgment was ordered non-dischargeable pursuant to Plaintiff FAC's First Cause of

17   Action on December 19, 2022.  [DK 85].  The criminal restitution judgment debt is

18   approximately $14,630 (the criminal restitution judgment plus interest), FAC DK 6 Exhibit 3, is

19   incorporated by reference in the FAC's Claims 2-5.  The judgments are included in this Motion

20   to request the Court to add the Defendant LLCs as additional judgment debtors to these

21
     judgments.
22
23        6.      I have communicated with the Trustee's legal counsel regarding this Motion to

24   explain that it is not my intention to obtain bankruptcy estate assets with this Motion, but only to

25   ensure that I am able to collect against any post-petition assets held by the Defendant LLCs that

26   are unrelated to bankruptcy estate assets or are abandoned bankruptcy estate assets by the

27

28

DECLARATION OF JANINE JASSO ISO OF MTN FOR ENTRY OF DEFAULT JUDGMENTS OF DEFENDANT LLCS

Trustee.  I have also agreed to continue communication with the Trustee's counsel to ensure that any of my future collection efforts abide by the bankruptcy rules.

7.      I declare that Paragraphs 1-204 of Plaintiff's Brief In Support of Motion for Default Judgments of Defendants J-PAD LLC and J-SANDCASTLE CO LLC are incorporated here by reference as if each paragraph has been declared individually here. The paragraphs incorporated herein are a chronology of the facts related to my Motion.

**Please take judicial notice of the following exhibits related to my Brief in support my Motion for Entry of the Defendant LLCs Default Judgments:**

8.      Plaintiff's First Amended Complaint Docket 6.

9.      Defendant Jamie Lynn Gallian's ("Defendant" or "Debtor") Answer to the First Amended Complaint Docket 13.

10.      Debtor's Form F 1007-4, Corporate Ownership Statement Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4 Docket 29.

11.      A true and correct copy of Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support filed by Houser Bros Co., Chapter 7 main Bankruptcy Case No. 8:21-bk-11710-SC attached as **Exhibit 1**.

12.      A true and correct copy of the Orange County Parcel Map for Tract 10542 attached as **Exhibit 2**.

13.      A true and correct copy of the Court Transcript of the July 20, 2017 Elder Abuse Restraining Order Hearing on the merits for *Sandra Bradley v. Jamie Gallian*, OCSC Case No. 2017-00924559 which was granted, attached as **Exhibit 3**.

14.      A true and correct copy of the state court's Minute Order dated November 8, 2018 quashing Debtor's Service of the Summons and Cross-Complaint of Cross-Complainant

Jamie L. Gallian by Cross-Defendants LPL Management Corp., Asset Management Group,

and Hugh M Saddington, ordered in Case No. 30-2017-00913985, *The Huntington Beach*

*Gables HOA v. Bradley, Gallian, et al.*, which were the owners of the landlord/lessor, BS

Investors, of all 80 condominiums subleases in the HOA attached as **Exhibit 4**.

15.    A true and correct copy of Defendants' Revised Trial Brief filed May 3, 2002 in

*Houser Bros Co., BS Investors, LLC v. Lasser, et. al.*, OCSC Case No. 00CC09649 attached as

**Exhibit 5**.

16.    A true and correct copy of the Declaration of Kevin Jannak, Alternative Dispute

Resolution exhibit 41 for the case of <u>Randall Nickel v. The Huntington Beach Gables</u>

<u>Homeowner's Association</u> attached as **Exhibit 6**.

17.    A true and correct copy of the state court's Order for Preliminary Injunction

filed January 11, 2018, Case No. 30-2017-00913985, *The Huntington Beach Gables HOA v.*

*Bradley, Gallian, et al.* attached as **Exhibit 7**.

18.    A true and correct copy of the state court's Minute Order Dated September 7,

2018, Case No. 30-2017-00913985, *The Huntington Beach Gables HOA v. Bradley, Gallian,*

*et al.* attached as **Exhibit 8**.

19.    A true and correct copy of the state court's Minute Order Dated September 27,

2018, Case No. 30-2017-00913985, *The Huntington Beach Gables HOA v. Bradley, Gallian,*

*et al.* attached as **Exhibit 9**.

20.    A true and correct copy of the state court's Abstract of Judgment entered for

Debtor's unpaid discovery sanctions under Exhibit 9, above, attached as **Exhibit 10**.

21.    A true and correct copy of David Flyer's Letter dated August 27, 2018 attached

as **Exhibit 11**.

22.    A true and correct copy of the opinion of the California Appellate Court 4th

4

District, Division 3, *Gallian v. Gragnano, et al.*, Case No. G057198 (unpublished), dated

September 15, 2020 attached as **Exhibit 12**.

23.    A true and correct copy of the HOA Open Board Minutes Dated December 9,

2017 approving the HOA borrowing of reserve funds to pay legal expense to bring the 4476

Alderport condo into compliance with the governing documents, HOA Open Board Minutes

Dated August 13, 2018 approving the lien for Debtor's outstanding delinquent assessments,

Notice of Delinquent Assessments approved on August 13, 2018 attached as **Exhibit 13.**

24.    A true and correct copy of the HOA Litigation Disclosure Letters Dated June 7,

2017, July 2, 2018, August 29, 2018, and February 27, 2019 attached as **Exhibit 14**.

25.    A true and correct copy of the Debtor's email to the HOA Management dated

November 1, 2018 attaching emails from Ms. Shoats and Ms. Kapsal attached as **Exhibit 15**.

26.    A true and correct copy of the Randall Nickel Deposition dated March 16, 2021

attached as **Exhibit 16**.

27.    A true and correct copy of Mr. Nickel's Second Verified Amended Complaint,

*Nickel v. The Huntington Beach Gables HOA*, *et. al.*, OCSC Case No 30-20-01163055, dated

July 26, 2021 attached as **Exhibit 17**.

28.    A true and correct copy of the Orange County, CA Recorder's Office List of

Properties of Randall Lee Nickel, Grant Deed Condo Unit 56 in San Bernardino, CA in an hoa

that R Nickel purchased in 2016, Grant Deed of real property in San Bernardino, CA that R

Nickel sold in 2008 attached as **Exhibit 18**.

29.    A true and correct copy of Debtor's updated copy of Old Republic Preliminary

Title Report dated October 16, 2018, and certified copy on 11.10.22 of TD Bank Abstract of

Judgment originally recorded on March 9, 2017 attached as **Exhibit 19**.

30.    A true and correct copy of November 1, 2018 Court Transcript regarding the

Plaintiff's motion for attorney's fees attached as **Exhibit 20A.**

31.    A true and correct copy of the HOA Attorney Pejman Kharrazian Email to Mr. Nickel dated November 5, 2018 with attachments attached as **Exhibit 20B**.

32.    A true and correct copy of the unrecorded Nickel-JP LLC Assignment of the Sublease dated October 30, 2018 and Nickel's Two Cashiers Checks payable to Debtor dated October 31, 2018 faxed by Mr. Nickel on November 7, 2018 to HOA attorney, Pejman Kharrazian, as his claimed proof of purchase attached as **Exhibit 21**.

33.    A true and correct copy of Debtor's Appellant's Opening Brief dated June 22, 2020 filed in Debtor's appellate case appealing the state court's terminating sanctions order attached as **Exhibit 22**.

34.    A true and correct copy of Jasso-Nickel Emails dated March 20, 2019, sent via the HOA administrative manager, Linn Joslyn, after court ordered terminating sanctions in favor of the HOA attached as **Exhibit 23**.

35.    A true and correct copy of the Recorded First Amendment to the 4476 Alderport condo unit 53 sublease attached as **Exhibit 24**.

36.    A true and correct copy of the Debtor's Alliant Credit Union Statement dated October 31, 2018 attached as **Exhibit 25**.

37.    A true and correct copy of the Debtor's Bank of America Personal Account ending in #9338 dated November 16, 2018 attached as **Exhibit 26**.

38.    A true and correct copy of the Application and Order for Appearance and Examination dated March 4, 2021, against Debtor in the civil case listed in number 17, supra, attached hereto as **Exhibit 27**.

39.    A true and correct copy of the Docket for Debtor's Appeal, Case No. 30-2019-01119765, *People v. Gallian*, criminal convictions, and Docket for Debtor's Appeal, Case No.

30-21-01189657, *People v. Gallian*, criminal restitution order and judgment, attached as **Exhibit 28**.

40.    A true and correct copy of the Bank Levy against Debtor's bank dated June 28, 2019 and executed by the Sherriff on October 11, 2019 attached as **Exhibit 29**.

41.    A true and correct copy of the Well Fargo Bank Response Dated March 31, 2022 for Nickel's Wells Fargo Bank cashier's check payable to Debtor dated October 31, 2018 attached as **Exhibit 30**.

42.    A true and correct copy of the Debtor's Chase Signature Card for Personal Accts ending in #7891 and #0186; Chase PCS Acct #7891 Nov-Dec 2018 Statements; Chase PCC Acct #0186 Nov. 2018 Statement attached as **Exhibit 31**.

43.    A true and correct copy of the Chart 32 I created of Debtor's November 3, 2018 Fifteen Cashier's Checks from the subpoenaed Chase bank records for Debtor and Defendant LLCs attached as **Exhibit 32**.

44.    A true and correct copy of the Defendant JSC LLC Chase Acct #7860 Signature Card and Chase Acct #7860 November 2018 Statement attached as **Exhibit 33**.

45.    A true and correct copy of the Chart 34 I created of Defendant JSC LLC's November 16, 2018 One Cashier's Check and 16 of 17 Defendant JSC LLC Chase #7860 November 8, 2018 Cashier's Checks attached as **Exhibit 34**.

46.    A true and correct copy of the 341a Hearing Meeting of Creditor's Transcript dated October 14, 2021 attached as **Exhibit 35**.

47.    A true and correct copy of the Chart 36 I created of Defendant JSC LLC's Chase Acct #7860 November 16, 2018 Four Cashier's Check Payable to Lisa Ryan totaling $170,000; Debtor's JSC LLC's Chase Acct #7860 withdrawal of $170,000 and copies of these four cashier's checks attached as **Exhibit 36**.

7

48.     A true and correct copy of the Defendant JSC LLC's Chase Acct #7860 November 8, 2018 One Cashier's Check Payable to Jamie Gallian in the amount of $5,000, endorsed by Debtor and cashed at Chase bank on November 13, 2018 attached hereto as **Exhibit 37**.

49.     A true and correct copy of the Defendant JSC LLC's Chase Acct #7860 November 8, 2018 One Cashier's Check Payable to Jamie Gallian in the amount of $10,000, endorsed by Debtor and cashed at Chase bank on November 26, 2018 attached hereto as **Exhibit 38**.

50.     A true and correct copy of the Chart 39 I created of Defendant PCC Chase Acct #0186 November 3, 2018 and November 17, 2018 Nine Cashier's Check Payable to Jamie Gallian totaling $88,743 attached as **Exhibit 39**.

51.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 Chase Acct #7860 December 2018 Statement attached as **Exhibit 40**.

52.     A true and correct copy of the Debtor's PCC Chase #0186 December 2018 Statement with deposit of $20,000 cashier's check payable to Lisa Ryan endorsed by Debtor attached as **Exhibit 41**.

53.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 April 2019 Statement attached as **Exhibit 42**.

54.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 May 2019 Statement attached as **Exhibit 43**.

55.     A true and correct copy of the Debtor's subpoenaed Fidelity IRA account statements May 2019-September 2019 Statements attached as **Exhibit 44**.

56.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 June 2019 Statement attached as **Exhibit 45**.

57.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 July 2019 Statement attached as **Exhibit 46**.

58.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 August 2019 Statement attached as **Exhibit 47**.

59.     A true and correct copy of the Defendant JSC Chase Acct #7860 September 2019 Statement attached as **Exhibit 48**.

60.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 October 2019 Statement attached as **Exhibit 49**.

61.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 November 2019 Statement attached as **Exhibit 50**.

62.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 December 2019 Statement attached as **Exhibit 51**.

63.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 January 2020 Statement attached as **Exhibit 52**.

64.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 February 2020 Statement attached as **Exhibit 53**.

65.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 March 2020 Statement attached as **Exhibit 54**.

66.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 May and June 2020 Statements attached as **Exhibit 56**.

67.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860 July 2020 Statement and Fidelity United Airlines 401k Plan processing of distribution July 23, 2020 attached as **Exhibit 56**.

68.     A true and correct copy of the Defendant JSC LLC Chase Acct #7860

9

September 2020 Statement attached as **Exhibit 57**.

69.    A true and correct copy of the Defendant JSC LLC Chase Acct #7860

December 2020 Statement attached as **Exhibit 58**.

70.    A true and correct copy of the Defendant JSC LLC Chase Acct #7860 January

2021 Statement attached as **Exhibit 59**.

71.    A true and correct copy of the Defendant JSC LLC Chase Acct #7860 February

2021 Statement through August 2021 Statement attached as **Exhibit 60**.

72.    A true and correct copy of the Defendant JP LLC BofA Acct #1274 deposit

with Defendant JSC LLC Chase Acct #7860 August 16, 2019 cashier's check as **Exhibit 61**.

73.    A true and correct copy of the Defendant JP LLC BofA Acct #1274 Signature

Card and BofA Acct #1274 August 2019 Statement attached as **Exhibit 62**.

74.    A true and correct copy of the Defendant JP LLC BofA Acct #1274 September

2019 Statement and Debtor's personal Alliant Credit Union September 2019 statement

attached as **Exhibit 63**.

75.    A true and correct copy of the Defendant JP LLC BofA Acct #1274 November

2019 Statement attached as **Exhibit 64**.

76.    A true and correct copy of the Defendant JP LLC BofA Acct #1274 December

2019 Statement attached as **Exhibit 65**.

77.    A true and correct copy of the Defendant JP LLC BofA Acct #1274 January

2020 Statement and copies of two personal bail payments of $5,000 and $7,500, respectively,

attached as **Exhibit 66**.

78.    A true and correct copy of the Defendant JP LLC BofA Acct #1274 March,

2021, July 2021 and November 2021 Statements attached as **Exhibit 67**.

79.    A true and correct copy of the Debtor's personal Fidelity IRA rollover account

DECLARATION OF JANINE JASSO ISO OF MTN FOR ENTRY OF DEFAULT JUDGMENTS OF DEFENDANT LLCS

July-September 2021 statement attached as **Exhibit 68**.

80.    A true and correct copy of Plaintiff's UCC judgment lien filed with the California's Secretary of State against Debtor on July 23, 2020 attached as **Exhibit 69**.

81.    A true and correct certified copy of Debtor Jamie Lynn Gallian's Deposition in the main bankruptcy case no. 8:21-bk-11710-SC dated June 23, 2021 attached here to as **Exhibit 70**.

82.    A true and correct certified copy of Debtor Jamie Lynn Gallina's Deposition in the Nickel v. The Huntington Beach Gables HOA, OCSC Case No. 30-20-01163055 dated April 20, 2021 attached hereto as **Exhibit 71**.

83.    A true and correct copy of the 341a Hearing Meeting of Creditor's Transcript dated August 18, 2021 attached as **Exhibit 72**.

84.    Therefore, I assert that my first claim for relief under my Adversary Case is a non-dischargeable criminal restitution order.

85.    Based on the Motion and my declaration and exhibits, I respectfully request that the Court order default judgments of Defendant JP LLC and Defendant JSC LLC in my favor on my First Amended Complaint's Second-Fifth Causes of Action, find Defendant LLCs are the alter-egos of Debtor and add them as named judgment debtors to my civil and criminal judgments, permission to continue with collection of these debts in state court regarding non-bankruptcy estate assets and any other relief the Court determines.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 28, 2022, at El Paso, Texas.

*Janine Jasso*
Janine Jasso

DECLARATION OF JANINE JASSO ISO OF MTN FOR ENTRY OF DEFAULT JUDGMENTS OF DEFENDANT LLCS

# EXHIBIT 1

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Movant and Creditor,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>      Debtor. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF D. EDWARD HAYS IN SUPPORT<br><br>Date:   June 2, 2022<br>Time:  10:30 a.m.<br>Ctrm:  5A[1]<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701 |

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE

DEBTOR, AND ALL INTERESTED PARTIES:

      PLEASE TAKE NOTICE that on June 2, 2022, at 10:30 a.m., in Courtroom 5A, of the

United States Bankruptcy Court, the Motion objecting to Debtor's claimed homestead exemption

("Motion"), filed by Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros.")

---

[1] To continue to aid in the mitigation of the spread of the COVID-19 virus and in light of the response of the Bar to continue virtual appearances, Judge Smith will continue to hold the majority of her hearings remotely using ZoomGov audio and video. However, beginning September 1, 2021, Judge Smith will allow the option for in-person hearings and/or hybrid proceedings for trial and evidentiary hearings only.

will be heard. The Motion is based upon this notice of motion, the Motion, and memorandum of

points and authorities in support thereof, the Declaration of D. Edward Hays, the pleadings and files

in the Debtor's bankruptcy case, and upon such further oral and documentary evidence as may be

presented to the Court in support of the Motion.

PLEASE TAKE FURTHER NOTICE that any response to the Motion must be in the form as

required by Local Bankruptcy Rule 9013-1(f) and filed with the Clerk of the above-entitled Court no

later than 14 days prior to the hearing date set forth above, and a copy served on Marshack Hays

LLP to the attention of D. Edward Hays, Laila Masud, and Bradford N. Barnhardt at the address

indicated above. A copy of any response must also be served on the Office of the United States

Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, CA 92701.

DATED: May 12, 2022                    MARSHACK HAYS LLP

                                            /s/ D. Edward Hays
                              By: _____
                                    D. EDWARD HAYS
                                    LAILA MASUD
                                    BRADFORD N. BARNHARDT
                                    Attorneys for Movant and Creditor,
                                    HOUSER BROS. CO. dba RANCHO DEL
                                    REY MOBILE HOME ESTATES

NOTICE OF MOTION AND         JASSO DECL. PAGE - 0014         CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

# TABLE OF CONTENTS

1.    SUMMARY OF ARGUMENT ................................................................................3

2.    FACTUAL BACKGROUND ................................................................................4

    A.    Procedural Background ................................................................................4

        i.    Debtor's Schedules ................................................................4

        ii.    Debtor's Bank Statements and HCD Title Searches ..................................5

        iii.    HCD Title Transactions ................................................................7

        iv.    Attempted Payments to Houser Bros. ..........................................8

3.    LEGAL ARGUMENT ................................................................................9

    A.    A debtor may only exempt property that is property of the estate ...........................9

    B.    Homestead Exemption ................................................................................9

    C.    Burden of Proof ................................................................................11

    D.    Because J-Sandcastle LLC was the Property's owner of record on the Petition Date, the Property did not become property of the estate subject to any exemption. ................................................................................12

    E.    Alternatively, § 522(p) imposes a $170,350 cap on any exemption Debtor can claim in the Property. ................................................................................15

4.    CONCLUSION ................................................................................16

DECLARATION OF D. EDWARD HAYS ................................................................................18

# TABLE OF AUTHORITIES

## CASES

*Abrahim & Sons Enters. v. Equilon Enters.*,
    292 F.3d 958, 963 (9th Cir. 2002) ................................................................................3, 9

*Diaz v. Kosmala (In re Diaz)*,
    547 B.R. 329, 334 (B.A.P. 9th Cir. 2016) ................................................................................10

*Diaz v. Kosmala (In re Diaz)*,
    547 B.R. 329, 336-37 (B.A.P. 9th Cir. 2016) ................................................................................12

*Harrington v. Ainsworth (In re Harrington)*,
    2005 Bankr.LEXIS 3379, at *8 (B.A.P. 9th Cir. Aug. 22, 2005) ............................................ 10

*In re Farokhirad*,
    8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021) ..................... 9, 11, 14, 15

*In re Narita*,
    2008 Bankr.LEXIS 5174, at *11 (Bankr. D. Nev. Jan. 10, 2008) .......................................... 16

*In re Reade*,
    2014 Bankr.LEXIS 1391, at *10 (Bankr. C.D. Cal. Mar. 28, 2014) ...................................... 10

*In re Sain*,
    584 B.R. 325, 328 (Bankr. S.D. Cal. 2018) ................................................................... 9, 10, 12

*In re Tallerico*,
    532 B.R. 774, 780 (Bankr. E.D. Cal. 2015) ...................................................................... 11, 12

*Kelley v. Locke (In re Kelley)*,
    300 B.R. 11, 17, 20 (B.A.P. 9th Cir. 2003) ......................................................................... 10

*McBeth v. Karr (In re Karr)*, 2006 Bankr.LEXIS 4801, at *15-17 n.3 (B.A.P. 9th Cir.
    Oct. 2, 2006) .................................................................................................................... 12

*Owen v. Owen*,
    500 U.S. 305 (1991) .......................................................................................................... 3, 9

*Phillips v. Gilman (In re Gilman)*,
    887 F.3d 956, 964 (9th Cir. 2018) .......................................................................................... 16

*Schaefers v. Blizzard Energy, Inc.*
    *(In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020) ...................................... 9, 11, 15

*Schaefers v. Blizzard Energy, Inc.*
    *(In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020) ................................................... 3

## STATUTES

11 U.S.C. § 522 .............................................................................................................................. 9

11 U.S.C. § 522(b) ....................................................................................................................... 3, 9

11 U.S.C. § 522(b)(3)(A) ............................................................................................................... 15

11 U.S.C. § 522(c) ....................................................................................................................... 3, 9

11 U.S.C. § 522(g) .......................................................................................................................... 3

NOTICE OF MOTION AND    JASSO DECL. PAGE - 0016    CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

11 U.S.C. § 522(p) ............................................................................................ 15, 16

11 U.S.C. § 522(p)(1). ............................................................................................. 15

11 U.S.C. § 704.730 ................................................................................................. 16

11 U.S.C. § 704.740(a) ............................................................................................ 10

11 U.S.C. § 704.740(b) ............................................................................................ 10

Cal. Code Civ. P. § 703.130 .................................................................................... 16

Cal. Code Civ. P. § 704.710(c) ................................................................................ 11

Cal. Code Civ. P. § 704.720(a) ................................................................................ 10

Cal. Code Civ. Proc. § 704.710(a)(2) ..................................................................... 11

CCP § 704.730 ............................................................................................... 9, 11, 15

CCP § 704.780(a) ..................................................................................................... 12

CCP § 704.780(a)(1) ................................................................................................ 11

CCP §§ 704.710-704.850 ........................................................................................... 9

CCP §§ 704.910-704.995 ........................................................................................... 9

CCP 704.730(a) ........................................................................................................ 10

**OTHER AUTHORITIES**

4 COLLIER ON BANKRUPTCY P 522.13[1] (2022) ...................................................... 15

4 COLLIER ON BANKRUPTCY P 522.13[1] (2022). ..................................................... 15

**RULES**

Rule 4003(c) ............................................................................................................. 12

NOTICE OF MOTION AND      JASSO DECL. PAGE - 0017      CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

# Memorandum of Points and Authorities

## 1.    Summary of Argument

A debtor may only exempt property that constitutes property of the estate.[2] Assets owned by an LLC are not assets of an LLC's member's bankruptcy estate. *Abrahim & Sons Enters. v. Equilon Enters.*, 292 F.3d 958, 963 (9th Cir. 2002) ("Once members contribute assets to an LLC, those assets become capital of the LLC and the members lose any interest they had in the assets."). As a result, the Ninth Circuit Bankruptcy Appellate Panel has denied a claimed homestead exemption in a residence owned by an LLC in which the debtor was a member. *Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020). This is the exact situation presented by this case.

Specifically, Debtor resides in a manufactured home which she has claimed as exempt. But, Debtor did not acquire title to the manufactured home in her name. Instead, she readily admits that she transferred title to the manufactured home to an LLC in which she was a member. Because property of the estate includes only the LLC interest - and <u>not</u> the manufactured home owned by the LLC - Debtor's claim of exemption must be disallowed.

Further, there is purportedly a lien against the manufactured home held by one of Debtor's other LLCs which is subject to avoidance as fraudulent. Indeed, Debtor has a litigious history and a long line of creditors. Her actions in fraudulently transferring title to her manufactured home to one LLC and separately subjecting its value to phony liens held by another LLC prevent her from claiming a homestead exemption. To the extent the Trustee (1) recovers or brings the property into the estate by way of an avoidance action or by dissolving the LLC and distributing the assets to its member(s); or (2) avoids, recovers, and preserves such liens, the estate will obtain the benefit of the liens and Debtor will similarly be barred from claiming any exemption in such recovery under 11 U.S.C. § 522(g).

---

[2]  11 U.S.C. § 522(b) (providing that "an individual debtor may exempt ***from property of the estate***…") (emphasis added); *see also Owen v. Owen*, 500 U.S. 305 (1991) ("Property that is properly exempted under § 522 is (with some exceptions) immunized against liability for prebankruptcy debts. § 522(c). No property can be exempted (and thereby immunized), however, unless it first falls *within* the bankruptcy estate.") (emphasis in original).

3

The benefits of bankruptcy including discharge and exemptions are for the honest, but unfortunate debtor. Debtor must now suffer the consequences of her pre-bankruptcy conduct in attempting to shelter her property from creditors. Because Debtor cannot meet her burden of proof to establish a homestead, this court must decide whether to disallow it.

## 2.    Factual Background

### A.    Procedural Background

On July 9, 2021 ("Petition Date"), Jamie Lynn Gallian ("Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code. On the same date, Ms. Gallian filed her initial Schedules and Statements ("Original Schedules"). A true and correct copy of the Original Schedules is attached to the Declaration of D. Edward Hays ("Hays Declaration") as **Exhibit 2.**

As set forth below, on the Petition Date, the registered title owner of the manufactured home located at 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649 ("Property") was J-Sandcastle Co, LLC ("J-Sandcastle LLC") subject to liens purportedly held by the legal owners, J-Pad, LLC and Ron Pierpont ("Mr. Pierpont"). Debtor's Schedules further reflect that she was the 100% owner of J-Sandcastle LLC. Because the LLC (and not Debtor) was the owner of the manufactured home on the Petition Date, the Property was not property of the Estate, and Debtor is not entitled to a homestead exemption.

#### i.    Debtor's Schedules

Since filing her Original Schedules on the Petition Date, Debtor has filed **_nine_** additional sets of amended schedules. The various Schedules present an ever-evolving and inconsistent picture of the ownership of the Property on the Petition Date, as well as Debtor's interest in J-Sandcastle LLC (the owner of the home) and J-Pad, LLC (the purported secured creditor). Debtor's Original Schedules, filed on the Petition Date, provided as follows: "Registered Title with HCD[3] Debtor's single member LLC, J-Sandcastle Co, LLC." Debtor further scheduled a 100% interest in J-Sandcastle LLC, noting that its "Purpose is to hold Registered title with HCD, to Debtor's primary

---

[3] HCD is the Department of Housing and Community Development which issues certificates of title for manufactured homes.

4

residence." And, Debtor scheduled a 33.33% interest in J-Pad, LLC, noting that its "only purpose is to hold a note and UCC-1 filing on Debtor's primary residence."

Since filing the Original Schedules, Debtor has amended them multiple times to allege that she was the registered owner of the Property on the Petition Date, with her interest perfected with the California Department of Housing and Community Development ("HCD") on February 25, 2021. Debtor's most recently filed Schedule C claims a $600,000 exemption in the Property pursuant to § 704.730 of the California Code of Civil Procedure ("CCP"). Attached as Exhibit "1" is a table reflecting the information contained in Debtors' multiple sets of amended schedules. Attached as Exhibits "2" through "11", are the Debtor's Schedules, Dk. Nos. 1, 15, 16, 17, 22, 37, 38, 39, 42, 72, and 75[4].

On March 16, 2022, as Docket No. 77, Debtor filed a "Corporate Ownership Statement . . ." indicating that on November 22, 2021, she filed with the California Secretary of State certificates of cancellation for both J-Pad, LLC and J-Sandcastle LLC (which actions exercised control over estate property without Court authorization).

## ii.    Debtor's Bank Statements and HCD Title Searches

According to records of the California Department of Housing and Community Development ("HCD"), on November 1, 2018, the Property was transferred to J-Sandcastle LLC as registered owner, with a "Pending Reg Card" as of January 18, 2019 ("Jan. 18, 2019, Title Search"). A true and correct copy of the Jan. 18, 2019, Title Search is attached to the Hays Declaration as **Exhibit 12.** The Property was transferred to J-Sandcastle LLC from Lisa T. Ryan. A true and correct copy of a release form dated November 1, 2018 ("Ryan Release Form"), is attached to the Hays Declaration as **Exhibit 13.** A true and correct copy of an HCD "Notice of Sale or Transfer" from Lisa Ryan to J-Sandcastle LLC on November 1, 2018 ("Notice of Sale"), is attached to the Hays Declaration as **Exhibit 14.**[5]

---

[4] The Chart attached as Exhibit 1, reflects the various differences between the Original Schedules on the Petition Date and the amended Schedules.

[5] Debtor used her personal funds to purchase the Property but put title in the name of the J-Sandcastle LLC which transfer was avoidable as an actual and constructive fraudulent transfer.

1    As of July 23, 2020, the Property's registered owner was J-Sandcastle LLC per a transfer on

2  November 1, 2018, with "Last Title Date" and "Last Reg Card" as January 19, 2019 ("July 23, 2020,

3  Title Search"). A true and correct copy of the July 23, 2020, Title Search is attached to the Hays

4  Declaration as **Exhibit 15.**

5    On February 18, 2021, Debtor submitted an $81 debit card payment to the HCD. A true and

6  correct copy of Debtor's bank statements is attached to the Hays Declaration as **Exhibit 16.**

7    As of June 7, 2021, about a month before the Petition Date, the Property's registered owner

8  remained J-Sandcastle LLC per a November 1, 2018, transfer, with "Last Title Date" and "Last Reg

9  Card" as February 24, 2021 ("June 7, 2021, Title Search"). A true and correct copy of the June 7,

10  2021, Title Search is attached to the Hays Declaration as **Exhibit 17.** The Property's "Legal

11  Owner[s]" were Pierpont and J-Pad LLC as tenants in common, with "Lien Perfected On: 08/20/20."

12  *Id.*

13    On July 9, 2021, Debtor commenced this bankruptcy case. The evidence is clear that title on

14  the Petition Date was J-Sandcastle and not Debtor.

15    On July 18, 2021, Debtor submitted a $116 debit card payment to the HCD. Hays

16  Declaration Ex. 16 at 137.

17    On July 20, 2021, Debtor submitted a $25 debit card payment to the HCD. *Id*. at 137.

18    A week later, Debtor submitted three $35 debit card payments to the HCD, and the next day,

19  she submitted a $35 debit card payment to the HCD. *Id.* at 136.

20    On August 5, 2021, Debtor submitted a $35 debit card payment to the HCD. *Id.* at 135.

21    As of August 10, 2021, HCD records were changed to reflect that the Property's registered

22  owner was "Jamie Lynn Gallian," with "Last Title Date" and "Last Reg Card" as August 10, 2021,

23  per a "Sale/Transfer" of "Price $.00 Transferred on 02/25/2021" ("Aug. 10, 2021, Title Search"). A

24  true and correct copy of the Aug. 10, 2021, Title Search is attached to the Hays Declaration as

25  **Exhibit 18.** No legal owners were listed, and the following "Record Conditions" were included: "An

26  application for title or registration change is pending with the department." *Id.*

27    On August 11, 2021, Debtor submitted an $81 debit card payment to the HCD. Hays

28  Declaration Ex. 16 at 135.

6

As of September 21, 2021, the registered owner was Debtor, per a February 25, 2021, transfer for $0, with "Last Title Date" and "Last Reg Card" as August 12, 2021 ("Sept. 21, 2021, Title Search"). A true and correct copy of the Sept. 21, 2021, Title Search is attached to the Hays Declaration as **Exhibit 19.** The "Legal Owner" was listed as J-Pad LLC, with "Lien Perfected On: 01/14/19." *Id.* at 145.

### iii.    HCD Title Transactions

HCD records show a legal owner assignment regarding the Property with transaction date of February 1, 2021 ("February 2021 HCD Transaction"). A true and correct copy of the February 2021 HCD Transaction is attached to the Hays Declaration as **Exhibit 20.** The February 2021 HCD Transaction included an HCD certificate of title, which showed J-Sandcastle LLC as the Property's registered owner, with title issued January 19, 2019. Hays Declaration Ex. 20 at 149. It also included a "Statement to Encumber" (*i.e.*, record a lien) in favor of Mr. Pierpont and J-Pad LLC. *Id.* at 157.

HCD records further show a registered owner transfer – "No Sale" – with transaction date of July 14, 2021 ("July 2021 HCD Transaction"). A true and correct copy of the July 2021 HCD Transaction is attached to the Hays Declaration as **Exhibit 21.** Attached to the July 2021 HCD Transaction is an HCD certificate of title, which showed J-Sandcastle LLC as the Property's registered owner and Pierpont and J-Pad LLC as the Property's legal owners, with title issued as of February 24, 2021. Hays Declaration Ex. 21 at 171. Debtor sought to add herself as the "New Registered Owner," and provided a "Releasing Signature" of J-Sandcastle LLC, with February 25, 2021, as the "Date of Release." *Id.* at 172. Debtor also included a "Lien Satisfied" document in which Mr. Pierpont certified that his and J-Pad LLC's lien had been fully satisfied. *Id.* at 179. And, an attached County of Orange "Tax Clearance Certificate" executed and issued on July 9, 2021—the Petition Date—showed J-Sandcastle LLC as the "Current Registered Owner." *Id.* at 191.

An HCD legal owner addition with a transaction date of August 10, 2021 ("August 2021 HCD Transaction") included a certificate of title showing Debtor as the Property's registered owner, with title issued August 3, 2021. A true and correct copy of the August 2021 HCD Transaction is

7

attached to the Hays Declaration as **Exhibit 22.** An attached "Statement to Encumber" sought to add

J-Pad LLC as the Property's legal owner. *Id.* at 201.

### iv.    Attempted Payments to Houser Bros.

Between February 1, 2021, and July 30, 2021, Debtor tried to make the following payments

to Houser Bros. regarding the Property:

| Date of Attempted Payment | Amount of Attempted Payment | Payor |
|---|---|---|
| February 1, 2021 | $1,086 | J-Sandcastle LLC, Jamie Gallian |
| March 2, 2021 | $1,086 | J-Sandcastle LLC, Jamie Gallian |
| April 9, 2021 | $1,086 | J-Sandcastle LLC, Jamie Gallian |
| May 13, 2021 | $1,100 | J-Sandcastle LLC, by Jamie Gallian, Member |
| June 4, 2021 | $1,100 | J-Sandcastle LLC c/o QIP Management |
| July 1, 2021 | $1,100 | J-Sandcastle LLC, by Jamie Gallian, Member |
| July 30, 2021 | $2,269.43 | Jamie Gallian |

True and correct copies of the returned payments are attached to the Hays Declaration as

**Exhibit 23**. In other words, before the July 9, 2021, Petition Date, all payments that Debtor

submitted to Houser Bros. listed J-Sandcastle LLC as the payor/were on behalf of J-Sandcastle LLC.

Only *after* the Petition Date did Debtor submit a payment on her own behalf.

8

**3.    Legal Argument**

**A.    A debtor may only exempt property that is property of the estate.**

A debtor may only exempt property that constitutes property of the estate. 11 U.S.C. § 522(b) (providing that "an individual debtor may exempt *from property of the estate*…") (emphasis added); *See also Owen v. Owen*, 500 U.S. 305 (1991) ("Property that is properly exempted under § 522 is (with some exceptions) immunized against liability for prebankruptcy debts. § 522(c). No property can be exempted (and thereby immunized), however, unless it first falls *within* the bankruptcy estate.") (emphasis in original).

Assets owned by an LLC are not assets of an LLC member's bankruptcy estate. *Abrahim & Sons Enters. v. Equilon Enters.*, 292 F.3d 958, 963 (9th Cir. 2002) ("Once members contribute assets to an LLC, those assets become capital of the LLC and the members lose any interest they had in the assets."). The Ninth Circuit Bankruptcy Appellate Panel has denied a claimed homestead exemption in a residence owned by an LLC in which the debtor was a member. *Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020). *See also*, *In re Farokhirad*, 8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021) (sustaining chapter 7 trustee's objection to a debtor's claimed homestead exemption under CCP § 704.730 where title to the property was held by an LLC in which debtor was the sole member).

**B.    Homestead Exemption**

California provides two alternative homestead exemptions: the declared homestead exemption set forth in CCP §§ 704.910-704.995, and the automatic homestead exemption set forth in CCP §§ 704.710-704.850. *In re Sain*, 584 B.R. 325, 328 (Bankr. S.D. Cal. 2018). Because declared homesteads apply to voluntary sales, they generally do not arise in bankruptcy cases. *Id.*

In this case, Debtor's most recent Schedule C claimed an exemption under the automatic homestead exemption.[6] Hays Decl. Ex. 10 at 103 (Eighth Amended Schedules, claiming a $600,000 exemption in the Property pursuant to CCP § 704.730).

---

[6] In the Second Amended Schedules, Debtor asserts that that she recorded a "Homestead Declaration . . . with OC Clerk Recorder 7/9/2021@12:48 p.m.," approximately 90 minutes before her petition was filed. Hays Decl. Ex. 4 at 50. Further, on March 11, 2022, as Docket No. 74, Debtor filed a "Verification of Declaration of Homestead filed with Orange County Clerk Recorder."

Section 704.730(a) of the CCP provides:

(a) The amount of the homestead exemption is the greater of the following:

    (1) The countywide median sale price for a single-family home in the calendar year prior to the calendar year in which the judgment debtor claims the exemption, not to exceed six hundred thousand dollars ($600,000).

    (2) Three hundred thousand dollars ($300,000).

The automatic homestead exemption protects a debtor from a forced sale. Cal. Code Civ. P. § 704.720(a) ("A homestead is exempt from sale under this division" (Division 2 - Enforcement of Money Judgments)); *id.* § 704.740(a) ("a dwelling may not be sold under this division to enforce a money judgment except pursuant to a court order for sale obtained under this article" (Article 4 - Homestead Exemption)); *id.* § 704.740(b) ("If the dwelling is personal property… an exemption claim shall be made and determined as provided in Article 2 (Article 2 - Procedure for Claiming Exemptions)). The filing of a bankruptcy petition constitutes a forced sale. *Diaz v. Kosmala (In re Diaz)*, 547 B.R. 329, 334 (B.A.P. 9th Cir. 2016); *Kelley v. Locke (In re Kelley)*, 300 B.R. 11, 17, 20 (B.A.P. 9th Cir. 2003).

A debtor's right to claim an exemption is determined as of the petition date. *In re Reade*, 2014 Bankr.LEXIS 1391, at *10 (Bankr. C.D. Cal. Mar. 28, 2014); *see also Harrington v. Ainsworth (In re Harrington)*, 2005 Bankr.LEXIS 3379, at *8 (B.A.P. 9th Cir. Aug. 22, 2005) (noting that the homestead exemptions set forth in CCP § 704.730(a) depend on whether the debtor is eligible for an exemption as of the petition date).

---

Debtor submitted the homestead declaration pursuant to § 704.930 of the CCP, meaning that it pertains to the declared homestead. *See Kelley v. Locke (In re Kelley)*, 300 B.R. 11, 17-18 (B.A.P. 9th Cir. 2003) (noting that the declared homestead exemption set forth in CCP §§ 704.910-704.995 requires recordation of a declaration of homestead). But, declared homesteads are not applicable to sales by a bankruptcy trustee. *See In re Sain*, 584 B.R. 325, 329 (Bankr. S.D. Cal. 2018) (indicating that only the automatic homestead was available to a debtor who held a recorded declaration of homestead, because the debtor had not elected a declared homestead exemption in his schedules, and declared homesteads are not applicable to sales by bankruptcy trustees); *see also In re Kelley*, 300 B.R. at 21 (noting that in the bankruptcy context, a debtor's declaration of homestead "helps him not at all, as the additional benefits conferred in Article 5 [Sections 704.910-704.995] would benefit him only in the situation of a <u>voluntary</u> sale") (emphasis in original).

California law defines a "homestead" as:

the principal dwelling (1) in which the judgment debtor or the judgment debtor's spouse resided on the date the judgment creditor's lien attached to the dwelling, and (2) in which the judgment debtor or the judgment debtor's spouse resided continuously thereafter until the date of the court determination that the dwelling is a homestead.

Cal. Code Civ. P. § 704.710(c).

A "manufactured home together with the outbuildings and land upon which they are situated" is eligible for a homestead exemption. Cal. Code Civ. Proc. § 704.710(a)(2) (defining "dwelling"). An LLC interest, however, does not qualify for a homestead exemption. *Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020) (indicating that California's residential exemption is inapplicable to interests in an LLC, which are personal property interests outside the statutory definition of homestead under CCP § 704.710(c)).

Specifically, where title to a residential property is held by an LLC rather than a debtor personally, the debtor cannot claim a homestead exemption in that property. *See In re Schaefers*, 623 B.R. at 783, 785 (holding that a debtor could not claim a homestead exemption in the property where he resided because he admitted that the property was owned by an LLC); *In re Farokhirad*, 8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021) (sustaining a chapter 7 trustee's objection to a debtor's claimed homestead exemption under CCP § 704.730 where title to the property was held by an LLC in which one of the debtors was the sole member). The rationale for these rulings is that an LLC is a separate and distinct legal entity from its owners or members, and the LLC members have no interest in the company's assets. *In re Schaefers*, 623 B.R. at 783.

## C.    Burden of Proof

California, by statute, regulates the burden of proof regarding its exemptions. *In re Tallerico*, 532 B.R. 774, 780 (Bankr. E.D. Cal. 2015). CCP § 704.780(a)(1) provides:

The burden of proof at the hearing is determined in the following manner:

(1) If the records of the county tax assessor indicate that there is a current homeowner's exemption or disabled veteran's exemption for the dwelling claimed by the judgment debtor or the judgment debtor's spouse, the judgment creditor has the burden of proof that the dwelling is not a homestead. If the records of the county tax assessor indicate that there is not a current homeowner's exemption or disabled veteran's exemption for the dwelling claimed by the judgment debtor or the judgment

11

debtor's spouse, the burden of proof that the dwelling is a homestead is on the person who claims that the dwelling is a homestead.

California law allocates the burden of proof on a homestead based on the records of the county tax assessor. CCP § 704.780(a). *See also, In re Tallerico*, 532 B.R. 774, 780 (Bankr. E.D. Cal. 2015); *Diaz v. Kosmala (In re Diaz)*, 547 B.R. 329, 336-37 (B.A.P. 9th Cir. 2016) (holding that where a state law exemption statute specifically allocates the burden of proof to the debtor, Rule 4003(c) does not change that allocation) (citing *Raleigh v. Ill. Dep't of Revenue*, 530 U.S. 15 (2000)).

**D.      Because J-Sandcastle LLC was the Property's owner of record on the Petition Date, the Property did not become property of the estate subject to any exemption.**

Here, Debtor bears the burden of proof to show entitlement to the homestead exemption because the Orange County Treasurer-Tax Collector records do not indicate that there is a "current homeowner's exemption or disabled veteran's exemption" for the Property.[7] A true and correct copy of the 2021-22 tax bill for the Property is attached to the Hays Declaration as **Exhibit 24,** and, for reference, a true and correct copy of the tax bill for 16222 Monterey Lane, Space #375, Huntington Beach, CA 92649, which reflects a $7,000 homeowner's exemption, is attached to the Hays Declaration as **Exhibit 25.** *See also McBeth v. Karr (In re Karr)*, 2006 Bankr.LEXIS 4801, at *15-17 n.3 (B.A.P. 9th Cir. Oct. 2, 2006) (noting that California law allocates the burden of proof on a homestead based on the records of the county tax assessor). Debtor cannot meet this burden because the HCD records show that J-Sandcastle LLC was the Property's owner of record on the Petition Date.

---

[7] Although Debtor claims to have recorded a Homestead Declaration, she did so with the Orange County Clerk-Recorder, *not* the Orange County Treasurer-Tax Collector. Further, a declaration of homestead does not pertain to the automatic homestead exemption. *See In re Sain*, *supra*.

1    According to an HCD webpage, for a manufactured home or manufactured home titled with

2  the HCD with a decal number that begins with the letter 'L,' such as the Property here,[8] certain

3  "documents and fees" must be submitted to the HCD to "transfer ownership." A true and correct

4  copy of the HCD webpage is attached to the Hays Declaration as **Exhibit 26.** Fees can be paid by

5  card. A true and correct copy of the HCD webpage for submission of a payment is attached to the

6  Hays Declaration as **Exhibit 27.** The HCD's payment portal provides a way to submit payment for

7  "any Codes and Standards transactions that require payment," including "Manufactured

8  home/manufactured home title transfers." Hays Decl. Ex. 27 at 227.

9    Based on Debtor's 2021 bank statements and the 2021 HCD title searches for the Property,

10  there is a correlation between Debtor's submission of payments to the HCD and changes to the

11  Property's title information:

| Date | Significance of Date | Citation |
|---|---|---|
| 2/18/2021 | $81 payment from Debtor to HCD | Bank Statements at 7 |
| 2/24/2021 | Update to "Title Date" and "Reg Card" per HCD title records. J-Sandcastle LLC shown as registered owner, and Ronald Pierpont and Jpad LLC shown as legal owners. | June 7, 2021 Title Search |
| 7/9/2021 | Petition Date | BK Docket #1 |
| 7/18/2021 | $116 payment from Debtor to HCD | Bank Statements at 21 |
| 7/20/2021 | $25 payment from Debtor to HCD | Bank Statements at 21 |
| 7/27/2021 | Three $35 payments from Debtor to HCD | Bank Statements at 20 |
| 7/28/2021 | $35 payment from Debtor to HCD | Bank Statements at 20 |
| 8/3/2021 | Update to "Title Date" and "Reg Card" per HCD title records. Debtor shown as registered owner per a transfer on February 25, 2021. | August 10, 2021 Title Search |
| 8/5/2021 | $35 payment from Debtor to HCD | Bank Statements at 19 |
| 8/11/2021 | $81 payment from Debtor to HCD | Bank Statements at 19 |
| 8/12/2021 | Update to "Title Date" and "Reg Card" per HCD title records. Debtor shown as registered owner per a transfer on February 25, 2021. J-Pad LLC shown as legal owner. | September 21, 2021 Title Search |

    As of June 7, 2021—about a month before the Petition Date—the Property's registered

owner was J-Sandcastle LLC, and the legal owners were Pierpont and J-Pad LLC. Hays Declaration

---

[8] The Property has Decal No. LBM1081. *See, e.g.*, Hays Decl. Ex. 21 at 169 (Certificate of Title attached to the July 2021 HCD Transaction).

NOTICE OF MOTION AND          JASSO DECL. PAGE - 0028          CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

1   Ex. 17 at 142 (June 7, 2021, Title Search). The June 7, 2021, Title Search did not note any pending

2   applications for title or registration change that might have added Debtor as the registered or legal

3   owner of the Property before the Petition Date. *Compare* Hays Declaration Ex. 18 at 143 (Aug. 10,

4   2021, Title Search noting that an application for title or registration change was pending with the

5   HCD), *with* Hays Declaration Ex. 17 at 142 (June 7, 2021, Title Search which does not include any

6   such note).

7        And, Debtor paid no fees to the HCD between June 7, 2021, and the Petition Date that could

8   have effectuated a change in title. *See* Hays Decl.: Ex. 26 (HCD webpage, indicating that

9   "documents *and fees*" must be submitted to the HCD to transfer ownership of a manufactured home

10  or manufactured home) (emphasis added); Ex. 272 (HCD payment portal, indicating that

11  manufactured home/manufactured home title transfers require payment).

12       Further, the July 2021 HCD Transaction had a transaction date of July 14, 2021—five days

13  after the Petition Date—and included a certificate of title showing J-Sandcastle LLC as the

14  Property's registered owner and Pierpont and J-Pad LLC as the Property's legal owners. Hays

15  Declaration Ex. 21 at 171. Included in this post-petition transaction was a document to add Debtor as

16  the Property's "*New* Registered Owner." *Id.* at 172 (emphasis added). Also attached was a County of

17  Orange "Tax Clearance Certificate" issued and executed on the Petition Date, which gave the

18  Property's "Current Registered Owner" as J-Sandcastle LLC. *Id.* at 191. The August 2021 HCD

19  Transaction did include a certificate of title showing Debtor as the Property's registered owner, but

20  according to the certificate, title was issued on August 3, 2021, nearly a month after the Petition

21  Date. Hays Declaration Ex. 22 at 195. Indeed, Debtor's attempted payments to Houser Bros.

22  regarding the Property were paid on behalf of J-Sandcastle LLC pre-petition, and only after the

23  Petition Date did Debtor try to submit a payment in her own name. *See* Hays Decl. Ex. 23 at 203-222

24  (returned payments that Debtor tried to make to Houser Bros.).

25       The evidence is thus clear – on the Petition Date, the Property's registered owner was J-

26  Sandcastle LLC, and the legal owners were Pierpont and J-Pad, LLC. Until the post-petition

27  recordation with the HCD, any alleged transfer of title to Debtor personally was ineffective. *See In*

28  *re Farokhirad*, Case No. 8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021)

14

(sustaining a trustee's objection to an individual debtor's claimed homestead exemption in property held by a wholly owned LLC, and indicating that a provision of the LLC agreement purporting to transfer an interest in the property to the debtor prepetition was ineffective because an unrecorded deed could not bind the trustee). And, as indicated above, where title to a residence is held by an LLC rather than the debtor, the debtor cannot claim a homestead exemption in that property. *See Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783, 785 (B.A.P. 9th Cir. 2020) (holding that a debtor could not claim a homestead exemption in his residence because the property was held by an LLC); *In re Farokhirad*, 8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021) (sustaining a chapter 7 trustee's objection to a CCP § 704.730 homestead exemption where title to the property was held by an LLC in which one of the debtors was the sole member).

## E.    Alternatively, § 522(p) imposes a $170,350 cap on any exemption Debtor can claim in the Property.

11 U.S.C. § 522(p) imposes a monetary limit of $170,350 on the amount of a debtor's interest in homestead property that may be exempted to the extent that there has been an acquisition of a homestead interest within a period of 1,215 days before the commencement of the case. 4 COLLIER ON BANKRUPTCY P 522.13[1] (2022). It provides, in relevant part:

> [A]s a result of electing under subsection (b)(3)(A) to exempt property under State or local law, a debtor may not exempt any amount of interest that was acquired by the debtor during the 1215-day period preceding the date of the filing of the petition that exceeds in the aggregate $170,350 in value in—
>
> **(A)** real or personal property that the debtor or a dependent of the debtor uses as a residence; . . . or
> **(D)** real or personal property that the debtor or dependent of the debtor claims as a homestead.

11 U.S.C. § 522(p)(1).

Section 522(p) applies when a debtor seeks to exempt an interest in homestead property under § 522(b)(3)(A) by claiming exemptions under state law or local law. 4 COLLIER ON BANKRUPTCY P 522.13[1] (2022). "Section 522(p) applies in all cases regardless of whether a state has opted out of federal bankruptcy exemptions." *In re Narita*, 2008 Bankr.LEXIS 5174, at *11

(Bankr. D. Nev. Jan. 10, 2008) (citation omitted).[9]  California has opted out of the federal exemption

scheme and provides its own bankruptcy exemptions. Cal. Code Civ. P. § 703.130; *Phillips v.

Gilman (In re Gilman)*, 887 F.3d 956, 964 (9th Cir. 2018).

To the extent this Court finds that, on the Petition Date, Debtor held title to the manufactured

home and thus is eligible to claim an exemption, any such is capped at $170,350 pursuant to Section

522(p). Debtor claims a $600,000 homestead exemption in the Property pursuant to § 704.730 of the

CCP. Hays Decl. Ex. 10 at 103. She further values the Property at $235,000 in her schedules. *See,

e.g.*, Hays Decl. Ex. 2 at 33 (Debtor's Original Schedules, valuing the Property at $235,000). Yet, J-

Sandcastle LLC acquired the Property from Lisa Ryan on November 1, 2018, and Debtor acquired

her interest in the Property in 2021. *See* Hays Decl., Ex. 12 at 115 (Jan. 18, 2019, Title Search,

showing that the Property was transferred to J-Sandcastle LLC on November 1, 2018); Ex. 13 at

116-117 (Ryan Release Form, indicating that the Property was transferred to J-Sandcastle LLC from

Lisa Ryan on November 1, 2018); Ex. 14 at 118-119 (Notice of Sale, same); Ex. 18 at 143 (August

10, 2021, Title Search, providing that the Property's registered owner was "Jamie Lynn Gallian,"

with "Last Title Date" and "Last Reg Card" as August 10, 2021). These dates are well within the

1,215-day period before the Petition Date, which is between March 12, 2018, and July 9, 2021.

Therefore, any allowed exemption must be limited to $170,350 pursuant to 11 U.S.C. § 522(p).

## 4.    Conclusion

Assets owned by an LLC are not property of an individual member's bankruptcy estate. As

stated by the Supreme Court in *Owen*, "No property can be exempted (and thereby immunized),

however, unless it first falls within the bankruptcy estate." Debtor's claimed exemption in the

Property thus fails. In the alternative, any allowed exemption must be capped at $170,350.

Movant thus respectfully requests that the Court enter an order:

1) Granting this Motion;

---

[9] *Contra*, *In re McNabb*, 326 B.R. 785 (Bankr. D. Ariz. 2005).

16

2) Sustaining the objection to Debtor's claimed homestead exemption under CCP § 704.730, and disallowing any claim of exemption by Debtor in the Property pursuant to CCP § 704.730;

3) Alternatively, finding that any allowed exemption be capped at $170,350 pursuant to 11 U.S.C. § 522(p); and

4) Awarding such other and further relief as the Court deems just and proper.

DATED: May 12, 2022                    MARSHACK HAYS LLP

                                              /s/ D. Edward Hays
                                   By: _____
                                        D. EDWARD HAYS
                                        LAILA MASUD
                                        BRADFORD N. BARNHARDT
                                        Attorneys for Movant and Creditor,
                                        HOUSER BROS. CO. dba RANCHO DEL
                                        REY MOBILE HOME ESTATES

## Declaration of D. Edward Hays

I, D. EDWARD HAYS, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5. I am a partner in the law firm of Marshack Hays LLP, attorneys of record for Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros.").

6. I make this Declaration in support of the "Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption" ("Motion").

7. Capitalized terms not defined in this Declaration have the meaning ascribed to them in the Motion.

8. A table reflecting the information contained in Debtors' multiple sets of amended schedules is attached as **Exhibit 1.**

9. A true and correct copy of Debtor's Original Schedules[10] filed July 9, 2021, as Docket #1 is attached as **Exhibit 2**.

10. A true and correct copy of Debtor's First Amended Schedules filed September 7, 2021, as Docket #15 is attached as **Exhibit 3**.

11. A true and correct copy of Debtor's Second Amended Schedules filed September 22, 2021, as Docket #s 16-17 is attached as **Exhibit 4**.

12. A true and correct copy of Debtor's Third Amended Schedules filed October 14, 2021, as Docket #22 is attached as **Exhibit 5**.

---

[10] For the sake of brevity, all schedules, other than Debtor's Eighth Amended Schedules, will include only Schedules A/B and D, as applicable. Debtor's Eighth Amended Schedules will also include Schedule C.

18

13.    A true and correct copy of Debtor's Fourth Amended Schedules filed November 16, 2021, as Docket #37 is attached as **Exhibit 6**.

14.    A true and correct copy of Debtor's Fifth Amended Schedules filed November 22, 2021, as Docket #38 is attached as **Exhibit 7**.

15.    A true and correct copy of Debtor's Sixth Amended Schedules filed November 23, 2021, as Docket #39 is attached as **Exhibit 8**.

16.    A true and correct copy of Debtor's Seventh Amended Schedules filed December 1, 2021, as Docket #42 is attached as **Exhibit 9**.

17.    A true and correct copy of Debtor's Eighth Amended Schedules filed March 11, 2022, as Docket #72 is attached as **Exhibit 10**.

18.    A true and correct copy of Debtor's Ninth Amended Schedules filed March 15, 2022, as Docket #75 is attached as **Exhibit 11**.

19.    On November 10, 2021, I received from Chris Houser ("Mr. Houser") a California Department of Housing and Community Development ("HCD") "Title Search" printed January 18, 2019 ("Jan. 18, 2019, Title Search"). A true and correct copy of the Jan. 18, 2019, Title Search, provided to me, is attached as **Exhibit 12**.

20.    A true and correct copy of the Ryan Release Form, provided to me, is attached as **Exhibit 13**.

21.    A true and correct copy of the Notice of Sale, provided to me, is attached as **Exhibit 14**.

22.    On November 10, 2021, I received from Mr. Houser an HCD "Title Search" printed July 23, 2020 ("July 23, 2020, Title Search"). A true and correct copy of the July 23, 2020, Title Search, provided to me, is attached as **Exhibit 15**.

23.    On or around October 20, 2021, I received an e-mail from the office of Chapter 7 Trustee Jeffrey Golden which contained copies of the Bank of America, N.A. statements of Debtor regarding a debit card ending -7357 for the period starting December 13, 2020, through October 12, 2021 ("Bank Statements"). A true and correct copy of the Bank Statements provided to me is attached as **Exhibit 16**.

19

24. On November 10, 2021, I received from Mr. Houser an HCD "Title Search" printed June 7, 2021 ("June 7, 2021, Title Search"). A true and correct copy of the June 7, 2021, Title Search provided to me is attached as **Exhibit 17**.

25. On November 10, 2021, I received from Mr. Houser an HCD "Title Search" printed August 10, 2021 ("Aug. 10, 2021, Title Search"). A true and correct copy of the Aug. 10, 2021, Title Search provided to me is attached as **Exhibit 18**.

26. On November 10, 2021, I received from Mr. Houser an HCD "Title Search" printed September 21, 2021 ("Sept. 21, 2021, Title Search"). A true and correct copy of the Sept. 21, 2021, Title Search provided to me is attached as **Exhibit 19**.

27. A true and correct copy of the February 2021 HCD Transaction provided to me is attached as **Exhibit 20**.

28. A true and correct copy of the July 2021 HCD Transaction provided to me is attached as **Exhibit 21**.

29. A true and correct copy of the August 2021 HCD Transaction provided to me is attached as **Exhibit 22**.

30. I am informed and believe that between February 1, 2021, and July 30, 2021, Debtor/J-Sandcastle LLC attempted to make payments to Houser Bros. regarding the Property. True and correct copies of the returned payments from Debtor/J-Sandcastle LLC to Houser Bros. provided to me are attached as **Exhibit 23**.

31. A true and correct copy of the Orange County Treasurer-Tax Collector "2021-22 Secured Property Tax Bill" for 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649 (the "Property"), available at http://oct.estreamone.com/Show.aspx?parcel=891-569-62&year=2021, as of May 2, 2022, is attached as **Exhibit 24**.

32. A true and correct copy of the Orange County Treasurer-Tax Collector "2021-22 Secured Property Tax Bill" for 16222 Monterey Lane, Space #375, Huntington Beach, CA 92649, available at http://oct.estreamone.com/Show.aspx?parcel=891-563-75&year=2021, as of May 2, 2022, is attached as **Exhibit 25**.

1         33.     A true and correct copy of a California Department of Housing and Community

2 Development Division of Codes and Standards Registration and Titling Program "Private Party

3 Sale for a Home on Local Property Tax with HCD Certificate of Title," revised October 2020,

4 available at https://www.hcd.ca.gov/manufactured-mobile-home/registration-

5 titling/docs/hcdrt804.pdf, as of May 2, 2022, is attached as **Exhibit 26**.

6         34.     A true and correct copy of a California Department of Housing and Community

7 Development Codes and Standards Automated System webpage to "Pay Fees – Submit a

8 Payment," available at

9 https://casas.hcd.ca.gov/casas/casasApplication/payApplicationFeesOnline, as of May 2, 2022, is

10 attached as **Exhibit 27**.

11         I declare under penalty of perjury that the foregoing is true and correct.  Executed on

12 May 12, 2022.

13                                         /s/ D. Edward Hays

14                                    D. EDWARD HAYS

15

16 4873-3244-8261, v. 5

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

| Schedules | Sch. A/B re: Property | Sch. A/B re: J-Sandcastle LLC | Sch. A/B re: J-Pad, LLC | Sch. D re: liens |
|---|---|---|---|---|
| Original Schedules, filed July 9, 2021, as Docket #1, Hays Decl. Ex. 2 | Debtor scheduled a $235,000 interest in the Property, noting: "Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC." | Debtor scheduled a 100% interest in J-Sandcastle LLC. According to Debtor, "Purpose is to hold Registered title with HCD, to Debtor's primary residence." | Debtor scheduled a 33.33% interest in J-Pad, LLC, noting: "only purpose is to hold a note and UCC-1 filing on Debtor's primary residence." | Schedule D listed a $175,000 secured claim of J-Pad, LLC and Pierpont against the Property perfected August 20, 2020. |
| First Amended Schedules, filed September 7, 2021, as Docket #15, Hays Decl. Ex. 3 | Debtor scheduled a $235,000 interest in the Property, indicating: "Registered Owner, Jamie Lynn Gallian with HCD perfected 2/25/2021." | Debtor scheduled a 100% interest in J-Sandcastle LLC. According to Debtor: "Original purpose of LLC was to hold HCD Registration to | Debtor scheduled a 33.33% interest in J-Pad, LLC, with the following information: "Entity Assets include . . . Certificate of Title with HCD, | No amended schedule D was filed. |

|  |  | Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021." | perfected 1/14/2019, LBM 1081; 2014 Skyline Custom Villa Manufactured Home UCC-1 Manufactured Home Financing Statement perfected 1/14/2019, against personal property located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649." |  |
|---|---|---|---|---|
| Second Amended Schedules, filed September 22, 2021, as Docket #s 16-17, Hays | Debtor scheduled a $235,000 interest in the Property, indicating: "HCD COT Registration | Debtor scheduled a 100% interest in J-Sandcastle LLC, indicating: "Debtor | Debtor scheduled a 1/7 interest in J-Pad, LLC, noting: "Only purpose is to hold HCD | Debtor's Schedule D included a $175,000 secured claim of J-Pad, LLC; |

| Decl. Ex. 4 | transferred 2/25/2021, from J-Sandcastle Co LLC Debtor's single member LLC, to Debtor . . . . Debtor Homestead Declaration filed with OC Clerk Recorder 7/9/2021@12:48 p.m." | Purchased home on 11/1/2018 . . . . HCD Registered to J-Sandcastle Co LLC. . . . J-Sandcastle Co LLC transferred Registration to Jamie Lynn Gallian, perfected with HCD 2/25/2021 . . . ." | Certificate of Title, perfected 1/14/2019 of debtors primary residence . . . ." | Steven and Brian Gallian; EJ Gallian; Justin Barclay; Pierpont; Robert Pierpont; and Debtor, against the Property. |
| Third Amended Schedules, filed October 14, 2021, as Docket #22, Hays Decl. Ex. 5 | Debtor scheduled a $275,000 interest in the Property, indicating: "Title/Registration through HCD; LBM 1081 to Debtor." | Debtor scheduled a 100% interest in J-Sandcastle LLC, adding: "Note payable in the approximate amount of $225,000.00, dated 11/16/2018, | Debtor scheduled a 70% interest in J-Pad, LLC, indicating: "J-Pad, LLC holds COT perfected with HCD. Holder of UCC-1, perfected 1/14/2019, secured Note | Debtor's Schedule D included a $225,000 secured claim of J-Pad, LLC, and Steven and Brian Gallian against the Property. |

|  |  | secured by UCC-1, perfected 1/14/2019. . . ." | receivable $225,000.00. . . ." |  |
|---|---|---|---|---|
| Fourth Amended Schedules, filed November 16, 2021, as Docket #37, Hays Decl. Ex. 6 | Debtor scheduled a $235,000 interest in the Property. | Debtor scheduled a 100% interest in J-Sandcastle LLC, indicating: "Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 . . . ." | Debtor scheduled a 33-1/3% interest in J-Pad, LLC, noting: "J-Pad, LLC Holder of COTA perfected 1/14/2019. UCC-1 AD filed 1/14/2019, 30-yr. Manufactured Home Transaction secured by LBM1081, located on APN 178-011-16, Tract 10542, Unit 4, Lot 376. J-Pad, LLC Holder of | No amended Schedule D was filed. |

|  |  |  | Security Agreement, dated 11/16/18, Promissory Note ($175,000 & $88,000). Matures 2048. . . . Debtor manages 100%." |  |
| --- | --- | --- | --- | --- |
| Fifth Amended Schedules, filed November 22, 2021, as Docket #38, Hays Decl. Ex. 7 | Debtor scheduled a $235,000 interest in the Property, indicating that the Property was "Registered to Debtor" with "HCD COTA perfected 1/14/2019." | Debtor scheduled a 100% interest in J-Sandcastle LLC, adding: "Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 . . . ." | Debtor scheduled a 100% interest in J-Pad, LLC, noting: "J-Pad, LLC, Holder of COTA perfected 1/14/2019." | No amended Schedule D was filed. |
| Sixth Amended | Debtor scheduled | Debtor | Debtor | No amended |

| Schedules, filed November 23, 2021, as Docket #39, Hays Decl. Ex. 8 | a $235,000 interest in the property, stating that the Property was "Registered to Debtor. HCD COTA perfected 1/14/2019." | scheduled a 100% interest in J-Sandcastle LLC, with the same note as in the Fifth Amended Schedules. | scheduled a 100% interest in J-Pad, LLC, with the same note as in the Fifth Amended Schedules. | Schedule D was filed. |
|---|---|---|---|---|
| Seventh Amended Schedules, filed December 1, 2021, as Docket #42, Hays Decl. Ex. 9 | No amended Schedule A/B was filed. | No amended Schedule A/B was filed. | No amended Schedule A/B was filed. | Debtor's Seventh Amended Schedules list a $225,000 secured claim of Debtor and Steven and Brian Gallian against the Property. |
| Eighth Amended Schedules, Filed March 11, 2022, as Docket #72, Hays Decl. Ex. 10 | Debtor scheduled a $235,000 interest in the Property. | Debtor scheduled a 100% interest in J-Sandcastle LLC, noting, among other things, "Debtors | Debtor scheduled a 100% interest in J-Pad, LLC, which she valued at $500. | No amended Schedule D was filed. |

| | | [sic] primary residence is 16222 Monterey Ln. Unit 376 . . . ." | | |
|---|---|---|---|---|
| Ninth Amended Schedules, Filed March 15, 2022, as Docket #75, Hays Decl. Ex. 11 | No Amended Schedule A/B was filed. | No Amended Schedule A/B was filed. | No Amended Schedule A/B was filed. | Debtor scheduled a $0 claim against the Property held by the Orange County Assessor; a $46,138 claim against the Property held by Janine Jasso regarding an Orange County Superior Court ("OCSC") judgment; $0 claims against the Property held by Jennifer Paulin, Lindy Beck, Lori |

|  |  |  |  | Burrett, Lee |
|--|--|--|--|--|
|  |  |  |  | Gragnano, and |
|  |  |  |  | Theodore |
|  |  |  |  | Phillips, |
|  |  |  |  | regarding OCSC |
|  |  |  |  | judgments; a |
|  |  |  |  | $9,265 claim |
|  |  |  |  | against the |
|  |  |  |  | Property held by |
|  |  |  |  | the Huntington |
|  |  |  |  | Beach Gables |
|  |  |  |  | Homeowners |
|  |  |  |  | Association |
|  |  |  |  | regarding an |
|  |  |  |  | OCSC |
|  |  |  |  | judgment; a |
|  |  |  |  | $319,653.59 |
|  |  |  |  | claim against |
|  |  |  |  | the Property |
|  |  |  |  | held by the |
|  |  |  |  | Huntington |
|  |  |  |  | Beach Gables |
|  |  |  |  | Homeowners |
|  |  |  |  | Association |
|  |  |  |  | regarding an |
|  |  |  |  | OCSC |

| | | | | judgment; a $0 claim against the Property held by BS Investors LP; a $0 claim against the Property held by Houser Bros.; a $0 claim against the Property held by S4, a California Limited Partnership; a $46,138 claim against the Property held by Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $319,653.19 |

|  |  |  |  | claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $3,070 claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $13,229.34 claim against the Property held by the People of the State of |
|--|--|--|--|--|

| | | | | California regarding an OCSC judgment; and a $13,229.34 claim against the Property held by Janine Jasso for civil attorney's fees regarding an OCSC judgment. |
|---|---|---|---|---|

# EXHIBIT 2

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                       12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

☑ Yes. Where is the property?

### Located on APN 178-011-16, Space No. 376

| 1.1 | | |
|---|---|---|
| **16222 Monterey Ln Space #376** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☑ Manufactured or mobile home | |
| **Huntington Beach   CA   92649-0000** | ☐ Land | Current value of the entire property?   Current value of the portion you own? |
| City          State          ZIP Code | ☐ Investment property | $235,000.00          $235,000.00 |
| | ☐ Timeshare | |
| | ☐ Other | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| **Orange** | **Who has an interest in the property?** Check one | **Fee simple** |
| County | ☑ Debtor 1 only | |
| Personal Residence of Debtor since 11/1/2018 | ☐ Debtor 2 only | |
| 2014 Skyline Custom Villa Manufactured Home | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| Decal No. LBM1081 | ☐ At least one of the debtors and another | |
| Serial Number AC7V710394GB 56'x15'2" | Other information you wish to add about this item, such as local property identification number: LPT APN  891-569-62 | |
| Serial Number AC7V710394GA 60'x15'2" | | |

**Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................=>   | $235,000.00 |

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Jamie Lynn Gallian**    _____    Case number *(if known)*    _____

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

3.1  Make: **Kia**

Model: **Sportage**

Year: **2020**

Approximate mileage: _____

Other information:

Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?    **$0.00**

Current value of the portion you own?    **$0.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................=>    **$0.00**

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?    Current value of the portion you own? Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

Location: 16222 Monterey Ln #376, Huntington Beach CA 92649    **$4,500.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ Yes. Describe    **Wall Television, Computer, Printer.**    **$ 500.00**
☐ No.
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

Debtor 1    **Jamie Lynn Gallian** _____     Case number _(if known)_ _____

**11. Clothes**
   _Examples:_ Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes.  Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**
   _Examples:_ Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☑ Yes. Describe       **20 year old Movado Wrist-watch 40th birthday gift; Costume jewelry from Mother and**
   ☐ No                          **Grandmother Misc/ sized rings, various non-gold chains and bracelets, earrings.**          $1,000.00
                                    **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**

**13. Non-farm animals**
   _Examples:_ Dogs, cats, birds, horses
   ☑ Yes. Describe            **5-year old Rescued Wired Terrier Dog-White "Ammie"**
   ☐ No.                         **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes.  Give specific information.....

**15.   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
        for Part 3. Write that number here ...............................................................................................**

| **$7,000.00** |
|---|

---

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?                     Current value of the
                                                                                                portion you own?
                                                                                                Do not deduct secured
                                                                                                claims or exemptions.

**16. Cash**
   _Examples:_ Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☑ No
   ☐ Yes.................................................................................................................

**17. Deposits of money**
   _Examples:_ Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
                   institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☑ Yes.......................
                                                    Institution name:

|  | **Checking and** | J-Sandcastle Co LLC - Chase - Un-cashed Tendered Space 376 Rent Checks | $ 8,050.00 |
|---|---|---|---|
| 17.1 | **savings** | Alliant Credit Union (Personal) Stimulus Ck | $ 4,048.34 |

**18. Bonds, mutual funds, or publicly traded stocks**
   _Examples:_ Bond funds, investment accounts with brokerage firms, money market accounts
   ☑ No
   ☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
     joint venture**
   ☐ No
   ☑ Yes.  Give specific information about them...................
                      Name of entity:                         % of ownership:

| **J-Sandcastle Co., LLC - Debtor's single member LLC** **(Purpose is to hold Registered title with HCD, to Debtor's primary residence)   LBM1081** | 100 | % | $0.00 |
|---|---|---|---|

---

Official Form 106A/B                              Schedule A/B: Property                                        page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **J-Pad, LLC**<br>**(Debtor owns 1/3 interest in LLC; only purpose**<br>**is to hold a note and UCC-1 filing on Debtor's**<br>**primary residence) LBM1081** | 33.33 | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them.
     Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.
          Type of account:            Institution name:

          **IRA**                    **Fidelity**                           $7,400.00

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     No
■ Yes. .....................      Institution name or individual:   Houser Bros Co. dba Rancho Del Rey Mobilehome Estates
                                                                   Ground Lease Deposit (Ryan) Agreement Space 376 - 1/1/2006   **$ 686.00**

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                          Current value of the
                                                                            portion you own?
                                                                            Do not deduct secured
                                                                            claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No

Official Form 106A/B                      Schedule A/B: Property                                page 4

Debtor 1    **Jamie Lynn Gallian**                                                    Case number *(if known)* _____

☐ Yes. Give specific information......

---

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    　　　　　　　Company name:　　　　　　　　Beneficiary:　　　　　Surrender or refund
    　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.
    　No
    ☒ Yes.  Give specific information..   **Father, DOD 6/17/2000, Charles J. Bradley, Jr.  Probate OCSC**    $ unknown
    　　　　　　　　　　　　　　　　　　　**30-2017-00915711**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    　No
    ■ Yes.  Describe each claim..........   **Personal Injury: Against HOA Date of Injury 8/5/2018;  Severe nerve injury to**
    　　　　　　　　　　　　　　　　　　**top of left foot and left wrist injury; occurred in the HOA common area of APN**
    　　　　　　　　　　　　　　　　　　**178-771-03, located on  APN 178-011-16,**    $ unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes.  Describe each claim..........   **Personal injury claims against Huntington Beach Gables**
    　　　　　　　　　　　　　　　　　　**Homeowner's Association and Ind. Jesus Jasso Jr.;**
    　　　　　　　　　　　　　　　　　　**DOI: 8/5/2018; Case No.: 30-2020-01153679**
    　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ unknown

    　　　　　　　　　　　　　　　　　　**Potential insurance bad faith claim against Mercury**
    　　　　　　　　　　　　　　　　　　**Insurance Failure to Indemnify; No lawsuit filed yet.**
    　　　　　　　　　　　　　　　　　　**Related to Case No(s).: 30-2017-00913985, 30-2017-00962999**
    　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ unknown

    　　　　　　　　　　　　　　　　　　**Real estate failure to disclose, claim against previous**
    　　　　　　　　　　　　　　　　　　**homeowner Sandra Bradley; DOI: 04/11/2017; No lawsuit**
    　　　　　　　　　　　　　　　　　　**filed yet.**
    　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ unknown

    　　　　　　　　　　　　　　　　　　**Houser Bros Co GP dba Rancho Del Rey Mobilehome Estates**
    　　　　　　　　　　　　　　　　　　**Retaliation; Trespassing/Unlawful Entry; Wrongful Eviction;**
    　　　　　　　　　　　　　　　　　　**Forcible Detainer; Cruelty to an animal causing death.**
    　　　　　　　　　　　　　　　　　　**Failure to offer and execute rental agreement.**    $ unknown

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**    | $20,184.34 |
    **for Part 4. Write that number here**.................................................................................

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

Official Form 106A/B                           Schedule A/B: Property                                  page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Case 8:21-bk-11710-ES Doc 1 Filed 07/09/21 Entered 07/09/21 14:15:51 Desc
Main Document Page 17 of 60

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | |

---

**Part 6**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

**Part 8:**  List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ......................................................................... | | **$235,000.00** |
| 56. **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$ 7,000.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$ 20,184.34** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$27,184.34** Copy personal property total | **$27,184.34** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$262,184.34** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

JASSO DECL. PAGE - 0055        **EXHIBIT 2, PAGE 38**

**Fill in this information to identify your case:**

Debtor 1      **Jamie Lynn Gallian**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | Do not deduct the value of collateral. | | If any |

| | | | | |
|---|---|---|---|---|
| **2.1** **Houser Bros. Co.** <br> Creditor's Name <br> **DBA Rancho Del Rey Mobilehome Estates** <br> **16222 Monterey Ln** <br> **Huntington Beach, CA 92649** <br><br> Number, Street, City, State & Zip Code | Describe the property that secures the claim: <br> **16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Registered HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC** <br><br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $0.00 | $235,000.00 | $0.00 |

**Who owes the debt?** Check one.

☑ Debtor 1 and another (J-Sandcastle Co, LLC)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)    **Unexpired term of 80-yr. Ground Leasehold - Tract No. 10542, Unit 4, Space 376.**

Date debt was incurred    **11/1/2018 ongoing**    Last 4 digits of account number    **0376**

JASSO DECL. PAGE - 0056      EXHIBIT 2, PAGE 39

Debtor 1    **Jamie Lynn Gallian**                                                              Case number *(if known)* _____
    First Name      Middle Name      Last Name

| 2.2 | **J-Pad, LLC** | Describe the property that secures the claim: | $175,000.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

**J-Pad, LLC**
Creditor's Name
4519 Ponderosa Way
Yorba Linda, CA 92886
Number, Street, City, State & Zip Code

**Ron Pierpont**
Creditor's Name
4519 Ponderosa Way
Yorba Linda, CA 92886

Describe the property that secures the claim:

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County, HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)  **Manufactured Home Financing Note**
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC-1 File No. 19-7691905279   Filing Date: 1/14/2019;**
■ **Encumbrance; HCD Lien perfected 8/20/2020, Ronald J. Pierpont (Loan WJC 8/7/2019, 1/27/2020)**

Date debt was incurred   1/14/2019;  8/20/2020.

Last 4 digits of account number   **LBM1081**

| 2.3 | **Kia Motors Finance** | Describe the property that secures the claim: | $4,186.00 | $0.00 | $4,186.00 |
|---|---|---|---|---|---|

**Kia Motors Finance**
Creditor's Name

PO Box 20815
Fountain Valley, CA 92728
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

2020 Kia Sportage
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Lease**

Date debt was incurred _____    Last 4 digits of account number   **9742**

| 2.4 | **Orange County Tax Assessor** | Describe the property that secures the claim: | $0.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

**Orange County Tax Assessor**
Creditor's Name

P.O. Box 149
Santa Ana, CA 92702
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Title held by Debtor's single member LLC - J-Sandcastle Co, LLC, APN 891-569-62

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Property Taxes**

Date debt was incurred _____    Last 4 digits of account number   **Decal LBM 1081; APN: 891-569-62**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  __Jamie Lynn Gallian__

First Name  Middle Name  Last Name  Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **2.5** | **The Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $319,653.59 | $235,000.00 | $241,319.59 |

Creditor's Name

c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
~~Laguna Hills, CA 92653~~

Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

EJ-1

Date debt was incurred  __May 6, 2019__  Last 4 digits of account number  OCJC **30-2017-00913985**

| | | | | |
|---|---|---|---|---|
| **2.6** | **The Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $9,265.00 | $235,000.00 | $9,265.00 |

Creditor's Name

c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653

Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

EJ-001 2019000148568 - filed OC REC. 5/3/2019

Date debt was incurred  __March 21, 2019__  Last 4 digits of account number  OCJC **30-2017-00962999**

JASSO DECL. PAGE - 0058  EXHIBIT 2, PAGE 41

Debtor 1 **Jamie Lynn Gallian**
    First Name     Middle Name     Last Name

Case number (if known) _____

| 2.7 | **Huntington Beach Gables Homeowners Association** |
|---|---|

Creditor's Name:
Jasso; Gragnano; Phillips; Beck;
Paulin; Burrett.
*c/o* Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071
*c/o* Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
    Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $53,684.41    $235,000.00    $53,684.41

16222 Monterey Ln #376 Huntington
Beach, CA 92649 Orange County HCD
Title held by Debtor's single member
LLC - J-Sandcastle Co, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **Judgment Lien (JL1)  File # U200003862424 -7/26/2020**

Date debt was incurred   Dec. 4, 2018     Last 4 digits of account number   OCJC 30-2017-00913985

Add the dollar value of your entries in Column A on this page. Write that number here:    $561,789.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    $561,789.00

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is
trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more
than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any
debts in Part 1, do not fill out or submit this page.

Official Form 106D     **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# EXHIBIT 3

Fill in this information to identify your case and this filing:

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**

■ Check if this is an
amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

Located on APN 178-011-01
Tract 10542, Unit 4, Lot 376

1.1

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach    CA    92649-0000**
City                State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

APN: 891-569-62; Lot 376; LBM 1081; 2014 Skyline Custom Villa Manufactured Home.  Serial Number AC7V710394GB, 56'x15'2"; Serial Number AC7V710394GA. 60'x15'2". Registered Owner, Jamie Lynn Gallian with HCD perfected 2/25/2021

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here....................=>

**$235,000.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*   **8:21-bk-11710-ES**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
pages you have attached for Part 2. Write that number here.................................................➡

| | $0.00 |

**Part 3:   Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA<br>92649 | $3,500.00 |

| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA<br>92649 | $500.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| Lladro figurine collection (20) | $1,900.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

Official Form 106A/B                          Schedule A/B: Property                                        page 2

Case 8:21-bk-11710-ES  Doc 15  Filed 09/07/21  Entered 09/07/21 11:31:55  Desc
Main Document  Page 5 of 29

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|

**11. Clothes**
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| 5-year old Wired Terrier Dog | $25.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................  | **$8,925.00** |

Part 4:  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.....................................................................................................................

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................  Institution name:

| 17.1. | EDD Debit account | Bank of America | $3,793.00 |
|---|---|---|---|

| 17.2. | Savings | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $1,407.00 |
|---|---|---|---|

Official Form 106A/B  Schedule A/B: Property  page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |

|  | 17.3. **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $2,600.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them...................

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| | J-Sandcastle Co, LLC  Entity currently has a bank account of less than $2,000 assets. | | |
| | Original purpose of LLC was to hold HCD Registration to Debtor's residence.  HCD Registration was transferred to debtor on 2/25/2021. According to the Mobilehome Park Management Houser Bros, park rules forbid home to be held in name other than an individual. | 100 % | $2,000.00 |
| | J-PAD, LLC.  Entity Assets include bank account of around $4,000; Certificate of Title with HCD, perfected 1/14/2019, LBM 1081; 2014 Skyline Custom Villa Manufactured Home UCC-1 Manufactured Home Financing Statement perfected 1/14/2019. against personal property located at 16222 Monterey Lane, Space 376, Huntington Beach, CA. 92649 | 33.33 % | $59,666.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
                       Issuer name:

21. **Retirement or pension accounts**
Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | **IRA** | **Fidelity** | $7,400.00 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ Yes
■ No.                                   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B                              Schedule A/B: Property                                      page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*  **8:21-bk-11710-ES**

■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

Money or property owed to you?                                    Current value of the portion you own?
                                                                  Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
            Company name:                    Beneficiary:            Surrender or refund value:

**32. Any interest in property that is due from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
■ Yes. Give specific information..

[32.1]        Probate estate of Father Charles J. Bradley, Jr.  DOD 6/18/2000

            OCSC Case No. 30-2017-00915711.
            Uncertain what, if any, proceeds will pass to debtor.                    Unknown

Official Form 106A/B                    Schedule A/B: Property                            page 5
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* 8:21-bk-11710-ES |

33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
☐ No
■ Yes. Describe each claim.........

| [34.1] | Personal Injury claim against Huntington Beach Gables Homeowners Association; Jesus Jasso, Jr. et al.  DOI: 8/5/2018 OCSC Case No. 30-2020-01153679. | Unknown |

| [34.2] | Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) of Civil Code and MRL §798, et seq.  Failure to Offer and countersign Lease Agreement, Lot 376, 2014 manufactured home sold in place 11/1/2018 to debtor.  Failure to disclose possible MH park Change of Use; Failure to timely pursue/ prosecute frivolous UD claim filed 1/2/19, against Debtor;  Multiple acts by park management including retaliation, discrimination, trespassing, unlawful entry; forcible detainer, wrongful eviction.  No lawsuit yet filed. | Unknown |

35. Any financial assets you did not already list
☐ No
■ Yes. Give specific information..

| [35..1] | Possible Victim Restitution Order against Jesus Jasso Jr. for battery, Penal Code §242 OCDA Criminal Case,  People of the State of California vs Jesus Jasso Jr. OCSC Case No. 19WM09951  **Estimated loss of income**  $73,000.00 | Unknown |

| [35.2] | Possible COVID-19 Rent Relief Act from State of California (Applied for June 2021, but not yet approved).  Not property of the estate. | $27,000.00 |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here.................................................................................................................. | $103,866.00 |

Part 5:  Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.

Official Form 106A/B  Schedule A/B: Property  page 6

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

37. Do you own or have any legal or equitable interest in any business-related property?

▪ No. Go to Part 6.

☐ Yes. Go to line 38.

---

**Part 6** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

▪ No. Go to Part 7.

☐ Yes. Go to line 47.

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

▪ No

☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ....................................

$0.00

---

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 ...................................................................................................................... | | | $235,000.00 |
| 56. Part 2: Total vehicles, line 5 | $0.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $8,925.00 | | |
| 58. Part 4: Total financial assets, line 36 | $103,866.00 | | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. Total personal property. Add lines 56 through 61... | $112,791.00 | Copy personal property total | $112,791.00 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | | $347,791.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

JASSO DECL. PAGE - 0067   EXHIBIT 3, PAGE 49

# EXHIBIT 4

Fill in this information to identify your case and this filing:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |

■ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

**Located Tract 10542, Unit 4, Lot 376 on APN 178-011-01.**

1.1

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach   CA   92649-0000**
City              State     ZIP Code

**Orange**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:
APN: 891-569-62; HCD COT Registration transferred 2/25/2021, from J-Sandcastle Co LLC Debtor's single member LLC, to Debtor, in attempt to end UD litigation and obtain counter-signed Leasehold Agreement with RDRMHE. Debtor Homestead Declaration filed with OC Clerk Recorder 7/9/2021@12:48 p.m.

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................=>

| |
|---|
| **$235,000.00** |

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1  **Jamie Lynn Gallian**                                   Case number *(if known)*  **8:21-bk-11710-ES**

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

  ■ **YES  Lease 2020 Kia Sportage**      **LOCATION: 16222 MONTEREY LN #376**
  ☐ No                                      **HUNTINGTON BEACH, CA 92649**

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories*

  ■ No
  ☐ Yes

**5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.....................................................=>**         **$0.00**

**Part 3:**  **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**         **Current value of the portion you own?**
                                                           Do not deduct secured claims or exemptions.

**6.  Household goods and furnishings**
    *Examples: Major appliances, furniture, linens, china, kitchenware*
  ☐ No
  ■ Yes.  Describe.....

| | |
|---|---|
| **Misc. household goods and furnishings**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$3,500.00** |
| **waterford crystal red & white wine glasses** | **$1,000.00** |

**7.  Electronics**
    *Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games*
  ☐ No
  ■ Yes.  Describe.....

| | |
|---|---|
| **Wall television, computer, printer and peripherals**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$500.00** |

**8.  Collectibles of value**
    *Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles*
  ☐ No
  ■ Yes.  Describe.....

| | |
|---|---|
| **Lladro figurines collection (20)**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$1,900.00** |

**9.  Equipment for sports and hobbies**
    *Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments*
  ■ No
  ☐ Yes.  Describe.....

**10.  Firearms**
    *Examples: Pistols, rifles, shotguns, ammunition, and related equipment*
  ■ No
  ☐ Yes.  Describe.....

JASSO DECL. PAGE - 0070         EXHIBIT 4, PAGE 51

Debtor 1    **Jamie Lynn Gallian** _____    Case number *(if known)*    **8:21-bk-11710-ES**

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Misc. clothing** **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$1,000.00** |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.** **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$1,000.00** |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....    **5-year old Wired Terrier Dog**

| | |
|---|---|
| Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | **$25.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| |
|---|
| **$8,925.00** |

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.................................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................    Institution name:

| | | |
|---|---|---|
| 17.1. | **EDD Debit account**  **Bank of America** | **$3,793.00** |
| 17.2. | **Savings**  **Alliant Credit Union** | **$1,407.00** |

Official Form 106A/B    Schedule A/B: Property    page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

|  | 17.3. | **Savings** | **Alliant Credit Union** | **$2,600.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes................. Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them...................

Name of entity:

[19.a] **J-Sandcastle Co LLC-** Entity currently has $500.00 in bank account. Debtor Purchased home on 11/1/2018 with proceeds from 10/31/2018 sale of debtors previous residence APN 937-63-053. HCD Registered to J-Sandcastle Co LLC. RDRMHE Park Mgr. refused to countersign 1/1/2006 Ryan Leasehold Agreement, Space 376, to Applicant, J-Sandcastle, Co. LLC. or enter new agreement. J-Sandcastle Co LLC transferred Registration to Jamie Lynn Gallian, perfected with HCD 2/25/2021 to obtain Lot 376 Leasehold Agreement with RDRMHE. RDRMHE Mgrs. forbid home to be held in name other than individual. However, Park Management allow Registration of MH to be held in the name of a Trust.

% of ownership: 100%

[19.b] **J-Pad, LLC - Manager-Managed LLC-** Entity has approximately $7,000.00, from un-cashed space 376 rent checks tendered to RDRMHE, returned to Debtor un-cashed.
Only purpose is to hold HCD Certificate of Title, perfected 1/14/2019 of debtors primary residence 2014 Skyline Custom Villa, Decal No. LBM 1081; Serial No. 7V710394GB/GA to protect purchase of 2014 Manufactured Home as debtors primary residence and qualification 1/1/2006 Ryan Ground Leasehold Assigned to Debtor, located on APN 178-011-01 Tract 10542, Unit 4, Lot 376, pending litigation; preservation.

% of ownership: 1/7- th

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
| **IRA** | **Fidelity** | **$7,400.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ Yes
■ No ............. Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............. Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

Case 8:21-bk-11710-ES    Doc 16    Filed 09/22/21    Entered 09/22/21 09:40:50    Desc
Main Document    Page 7 of 29

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
 *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
 ■ No
 ☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
 *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
 ■ No
 ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28.  Tax refunds owed to you**
 ■ No
 ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29.  Family support**
 *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
 ■ No
 ☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
 *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
  benefits; unpaid loans you made to someone else
 ■ No
 ☐ Yes. Give specific information..

**31.  Interests in insurance policies**
 *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
 ■ No
 ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |

**32.  Any interest in property that is due you from someone who has died**
 If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
 someone has died.
 ☐ No
 ■ Yes.  Give specific information..

| Probate estate of Charles J. Bradley, Jr. DOD 6/18/2000
OCSC  Case No.  30-2017-00915711.
Uncertain what, if any proceeds will pass to debtor. | **Unknown** |

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
 *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
 ■ No
 ☐ Yes.  Describe each   claim.....

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
 ☐ No
 ■ Yes.  Describe each claim.........

| **[34.1]** | **Personal Injury claim filed against Huntington Beach Gables
HOA; Jesus Jasso, Jr., et al.
 OCSC Case No. 30-2020-01153679.  Date of injury 8/5/2018.** | **Unknown** |

JASSO DECL. PAGE - 0073          EXHIBIT 4, PAGE 54

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

| [34.2] | Possible Victim Restitution Award Order - People of the State of CA vs. Jesus Jasso Jr., PC §242, OCSC Case No. 19WM09951. Claim submitted to OC District Attorney through Victim Witness Agency.    $73,000.00 | **$73,000.00** |
|---|---|---|
| [34.3] | Potential Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates. Violation(s) of MRL §798, et seq.; multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction. Failure to timely pursue/prosecute frivolous UD claim filed 1/2/19, against debtor, bona fide purchaser for value on 11/1/2018.    Potential award of attorney fees under MRL. | **UNKNOWN** |
| [34.4] | Possible right to reversionary interest in unexpired 80 yr Ground Leasehold and Sub-condominium Leasehold,  Lot 1 & 2, Tract 10542, APN 178-011-01I Gables subd. located on APN 178-771-03.

Huntington Beach Gables HOA has a cross-complaint in the Nickel complaint pending OCSC 30-2020-01163055, in which Gables HOA seek a voiding of Unit 53 sale and Assignment of unexpired Ground Leasehold and Subcondominium Leasehold October 31, 2018, to bona fide purchaser Randall L. Nickel for valuable consideration.    Gallian had a homestead exemption.

On November 1, 2018, Debtor announced to Court on the record, OCSC 30-2017-00913985, C-33, Gallian sold the subject property.

On November 9, 2018, Hon. James L. Crandall, C-33, Denied Gables HOA 30-2017-00913985, exparte MOT to freeze debtors equity from sale to bona fide purchaser Randall L. Nickel. "It's her equity."

On December 6, 2018, Court vacated jury trial sua sponte. | **UNKNOWN** |

**35. Any financial assets you did not already list**

☐ No
☑ Yes.  Give specific information..

| | Possible COVID-19 Rent Relief Act from State of California for rent relief (Applied for June 2021, but not yet approved). Not property of the estate.   $27,000.00 | $27,000.00 |
|---|---|---|

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................    **$ 122,700.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Part 6** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

Official Form 106A/B                              Schedule A/B: Property                              page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Case 8:21-bk-11710-ES    Doc 16    Filed 09/22/21    Entered 09/22/21 09:40:50    Desc
Main Document    Page 9 of 29

Debtor 1    **Jamie Lynn Gallian**                                                    Case number *(if known)*    **8:21-bk-11710-ES**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................    | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2** .................................................................................................    **$235,000.00**

56. **Part 2: Total vehicles, line 5**                                              **$0.00**
57. **Part 3: Total personal and household items, line 15**                         **$8,925.00**
58. **Part 4: Total financial assets, line 36**                                     **$122,700.00**
59. **Part 5: Total business-related property, line 45**                            **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**                   **$0.00**
61. **Part 7: Total other property not listed, line 54**                    +       **$0.00**

62. **Total personal property.** Add lines 56 through 61...        **$131,625.00**      Copy personal property total ▶    **$131,625.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62                              | **$366,625.00** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | |
| Case number | **8:21-bk-11710-ES** | |
| (if known) | | |

■ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the value of collateral. | that supports this claim | portion If any |
| **2.1** J-Pad, LLC, Steven & Brian Gallian; EJ Gallian; Justin Barclay; Ronald j. Pierpont; Robert J. Pierpont; Jamie Lynn Gallian | Describe the property that secures the claim: <br> **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | $175,000.00 | $235,000.00 | $0.00 |

Creditor's Name

**21742 Anza Avenue
Torrance, CA  90503**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

**Holder of UCC 1 Perfected 1/14/2019;
HCD Registration Jamie Lynn Gallian perfected 2-25-2021**

Date debt was incurred _____    Last 4 digits of account number    **N/A**

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **Janine Jasso** | Describe the property that secures the claim: | **$53,684.41** | **$235,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln. Spc 376
Huntington Beach, CA 92649
Orange County
APN: 891-569-62; 2014 Skyline
Custom Villa Manufactured Home.
Decal No. LBM1081. Serial Number
AC7V710394GB 56'x15'2"; Serial
Number AC7V710394GA 60'x15'2".**

**16025 Warmington Lane
Huntington Beach, CA
92649**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/4/2018**        Last 4 digits of account number    **HOA Fees 3985**

| 2.3 | **Janine Jasso** | Describe the property that secures the claim: | **$13,229.24** | **$235,000.00** | **$6,913.65** |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln. Spc 376
Huntington Beach, CA 92649
Orange County
APN: 891-569-62; 2014 Skyline
Custom Villa Manufactured Home.
Decal No. LBM1081. Serial Number
AC7V710394GB 56'x15'2"; Serial
Number AC7V710394GA 60'x15'2".**

**16025 Warmington Lane
Huntington Beach, CA
92649**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **2018**        Last 4 digits of account number    **Attorney Fees $9400.00 Civil OCSC 30-2018-00986785.**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$241,913.65** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$241,913.65** |

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2 of 3

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

[ ]   Name, Number, Street, City, State & Zip Code
**Janine Jasso. Esq.**
**16025 Warmington Lane**
**Huntington Beach, CA 92649**

On which line in Part 1 did you enter the creditor?   **2.2; 2.3**

Last 4 digits of account number  _____


**J-Pad, LLC**
**21742 Anza Avenue**
**Torrance, CA 90503**

On which line in Part 1 did you enter the creditor?   2.1

Last 4 digits of account number  _____

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

JASSO DECL. PAGE - 0078          EXHIBIT 4, PAGE 59

# EXHIBIT 5

Case 8:21-bk-11710-ES   Doc 22   Filed 10/14/21   Entered 10/14/21 17:12:48   Desc
                        Main Document        Page 3 of 31

Fill in this information to identify your case and this filing:

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number   **8:21-bk-11710-ES**   ☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

**APN 178-011-16, Tract 10542, Unit 4, Lot 376**

| 1.1 | | |
|---|---|---|
| **16222 Monterey Ln #376** | | |
| Street address, if available, or other description | | |

| | | |
|---|---|---|
| **Huntington Beach   CA   92649-0000** | | |
| City          State        ZIP Code | | |

**Orange**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: APN 891.569.62

Title/Registration through HCD; LBM 1081 to Debtor.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$275,000.00** | **$275,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................=>   **$275,000.00**

**Part 2:**   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Official Form 106A/B   Schedule A/B: Property   page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | | Case number *(if known)* | **8:21-bk-11710-ES** |

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| 3.1 | Make: | **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Sportage** | ■ Debtor 1 only | | |
| | Year: | **2020** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** | | ☐ Check if this is community property (see instructions) | **$0.00** | **$0.00** |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...............................................................................=>    **$0.00**

### Part 3:  Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

### 6. Household goods and furnishings
Example          Major appliances, W/D, Refrigerator, living furniture, linens, china, kitchenware, beds, Sofa, chairs, dressers, coffee table, end table, Stools, dining table, hutch, side table, curio cabinet, wall unit, desk.

☐ No          **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**          **$3,500.00**

■ Yes. Describe.....

| Waterford crystal set red & white wine glasses | **$1,000.00** |

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ Yes. Describe

☐ No..          **Wall television, computer, printer, and peripherals**
                **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**          **$1,500.00**

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ Yes. Describe          **Lladro figurine boy dog collection (20)**

☐ No.                    **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**          **$1,950.00**

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

| Official Form 106A/B | Schedule A/B: Property | page 2 |
|---|---|---|

JASSO DECL. PAGE - 0081    EXHIBIT 5, PAGE 61

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

Misc. clothing, winter jackets, purses, blouses, pants, dresses, uniforms,
shoes, boots, tennis shoes, sandals, heels, work shoes
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 $1,000.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

■ Yes. Describe
☐ No.....

Movado wrist watch (20 yrs old.), costume jewelry, misc non-gold chains,
bracelets and earrings.
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 $1,000.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■Yes. Describe
☐ No..

5-year old Wired Terrier Dog
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 $25.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
**for Part 3. Write that number here** ............................................................................ $9.975.00

---

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No

☐ Yes..................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.

☐ No

Institution name:

| ■ Yes................17.1 | **EDD Debit Card** | **Bank of America** | $3,793.00 |
|---|---|---|---|
| 17.2. | **Checking and Savings** | **Alliant Credit Union  Covid Relief Funds** | $1,407.00 |
| 17.3 | **Savings** | **Alliant Credit Union  Covid Relief Funds** | $ 2,600.00. |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**

☐ No
■ Yes

Give specific information about them.................

Percentage of
Ownership

Name of entity:

**J-Sandcastle Co., LLC** - Entity is debtor's single member LLC.
Note payable in the approximate amount of $ 225,000.00, dated 11/16/2018,
secured by UCC-1, perfected 1/14/2019.
Entity currently has a bank account $16,000, holding funds from tendered,
Lot 376, Tract 10542,Unit 4, rent checks payable to RDRMHE; Ground Space #376
for 2014 Skyline manufactured home, LBM1081. RDRMHE refused to
countersign Ground Space Agreement with Applicant.  According to RDRMHE,
park rules forbid home to be held in name other than individual.
However, RDRMHE allows registration held in the name of a Trust. 100 % < $209,000.00 >

Official Form 106A/B Schedule A/B: Property page 3

JASSO DECL. PAGE - 0082 EXHIBIT 5, PAGE 62

| Debtor 1    Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|

J-Pad, LLC - Entity is a manager-managed LLC.
Debtor has _____ interest in LLC;  J-Pad, LLC holds COT perfected with HCD.
Holder of UCC-1, perfected 1/14/2019, secured Note receivable $225,000.00.      70    %
($175,000 & $88,000.00 Less note $225.000.00 = $38,000.00. Promissory Note
~~payable to Ron Pierpont; Robert McLelland vs equity in LLC + protection.~~

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                    Type of account:        Institution name:

| 401k | Fidelity 401k | $7,400.00 |
|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No

Official Form 106A/B                    Schedule A/B: Property                                    page 4

JASSO DECL. PAGE - 0083    EXHIBIT 5, PAGE 63

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ Yes...    Probate Estate Charles James Bradley Jr. DOD 6-18-2000.Case No.30-2017-00915711.
☐ No..      Uncertain what, if any, proceeds will pass to debtor. Will placed in paper shredder by   **unknown**
             Administrator Sandra Bradley, decedent's widow. Witnessed first hand by decedent's
             brother & wife, David Bradley and Diane Goetz.

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**    est.    **$ 100,000.00**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim......... Potential claim for <u>wrongful termination claim against employer, United Airlines</u> under Railroad Labor Act.
☐ No..            Potential claim against Association of Flight Attendants-MEC for failure to arbitrate employee's claim with CO.

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No

■ Yes. Describe each claim.........

| 34.1 | Personal injury claim against Huntington Beach Gables Homeowner's Association and Jesus Jasso Jr.; DOI: 8/5/2018; Case No.30-2020-01153679 | est. | $75,000.00 |

| 34.2 | Potential Claim against Houser Bros Co dba Rancho Del Rey MHE for violation(s) of MRL §798, et seq multiple acts of retaliation, discrimination, trespassing, unlawful entry, forcible detainer, wrongful eviction, failure to timely pursue frivilous Unlawful detainer, forcible Detainer Action filed 1/2/19. against bona fide purchaser for value 11/1/2018.     Potential Attorney fee award. | | $ 75,,000.00 |

| 34.3 | Possible rights to reversionary interest in unexpired 80 yr Ground Leasehold, Tract 10542, Lot 1 & 2, and Subcondominium Leasehold Unit 53. | | unknown |

| 34.4 | Potential <u>Victim Restitution Order in favor debtor for economic losses</u> injury sustained from PC §242, 8/5/2018, against Jesus Jasso Jr,; OCDAfiled Case No. 19WM09951, June 25, 2019 | est. | $ 73,000.00 |

**35. Any financial assets you did not already list**

■ Yes. Give specific information..     possible COVID-19 rent relief from State of California     est.     **$ 27,000.00**
☐ No.                   (applied for, but not yet approved).  Not property of the estate.

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..........................................................................................................     **$  350,000.00**

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

Official Form 106A/B                    Schedule A/B: Property                    page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|---|

**Part 6**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
  ■ No. Go to Part 7.
  ☐ Yes. Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
  *Examples:* Season tickets, country club membership
  ■ No
  ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here .................................... | **$0.00**

**Part 8:**   List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2 ................................................................................................................... | | **$275,000.00** |
| 56. Part 2: Total vehicles, line 5 | $ 0.00 | |
| 57. Part 3: Total personal and household items, line 15 | $ 9,975.00 | |
| 58. Part 4: Total financial assets, line 36 | $ 350,000.00 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54         + | $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | **$ 359,975.00**  Copy personal property total | **$359,975.00** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$  634,975.00** |

Official Form 106A/B                           Schedule A/B: Property                                   page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Case 8:21-bk-11710-ES Doc 22 Filed 10/14/21 Entered 10/14/21 17:12:48 Desc
Main Document Page 12 of 31

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | **8:21-bk-11710-ES** | | |

☒ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |
| **2.1** **Houser Bros. Co.** | Describe the property that secures the claim: | $0.00 | $275,000.00 | $0.00 |
| Creditor's Name **DBA Rancho Del Rey Estates 16222 Monterey Ln. Huntington Beach, CA 92649** | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County, LBM1081 HCD Title held by Debtor** | | | |
| Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |
| Who owes the debt? Check one. | Nature of lien. Check all that apply. | | | |
| ☒ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| ☐ Check if this claim relates to a community debt | ☒ Other (including a right to offset) Ground Lease, Lot 376, Tract 10542, Unit 4 located APN 178-011-01 | | | |
| Date debt was incurred | Last 4 digits of account number | | | |

JASSO DECL. PAGE - 0086    EXHIBIT 5, PAGE 66

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.2 | J-Pad, LLC; Steven & Brian Gallian | Describe the property that secures the claim: | $225,,000.00 | $275,000.00 | $ 00.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County LBM1081 HCD Title held by Debtor | | | |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☒☐An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **UCC-1** Certificate of Title Legal Owner recorded with HCD. UCC-1 perfected 1/14/2019

Date debt was incurred _____ Last 4 digits of account number _____

| 2.3 | Hyundai Capital America | Describe the property that secures the claim: | $4,186.00 | $0.00 | $4,186.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 2020 Kia Sportage Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE) | | | |

P.O. Box 269011
Plano, TX 75026

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Auto Lease**

Date debt was incurred _____ Last 4 digits of account number _____

| 2.4 | Orange County Tax Assessor | Describe the property that secures the claim: | $0.00 | $275,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County Title held by Debtor's single member LLC - J-Sandcastle Co, LLC | | | |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Property Taxes**

Date debt was incurred _____ Last 4 digits of account number _____

Official Form 106D Additional Page of Schedule D: Creditors Who Have Claims Secured by Property page 2 of 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.5 | **The Huntington Beach Gables** | Describe the property that secures the claim: | **$319,653.59** | **$275,000.00** | **$319,653.59** |
|---|---|---|---|---|---|

Creditor's Name
**Homeowners Association c/o Epsten Grinnell & Howell, APC 10200 Willow Creek Road, Ste 100 San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County ; LBM1081; 2014 Skyline Manufactured Home APN 891-569-62**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☒ Other (including a right to offset)   5/16/2019   **Abstract Judgment 2019 165259**

Date debt was incurred   **5/16/2019**

Last 4 digits of account number   **OCSC**   **30-2017-00913985**

| 2.6 | **Huntington Beach Gables Homeowners** | Describe the property that secures the claim: | **$319,653.59** | **$275,000.00** | **$319,653.59** |
|---|---|---|---|---|---|

Creditor's Name
**Association c/o Epsten Grinnell & Howell, APC 10200 Willow Creek Road, Ste 100 San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County; LBM 1081; 2014 Skyline Manufactured Home**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated

Number, Street, City, State & Zip Code

☐ Disputed

Nature of lien. Check all that apply.

Who owes the debt? Check one.

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only
☐ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☒ Other (including a right to offset)   **Abstract Judgment 201900166068**

Date debt was incurred   **05/16/2019**

Last 4 digits of account number   **OCSC**   **30-2017-00913985**

JASSO DECL. PAGE - 0088    EXHIBIT 5, PAGE 68

Case 8:21-bk-11710-ES Doc 22 Filed 10/14/21 Entered 10/14/21 17:12:48 Desc
Main Document Page 15 of 31

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|
| First Name | Middle Name | Last Name | | |

| 2.7 | **The Huntington Beach Gables Homeowners** | Describe the property that secures the claim: | $3,070.00 | $275,000.00 | $3,070.00 |
|---|---|---|---|---|---|

Creditor's Name
**Association
c/o Epsten Grinnell &
Howell, APC
10200 Willow Creek
Road, Ste 100
San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington
Beach, CA 92649 Orange County ;
LBM1081; 2014 Skyline Manufactured
Home APN 891-569-62**
As of the date you file, the claim is: Check all that
apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ **Check if this claim relates to a
community debt**

☒ Other (including a right to offset) **11/19/2018** **Abstract Judgment 2018435011**

Date debt was incurred **11/19/2018**    Last 4 digits of account number  **OCSC**   **30-2017-00913985**

| 2.8 | **Huntington Beach Gables Homeowners** | Describe the property that secures the claim: | $9,265.00 | $275,000.00 | $9,265.00 |
|---|---|---|---|---|---|

Creditor's Name
**Association
c/o Epsten Grinnell &
Howell, APC
10200 Willow Creek
Road, Ste 100
San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington Beach,
CA 92649 Orange County;   LBM 1081;
2014 Skyline Manufactured Home; APN
891-569-62**
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated

Number, Street, City, State & Zip Code

☐ Disputed
**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ An agreement you made (such as mortgage or secured
car loan)

■ Debtor 1 only
☐ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ **Check if this claim relates to a
community debt**

☒ Other (including a right to offset)    **Abstract Judgment 2019148568**

Date debt was incurred **05/03/2019**    Last 4 digits of account number  **OCSC**   **30-2017-00962999**

JASSO DECL. PAGE - 0089   EXHIBIT 5, PAGE 69

Case 8:21-bk-11710-ES   Doc 22   Filed 10/14/21   Entered 10/14/21 17:12:48   Desc
Main Document      Page 16 of 31

Debtor 1   **Jamie Lynn Gallian**

First Name      Middle Name            Last Name

Case number (if known)   **8:21-bk-11710-ES**

| 2.9 | **Janine Basso, ESQ** | | $13,229.24 | $275,000.00 | $13,229.24 |

Creditor's Name

**Describe the property that secures the claim:**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County ; LBM1081; 2014 Skyline Manufactured Home APN 891-569-62**

**16025 Warmington Lane
Huntinton Beach, CA
92649**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)  11/19/2018   Abstract Judgment 2021000348287

Date debt was incurred   **5/27/2021**

Last 4 digits of account number   **OCSC**   **30-2018-00986785**

| 2.10 | **People of the ST of CA** | | $13,229.24 | $275,000.00 | $13,229.24 |

**Describe the property that secures the claim:**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County; LBM 1081; 2014 Skyline Manufactured Home; APN 891-569-62**

Creditor's Name

**8141 13th Street
Westminister, CA
92683**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated  **On Appeal 30-2021-01189657**
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **Abstract Judgment 2021000348287**

Date debt was incurred   **5/27/2021**

Last 4 digits of account number   **OCSC**   **18WM05278**

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 5 of 8

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1 **Jamie Lynn Gallian**
First Name    Middle Name    Last Name

Case number (if known)    **8:21-bk-11710-ES**

| 2.11 | **Janine Basso, ESQ** | Describe the property that secures the claim: | $53,684.41 | $275,000.00 | $53,684.41 |

Creditor's Name

16222 Monterey Ln #376 Huntington
Beach, CA 92649 Orange County ;
LBM1081; 2014 Skyline Manufactured
Home APN 891-569-62

**16025 Warmington Lane**
**Huntinton Beach, CA**
**92649**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☒ Disputed

Nature of lien. Check all that apply.

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☒ Other (including a right to offset)    **12/14/2018 Abstract Judgment 2018000467142**

Date debt was incurred   **7/23/2020**

Last 4 digits of account number   **OCSC**   **30-2017-00913985**

| 2.12 | **Huntington Beach** **Gables Homeowners** **Association** | Describe the property that secures the claim: | $46,138.00 | $275,000.00 | $46,138.00 |

Creditor's Name
**c/o Epsten Grinnell &**
**Howell, APC**
**10200 Willow Creek**
**Road, Ste 100**
**San Diego, CA 92131**

16222 Monterey Ln #376 Huntington Beach,
CA 92649 Orange County;
LBM 1081; 2014 Skyline Manufactured
Home; APN 891-569-62

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated

Number, Street, City, State & Zip Code

☐ Disputed
Nature of lien. Check all that apply.

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☒ Other (including a right to offset)   **12/14/2018 Abstract Judgment 2018000467142**

Date debt was incurred   **12/14/2018**

Last 4 digits of account number   **OCSC**   **30-2017-00913985**

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.7 | The Huntington Beach Gables | Describe the property that secures the claim: | $46,138.00 | $275,000.00 | $46,138.00 |
|---|---|---|---|---|---|

Creditor's Name

**Homeowners Association Gordon, Rees, Mansukhani**

633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County; 2014 Skyline Manufactured Home LBM 1081

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Abstract of Judgement  2018000467142**

Date debt was incurred    **12/14/2018**    Last 4 digits of account number    **30-2017-00913985**

Add the dollar value of your entries in Column A on this page. Write that number here:    $604,242.59

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    **$ 604,242.59**

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

JASSO DECL. PAGE - 0092    EXHIBIT 5, PAGE 72

**EXHIBIT 6**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | 8:21-bk-11710-ES |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1 | **Located on APN 178-011-01**
**Tract 10542, Unit 4, Lot 376**

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach   CA   92649-0000**
City        State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$235,000.00**
Current value of the portion you own? **$235,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................................=>**    | **$235,000.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

JASSO DECL. PAGE - 0094          EXHIBIT 6, PAGE 73

Case 8:21-bk-11710-ES    Doc 37    Filed 11/16/21    Entered 11/17/21 14:02:04    Desc
Main Document    Page 4 of 26

Debtor 1    **Jamie Lynn Gallian**                                        Case number *(if known)*    **8:21-bk-11710-ES**

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes        Lease 2020 Kia Sportage    Expires 12/2022

☐ No

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
     pages you have attached for Part 2. Write that number here........................................................=>    **$0.00**

| **Part 3:** | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.  Household goods and furnishings**
  *Examples:* Major appliances, furniture, linens, china, kitchenware
  ☐ No
  ■ Yes.  Describe.....

| Misc. household goods and furnishings Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
|---|---|
| waterford crystal set red and white wine glasses | $1,000.00 |

**7.  Electronics**
  *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
  ☐ No
  ■ Yes.  Describe.....

| Wall television, computer, printer and peripherals Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
|---|---|

**8.  Collectibles of value**
  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
  ☐ No
  ■ Yes.  Describe.....    Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | $1,900.00 |
|---|---|

**9.  Equipment for sports and hobbies**
  *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
  ■ No
  ☐ Yes.  Describe.....

**10.  Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  ■ No
  ☐ Yes.  Describe.....

Official Form 106A/B                              Schedule A/B: Property                              page 2
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                           Case number *(if known)*   **8:21-bk-11710-ES**

---

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| 5-year old Wired Terrier Dog | $25.00 |

**14.** Any other personal and household items you did not already list, including any health aids you did not list
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here .................................................................

| |
|---|
| $8,925.00 |

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                Institution name:

| | | |
|---|---|---|
| 17.1. | **EDD Debit account**   Bank of America | $3,793.00 |
| 17.2. | **Savings**   Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $1,407.00 |

---

JASSO DECL. PAGE - 0096          EXHIBIT 6, PAGE 75

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 17.3. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $2,600.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☐ Yes. Give specific information about them...................
       Name of entity:                                    % of ownership:

**J-Sandcastle Co, LLC  single member entity** currently has a bank account of less than $500.00 assets.
**Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 after voluntary mediation with RDRMHE Park in UD Case.  Park refused to countersign lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. According to Houser Bros RDR Park Owner/Manager, Park Rules allegedly forbid home to be held in name other than an  individual; However, Park allow homes titled in a Trust.  Debtor unable to verify stated reason in RDRMHE Park Rules.**    100 %    $ 500.00

**J-PAD, LLC.  Manager-Managed closed family LLC.  Members Assets include bank account of around $2,000; Uncashed B/A Cashiers Check $13,710.00, from ChaseJ-Sandcastle 7/9/21, rent funds to RDRMHE; Rent Checks tendered for space 376 rent paid in full by debtor (Alliant CU Acct)  through December 2021, returned from Rancho Del Rey MHE. J-Pad, LLC Holder of  COTA  perfected 1/14/2019.  UCC-1 AD  filed 1/14/2019, 30-yr. Manufactured Home Transaction secured by LBM1081, located on APN 178-011-16, Tract 10542, Unit 4, Lot 376.  J-Pad, LLC  Holder of Security Agreement, dated 11/16/18, Promissory Note ($175,000 & $88,000). Matures 2048.  Various minimal debts owed approx. $15,000.  Debtor 341 testimony concerned frivolous costly ongoing litigation debt; Debtor manages 100%.**    33-1/3 %    $ 75,000.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
       Type of account:                Institution name:

| | | |
|---|---|---|
| **IRA** | **Fidelity** | $ 7,400.00 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ Yes
   ■ No. .                              Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Debtor 1   **Jamie Lynn Gallian**                                      Case number *(if known)*   **8:21-bk-11710-ES**

■ No
☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.

Company name:                        Beneficiary:                     Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
■ Yes.  Give specific information..   **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711. Uncertain what, if any, proceeds will pass to debtor.**

**Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1 million, June 2020, denied by Administrator, Sandra Bradley, approx. March 29, 2021.  Unknown whether any recovery will be awarded.**                    **Unknown**

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim.  **Wrongful termination against United Airlines. No lawsuit filed.**
□ No. .  **Claim filed Collective Bargaining with Association of Flight Attendants under**
**Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.**          **Unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    □ No
    ■ Yes. Describe each claim.........

| | | |
|---|---|---|
| *34.1* | **Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.          No lawsuit filed yet.** | **Unknown** |
| *34.2* | **Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017 FAC 5/16/2017, Gables HOA civil complaint.** | **Unknown** |
| *34.3* | **Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.  Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081**      **Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL)** | **Unknown** |
| *34.4* | **Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al.  Case No. 30-2020-01153679.**      **Estimated  damages approximately $195,000.** | **Unknown** |
| *34.5* | **Due to pending litigation  Potential right of debtor to reversionary interest in Unit 53, unexpired Ground Leasehold and Subcondominum Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16,  Holding Alternate APN 178-771-03;  Unit 53 APN 937-63-053; Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of Declarant to various consumers until 2059, termination 80-year GroundLeasehold and Subcondominium Leasehold;  Further rights clarified by Master Lessor and Sublessor in First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground Leasehold and Subcondominium Leasehold  relative to Lot 1 & 2 Tract 10542, City of Huntington Beach, CA.**       **(Huntington Beach Gables HOA has a filed cross-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered rights in debtors previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaser for value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels).** | **Unknown** |
| **34.6** | **Potential Victim restitution Order from Defendant Jesus Jasso, Jr,  OCSC Case No. 19WM09951**      **Approx. economic damages  $ 73,000.00** | **Unknown** |

35. **Any financial assets you did not already list**
    □ No
    ■ Yes.  Give specific information..   **CA COVID-19 relief from State of California for rent relief (debtor applied approx June 9,2021.  CA Covid-19 Relief Award October 27, 2021.          Not property of the estate.**          **$24,301.55**

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................          **$ 115,001.55**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

**54.   Add the dollar value of all of your entries from Part 7. Write that number here  ....................................**       **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.   Part 1: Total real estate, line 2** ..........................................................................................................   **$235,000.00**

**56.   Part 2: Total vehicles, line 5**                                                                                               **$0.00**

**57.   Part 3: Total personal and household items, line 15**                                                                        **$8,925.00**

**58.   Part 4: Total financial assets, line 36**                                                                                    **$115,001.55**

**59.   Part 5: Total business-related property, line 45**                                                                           **$0.00**

**60.   Part 6: Total farm- and fishing-related property, line 52**                                                                  **$0.00**

**61.   Part 7: Total other property not listed, line 54**                                                               +           **$0.00**

**62.   Total personal property.** Add lines 56 through 61...             **$123,926.55**         Copy personal property total          **$123,926.55**

**63.   Total of all property on Schedule A/B.** Add line 55 + line 62                                                               **$358,926.55**

Official Form 106A/B                                            Schedule A/B: Property                                            page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# EXHIBIT 7

**Fill in this information to identify your case and this filing:**

Debtor 1 __**Jamie Lynn Gallian**__
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number __8:21-bk-11710-ES__

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1 **Located on APN 178-011-01 Tract 10542, Unit 4, Lot 376**

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach   CA   92649-0000**
City          State          ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$235,000.00**
Current value of the portion you own? **$235,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. 80 yr Ground Leasehold, APN 178-011-01, Tract 10542, Unit 4, Lot 376. OC Clk Rec. RS Bk 58 pg 35-36; Parcel Map, Bk 108 Pg 47, 48; MM Bk 456, Pg 49-50;

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.**
**HCD Decal No. LBM 1081. Serial Number AC7V710394GB/GA 56'x15'2".**
**Registered to Debtor. HCD COTA perfected 1/14/2019**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=> | **$235,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

JASSO DECL. PAGE - 0102          EXHIBIT 7, PAGE 80

Debtor 1    **Jamie Lynn Gallian**                                        Case number *(if known)*    **8:21-bk-11710-ES**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes        Lease 2020 Kia Sportage    Expires 12/2022
☐ No

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.................................................................=>        **$0.00**

| Part 3: | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
  *Examples:* Major appliances, furniture, linens, china, kitchenware
  ☐ No
  ■ Yes.  Describe.....

| Misc. household goods and furnishings Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
|---|---|

| waterford crystal set red and white wine glasses | $1,000.00 |
|---|---|

**7. Electronics**
  *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
  ☐ No
  ■ Yes.  Describe.....

| Wall television, computer, printer and peripherals Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
|---|---|

**8. Collectibles of value**
  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
  ☐ No
  ■ Yes.  Describe.....        Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | $1,900.00 |
|---|---|

**9. Equipment for sports and hobbies**
  *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
  ■ No
  ☐ Yes.  Describe.....

**10. Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  ■ No
  ☐ Yes.  Describe.....

Official Form 106A/B                    Schedule A/B: Property                                        page 2

JASSO DECL. PAGE - 0103          EXHIBIT 7, PAGE 81

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*   **8:21-bk-11710-ES**

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes. Describe.....

| | |
|---|---|
| Misc. clothing<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | $1,000.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes. Describe.....

| | |
|---|---|
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | $1,000.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ☑ Yes. Describe.....

| | |
|---|---|
| **5-year old Wired Terrier Dog** | $25.00 |

**14.** Any other personal and household items you did not already list, including any health aids you did not list
   ☑ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................

| |
|---|
| $8,925.00 |

---

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?   Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☑ No
   ☐ Yes.................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☑ Yes........................

   Institution name:

| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
|---|---|---|---|
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

---

JASSO DECL. PAGE - 0104          EXHIBIT 7, PAGE 82

| Debtor 1    Jamie Lynn Gallian | Case number *(if known)*    8:21-bk-11710-ES |
|---|---|

| 17.3. | **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $2,600.00 |
|---|---|---|---|

**18.** **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ■ No
- ☐ Yes..................    Institution or issuer name:

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
- ☐ No
- ■ Yes.  Give specific information about them....................
    Name of entity:                                                    % of ownership:

**J-Sandcastle Co, LLC  single member entity** had a bank account of  $9000.00 assets to B/A
Cashiers Chk. Uncashed space 376 rent funds.  Current less than $500.00
Original purpose of LLC was to hold HCD Registration to Debtor's residence.
HCD Registration was transferred to debtor on 2/25/2021 after voluntary
mediation with RDRMHE Park re: 2019 UD Case.  Park refused to countersign
lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC.  Accord-
ing to Houser Bros Park Owner/Manager, Park Rules allegedly forbid home
to be held in business name; insistent only in an individual name.  However, Park allows
homes held  in Trust. Debtor unable to verify stated reason in RDRMHE Park Rules.    100 %    $500.00

**J-PAD, LLC.  Manager-Managed  LLC.  Assets include bank account of less than $1,000;**
 B/A Cashier;s Check approx, $13,710.00, from 7/9/21 Chase Bank- J-Sandcastle Co LLC;
Rent Checks tendered for space 376 as agreed.  Space rent tendered each month since filing
BK petition 7-9-21 by debtor (Alliant CU Acct.)  through December 31, 2021, Concurrently
with CA Covid-19 Relief AWARD 10/27/2021;  Houser Bros Co. caused further harm to
debtor, Houser Bros sent uncashed checks to various un-authorized entities including the
IRS, in violation of debtors STAY.
Debtors  J-Pad, LLC,  Holder of  COTA  perfected 1/14/2019.    100 %    $14,710.00

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
- ■ No
- ☐ Yes. Give specific information about them
    Issuer name:

**21.** **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
- ☐ No
- ■ Yes. List each account separately.
    Type of account:                        Institution name:

| **IRA** | **Fidelity** | $ 7,400.00 |
|---|---|---|

**22.** **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
- ☐ Yes
- ■ No. .    Institution name or individual:

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ■ No
- ☐ Yes............    Issuer name and description.

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*   **8:21-bk-11710-ES**

■ No
☐ Yes............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
             benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples*: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
   Company name:                      Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
☐ No
■ Yes.  Give specific information..   **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.
   Uncertain what, if any, proceeds will pass to debtor.**

   **Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1
   million, June 2020, denied by Administrator, Sandra Bradley, approx.
   March 29, 2021.  Unknown whether any recovery will be awarded.**                **Unknown**

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim.     Wrongful termination against United Airlines. No lawsuit filed.
☐ No.                          Claim filed Collective Bargaining with Association of Flight Attendants under
                               Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.     Unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim.........

34.1     Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate
         transaction May 2010, that ultimately lead to recordation of Grant Deed Doc #
         2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended
         transfer to Sandra L. Bradley Trust.                       No lawsuit filed yet.
                                                                                            Unknown

34.2     Possible claim against Sandra Bradley for failure to disclose previous alleged
         ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at
         Alderport, that occurred prior to debtor became legal owner of the Alderport property on
         March 23, 2017, the subject of 4/11/2017 FAC 5/16/2017, Gables HOA civil complaint.     Unknown

34.3     Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros
         Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code;
         violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful
         entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim
         filed 1/2/19.  Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered
         Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081
                        Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL)     Unknown

34.4     Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr.
         et al.  Case No. 30-2020-01153679.
                                    Estimated  damages approximately $195,000.     Unknown

34.5     Due to pending litigation  potential right of debtor to reversionary interest  unexpired Ground
         Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16,  Holding Alternate
         APN 178-771-03;
         Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant;
         Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee;
         Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of the
         Declarant to various consumers until 2059, an 80-year GroundLeasehold and Subcondominium Leasehold
         Tract 10542, Lot 1 and 2;  Further rights clarified by Master Lessor and Sublessor in that certain
         First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest
         in Master Ground-Leasehold and Subcondominium Leasehold relative to Lot 1 & 2 Tract 10542 Hunt. Beach.

         (Huntington Beach Gables HOA has filed a cross-complaint pending OCSC, in which Gables
         HOA seek a voiding of the debtors sale of unencumbered fee interest in debtor's previous residence;
         Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaserfor
         value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold
         and Subcondominium Leasehold from Debtor to purchaser Randall Nickels).     Unknown

34.6     Potential Victim Restitution Order from Defendant Jesus Jasso, Jr, PC§242 OCSC Case No. 19WM09951     Unknown
                                        .     Approx. economic damages  $ 73,000.00

**35. Any financial assets you did not already list**
☐ No           CA COVID-19 Award - State of California.  Landlord refused to participate or apply on
■ Yes.  Give specific information..    behalf of this tenant after receiving Tenants Declaration re: Covid related afflictions
               from Tenant.  Tenant applied 6/9/21 and was Awarded Relief on 10/27/2021.     $24,301.55

               Landlord waited three weeks to notify Counsel in UD case of funds received.  Landlord
               refused to dismiss UD case.  Application to avoid Lease Forfeiture Filed @ CJC.

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
     **for Part 4. Write that number here .......................................................................................**     $ 54,711.55

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1   **Jamie Lynn Gallian** _____   Case number *(if known)*   **8:21-bk-11710-ES**

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54.   **Add the dollar value of all of your entries from Part 7. Write that number here**  .....................................  | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55.   **Part 1: Total real estate, line 2**  .............................................................................................................  **$235,000.00**

56.   **Part 2: Total vehicles, line 5**   **$0.00**

57.   **Part 3: Total personal and household items, line 15**   **$8,925.00**

58.   **Part 4: Total financial assets, line 36**   **$54,711.55**

59.   **Part 5: Total business-related property, line 45**   **$0.00**

60.   **Part 6: Total farm- and fishing-related property, line 52**   **$0.00**

61.   **Part 7: Total other property not listed, line 54**   +   **$0.00**

62.   **Total personal property.** Add lines 56 through 61...   **$63,636.55**     Copy personal property total   **$63,636.55**

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62   | **$298,636.55** |

JASSO DECL. PAGE - 0108          EXHIBIT 7, PAGE 86

# EXHIBIT 8

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | 8:21-bk-11710-ES |

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

| | | |
|---|---|---|
| 1.1 | **Located on APN 178-011-01 Tract 10542, Unit 4, Lot 376** <br><br> **16222 Monterey Ln. Spc 376** <br> Street address, if available, or other description <br><br><br> **Huntington Beach CA 92649-0000** <br> City    State    ZIP Code <br><br><br> **Orange** <br> County | **What is the property?** Check all that apply <br> ☒ Single-family home <br> ☐ Duplex or multi-unit building <br> ☐ Condominium or cooperative <br><br> ■ Manufactured or mobile home <br> ☐ Land <br><br> ☐ Investment property <br> ☐ Timeshare <br> ☐ Other <br><br> **Who has an interest in the property?** Check one <br> ☒ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> Current value of the entire property?    Current value of the portion you own? <br> **$235,000.00**      **$235,000.00** <br><br> **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** 80 yr Ground Leasehold, APN 178-011-01, Tract 10542, Unit 4, Lot 376. OC Clk Rec. RS Bk 58 pg 35-36; Parcel Map, Bk 108 Pg 47, 48; MM Bk 456, Pg 49-50; <br><br> ☐ **Check if this is community property** (see instructions) |

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.**
**HCD Decal No. LBM 1081. Serial Number AC7V710394GB/GA 56'x15'2".**
**Registered to Debtor. HCD COTA perfected 1/14/2019**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**
     **$235,000.00**

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

JASSO DECL. PAGE - 0110          EXHIBIT 8, PAGE 87

| Debtor 1    Jamie Lynn Gallian | Case number *(if known)*    8:21-bk-11710-ES |
|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes        Lease 2020 Kia Sportage    Expires 12/2022

☐ No

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.............................................................=>        $0.00

| **Part 3:** | Describe Your Personal and Household Items | |
|---|---|---|
| Do you own or have any legal or equitable interest in any of the following items? | | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Misc. household goods and furnishings Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
|---|---|
| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| Wall television, computer, printer and peripherals Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes.  Describe.....        Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | $1,900.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes.  Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes.  Describe.....

Official Form 106A/B                        Schedule A/B: Property                                        page 2

JASSO DECL. PAGE - 0111          EXHIBIT 8, PAGE 88

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*    **8:21-bk-11710-ES**

---

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe.....

| | |
|---|---|
| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe.....

| | |
|---|---|
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe.....

| | |
|---|---|
| 5-year old Wired Terrier Dog | $25.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................    **$8,925.00**

---

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes...................................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes.........................    Institution name:

| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
|---|---|---|---|
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

---

JASSO DECL. PAGE - 0112            EXHIBIT 8, PAGE 89

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

| | 17.3. | **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | **$2,600.00** |

---

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................
         Name of entity:        % of ownership:

**J-Sandcastle Co, LLC  single member entity** had a bank account of  $9000.00 assets to B/A
Cashiers Chk. Uncashed space 376 rent funds.  Current less than $500.00
Original purpose of LLC was to hold HCD Registration to Debtor's residence.
HCD Registration was transferred to debtor on 2/25/2021 after voluntary
mediation with RDRMHE Park re: 2019 UD Case.  Park refused to countersign
lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. Accord-
ing to Houser Bros Park Owner/Manager, Park Rules allegedly forbid home
to be held in business name; insistent only in an individual name.  However, Park allows
homes held  in Trust. Debtor unable to verify stated reason in RDRMHE Park Rules.    100 %    **$500.00**

**J-PAD, LLC.  Manager-Managed  LLC.  Assets include bank account of less than $1,000;**
 B/A Cashier;s Check approx, $13,710.00, from 7/9/21 Chase Bank- J-Sandcastle Co LLC;
Rent Checks tendered for space 376 as agreed.  Space rent tendered each month since filing
BK petition 7-9-21 by debtor (Alliant CU Acct.)  through December 31, 2021, Concurrently
with CA Covid-19 Relief AWARD 10/27/2021;  Houser Bros Co. caused further harm to
debtor, Houser Bros sent uncashed checks to various un-authorized entities including the
IRS, in violation of debtors STAY.
Debtors  J-Pad, LLC,  Holder of  COTA  perfected 1/14/2019.    100 %    $14,710.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
         Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
         Type of account:      Institution name:

| | **IRA** | **Fidelity** | | **$ 7,400.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ Yes
    ■ No. .      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B      Schedule A/B: Property      page 4

Debtor 1    **Jamie Lynn Gallian**                                  Case number *(if known)*   **8-21-bk-11710-ES**

■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
     Company name:                          Beneficiary:                     Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
■ Yes.  Give specific information..    **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.
Uncertain what, if any, proceeds will pass to debtor.**

**Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1
million, June 2020, denied by Administrator, Sandra Bradley, approx.
March 29, 2021.  Unknown whether any recovery will be awarded.**                    **Unknown**

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim.    Wrongful termination against United Airlines. No lawsuit filed.
☐ No.    Claim filed Collective Bargaining with Association of Flight Attendants under
     Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.    **Unknown**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim.........

| 34.1 | Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.   No lawsuit filed yet. | **Unknown** |
|---|---|---|

| 34.2 | Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017 FAC 5/16/2017, Gables HOA civil complaint. | **Unknown** |
|---|---|---|

| 34.3 | Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.  Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081<br>    Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL) | **Unknown** |
|---|---|---|

| 34.4 | Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al. Case No. 30-2020-01153679.<br><br>    Estimated  damages approximately $195,000. | **Unknown** |
|---|---|---|

| 34.5 |     Due to pending litigation  potential right of debtor to reversionary interest  unexpired Ground Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16, Holding Alternate APN 178-771-03;<br>    Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of the Declarant to various consumers until 2059, an 80-year GroundLeasehold and Subcondominium Leasehold Tract 10542, Lot 1 and 2;  Further rights clarified by Master Lessor and Sublessor in that certain First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground-Leasehold and Subcondominium Leasehold relative to Lot 1 & 2 Tract 10542 Hunt. Beach.<br><br>    (Huntington Beach Gables HOA has filed a cross-complaint pending OCSC, in which Huntington HOA seek a voiding of the debtors sale of unencumbered fee interest in debtor's previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaserfor value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels). | **Unknown** |
|---|---|---|

| 34.6 | Potential Victim Restitution Order from Defendant Jesus Jasso, Jr, PC§242 OCSC Case No. 19WM09951<br>    Approx. economic damages  $ 73,000.00 | **Unknown** |
|---|---|---|

**35. Any financial assets you did not already list**

☐ No
■ Yes.  Give specific information..    CA COVID-19 Award - State of California.  Landlord refused to participate or apply on behalf of this tenant after receiving Tenants Declaration re: Covid related afflictions from Tenant.  Tenant applied 6/9/21 and was Awarded Relief on 10/27/2021.    **$24,301.55**

     Landlord waited three weeks to notify Counsel in UD case of funds received.  Landlord refused to dismiss UD case.  Application to avoid Lease Forfeiture Filed @ CJC.

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here .......**    **$ 54,711.55**

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

JASSO DECL. PAGE - 0115       EXHIBIT 8, PAGE 92

Debtor 1    **Jamie Lynn Gallian**    Case number *(if known)*    **8:21-bk-11710-ES**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

54.    **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................... | **$235,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$8,925.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$54,711.55** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** |
| 62. | **Total personal property.** Add lines 56 through 61... | **$63,636.55** Copy personal property total    **$63,636.55** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$298,636.55** |

JASSO DECL. PAGE - 0116          EXHIBIT 8, PAGE 93

**EXHIBIT 9**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jamie Lynn Gallian |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | 8:21-bk-11710-ES |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.1** **Jamie Gallian; Steven Gallian; Brian Gallian** Creditor's Name | Describe the property that secures the claim: **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | $225,000.00 | $235,000.00 | $10,000.00 |

**16222 Monterey Ln. #376
Huntington Beach, CA
92649**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

CA Sec. of State UCC-1, File No. 19761916827, 1/14/2019.  Manufactured Home Transaction, Amended 09/12/2021.  Debtor is Holder of a Security Agreement and Promissory Note dated 11/16/2018 against LBM1081 Serial No; 7V710394GB/GA, HCD COTA perfected 1/14/2019. HCD Registration changed 2/25/2021 named Ind., Jamie Gallian, to obtain promised countersigned lease hold agreement from Landlord and end Frivolous Unlawful Detainer Case filed 1/2/19, pending for three years.  Debtors single member LLC original HCD registration refused a Ground Lease Agreement Sp 376.

**Last 4 digits of account number**

Official Form 106D              Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

Debtor 1   **Jamie Lynn Gallian**                                    Case number (if known)   **8:21-bk-11710-ES**
     First Name    Middle Name    Last Name

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $225,000.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $225,000.00 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

**EXHIBIT 10**

| Fill in this information to identify your case and this filing: | |
|---|---|

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

| | | |
|---|---|---|
| 1.1 | | |

**16222 Monterey Ln. Unit 376**
Street address, if available, or other description

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Huntington Beach   CA   92649-0000**
City        State    ZIP Code

Current value of the entire property?   **$ unknown**

Current value of the portion you own?   **$235,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Existing 1979 80 year Ground Leasehold Parcel 1 & 2 Tract 10542, Unit(s) 1,2,3,4

**Orange**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:   LPT 891-569-62

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................==>   | **$235,000.00** |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Official Form 106A/B                     Schedule A/B: Property                                    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*   **8:21-bk-11710-ES**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories*

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
pages you have attached for Part 2. Write that number here........................................................=>      | **$0.00** |

| **Part 3:** | **Describe Your Personal and Household Items** |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

**6. Household goods and furnishings**
   *Examples: Major appliances, furniture, linens, china, kitchenware*
   ☐ No
   ■ Yes. Describe.....

| Misc. household goods and furnishings Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
| --- | --- |
| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
   *Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games*
   ☐ No
   ■ Yes. Describe.....

| Wall television, computer, printer and peripherals Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
| --- | --- |

**8. Collectibles of value**
   *Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles*
   ☐ No
   ■ Yes. Describe.....

| Lladro figurine collection (20) | $1,900.00 |
| --- | --- |

**9. Equipment for sports and hobbies**
   *Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments*
   ■ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples: Pistols, rifles, shotguns, ammunition, and related equipment*
   ■ No
   ☐ Yes. Describe.....

Official Form 106A/B                          Schedule A/B: Property                                    page 2

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*    **8:21-bk-11710-ES**

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ☐ No
  ☑ Yes.  Describe.....

| | |
|---|---|
| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ☑ Yes.  Describe.....

| | |
|---|---|
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ☐ No
  ☑ Yes.  Describe.....

| | |
|---|---|
| 5-year old Wired Terrier Dog | $25.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ☑ No
  ☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................**    | $8,925.00 |

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
  *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
  ☑ No
  ☐ Yes.....................................................................

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
  ☐ No
  ☑ Yes.....................        Institution name:

| | | |
|---|---|---|
| 17.1. | **EDD Debit account**  Bank of America | $3,793.00 |
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

Official Form 106A/B                    Schedule A/B: Property                    page 3

JASSO DECL. PAGE - 0123          **EXHIBIT 10, PAGE 98**

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)*  8:21-bk-11710-ES |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 17.3. | **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | **$2,600.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them.......Name of entity:          % of ownership:

   **19.1  J-Sandcastle Co, LLC-** Assets include a bank account of less than $1,000.
   Debtor peacefully resided at 4476 Alderport since 11/23/2009.  On 8/5/2018, debtor was battered
   at her home in HOA. Criminal charges PC §242 were filed; trial is pending 19WM00951. Request
   for victim restitution.  Debtor moved out of the HOA-Alderport home out of fear on 9/11/18.
   On 9/11/2018, a three year residential property lease 5782 Pinon Dr signed. Debtors
   Alderport home sold on 10/31/2018.  Debtor purchased investment rental property on
   11/1/2018 within TRACT 10542 APN 178-011-01 located in Huntington Harbour with
   proceeds from unencumbered sale of her Alderport with the intent of living in the
   property at the end of the signed lease commitment.  Debtors Retirement Funds were
   completely depleted from 2016-2019 legal expenses incurred defending Gables HOA civil        100    %          $1,000.00
   complaints filed against her  On 11/8/18, ST Court denied Gables HOA MOTION to freeze
   debtors equity in the Alderport sale.  Debtor executed a Security Agreement and
   Promissory Note with the LLC dated 11/16/2018, perfected HCD Certificate of Title and
   UCC-1 on 1/14/2019 No. 19-7691916827.  Debtor continued on medical LOA and never
   returned to her 20 year employment as a Flight Attendant due to the 8/5/18 battery with
   severe nerve injury. On February 1, 2019, Debtor successfully terminated the 3 year
   Pinon Drive lease agreement with Landlord Henry Newton.  Debtors primary residence is
   16222 Monterey Ln. Unit 376, Located on Lot 2 Tract 10542 Unit 4 per 8/7/1979 City of HB.    100    %       $  500.00
       **19.2  J-PAD, LLC.** has a bank account of around $ 500.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
        Type of account:          Institution name:

|  |  |  |
|---|---|---|
| **IRA** | **Fidelity** | **$7,400.00** |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ......................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

- ■ No
- ☐ Yes.............   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ☐ No
- ■ Yes.  Give specific information..

| 32.1 | Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.  Uncertain what, if any, proceeds will pass to debtor. | **Unknown** |
| 32.2 | "Creditor's claim" in probate estate of Charles Bradley filed by debtor for $1 million.   Unknown whether any recovery will be awarded or available. | **Unknown** |

---

Official Form 106A/B                Schedule A/B: Property                page 5

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*    **8:21-bk-11710-ES**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples: Accidents, employment disputes, insurance claims, or rights to sue*
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes.  Describe each claim.........

|  |  |  |
|---|---|---|
| 34.1 | Potential claim for bad faith denial of insurance against Mercury Insurance Company failure to defend/indemnify HOA Civil Action filed 4/11/2017, 18 days after title recorded. Debtor purchased homeowners insurance policy on 3/22/17 | Unknown |
| 34.2 | Potential Victim Restitution Award from Jesus Jesus Jr, for battery 8/5/2018.  Criminal Case pending 19WM09951. Estimated economic damages exceed $73,000.00 | Unknown |
| 34.3 | Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates  for Violation(s) of Davis Stirling Act, MRL §798, et seq. multiple acts of retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim pending since 1/2/19.  Failure to apply to CA Covid19 Relief after debtor delivered 9/7/20 Declaration of Covid afflictions and hardship.        No lawsuit yet filed. | Unknown |
| 34.4 | Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679. Estimated damages $195,000. | Unknown |
| 34.5 | Potential Claim against Master Lessor, Houser Company, Lessor(s) BS Investors, LP, S4 I, GP due to overpayment of Ground Leasehold fees charged to Consumers.  Master Lessor Houser Company recorded Annexation approx. 8/17/1979.  The Original Tenant Robert P. Warmington, an Ind., ro Sublessor RPW, Co. and Houser Bros Co dba Rancho Del Rey MHE misrepresent to consumers Fee Interest vs, Air-Space Condominium Project within Parcel 1 & Parcel 2; Ground Leases recorded in violation of known City of Huntington Beach Ordinance from City Attorney. Master Lessor, Tenant, & RPW, Co recorded 1979 Ground Lease and Subcondominium Lease on APN 178-011-01, and not APN 178-771-03. Only easements were recorded.  Additionally, Lessors Amended CC&Rs 8/5/1980 after Final Subdivision Report was issued by DRE July 1980, without Notice to Consumers or providing NT of Copy of Rec,  First Amendment to CC&Rs Doc No. 1980-5002.  Subsequently in 2005, Craig Houser, RDRMHE  recorded Amendment to all 80 Ground Leases without Notice to Park Consumers or Gables HOA Consumers.  Huntington Beach Gables HOA has a cross-complaint pending in the ST. Court Case Randall Nickels vs. Huntington Beach Gables HOA, et al. 30-2020-01163055-CU-OR-CJC which the HOA seeks a voiding of the sale and Assignment of unexpired term of Subcondominium Leasehold APN 937-63-053, on October 31, 2018, from Debtor to bona fide purchaser Randall Nickels.     Potential Cross-Petition not yet filed. | Unknown |

35. **Any financial assets you did not already list**
    ☐ No
    ■ Yes.  Give specific information..

|  |  |  |  |
|---|---|---|---|
|  | CA COVID-19 Rent Relief Award10/27/2021, post petition tendered to Houser Bros Co.  Ck No. 58066665    $ 24,301.55. Not property of the estate. | $ | 0.00 |
| 35.1  ■ *Yes.* | Bank of America Cashier's Check [uncashed] tendered rent chk Houser Bros Co. Not property of the estate.                 $ 14,118.00 | $ | 0.00 |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................................................................** |  | **$ 16,700.00** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Official Form 106A/B                        Schedule A/B: Property                                page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                           Case number *(if known)*    **8:21-bk-11710-ES**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6 | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ...................................     **$0.00**

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ...........................................................................................     **$235,000.00**

56. **Part 2: Total vehicles, line 5**                                               **$0.00**

57. **Part 3: Total personal and household items, line 15**                  **$ 8,925.00**

58. **Part 4: Total financial assets, line 36**                                  **$ 16,700.00**

59. **Part 5: Total business-related property, line 45**                         **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**                **$0.00**

61. **Part 7: Total other property not listed, line 54**              +          **$0.00**

62. **Total personal property. Add lines 56 through 61...**       **$25,625.00**    Copy personal property total      **$25,625.00**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                          **$260,625.00**

Official Form 106A/B                                    Schedule A/B: Property                                                 page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County** **APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** Line from *Schedule A/B*: **1.1** | $235,000.00 | ■ $600,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Misc. household goods and furnishings** **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** Line from *Schedule A/B*: **6.1** | $3,500.00 | ■ $3,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **waterford crystal set red and white wine glasses** Line from *Schedule A/B*: **6.2** | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

JASSO DECL. PAGE - 0128   EXHIBIT 10, PAGE 103

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|
| | **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** Check only one box for each exemption. | **Specific laws that allow exemption** |

| Brief description | Current value | Amount of exemption | Specific laws |
|---|---|---|---|
| **Wall television, computer, printer and peripherals** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Lladro figurine collection (20)** Line from *Schedule A/B*: **8.1** | $1,900.00 | ■ $1,900.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **5-year old Wired Terrier Dog** Line from *Schedule A/B*: **13.1** | $25.00 | ■ $25.00 ☐ 100% of fair market value, up to any appliacable statutory limit | C.C.P. § 704.020 |
| **EDD Debit account: Bank of America** Line from *Schedule A/B*: **17.1** | $3,793.00 | ■ $3,793.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** Line from *Schedule A/B*: **17.2** | $1,407.00 | ■ $1,407.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $381.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $2,219.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity** Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

JASSO DECL. PAGE - 0129      EXHIBIT 10, PAGE 104

Debtor 1    **Jamie Lynn Gallian**                                    Case number (if known)    **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679.  Estimated damages $195,000.**<br>Line from *Schedule A/B*: **34.4** | Unknown | ■ $195,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Victim Restitution Order Jesus Jasso, Jr, OCSC 19WM09951**<br>Line from *Schedule A/B*: **34.2** | Unknown | XX $73,000.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
    ☐  No
    ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐  No
        ■  Yes

JASSO DECL. PAGE - 0130    EXHIBIT 10, PAGE 105

# EXHIBIT 11

| | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**
(if known)

■ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the | that supports this | portion |
| | | value of collateral. | claim | If any |
| **2.1** **Orange County Tax Assessor**<br>Creditor's Name | Describe the property that secures the claim:<br>**16222 Monterey Ln. Unit 376**<br>**Huntington Beach, CA 92649**<br>**Orange County**<br>**APN: 891-569-62;**<br>**Decal No. LBM1081.** | $ 0.00 | $235,000.00 | $0.00 |

P.O. Box 1438
Santa Ana, CA
92701
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    Last 4 digits of account number    **LPT 891-569-62**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page **1 of 9**

JASSO DECL. PAGE - 0132    EXHIBIT 11, PAGE 106

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.2 | Janine Jasso | Describe the property that secures the claim: | $ 46,138.00 | $ 235,000.00 | $ 188,862.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081 | | | |
| | | Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; **Recorded Doc No. 2018000467142** | | | |
| | 16025 Warmington Lane Huntington Beach, CA 92649 | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent / ☒ Unliquidated / ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ At least one of the debtors and another | ■ Judgment lien from a lawsuit | | | |
| | ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) _____ | | | |
| | Date debt was incurred 12/4/2018 | Last 4 digits of account number | | | |

| 2.3 | Jennifer Paulin | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $ 0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081. | | | |
| | | Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; **Recorded Doc No. 2018000467142** | | | |
| | 4446 Alderport Drive Huntington Beach, CA 92649 | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☒ Contingent / ☒ Unliquidated / ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ At least one of the debtors and another | ☒ Judgment lien from a lawsuit | | | |
| | ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset) _____ | | | |
| | Date debt was incurred 12/4/2018 | Last 4 digits of account number | | | |

Add the dollar value of your entries in Column A on this page. Write that number here: $ 46,138.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Jamie Lynn Gallian**
First Name     Middle Name     Last Name

Case number (if known)     **8:21-bk-11710-ES**

| 2.4 | **Lindy Beck** | | | | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 | |

Describe the property that secures the claim:

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142**

**4443 Chase Huntington Beach, CA 92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **12/4/2018**     Last 4 digits of account number _____

| 2.5 | **Lori Burrett** | | | | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $ 0.00 | |

Describe the property that secures the claim:

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142**

**16107 Sherlock Huntington Beach, CA 92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **12/4/2018**     Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:     $ 0.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.6 | Lee Gragnano | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142 | | | |

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

16062 Warmington Lane
Huntington Beach, CA
92649
_Number, Street, City, State & Zip Code_

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred  **12/4/2018**        Last 4 digits of account number

---

| 2.7 | Theodore Phillips | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $ 0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142 | | | |

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

17612 Sandra Lee
Huntington Beach, CA
92649
_Number, Street, City, State & Zip Code_

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☒ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred  **12/4/2018**        Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here:          $ 0.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page  4 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|---|
| | First Name    Middle Name | Last Name | | | |

| 2.8 | Huntington Beach Gables Homeowners Association | Describe the property that secures the claim: | $ 9,265.00 | $ 235,000.00 | $ |
|---|---|---|---|---|---|

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

Judgment Superior Court of California for the CO of Orange Case No. 30-2018-00962999;
**Recorded Doc No. 2019000148568**

10200 Willow Creek Rd.
Ste. 100
San Diego, CA 92131

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred 03/21/2019     Last 4 digits of account number

| 2.9 | Huntington Beach Gables Homeowners Association | Describe the property that secures the claim: | $ 319,653.59 | $235,000.00 | $ |
|---|---|---|---|---|---|

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985
**Recorded Doc No. 2019000165259**

10200 Willow Creek Rd.
Ste. 100
San Diego, CA 92131

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   5/6/2019     Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 328,918.59
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 5 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**

First Name    Middle Name    Last Name

Case number (if known)    **8:21-bk-11710-ES**

| 2.10 | **BS Investors-LP Lessor** | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 |
|---|---|---|---|---|---|

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

18201 Von Karman
Ste.400
Irvine, CA 92612

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **12/12/2019**    Last 4 digits of account number ___

| 2.11 | Houser Bros, GP dba Rancho **Del Rey Mobilehome Estates** Park Manager | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $ 0.00 |
|---|---|---|---|---|---|

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

16222 Monterey Ln, (OFC)
Huntington Beach, CA
92649

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒☒ Other (including a right to offset)

Houser Bros Co received post petition CA Covid-19 Rent Relief Funds Award to Debtor on 10/27/2021. Ck No, 58066665, $ 24301.55. Debtor filed Application For Relief from Forfeiture OCSC ST Court 30-2019-01041423 on 11/8/2021; Refer to Minute Order 11/10/2021-Honorable Sheri Honer, C-66.

Date debt was incurred ___    Last 4 digits of account number ___

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 0.00
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 6 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Jamie Lynn Gallian**

First Name        Middle Name        Last Name

Case number (if known)   **8:21-bk-11710-ES**

| 2.12 | S 4, A California Limited Partnership. Tenant | Describe the property that secures the claim: | $    0.00 | $ 235,000.00 | $    0.00 |

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

1001 Dove Street, Ste. 230
Newport Beach, CA 92660

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Other (including a right to offset)
☐ Judgment lien from a lawsuit

Date debt was incurred  **12/12/2019**        Last 4 digits of account number ___

| 2.13 | Huntington Beach Gables Homeowners Association | Describe the property that secures the claim: | $  46,138.00 | $235,000.00 | $ |

Gorden, Rees, Skully Mansukhani, APC

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985
Recorded Doc No. 2018000467412**

633 W. 5th Street
52 FL
Los Angeles, CA
90071-2005

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

Date debt was incurred  **12/4/2018**        Last 4 digits of account number ___

Add the dollar value of your entries in Column A on this page. Write that number here:        $    46,138.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:        _____

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        **Page 7 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**

First Name    Middle Name    Last Name

Case number (if known)    **8:21-bk-11710-ES**

| 2.14 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $ | 319,653.19 | $ 235 000.00 | $ |
|------|------|------|------|------|------|------|

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081

**Judgment Superior Court of California for he CO of Orange Case No. 30-2017-00913985** Recorded Doc No.2019000166068

10200 Willow Creek Rd. Ste. 100 San Diego, CA 92131

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

**Abstract Released by Gables HOA 9/10/2020 OC CLK REC. Doc No. 20200000481922**

Date debt was incurred    **N/A**    Last 4 digits of account number ___

| 2.15 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $ | 3,070.00 | $235,000.00 | $ |
|------|------|------|------|------|------|------|

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985** Recorded Doc No. 2018000435011

10200 Willow Creek Rd. Ste. 100 San Diego, CA 92131

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

Date debt was incurred    **9/27/2018**    Last 4 digits of account number ___

Add the dollar value of your entries in Column A on this page. Write that number here:    **$ 322,723.19**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

JASSO DECL. PAGE - 0139    EXHIBIT 11, PAGE 113

Debtor 1   **Jamie Lynn Gallian**
First Name   Middle Name   Last Name

Case number (if known)   **8:21-bk-11710-ES**

| 2.16 | **People of the State of California** |
|---|---|

Creditor's Name

Describe the property that secures the claim:   $   13,229.34   $ 235,000.00   $

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**

**Judgment Superior Court of California for the CO of Orange Case No. 18WM05278;**
**Recorded Doc No. 2021000348287**

**8141 13th Street Westminister, CA 92683**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **Less Debtor Paid Fine & Fees pursuant to CT Order 12/12/2019 @ WJC**

Date debt was incurred **12/12/19; 1/20/21**      Last 4 digits of account number

| 2.17 | **Janine Jasso** |
|---|---|

Creditor's Name

Describe the property that secures the claim:   $   13,229.34   $235,000.00   $

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**

**Judgment Superior Court of California for the CO of Orange Case No. 18WM05278;**
**Recorded Doc No. 2021000348287**

**16025 Warmington Ln Huntington Beach, CA 92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **Civil Attorney Fees 6785 with Misc**
**Less Debtor Paid Fine & Fees pursuant to CT Order 12/12/2019 @ WJC**

Date debt was incurred **1/20/2021**      Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $   26,458.68

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page **9 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# EXHIBIT 12

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES, AND HOUSING                                    **GAVIN NEWSOM, Governor**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



## Title Search

Date Printed:  Jan 18, 2019

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:**        09/10/2014
**Last Reg Card:**        Pending Reg Card
**Sale/Transfer Info:**        Price $175,000.00 Transferred on 11/01/2018

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

## ***END OF TITLE SEARCH***

# EXHIBIT 13

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE
Manufactured Home                                    Decal No: **LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|
| 90002  SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | SPC | SCC | Exempt | Use | Type |
|---|---|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | | 30 | | SFD | LPT |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | | | |

|  |  |
|---|---|
| **Issued** Sep 10, 2014 | **Total Fees Paid** $91.00 |

**Addressee**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649

**Registered Owner(s)**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649

**Situs Address**
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649

## IMPORTANT
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.
THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 8169431

NOV 16 2018    106702DC    09102014 - 244

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  11/1/2018  at  Huntington Beach ,  CA
Date                          City                        State

Signature                     Printed Name  LISA T RYAN

## SECTION B - RELEASING SIGNATURES

1a. _____     Date of Release  11/1/2018
Releasing Signature of Registered Owner

1b. _____     Date of Release _____
Releasing Signature of Registered Owner

2. _____      ☒ Release   ☐ Retain   *☐ Assign Interest
Legal Owner of Record must sign and check appropriate box        (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

NEW REGISTERED OWNER - Please Print or Type Clearly

3a. J·Sandcastle Co, LLC      3c. _____
New Registered Owners Name              New Registered Owners Name

3b. _____   3d. _____
New Registered Owners Name              New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
                                                                        (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. 16222 Monterey Ln #376        Huntington Beach CA 92649
Mailing Address of New Registered Owner   City/State                         Zip Code

5. Same as Above
Actual Location of Unit          City/State                                   Zip Code

6. $125,000 $175,000   11-1-18
Purchase Price or check box if Gift-☐   Purchase Date or Transfer Date

7a. J Sandcastle Co, LLC
Signature of New Registered Owners      Signature of New Registered Owners

7b. _____
Signature of New Registered Owners      Signature of New Registered Owners

NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____   8b. _____
New Legal Owners Name              New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
                                                                        (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _____
Mailing Address of New Legal Owner   City/State                               Zip Code

NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____   10b. _____
New Junior Lienholder Name              New Junior Lienholder Name

11. _____
Mailing Address of New Junior Lienholder   City/State                         Zip Code

## SECTION D - RELEASE OF DEALERS

12. _____
Signature of Selling Dealer          Print Dealers Name and Dealer Number

OSP 09 112819

# EXHIBIT 14

**State of California**
BUSINESS, TRANSPORTATION AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM
PO Box 2111 Sacramento CA 95812-2111
1 800 952-8356
www.hcd.ca.gov



## NOTICE OF SALE OR TRANSFER

## ATTENTION: THIS FORM IS TO BE USED <u>ONLY</u> WHEN YOU SELL OR TRANSFER YOUR MOBILEHOME OR COMMERCIAL COACH. AT THAT TIME COMPLETE, SIGN, AND RETURN TO THE ADDRESS STATED ABOVE TO REPORT THE CHANGE OF OWNERSHIP.

**SECTION I:** Enter the following information that describes your unit: Decal/License plate number(s), Serial(s) number, and Trade name of Unit.

**SECTION II:** Enter the sale price and the date of sale/transfer including the month, day, and year.

**SECTION III:** Enter the full name and mailing address of the new owner/buyer(s).

**SECTION IV:** Enter date, city, and state indicating where and when this form is being executed. SELLER(S) MUST SIGN and print their names(s).

| SECTION I. | DESCRIPTION OF UNIT | |
| --- | --- | --- |
| Decal Number(s) | Serial Number(s) | Trade Name |
| LBM1081 | M7V71D3946B AC747103946A | Custom Villa |

**SECTION II.      SALE OR TRANSFER INFORMATION**

For the sum of $ 225,000 the receipt of which is hereby acknowledged, I/we did sell, transfer and deliver to the purchaser/owner named below, on  11-1-18  , my/our right title and interest in the unit described above.
_Date of Transfer_

**SECTION III.      NAME OF PURCHASER/NEW OWNER:**

Name: J-Sandcastle Co, LLC
Its Manager JAMIE L. GALLIAN
Address: 5782 PINON Dr.
City: Huntington Bch    State: CA    Zip Code: 92649

**SECTION IV.    CERTIFICATION AND RELEASE**

I/we certify under penalty of perjury under the laws of the State of California that: 1) I/We are the lawful owner(s) of the unit, and 2) I/We have the right to sell it, and 3) I/We guarantee and will defend the title to the unit against the claims and demands of any and all persons arising prior to this date, and 4) the unit is free of all liens and encumbrances.

I/we certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On  11/1/2018  at  Huntington Beach  CA
_Date_                    _City_                    _State_

Signature of Sellers:  _____   _____  11/15/2018

Printed Name:  LISA T RYAN

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __Orange__ )

On _November 15, 2018_ before me, __Brandon Vargas, Notary Public__
　　　　Date　　　　　　　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared _Lisa Theresa Ryan_
　　　　　　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: BRANDON VARGAS / Commission # 2203957 / Notary Public - California / Orange County / My Comm. Expires JULY 3, 2021]

Signature _Brandon V._
　　　　　　　Signature of Notary Public

Place Notary Seal Above

――――――――――――― OPTIONAL ―――――――――――――
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

### Description of Attached Document
Title or Type of Document: _Department of Housing and community development Certificate of title, Section B_
Document Date: _____  Number of Pages: _3_
Signer(s) Other Than Named Above: _____

# EXHIBIT 15

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING    **GAVIN NEWSOM, Governor**

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:  Jul 23, 2020

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| **Last Title Date:** | 01/19/2019 |
| **Last Reg Card:** | 01/19/2019 |
| **Sale/Transfer Info:** | Price $175,000.00 Transferred on 11/01/2018 |

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**      LBM1081

## ***END OF TITLE SEARCH***

# EXHIBIT 16



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for January 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN #376
HUNTINGTON BCH, CA 92649-2288

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 12/13/2020 |
| Period End Date: | 01/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ � | ▆ | ▆ | $ 0.00 |

## Account Transaction Activity



## Summary of Fees



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for February 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN #376
HUNTINGTON BCH, CA 92649-2288

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 01/13/2021 |
| Period End Date: | 02/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▇ | ▇ | ▇ | ▇ |

## Account Transaction Activity





## Summary of Fees

| Fees for Current Statement | | Year-To-Date Fees | |
|---|---|---|---|
| $ ▮▮ | | $ ▮▮ | |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:



Bank Of America, N. A.

101 South Tryon Street

Charlotte, North Carolina 28255

## Statement for March 12, 2021

**EDD Debit Card**

**Forward Service Requested**

JAMIE L GALLIAN

16222 MONTEREY LN SPC 376

HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 02/13/2021 |
| Period End Date: | 03/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ███ | ███ | ███ | ███ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ████████████████ ███ | ███ | ███ | ███ | | ███ |
| ████████████████ | ███ | ███ | ███ | | ███ |
| ███████████████ ███ | ███ | ███ | ███ | | ███ |
| ███████████████ ██ | ███ | ███ | ███ | | ██ |
| ████████████████ ██ | ███ | ███ | ███ | | ███ |
| ████████████████ ██ | ███ | ███ | ███ | | ███ |
| █████████████ | ███ | ███ | ███ | | ███ |
| ███████████ | ███ | ███ | ███ | | ███ |
| ████████████ | ███ | ███ | ███ | | ███ |
| ████████████████ ██ | ███ | ███ | ███ | | ███ |
| ███████████████ | ███ | ███ | ███ | | ███ |
| █████ ███ | ███ | ███ | ███ | | ███ |
| ██████ ███ | ███ | ███ | ███ | | ███ |
| ████████ ██ | ███ | ███ | ███ | | ███ |
| ████████████ ████ | ███ | ███ | ███ | | ███ |

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌<br>▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | ▌▌▌ | |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| ▌▌▌▌▌▌▌▌▌▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 02/18/2021 | 104925640490 | Purchase of Goods or Services | | $ -81.00 |
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>▌▌ | ▌▌▌ | ▌▌▌ | ▌▌▌▌<br>▌▌ | | ▌▌▌ |



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▮ ▮▮▮▮▮ | ▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | |
| ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ | ▮▮▮ | ▮▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮ ▮ | ▮▮▮ | ▮▮▮▮ | ▮▮▮ | | ▮▮▮ |
| | | | Totals | $ ▮▮▮ | ▮▮▮ |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ▮▮ | $ ▮▮ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at **www.bankofamerica.com/prepaidprivacynotice** or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**
You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for April 12, 2021

**EDD Debit Card**

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN #376
HUNTINGTON BCH, CA 92649-2288

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 03/13/2021 |
| Period End Date: | 04/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

## Account Transaction Activity



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ████████ ██ | ███ | ███ | ████ | | ███ |
| ████████ ██ | ███ | ███ | ████ | | ███ |
| ██████████ | ███ | ███ | ████ | | ███ |
| █████████ | ███ | ███ | ████ | | ███ |
| ████████ | ███ | ███ | ████ | | ███ |
| ████████ | ███ | ███ | ████ | | ███ |
| ████████ █ | ███ | ███ | ███ | | ███ |
| ███ | ███ | ███ | ███ | | ███ |
| ████████ █ | ███ | ███ | ████ | | ███ |
| ████████ █ | ███ | ███ | ████ | | ███ |
| ███████ | ███ | ███ | ████ | | ███ |
| ███████ | ███ | ███ | ████ | | ███ |
| ████████ | ███ | ███ | ████ | | ███ |
| ████████ | ███ | ███ | ████ | | ███ |
| ███████ █ | ███ | ███ | ███ | | |
| ███████ | ███ | ███ | ████ | ███ | |
| ████████ | ███ | ███ | ████ | | ███ |
| ███████ █ | ███ | ███ | ███ | | ███ |
| | | | **Totals** | $ ███ | ███ |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ███ | $ ███ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement



BANK OF AMERICA

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for May 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 04/13/2021 |
| Period End Date: | 05/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▮ | ▮ | ▮ | ▮ |

## Account Transaction Activity





## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ▓▓ | $ ▓▓ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**
You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.


**BANK OF AMERICA**

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for June 12, 2021

**EDD Debit Card**

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 05/13/2021 |
| Period End Date: | 06/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▮ | ▮ | ▮ | $ ▮ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ALBERTSONS #080 ALBERTSONS #080 HUNTINGTON BE, California 92649 United ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | |

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ███████████ | ████ | █████ | █████ | ████ | |
| ███████████ | ████ | █████ | ██████ | ████ | |
| ███████████ | ████ | █████ | ██████ | ████ | |
| ███████████████ | ████ | █████ | █████ | | ███ |
| █████████████ | ████ | █████ | █████ | | ███ |
| ████████████████ ██ | ████ | █████ | █████ | | ███ |
| ██████████████ ██ | ████ | █████ | █████ | | ███ |
| █████████████ | ████ | █████ | █████ | | ███ |
| █████████████████ █ | ████ | █████ | █████ | | ███ |
| █████████████████ ███ | ████ | █████ | █████ | | ███ |
| ███████████████ █ | ████ | █████ | █████ | | ███ |
| ███████████████ █ | ████ | █████ | █████ | | ███ |
| █████████████ | ████ | █████ | █████ | | ███ |
| ████████████████ █ | ████ | █████ | █████ | | ███ |
| ████████████ | ████ | █████ | █████ | | ███ |
| █████████████ | ████ | █████ | █████ | | ███ |
| █████████████████ █ | ████ | █████ | █████ | | ███ |
| █████████████ █ | ████ | █████ | █████ | | ███ |
| █████████████ | ████ | █████ | █████ | | ███ |
| █████████████ | ████ | █████ | █████ | | ███ |
| ████████████████ █ | ████ | █████ | █████ | | ███ |
| █████████████ | ████ | █████ | █████ | ████ | |
| ███████████ | ████ | █████ | █████ | ████ | |
| | | | Totals | $ ████ 0 | $ ██████ |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ███ | $ ███ |

Privacy Notice - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for July 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 06/13/2021 |
| Period End Date: | 07/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ |

## Account Transaction Activity



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ████████████████████████ ████████ | █████ | █████ | ██████████ ████ | | ████ |
| | | | Totals | $ ████ | ████48 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ████ | $ ████ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**
You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for August 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 07/13/2021 |
| Period End Date: | 08/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮▮ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 08/11/2021 | 122320642230 | Purchase of Goods or Services | | $ -81.00 |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 08/05/2021 | 121725642170 | Purchase of Goods or Services | | $ -35.00 |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ |

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ███████████████████████████ | ████ | ████ | █████ ██ | | ███ |
| ███████████████████████████ | ████ | ████ | █████ ██ | | ███ |
| ███████████████████████████ | ████ | ████ | █████ ██ | ███ | |
| ███████████████████████████ | ████ | ████ | █████ ██ | | ███ |
| ███████████████████████████ | ████ | ████ | █████ ██ | | ███ |
| ██████████████████ ██ | ████ | ███ | █████ | | ███ |
| █████████████████████ | ████ | ████ | █████ | | ███ |
| ████████████████████ | ████ | ████ | █████ | | ███ |
| ██████████████ | ████ | ████ | █████ | ████ | |
| █████████████████████ ██ | ████ | ████ | █████ | | ███ |
| ████████████████████ | ████ | ████ | █████ ██ | | ███ |
| ████████████████████ | ████ | ████ | █████ ██ | | ████ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/28/2021 | 120921642090 | Purchase of Goods or Services | | $ -35.00 |
| ████████████████████ ██ | ████ | ████ | █████ | | ████ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/27/2021 | 120826642080 | Purchase of Goods or Services | | $ -35.00 |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/27/2021 | 120825642080 | Purchase of Goods or Services | | $ -35.00 |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/27/2021 | 120827642080 | Purchase of Goods or Services | | $ -35.00 |
| ████████████████████ ██ | ████ | ████ | █████ | | ███ |
| ████████████████████ ██ | ████ | ████ | █████ | | ███ |
| ████████████████████ ███ | ████ | ████ | █████ | | ███ |
| ███████████████████ ██ | ████ | ████ | █████ | | ███ |
| ███████████████████ ██ | ████ | ████ | █████ | | ███ |
| ██████████████████ | ████ | ████ | █████ | | ███ |
| ██████████████████ ██ | ████ | ████ | █████ | | ███ |
| ███████████████████ ██ | ████ | ████ | █████ | | ███ |
| ███████████████████ ██ | ████ | ████ | █████ | | ███ |



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ██████████████ | | | | | ███ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/20/2021 | 120127642010 | Purchase of Goods or Services | | $ -25.00 |
| ██████████████ | | | | | ███ |
| ██████████████ | | | | | ██ |
| ██████████████ | | | | | |
| ██████████████ | | | | | ████ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/17/2021 | 119824641980 | Purchase of Goods or Services | | $ -116.00 |
| ██████████████ | | | | | ███ |
| ██████████████ | | | | | |
| ██████████████ | | | | | ███ |
| ██████████████ | | | | | ███ |
| ██████████████ | | | | | ███ |
| ██████████████ | | | | | ████ |
| ██████████████ | | | | | ████ |
| ██████████████ | | | | | ███ |
| ██████████████ | | | | | ███ |
| ██████████████ | | | | | ███ |
| | | | **Totals** | ████ | ██30 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ███ | $ ███ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

EDD Debit Card

**Forward Service Requested**

| | |
|---|---|
| JAMIE L GALLIAN | Customer Service: 866-692-9374 |
| 16222 MONTEREY LN SPC 376 | Card Number: **** **** **** 7357 |
| HUNTINGTON BH, CA 92649-0000 | Period Start Date: 08/13/2021 |
| | Period End Date: 09/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▮▮▮▮ | $ ▮▮▮▮ | $ ▮▮▮ | $ ▮▮▮ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | |
| ▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | |
| ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |



## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ▇▇ | $ ▇▇ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



**BANK OF AMERICA**

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 09/13/2021 |
| Period End Date: | 10/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▮▮▮ | $ ▮▮▮ | $ ▮▮▮ | $ ▮▮▮ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▮▮▮▮▮ ▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ ▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮▮ | ▮▮ ▮▮ | ▮▮ | ▮▮ | | ▮▮ |

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|



## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

# EXHIBIT 17

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY                    GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:  Jun 7, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

> J-SANDCASTLE CO LLC
> 16222 MONTEREY LANE ROOM 376
> HUNTINGTON BEACH, CA 92649

**Last Title Date:**  02/24/2021

**Last Reg Card:**  02/24/2021

**Sale/Transfer Info:**  Price $175,000.00 Transferred on 11/01/2018

Situs Address:

> 16222 MONTEREY LN SPACE 376
> HUNTINGTON BEACH, CA  92649
> Situs County:  ORANGE

Legal Owner:

> RONALD J PIERPONT
> JPAD LLC
> Tenants in Common Or
> 16222 MONTEREY LN SPACE 376
> HUNTINGTON BEACH, CA 92649

**Lien Perfected On:**  08/20/20 11:58:00

Title Searches:

> JANINE JASSO
> PO BOX 370161
> EL PASO, TX 79937

**Title File No:**  LBM1081

## ***END OF TITLE SEARCH***

# EXHIBIT 18

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY                    GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:  Aug 10, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Record Conditions:

- An application for title or registration change is pending with the department.  For information regarding this application, please call 1-800-952-8356 and request to speak with a customer representative.

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:**     08/03/2021

**Last Reg Card:**      08/03/2021

**Sale/Transfer Info:**     Price $.00 Transferred on 02/25/2021

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**      LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**      LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**      LBM1081

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649

**Title File No:**                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                    LBM1081

***END OF TITLE SEARCH***                    Page Number:2

# EXHIBIT 19

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY                    GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:  Sep 21, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:**  08/12/2021

**Last Reg Card:**  08/12/2021

**Sale/Transfer Info:**  Price $.00 Transferred on 02/25/2021

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Legal Owner:

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503

**Lien Perfected On:**  01/14/19 15:22:00

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**  LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**  LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**  LBM1081

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649

**Title File No:**                          LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                          LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                          LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                          LBM1081

***END OF TITLE SEARCH***                    Page Number:2

# EXHIBIT 20



DTN:                    12153896

Decal:                  LBM1081

Unit ID:                252606085

Trans Type:             L/O Assignment

Trans Date:             02/01/2021

Trade Name:             CUSTOM VILLA

Serial #:               AC7V710394GA, AC7V710394GB

Insignia #              PFS1130281, PFS1130282

Status Date:       02/23/2021      User Name:      SHAH, KIRAN

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE
### Manufactured Home

**Decal:  LBM1081**

| Manufacturer ID/Name<br>90002    SKYLINE HOMES INC | Trade Name<br>CUSTOM VILLA | Model<br>- - | | DOM<br>05/29/2014 | DFS<br>07/28/2014 | RY |
|---|---|---|---|---|---|---|
| Serial Number<br>AC7V710394GB<br>AC7V710394GA | Label/Insignia Number<br>PFS1130281<br>PFS1130282 | Weight<br>22,383<br>25,068 | Length<br>56'<br>60' | Width<br>15' 2"<br>15' 2" | Issued<br>Jan 19, 2019 | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN:  10670236

01192019 - 2

*Copy*

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ State _____

Signature

## SECTION B - RELEASING SIGNATURES

1a. _____
Signature of Registered Owner

1b. _____                    Date of Release _____

2. _____    ☐ Release    ☐ Retain    ☐ Assign Interest
Legal Owner of Record (if any) sign and check appropriate box           (* If Assign Interest is checked, Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _____    3c. _____
New Registered Owners Name           New Registered Owners Name

3b. _____    3d. _____
New Registered Owners Name           New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s)
                                                                          (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

4. _____    _____    _____
Mailing Address of New Registered Owner      City/State          Zip Code

5. _____    _____    _____
Actual Location Address of Unit              City/State          Zip Code

6. _____    _____
Purchase Price or check box if Gift ☐        Purchase Date or Transfer Date

7a. _____    _____
Signature of New Registered Owners           Signature of New Registered Owners

7b. _____    7d. _____
Signature of New Registered Owners           Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. **BRIAN J. GALLIAN**    8b. **Steven D. Gallian**
New Legal Owners Name           New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☒ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s)
                                                                          (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

9. **16222 Monterey Ln #376**    **Huntington Beach, CA**    **92649**
Mailing Address of New Legal Owner           City/State          Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____    10b. _____
New Junior Lienholder Name           New Junior Lienholder Name

11. _____    _____    _____
Mailing Address of New Junior Lienholder     City/State          Zip Code

## SECTION D - RELEASE OF DEALERS

12. _____    _____
Signature of Selling Dealer                  Print Dealers Name and Dealer Number

OSP 09 112819

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | | |
|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Jan 19, 2019 | | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649



**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**************************************************
**ATTENTION OWNER:**

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

**INSTRUCTIONS FOR RENEWAL:**

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
**************************************************

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 10670236

01192019 - 1

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome ☐ Commercial Modular ☐ Floating Home ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | | |

I/We, the undersigned, hereby state:

*The original paperwork to add legal owner was lost in the mail. Customer sent photocopies of the application. Representative for J-Sandcastle Co LLC, Jamie Gallian states the Legal owner is Joint Ronald J. Pierpont and JPad LLC at the same address: 16222 Monterey Ln # 376 Huntington Beach CA 92649*

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on __02/22/2021__ at __Sacramento__ , __CA__
            *Date*           *City*         *State*

Signature(s): _Rebecca O'Laughlin_     Printed name(s): _Rebecca O'Loughlin, Program Tech III_

Address _____

City _____ State _____

HCD RT 476.6 (Rev. 07/16)



**STATE OF CALIFORNIA**
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM

## STATEMENT TO ENCUMBER

**SECTION I.      DESCRIPTION OF UNIT**

This unit is a (check one):

[X] Manufactured Home, Mobilehome, Multifamily Manufactured Home  [ ] Commercial Modular  [ ] Truck Camper  [ ] Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is: __SKYLINE HOMES CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB/GA__

**SECTION II.      LEGAL OWNER INFORMATION**

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in favor of:

__Ronald J. Pierpont, Member J Pad LLC__
(Name of New Legal Owner)

Address: __16222 MONTEREY LN, #376 HUNTINGTON BEACH, CA 92649__
Street Address or P.O. Box                City                State        Zip

**SECTION III.      CERTIFICATION**

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __8/20/2020__      at    __HUNTINGTON BEACH, CALIFORNIA__
Date                                City                State

Signature of each registered owner:              Printed name of each registered owner:

_Jamie L Gallian Member_              J-SANDCASTLE CO LLC JAMIE L.GALLIAN, MEMBER

Address: __16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649__
Street Address or P.O. Box                City                State        Zip

HCD 484.7 (Rev. 11/14)

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☒ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM1081 | Custom Villa | AC7V710394GB AC7V710394GA |

I/We, the undersigned, hereby state:

*J-Sandcastle wishes to disregard former Statement to Encumber / Lien Assignment for favor of NEW legal owner J-PAD LLC Ronald J. Pierpont. The New legal owner is J-PAD LLC, Ronald S Pierpont, Member.*

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on __8/20/2020__ at __Huntington Beach__, __CA__
Date                           City                            State

| Signature(s): | Printed name(s): |
|---|---|
| J-Sandcastle Co LLC By Jamie L Gillum JAMIE L. O'BRIAN | J-Sandcastle Co LLC |

Address __16222 Monterey Ln #376__

City __Huntington Beach__        State __CA__

HCD RT 476.6 (Rev. 07/16)

JASSO DECL. PAGE - 0195    EXHIBIT 20, PAGE 160

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | SKYLINE HOMES | AC7V710394GB/GA |

I/We, the undersigned, hereby state: J-Sandcastle Co LLC made errors on the Certificate of Title. The only change to the Certificate of Title is the addition of two names as Legal owners as indicated on the Statement to Encumber dated 8/20/2020. The Legal owner's to be added to the Certificate of Title be Steven D. Gallian Brian J. Gallian

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on ___08/20/2020___ at ___HUNTINGTON BEACH___, ___CA___
                Date                    City                        State

| Signature(s): | Printed name(s): |
|---|---|
| *[signature]* | J-SANDCASTLE CO LLC JAMIE GALLIAN MEMBER |

Address ___16222 MONTEREY LN. #376___

City ___HUNTINGTON BEACH___  State ___CA___

HCD RT 476.6 (Rev. 07/16)

*Copy*

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT TO ENCUMBER

---

**SECTION I.        DESCRIPTION OF UNIT**

This unit is a (check one):

[X] Manufactured Home, Mobilehome, Multifamily Manufactured Home  [ ] Commercial Modular  [ ] Truck Camper  [ ] Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is: __SKYLINE HOMES CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB/GA__

---

**SECTION II.        LEGAL OWNER INFORMATION**

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in favor of:

STEVEN D GALLIAN    AND    BRIAN J. GALLIAN  JOINT TENANTS  Right of Survivorship

*(Name of New Legal Owner)*

*Address:* __16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649__
       Street Address or P.O. Box          -              City              State      Zip

---

**SECTION III.        CERTIFICATION**

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __8/20/2020__        at    HUNTINGTON  BEACH, CALIFORNIA
                Date                          City                  State

Signature of each registered owner:              Printed name of each registered owner:

*[signature]*                                  J-SANDCASTLE CO LLC JAMIE L.GALLIAN, MEMBER

Address: __16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649__
         Street Address or P. O. Box          City              State      Zip

HCD 484.7 (Rev. 11/14)

JASSO DECL. PAGE - 0199    EXHIBIT 20, PAGE 164

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## LIEN ASSIGNMENT

| SECTION I. | DESCRIPTION OF UNIT |
|---|---|

This unit is a (check one):

☒ Manufactured Home, Mobilehome, Multifamily Manufactured Home   ☐ Commercial Modular   ☐ Truck Camper   ☐ Floating Home

The Decal (License) Number(s) is: __LBM 1081__

The Trade Name is: __SKYLINE HOMES CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB/GA__

| SECTION II. | NAME AND ADDRESS OF PARTY ASSIGNING LIEN (ASSIGNOR) |
|---|---|

Name of Assignor: __J-SANDCASTLE CO LLC, JAMIE L. GALLIAN, MEMBER__

Mailing Address of Assignor: __16222 Monterey Ln. #376 Huntington Beach CA 92649__
<span style="font-size:small">Street Address or P.O. Box        City     State     Zip</span>

| SECTION III. | DEBTOR(S) NAME AND ADDRESS |
|---|---|

Name of Debtor(s): __J-SANDCASTLE CO LLC , JAMIE L. GALLIAN, MEMBER__

Mailing Address of Debtor(s): __16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649__
<span style="font-size:small">Street Address or P.O. Box        City     State     Zip</span>

Location Address: __16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649__
<span style="font-size:small">Street Address        City     County     State</span>

| SECTION IV. | NAME AND ADDRESS OF PARTY TO WHICH LIEN HAS BEEN ASSIGNED (ASSIGNEE) |
|---|---|

Name of Assignee: __STEVEN D. GALLIAN AND BRIAN J. GALLIAN, JOINT TENANTS Right of Survivorship__

Mailing Address of Assignee: __16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649__
<span style="font-size:small">Street Address or P.O. Box        City     State     Zip</span>

| SECTION V. | ASSIGNOR'S CERTIFICATION |
|---|---|

I/We the assignor certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct that my/our lien in the name of the debtor(s), for the described unit, has been transferred to the assignee on __8/20/2020__ .
<span style="font-size:small">Date of Lien Assignment</span>

Executed on __8/20/2020__ at __HUNTINGTON BEACH, CA__
<span style="font-size:small">Date        City       State</span>

Signature of Authorized Agent: _Jamie L Gallian_

HCD 485.1 (Rev. 12/14)

# ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California

County of _____ **ORANGE** _____ )

On ___ AUG,28,2020 ___ before me, __ ALEX MAJDPOUR NOTARY PUBLIC __

(insert name and title of the officer)

personally appeared __ JAMIE LYNN GALLIAN __

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

ALEX MAJDPOUR
Notary Public - California
Orange County
Commission # 2256655
My Comm. Expires Jan 28, 2024

# EXHIBIT 21



DTN: **12313525**

Decal: **LBM1081**

Unit ID: 252606085

Trans Type: R/O Transfer - No Sale

Trans Date: 07/14/2021

Trade Name: CUSTOM VILLA

Serial #: AC7V710394GA, AC7V710394GB

Insignia # PFS1130281, PFS1130282

Status Date: 08/02/2021    User Name: SHAH, KIRAN

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE
### Manufactured Home

**Decal:** **LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY |
|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

JUL 14 2021

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:        08/20/20 11:58:00

123135525

## IMPORTANT
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896

02242021 - 2

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _2/25/2021_ at _Huntington Beach_    _California_
                                City                      State

_Janice L Gallian, its member_        _J. Sandcastle Co LLC_
Signature                                    Printed Name

## SECTION B - RELEASING SIGNATURES

1a. _J. Sandcastle Co LLC   Janice Gallian, member_       Date of Release _2/25/2021_
    Releasing Signature of Registered Owner

1b. _____       Date of Release _____
    Releasing Signature of Registered Owner

2. _____   ☒ Release    ☐ Retain    * ☐ Assign Interest
   Legal Owner of Record (if any) sign and check appropriate box    (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _Janie Lynn Gallian_                    3c. _J Sandcastle Co LLC_
    New Registered Owners Name                  New Registered Owners Name

3b. _J Sandcastle Co LLC_                    3d. _____
    New Registered Owners Name                  New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
                                                                        (* If this box is checked-Complete HCD 476.6B)

☒ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. _16222 Monterey Ln #376_     _Huntington Beach, CA_     _92649_
   Mailing Address of New Registered Owner   City/State        Zip Code

5. _16222 Monterey Ln #376_     _Huntington Beach, CA_     _92649_
   Actual Location Address of Unit   City/State              Zip Code

6. _0_                          _2/25/2021_
   Purchase Price or check box if Gift ☐   Purchase Date or Transfer Date

7a. _Janie Lynn Gallian_          7c. _Janie Lynn Gallian, its member_
    Signature of New Registered Owners    _J Sandcastle Co LLC_
                                          Signature of New Registered Owners

7b. _J Sandcastle Co LLC   Janice Gallian member_
    Signature of New Registered Owners         Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _J Pad, LLC_                   8b. _____
    New Legal Owners Name              New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
                                                                        (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _16222 Monterey Ln #376_     _Huntington Beach, CA_     _92649_
   Mailing Address of New Legal Owner   City/State          Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____   10b. _____
     New Junior Lienholder Name              New Junior Lienholder Name

11. _____
    Mailing Address of New Junior Lienholder   City/State        Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____
    Signature of Selling Dealer              Print Dealers Name and Dealer Number

OSP 20 149325

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California

County of _____O r ₅ ∩ S ₑ_____ )

On _2/2 ₅/2 1_ before me, _G r ₑ g B v y s m ₐ n , N o t ₐ r y P v b l i c_

(insert name and title of the officer)

personally appeared _J ₐ s m i ₑ ∟ y n n  C ₐ l l i ₐ n_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____        **(Seal)**



## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649



**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:      08/20/20 11:58:00

**LEGAL OWNER COPY
INFORMATION ONLY**

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896

02242021 - 1

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD
Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649



**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:    08/20/20 11:58:00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ATTENTION OWNER:**

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

**INSTRUCTIONS FOR RENEWAL:**

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 12153896

02242021 - 1

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## LIEN SATISFIED

---

**SECTION I.          DESCRIPTION OF UNIT**

---

This unit is a:

☑ Manufactured Home/Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

The Decal (License) No.(s) of the unit is: LBM1081

The Trade Name of the unit is: CUSTOM VILLA

The Serial No.(s) of the unit is: AC7V710394GB/AC7V710394GA

---

**SECTION II.          DEBTOR(S) NAME(S)**

---

Name of Debtor(s): J-SANDCASTLE CO, LLC

---

**SECTION III.          LIENHOLDER'S CERTIFICATION**

---

This is to certify that our/my lien in the name(s) of the debtor(s) shown above against the described unit has been fully satisfied and has not been assigned to any other party.

I/We certify under penalty of perjury that the foregoing is true and correct.

Print or Type Name of Legal Owner or Jr. Lienholder (Lender):

J-PAD LLC or RONALD J. PIERPONT

Signature of Legal Owner, Jr. Lienholder (Lender) or their Authorized Agent:

*Ronald J Pierpont*                                                    Date 7/9/2021

Address        16222 MONTEREY LN. #376            HUNTINGTON BEACH,        CA        92649
               *Street Address or P.O. Box*                *City*                *State*        *Zip*

HCD RT 475.3 (Rev. 07/16)

JASSO DECL. PAGE - 0216    EXHIBIT 21, PAGE 180

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | Skyline Custom Villa | AC7V710394GB/GA |

I/We, the undersigned, hereby state:

Jamie Lynn Gallian is the sole registered owner of 2014 home.  J-Pad LLC or Robert McLelland is the Legal Owner.

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on ___25th of Feb. 2021___ at ___Huntington Beach,_____, ___CA 92649___
　　　　　　　　　　*Date*　　　　　　　　　　　　　　　　*City*　　　　　　　　　　　　　*State*

Signature(s): ___[signature]___   Printed name(s):
Jamie Lynn Gallian

Address ___21742 Anza Avenue___
City ___Torrance___   State ___CA 90503___

HCD RT 476.6 (Rev. 07/16)

# ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of _____ Orange _____ )

On _2/ 25 / 21_ before me, _Greg Buysman Notary Public_
(insert name and title of the officer)

personally appeared _Jamie Lynn Gallian_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _Greg Buysman_                    (Seal)

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| *LBM 1081* | | |

I/We, the undersigned, hereby state:

*I spoke with Jamie Gallian and she states the unit should be registered as Jamie Gallian as sole registered owner. The lien has been satisfied and there is no legal owner at this time. Jamie advised the county and was told there was no need to revise the Tax Clearance Certificate.*

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on ___7/28/21___ at ___Sacramento___, ___CA___
              *Date*                 *City*             *State*

| Signature(s): | Printed name(s): |
|---|---|
| *Rebecca M. O'Loughlin* | *Rebecca M O'Loughlin, Program Tech II* |

Address _____

City _____  State _____

HCD RT 476.6 (Rev. 07/16)

JASSO DECL. PAGE - 0222    EXHIBIT 21, PAGE 186

State of California
Department of Housing and Community Development
Division of Codes and Standards
Registration and Titling Program
P.O. Box 277820, Sacramento, CA 95827-7820
(800) 952-8356
www.hcd.ca.gov



## MULTI-PURPOSE TRANSFER FORM

### PLEASE COMPLETE ONLY THE SECTIONS THAT APPLY AND SIGN BOTTOM OF FORM

#### UNIT DESCRIPTION

Decal (License) No.(s): LBM1081          Serial No.(s): AC7V710394GA; AV7V710394GA

#### SMOKE DETECTOR AND CARBON MONOXIDE CERTIFICATION

I/We, the undersigned, hereby state that the manufactured home, mobilehome, or multifamily manufactured home described above is equipped with a properly working, operable smoke detector in accordance with California Health and Safety Code Section 18029.6 and a carbon monoxide detector in accordance to California Residential Code Section R315.

☑ YES ☐ NO

#### PARK PURCHASE FEE EXEMPTION

The registered owner of the above-described manufactured home/mobilehome that is located on private property owned by the registered owner is exempt from payment of the $5 Park Purchase Fund (PPF) fee (Health and Safety Code Section 18114.1). If you feel you qualify for the exemption, complete the following questions:

- Do you (the registered owner) own your manufactured home/mobilehome? ☑ YES ☐ NO
- Do you (the registered owner) own the land your manufactured home/mobilehome is located on? ☐ YES ☑ NO

#### DESIGNATION OF CO-OWNER TERM

We request the Department of Housing and Community Development to register our ownership interest in the unit described above with the following co-owner term: **(READ CAREFULLY AND CHECK ONE BOX.)**

☐ **JTRS (Joint Tenants with Right of Survivorship):** Upon the death of a joint tenant, the interest of the deceased party passes to the surviving joint tenant. The signature of each joint tenant is required to transfer or encumber the title.

☑ **TENCOM AND (Tenants in Common with the names joined by the word AND):** Each tenant in common may transfer his or her individual interest without the signature of the other tenant(s) in common. The signature of each tenant in common is required to transfer full interest in the unit to a new registered owner or to encumber the title.

☐ **TENCOM OR (Tenants in Common with the names joined by the word OR):** Any one of the tenants in common may transfer full ownership interest in the unit to a new registered owner without the signature of the other tenant(s) in common. The signature of each tenant in common is required to encumber the title.

☐ **COMPRO (Community Property):** A unit may be registered as community property in the names of a husband and wife. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

☐ **COMPROS (Community Property with Right of Survivorship):** A unit may be registered as community property in the names of a husband and wife. At the death of one spouse, the decedent's community property interest passes to the surviving spouse without administration. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California, or from, issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 02/25/2021          at          HUNTINGTON BEACH, CALIFORNIA COUNTY OF ORANGE

Date          City          State

Signature          J-SANDCASTLE CO LLC, JAMIE LYNN GALLIAN,
IT'S MEMBER

Signature          Signature

PHONE #: (714) 321-3449          E-MAIL ADDRESS: jamiegalian@gmail.com

HCD RT 476.6G Side 1 (Rev. 08/20)

Decal (License) No.(s): LBM1081 _____   Serial No.(s): AC7V710394GA; AC7V710394GA _____

### DECLARATION OF INSTALLATION OF WATER HEATER SEISMIC BRACING

I/We the undersigned hereby state that all fuel gas-burning water heater appliances in the manufactured home, mobilehome, or multifamily manufactured housing described above are seismically braced, anchored, or strapped in accordance with Health and Safety Code Section 18031.7 and Part 5 of Title 24 of the California Code of Regulations.

☑ YES    ☐ NO    ☐ Electric water heater is installed per manufacturer's instructions.

**SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION**

### REASON FOR USE TAX AND/OR MOBILEHOME RECOVERY FUND FEE EXEMPTION

Check appropriate box(es):

☑ The above-described unit was a gift.  All rights and interest of ownership were transferred without exchange or money or other valuable consideration.

☑ The above-described unit has been acquired from: J-SANDCASTLE CO LLC, JAMIE LYNN GALLIAN, ITS MEMBER _____
_____ *parents, spouse, grandparent(s), grandchild, child, brother(s)\*, sister(s)\**

☑ The name of a CO-OWNER _____ is being ☑ **ADDED**  ☐ **DELETED**  to the record.
*show relationship*

☐ The above-described unit was received as the result of an inheritance.

☐ Transfer of the above-described unit is being made pursuant to a court order.

☐ The transfer of the unit is being made to a revocable trust which (1) the seller has an unrestricted power to revoke the trust, (2) the transfer does not result in any change in the beneficial ownership of the property, (3) the trust provides that upon revocation of the trust the property will revert wholly to the seller, and (4) the only consideration for the transfer is the assumption by the trust of an existing loan for which the tangible personal property being transferred is the sole collateral for the assumed loan.

**\*NOTE:  A sale between brother(s) or sister(s) is subject to use tax unless both are minors.  If minors, check here:** ☐

**SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION**

### DESIGNATION OF TRUST

I/We, the undersigned trustee(s), hereby state that the unit described above has been placed into a trust.  This Declaration of Trust is dated _____.

In compliance with Section 18080.1(b) of the California Health and Safety Code, I/we as trustee(s) hereby request the unit described above be registered as shown below.  I/We acknowledge that the Department's permanent title record and the titling documents for the unit will reflect the information as shown below.

_____
*Print Name of the Trust.  This is how the name of the Trust will appear on title.*

I/We as trustee(s) agree(s) to notify and make application with the Department of Housing and Community Development to appropriately amend the permanent registration and titling record immediately upon any change to the original trust agreement described herein by submitting this form along with all appropriate documents, fees or any other needed items to the Department.

I/We as trustee(s) further agree(s) to indemnify and save harmless the Director of the Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California and from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ at _____
*Date* _____ *City* _____ *State*

_____
*Trustee Signature(s):*

_____
*Street Address or P.O. Box* _____ *City* _____ *State*

HCD RT 476.6G Side 2 (Rev. 08/20)



# TAX CLEARANCE CERTIFICATE

☒ **Mobile Home**          ☐ **Floating Home**

### COUNTY OF ORANGE

| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GA, AC7V710394GB | LBM1081 |

| LOCATION OF HOME | ASSESSOR'S PARCEL NUMBER |
|---|---|
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |

| CURRENT REGISTERED OWNER | APPLICANT |
|---|---|
| J-SANDCASTLE CO LLC<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH CA 92649 | J-SANDCASTLE CO LLC & JAMIE L. GALLIAN<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☐ Property taxes applicable to the home identified above through the fiscal year

☒ A security deposit for payment of the property taxes for the fiscal year 2021-2022

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

**THIS CERTIFICATE IS VOID ON AND AFTER SEPTEMBER 7, 2021.**

Executed on July 9, 2021 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on July 9, 2021 _____
(Signature)

§2189.8, 5832 R & T Code                                TDL 10-01 (7-87)

# EXHIBIT 22



DTN:                          **12339739**

Decal:                        **LBM1081**

Unit ID:                      252606085

Trans Type:                   L/O Addition

Trans Date:                   08/10/2021

Trade Name:                   CUSTOM VILLA

Serial #:                     AC7V710394GA, AC7V710394GB

Insignia #                    PFS1130281, PFS1130282

Status Date:       08/11/2021       User Name:      CRUZ, SYLVIA

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE
Manufactured Home                                    Decal:   LBM1081

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY |
|---|---|---|---|---|---|
| 90002     SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 03, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 12313525                                                                 08032021 - 2

AUG 1 0 2021

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on_____ at_____

Date          City          State

Signature          Printed Name

## SECTION B - RELEASING SIGNATURES

1a. _____    Date of Release _____
Releasing Signature of Registered Owner

1b. _____    Date of Release _____
Releasing Signature of Registered Owner

2. _____   ☐ Release   ☐ Retain   *☐ Assign Interest
Legal Owner of Record (if any) sign and check appropriate box   (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _____   3c. _____
New Registered Owners Name          New Registered Owners Name

3b. _____   3d. _____
New Registered Owners Name          New Registered Owners Name
If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
(* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. _____   _____   _____
Mailing Address of New Registered Owner          City/State          Zip Code

5. _____   _____   _____
Actual Location Address of Unit          City/State          Zip Code

6. _____   _____
Purchase Price or check box if Gift-☐          Purchase Date or Transfer Date

7a. _____   7c. _____
Signature of New Registered Owners          Signature of New Registered Owners

7b. _____   7d. _____
Signature of New Registered Owners          Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____   8b. _____
New Legal Owners Name          New Legal Owners Name
If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
(* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _____   _____   _____
Mailing Address of New Legal Owner          City/State          Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____   10b. _____
New Junior Lienholder Name          New Junior Lienholder Name

11. _____   _____   _____
Mailing Address of New Junior Lienholder          City/State          Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____   _____
Signature of Selling Dealer          Print Dealers Name and Dealer Number

OSP 20 149325

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 03, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |



**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

```
**************************************************
                ATTENTION OWNER:

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

            INSTRUCTIONS FOR RENEWAL:

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
**************************************************
```

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12313525                                                                                08032021 - 1

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM1081 | CUSTOM VILLA | AC7V710394GB/GA |

I/We, the undersigned, hereby state:

Jamie L. Gallian, say that J-Pad, LLC is the Legal Owner and perfected their lien 1/14/2019. *

The correct Address for the Legal Owner - J-Pad LLC
21742 Anza Ave, Torrance, CA 90503

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on  8/6/2021          at  Huntington Beach                              ,  CA
            _Date_                      _City_                                        _State_

Signature(s):                                    Printed name(s):

_Jamie L. Gallian (signature)_                   Jamie Lynn Gallian


Address  16222 Monterey Ln #376

City  Huntington Beach                                          State  CA 92649

HCD RT 476.6 (Rev. 07/16)

JASSO DECL. PAGE - 0237     EXHIBIT 22, PAGE 200

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT TO ENCUMBER

---

**SECTION I.      DESCRIPTION OF UNIT**

This unit is a (check one):

☒ Manufactured Home, Mobilehome, Multifamily Manufactured Home   ☐ Commercial Modular   ☐ Truck Camper   ☐ Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is: __SKYLINE HOMES-CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB; AC7V710394GA__

---

**SECTION II.      LEGAL OWNER INFORMATION**

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in favor of:

J-PAD, LLC - SOS ENTITY NO. 201804010750

*(Name of New Legal Owner)*

*Address:* __2702 N. GAFF STREET__          __ORANGE,__          __CA__          __92865__
        Street Address or P.O. Box                 City                          State          Zip

---

**SECTION III.      CERTIFICATION**

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __1/14/2019__     at    __HUNTINGTON BEACH,   CALIFORNIA, CO. OF ORANGE__
        Date                              City                          State

Signature of each registered owner:              Printed name of each registered owner:

*Jace L Gillen, its Member*                       J-SANDCASTLE CO LLC

Address: __16222 MONTEREY LN  376__   __HUNTINGTON BEACH,__   __CA__   __92649__
        Street Address or P.O. Box          City                          State          Zip

HCD 484.7 (Rev. 11/14)

JASSO DECL. PAGE - 0239    EXHIBIT 22, PAGE 202

# EXHIBIT 23

*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

## Return of Payment

February 2, 2021

**TO**:

Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

Dear Jamie Gallian and J-Sandcastle Co. LLC,

    At this time we are unable to accept your payment of $ 1086.00   dated
_____February 1, 2021_____ check # _4508_ due to the current legal proceedings and
being that you are not a registered resident of Space #376. You will find the check
enclosed.

Sincerely,

Molly Curtiss
Rancho Del Rey Mobile Home Estates





*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

## Return of Payment

April 12, 2021

TO:

Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

Dear Jamie Gallian and J-Sandcastle Co. LLC,

At this time we are unable to accept your payment of $1086.00 dated ____April 9, 2021____ check # _4590_ due to the current legal proceedings and being that you are not a registered resident of Space #376. You will find the check enclosed.

Sincerely,

Molly Curtiss
Rancho Del Rey Mobile Home Estates



Rent Payment.

Please Credit to the Account
↓Sandcastle Co LLC Space
16222 Monterey Ln # 376
Huntington Beach, CA 92649

Cash Payment $1100.00
Placed in Office At RDR 5/13/2021 12:11 pm.
Hallem, Member.

On Thursday May 13th 2021, we received an envelope in the box during our lunch closure. The envelope contained $1100 and a note from Jamie Gallian. All three of us counted the money. It is being returned to her attorney.

x _____    5/13/21
Molly Curtiss

x _____    5/13/21
Rick Maskulinski

x _____    5/13/21
Chris Houser



ELAINE B. ALSTON
VIVIENNE J. ALSTON
DONALD A. DIEBOLD

# ALSTON, ALSTON & DIEBOLD
ATTORNEYS AT LAW

TELEPHONE (714) 556-9400
FACSIMILE (714) 556-9500

27201 PUERTA REAL
SUITE 300
MISSION VIEJO, CALIFORNIA 92691

1510

May 14, 2021

Hand Delivered

Mr. James Casello
Casello and Lincoln
525 Cabrillo Park Dr., Ste 104
Santa Ana, California 92701

      **Re:  Houser Bros Co. v Gallian**
             **Ca. Court Case Number 30-2019-01041423 CL UD CJC**

Dear Mr. Casello:

Please find attached to this hand delivered letter the return of the cash payment of $1,100.00 which Ms. Gallian dropped through the mail slot at the Park Office yesterday afternoon.

As you and Ms. Gallian are aware Rancho Del Rey Mobile Home Estates will not accept any monies from Ms. Gallian as payment of rent due to the pending litigation.

This money is being returned to your office as a one-time courtesy due to security concerns.  As Ms. Gallian does not usually answer her door to speak with Park Management, Park Management did not want to leave an envelope containing a large sum of cash taped to her door.  However, if Ms. Gallian makes any future attempt to pay with cash, the Park Management will return it to her at her space and if she does not answer the door the monies will be taped to the mobilehome, despite the security risks.  I sincerely hope that will not be necessary.

Further, Ms. Gallian contacted my office earlier this week stating her electricity was about to be cut off.  As I stated in my e-mail to you, the Park is not involved in any disruption of her services.  Both I, and Park Management, are willing to assist you in avoiding a disruption of her services.  Please let me know if you need any assistance in this issue.

          Very truly yours,

          Vivienne J Alston

J-SANDCASTLE CO LLC
C/O QIP MANAGEMENT
3334 E. COAST HWY. #126
CORONA DEL MAR, CA 92625
714-321-3449

June 4, 2021

RE Ground Space Payment  #376

Space/Ground Rent Received on June 4, 2021 $1100.00 CASH gave to Rancho Del Rey Manager in Office located at 16222 Monterey Lane at 3:46pm.

Please credit to the account of J-Sandcastle Co LLC for our home located at APN 178-011-16 identified as APN-891-569-62 LBM 1081.

Sincerely,

/s/

Steven Gallian, Director
QIP Management

*Rancho Del Rey*
**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

TO :
Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649


Dear Jamie Gallian and J-Sandcastle Co. LLC,

At this time we are unable to accept your payment of $ 1,100.00 received on
6/7/2021 in cash due to the current legal proceedings and being that you are
not a registered resident of Space #376.

Sincerely,

Chris Houser
Rancho Del Rey Mobile Home Estates

July 1, 2021

Payment of $1100.00 in cash of Ground Space Rent Lot 376.

Payment for hand delivered to Rancho Del Rey  Offices

Jamie Gallian, its Member, J-Sandcastle Co LLC.

Signed this 1st day of July 2021, at Huntington Beach, CA 92649.

_Jame A. Millon_ 7/1/21

JAMIE L. GALLIAN, Member, J-Sandcastle Co LLC



# Rancho Del Rey

16222 Monterey Ln. OFC
Huntington Beach, California 92649
714-846-1429

# Statement

| Billing Period | Statement Date |
|---|---|
| 07/02/21 - 08/01/21 | 07/27/21 |

TO:

Ver Steeg, Marianne
16222 Monterey Ln. SPC 379
Huntington Beach, CA 92649

| Property | Unit | Type | Acc # |
|---|---|---|---|
| RDR | SPC 379 | Lot | 425 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 1,268.19 | 1,289.43 | 1,276.80 | 1,285.07 |

| Last Payment | Amount Enclosed |
|---|---|
| 7/7/21 $1,276.80 ECK - 3106 | |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | Amount |
|---|---|---|---|---|
| | | Previous Balance | | 1,268.19 |
| 07/07/21 | ECK - 3106 | Payment Received | | -1,276.80 |
| 08/01/21 | | Electric Utility | | 29.00 |
| | Readings: | Current: 07/22/21 - 770 | Previous: 06/22/21 - 605 | Usage: 165 |
| 08/01/21 | | Gas Utility | | 4.36 |
| | Readings: | Current: 07/22/21 - 518 | Previous: 06/22/21 - 518 | Usage: 0 |
| 08/01/21 | | Water & Sewer | Includes HB Sewer & OCSD | 44.62 |
| | Readings: | Current: 07/22/21 - 1196 | Previous: 06/22/21 - 1193 | Usage: 3 |
| 08/01/21 | | Garbage Fee | Republic Services | 19.45 |
| 08/01/21 | | Rent Charge | August Space Rent | 1,192.00 |

| | |
|---|---|
| Sub Total | 1,280.82 |
| Unapplied Credits | 4.25 |
| Balance Due | 1,285.07 |

| ELECTRIC | | CARE |
|---|---|---|
| KWH: 165 | Daily Baseline KWH: 11.4 | |
| Basic Charge | 0.0240 x 30 days | $0.72 |
| T1 0-100% | 0.1331 x 165 kwh | $21.96 |
| T2 101-400% | 0.1999 x 0 kwh | $0.00 |
| T3 401%+ | 0.2752 x 0 kwh | $0.00 |
| Generation | 0.0956 x 165 kwh | $15.77 |
| | CARE Discount | -10.88 |
| | Subtotal | $27.57 |
| HB Tax | 0.05 x 27.57 | $1.38 |
| State Fee | 0.00030 x 165 kwh | $0.05 |
| | Total | $29.00 |

| GAS | | CARE |
|---|---|---|
| Therms(T): 0 x 1.033 = 0 | | |
| Daily Baseline Therms: 0.4240 | | |
| Daily | 0.16438 x 30 Days | $4.93 |
| Baseline | 1.22378 x 0 T | $0.00 |
| Non Baseline | 1.62341 x 0 T | $0.00 |
| Transport Adj | 0 x 0.0014 | $0.00 |
| PPPCharge | 0.02278 x 0 T | $0.00 |
| State Reg Fee | 0.00577 x 0 T | $0.00 |
| MHP Charge | | $0.21 |
| | Care Credit | $-0.99 |
| | SubTotal | $4.15 |
| | HB Tax 5% | $0.21 |
| | Total | $4.36 |

| WATER & SEWER | | |
|---|---|---|
| 3 CCF ~ 2244 Gallons | | |
| Meter Charge | 0.4867 x 30 days | $14.60 |
| Usage Charge | 2.2267 x 3 CCF | $6.68 |
| Cap Charge | 0.0145 x 30 days | $0.44 |
| | Tax 5% of 6.68 | $0.33 |
| Water Total | | $22.05 |
| HB Sewer | 30 days x 0.2824 | $8.47 |
| OCSD | 30 days x 0.4699 | $14.10 |
| | Total | $44.62 |

| Comments |
|---|
| *Please note that HB Sewer and OCSD Sewer are now billed with Water on a daily rate. You may view the charges under the water calculation. |

# Rancho Del Rey

16222 Monterey Ln. OFC
Huntington Beach, California 92649
714-846-1429

# Statement

| Billing Period | Statement Date |
|---|---|
| 6/02/21 - 08/01/21 | 07/30/21 |

TO:

GALLIAN, JAMIE LYNN
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

| Property | Unit | Type | Acc # |
|---|---|---|---|
| RDR | SPC 376 | Lot | GALLIAN-376 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 1,086.00 | 1,183.43 | 0.00 | 2,269.43 |

BEGINNING POST BK FILING 7/9/2021, Case 11710

| Last Payment | | Amount Enclosed |
|---|---|---|
| 7/30/2021 | Check No 2578. | $2,269.43 |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 07/01/21 | Cash Payment | Rent Payment–July, 2021 | | | | |
| 07/07/21 | | Cash Payment Returned to tenant @ Sp. 376 | | | | |
| 08/01/21 | | Electric Utility | | | | 29.00 |
| | Readings: | Current: 07/22/21 - | Previous: 06/22/21 - | | Usage: | |
| 08/01/21 | | Gas Utility | | | | 4.36 |
| | Readings: | Current: 07/22/21 - | Previous: 06/22/21 - | | Usage: | |
| 08/01/21 | | Water & Sewer | | Includes HB Sewer & OCSD | | 44.62 |
| | Readings: | Current: 07/22/21 - | Previous: 06/22/21 - | | Usage: | |
| 08/01/21 | | Garbage Fee | | Republic Services | | 19.45 |
| 08/01/21 | | Rent Charge | | Utility Subtotal | | 97.43 |
| | | | | August Space 376 Rent | | 1,086.00 |

| | | |
|---|---|---|
| Sub Total | | 1,183.43 |
| Unapplied Credits | | 1,086.00 |
| Balance Due | | 2,269.43 |

## July 2021 ESTIMATED USAGE AMOUNTS

**ELECTRIC**

| | | CARE |
|---|---|---|
| KWH: 165 | Daily Baseline KWH: 11.4 | |
| Basic Charge | 0.0240 x 30 days | $0.72 |
| T1 0-100% | 0.1331 x 165 kwh | $21.96 |
| T2 101-400% | 0.1999 x 0 kwh | $0.00 |
| T3 401%+ | 0.2752 x 0 kwh | $0.00 |
| Generation | 0.0956 x 165 kwh | $15.77 |
| | CARE Discount | -10.88 |
| | Subtotal | $27.57 |
| HB Tax | 0.05 x $27.57 | $1.38 |
| State Fee | 0.00030 x 165 kwh | $0.05 |
| | Total | $29.00 |

**GAS**

| | | CARE |
|---|---|---|
| Therms(T): 0 x 1.033 = 0 | | |
| Daily Baseline Therms: 0.4240 | | |
| Daily | 0.16438 x 30 Days | $4.93 |
| Baseline | 1.22378 x 0 T | $0.00 |
| Non Baseline | 1.62341 x 0 T | $0.00 |
| Transport Adj | 0 x 0.0014 | $0.00 |
| PPPCharge | 0.02278 x 0 T | $0.00 |
| State Reg Fee | 0.00577 x 0 T | $0.00 |
| MHP Charge | | $0.21 |
| | Care Credit | $-0.99 |
| | SubTotal | $4.15 |
| | HB Tax 5% | $0.21 |
| | Total | $4.36 |

**WATER & SEWER**

3 CCF ~ 2244 Gallons

| | | |
|---|---|---|
| Meter Charge | 0.4867 x 30 days | $14.60 |
| Usage Charge | 2.2267 x 3 CCF | $6.68 |
| Cap Charge | 0.0145 x 30 days | $0.44 |
| | Tax 5% of 6.68 | $0.33 |
| Water Total | | $22.05 |
| HB Sewer | 30 days x 0.2824 | $8.47 |
| OCSD | 30 days x 0.4699 | $14.10 |
| | Total | $44.62 |

| Comments |
|---|
| *Please note that HB Sewer and OCSD Sewer are now billed with Water on a daily rate. You may view the charges under the water calculation. |

JASSO DECL. PAGE - 0255   EXHIBIT 23, PAGE 217





Rancho Del Rey

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

## Return of Payment

**TO**:

Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

Dear Jamie Gallian and J-Sandcastle Co. LLC,

    At this time we are unable to accept your payment of $2269.43 dated
July 30, 2021 due to the current legal proceedings and being that you are
not a registered resident of Space #376.

You will find the ☐ Cash ☑ Check # 2578 enclosed.

Sincerely,

Molly Curtiss    7/30/21
Rancho Del Rey Mobile Home Estates





# EXHIBIT 24

JASSO DECL. PAGE - 0261



**Shari L. Freidenrich, CPA**
**Orange County Treasurer-Tax Collector**
P.O. BOX 1438 • Santa Ana, CA 92702-1438
601 N. Ross Street, Building 16, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411
octreasurer.com/octaxbill

**INTERNET COPY**

## 2021-22 SECURED PROPERTY TAX BILL

For Fiscal Year Beginning July 1, 2021 and Ending June 30, 2022
0000210-0000210 PDFE------  34403I OCT017
**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE
ONLINE PER CA GOV CODE §6254.21**

### DID YOU KNOW?

Sign up to receive a text/email due date reminder at octreasurer.com/securedreminders
Pay online at octreasurer.com/octaxbill to receive same day credit, no service fee by eCheck and an emailed receipt.
Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely. See octreasurer.com/postmarks.

### PROPERTY LOCATION

**16222 MONTEREY LN 376 HUNTINGTON BEACH**

### ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2021

| DESCRIPTION | FULL VALUE | COMPUTED TAX |
|---|---|---|
| PERSONAL PROPERTY - OTHER | 86,339 | |
| | | |
| TOTAL VALUES: | 86,339 | 946.92 |
| TOTAL NET TAXABLE VALUE: | 86,339 | 946.92 |

### OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2021

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21**

## MOBILE HOME

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/21 | | 2nd Installment DUE 2/1/22 | | TO PAY BOTH INSTALLMENTS BY 12/10/21 |
|---|---|---|---|---|---|---|
| 891-569-62 | 04-902 | $473.46 | + | $473.46 | = | $946.92 |

### IMPORTANT INFORMATION

### INFORMATION COPY

Taxes were pre-paid at the time of purchase and will be credited towards this tax bill.

### VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS

| SERVICE AGENCY | RATE | VALUE | TAXES |
|---|---|---|---|
| BASIC LEVY RATE | 1.00000 | 86,339 | 863.39 |
| COAST COMM COLLEGE DIST | .03119 | 86,339 | 26.92 |
| OCEAN VIEW SCHOOL DIST | .02796 | 86,339 | 24.14 |
| HUNTINGTON BCH UNION HS | .02260 | 86,339 | 19.52 |
| HUNTINGTON BEACH EMPLOYEE RETIREME | .01500 | 86,339 | 12.95 |
| | | | |
| TOTAL CHARGED | 1.09675 | | 946.92 |

FOR DETAILS OF TAX TYPES, VISIT OUR WEBPAGE AT OCTREASURER.COM/OCTAXBILL

F074-453 (2021)

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON

| FIRST INSTALLMENT DUE 11/1/21 → | $.00 | SECOND INSTALLMENT DUE 2/1/22 → | $.00 | TOTAL DUE AND PAYABLE → | $.00 |
|---|---|---|---|---|---|

# THIS IS NOT A BILL

# EXHIBIT 25

**Shari L. Freidenrich, CPA**
Orange County Treasurer - Tax Collector
P.O. BOX 1438 • Santa Ana, CA 92702-1438
601 N. Ross Street, Building 16, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411
octreasurer.com/octaxbill

INTERNET COPY

## 2021–22 SECURED PROPERTY TAX BILL
For Fiscal Year Beginning July 1, 2021 and Ending June 30, 2022
002256-002256 PDFE------  344055 OCT013
**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21**

### DID YOU KNOW?
Sign up to receive a text/email due date reminder at octreasurer.com/securedreminders
Pay online at octreasurer.com/octaxbill to receive same day credit, no service fee by eCheck and an emailed receipt.
Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely. See octreasurer.com/postmarks.

### PROPERTY LOCATION
16222 MONTEREY LN 375 HUNTINGTON BEACH

### ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2021
| DESCRIPTION | FULL VALUE | COMPUTED TAX |
|---|---|---|
| PERSONAL PROPERTY - OTHER | 42,443 | 465.49 |

#### OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2021
ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21

| | FULL VALUE | COMPUTED TAX |
|---|---|---|
| TOTAL VALUES: | 42,443 | 465.49 |
| HOMEOWNER EXEMPTION | -7,000 | -76.77 |
| TOTAL NET TAXABLE VALUE: | 35,443 | 388.72 |

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/21 | | 2nd Installment DUE 2/1/22 | | TO PAY BOTH INSTALLMENTS BY 12/10/21 |
|---|---|---|---|---|---|---|
| 891-563-75 | 04-902 | $194.36 | + | $194.36 | = | $388.72 |

### IMPORTANT INFORMATION
If you sold this property or no longer own it, you can disregard this bill. Property taxes are the responsibility of the new owner. Contact the Office of the Assessor at (714) 834-2727 regarding ownership changes.

#### VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS
| SERVICE AGENCY | RATE | VALUE | TAXES |
|---|---|---|---|
| BASIC LEVY RATE | 1.00000 | 35,443 | 354.43 |
| COAST COMM COLLEGE DIST | .03119 | 35,443 | 11.05 |
| OCEAN VIEW SCHOOL DIST | .02796 | 35,443 | 9.91 |
| HUNTINGTON BCH UNION HS | .02260 | 35,443 | 8.01 |
| HUNTINGTON BEACH EMPLOYEE RETIREME | .01500 | 35,443 | 5.32 |
| TOTAL CHARGED | 1.09675 | | 388.72 |

MH LOCATED IN SPACE 375 ON AP 178-011-16

F074-4S3 (2021)

FOR DETAILS OF TAX TYPES, VISIT OUR WEBPAGE AT OCTREASURER.COM/OCTAXBILL

---

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON
RETAIN TOP PORTION FOR YOUR RECORDS – IF PAYING BY CHECK, YOUR CANCELLED CHECK IS YOUR RECEIPT OR PAY ONLINE AND RECEIVE AN EMAILED RECEIPT

DETACH AND MAIL STUB WITH 2ND INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER |
|---|---|
| 891-563-75 | APRIL 11, 2022 |

ASSESSEE:
**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21**
Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

INTERNET COPY

AMOUNT DUE AFTER 4/11/22 (INCLUDES 10% PENALTY + $23 COST)

### ORANGE COUNTY 2021-22 PROPERTY TAX
Pay taxes online by eCheck or by credit card
eCheck — No Cost

2.29% Fee Min. $1.95
octreasurer.com/octaxbill

Scan the code to view and pay your specific parcel online

**DUE FEB 1, 2022**  **2**

**$194.36**

$236.79

0189156375000012021020411220000019436063022000002367900000000000008

---

DETACH AND MAIL STUB WITH 1ST INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER | TO PAY BOTH INSTALLMENTS BY DEC. 10 |
|---|---|---|
| 891-563-75 | DECEMBER 10, 2021 | $388.72 |

ASSESSEE:
**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21**
Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

INTERNET COPY

AMOUNT DUE AFTER 12/10/21 (INCLUDES 10% PENALTY)

### ORANGE COUNTY 2021-22 PROPERTY TAX
Pay taxes online by eCheck or by credit card
eCheck — No Cost

2.29% Fee Min. $1.95
octreasurer.com/octaxbill

Scan the code to view and pay your specific parcel online

**DUE NOV 1, 2021**  **1**

**$194.36**

$213.79

0189156375000012021011210210000019436063022000213790000000000000b

# EXHIBIT 26

**Department of Housing and Community Development**
**Division of Codes and Standards**
**Registration and Titling Program**



# Private Party Sale for a Home on Local Property Tax
# with HCD Certificate of Title

### HCD RT 804 (Rev. 10/20)

*IMPORTANT: Please return this letter with the items requested below to the address listed on side 2.*

The following are instructions on how to transfer ownership of a manufactured home or mobilehome sold by someone other than a licensed California dealer when all the following apply:

1) The home is titled with HCD.

2) The home is subject to local property taxation (LPT) and bears an HCD decal number that begins with the letter "L."

In order to transfer ownership of a home meeting the above criteria, the following documents and fees must be submitted to the address listed on side 2 of this letter:

1) The original HCD Certificate of Title signed off by all owners printed on the title. The new owners should complete the "New Owner Information" area and sign where appropriate. If the original title has been lost, an Application for Duplicate Certificate of Title (form HCD RT 480.4) can be completed and submitted with a $25 duplicate fee.

2) The original last-issued registered owner's Registration Card or, if lost, an Application for Duplicate Registration Card (form HCD RT 481.2) completed and submitted with a $25 duplicate fee.

3) A valid original Tax Clearance Certificate (not your tax bill) issued by the County Tax Collector where the home is located. The new buyers should be shown as the Applicant on this form.

    For a list of County Tax Collector contact numbers, please visit the California Board of Equalization's Listing of County Tax Collectors or call (800) 952-8356 for further assistance.

4) Multi-Purpose Transfer Form (form HCD RT 476.6G) completed in appropriate sections and signed by all new buyers.

5)  Transfer Fee ..................................... $35
    Transfer Fee Penalty ........................ $25
    ....................................................... (due if postmarked 20 days after date of sale)
    Mobilehome Recovery Fund Fee...... $10 (due for each sale after January 1, 2008)
    Registration Fee................................ $23 per section
    Registration Fee Penalty................... $3 per section
    ....................................................... (due if postmarked 20 days after date of sale)
    Park Purchase Fee ........................... $5 per section (not due if buyer owns the land)
    Lien Registration Fee........................ $25
    ....................................................... (due if adding, changing, or deleting a lender)
    Duplicate Title Fee ........................... $25 (due if duplicate submitted)
    Duplicate Registration Card Fee....... $25 (due if duplicate submitted)


Make **CHECK** or **MONEY ORDER** payable to **HCD** and show the **DECAL NUMBER**.

Please mail to:      HCD
                     P.O. Box 277820
                     Sacramento, CA  95827-7820


Basic transfer requirements and fees must be postmarked and/or received by HCD within 20 calendar days from the date of sale to avoid transfer penalties.

If, after a review of your application, additional fees and/or documents are required, your application will be returned to you with further instructions for completing your transaction.

If you have any questions regarding the above requirements or forms, please contact HCD at (800) 952-8356 or ContactRT@hcd.ca.gov for assistance.

Visit HCD's website for a list of DISTRICT OFFICES or call (800) 952-8356.

HCD RT 804 (Rev. 10/20) Side 2

# EXHIBIT 27



Select Language Powered by Google Translate

California Department of Housing and Community Development

*Codes and Standards Automated System (CASAS)*

Home

## Pay Fees — Submit a Payment

You can now pay fees — submit a payment for any Codes and Standards transactions that require payment.

For example:

- Manufactured home/mobilehome title transfers
- Duplicate titling documents
- Permit and inspection fees
- Mobilehome/RV park permits to operate
- Employee housing permits to operate
- Occupational license renewals
- Any other Codes and Standards-related transaction that requires payment

**Before you begin, you will need:**

1. Your document tracking number (DTN)
2. Zip code related to this application
3. A valid VISA or Mastercard credit card and billing information

* Indicates Required Field

Document Tracking Number (DTN) *

Zip Code *

I'm not a robot

reCAPTCHA
Privacy - Terms

Continue Clear Form

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 12, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 12, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
JAMIE LYNN GALLIAN
16222 MONTEREY LN UNIT 376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 12, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE COURTROOM POLICIES AND PROCEDURES OF THE HONORABLE ERITHE A. SMITH, COURTROOM 5A, §VIII. JUDGES' OR COURTESY COPIES, EXCEPT FOR DOCUMENTS 200 PAGES OR OVER, INCLUDING EXHIBITS, JUDGE SMITH **DOES NOT** REQUIRE JUDGES' COPIES.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2022 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT RANDALL L NICKEL:** Mark A Mellor mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
   - **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

# EXHIBIT 2

178-771-03



THIS MAP WAS PREPARED FOR ORANGE COUNTY ASSESSOR DEPT. PURPOSES ONLY. THE ASSESSOR MAKES NO GUARANTEE AS TO ITS ACCURACY NOR ASSUMES ANY LIABILITY FOR OTHER USES. NOT TO BE REPRODUCED. ALL RIGHTS RESERVED. (C)COPYRIGHT ORANGE COUNTY ASSESSOR

CONDOMINIUM
INDEX, TRACT NO. 10542
TRACT NO. 10542   NO. LOTS 2
PROJECT NO. 937-63

| Billing No. | Unit No. | Located on Lot — Lot 2 | Common Area — Und 1/80 Int in Lots 1 & 2 — A.P. NO. 178-771-03 |
|---|---|---|---|
| 937-63-001 | 1 | " | " |
| 937-63-002 | 2 | " | " |
| 937-63-003 | 3 | " | " |
| 937-63-004 | 4 | " | " |
| 937-63-005 | 5 | " | " |
| 937-63-006 | 6 | " | " |
| 937-63-007 | 7 | " | " |
| 937-63-008 | 8 | " | " |
| 937-63-009 | 9 | " | " |
| 937-63-010 | 10 | " | " |
| 937-63-011 | 11 | " | " |
| 937-63-012 | 12 | " | " |
| 937-63-013 | 13 | " | " |
| 937-63-014 | 14 | " | " |
| 937-63-015 | 15 | " | " |
| 937-63-016 | 16 | " | " |
| 937-63-017 | 17 | " | " |
| 937-63-018 | 18 | " | " |
| 937-63-019 | 19 | " | " |
| 937-63-020 | 20 | " | " |
| 937-63-021 | 21 | " | " |
| 937-63-022 | 22 | " | " |
| 937-63-023 | 23 | " | " |
| 937-63-024 | 24 | " | " |
| 937-63-025 | 25 | " | " |
| 937-63-026 | 26 | " | " |
| 937-63-027 | 27 | " | " |
| 937-63-028 | 28 | " | " |
| 937-63-029 | 29 | " | " |
| 937-63-030 | 30 | " | " |
| 937-63-031 | 31 | " | " |
| 937-63-032 | 32 | " | " |
| 937-63-033 | 33 | " | " |
| 937-63-034 | 34 | " | " |
| 937-63-035 | 35 | " | " |
| 937-63-036 | 36 | " | " |
| 937-63-037 | 37 | " | " |
| 937-63-038 | 38 | " | " |
| 937-63-039 | 39 | " | " |
| 937-63-040 | 40 | " | " |

CONDOMINIUM
INDEX, TRACT NO. 10542
TRACT NO. 10542   NO. LOTS 2
PROJECT NO. 937-63

| Billing No. | Unit No. | Located on Lot — Lot 1 | Common Area — Und 1/80 Int in Lots — A.P. NO. 178-771-03 |
|---|---|---|---|
| 937-63-041 | 41 | " | " |
| 937-63-042 | 42 | " | " |
| 937-63-043 | 43 | " | " |
| 937-63-044 | 44 | " | " |
| 937-63-045 | 45 | " | " |
| 937-63-046 | 46 | " | " |
| 937-63-047 | 47 | " | " |
| 937-63-048 | 48 | " | " |
| 937-63-049 | 49 | " | " |
| 937-63-050 | 50 | " | " |
| 937-63-051 | 51 | " | " |
| 937-63-052 | 52 | " | " |
| 937-63-053 | 53 | " | " |
| 937-63-054 | 54 | " | " |
| 937-63-055 | 55 | " | " |
| 937-63-056 | 56 | " | " |
| 937-63-057 | 57 | " | " |
| 937-63-058 | 58 | " | " |
| 937-63-059 | 59 | " | " |
| 937-63-060 | 60 | " | " |
| 937-63-061 | 61 | " | " |
| 937-63-062 | 62 | " | " |
| 937-63-063 | 63 | " | " |
| 937-63-064 | 64 | " | " |
| 937-63-065 | 65 | " | " |
| 937-63-066 | 66 | " | " |
| 937-63-067 | 67 | " | " |
| 937-63-068 | 68 | " | " |
| 937-63-069 | 69 | " | " |
| 937-63-070 | 70 | " | " |
| 937-63-071 | 71 | " | " |
| 937-63-072 | 72 | " | " |
| 937-63-073 | 73 | " | " |
| 937-63-074 | 74 | " | " |
| 937-63-075 | 75 | " | " |
| 937-63-076 | 76 | " | " |
| 937-63-077 | 77 | " | " |
| 937-63-078 | 78 | " | " |
| 937-63-079 | 79 | " | " |
| 937-63-080 | 80 | " | " |







EDINGER AVE (SMELTZER AVE)

LOLITA LN

NANCITA LN

SAYBROOK LN

CRETE LN

More    ✕ Clear

178-771-03    ⊕ ◀

Assessor Map    Assessor Map Index

| Assessment No. | 178-771-03 |
|---|---|
| Lot Name | 1 |
| Legal Start Date | 8/17/1979 |
| Lot Type | Lot |
| Doc. No. | MM 456/49-50 |
| Map No. | TR 10542 |
| Doc. Ref. No. | |
| Doc. Ref. Date | |
| Legal Descr. | N TR 10542 LOT 2 UNIT SEE CONDOMINIUM OF PROJECT L ISTED UNDER 937-63-001 TH RU 80 |
| Landuse | RMOB |

JASSO DECL. PAGE - 275

SAN JUAN LN

EDINGER AVE (SMELTZER AVE)

LOLITA LN

NANCITA LN

SAYBROOK LN

CRETE LN

Search Results (1 Parcels)

178-771-03

More · Clear

**Assessor Map**   **Assessor Map Index**

| Field | Value |
|---|---|
| Assessment No. | 178-771-03 |
| Lot Name | 2 |
| Legal Start Date | 8/17/1979 |
| Lot Type | Lot |
| Doc. No. | MM 456/49-50 |
| Map No. | TR 10542 |
| Doc. Ref. No. | |
| Doc. Ref. Date | |
| Legal Descr. | N TR 10542 LOT 2 UNIT SEE CONDOMINIUM OF PROJECT L ISTED UNDER 937-63-001 TH RU 80 |
| Landuse | RMOB |

# EXHIBIT 3

1    THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2    COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

3    DEPARTMENT C-8

4

5    SANDRA BRADLEY,                    ) CASE NO. 2017-00924559
                                        )
6                PETITIONER,            )
                                        )
7    JAMIE GALLIAN,                     )
                                        )
8                RESPONDENT.            )
     _____)

9

10

11   THE HONORABLE KIM HUBBARD, JUDGE PRESIDING

12   REPORTER'S TRANSCRIPT OF PROCEEDINGS

13   JULY 20, 2017

14

15

16

17

18   APPEARANCES OF COUNSEL

19

20   FOR PETITIONER:            ROSS WERSCHING & WOLCOTT, LLP
                                BY:  GIANNA GRUENWALD
21                              ATTORNEY AT LAW

22   FOR RESPONDENT:            CHRISTOPHER BLANK
                                ATTORNEY AT LAW
23

24

25

26   LISA A. AUGUSTINE, RPR, CSR #10419
     OFFICIAL COURT REPORTER

```
1                          I N D E X

2

3       WITNESSES            DIRECT   CROSS   REDIRECT   RECROSS

4       SANDRA BRADLEY          5       40       77

5                              90

6       JAMIE LYNN GALLIAN    79       86

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
```

1              <u>I N D E X</u>

2                                    FOR                    IN

3      <u>JOINT EXHIBITS:</u>         <u>IDENTIFICATION</u>       <u>RECEIVED</u>

4      3 -                                                 35

5      4 -                                                 35

6      5 -                                                 35

7      6 -                                                 15

8      7 -                                                 20

9      8 -                                                 24

10     9 -                                                 25

11     10 -                                                26

12     11 -                                                29

13     12 -                                                31

14     13 -                                                32

15     14 -                                                34

16

17

18

19

20

21

22

23

24

25

26

1          SANTA ANA, CALIFORNIA - THURSDAY, JULY 20, 2017

2                        MORNING SESSION

3                          * * * * *

4               (THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN

5     COURT:)

6          THE COURT:  BACK ON BRADLEY.  APPEARANCES.

7          MS. GRUENWALD:  GOOD MORNING, YOUR HONOR.  GIANNA

8     GRUENWALD FOR PETITIONER SANDRA BRADLEY.

9          MR. BLANK:  GOOD MORNING, YOUR HONOR.  CHRISTOPHER

10    BLANK, B-L-A-N-K, ON BEHALF OF THE RESPONDENT JAMIE GALLIAN.

11         THE COURT:  MISS GRUENWALD, WOULD YOU LIKE TO

12    PROCEED?

13         MS. GRUENWALD:  YES.  MY FIRST WITNESS, YOUR HONOR,

14    IS MY CLIENT SANDRA BRADLEY.

15         THE COURT:  ALL RIGHT.

16         THE CLERK:  DO YOU SOLEMNLY STATE THE TESTIMONY

17    YOU'RE ABOUT TO GIVE IN THE CASE NOW PENDING BEFORE THIS

18    COURT SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT

19    THE TRUTH SO HELP YOU GOD.

20         THE COURT:  YES.

21         THE CLERK:  PLEASE STATE YOUR NAME FOR THE RECORD.

22         THE WITNESS:  SANDRA BRADLEY.

23         MR. BLANK:  YOUR HONOR, THERE IS ANOTHER PERSON IN

24    THE COURTROOM.  AND I UNDERSTAND SHE'S NOT A WITNESS.  I

25    JUST WANT TO CONFIRM THAT BECAUSE IF SHE'S A WITNESS SHE

26    OUGHT TO BE EXCLUDED.

```
1              THE COURT:  OF COURSE.  BUT I THINK I ALREADY ASKED
2    THAT QUESTION.
3                   IS THE PERSON A WITNESS?
4              MS. GRUENWALD:  NO, YOUR HONOR.  SHE'S MY CLIENT'S
5    FRIEND AND IS JUST HERE FOR EMOTIONAL SUPPORT.
6              THE COURT:  VERY WELL.  GO AHEAD.
7              MR. BLANK:  THANK YOU.
8                           SANDRA BRADLEY,
9    CALLED AS A WITNESS ON HER OWN BEHALF AND HAVING BEEN FIRST
10   DULY SWORN WAS EXAMINED AND TESTIFIED AS FOLLOWS:
11
12                        DIRECT EXAMINATION
13
14             MS. GRUENWALD:   Q    GOOD MORNING, MISS BRADLEY.
15   HOW OLD ARE YOU?
16             A    67.
17             Q    WHERE DO YOU LIVE?
18             A    IN COTO DE CAZA, CALIFORNIA.
19             Q    AND HOW LONG HAVE YOU LIVED THERE?
20             A    8.5 YEARS.  I'VE LIVED IN THIS HOUSE 8.5
21   YEARS BUT COTO ABOUT 20 YEARS.
22             Q    ARE YOU MARRIED?
23             A    I'M WIDOWED.
24             Q    WHEN DID YOUR HUSBAND DIE?
25             A    17 YEARS AGO.
26             Q    SO THAT WOULD BE THE YEAR 2000?
```

1        A      YES. JUNE 18TH.

2        Q      JUNE 18TH, 2000?

3        A      YES.

4        Q      WHAT WAS YOUR HUSBAND'S NAME?

5        A      CHARLES J. BRADLEY.

6        Q      AND YOU REFER TO HIM AS CHUCK; CORRECT?

7        A      YES.

8        Q      FOR EASE OF REFERENCE WE'LL REFER TO HIM AS

9   CHUCK FOR THESE PROCEEDINGS?

10       A      THANK YOU.

11       Q      HOW LONG WERE YOU MARRIED TO CHUCK?

12       A      24 YEARS.

13       Q      AND HOW DID HE DIE?

14       A      AUTOMOBILE ACCIDENT IN MONTANA.

15       Q      HOW DO YOU KNOW THE RESPONDENT JAMIE GALLIAN?

16       A      SHE WAS CHUCK'S STEP DAUGHTER.

17       Q      DID YOU HAVE ANY CONTACT WITH MISS GALLIAN

18   DIRECTLY AFTER CHUCK'S DEATH?

19       A      YES.

20       Q      AND WHAT WAS THE NATURE OF THAT CONTACT?

21       A      WELL, I WAS IN THE CAR TOO, SO I WAS INJURED,

22   SO I'M NOT THE ONE THAT CALLED HER AND TOLD HER.  BUT ONCE I

23   GOT -- I MEAN -- SHE TALKED TO ME WHEN I WAS IN THE

24   HOSPITAL.

25       Q      OKAY.  AND DID YOU HAVE ANY DISCUSSIONS WITH

26   MISS GALLIAN ABOUT CHUCK'S ESTATE AFTER HE PASSED AWAY?

1          A      AFTER I GOT HOME FROM MONTANA SHE CALLED ME

2     AND DEMANDED 1/4 OF THE ESTATE.  AND I TOLD HER -- SHE SAID

3     SHE WAS SENDING AN ATTORNEY TO SEE ME.  AND I SAID IF YOU DO

4     THAT YOU WILL NEVER SEE ME AGAIN, YOUR CHILDREN WON'T SEE

5     ME, AND YOU WON'T GET A DIME.  AND THAT WAS THE END OF THAT

6     CONVERSATION.  AND THAT WAS THE END OF THAT WHOLE

7     DISCUSSION.

8          Q      OKAY.  AND WHO ARE MISS GALLIAN'S CHILDREN?

9          A      JUSTIN BARKLEY, STEVEN GALLIAN AND BRIAN

10    GALLIAN.

11         Q      AND DO YOU HAVE A RELATIONSHIP WITH THEM?

12         A      YES.

13         Q      AND WHAT'S THE NATURE OF THAT RELATIONSHIP?

14         A      I'M THEIR GRANDMOTHER.

15         Q      OKAY.  AND WHAT WAS YOUR RESPONSE WHEN MISS

16    GALLIAN ASKED YOU FOR THE -- 25% OF THE ESTATE?

17         A      I TOLD YOU --

18         Q      THAT WAS THE EXTENT OF YOUR RESPONSE?

19         A      YES.

20         Q      AND IF YOU COULD TURN, PLEASE, THERE'S A

21    WHITE EXHIBIT BOOK IN FRONT OF YOU.  IF YOU COULD OPEN IT

22    AND TURN TO TAB 6.

23         MR. BLANK:  YOUR HONOR, I OBJECT ON RELEVANCE

24    GROUNDS.  I'M NOT SURE WHAT THIS ACCOUNTING HAS TO DO WITH

25    THE RESTRAINING ORDER.

26         THE COURT:  WELL UNTIL SHE ASKS SOME QUESTIONS

```
 1    NEITHER DO I.  SO OVERRULED AT THIS TIME.

 2              MR. BLANK:  GOT IT.

 3              BY MS. GRUENWALD:    Q    NOW AFTER MISS GALLIAN

 4    ASKED YOU FOR 25% OF THE ESTATE, DID YOU PROVIDE HER WITH

 5    ANY GIFTS?

 6              A    YES.

 7              MR. BLANK:  OBJECTION.  RELEVANCE.

 8              THE COURT:  OVERRULED.

 9              BY MS. GRUENWALD:    Q    DO YOU RECOGNIZE THE

10    DOCUMENT THAT'S AT EXHIBIT 6?

11              A    YES, I PREPARED IT.

12              Q    YOU PREPARED IT?

13              A    YES.

14              Q    AND CAN YOU GENERALLY DESCRIBE WHAT IT IS?

15              A    IT'S A LIST OF EVERYTHING THAT MY HUSBAND,

16    BEFORE HE PASSED AWAY, AND ME AFTER HE PASSED AWAY, GAVE

17    HER.

18              Q    OKAY.  SO IF -- I NOTICE ON THE LEFT-HAND

19    COLUMN THERE'S SOME DATES.  IF THE DATE IS AFTER 2000 THOSE

20    WOULD BE GIFTS THAT YOU PROVIDED TO MISS GALLIAN AFTER YOUR

21    HUSBAND'S DEATH?

22              A    YES.

23              Q    IF YOU GO ABOUT HALFWAY DOWN ON THE FIRST

24    PAGE OF THAT EXHIBIT IT SAYS DECEMBER 2009 PURCHASE OF 4476

25    ALDERPORT.  DO YOU SEE THAT THERE?

26              A    YES.
```

```
 1            Q       WHAT IS 4476 ALDERPORT?

 2            A       IT'S A CONDO THAT I PURCHASED FOR JAMIE TO

 3     LIVE IN.

 4            Q       AND DOES SHE LIVE THERE?

 5            A       YES, AS FAR AS I KNOW.

 6            Q       UM, AND DID YOU PURCHASE THAT CONDO SOLELY

 7     FOR HER BENEFIT?

 8            A       YES, AND I SINCE HAVE GIFTED IT TO HER.

 9            Q       OKAY.  AND WHEN YOU INITIALLY PURCHASED THE

10     CONDO WAS THE CONDO IN YOUR NAME OR HER NAME?

11            A       IT WAS IN MY NAME.  AND THEN I PUT IT INTO

12     THE TRUST.

13            Q       YOUR TRUST.

14            A       MY TRUST.

15            Q       OKAY.  AND DID SHE MAKE ANY PAYMENTS FOR THAT

16     CONDO?

17            A       SHE MADE -- IN THE BEGINNING SHE MADE SOME

18     CONTRIBUTION TOWARDS PROPERTY TAXES AND LAND LEASE AND SHE

19     PAID THE HOA FEES MOST OF THE TIME.

20            Q       OKAY.  CAN YOU TELL ME WHAT YOU MEAN WHEN YOU

21     SAID SHE PAID THE LAND LEASE?

22            A       THE PROPERTY IS ON LAND LEASE AND IT'S ABOUT

23     $8,000 A YEAR.

24            Q       OKAY.  SO ON YOUR SPREADSHEET HERE YOU HAVE

25     THAT YOU PURCHASED THE CONDO FOR $205,000.  THAT WAS THE

26     INITIAL PAYMENT THAT YOU MADE?
```

1          A       YES.

2          Q       AND THEN EVERYTHING IN THE SPREADSHEET THAT

3    SAYS LAND LEASE, THOSE ARE THE QUARTERLY PAYMENTS DUE ON THE

4    CONDO?

5          A       YES.

6          Q       OKAY.  AFTER YOU GAVE THE CONDO -- FIRST, WHY

7    DID YOU PURCHASE THE CONDO FOR MISS GALLIAN?

8          A       SHE WAS HAVING FINANCIAL DIFFICULTIES, AND I

9    FELT THAT IT WOULD HELP HER GET OUT FROM UNDER HER FINANCIAL

10   DIFFICULTIES.

11         Q       OKAY.  AND WHAT WAS THE NATURE OF YOUR

12   RELATIONSHIP WITH MISS GALLIAN AT THE TIME YOU BOUGHT THE

13   CONDO FOR HER?

14         A       WE HAD A GOOD RELATIONSHIP.

15         Q       AT SOME POINT DID THE NATURE OF YOUR

16   RELATIONSHIP CHANGE AFTER YOU BOUGHT THE CONDO?

17         A       YES.

18         Q       AND IN WHAT WAY DID IT CHANGE?

19         A       UM, SHE WOULD BLAME ME FOR THINGS THAT WERE

20   OR WEREN'T MY RESPONSIBILITY.  AND IT JUST KIND OF WENT

21   DOWNHILL AND ESPECIALLY IN THE LAST YEAR.

22         Q       AND WHAT KIND OF THINGS DID SHE BLAME YOU

23   FOR?

24         A       I CAN'T COME UP WITH ANYTHING OFF THE TOP OF

25   MY HEAD OTHER THAN EVERYTHING THAT'S BEEN BAD IN HER LIFE

26   HAS BEEN RESULTING FROM MY HUSBAND'S DEATH AND SOME OTHER

1    THINGS THAT HAVE HAPPENED TO HER.  AS FAMILY I TRIED TO BE

2    SUPPORTIVE OF HER, BUT, AGAIN, MOST OF THE TIME THINGS WERE

3    MY FAULT.

4           Q      OKAY.  NOW YOU TESTIFIED YOU EVENTUALLY

5    TRANSFERRED THE CONDO INTO MISS GALLIAN'S NAME; IS THAT

6    CORRECT?

7           A      YES, I GIFTED IT TO HER.

8           Q      IS THAT SOMETHING THAT SHE ASKED YOU?  DID

9    SHE ASK YOU TO PUT THE CONDO IN HER NAME?

10          A      SHE ASKED ME ON NUMEROUS OCCASIONS TO PUT HER

11   NAME ALONGSIDE OF MY NAME ON THE DEED ALTHOUGH IT'S NOT

12   REALLY A DEED ON LAND LEASE, BUT SHE WANTED HER NAME AS PART

13   OWNER, AND I DIDN'T FEEL THAT WAS IN MY BEST INTEREST.  SO

14   AT SOME POINT I DECIDED I JUST HAD ENOUGH.  HERE.  TAKE IT.

15   THIS WILL BE THE LAST THING YOU GET FROM ME AND LEAVE ME

16   ALONE.

17          Q      AND WHEN YOU HAD THESE CONVERSATIONS WITH HER

18   ABOUT, YOU KNOW, HER WANTING TO HAVE THE CONDO -- HER NAME

19   ALSO ON THE CONDO, WHAT WAS HER RESPONSE AFTER YOU TOLD HER

20   NO?

21          A      WELL, BECAUSE IT WAS IN MY TRUST I COULDN'T

22   REALLY CHANGE -- I COULDN'T REALLY CHANGE IT, BUT SHE WANTED

23   IT BECAUSE I THINK -- I THINK SHE WANTED TO BE ON THE BOARD

24   OF THE HOMEOWNERS ASSOCIATION.  SO SHE COULDN'T BE ON THE

25   BOARD WITHOUT HER NAME ON THE TITLE.

26          THE COURT:  ALL RIGHT.  MA'AM, I'M GOING TO ASK YOU,

1    AS I DO WITH ALL WITNESSES, PLEASE LISTEN CAREFULLY TO THE

2    QUESTION ASKED AND ANSWER THAT QUESTION.

3            THE WITNESS:  OKAY.

4            MS. GRUENWALD:  SO COULD WE HAVE THE LAST QUESTION

5    READ BACK, PLEASE.

6            THE COURT:  YES.

7                (WHEREUPON THE RECORD WAS READ.)

8            THE WITNESS:  WELL, HER RESPONSE -- HER LAST

9    RESPONSE WAS TAKE IT OUT OF THE TRUST SO THAT YOU COULD DO

10   THAT.

11           BY MS. GRUENWALD:    Q    AND DID SHE HARASS YOU

12   TO PUT HER NAME IN THE CONDO?

13           A    PARDON?

14           MR. BLANK:  OBJECTION.  LEADING.

15           THE COURT:  SUSTAINED.

16           BY MS. GRUENWALD:    Q    WHEN SHE WAS ASKING TO

17   HAVE HER NAME PUT IN THE CONDO, WHAT WAS THE TONE OF HER

18   VOICE?

19           MR. BLANK:  OBJECTION.  INDISTINCT AS TO TIME.  I'M

20   NOT SURE WHAT TIMEFRAME WE'RE DEALING WITH HERE.

21           THE COURT:  WHAT'S THE TIMEFRAME?

22           BY MS. GRUENWALD:    Q    YOU HAD SEVERAL

23   CONVERSATIONS ABOUT HER PUTTING -- ABOUT THE CONDO BEING PUT

24   IN HER NAME; CORRECT?

25           A    YES.

26           Q    AND IN GENERAL, DURING THE TIMEFRAME YOU WERE

1   HAVING THESE CONVERSATIONS, WHAT WAS THE DEMEANOR IN HER

2   VOICE?

3            MR. BLANK:  OBJECTION, YOUR HONOR.  THE TRO IS BASED

4   ON CONVERSATIONS AND COMMUNICATIONS FROM MARCH 26TH FORWARD

5   AND ACTUALLY I THINK UP TO MAY 26TH.  AND SO IF THERE WERE

6   CONVERSATIONS OR WHATEVER HAPPENED BEFORE THAT IT DOESN'T

7   APPEAR TO BE RELEVANT TO THIS TRO BECAUSE THE TRO SAYS THE

8   ONLY THING I'M COMPLAINING ABOUT ARE THE COMMUNICATIONS THAT

9   TOOK PLACE IN THAT TIMEFRAME.  SO IF THE QUESTION IS LIMITED

10  TO THAT TIMEFRAME THAT SEEMS RELEVANT TO ME.  BUT IF THERE

11  WERE CONVERSATIONS THAT TOOK PLACE A YEAR AGO, TWO YEARS AGO

12  THREE YEARS AGO --

13           THE COURT:  IN THESE CASES WE GO BACK FIVE YEARS.

14           MR. BLANK:  OKAY.  BUT DOESN'T THE PETITIONER HAVE

15  TO ALLEGE THAT?  IF PETITIONER IS GOING TO ALLEGE SOMETHING

16  HAPPENED THREE YEARS AGO IT SEEMS RELEVANT TO ME.  BUT I

17  THINK WE'RE -- AT LEAST THE TESTIMONY SHOULD BE SOMEWHAT

18  CONSTRAINED BY THE PLEADINGS, AND THE PLEADINGS HAVE A

19  SPECIFIC QUESTION.  IT SAYS IS THERE ANYTHING PRIOR TO WHAT

20  YOU TALKED ABOUT HERE THAT CONSTITUTES HARASSMENT THAT

21  YOU'RE COMPLAINING OF AND SHE CHECKED THE BOX THAT SAID NO.

22           THE COURT:  THERE'S A POINT THERE.

23           MS. GRUENWALD:  WELL, YOUR HONOR, I'M LAYING THE

24  FOUNDATION OF A PATTERN HERE OF SHOWING FURTHER DEMANDS FOR

25  FINANCIAL BENEFIT WHICH ULTIMATELY LED TO THE --

26           THE COURT:  AND THAT WAS ALLEGED, I THINK IN THE

1   DECLARATION ALSO, THAT THERE HAD BEEN DEMANDS FOR MONEY

2   SINCE THE DEATH OF HER HUSBAND.  I THINK THAT TAKES IT BACK

3   A BIT FURTHER.

4        MR. BLANK:  AND WE'LL STIPULATE RIGHT NOW IT'S NOT A

5   DEMAND SPECIFICALLY FOR MONEY.  WE'RE TALKING ABOUT TITLE TO

6   THE CONDO.  AND WE'LL STIPULATE THERE HAVE BEEN SEVERAL

7   CONVERSATION ABOUT TITLE OF THE CONDO DATING BACK TO WHEN IT

8   WAS FIRST PURCHASED AND THERE WERE STILL -- AND THERE WERE

9   STILL DISPUTES STILL WITH THE HOA.

10       THE COURT:  THAT'S FINE TO STIPULATE TO IT, BUT THE

11   TONE AND NATURE OF THE CONVERSATION, I THINK, ARE STILL AT

12   ISSUE.

13       GO AHEAD, COUNSEL.

14       BY MS. GRUENWALD:    Q    WHAT WAS THE TONE OF THE

15   CONVERSATIONS?

16       A    I CAN'T SAY THAT IT WAS A BAD TONE FOR THOSE

17   CONVERSATIONS.

18       Q    OKAY.  AT SOME POINT DID THE TONE OF THESE

19   CONVERSATIONS CHANGE?

20       A    YES.

21       Q    AND IN WHAT WAY?

22       A    ABOUT THE CONDO YOU MEAN?

23       Q    YES.

24       A    JUST IN MARCH.

25       Q    OKAY.  AND IF YOU COULD TURN TO -- WELL,

26   FIRST BACKING UP.

15

```
1              YOUR HONOR, I'D LIKE TO ADMIT EXHIBIT 6 INTO

2    EVIDENCE.

3              MR. BLANK:  NO OBJECTION, YOUR HONOR.

4              THE COURT:  ALL RIGHT.  WE WILL ADMIT EXHIBIT 6.

5    ALTHOUGH THE COURT WILL NOTE ANYTHING STATED ON THERE PRIOR

6    TO THE DEATH OF PETITIONER'S HUSBAND IS NOT RELEVANT TO

7    THESE PROCEEDINGS.

8              MS. GRUENWALD:  THANK YOU, YOUR HONOR.

9                   (WHEREUPON EXHIBIT 6 WAS RECEIVED INTO

10   EVIDENCE.)

11             BY MS. GRUENWALD:    Q    MISS BRADLEY, IF YOU

12   COULD PLEASE TURN TO EXHIBIT 7.  AND JUST TAKE A MINUTE TO

13   LOOK THROUGH THE DOCUMENT.  I'M GOING ASK YOU SOME QUESTIONS

14   ABOUT IT?

15             A    OKAY.

16             Q    DO YOU RECOGNIZE THIS DOCUMENT?

17             A    YES.

18             Q    WHAT IS IT?

19             A    IT'S THE GIFT OF THE CONDO TO JAMIE.

20             Q    NOW WHAT ULTIMATELY LED UP TO YOU GIVING THIS

21   CONDO TO HER?

22             A    UM, THERE IS -- NOW THERE'S A LAWSUIT FROM

23   THE HOA AGAINST ME, HER AND THE TRUST HAVING TO DO WITH

24   THINGS THAT SHE DID TO THE UNIT THAT -- SOME OF WHICH WERE

25   APPROVED BUT MANY WHICH WERE NOT APPROVED BY THE HOMEOWNERS

26   ASSOCIATION.
```

16

1           Q      OKAY.  AND THAT LAWSUIT IS CURRENTLY PENDING?

2           A      YES.

3           Q      SO THE HOA HAS SUED BOTH YOU AND MISS

4    GALLIAN?

5           A      YES.

6           Q      FOR CHANGES THAT SHE MADE TO THE CONDO?

7           A      YES.

8           Q      AND WERE YOU AWARE OF THOSE CHANGES AT THE

9    TIME THEY WERE BEING MADE?

10          A      MOST OF THE TIME I WAS AWARE OF THEM AFTER

11   SHE MADE THEM.

12          Q      OKAY.  AND WHAT WAS YOUR POSITION OF THOSE

13   CHANGES THAT WERE MADE TO THE CONDO?

14          A      WELL, I WAS SUPPORTIVE -- SPECIFICALLY THE

15   PATIO COVER, WHICH IS WHAT STARTED ALL OF THE HOOPLA.  AND I

16   WAS SUPPORTIVE OF THE PATIO COVER.  SHE THEN PUT A ROOF ON

17   IT, WHICH IS WHAT THE HOA IS NOT HAPPY ABOUT.  AND I TRIED

18   TO LET HER HAVE ME REMOVE THE ROOF, AND SHE SAID I'M

19   HANDLING IT, I'M HANDLING IT, DON'T DO IT.

20          Q      AND SO THAT'S ONE OF THE REASONS YOU

21   TRANSFERRED THE CONDO TO HER?

22          A      YES.

23          Q      ANY OTHER REASON?

24          A      I JUST WANTED HER OUT OF MY LIFE.

25          Q      AND WHY WAS THAT?

26          A      BECAUSE OF THE HARASSMENTS THAT SHE --

17

```
 1   BECAUSE OF HER HARASSMENT TOWARDS ME.

 2          Q      IN WHAT WAY WAS SHE HARASSING YOU?

 3          A      IN DECEMBER, AFTER SHE HAD TAKEN HER SON'S

 4   EMAIL ACCOUNT IN NOVEMBER AND WROTE EMAILS TO ME PRETENDING

 5   TO BE HIM, AND I FOUND OUT ABOUT IT, SAYING LET'S BE NICER

 6   TO MOM, AND ALL KINDS OF OTHER THINGS, SHE SAID SHE FELT SHE

 7   HAD EVERY RIGHT TO DO THAT BECAUSE SHE NEEDED TO GET TO THE

 8   BOTTOM OF WHATEVER OUR PROBLEMS WERE.  AND THEN IN DECEMBER

 9   SHE LEFT ME A TELEPHONE MESSAGE, WHICH I DON'T HAVE A

10   RECORDING OF, THAT STATED THAT I WILL SHOW UP WHEN YOU LEAST

11   EXPECT ME AT YOUR HOUSE, OR AT YOUR WORK, AND WE'LL HAVE

12   THIS OUT.

13          MR. BLANK:  OBJECTION, YOUR HONOR.  I'M GOING TO

14   MOVE TO STRIKE ON THE BASIS THIS IS A CONVERSATION WITH NO

15   FOUNDATION AND THAT PREDATES THE TIMEFRAME THAT IS RELEVANT

16   TO OUR TRO.  IT'S DECEMBER OF 2016.

17          THE COURT:  JUST AS I SAID, WE GO BACK FIVE YEARS

18   AND THERE WERE ALLEGATIONS THERE WAS HISTORY HERE.  SO THE

19   COURT DOES LISTEN TO THE HISTORY.  I'M SORRY, YOUR OTHER

20   OBJECTION?  I DON'T KNOW WHAT YOU MEAN ABOUT NO FOUNDATION.

21          MR. BLANK:  SHE SAID SHE'S RECALLING A CONVERSATION

22   BUT WASN'T RECORDED.  SHE DOESN'T HAVE A --

23          THE WITNESS:  IT WAS RECORDED.  I JUST DON'T HAVE A

24   COPY OF THE RECORDING.

25          THE COURT:  WHOA.  WHOA.  MA'AM.

26          THE WITNESS:  SORRY.
```

```
 1              THE COURT:  SHE DOES HAVEN'T A COPY OF THE RECORDING

 2   SHE CAN STILL TESTIFY TO THE CONVERSATION.

 3              MR. BLANK:  GOT IT.

 4              THE COURT:  OVERRULED.

 5              BY MS. GRUENWALD:     Q    SO SHE LEFT YOU A

 6   MESSAGE IN DECEMBER SAYING SHE WAS ESSENTIALLY GOING TO

 7   EITHER COME TO YOUR HOUSE OR YOUR WORK PLACE AND HAVE IT OUT

 8   WITH YOU?

 9        A    YES.

10        Q    OKAY.  AND WHAT WAS YOUR RESPONSE OR YOUR

11   FEELING THAT YOU HAD AFTER YOU HEARD THAT MESSAGE?

12        A    I WAS AFRAID OF HER.

13        Q    WHAT WERE YOU AFRAID OF?

14        A    I WAS AFRAID THAT SHE WOULD HARM ME.

15        Q    OKAY.  AND YOU MENTIONED THAT SHE USED HER

16   SON'S EMAIL PRETENDING SHE WAS HIM TO REACH OUT TO YOU?

17        A    YES.

18        Q    HOW DID YOU FIND OUT ABOUT THAT?

19        A    I CALLED HIM SAYING SOMETHING THAT I HAD SAID

20   WAS -- I NEEDED TO DISCUSS IT WITH HIM.  AND HE SAID WHAT

21   ARE YOU TALKING ABOUT?  I HAVE NOT SENT YOU ANY EMAILS.

22              MR. BLANK:  OBJECTION.  HEARSAY.

23              MS. GRUENWALD:  MY QUESTION WAS JUST SIMPLY HOW SHE

24   FOUND ABOUT IT.  IT GOES TO HER KNOWLEDGE NOT THE TRUTH OF

25   THE MATTER.

26              THE COURT:  THAT MIGHT BE TRUE.  NOT SURE IT GOES TO
```

19

```
 1    TRUTH OF THE MATTER.  OVERRULED.
 2            MR. BLANK:  AS LONG IT'S ONLY USED HOW SHE GOT
 3    NOTICE THEN I HAVE NO OBJECTION.
 4            THE COURT:  IT'S UNDERSTOOD FOR THAT PURPOSE.
 5            BY MS. GRUENWALD:    Q    DID MISS GALLIAN EVER
 6    ADMIT TO YOU USING HER SON'S EMAIL WITHOUT HIS PERMISSION?
 7            A     YES.
 8            Q     OKAY.  YOU NEED TO LET ME WAIT UNTIL I FINISH
 9    THE QUESTION.
10            A     SORRY.
11            Q     OKAY.  SO AS A RESULT OF THE HOA AND THESE
12    CONVERSATIONS THAT YOU FOUND TO BE HARASSING, YOU GIFTED THE
13    CONDO TO MISS GALLIAN?
14            A     REPEAT, PLEASE.
15            Q     AS A RESULT OF THE HOA PROBLEMS AND THIS
16    HARASSMENT, YOU GIFTED THE CONDO TO MISS GALLIAN?
17            A     YES.
18            Q     AND WHEN YOU GAVE THE CONDO TO HER DID YOU
19    AGREE TO DO ANYTHING ELSE?
20            A     I AGREED TO PAY TWO OF THE LAND LEASES THAT
21    WERE DUE AFTER THE DATE OF THE TRANSFER.
22            Q     OKAY.
23            A     AND I DID MAKE THOSE PAYMENTS.
24            Q     OKAY.  AND DID -- WHEN YOU GAVE THE CONDO YOU
25    TOLD HER, "THIS IS IT.  I'M NOT GIVING YOU ANYTHING ELSE?"
26            A     YES.
```

1        Q     OKAY.  GOING BACK TO THE EXHIBIT BOOK UNDER

2    TAB 7.  IF YOU LOOK ON PAGE 2 OF THAT DOCUMENT THERE'S --

3    LOOKS WHAT APPEARS TO BE YOUR SIGNATURE THERE AND DATED

4    MARCH 22ND, 2017.  DO YOU SEE THAT?

5        A     YES.

6        Q     IS THAT YOUR SIGNATURE?

7        A     YES.

8        Q     AND YOU SIGNED THIS TRANSFER DEED?

9        A     YES.

10       Q     OKAY.  AND IF YOU COULD GO TO THE VERY LAST

11   PAGE OF THAT SAME EXHIBIT.  PLEASE NOTE THE PAGES ARE DOUBLE

12   SIDED.  IS THAT MISS GALLIAN'S SIGNATURE THERE?

13       A     YES, I'M SURE IT IS TO THE BEST OF MY

14   KNOWLEDGE.

15       Q     HAD YOU SEEN HER SIGNATURE ON THINGS BEFORE?

16       A     I HAVE BUT I'M NOT SURE IF I REMEMBER

17   CORRECTLY, BUT -- I'M SURE IT IS BECAUSE -- YES.

18       Q     OKAY.  SO IT WAS MARCH 22ND, 2017, THAT YOU

19   TRANSFERRED THE CONDO TO HER?

20       A     YES.

21       MS. GRUENWALD:  I'D LIKE TO ADMIT NUMBER 7 INTO

22   EVIDENCE, YOUR HONOR.

23       MR. BLANK:  NO OBJECTION.

24       THE COURT:  IT WILL BE ADMITTED.

25          (WHEREUPON EXHIBIT 7 WAS RECEIVED INTO

26   EVIDENCE.)

```
1              BY MS. GRUENWALD:      Q      AFTER YOU GAVE MISS

2    GALLIAN THE CONDO, DID YOU HAVE ANY FURTHER CONVERSATIONS

3    WITH HER?

4              A      YES.

5              Q      AND WHAT WERE THE NATURE OF THOSE

6    COMMUNICATIONS?

7              A      SHE FILED SUIT -- SHE OPENED PROBATE ON MY

8    HUSBAND'S ESTATE FROM WHEN HE DIED 17 YEARS AGO.

9              Q      AND SO DID SHE DISCUSS THAT WITH YOU?

10             A      NO, SHE JUST SENT ME THE PAPERWORK.

11             Q      OKAY.  IF YOU CAN TURN TO EXHIBIT 8. IT IS AN

12   EMAIL STRING BETWEEN MISS GALLIAN AND MISS BRADLEY DATED

13   MARCH -- TOP EMAIL IS MARCH 26TH, 2017, AND THE LAST EMAIL

14   ON THE PAGE IS MARCH 25TH, 2017.  MISS BRADLEY, DO YOU SEE

15   AT THE TOP THERE IT SAYS TO SANDY BRADLEY AND THERE'S AN

16   EMAIL ADDRESS?

17             A      YES.

18             Q      IS THAT YOUR EMAIL ADDRESS?

19             A      YES.

20             Q      AND ON THE "FROM" LINE IT SAYS JAMIE GALLIAN

21   AND THERE'S AN EMAIL ADDRESS.  IS THAT JAMIE'S EMAIL?

22             A      YES.

23             Q      AND MARCH 26, 2017, THIS WOULD BE AFTER YOU

24   TRANSFER THE CONDO TO HER; CORRECT?

25             A      YES.

26             Q      AND DID YOU RECEIVE -- I'M JUST GOING TO TALK
```

```
 1    ABOUT THE FIRST EMAIL HERE THAT'S ON THE TOP OF THE PAGE,

 2    THE ONE THAT'S DATED MARCH 26TH AT 12:59 P.M.

 3         Q    DID YOU RECEIVE THAT EMAIL FROM HER?

 4         A    YES.

 5         Q    OKAY.  AND DID YOU PRINT THAT EMAIL OUT?

 6         A    YES.

 7         Q    AND THIS IS A COPY OF THAT EMAIL?

 8         A    YES.

 9         Q    ABOUT HALFWAY DOWN THE EMAIL IT SAYS, AS FAR

10    AS THE LAND LEASE YOU WILL BE RESPONSIBLE FOR THE 2017

11    PAYMENTS.  DO YOU KNOW WHAT SHE -- WHAT DID YOU UNDERSTAND

12    THAT TO MEAN?

13         A    SHE SAID AFTER -- SHE TOLD ME AFTER I HAD

14    DONE THE TRANSFER THAT I NEEDED TO PAY THE LAND LEASE FOR

15    THE REST OF THE YEAR.

16         Q    OKAY.  OKAY.  AND SINCE SHE MADE THAT DEMAND

17    HAVE YOU MADE ANY ADDITIONAL PAYMENTS TOWARDS THE CONDO?

18         A    I MADE TWO OF THE THREE.  I MADE TWO OF THE

19    THREE THAT WERE REMAINING.

20         Q    OKAY.  ON THE BOTTOM OF THE PAGE THERE, FIRST

21    PAGE, IT SAYS THERE'S A MARCH 25TH EMAIL FROM MISS GALLIAN

22    AND IT LOOKS LIKE THIS IS ALSO PART OF THE SAME EMAIL STRING

23    THAT YOU PRINTED OUT; CORRECT?

24         A    YES.

25         Q    OKAY.  AND IF YOU GO TO THE SECOND PAGE OF

26    THE EXHIBIT, ABOUT 7TH PARAGRAPH DOWN, IT SAYS, "YOUR
```

```
1    WILLFUL DISHONESTY AND FRAUDULENT BEHAVIOR IS FINALLY GOING

2    TO BE BROUGHT OUT IN A PROBATE COURT.  I PROMISE YOU UNTIL

3    THE DAY I DIE I WILL NEVER LET UP.  YOU WILL BE PUNISHED AND

4    SANCTIONS, OR BETTER YET THE LOSS OF ATTORNEY COOPERSMITH

5    BAR LICENSE WILL BE ENTERED FOR HIS PART IN THE DECEIT."

6               FOR REFERENCE WHO'S ATTORNEY COOPERSMITH?

7         A    HE'S MY TRUST ATTORNEY.

8         Q    OKAY.  WHAT IS YOUR UNDERSTANDING OF WHAT

9    SHE'S SAYING HERE WHEN SHE WROTE THIS TO YOU?

10        A    SHE -- WHAT IS MY UNDERSTANDING?  IT'S

11   ANOTHER ONE OF HER THREATS TO ME OF I WILL PURSUE YOU UNTIL

12   THE DAY I DIE.  I MEAN TRULY.  AND I THINK BECAUSE SHE --

13   THIS WAS JUST BEFORE SHE OPENED THE PROBATE.

14        Q    WHAT KIND OF EFFECT DO THESE EMAILS HAVE ON

15   YOU?

16        A    THEY UPSET ME TO NO END.

17        Q    AND CAN YOU DESCRIBE ANY EMOTIONAL OR

18   PHYSICAL RESPONSE YOU HAVE TO THEM?

19        A    WELL, I -- SOMETIMES I START SHAKING AND I

20   HAVE DIFFICULTY SLEEPING.

21        Q    THEY BOTHER YOU?

22        A    THEY BOTHER ME.

23        Q    OKAY.

24        MS. GRUENWALD:  YOUR HONOR, I'D LIKE TO ADMIT

25   EXHIBIT 8 INTO EVIDENCE.

26        MR. BLANK:  NO OBJECTION.
```

24

1           THE COURT:  EXHIBIT 8 WILL BE ADMITTED.

2                 (WHEREUPON EXHIBIT 8 WAS RECEIVED INTO

3      EVIDENCE.)

4           BY MS. GRUENWALD:   Q    TURNING TO EXHIBIT 9.

5      TAKE A MINUTE TO REVIEW THIS EMAIL QUICKLY, MISS BRADLEY,

6      AND LET ME KNOW IF YOU RECOGNIZE IT.

7           A    I DO.

8           Q    AND IS THIS ANOTHER EMAIL YOU RECEIVED FROM

9      MISS GALLIAN?

10          A    YES.

11          Q    AND THIS ONE IS DATED MARCH 28TH, 2017.  DID

12     YOU PRINT THIS OUT FROM YOUR EMAIL?

13          A    YES.

14          Q    OKAY.  UP UNTIL THIS POINT HAD YOU HAD

15     CONVERSATIONS -- BEFORE SHE SENT YOU THE EMAILS WE

16     DISCUSSED, THE ONES THAT WERE AT EXHIBIT 8, HAD YOU TOLD HER

17     TO STOP CONTACTING YOU?

18          A    YES.  I SAID, WHEN I GAVE HER THE CONDO,

19     "THIS IS THE END.  I WANT NO MORE CONTACT WITH YOU."

20          Q    OKAY.  GOING BACK TO EXHIBIT 9.  THE LAST

21     LINE THERE SAYS FURTHER DELAY WILL ONLY RESULT IN

22     UNNECESSARY LEGAL ASSESSMENTS BY THE PROBATE COURT.  HAVE

23     YOU RECEIVED ANY NOTICE OF ANY ASSESSMENTS FROM THE PROBATE

24     COURT?

25          A    I RECEIVED NOTICE THAT A PROBATE HAS BEEN

26     OBSERVED.

```
 1          Q      OKAY.  BUT NOTHING DEMANDING ANY PAYMENT FROM
 2   YOU FROM THE COURT?
 3          A      NO.
 4          Q      OKAY.
 5                 YOUR HONOR, I'D LIKE TO ADMIT EXHIBIT 9 INTO
 6   EVIDENCE.
 7          MR. BLANK:  NO OBJECTION.
 8          THE COURT:  NINE IS ADMITTED.
 9                 (WHEREUPON EXHIBIT 9 WAS RECEIVED INTO
10   EVIDENCE.)
11          BY MS. GRUENWALD:    Q    GO TO EXHIBIT 10.
12                 MISS BRADLEY, DO YOU RECOGNIZE EXHIBIT 10?
13          A      YES.
14          Q      WHAT IS IT?
15          A      A TEXT I RECEIVED FROM JAMIE.
16          Q      AND THERE'S SOME WRITING AT THE TOP OF THE
17   PAGE.  IT SAYS APRIL 2ND, 2017.  IS THAT YOUR WRITING?
18          A      THAT'S MY HANDWRITING, YES.
19          Q      IS THAT THE DATE OF THE TEXT?
20          A      YES.
21          Q      YOU PRINTED THIS OUT FROM YOUR PHONE?
22          A      YES.
23          Q      AT THE BOTTOM OF THE TEXT MESSAGE IT SAYS
24   "HERE'S THE DEAL" - USING YOUR WORDS - "IT'S A ONE-TIME
25   OFFER $125,000 CASH.  THAT IS THE LAND LEASE AMOUNT FOR THE
26   NEXT 15 YEARS.  ALSO, I WANT MY DAD'S IVORY COLLECTION AND
```

1    COIN COLLECTION.  IT'S ABOUT THE ONLY THING LEFT OF HIS

2    PERSONAL PROPERTY.  YOU SHOULD TAKE THE DEAL.  IT WILL COST

3    YOU A LOT MORE IN ATTORNEYS' FEES AND INTEREST DUE FOR THE

4    LAST 17 YEARS OF FRAUDULENT ACTS."

5                    WHAT DID YOU UNDERSTAND THAT TO BE?

6          A     THAT SHE WAS TRYING TO FORCE ME TO GIVE HER

7    MORE MONEY.

8          Q     AND DID YOU GIVE HER MORE MONEY?

9          A     NO.

10         MS. GRUENWALD:  OKAY.  AT THIS TIME I'D LIKE TO

11   REQUEST THAT THE COURT TAKE JUDICIAL NOTICE THAT MISS

12   GALLIAN FILED HER PETITION FOR PROBATE ON APRIL 18TH, 2017.

13         THE COURT:  AND WHAT CASE NUMBER, MISS GRUENWALD?

14         MS. GRUENWALD:  YOU KNOW WHAT.  I APOLOGIZE, YOUR

15   HONOR.  I ONLY HAVE THE ELDER ABUSE CASE NUMBER.  I WILL GET

16   YOU THE PROBATE CASE NUMBER.

17         THE COURT:  I'D HAVE TO BE ABLE TO TAKE A LOOK

18   BEFORE I CAN TAKE A LOOK.

19         MS. GRUENWALD:  SURE.

20                 I'D LIKE TO ADMIT EXHIBIT 10 INTO EVIDENCE.

21         MR. BLANK:  NO OBJECTION.

22         THE COURT:  EXHIBIT 10 IS ADMITTED.

23                 (WHEREUPON EXHIBIT 10 WAS RECEIVED INTO

24   EVIDENCE.)

25         BY MS. GRUENWALD:     Q     MOVING TO EXHIBIT 11.

26                 MISS BRADLEY, DO YOU RECOGNIZE EXHIBIT 11?

1          A      YES.

2          Q      AND WHAT IS IT?

3          A      IT'S AN EMAIL FROM JAMIE ADVISING THAT SHE'S

4    OPENING PROBATE.

5          Q      AND THIS IS DATED APRIL 6TH, 2017.  LOOKING

6    AT THE TOP EMAIL, THIRD PARAGRAPH, IT SAYS, "AS ALWAYS I'M

7    AVAILABLE TO DISCUSS ALTERNATIVE SOLUTIONS TO AVOID

8    EMBARRASSING AND HUMILIATING SITUATIONS FOR YOU."  DO YOU

9    KNOW WHAT SHE'S TALKING ABOUT THERE?

10         A      NO.

11         Q      DID SHE EVER TRY TO EMBARRASS YOU OR

12   HUMILIATE YOU?

13         A      SHE HAS CALLED A NUMBER OF MY HUSBAND'S

14   FRIENDS.

15         MR. BLANK:  OBJECTION.  HEARSAY.  LACK OF

16   FOUNDATION.  I DON'T KNOW HOW SHE KNOWS THAT JAMIE CALLED.

17         THE COURT:  FOUNDATION.  SUSTAINED.

18         BY MS. GRUENWALD:    Q    ARE YOU AWARE OF

19   ANYTHING SHE'S DONE TO TRY TO EMBARRASS OR HARASS YOU; YES

20   OR NO?

21         A      YES.

22         Q      HOW ARE YOU AWARE SHE DID SOMETHING TO TRY TO

23   EMBARRASS OR HARASS YOU?

24         A      SOME OF THE PEOPLE SHE CALLED CALLED ME AND

25   TOLD ME.

26         Q      OKAY.  AND WHO WERE THOSE PEOPLE FROM --

1    THOSE PEOPLE?

2              A     THE COMPANY THAT MY HUSBAND WORKED FOR.

3              Q     AND WHAT COMPANY WAS THAT?

4              A     FLUOR CORPORATION.

5              Q     AND DID YOU HAVE A RELATIONSHIP WITH THE

6    PERSONS WHO CONTACTED YOU?

7              A     YES.

8              Q     YOU WOULD BELIEVE THEM IF THEY CALLED YOU TO

9    TELL YOU?

10             A     YES.

11             Q     AND HOW LONG WAS YOUR HUSBAND WORKING FOR

12   FLUOR?

13             A    40 YEARS.

14             Q     HOW LONG WERE YOU MARRIED TO YOUR HUSBAND?

15             A    24 YEARS.

16        MS. GRUENWALD:  I'D LIKE TO ADMIT EXHIBIT 11 INTO

17   EVIDENCE, YOUR HONOR.

18        MR. BLANK:  NO OBJECTION.

19        THE COURT:  11 WILL BE ADMITTED.  THE COURT WILL

20   TAKE JUDICIAL NOTICE OF THE PETITION FILED ON BEHALF OF MISS

21   GALLIAN.  PETITION 4, LETTERS OF ADMINISTRATION IN CASE

22   NUMBER 2017-915711 FILED ON APRIL 18TH, 2017.  WE WILL NOT,

23   HOWEVER, TAKE JUDICIAL NOTICE OF ANY HEARSAY STATEMENTS

24   INCLUDED THEREIN.

25        MS. GRUENWALD:  I UNDERSTAND, YOUR HONOR.  I JUST

26   WANTED TO GET THE DATE IN THAT PETITION INTO THE RECORD.

```
 1              (WHEREUPON EXHIBIT 11 WAS RECEIVED INTO

 2     EVIDENCE.)

 3              BY MS. GRUENWALD:   Q    IF YOU CAN GO TO EXHIBIT

 4     12, MISS BRADLEY.

 5                   DO YOU RECOGNIZE EXHIBIT 12?

 6          A    YES.

 7          Q    AND WHAT IS IT?

 8          A    AN EMAIL FROM JAMIE.

 9          Q    TO YOU?

10          A    TO ME, YES.

11          Q    AND YOU PRINTED THIS EMAIL ON YOUR PRINTER.

12          A    YES.

13          Q    FOR THE RECORD IT'S AN EMAIL DATED APRIL

14     10TH, 2017.  IF YOU GO TO THE SECOND PARAGRAPH, ACTUALLY

15     BACK UP.  THE FIRST PARAGRAPH TOWARDS THE END OF THE

16     PARAGRAPH IT STARTS WITH, "YOU KNOW ME, SANDY.  IF I COME

17     AFTER THE TRUTH AND HAVE TO FIND IT FROM SOMEONE OTHER THAN

18     YOU I WILL COME AT YOU TWICE AS HARD.  PLEASE THINK LONG AND

19     HARD WHETHER YOU WANT TO ANSWER THE QUESTIONS WITH ME AND

20     THE BOYS IN A ROOM WITH YOU OR IN A COURTROOM."

21                   WHAT KIND OF REACTION DO YOU HAVE WHEN YOU

22     READ THAT KIND OF STUFF?

23          MR. BLANK:  OBJECTION.  AMBIGUOUS AS TO "KIND OF

24     STUFF."

25          THE COURT:  WELL, I THINK SHE JUST READ THAT KIND OF

26     STUFF.
```

```
1              MR. BLANK:  EXACTLY.  I THINK IT'S RELEVANT WHAT HER

2    REACTION WAS TO THAT STATEMENT.  I DON'T KNOW WHAT SHE MEANS

3    BY THAT KIND OF STUFF.

4              MS. GRUENWALD:  I'LL REPHRASE.

5              THE COURT:  CLARIFY.  THANK YOU.

6              BY MS. GRUENWALD:    Q    MISS BRADLEY, WHAT WAS

7    YOUR REACTION WHEN YOU READ THIS EMAIL?

8              A    I LOOKED AT IT AS JUST ANOTHER ONE OF HER

9    THREATS TOWARDS ME.

10             Q    AND DO THOSE THREATS BOTHER YOU?

11             A    YES.

12             Q    THE NEXT PARAGRAPH SAYS, "I HAVE ALREADY

13   STARTED GATHERING THE EVIDENCE.  EITHER WAY IT WILL TURN OUT

14   BADLY.  I JUST WONDER IF YOUR HEALTH CAN WITHSTAND THE

15   STRESS.  THAT IS MY CONCERN."

16             DID MISS GALLIAN, OTHER THAN THIS EMAIL, DID

17   SHE EVER MAKE ANY OTHER THREATS BASED ON YOUR HEALTH?

18             MR. BLANK:  OBJECTION.  MISSTATES THE EVIDENCE.

19             THE COURT:  I THINK THREATS BASED ON YOUR HEALTH

20   DOES.

21             MS. GRUENWALD:  OKAY.

22             THE COURT:  SUSTAINED.

23             BY MS. GRUENWALD:    Q    HAVE YOU HAD

24   CONVERSATIONS WITH MISS GALLIAN ABOUT YOUR HEALTH?

25             A    NOT REALLY.

26             Q    OKAY.  SO WAS THIS A THREAT YOU RECEIVED FROM
```

```
 1    HER WITHOUT HAVING ANY OTHER PRIOR CONVERSATIONS ABOUT YOUR

 2    HEALTH?

 3              MR. BLANK:  OBJECTION.  AMBIGUOUS.  COMPOUND.

 4              THE COURT:  SUSTAINED.

 5              MS. GRUENWALD:  I'LL REPHRASE.

 6         Q    BEFORE THIS EMAIL HAD YOU HAD ANY

 7    CONVERSATIONS WITH MISS GALLIAN ABOUT YOUR HEALTH?

 8         A    ABOUT MY CURRENT HEALTH, NO.

 9         Q    OKAY.  ABOUT PRIOR HEALTH?

10         A    I HAVE HAD HEALTH ISSUES IN THE PAST.

11         Q    OKAY.  AND YOU DISCUSSED THIS WITH HER?

12         A    YES.

13              MS. GRUENWALD:  I'D LIKE TO ADMIT EXHIBIT 12 INTO

14    EVIDENCE.

15              MR. BLANK:  NO OBJECTION, YOUR HONOR.

16              THE COURT:  IT WILL BE ADMITTED.

17              (WHEREUPON EXHIBIT 12 WAS RECEIVED INTO

18    EVIDENCE.)

19              BY MS. GRUENWALD:    Q    MISS BRADLEY, CAN YOU

20    PLEASE TURN TO EXHIBIT 13.  DID -- DO YOU KNOW WHO SUZANNE

21    TAGUE IS?

22         A    YES, SHE'S MY ATTORNEY FOR THE PROBATE

23    LAWSUIT.

24         Q    AND DID YOU ASK MISS TAGUE TO CONTACT MISS

25    GALLIAN'S ATTORNEY AND ASK THAT SHE NOT CONTACT YOU

26    DIRECTLY?
```

32

1          A     YES.

2          Q     OKAY.  AND TO YOUR KNOWLEDGE DID MISS TAGUE

3     DO THAT?

4          A     YES.

5          MS. GRUENWALD:  YOUR HONOR, I'D LIKE TO ADMIT

6     EXHIBIT 13 INTO EVIDENCE SOLELY FOR IT'S OPERATIVE EFFECT,

7     NOT FOR THE TRUTH OF THE MATTER ASSERTED IN -- FOR THE

8     PURPOSE OF SHOWING THAT ON APRIL 29TH MISS TAGUE SENT NOTICE

9     TO MISS GALLIAN'S COUNSEL THAT MISS BRADLEY SHOULD -- THAT

10    MISS GALLIAN SHOULD NOT CONTACT MISS BRADLEY AND

11    COMMUNICATIONS SHOULD ONLY GO THROUGH COUNSEL.

12         MR. BLANK:  NO OBJECTION.

13         THE COURT:  IT WILL BE ENTERED.

14              (WHEREUPON EXHIBIT 13 WAS RECEIVED INTO

15    EVIDENCE.)

16         BY MS. GRUENWALD:     Q     DID MISS GALLIAN

17    CONTINUE TO CONTACT YOU DIRECTLY AFTER APRIL 29TH, 2017?

18         A     I'M NOT SURE TO BE HONEST WITH YOU.

19         Q     OKAY.  WELL WE'LL KEEP GOING.  EXHIBIT 14.

20         A     OH, APPARENTLY.

21         Q     OKAY.  MISS BRADLEY, DO YOU RECOGNIZE EXHIBIT

22    14?

23         A     YES.

24         Q     AND WHAT IS IT?

25         A     IT'S AN EMAIL THAT I GOT FROM JAMIE AND BACK

26    AND FORTH.  I MEAN, AND RESPONSES.

```
 1              Q      OKAY.  THERE'S THREE EMAILS ON THE PAGE SO

 2    LET'S START WITH THE BOTTOM EMAIL MAY 24TH, 2017.  THAT

 3    LOOKS LIKE THAT'S AN EMAIL TO YOU FROM MISS GALLIAN; IS THAT

 4    CORRECT?

 5              A      YES.

 6              Q      AND IT SAYS, "YES, I GOT YOUR PHONE MESSAGE

 7    TODAY.  REALLY?  I'M THE CAUSE OF ALL THIS?  YOU ARE RIGHT.

 8    MY HUSBAND WOULD BE VERY UPSET AT EVERYTHING THAT HAS GONE

 9    DOWN BUT NOT AT ME."

10              WHAT ARE YOU WRITING THIS EMAIL IN RESPONSE

11    TO?

12              A      A TELEPHONE -- PHONE -- A TELEPHONE MESSAGE

13    ON MY LAND LINE.

14              Q      OKAY.  AND DID YOU SAVE THAT TELEPHONE

15    MESSAGE?

16              A      I THINK SO.  I SAVED THE LAST THREE MESSAGES

17    I GOT FROM HER I DID SAVE.

18              Q      AND WHAT DID YOU DO WITH THOSE MESSAGES?

19              A      I RECORDED THEM AND GAVE THEM TO YOU.

20              Q      OKAY.  ABOUT HALFWAY DOWN THE EMAIL IT SAYS,

21    "THEN YOU TOOK YOUR SON'S EMAIL ACCOUNT AND FRAUDULENTLY

22    CONTACTED ME."  IS THAT REFERRING TO THE INCIDENT WE TALKED

23    ABOUT EARLIER TODAY?

24              A      YES.

25              Q      OKAY.  NOW MOVING UP THE PAGE THERE'S A

26    SECOND EMAIL THAT YOU WROTE TO MISS GALLIAN ON MAY 25TH,
```

1    2017; IS THAT CORRECT?

2           A    YES.

3           Q    OKAY, "SAYS GOT YOUR PHONE MESSAGE AGAIN.

4    WEREN'T YOU TOLD TO ONLY COMMUNICATE WITH ME THROUGH

5    ATTORNEYS?  MY NEXT STEP WOULD BE TO PUT A RESTRAINING ORDER

6    ON YOU AS YOU'RE HARASSING ME."

7           Q    WHAT IS THAT EMAIL IN RESPONSE TO?

8           A    A TELEPHONE MESSAGE THAT SHE LEFT ON MY

9    RECORDER.

10          Q    IS THAT A SECOND TELEPHONE MESSAGE?

11          A    YES.

12          Q    AND FINALLY AT THE TOP OF THE PAGE THIS IS AN

13   EMAIL FROM MISS GALLIAN TO YOU DATED MAY 25TH, 2017.  IT

14   SAYS, AT THE BOTTOM, "STOP BEING SO IGNORANT.  REMEMBER WHAT

15   GOES AROUND ALWAYS COMES BACK AROUND AND YOU'RE DUE."  IS

16   THAT AN EMAIL THAT YOU RECEIVED FROM MISS GALLIAN?

17          A    YES.

18          Q    OKAY.

19               YOUR HONOR, I'D LIKE TO MOVE EXHIBIT 14 INTO

20   EVIDENCE.

21          MR. BLANK:  NO OBJECTION.

22          THE COURT:  EXHIBIT 14 WILL BE ENTERED.

23               (WHEREUPON EXHIBIT 14 WAS RECEIVED INTO

24   EVIDENCE.)

25          MS. GRUENWALD:  YOUR HONOR, AT THIS TIME I WOULD

26   LIKE TO PLAY THE VOICEMAIL RECORDINGS THAT MISS GALLIAN LEFT

```
1    FOR MRS. BRADLEY.  I'VE HAD THEM TRANSCRIBED AS WELL SO THE
2    COURT AND COUNSEL CAN FOLLOW ALONG.  THE -- THERE'S THREE
3    VOICEMAILS.  THEY'RE ABOUT -- THE TOTAL TIME FOR ALL THREE
4    VOICEMAILS IS ABOUT SIX MINUTES AND EACH OF THE VOICEMAILS
5    IS TRANSCRIBED AS EXHIBITS THREE, FOUR AND FIVE.
6         MR. BLANK:  YOUR HONOR, WE'RE PREPARED TO STIPULATE
7    TO ADMISSION OF THREE, FOUR AND FIVE.  AND I THINK THAT'S
8    PROBABLY MORE EFFICIENT USE OF OUR TIME IS JUST TO READ THE
9    TRANSCRIPT RATHER THAN LISTEN AND READ ALONG.
10        THE COURT:  ANY OBJECTION?  JUST ENTER THREE, FOUR,
11   FIVE.
12        MS. GRUENWALD:  THAT'S FINE, YOUR HONOR, IF THE
13   COURT WILL ACCEPT THE TRANSCRIPTS.
14        THE COURT:  COURT WILL ACCEPT THE TRANSCRIPTS
15   WITHOUT OBJECTION.
16        MR. BLANK:  YES.
17        THE COURT:  EXHIBITS THREE, FOUR AND FIVE WILL BE
18   ENTERED.
19             (WHEREUPON EXHIBIT 3, 4 AND 5 WERE RECEIVED
20   INTO EVIDENCE.)
21        BY MS. GRUENWALD:    Q    MISS BRADLEY, CAN YOU
22   PLEASE TURN TO EXHIBIT 5?
23        A    OKAY.
24        Q    TAKE A MINUTE TO REVIEW IT TO REFRESH YOUR
25   RECOLLECTION AND LET ME KNOW WHEN YOU'RE DONE READING IT?
26        A    OKAY.
```

```
 1              Q       NOW, THIS TRANSCRIPT IS REFERENCING -- FIRST

 2     OF ALL, DO YOU REMEMBER THIS VOICEMAIL?

 3              A       YES.

 4              Q       AND IN IT MISS GALLIAN SAYS, "I JUST WANTED

 5     TO LET YOU KNOW THAT I HAVE MY OWN EXECUTIVE COSTCO CARD NOW

 6     SO I CAN GET MY OWN 2% BACK?"

 7                      DO YOU KNOW WHAT SHE'S REFERRING TO THERE.

 8              A       WHEN I GOT MY RENEWAL FROM MY COSTCO CARD I

 9     REALIZED SHE WAS ON IT SO I TOOK HER OFF.

10              Q       AND WHAT HAPPENED AFTER YOU TOOK HER OFF?

11              A       SHE MUST HAVE -- SHE WENT TO COSTCO, TRIED TO

12     USE THE CARD, THEY SAID IT WAS NO LONGER VALID.

13              Q       AND THEN WAS THIS VOICEMAIL LEFT AFTER YOU

14     HAD TAKEN HER OFF YOUR COSTCO CARD?

15              A       YES.

16              Q       OKAY.  DO YOU KNOW IF THIS WAS DONE -- DO YOU

17     KNOW AROUND THE DATE THAT YOU DID THIS?

18              A       I DO NOT KNOW THE DATE.

19              Q       DO YOU KNOW IF IT WAS?

20              A       IT WAS IN MAY SOMETIME.

21              Q       MAY OF THIS YEAR?

22              A       YES.

23              Q       OKAY.  SO IT WAS AFTER MISS TAGUE'S APRIL

24     EMAIL ASKING MISS GALLIAN NOT TO CONTACT YOU?

25              A       YES.  AND IT WAS THE LAST PHONE MESSAGE SHE

26     LEFT ME.
```

1          Q       THAT WAS THE LAST PHONE MESSAGE?

2          A       UH-HUH.

3          Q       SO THE TWO PHONE MESSAGES THAT ARE EXHIBIT 4

4    AND 5, THOSE WERE BEFORE?

5          A       YES.

6          Q       AND DO YOU KNOW IF THE PHONE MESSAGE THAT

7    WERE IN 4 AND 5 WERE IN THE MAY 2017 TIMEFRAME?

8          A       YES.

9          Q       MISS BRADLEY, IF YOU COULD PLEASE TURN TO

10   EXHIBIT 15?

11         A       15?

12         Q       YES.  AND DOES THAT DOCUMENT LOOK FAMILIAR TO

13   YOU?

14         A       YES.

15         Q       WHAT IS IT?

16         A       IT'S AN EMAIL THAT I SENT TO JAMIE AND SHE

17   RESPONDED.

18         Q       OKAY.  THE EMAIL DATED MAY 26TH, 2017, THAT'S

19   FROM JAMIE TO YOU; CORRECT?

20         A       YES, THE BOTTOM ONE IS FROM JAMIE TO ME.

21         Q       OKAY.  SAYS, "STOP BEING SO IRRATIONAL.  YOU

22   NEED MY HELP WITH THE HOA.  AND, YES, YOUR HEALTH IS BECOME

23   TAXED FROM YOUR OWN STRESS AS YOU SELF REPORTED TO ME.  STOP

24   KIDDING YOURSELF AND FIX THE PROBLEM."

25                 DO YOU KNOW WHAT SHE'S REFERRING TO WITH

26   NEEDING HER HEALTH FOR THE HOA?

1          A      NO.

2          Q      AT THIS TIME HAD THE LAWSUIT BEEN INITIATED?

3          A      YES.

4          Q      AND DO YOU HAVE REPRESENTATION IN THAT

5     LAWSUIT?

6          A      YES.

7          Q      DID MISS GALLIAN EVER ASK YOU TO HELP HER

8     OBTAIN REPRESENTATION IN THAT LAWSUIT?

9          A      NO.

10         MR. BLANK:   SORRY.   I DIDN'T HEAR THE ANSWER.

11         THE WITNESS:   I'M SORRY.

12         BY MS. GRUENWALD:     Q     DID MISS GALLIAN EVER

13    ASK YOU TO HELP HER OBTAIN REPRESENTATION IN THE LAWSUIT?

14         A      YOU MEAN THE HOA LAWSUIT?

15         Q      YES.

16         A      NO.

17         Q      OKAY.   I'D LIKE YOU TO FLIP BACK TO EXHIBIT 1

18    WHICH IS THE PETITION THAT YOU FILED, THE ELDER ABUSE

19    PETITION IN THIS ACTION.   IF YOU GO TO PAGE 5 OF THE FORM IT

20    HAS ITEMS NUMBER 11 AND 12 ON IT.

21         Q      DO YOU SEE THAT?

22         A      YES.

23         Q      ON NUMBER 12, ONE OF THE ORDERS YOU ASKED THE

24    COURT TO GRANT IS A STAY AWAY ORDER FROM 76757 CHRYSANTHEMUM

25    WAY PALM DESERT, CA 92211.   WHAT IS THAT PROPERTY?

26         A      IT'S A CONDOMINIUM I OWN IN PALM DESERT.

1        Q      DO YOU GO THERE SOMETIMES?

2        A      YES, IT'S MY VACATION HOME.

3        Q      MISS BRADLEY, CAN YOU GENERALLY SUMMARIZE

4   WHAT REACTION YOU HAD TO THE VARIOUS EMAILS AND VOICEMAILS

5   THAT WE'VE DISCUSSED HERE THIS MORNING.

6        MR. BLANK:  OBJECTION.  CALLS FOR NARRATIVE.

7        THE COURT:  WELL, IN THE INTEREST OF TIME WE'LL HAVE

8   A BIT OF A NARRATIVE.  OVERRULED.

9            GO AHEAD, MA'AM.

10       THE WITNESS:  WELL, I FIND THE WHOLE THING

11   UPSETTING.  THIS IS -- THE PROBATE LAWSUIT IS 17 YEARS AFTER

12   MY HUSBAND'S DEATH.  SO I FIND THAT KIND OF ODD IN THAT IT'S

13   SO LONG AFTER HE DIED.  SHE'S MADE ALLEGATIONS AGAINST ME

14   LIKE SHREDDING A WILL THAT DID NOT EXIST.  SO IT WOULD BE

15   IMPOSSIBLE FOR ME TO SHRED.  AND I THINK SOME OF THE THINGS

16   THAT SHE HAS ALLEGED TOWARDS ME ARE JUST ONE MORE LET'S POKE

17   THE BEAR AND SEE WHAT I CAN GET.

18       BY MS. GRUENWALD:  Q    DOES SHE KNOW HOW TO PRESS

19   YOUR BUTTONS?

20       A      YES, ABSOLUTELY.

21       MS. GRUENWALD:  NO FURTHER QUESTIONS, YOUR HONOR.  I

22   RESERVE REBUTTAL TESTIMONY IF NEEDED.

23       THE COURT:  CERTAINLY.  BUT I WILL NOTE WE'VE BEEN

24   AT THIS ABOUT AN HOUR NOW.  WE'VE JUST GOTTEN THROUGH DIRECT

25   ON YOUR MAIN WITNESS AND YOU ALL GAVE ME AN ESTIMATE OF TWO

26   HOURS.  DOESN'T SEEM LIKE TO ME THIS IS GOING TO BE TWO

1    HOURS.  I CAN'T BRING YOU BACK THIS AFTERNOON.  IT'S A FULL

2    CALENDAR.  START THINKING ABOUT WHEN YOU'RE GOING TO COME

3    BACK.  WE'RE NOT GOING TO BE ABLE TO FINISH.

4         MR. BLANK:  I'M HOPING WE'LL STILL FINISH THIS

5    MORNING, BUT I WOULD LIKE A BATHROOM BREAK OF FIVE MINUTES.

6         THE COURT:  WE'RE GOING TO DO THAT.  AND I ALSO NEED

7    TO LET YOU KNOW THAT WE HAVE TO ADJOURN TODAY ABOUT A

8    QUARTER TO 12:00.  THE COURT HAS TO GO TO ONE OF ITS SECTION

9    MEETINGS.

10        MR. BLANK:  WE'LL DO OUR BEST.

11        THE COURT:  ALL RIGHT.  TEN MINUTES.  LET'S BE BACK

12   AT 10:30.

13        MR. BLANK:  THANK YOU, YOUR HONOR.

14        THE COURT:  YOU'RE WELCOME.

15                  (MORNING RECESS.)

16        THE COURT:  PROCEED.

17        MR. BLANK:  THANK YOU, YOUR HONOR.

18                    **CROSS-EXAMINATION**

19        BY MR. BLANK:    Q    GOOD MORNING, MISS BRADLEY.

20        A    GOOD MORNING.

21        Q    I'M CHRIS BLANK AND I REPRESENT THE

22   RESPONDENT JAMIE GALLIAN.  I HAVE SOME QUESTIONS TO ASK.

23   LET ME JUST START BY SAYING HOW ARE YOU FEELING TODAY?

24        A    FINE.

25        Q    NO NERVOUSNESS, NO STRESS, NO ANXIETY ABOUT

26   BEING HERE TODAY?

1          A     WELL, YES, I FEEL STRESSED, AND I'M

2    RECOVERING FROM HIP SURGERY.  BUT I'M DOING OKAY.  IF YOU

3    NOTICE WHEN I POURED WATER MY HANDS WERE SHAKING, SO, YES.

4          Q     HAPPENS TO ME TOO.

5                BUT THE RECOVERY FROM THE HIP SURGERY'S GOING

6    WELL?

7          A     YES.

8          Q     YOU'RE ABLE TO SIT WITHOUT ANY SIGNIFICANT

9    PROBLEMS?

10         MS. GRUENWALD:  OBJECTION.  IRRELEVANT.

11         THE COURT:  I BELIEVE IF THE WITNESS HAS ANY

12   PROBLEMS OR DISCOMFORT SHE'LL LET US KNOW.

13         MR.  BLANK:  THAT'S ALL I WANTED.  THANK YOU, YOUR

14   HONOR.

15         Q     HOW DID YOU SLEEP LAST NIGHT?

16         A     NOT VERY WELL.

17         Q     WHY?

18         A     BECAUSE I WAS UPSET WHAT WAS GOING TO HAPPEN

19   TODAY.

20         Q     WHEN YOU HAVE SOMETHING LIKE A COURT

21   HEARING -- HAVE YOU BEEN A WITNESS BEFORE?

22         A     NO.

23         Q     SO THIS IS YOUR FIRST TIME DOING SOMETHING

24   LIKE THIS; CORRECT?

25         A     YES.

26         Q     SO IT'S A LITTLE NERVE-RACKING; RIGHT?

1         A     YES.

2         Q     IT'S NERVE-RACKING TO HAVE SOMEBODY FILE A

3    PETITION FOR PROBATE OF YOUR FORMER HUSBAND'S -- YOUR LATE

4    HUSBAND'S ESTATE; CORRECT?

5         A     YES.

6         Q     IT'S STRESSFUL TO HAVE THE HOA SUE YOU;

7    CORRECT?

8         A     YES.

9         Q     AND THE HOA DID SUE YOU; RIGHT?

10        A     YES.

11        Q     AND THEY SUED YOU BECAUSE THEY BELIEVE THAT

12   YOU WERE THE OWNER OF THE PROPERTY AT THE TIME THAT VARIOUS

13   MODIFICATIONS WERE MADE TO THE HOUSE AN ALDERPORT; CORRECT?

14        MS. GRUENWALD:  OBJECTION.  IRRELEVANT AND LACKS --

15   CALLS FOR SPECULATION.

16        THE COURT:  SUSTAINED.

17        BY MR. BLANK:    Q    DO YOU KNOW WHY THE HOA SUED

18   YOU?

19        MS. GRUENWALD:  OBJECTION.  LACKS FOUNDATION. CALLS

20   FOR SPECULATION.

21        MR. BLANK:  IT'S A YES OR NO.

22        THE COURT:  OVERRULED.

23        THE WITNESS:  ASK AGAIN PLEASE.

24        BY MR. BLANK:    Q    YES.  DO YOU KNOW WHY THE

25   HOA SUED YOU?

26        A     YES.

1        Q      WHY?

2        A      BECAUSE OF CHANGES THAT JAMIE MADE TO THE

3    CONDO.

4        Q      AT A TIME WHEN YOU WERE THE OWNER; CORRECT?

5        A      YES.  YES.  I WAS THE OWNER.

6        Q      AND YOU'VE COUNTERSUED JAMIE; CORRECT?

7        A      YES.

8        Q      FOR WHAT?

9        MS. GRUENWALD:  OBJECTION.  IRRELEVANT.

10       THE COURT:  WHAT'S THE RELEVANCE?

11       MR. BLANK:  WELL, I GUESS WHAT I'M TRYING TO SHOW IS

12   THAT THERE IS LITIGATION GOING ON BETWEEN THESE TWO.  AND

13   I'M NOT EVEN SURE WHY BUT ONE OF THE EXHIBITS ON THE

14   PETITIONER'S EXHIBIT LIST IS THE -- THE DOCKET IN THE HOA

15   CASE.

16       THE COURT:  IT'S NOT BEEN INTRODUCED IN DIRECT

17   TESTIMONY AT ALL.

18       MR. BLANK:  OKAY.  ALL RIGHT.  FAIR ENOUGH.

19       Q      YOU KNOW THAT MISS GALLIAN HAS ALSO SUED YOU

20   IN THAT LAWSUIT?

21       MS. GRUENWALD:  OBJECTION.  CALLS FOR A LEGAL

22   CONCLUSION.

23       MR. BLANK:  IT'S A YES OR NO.  DO YOU KNOW THAT SHE

24   SUED YOU?

25       THE COURT:  AS TO THE OBJECTION OVERRULED.

26           YOU MAY ANSWER THE QUESTION.

```
 1              THE WITNESS:  YES.

 2              BY MR. BLANK:    Q    DO YOU FIND THAT STRESSFUL?

 3         A      YES.

 4         Q      HAVE YOU LOST SLEEP OVER THAT?

 5         A      NO.

 6         Q      HAVE YOU SUFFERED ANY OTHER NERVOUS PROBLEMS

 7    AS A RESULT OF BEING SUED?

 8              MS. GRUENWALD:  OBJECTION.  VAGUE AS TO BY WHO.

 9              MR. BLANK:  BY EITHER JAMIE OR THE HOA.

10              THE COURT:  SUSTAINED.  AND NOW YOU MAY ASK THE

11    QUESTION.  AND PLEASE WAIT UNTIL THE COURT RULES ON THE

12    OBJECTION.

13              MR. BLANK:  CAN THE COURT REPORTER PLEASE READ THAT

14    QUESTION BACK?

15              THE COURT:  YES.

16                   (WHEREUPON THE RECORD WAS READ.)

17              BY MR. BLANK:    Q    AND I'LL ADD TO THAT SUED IN

18    THE HOA LAWSUIT?

19         A      NO OTHER NERVOUS, NO.

20         Q      IN YOUR DIRECT TESTIMONY YOU TALKED ABOUT

21    CONVERSATIONS YOU HAD WITH JAMIE ABOUT THE CONDO AND

22    TRANSFERRING THE CONDO TO YOU.  DO YOU RECALL THAT

23    TESTIMONY?

24         A      YES.

25         Q      WERE THOSE CONVERSATIONS IN PERSON?

26         A      NO.
```

1          Q      WERE THEY BY A TELEPHONE?

2          A      YES.

3          Q      WERE THERE ALSO EMAILS THAT WENT BACK AND

4    FORTH BETWEEN THE TWO OF YOU REGARDING THAT?

5          MS. GRUENWALD:  OBJECTION.  VAGUE.  REGARDING WHAT?

6          BY MR. BLANK:    Q     REGARDING THE CONDO

7    SITUATION?

8          A      WHICH CONDO SITUATION?

9          Q      DISPUTES WITH THE HOA REGARDING THE CONDO?

10         A      YES.

11         Q      AND WERE THERE EMAILS THAT WENT BACK AND

12   FORTH BETWEEN YOU CONCERNING THE TRANSFER OF THE CONDO IN

13   THE TITLE UP TO THE CONDO INTO JAMIE'S NAME.

14         MS. GRUENWALD:  OBJECTION.  VAGUE AS TO TIME.

15         THE COURT:  SUSTAINED.

16         MR. BLANK:  EVER.

17         Q      HAVE YOU EVER?

18         A      YES.

19         Q      WHAT WAS YOUR MOTIVATION FOR TRANSFERRING THE

20   CONDO FROM YOUR TITLE IN THE NAME OF YOU AND YOUR TRUST TO

21   JAMIE THAT TOOK PLACE IN MARCH OF 2017?  WHY DID YOU DO

22   THAT?

23         MS. GRUENWALD:  OBJECTION.  ASKED AND ANSWERED.

24         THE COURT:  SUSTAINED.

25         BY MR. BLANK:    Q     I THINK I'M ENTITLED TO

26   PROBE A LITTLE BIT.  THE VERACITY --

46

```
1            THE COURT:  IF THE QUESTION'S BEEN ASKED AND

2    ANSWERED IT'S BEEN ASKED AND ANSWERED.  SHE PROVIDED AN

3    EXPLANATION.

4            BY MR. BLANK:   Q    AT THE TIME THAT YOU

5    TRANSFERRED THE CONDO FROM YOUR TRUST TO JAMIE YOU WERE

6    AWARE THAT THE HOA WAS ABOUT TO FILE A LAWSUIT, CORRECT?

7            MS. GRUENWALD:  OBJECTION.  CALLS FOR SPECULATION.

8            THE COURT:  IF YOU KNOW, MA'AM, YOU CAN ANSWER THE

9    QUESTION.  IF YOU DON'T KNOW DON'T ANSWER THE QUESTION.

10           THE WITNESS:  I WASN'T SURE.  THEY THREATENED TO BUT

11   THEY HAD NOT.

12           BY MR. BLANK:   Q    ALL RIGHT.  SO THEY SENT

13   DEMAND LETTERS; CORRECT?

14           A    I DON'T KNOW WHAT THAT WORD MEANS.

15           Q    LETTERS OUTLINING A DISPUTE THAT THEY WANTED

16   TO HAVE RESOLVED?

17           A    YES.

18           Q    AND IN THOSE LETTERS THEY SAID IF WE DON'T

19   RESOLVE IT WE'RE GOING TO SUE; CORRECT?

20           A    YES.

21           Q    AND THOSE LETTERS WERE ADDRESSED TO BOTH YOU

22   AND JAMIE; CORRECT?

23           A    YES.

24           Q    YOU DIDN'T WANT TO GET INVOLVED IN THE

25   LAWSUIT WITH THE HOA AT THAT TIME; CORRECT?

26           A    CORRECT.
```

```
 1              MS. GRUENWALD:  OBJECTION.  IRRELEVANT.  ASKED AND
 2    ANSWERED.  352.
 3              THE COURT:  OVERRULED ON ALL OF THEM.
 4              THE WITNESS:  I ANSWERED.  I SAID "YES."
 5              THE COURT:  SHE DID.
 6              BY MR. BLANK:    Q    AND WHEN JAMIE SAID YOU NEED
 7    MY HELP WITH THE HOA LAWSUIT, DO YOU BELIEVE THAT SHE WAS
 8    ACTUALLY OFFERING HER HELP?
 9              A    NO.
10              Q    WHAT DO YOU THINK SHE WAS DOING?
11              A    MANIPULATING ME.
12              Q    IN WHAT WAY?
13              A    THE WAY SHE ALWAYS DOES.  TRULY I CAN'T --
14    SHE -- WHAT DOES THE HOA LAWSUIT HAVE TO DO WITH THIS?
15              THE COURT:  MA'AM, I'M SORRY.  PLEASE ANSWER THE
16    QUESTION.  IF YOU CAN'T YOU DON'T HAVE TO, BUT YOU DON'T ASK
17    QUESTIONS OF YOUR OWN.
18              THE WITNESS:  OKAY.
19              BY MR. BLANK:    Q    DO YOU HAVE THE QUESTION IN
20    MIND OR WOULD YOU LIKE TO HAVE IT REREAD SO YOU HAVE THE
21    QUESTION IN MIND?
22              A    YES.
23              THE COURT:  REREAD THE QUESTION.
24              (WHEREUPON THE RECORD WAS READ.)
25              MR. BLANK:  THAT DIDN'T HELP.
26              THE COURT:  MANIPULATING YOU, MA'AM, IN WHAT WAY?
```

48

```
 1            THE WITNESS:  I JUST FELT THAT SHE WAS MANIPULATING

 2    ME AND THAT SHE WOULD -- SHE'D ALREADY TOLD ME THAT SHE WAS

 3    THROWING ME UNDER THE BUS, SO THAT SHE DIDN'T DO ANYTHING,

 4    IT WAS ALL MY FAULT, SO -- BECAUSE I WAS THE OWNER.

 5            BY MR. BLANK:    Q    OKAY.  AS A RESULT OF JAMIE

 6    OFFERING HER HELP WITH THE HOA, DID THAT CAUSE YOU TO LOSE

 7    ANY SLEEP?

 8            A    NO.

 9            Q    DID IT CAUSE YOU ANY OTHER NERVOUS TROUBLE?

10            A    NO.

11            Q    HOW DID YOU FIRST MEET CHARLES BRADLEY?

12            A    I WAS HIS SECRETARY.

13            Q    AND AT THE TIME HE WAS MARRIED TO JAMIE'S

14    MOM?

15            A    YES.

16            MS. GRUENWALD:  OBJECTION.  IRRELEVANT.

17            THE COURT:  WHAT'S THE RELEVANCE.

18            BY MR. BLANK:    Q    I'M JUST TRYING TO SHOW A

19    LITTLE BACKGROUND ABOUT HOW THEY HAD A CLOSE FAMILIAL

20    RELATIONSHIP FOR DECADES BEFORE WE'VE HAD THIS PROBLEM.  I

21    WANT HER TO GO BACK.

22            THE COURT:  THE FACT SHE WAS THE SECRETARY MARRIED

23    TO SOMEBODY ELSE ISN'T RELEVANT.  IF YOU WANT TO PICK IT UP

24    FROM THEIR MARRIAGE GO AHEAD.

25            MR. BLANK:  I'D LIKE TO PICK IT UP FROM WHEN YOU

26    FIRST MET JAMIE.  DO YOU KNOW HOW OLD SHE WAS WHEN YOU FIRST
```

49

1    MET HER?

2          A     I DO NOT.

3          Q     DO YOU HAVE A ROUGH ESTIMATE?

4          MS. GRUENWALD:  OBJECTION.  IRRELEVANT.

5          THE COURT:  SUSTAINED.

6          BY MR. BLANK:   Q    YOU'VE KNOWN JAMIE SINCE

7    CHILDHOOD; CORRECT?

8          A     I HAD SEEN HER A FEW TIMES WHEN SHE WAS YOUNG

9    WHEN SHE CAME TO THE OFFICE.

10         Q     AND YOUR HUSBAND CHUCK ALWAYS DESCRIBED HER

11   AS HIS DAUGHTER; CORRECT?

12         MS. GRUENWALD:  OBJECTION.  CALLS FOR SPECULATION.

13   IRRELEVANT.  AND I WOULD -- IN LIGHT OF THE FACT THERE'S A

14   PROBATE LAWSUIT --

15         THE COURT:  OH, WE'RE NOT GOING TO GET EVIDENCE ON

16   THE PROBATE LAWSUIT.  AND THAT IS IRRELEVANT TO TODAY'S

17   PROCEEDINGS.  SUSTAINED.

18         BY MR. BLANK:   Q    HAVE YOU EVER CALLED JAMIE

19   YOUR DAUGHTER?

20         A     YES.

21         Q     WAS THAT A FREQUENT OCCURRENCE?

22         MS. GRUENWALD:  OBJECTION.  IRRELEVANT.

23         THE COURT:  OVERRULED.

24         THE WITNESS:  ASK AGAIN PLEASE.

25         BY MR. BLANK:   Q    WAS THAT A FREQUENT

26   OCCURRENCE WHEN YOU DESCRIBED JAMIE AS YOUR DAUGHTER OR

1    CALLED HER YOUR DAUGHTER?

2          A     SOMETIMES I CALLED HER MY DAUGHTER; SOMETIMES

3    I REFERRED TO HER AS MY STEP DAUGHTER.

4          Q     DO YOU CONSIDER HER A FAMILY MEMBER?

5          A     NOT ANYMORE.

6          Q     DID YOU EVER?

7          A     YES.

8          Q     WHEN DID YOU STOP CONSIDERING HER A FAMILY

9    MEMBER?

10         A     THIS YEAR.

11         Q     AT WHAT TIME?

12         A     WHEN SHE STARTED SUING ME FOR THE PROBATE.

13         Q     WAS THAT IN FEBRUARY OF 2016.

14         MS. GRUENWALD:  OBJECTION.  WE'VE ESTABLISHED THE

15    DATE OF THE PROBATE AND I BELIEVE THE COURT TOOK JUDICIAL

16    NOTICE OF IT.

17         THE COURT:  YES.

18         BY MR. BLANK:    Q     THE QUESTION IS WHEN DID SHE

19    START THREATENING HER.

20         MS. GRUENWALD:  OBJECTION.  ASKED AND ANSWERED.

21         THE COURT:  SUSTAINED.  CERTAINLY WE CAN GO BACK TO

22    FEBRUARY OF 2016.

23         MR. BLANK:  17 IS WHAT I MEANT.

24         THE COURT:  AH.

25         BY MR. BLANK:    Q     WAS IT FEBRUARY OF 2017?

26         MS. GRUENWALD:  SAME OBJECTIONS.

1          THE COURT:  SUSTAINED.  THAT HAS BEEN ASKED AND

2    ANSWERED.  AND I BELIEVE SHE SAID IT STARTED IN NOVEMBER OF

3    2016.

4          BY MR. BLANK:   Q   IN WRITTEN LEGAL DOCUMENTS

5    HAVE YOU EVER DESCRIBED JAMIE AS A FAMILY MEMBER?

6          MS. GRUENWALD:  OBJECTION.  VAGUE AS TO TIME.

7          THE COURT:  SUSTAINED.

8          MR. BLANK:  I ASKED IF SHE HAD EVER DESCRIBED JAMIE

9    AS A FAMILY MEMBER IN LEGAL DOCUMENTS.

10          MS. GRUENWALD:  OBJECTION.  IRRELEVANT.

11          THE COURT:  UNLESS IT'S TIGHTENED UP A BIT IT IS

12    IRRELEVANT.

13          BY MR. BLANK:   Q   HAVE YOU, WITHIN THE LAST

14    YEAR, DESCRIBED JAMIE AS A FAMILY MEMBER IN ANY LEGAL

15    DOCUMENTS?

16          A   I REFER TO HER AS MY STEP DAUGHTER, YES.

17          Q   HOW ABOUT AS A FAMILY MEMBER?

18          MS. GRUENWALD:  OBJECTION.  ASKED AND ANSWERED.

19          MR. BLANK:  I DON'T THINK IT WAS ANSWERED.

20          THE COURT:  IT WASN'T.

21          THE WITNESS:  NO.

22          BY MR. BLANK:   Q   WOULD YOU PLEASE TURN TO

23    EXHIBIT 7.  IS THIS YOUR HANDWRITING ON EXHIBIT 7 ON THE

24    FIRST PAGE?

25          A   NO.

26          Q   WHOSE HANDWRITING IS IT?

```
 1              A       I DON'T KNOW BUT I THINK JAMIE'S.

 2              Q       PARDON ME?

 3              A       I THINK JAMIE'S.

 4              Q       SO YOU THINK JAMIE PREPARED THIS?

 5              A       YES.

 6              Q       BUT YOU SIGNED IT; CORRECT?

 7              A       I SIGNED -- I SIGNED -- I SIGNED THIS PAPER

 8     BEFORE JAMIE MADE THE CHANGES AT THE TOP.

 9              Q       WHAT CHANGES DID JAMIE MAKE?

10              A       THE RECORDING REQUESTED BY.

11              Q       OKAY.  ANY OTHER CHANGES SHE MADE BEFORE YOU

12     SIGNED IT?

13              MS. GRUENWALD:  OBJECTION.  MISSTATES HER TESTIMONY.

14              THE COURT:  SUSTAINED.  STATEMENTS WERE MADE AFTER

15     SHE SIGNED IT.

16              MR. BLANK:  RIGHT.  I'M SORRY.

17              Q       ANY OTHER CHANGES MADE AFTER YOU SIGNED IT?

18              MS. GRUENWALD:  OBJECTION.  CALLS FOR SPECULATION.

19              THE COURT:  AS PHRASED SUSTAINED.

20              BY MR. BLANK:    Q    ARE YOU AWARE OF ANY CHANGES

21     THAT WERE MADE AFTER YOU SIGNED THIS DOCUMENT?

22              A       I DID NOT SEE THE FRONT PAGE THAT SAYS FAMILY

23     MEMBER.

24              Q       SO YOU DISAVOWED THAT THIS WAS A TRANSFER

25     BETWEEN FAMILY MEMBERS; IS THAT CORRECT?

26              MS. GRUENWALD:  OBJECTION.  CALLS FOR A LEGAL
```

53

1    CONCLUSION.

2              THE COURT:  SUSTAINED.

3              BY MR. BLANK:    Q    DO YOU BELIEVE THAT THIS

4    TRANSFER, BASED ON YOUR OWN LAY PERSON'S KNOWLEDGE, WAS A

5    TRANSFER BETWEEN FAMILY MEMBERS?

6              MS. GRUENWALD:  OBJECTION.  IRRELEVANT.

7              THE COURT:  I'M NOT SURE WHAT THE RELEVANCE IS.  YOU

8    CAN ANSWER THE QUESTION, MA'AM.

9              THE WITNESS:  THE REASON THAT SHE PUT THE FAMILY

10   MEMBER IS TO AVOID TAXES.

11             THE COURT:  MA'AM, THAT'S NOT THE QUESTION.

12             MS. GRUENWALD:  IT'S A YES OR NO ANSWER.

13             THE WITNESS:  I'M SO CONFUSED.  SO I DON'T KNOW THE

14   QUESTION.

15             MS. GRUENWALD:  MAY WE HAVE THE QUESTION READ BACK.

16             THE COURT:  WE CAN, YES.

17                  (WHEREUPON THE RECORD WAS READ.)

18             THE WITNESS:  WELL, YES AND NO.  SO I CAN'T --

19             BY MR. BLANK:    Q    YES, IN WHAT WAY?

20             A    YES, BECAUSE TO AVOID TAXES IT SAYS FAMILY.

21   AT THE TIME I DID NOT LOOK AT HER AS MY FAMILY MEMBER AND I

22   DID NOT SEE THAT PAGE.

23             Q    DID YOU PAY A TRANSFER TAX ON THIS TRANSFER?

24             A    NO.

25             MS. GRUENWALD:  OBJECTION.  IRRELEVANT.

26             THE COURT:  OBJECTION, WHICH I THINK IS NOT

1   RELEVANT, SHE'S ANSWERED THE QUESTION.  I SEE NO HARM.

2   OVERRULED.  PLEASE WAIT UNTIL THE COURT RULES ON OBJECTIONS.

3              MR. BLANK:  I DIDN'T ANSWER THE QUESTION.  I AGREE.

4              THE COURT:  YOU STARTED ASKING ANOTHER QUESTION I'M

5   JUST SAYING PLEASE WAIT UNTIL I RULE ON THE OBJECTIONS.

6              MR. BLANK:  NO PROBLEM.

7              MS. GRUENWALD:  YOUR HONOR, I GUESS I WOULD ASK THE

8   COURT TO STRIKE IT BECAUSE I DON'T KNOW WHAT THE TAX

9   SITUATION IS BETWEEN THE PARTIES AND THE ASSESSORS OFFICE.

10  AND I WOULD JUST PREFER TO HAVE THE ANSWER STRICKEN.

11             MR. BLANK:  YOUR HONOR, THE RELEVANCE.

12             THE COURT:  WHAT IS THE RELEVANCE?

13             MR. BLANK:  THE RELEVANCE IS WHEN IT SUITS HER SHE

14  CONSIDERS JAMIE TO BE A FAMILY MEMBER; WHEN IT DOESN'T SUIT

15  HER --

16             THE COURT:  SHE ALREADY STATED SHE NEVER SAW THE

17  FRONT PAGE.  THE OBJECTION IS SUSTAINED AND IT'S STRICKEN.

18             MR. BLANK:  OKAY.

19             Q     YOU TESTIFIED EARLIER ABOUT MR. COOPERSMITH

20  BEING YOUR TRUST ATTORNEY?

21             A     YES.

22             Q     HOW DID YOU COME TO KNOW MR. COOPERSMITH?

23             A     A FRIEND RECOMMENDED HIM TO ME WHEN IT WAS

24  TIME FOR ME TO DO A TRUST AFTER MY HUSBAND DIED.

25             Q     WAS HE ALSO YOUR HUSBAND'S TRUST ATTORNEY

26  PRIOR TO THAT?

1          A       NO.

2              MS. GRUENWALD:  OBJECTION.  IRRELEVANT.  AND

3      COUNSEL'S FISHING FOR --

4              THE COURT:  WHAT RELEVANCE IS THAT REGARDING THIS

5      RESTRAINING ORDER?

6              MR. BLANK:  THERE ARE COMMENTS SHE FOUND UPSETTING

7      HAVING TO DO WITH HER RELATIONSHIP WITH MR. COOPERSMITH AND

8      HIS ROLE IN EITHER THE CREATION OR NON-CREATION OF A WILL

9      FOR CHUCK BRADLEY.

10             THE COURT:  I DIDN'T HEAR ANYTHING ABOUT HER

11     STATEMENTS REGARDING MR. COOPERSMITH AT ALL.

12             MR. BLANK:  ABOUT JAMIE'S STATEMENT ABOUT --

13             THE COURT:  THIS IS NOT A FISHING EXPEDITION,

14     COUNSEL, ON THE PROBATE CASE.

15             MR. BLANK:  OKAY.  WELL, THERE ARE EMAILS WHERE

16     JAMIE SAYS MR. COOPERSMITH'S GOING TO BE IN TROUBLE.

17             THE COURT:  THAT'S CORRECT.  AND SHE DID NOT TESTIFY

18     SHE WAS UPSET ABOUT MR. COOPERSMITH BEING OR NOT BEING IN

19     TROUBLE.

20             MR. BLANK:  GOT IT.  OKAY.

21          Q       CAN WE PLEASE TURN TO EXHIBIT 1.  ARE YOU

22     WITH ME, MISS BRADLEY?

23          A       YES.

24          Q       CAN YOU TURN TO PAGE 8 OF THAT PAGE, PLEASE.

25             MS. GRUENWALD:  I'M SORRY, COUNSEL, PAGE 8?

26             MR. BLANK:  YES, THE ONE WITH THE SIGNATURES ON IT.

```
 1      IT'S A LITTLE FUZZY BUT IT'S PAGE 8.

 2              Q      OKAY.  ARE WE THERE?

 3              A      YES.

 4              Q      THAT'S YOUR SIGNATURE?

 5              A      YES.

 6              Q      YOU UNDERSTOOD WHEN YOU SIGNED IT YOU WERE

 7      SIGNING UNDER PENALTY OF PERJURY THAT EVERYTHING IN THAT

 8      APPLICATION WAS TRUE AND CORRECT?

 9              A      YES.

10              Q      AND AS FAR AS YOU BELIEVE, AS YOU SIT HERE

11      TODAY, IT WAS TRUE AND CORRECT WHEN YOU SIGNED IT?

12              A      YES.

13              Q      IS THERE ANYTHING IN IT AT THIS MOMENT YOU

14      WANT TO CORRECT THAT YOU BELIEVE WAS INCORRECT AT THE TIME

15      YOU SIGNED IT?

16              A      YES.

17              Q      WHAT WOULD YOU LIKE TO CORRECT?

18              A      NO, I MEAN EVERYTHING SEEMS FINE.

19              Q      LET'S TURN TO THE THIRD PARAGRAPH ON THE NEXT

20      PAGE ENTITLED ATTACHMENT 10-B-3 DESCRIBE ABUSE.  I'D LIKE

21      YOU TO TAKE A LOOK AT THE THIRD PARAGRAPH THAT STARTS,

22      "SANDRA, WHO IS UNRELATED TO JAMIE HAS BEEN VERY GENEROUS

23      WITH JAMIE."

24                     DO YOU SEE THAT PARAGRAPH?

25              A      YES.

26              Q      THE NEXT SENTENCE SAYS, "SHE HAS GIFTED TO
```

57

```
1      JAMIE AND JAMIE'S SONS OVER $700,000 IN ASSETS."   DO YOU

2      UNDERSTAND THAT THE "SHE" THAT'S REFERRED TO IS YOU;

3      CORRECT?

4           A     YES.

5           Q     SO YOU'RE STATING UNDER PENALTY OF PERJURY

6      THAT YOU HAVE GIFTED TO JAMIE AND JAMIE'S SONS OVER $700,000

7      IN ASSETS FROM THE KINDNESS OF YOUR HEART; CORRECT?

8           A     YES.

9           Q     AND --

10          A     SOME OF THOSE --

11          Q     DID YOU WANT TO --

12          A     WELL, THE LIST -- THE LIST I PROVIDED THERE

13     ARE SOME ITEMS THAT HAPPENED BEFORE MY HUSBAND'S DEATH.

14          Q     OKAY.

15          A     SO THE WHOLE AMOUNT OF $700,000 INCLUDES

16     THOSE ITEMS.

17          Q     OKAY.  SO TECHNICALLY THAT STATEMENT WASN'T

18     CORRECT?

19          MS. GRUENWALD:  OBJECTION.  BADGERING THE WITNESS.

20          THE COURT:  SUSTAINED.

21          BY MR. BLANK:    Q    THE STATEMENT THAT YOU

22     GIFTED $700,000 IN ASSETS IS BASED ON A SPREADSHEET THAT

23     APPEARS BEHIND THAT PAGE, CORRECT?  THIS IS EXHIBIT A.

24     WOULD YOU TURN TO THAT, PLEASE.

25          A     YES.

26          Q     AND THE VERY TOP ITEM ON THAT LIST OCCURRED
```

1    IN 1998; CORRECT?

2           A    YES.

3           Q    THAT WAS FOR $125,000 DESCRIBED AS A LOAN TO

4    OPEN J AND J SHOES?

5           A    YES.

6           Q    AND THAT WAS NOT A GIFT THAT WAS MADE BY YOU;

7    CORRECT?

8           A    IT WAS MADE BY MY HUSBAND AND I.

9           Q    OKAY.  AND IT'S?

10          A    EVERYTHING BEFORE 2000 WAS FROM MY HUSBAND

11   AND I.

12          Q    OKAY.  SO THE FIRST THING THAT WAS A GIFT BY

13   YOU TO -- NOT JAMIE BUT TO JAMIE'S SONS IS THE COLLEGE FUND

14   FOR JUSTIN, BRIAN AND STEVEN; CORRECT?

15          A    YES.

16          Q    SO IT WAS INACCURATE FOR YOU TO SAY THAT YOU

17   HAD GIVEN $700,000 TO JAMIE OVER THE YEARS; CORRECT?

18          MS. GRUENWALD:  OBJECTION.  MISSTATES THE TESTIMONY.

19          THE COURT:  SUSTAINED.

20          BY MR. BLANK:    Q    IS IT CORRECT THAT YOU GAVE

21   $700,000 IN GIFTS TO JAMIE OVER THE YEARS?

22          MS. GRUENWALD:  OBJECTION.  ASKED AND ANSWERED.

23          THE COURT:  SUSTAINED.  ALSO MISSTATES.  SAYS JAMIE

24   AND HER SONS.

25          BY MR. BLANK:    Q    AT WHAT POINT DID THE

26   PROPERTY AT ALDERPORT BECOME JAMIE'S PROPERTY?

59

```
1           MS. GRUENWALD:  OBJECTION.  CALLS FOR A LEGAL

2    CONCLUSION.

3           THE COURT:  WELL IT APPEARS TO ME ASKED AND

4    ANSWERED.

5           THE WITNESS:  YEAH.

6           THE COURT:  MA'AM.

7               IT'S BEEN SEVERAL TIMES THAT THIS TRANSACTION

8    DIDN'T SHOW THE DEED, COUNSEL.

9           THE WITNESS:  SORRY.

10          MR. BLANK:  RIGHT.  AND ON THIS LIST WE HAVE A

11   STATEMENT THAT DECEMBER OF 2009 IS WHEN THAT GIFT WAS MADE.

12   SO I'M JUST TRYING TO ESTABLISH WAS THE GIFT MADE.

13          THE COURT:  IT DOESN'T SAY THAT, COUNSEL.  IT SAYS

14   PURCHASE OF 4476 ALDERPORT.

15          MR. BLANK:  AND AT THE TOP IT SAYS GIFTS TO JAMIE

16   GALLIAN.  SO I'M WONDERING IF THIS WAS A GIFT MADE IN 2009

17   OR A GIFT MADE IN 2017.

18          THE COURT:  SHE'S ALREADY TESTIFIED IT WAS MADE IN

19   2017; MARCH 22ND I BELIEVE.

20          MR. BLANK:  AND SO THIS IS INACCURATE IN THAT WAY AS

21   WELL; CORRECT.

22          THE WITNESS:  NO, IT'S --

23          MS. GRUENWALD:  OBJECTION.  MISSTATES THE TESTIMONY.

24   SHE TESTIFIED THAT SHE BOUGHT IT FOR HER TO LIVE IN IT.

25          THE COURT:  THAT'S ALSO TRUE.

26          MR. BLANK:  OKAY.  AND I'M WONDERING WAS IT A GIFT
```

60

1    MADE IN DECEMBER OF 2009.

2         MS. GRUENWALD:  OBJECTION.  CALLS FOR A LEGAL

3    CONCLUSION.  ASKED AND ANSWERED.

4         THE COURT:  OVERRULED.

5              YOU CAN ANSWER, MA'AM.

6         THE WITNESS:  IT WAS PURCHASED IN 2009 FOR HER TO

7    LIVE IN.  I ACTUALLY GIFTED IT TO HER IN 2017 WITH A MUCH

8    HIGHER VALUE, BUT THAT WAS -- I WAS ITEMIZING THE THINGS

9    THAT I HAD PURCHASED, PAID FOR, DONE.

10        BY MR. BLANK:   Q     AT THE TIME YOU PURCHASED

11   IT WAS IT JAMIE'S?

12        A    NO.

13        Q    DO YOU KNOW WHERE JAMIE CAME UP WITH THE

14   ALLEGATION THAT YOU'VE SHREDDED CHUCK'S WILL?

15        A    I DO NOT.

16        MS. GRUENWALD:  OBJECTION.  CALLS FOR SPECULATION

17   AND IRRELEVANT.

18        THE COURT:  OVERRULED.  I DON'T BELIEVE IT'S

19   RELEVANT BUT OVERRULED THE OBJECTION WAS INITIALLY GIVEN.

20        THE WITNESS:  I DO NOT.

21        BY MR. BLANK:   Q     IN THE EMAILS THAT SHE SENT

22   YOU, SHE CLAIMS THAT CHUCK'S BROTHER SAID HE WITNESSED YOU

23   SHREDDING THE WILL; CORRECT?

24        A    SHE DOES CLAIM THAT.

25        Q    DID THAT BOTHER YOU THAT SHE CLAIMED THAT?

26        MS. GRUENWALD:  OBJECTION.  IRRELEVANT.

```
 1            THE COURT:  WHAT'S THE RELEVANCE?

 2            MR. BLANK:  SHE'S CLAIMING THAT.

 3            THE COURT:  WHAT'S THE RELEVANCE TO THIS PROCEEDING?

 4   WE ARE NOT DOING THE PROBATE.

 5            MR. BLANK:  I UNDERSTAND, YOUR HONOR.  I'M TRYING TO

 6   DIG AT WHETHER OR NOT THE STATEMENTS MADE IN JAMIE'S EMAILS

 7   WERE UPSETTING BECAUSE JAMIE MADE THEM OR BECAUSE THEY MIGHT

 8   BE TRUE OR WHETHER THERE WAS CORROBORATION FOR THEM.  IN

 9   OTHER WORDS, IN A LAWSUIT PEOPLE MAKE ALLEGATIONS ALL THE

10   TIME, AND THEY'RE PRIVILEGED TO DO THAT -- CONSTITUTIONALLY

11   PRIVILEGED TO MAKE ALLEGATIONS.

12            THE COURT:  PROCEED.  PROCEED.

13            BY MR. BLANK:     Q    DO YOU UNDERSTAND THE

14   QUESTION?

15            A     I UNDERSTAND THE QUESTION.  DID IT UPSET ME?

16   IT UPSET ME THAT SHE LIED, BUT --

17            Q     IT DIDN'T UPSET YOU IN ANY OTHER WAY?

18            A     NO.

19            Q     OKAY.  MISS BRADLEY, HAVE YOU SUFFERED ANY

20   PHYSICAL ABUSE AT THE HANDS OF MISS GALLIAN?

21            A     NO.

22            Q     HAVE YOU SUFFERED NEGLECT BY MISS GALLIAN?

23            A     WHAT NEGLECT?

24            Q     NEGLECT.  I'M GOING THROUGH THE ELEMENTS OF

25   ELDER ABUSE AND I'M TRYING TO FIGURE OUT WHERE WE ARE AMONG

26   THOSE ELEMENTS.  I IMAGINE THAT YOU'D RATHER SHE NEGLECTED
```

```
1      YOU MORE; AM I RIGHT?

2              A     YES.  (LAUGHING).

3              Q     YOU'RE NOT SAYING SHE NEGLECTED YOU AND THAT

4      CAUSED YOU TROUBLE?

5              A     NO.

6              Q     GOT IT.  HAS MISS GALLIAN ABANDONED YOU?

7              A     NO.

8              Q     HAS SHE ISOLATED YOU?

9              A     NO.

10             Q     HAS SHE EVER ATTEMPTED TO ABDUCT YOU?

11             A     NO.

12             Q     HAS SHE EVER CAUSED YOU PHYSICAL HARM?

13             A     NO.

14             Q     HAS SHE EVER CAUSED YOU PHYSICAL PAIN?

15             A     NO.

16             Q     OKAY.  SHE'S NEVER BEEN THE CUSTODIAN FOR

17     YOUR CARE; CORRECT?

18             A     NO.  THEN I WOULDN'T BE ALIVE.

19             MS. GRUENWALD:  ANSWER THE QUESTION, MISS BRADLEY.

20             THE WITNESS:  SORRY.

21             BY MR. BLANK:    Q     SO YOU'RE NOT ACCUSING HER

22     OF DEPRIVING YOU OF CARE AS A CUSTODIAN; CORRECT?

23             A     NO.

24             Q     YOU'RE NOT ACCUSING HER OF DEPRIVING YOU OF

25     GOODS AND SERVICES THAT ARE NECESSARY FOR YOUR YELL BEING?

26             A     NO.
```

1    Q    DO YOU UNDERSTAND WHAT FINANCIAL ABUSE

2    CONSISTS OF UNDER THE PROBATE CODE RELATING TO ELDER ABUSE?

3         MS. GRUENWALD:  OBJECTION.  IRRELEVANT.  CALLS FOR A

4    LEGAL CONCLUSION.

5         THE COURT:  SUSTAINED.

6         MR. BLANK:  SORRY.  WRONG CODE ANYWAY.

7    Q    I'LL GO WITH A DIFFERENT DIRECTION.

8         DO YOU FEEL YOU'VE SUFFERED FINANCIAL ABUSE

9    AT THE HANDS OF MISS GALLIAN?

10        MS. GRUENWALD:  OBJECTION.  CALLS FOR A LEGAL

11   CONCLUSION.  SHE DOESN'T HAVE TO.

12        THE COURT:  SUSTAINED.

13        BY MR. BLANK:    Q    BETWEEN MARCH OF 2017 AND

14   MAY OF 2017, YOU WERE ANNOYED BY THE EMAILS AND PHONE CALLS

15   YOU GOT FROM JAMIE; CORRECT?

16   A    YES.

17   Q    DID YOU EVER SEEK ANY TREATMENT FROM A

18   HEALTHCARE PROFESSIONAL FOR ANY PHYSICAL OR OTHER EFFECTS OF

19   THAT ANNOYANCE?

20   A    NO.

21   Q    DID YOU KEEP A LOG OF THE NIGHTS THAT YOU

22   LOST SLEEP AS A RESULT OF ANY ANNOYANCE THAT YOU SUFFERED?

23   A    DID I KEEP A LOG?

24   Q    A LOG, YES.  A RECORD?

25   A    NO.

26   Q    DO YOU HAVE A SENSE OF HOW MANY NIGHTS YOUR

1    SLEEP WAS DISTURBED AS A RESULT OF THE ANNOYANCE YOU FELT

2    FROM THE CORRESPONDENCE YOU WERE HAVING WITH MISS GALLIAN AT

3    THAT TIME?

4           A       PROBABLY 20 OR 30.

5           Q       OKAY.   20 OR 30 NIGHTS WITH DISTURBED SLEEP?

6           A       YES.

7           Q       CAN YOU DESCRIBE IN DETAIL ANY OF THOSE

8    INCIDENTS HOW IT DISTURBED YOUR SLEEP?   IN OTHER WORDS, DID

9    IT CAUSE YOU TO GET UP SEVERAL TIMES IN THE NIGHT?   I KNOW

10   THAT HAPPENED TO ME JUST BECAUSE OF OTHER ISSUES, BUT THAT'S

11   WHAT I'M ASKING.

12          A       I WOULD HAVE TROUBLE GOING BACK TO SLEEP WHEN

13   I WOULD WAKE UP FOR THOSE KIND OF ISSUES THAT YOU DESCRIBED;

14   BEING UPSET ABOUT ALL OF THE GOINGS ON WITH -- RELATIVE TO

15   JAMIE.

16          Q       OKAY.   AND SO WHEN THAT MIGHT OCCUR DID YOU

17   TAKE ANY MEDICATION TO RESOLVE THE PROBLEM?

18          A       NO.

19          Q       WHAT STRATEGIES DID YOU ADOPT TO DEAL WITH

20   THAT ISSUE?

21          MS. GRUENWALD:   OBJECTION.   IRRELEVANT.

22          THE COURT:   WHAT'S THE RELEVANCE?

23          MR. BLANK:   THE STATUTE REQUIRES SEVERE MENTAL

24   DISTURBANCE, AND I'M TRYING TO FIGURE OUT WHETHER THERE WAS

25   ANY SEVERE MENTAL DISTURBANCE, AND IF SO WHAT THE REMEDY

26   WAS.

```
1              THE COURT:  ACTUALLY THE DEFINITION IS PHYSICAL

2    ABUSE, NEGLECT, ABANDONMENT, ISOLATION, ABDUCTION, OR OTHER

3    TREATMENT RESULTING IN PHYSICAL HARM OR PAIN OR MENTAL

4    SUFFERING.  I DON'T SEE "SEVERE" ANYWHERE IN THERE.

5              MR. BLANK:  SO WE'RE TALKING ABOUT MENTAL SUFFERING.

6    WE ALREADY ESTABLISHED THE OTHERS.  ON THE OTHER HAND I

7    THINK THAT WE ARE TALKING ABOUT SOMETHING OTHER THAN JUST

8    ORDINARY ANNOYANCE AND THAT'S WHAT I'M TRYING TO GET AT

9    WHETHER --

10             THE COURT:  IT'S NOT SEVERE MENTAL SUFFERING.  I'M

11   SIMPLY POINTING OUT YOUR DEFINITION WAS INCORRECT.  IT'S

12   MENTAL SUFFERING.

13             MR. BLANK:  I UNDERSTAND.  THE RELEVANCE THOUGH --

14   THE QUESTION IS WAS THERE ANY STRATEGY TO DEAL WITH WHATEVER

15   MENTAL SUFFERING.

16             THE COURT:  WHY DOES SHE HAVE TO HAVE A STRATEGY TO

17   DEAL WITH MENTAL SUFFERING BEING IMPOSED ON HER BY SOMEONE

18   ELSE?  WHY IS SHE SUPPOSED TO HAVE A STRATEGY?  IT SOUNDS TO

19   ME LIKE IT'S PUTTING THE BURDEN ON HER.

20             MR. BLANK:  YOUR HONOR, WHAT WE'RE TRYING TO DO IS

21   TEST WHETHER SHE SUFFERED MENTAL SUFFERING AND IF ONE

22   SUFFERS MENTAL SUFFERING AND SEEKS THE CARE OF A PHYSICIAN

23   THAT CERTAINLY BOLSTERS.

24             THE COURT:  THAT WASN'T YOUR QUESTION.

25             MR. BLANK:  I UNDERSTAND.  MY QUESTION WAS DID SHE

26   TAKE ANY MEDICINE, DID SHE SEEK ATTENTION FROM A MEDICAL
```

66

```
1    PROFESSIONAL.  THE ANSWER TO BOTH OF THOSE WERE NO.

2              THE COURT:  YES.

3              MR. BLANK:  SO I'M WONDERING IF THERE WAS ANYTHING

4    ELSE SHE DID TO COPE WITH THE MENTAL SUFFERING SHE SUFFERED.

5              THE COURT:  IF YOU SAID THE MENTAL SUFFERING SHE

6    SUFFERED YOU GOT IT RIGHT THERE.

7              MR. BLANK:  ALLEGEDLY SUFFERED.

8              THE COURT:  SHE'S NOT REQUIRED TO TELL YOU A DEFENSE

9    TO MENTAL SUFFERING.

10             MR. BLANK:  SO YOU'RE SUSTAINING THE OBJECTION AS TO

11   RELEVANCE?

12             THE COURT:  I AM.

13             MR. BLANK:  OKAY.  THANK YOU, YOUR HONOR.

14             THE COURT:  COUNSEL, WE NEED TO PROCEED.

15             MR. BLANK:  YES, I UNDERSTAND.

16             THE WITNESS:  MAY I STAND?

17             THE COURT:  YOU MAY STAND IF YOU WISH TO ANSWER

18   QUESTIONS.

19             THE WITNESS:  THANK YOU.

20             BY MR. BLANK:   Q    OKAY.  ALL RIGHT.  SO MISS

21   BRADLEY, IN YOUR PAPERS, THE LAST COMMUNICATION THAT YOU

22   COMPLAINED OF, TOOK PLACE ON MAY 26TH, CORRECT?  IF YOU WANT

23   YOU CAN TAKE A LOOK AT EXHIBIT 15.  THAT'S THE LAST EMAIL

24   STRING.

25             A    OKAY.

26             Q    THAT'S MAY 26TH; CORRECT?
```

1           A      YES.

2           Q      DOES THAT REFRESH YOUR RECOLLECTION AS TO THE

3    LAST COMMUNICATION WITH JAMIE ABOUT WHICH SHE COMPLAINED?

4           A      YES.

5           Q      HAVE YOU HAD ANY COMMUNICATIONS WITH JAMIE

6    SINCE MAY 26TH - DIRECTLY WITH JAMIE BY EMAIL?

7           A      I'M NOT SURE.

8           Q      ARE YOU COMPLAINING ABOUT ANY EMAIL EXCHANGES

9    THAT YOU HAVE WITH JAMIE AFTER MAY 26TH?

10          MS. GRUENWALD:  OBJECTION.  ASKED AND ANSWERED.  SHE

11   JUST SAID SHE WASN'T SURE IF THERE WERE ANY.

12          THE COURT:  SUSTAINED.  IF SHE CAN'T REMEMBER IF

13   THERE WERE ANY SHE CERTAINLY CAN'T REMEMBER IF SHE'S

14   COMPLAINING ABOUT THEM.

15          BY MR. BLANK:    Q    OKAY.  HAVE YOU HAD ANY

16   TELEPHONE CONVERSATIONS WITH JAMIE DIRECTLY SINCE MAY 26TH?

17          A      NO.

18          Q      HAVE YOU HAD ANY FACE-TO-FACE COMMUNICATIONS

19   WITH JAMIE AFTER MAY 26TH?

20          A      NO.

21          Q      ARE YOU AWARE OF WHEN A TEMPORARY RESTRAINING

22   ORDER WAS FIRST IMPOSED ON JAMIE?

23          A      IF IT WILL HELP I'LL REPRESENT THAT IT WAS

24   JUNE 9TH?

25          A      OKAY.

26          Q      HAS JAMIE EVER VIOLATED THE TEMPORARY

```
1      RESTRAINING ORDER?

2              A      NO.

3              Q      ARE YOU AWARE THAT THE TEMPORARY RESTRAINING

4      ORDER WAS LIFTED ON JUNE 29TH?

5              A      YES.

6              Q      HAS JAMIE DONE ANYTHING THAT WOULD HAVE BEEN

7      A VIOLATION OF THE TEMPORARY RESTRAINING ORDER IF IT

8      CONTINUED IN EFFECT PAST JUNE 29TH?

9              A      NO.

10             Q      EARLIER THIS MORNING YOU TESTIFIED ABOUT AN

11     EXCHANGE YOU HAD WITH JAMIE SHORTLY AFTER CHUCK DIED?

12             A      YES.

13             Q      AND YOU AND CHUCK WERE IN AN AUTO ACCIDENT IN

14     WHAT STATE?

15             A      MONTANA.

16             Q      MONTANA.  AND WERE YOU STILL IN MONTANA WHEN

17     YOU HAD THAT COMMUNICATION WITH JAMIE?

18             A      NO, I WAS AT HOME.

19             Q      SO YOU'D COME BACK TO ORANGE COUNTY AT THAT

20     POINT?

21             A      YES.

22             Q      AND CHUCK'S BODY HAD ALREADY BEEN BROUGHT

23     BACK AT THAT TIME?

24             A      HIS ASHES.

25             Q      HIS ASHES.  AND DID YOU GO WITH JAMIE TO PICK

26     UP HIS ASHES?
```

1          A      NO.

2          Q      JAMIE WENT TO PICK UP THE ASHES?

3          A      NO.

4          Q      WHO WENT TO PICK UP THE ASHES.

5          MS. GRUENWALD:  OBJECTION.  IRRELEVANT.

6          THE COURT:  WHAT'S THE RELEVANCE OF THIS.

7          MR. BLANK:  JUST GIVING A LITTLE BACKGROUND.

8          THE COURT:  COUNSEL, I UNDERSTAND WHAT YOU'RE SAYING

9     BUT WE DON'T HAVE TIME FOR A LITTLE BACKGROUND.  OVERRULED.

10    I MEAN SUSTAINED.  SORRY.

11          BY MR. BLANK:     Q     DURING THE EXCHANGE, IF I

12    UNDERSTOOD YOU CORRECTLY, JAMIE WAS ASKING YOU ABOUT

13    PROBATING CHUCK'S WILL; CORRECT?

14          A      NO.

15          Q      SO TELL ME.  I'M SORRY.  JUST REFRESH ME WHAT

16    WAS --

17          A      THERE WAS NO WILL, AND SHE -- IT WAS A

18    TELEPHONE CONVERSATION AND SHE WANTED 25% OF MY ESTATE, AND

19    SHE WAS GOING TO SEND A LAWYER TO ME FOR THAT.  AND I SAID

20    IF YOU SEND A LAWYER YOU'LL NEVER SEE ME, YOUR CHILDREN WILL

21    NEVER SEE ME, AND YOU WILL NEVER GET ANOTHER DIME.

22          Q      AND WHAT WERE YOU INTENDING TO BE THE EFFECT

23    OF THAT THREAT TO JAMIE?

24          A      SHE WAS THREATENING ME.

25          Q      SO YOU THREATENED HER BACK; CORRECT?

26          A      YES, BECAUSE I DIDN'T WANT TO -- AT THAT

```
 1    POINT IN TIME I DID NOT WANT TO BE PRESSURED INTO GIVING HER

 2    MONEY.

 3            Q    OKAY.  SO YOU THREATENED HER; RIGHT?

 4            A    OKAY.  I THREATENED TO NEVER SEE HER OR HER

 5    CHILDREN.

 6            Q    RIGHT?

 7            A    OKAY.

 8            Q    HER CHILDREN WHO YOU CONSIDERED TO BE YOUR

 9    GRANDSONS; CORRECT?

10            A    YES.

11            Q    OKAY.  AND WHAT DID YOU INTEND THE EFFECT OF

12    THAT THREAT TO BE?

13            A    FOR HER TO NOT SEND AN ATTORNEY TO ME.

14            Q    AND DID IT WORK?

15            A    IT DID.

16            Q    17 YEARS; RIGHT?

17            A    WELL, SHE ASKED FOR MONEY IN THE MEANTIME AND

18    I GAVE HER MONEY IN THE MEANTIME.

19            Q    DID YOU GIVE IT TO HER BECAUSE SHE WAS

20    THREATENING YOU?

21            A    NO.

22            Q    YOU GAVE IT TO HER BECAUSE YOU FELT IT WAS AN

23    APPROPRIATE THING TO DO?

24            A    I -- YES.

25            Q    SO 17 YEARS WENT BY WITHOUT FURTHER THREATS

26    TO SEND AN ATTORNEY AFTER YOU; CORRECT?
```

1        A        YES.

2        Q        AND THAT CHANGED THIS YEAR?

3        A        YES.

4        Q        DO YOU KNOW WHY?

5        A        BECAUSE I TOLD HER THAT, "HERE'S THE CONDO.

6    I NEVER WANT TO SEE YOU AGAIN, AND THIS IS YOUR

7    INHERITANCE."

8        Q        OKAY.  SO THE CONDO THAT YOU PURCHASED IN

9    2009; CORRECT?

10        A        THAT I GAVE HER IN 2017.

11        Q        OKAY.  YOU PURCHASED IN 2009 AND YOU GAVE IT

12    TO HER IN 2017 WANTING TO WASH YOUR HANDS OF HER FOREVER?

13        A        YES.

14        Q        AND YOU TOLD HER SO?

15        A        YES.

16        Q        HOW DID SHE REACT?

17        A        BY THREATENING PROBATE, WHICH SHE DID, BY

18    THREATENING MY TRUST ATTORNEY, WHICH SHE FELT WAS CHUCK'S

19    ATTORNEY AND HE WASN'T.

20        Q        SO YOU BASICALLY SAID TO THE EXTENT WE HAVE A

21    FAMILIAL RELATIONSHIP I'M DISOWNING YOU, HERE'S THE CONDO,

22    I'M DONE; CORRECT?

23        A        YES.

24        Q        AND IT ANGERED HER?

25        A        PROBABLY.

26        Q        DID YOU EXPECT THAT IT WOULDN'T?

```
1              A      I HAD NO EXPECTATIONS.

2              Q      OKAY.  AFTER YOUR ATTORNEY MISS TAGUE TOLD

3       JAMIE'S ATTORNEY MR. LEGATE THAT SHE DIDN'T WANT JAMIE TO

4       CONTACT YOU DIRECTLY, RIGHT?  AFTER THAT OCCURRED JAMIE

5       CONTACTED YOU; CORRECT?

6              A      YES.

7              Q      AND YOU RESPONDED; CORRECT?

8              A      YES.  I DID NOT TALK TO HER BUT I RESPONDED

9       IN EMAILS.

10             Q      RIGHT.  DID YOU EVER MAKE ANY ATTEMPT TO

11      BLOCK HER PHONE SO THAT IT COULDN'T -- SHE COULDN'T LEAVE

12      MESSAGES ON YOUR VOICEMAIL?

13             A      I DID ON MY CELL PHONE AND I DID NOT KNOW HOW

14      TO DO IT ON MY LAND LINE.

15             Q      DID YOU EVER BLOCK HER EMAILS?

16             A      NO.

17             Q      EVEN AFTER SHE HAD SENT YOU SOMEWHAT NASTY

18      EMAILS AND HAD BEEN ASKED NOT TO CONTACT YOU YOU STILL

19      RESPONDED; CORRECT?

20             A      YES, I THINK.

21             Q      OKAY.  WELL, WE CAN TAKE ANOTHER LOOK AT

22      EXHIBIT --

23             A      WE DON'T NEED TO DO THAT.  I'LL SAY YES.

24             Q      ALL RIGHT.  AND AFTER YOU RESPONDED THEN

25      JAMIE RESPONDED; CORRECT?

26             A      YES.
```

```
 1              Q      UNTIL MAY 26TH AND THEN WE WERE DONE;
 2      CORRECT?
 3              A      YES.
 4              Q      YOU TOLD US EARLIER IN THE PAST YOU HAD A
 5      CONVERSATION ABOUT HEALTH ISSUES WITH JAMIE?
 6              A      YES.
 7              Q      AND THOSE WERE POSITIVE CONVERSATIONS?  IN
 8      OTHER WORDS, YOU HAD HEALTH PROBLEMS AND THE CONVERSATIONS
 9      WITH HER WERE HELPFUL OR INTENDED TO BE HELPFUL TO YOU IN
10      DEALING WITH YOUR HEALTH ISSUES?
11              A      NO.
12              Q      WERE THEY THREATS?
13              A      NO, BUT I WOULDN'T DESCRIBE THEM AS BEING
14      HELPFUL.
15              Q      BENIGN?
16              A      OKAY.
17              Q      THAT'S A FAIR CHARACTERIZATION?
18              A      YES.
19              Q      AND YOU INITIATED SOME OF THOSE CONTACTS
20      ABOUT YOUR HEALTH?
21              A      TRULY I HAD BREAST CANCER TEN YEARS AGO.  I
22      DON'T REMEMBER CONVERSATIONS ABOUT THAT.
23              Q      OKAY.  BUT YOU DON'T RECALL BEING UPSET ABOUT
24      THEM?
25              MS. GRUENWALD:  OBJECTION.  ASKED AND ANSWERED.
26              THE COURT:  SUSTAINED.
```

```
1            BY MR. BLANK:    Q     HAS JAMIE EVER COME TO YOUR
2     VACATION HOME - IS IT PALM DESERT?
3            A     YES.
4            Q     WHEN WAS THE LAST TIME JAMIE VISITED THERE?
5            A     IT'S BEEN SEVERAL YEARS.
6            Q     AND THAT WAS A VISIT AT YOUR INVITATION?
7            A     I WASN'T THERE.  SHE ASKED TO USE THE CONDO.
8            Q     OKAY.  WHEN WAS THE LAST TIME SHE VISITED THE
9     CONDO WHEN YOU WERE THERE?
10           A     NEVER I DON'T THINK.  MAYBE.
11           Q     HAS SHE EVER THREATENED YOUR CONDO AND DO
12    HARM TO YOU?
13           A     SHE'S NOT THREATENED TO COME TO MY CONDO, NO.
14    NOT TO THE CONDO.
15           Q     WHEN YOU CANCELLED JAMIE'S PARTICIPATION IN
16    YOUR COSTCO CARD DID YOU LET HER KNOW YOU WERE DOING THAT?
17           A     NO.
18           Q     WHY NOT?
19           MS. GRUENWALD:  OBJECTION.  IRRELEVANT.
20           THE COURT:  WHAT'S THE RELEVANCE?
21           MR. BLANK:  IT SPURRED ONE OF THE EMAILS -- ONE OF
22    THE ANGRY VOICEMAILS WAS THAT JAMIE SHOWED UP AT COSTCO WITH
23    NO FOREKNOWLEDGE THAT SHE WASN'T ON THE ACCOUNT ANYMORE.
24           THE COURT:  OVERRULED.
25                 YOU CAN ANSWER THE QUESTION, MA'AM.
26           THE WITNESS:  SO ASK -- WHAT'S THE QUESTION AGAIN?
```

1          BY MR. BLANK:    Q    WHY DIDN'T YOU TELL HER YOU

2     WERE TAKING HER OFF THE ACCOUNT?

3          A    I WASN'T COMMUNICATING WITH HER.  MY ATTORNEY

4     TOLD ME NOT TO COMMUNICATE WITH HER.

5          Q    GOT YOU.  AND YOU DIDN'T COMMUNICATE WITH

6     YOUR ATTORNEY TO TELL HER SO SHE WOULDN'T MAKE AN

7     UNNECESSARY TRIP?

8          A    NO.  DID NOT.

9          Q    ALL RIGHT.

10         I NEED A MOMENT TO CONFER WITH MY CLIENT,

11    PLEASE.

12         THE COURT:  A BRIEF MOMENT.

13                   (BRIEF PAUSE.)

14         MR. BLANK:  JUST A FEW MORE QUESTIONS.

15         Q    IN JANUARY OF THIS YEAR WERE YOU LIVING IN

16    YOUR COTO DE CAZA HOUSE OR WERE YOU OUT IN THE DESERT?

17         A    I WAS AT BOTH IN JANUARY.

18         Q    OKAY.  HOW ABOUT FEBRUARY?

19         A    AGAIN, BOTH.

20         Q    OKAY.  AND AS FAR AS YOU RECALL THERE WEREN'T

21    ANY COMMUNICATIONS, THREATS GOING ON IN JANUARY OR FEBRUARY

22    OF THIS YEAR; CORRECT?

23         A    IT WAS DECEMBER THE LAST TIME SHE THREATENED

24    ME, YES.  SO NOT JANUARY OR FEBRUARY.

25         Q    OKAY.  AND THEN ON MARCH 2ND YOU GOT THE

26    DEMAND LETTER -- OR THE LETTER FROM THE HOA ATTORNEY;

```
 1    CORRECT?

 2            A       I GOT LOTS OF LETTERS FROM THE HOA ATTORNEY.

 3            Q       THE ONE WE'RE TALKING ABOUT WHERE THEY SAID

 4    WE HAVE PROBLEMS WITH WHAT'S GOING ON AT THE UNIT OUT ON

 5    ALDERPORT, AND IF WE DON'T FIX IT WE'RE GOING TO SUE, RIGHT?

 6    YOU RECALL THAT LETTER?

 7            A       I GOT MORE THAN ONE OF THOSE LETTERS.

 8            Q       OKAY.  WHEN YOU GOT THE LETTER THAT CAME --

 9    OR THAT WAS DATED MARCH 2ND, DID YOU CONTACT JAMIE ABOUT

10    WHAT WAS GOING ON OUT THERE?

11            MS. GRUENWALD:  OBJECTION.  CALLS FOR FACTS NOT IN

12    EVIDENCE.  I DON'T THINK WE'VE ESTABLISHED THAT THERE WAS A

13    LETTER ON MARCH 2ND.

14            THE COURT:  SUSTAINED.

15            BY MR. BLANK:    Q     WHEN YOU FIRST FOUND OUT

16    THAT THERE WERE GOING TO BE SOME KIND OF LEGAL DISPUTES WITH

17    THE HOA, DID YOU CONTACT JAMIE IN MARCH OF 2017?

18            A       I CAN'T SAY IF IT WAS MARCH, BUT I HAVE -- I

19    WAS IN CONTACT WITH JAMIE OVER THE DISPUTES.

20            Q       OKAY.  AND WHAT DID YOU SAY TO JAMIE?

21            A       I ASKED HER TO TAKE THE ROOF OFF.  I ASKED

22    HER TO ALLOW ME TO TAKE THE ROOF OFF AND SHE SAID, "NO.  I'M

23    HANDLING IT.  LET ME HANDLE IT."

24            Q       AND WHEN SHE SAID, "NO.  LET ME HANDLE IT"

25    THEN WHAT WAS YOUR RESPONSE?

26            A       I LET HER HANDLE IT.
```

1    Q    OKAY.  DID YOU ASK HER TO SPECIFICALLY HANDLE

2    IT?

3    A    NO.

4    Q    OKAY.  BUT YOU JUST SAID, "FINE.  YOU CAN

5    HANDLE IT?"

6    A    RIGHT.

7    Q    WHEN YOU GIFTED OR SIGNED EXHIBIT 7 AND

8    TRANSFERRED THE ALDERPORT PROPERTY TO JAMIE, DID YOU DO THAT

9    WITH THE EXPECTATION THAT THAT WAS GOING TO GET YOU OUT OF

10   THE HOA DISPUTE?

11   MS. GRUENWALD:  OBJECTION.  IRRELEVANT.  CALLS FOR A

12   LEGAL CONCLUSION.

13   THE COURT:  SUSTAINED.

14   BY MR. BLANK:    Q    WHEN YOU TRANSFERRED THE

15   PROPERTY TO JAMIE IN THE EXHIBIT 7, DID THAT GET YOU OUT OF

16   THE HOA DISPUTE?

17   A    NO.

18   Q    DID THAT UPSET YOU?

19   A    NOT ANYMORE THAN ANY OF THE REST OF THE

20   THINGS.

21   Q    OKAY.

22   MR. BLANK:  PASS THE WITNESS.

23   THE COURT:  GO AHEAD.

24   MS. GRUENWALD:  JUST A FEW QUESTIONS.

25                     **REDIRECT EXAMINATION**

26   BY MS. GRUENWALD:    Q    MISS BRADLEY, YOU KNEW

```
1      YOU WERE GOING TO SEE MISS GALLIAN HERE TODAY; CORRECT?

2            A     YES.

3            Q     HOW DID YOU FEEL THE THOUGHT OF SEEING HER

4      TODAY?

5            A     UPSET.

6            Q     ANY PHYSICAL FEELINGS?

7            A     JITTERY STOMACH, YEAH.

8            Q     ARE YOU AFRAID OF MISS GALLIAN?

9            A     YES.

10           Q     HAS SHE EVER THREATENED TO COME TO YOUR HOME?

11           A     YES.

12           Q     AND WAS THAT THREAT TO DO HARM?

13           A     SHE SAID TO HAVE IT OUT.  SO I DON'T KNOW

14     WHAT SPECIFICALLY THAT MEANT.

15           Q     BUT YOU TOOK THAT AS A THREAT?

16           A     YES.

17           MS. GRUENWALD:  NO FURTHER QUESTIONS, YOUR HONOR.

18           THE COURT:  NO?

19           MR. BLANK:  NOTHING FURTHER.

20           THE COURT:  ALL RIGHT.  THANK YOU, MA'AM.  YOU CAN

21     STEP DOWN NOW.

22           THE COURT:  MISS GRUENWALD?

23           MS. GRUENWALD:  I HAVE NO FURTHER WITNESSES, YOUR

24     HONOR.

25           THE COURT:  COUNSEL?

26           MR. BLANK:  I MOVE FOR JUDGMENT AT THE END OF THE
```

1    PETITIONER'S CASE.

2         THE COURT:  THAT'S DENIED.  COURT FEELS IT'S HEARD

3    SUFFICIENT ESPECIALLY WHEN THE STANDARD OF EVIDENCE IN THESE

4    MATTERS ARE PREPONDERANCE.

5         MR. BLANK:  UNDERSTOOD.  SO ONCE AGAIN I NEED A

6    MOMENT TO CONFER WITH MY CLIENT TO SEE IF WE'RE GOING TO PUT

7    HER ON THE STAND.

8         THE COURT:  GO AHEAD.

9              (BRIEF PAUSE.)

10         MR. BLANK:  YOUR HONOR, I'D LIKE TO CALL JAMIE

11   GALLIAN TO THE STAND.

12         THE COURT:  HAVE HER SWORN.

13         THE CLERK:  DO YOU SOLEMNLY STATE THAT THE TESTIMONY

14   YOU'RE ABOUT TO GIVE IN THE CASE NOW PENDING BEFORE THIS

15   COURT SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT

16   THE TRUTH, SO HELP YOU GOD?

17         THE WITNESS:  YES.

18         THE CLERK:  PLEASE STATE YOUR NAME FOR THE RECORD.

19         THE WITNESS:  JAMIE LYNN GALLIAN

20              **JAMIE LYNN GALLIAN**,

21   CALLED AS A WITNESS BY AND ON HER OWN BEHALF, HAVING BEEN

22   FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS FOLLOWS:

23

24              **DIRECT EXAMINATION**

25

26         THE COURT:  ALL RIGHT, COUNSEL.

```
 1              BY MR. BLANK:    Q    MISS GALLIAN, LET'S START

 2    JUST WITH A LITTLE BIT OF BACKGROUND.  ARE YOU EMPLOYED?

 3              A    YES.

 4              Q    BY WHOM?

 5              A    UNITED AIRLINES.

 6              Q    WHAT DO YOU DO FOR UNITED AIRLINES?

 7              A    I'M A FLIGHT ATTENDANT.

 8              Q    HOW LONG HAVE YOU BEEN A FLIGHT ATTENDANT?

 9              A    START MY 18TH YEAR IN DECEMBER.

10              Q    ARE YOU PRESENTLY ON A LEAVE OF ABSENCE?

11              A    YES.

12              Q    WHY?

13              A    BECAUSE I CANNOT WORK WITH A RESTRAINING

14    ORDER ON MY PASSPORT.

15              Q    OKAY.  AND HOW DO YOU KNOW THIS?

16              A    IT'S IN OUR COMPANY POLICY.

17              Q    BUT FOR THE -- FORGET THAT.  I'D LIKE YOU TO

18    TURN YOUR ATTENTION TO OCTOBER OF 2016?

19              A    UH-HUH.

20              Q    WHAT WAS HAPPENING IN 2016 BETWEEN YOU AND

21    MS. BRADLEY?  OCTOBER OF 2016?

22              A    OCTOBER OF 2016 WAS JUST AFTER I HAD

23    SUBMITTED THE -- ADDENDUM FOR THE HOA.  I ATTENDED EVERY --

24    EVERY MEETING THAT SHE WAS SUPPOSED TO BE AT.  I WENT.

25    AND --

26              Q    LET ME BREAK IT DOWN FOR YOU.  MAYBE THIS
```

```
1    WILL HELP.
2                    IN OCTOBER OF 2016 YOU WERE SEEKING
3    PERMISSION FROM THE HOA TO PUT A PATIO COVER ON YOUR PATIO?
4         A    IT WAS THE SECOND -- IT WAS THE SECOND
5    ADDENDUM PREPARED AND -- YEAH.
6         THE COURT:  MA'AM, WITH EVERYONE ELSE, YOU NEED TO
7    ANSWER THE QUESTION THAT'S ASKED.
8         THE WITNESS:  YES, MA'AM.
9         BY MR. BLANK:    Q    OKAY.  ALL RIGHT.  THERE WAS
10   A SECOND ADDENDUM HAVING TO DO WITH THE PATIO COVER.  WHY
11   WAS THERE A SECOND ADDENDUM?
12        A    JUST BECAUSE OF THE BOARD'S KNOWLEDGE NOT
13   BEING KNOWLEDGEABLE AND NOT FAMILIAR WITH --
14        Q    WE DON'T NEED THE DETAIL, BUT THE POINT IS
15   THERE WAS A DISPUTE BETWEEN YOU AND THE HOA OVER YOUR PATIO
16   COVER; CORRECT?
17        A    YES.
18        Q    AND AS THE OCCUPANT OF THE PREMISES YOU
19   ATTENDED THE HOA BOARD?
20        A    EVERY SINGLE ONE OF THEM.
21        Q    DID SANDY EVER ATTEND ANY OF THOSE MEETINGS?
22        A    NO.
23        Q    DID SHE AUTHORIZE YOU TO ATTEND AS HER
24   REPRESENTATIVE AT THOSE MEETINGS?
25        A    YES.
26        Q    DID SHE DO THAT IN WRITING?
```

```
 1              A      YES.

 2              Q      DID THE HOA EVER DISPUTE YOUR AUTHORITY TO

 3     REPRESENT --

 4              MS. REPORTER:  WAIT.  HANG ON.  STATE YOUR LAST

 5     QUESTION, PLEASE.

 6              MR. BLANK:  YES.

 7              Q      DID THE HOA EVER CHALLENGE YOUR AUTHORITY TO

 8     REPRESENT SANDY AT THOSE HOA MEETINGS?

 9              A      NOT UNTIL --

10              MS. GRUENWALD:  OBJECTION.  IRRELEVANT.

11              THE COURT:  WHAT IS THE RELEVANCE?

12              MR. BLANK:  WELL, WE'RE BUILDING UP TO EXPLAINING

13     WHY THERE WAS A DISPUTE IN THE FIRST PLACE.

14              THE COURT:  ALL RIGHT, COUNSEL.  GO AHEAD.  WE'LL

15     SEE IF THERE'S ANY RELEVANCE TO IT.  I'M NOT SEEING ANY

16     RELEVANCE RIGHT NOW BUT GO AHEAD.

17              MR. BLANK:  I UNDERSTAND.  WE'LL TRY TO MOVE ALONG

18     QUICKLY.

19              THE WITNESS:  IF IT MIGHT HELP THE COURT --

20              THE COURT:  NO.  YOU WILL ANSWER THE QUESTION ASKED,

21     MA'AM.

22              BY MR. BLANK:    Q    SO IN OCTOBER, THE

23     COMMUNICATIONS BETWEEN YOU AND SANDY WERE CORDIAL; CORRECT?

24              A      UH-HUH.

25              Q      IS THAT A "YES?"

26              A      YES.  YES, SIR.
```

```
1          Q     AND IN NOVEMBER, SAME THING; CORRECT?

2          A     YES.

3          Q     HOW ABOUT JANUARY OF 2017?

4          A     JANUARY SHE WASN'T SPEAKING TO ME, BUT WE

5    WERE ONLY COMMUNICATING BY EMAIL OR IF WE DID SPEAK ON THE

6    PHONE IT WAS ONLY REGARDING HOA BUSINESS.

7          Q     OKAY.  AND HOW ABOUT FEBRUARY OF 2017?

8          A     SHE WAS GONE MOST OF THE TIME.

9          Q     WERE YOU COMMUNICATING WITH HER?

10         A     I WAS TRYING TO.

11         Q     WERE THE COMMUNICATIONS CORDIAL?

12         A     YES.

13         Q     WHAT CHANGED IN MARCH?

14         A     WHEN I GOT THE LETTER ADDRESSED TO ME AND

15   SANDY ON MARCH 2ND THE ADDRESS HAS ME ON THE RIGHT SIDE OF

16   THE FORM AND IT HAS MY NAME, AND ON THE LEFT SIDE OF THE

17   FORM IT SAID SANDRA BRADLEY TRUST DATED 10/18/01.

18         Q     OKAY.  AND WHAT EFFECT DID SEEING THOSE

19   ADDRESSES HAVE ON YOU?

20         A     I BELIEVED THAT THE TRUST THAT SHE'S BEEN

21   TALKING ABOUT ALL THESE YEARS WAS MY FATHER'S TRUST.

22         Q     OKAY.

23         A     NOT ANYTHING THAT WAS --

24         THE COURT:  AGAIN, WE'RE NOT DOING THE PROBATE COURT

25   CASE HERE.

26         MR. BLANK:  RIGHT.  I UNDERSTAND.
```

1          THE COURT:  PLEASE KEEP IN TERMS OF ABUSE.  I DON'T

2     WANT TO HEAR ABOUT THIS ALLEGED PROBATE CASE.

3          THE WITNESS:  OKAY.  SO MARCH 2ND, TO ANSWER YOUR

4     QUESTION, I RECEIVED THE LETTER.  AND SANDY WAS IN THE

5     DESERT HOME.  SHE HAS TEAM GOLF FOR THE FIRST QUARTER OF THE

6     YEAR AND I HAD CONVERSATIONS WITH HER.  SHE'S -- DO WHAT YOU

7     CAN, AND I SAID I'M TRYING AS HARD AS I CAN TO GET THIS HOA

8     TO BE REMOVED, AND I SPENT HOURS AND HOURS AND HOURS

9     THINKING ABOUT WHAT I SHOULD DO.  AND SO I STARTED SITTING

10    DOWN AND READING THE CC&R'S.  AND IT HIT ME RIGHT AWAY.

11    CONDOMINIUM PLANS.  SO I WANT TO THE RECORDER'S OFFICE ON

12    MARCH 6, FOUR DAYS AFTER THIS LATER CAME, AND I HAD FELT

13    THAT I FOUND THE ANSWER TO OUR PROBLEM BECAUSE THE PATIO WE

14    OWN FOR THIS CONDOMINIUM PLAN.  AND WHILE I WAS WAITING FOR

15    THE COPIES IS WHEN I STARTED SEARCHING EVERYBODY'S NAME AND

16    FOUND OUT THAT THERE WASN'T A TRUST FOR MY FATHER AND THERE

17    WAS NO WILL FILED.

18          Q     OKAY.  SO WE'RE NOT GOING TO BE GOING --

19          A     RIGHT.  EXACTLY.

20          Q     BUT THIS IS WHAT STARTED YOU ON YOUR -- ON

21    YOUR --

22          A     INVESTIGATION.

23          THE COURT:  MA'AM, PLEASE DON'T MAKE COMMENTS WHEN

24    COUNSEL IS SPEAKING.  WE NEED A CLEAR RECORD.  THANK YOU.

25          BY MR. BLANK:     Q     THIS IS WHAT STARTED YOU ON

26    THE INVESTIGATION AND THE PATH TOWARD PETITIONING FOR THE

```
1        ADMINISTRATION OF CHUCK'S ESTATE; CORRECT?

2             A     YES.

3             Q     AND WHEN YOU NOTIFIED SANDY OF THAT IT UPSET

4        HER; CORRECT?

5             A     YES.

6             Q     AND WHAT WAS HER RESPONSE?

7             A     MY BOYS AND I ALL OFFERED TO WORK WITH HER,

8        AND THAT'S WHAT WE TRIED TO DO IS JUST -- LET'S SIT DOWN AND

9        TALK ABOUT IT.  LET'S SEE WHAT HAPPENED, WHAT WE CAN WORK

10       OUT, WHO MISUNDERSTOOD WHAT.  AND SHE JUST CLOSED UP.

11            Q     ALL RIGHT.  DO YOU SINCERELY BELIEVE THAT

12       THERE ARE ASSETS THAT YOU SHOULD HAVE INHERITED?

13            A     YES.

14            THE COURT:  THIS IS NOT THE PROBATE CASE.

15            MR. BLANK:  I UNDERSTAND.

16            THE COURT:  THEN PLEASE MOVE ON.  YOU'RE ASKING

17       ABOUT THE PROBATE CASE.  THIS IS AN ELDER ABUSE HEARING.

18            MR. BLANK:  I'M TRYING TO GET AT THE SINCERITY OF

19       HER BELIEFS AND THE REASONS --

20            THE COURT:  I DON'T CARE ABOUT THE SINCERITY OF HER

21       BELIEF IF SHE WAS ABUSIVE EMOTIONAL OR MENTALLY.

22            BY MR. BLANK:   Q    HAVE YOU EVER THREATENED

23       MISS BRADLEY WITH PHYSICAL HARM?

24            A     NO.

25            Q     HAVE YOU EVER INTENDED TO HARASS HER?

26            A     NO.
```

1          Q      HAVE YOU MADE STATEMENTS CONCERNING YOUR

2     BELIEF ABOUT YOUR LEGAL RIGHTS THAT SHE HAS FOUND UPSETTING?

3          A      YES.

4          Q      DID YOU MAKE THOSE STATEMENTS WITH THE INTENT

5     TO ANNOY HER?

6          A      NO.

7          Q      DO YOU PRESENTLY INTEND ANY HARM TO MS.

8     BRADLEY?

9          A      ABSOLUTELY NOT.

10         Q      DO YOU INTEND TO PURSUE YOUR LEGAL RIGHTS AS

11    YOU UNDERSTAND THEM?

12         A      YES.

13         Q      DO YOU INTEND TO GO BEYOND PURSUING YOUR

14    LEGAL RIGHTS AS YOU UNDERSTAND THEM?

15         A      NO.

16         Q      I HESITATE TO ASK THIS QUESTION.  I'M GOING

17    TO DO IT ANYWAY.  IS THERE ANYTHING ELSE YOU THINK THE COURT

18    NEEDS TO KNOW ABOUT THIS HARASSMENT TRO LAWSUIT?

19         MS. GRUENWALD:  OBJECTION.  NARRATIVE.

20         THE COURT:  SUSTAINED.

21         MR. BLANK:   PASS THE WITNESS.

22         THE COURT:  MISS GRUENWALD.

23         MS. GRUENWALD:  THANK YOU, YOUR HONOR.  JUST

24    BRIEFLY.

25                        **CROSS-EXAMINATION**

26         BY MS. GRUENWALD:    Q     MISS GALLIAN, YOU

```
 1     TESTIFIED THAT YOU ARE ON A LEAVE OF ABSENCE BECAUSE OF MISS

 2     BRADLEY'S RESTRAINING ORDER?

 3            A     UH-HUH.  I HAVE THE PAPERWORK RIGHT FROM

 4     THERE.

 5            Q     IS THAT A "YES?"

 6            A     YES, IT IS.

 7            Q     AND HAVE YOU EVER BEEN PLACED ON A LEAVE OF

 8     ABSENCE BEFORE FOR OTHER RESTRAINING ORDERS THAT WERE ISSUED

 9     AGAINST YOU?

10            A     NO.

11            Q     HAVE YOU EVER HAD ANY OTHER RESTRAINING

12     ORDERS ISSUED AGAINST YOU?

13            A     NO.

14            Q     DID YOUR EX-HUSBAND GEORGE GALLIAN ISSUE A

15     RESTRAINING ORDER AGAINST YOU?

16            A     NO.

17            MS. GRUENWALD:  NO FURTHER QUESTIONS, YOUR HONOR.  I

18     WOULD LIKE TO RECALL MY CLIENT AS A REBUTTAL WITNESS.

19            THE COURT:  DO YOU HAVE ANY FURTHER QUESTIONS?

20            MR. BLANK:  NO.

21            THE COURT:  YOU MAY STEP DOWN, MA'AM.

22                   ALL RIGHT.  MA'AM.

23            THE COURT:  ACTUALLY I HAVE ONE MORE QUESTION FOR

24     YOUR CLIENT.

25            MR. BLANK:  I'M SORRY, YES.

26            THE COURT:  I UNDERSTAND THESE VOICEMAIL
```

```
1        TRANSCRIPTIONS WERE ALL FROM -- WAS IT MAY?

2               THE WITNESS:    UH-HUH.

3               THE COURT:  MAY OF THIS YEAR.

4                    SO, MA'AM WHEN YOU'RE SAYING IN VOICEMAIL

5        TRANSCRIPTION NUMBER 1 ABOUT -- ALLEGEDLY ABOUT YOUR FATHER.

6        "I'M NOT SAYING YOU DON'T DESERVE THEM AS THE RIGHT.  YOU

7        ABSOLUTELY DO."   WHAT ARE YOU TALKING ABOUT?

8               MR. BLANK:  YOU WANT TO READ IT?  THIS IS EXHIBIT 3.

9               THE WITNESS:  WHAT'S THE DATE, MA'AM?

10              MR. BLANK:  WE DON'T HAVE A FIRM DATE ON EXHIBIT 3.

11              THE COURT:  NO, SHE SAID THEY WERE LEFT IN MAY.

12              MR. BLANK:  RIGHT.  AND WHICH PARAGRAPH ARE WE -- DO

13       YOU WANT?

14              THE COURT:  THE LAST PARAGRAPH ON THE PAGE.

15              THE WITNESS:  I HAVE TO READ IT IN MY HEAD.

16                   OKAY.  SO THE DATE OF THIS IS MAY 24TH

17       BECAUSE THAT'S THE DATE WE WERE SERVED.  YOU KNOW, IT'S

18       ALWAYS AMAZING WHAT GOES AROUND COMES AROUND.  AND I DON'T

19       MEAN --

20              THE COURT:  MA'AM, DON'T READ THAT OUT LOUD.

21              THE WITNESS:  I'M TRYING TO GET IT IN MY HEAD.

22              THE COURT:  READ IT SILENTLY.

23              THE WITNESS:  OKAY.  WHAT DOES SHE WANT TO ASK ME

24       ABOUT?

25              MR. BLANK:  THE QUESTION HAS TO DO WITH THIS

26       PARAGRAPH BUT GO AHEAD AND READ THIS ONE TO YOURSELF.
```

```
1              THE WITNESS:  WHAT I WAS BASICALLY SAYING IS
2      THAT --
3              THE COURT:  WHAT WERE YOU SAYING?
4              THE WITNESS:  I HAVE LIKE GUM MOUTH RIGHT NOW.
5                  SO WHAT I WAS SAYING HERE IS IF YOU LOOK AT
6      THE PARAGRAPH RIGHT BEFORE IT I WAS BASICALLY SAYING THAT,
7      I'M NOT SAYING THAT YOU DON'T DESERVE THEM AS THE RIGHT, YOU
8      ABSOLUTELY DO.  I DON'T -- I THINK THAT WAS A MISS -- I USED
9      TO BE A TRANSCRIPTIONIST.  THAT'S A MISQUOTE.  YOU
10     ABSOLUTELY DO BUT I ALSO KNOW MY DAD IS A VERY GENEROUS
11     PERSON AND I KNOW THAT THIS IS WHAT HE WANTED NOT WHAT --
12             THE COURT:  I DIDN'T ASK YOU TO READ IT.  I ASKED
13     YOU WHAT YOU MEANT.
14             THE WITNESS:  BASICALLY THAT THE PARAGRAPH RIGHT
15     BEFORE IS TALKING ABOUT MY DAD'S SISTER.
16             THE COURT:  YES.
17             THE WITNESS:  YES.  OKAY.  AND AT THIS POINT I HAD
18     LEARNED THAT MY DAD'S SISTER WAS CUTOFF FROM THE FAMILY AND
19     SO I FLEW TO DENVER AND TO MEET WITH HER AND APOLOGIZE.  AND
20     I'M SAYING -- I'M JUST SAYING THAT MY DAD WAS A GENEROUS
21     PERSON AND THAT HE WOULD ABSOLUTELY SHARE HIS HARD WORK OF
22     42 YEARS.
23             THE COURT:  AND THEN YOU SAID, "I'M NOT SAYING YOU
24     DON'T DESERVE THEM AS THE RIGHT.  YOU ABSOLUTELY DO."  WHAT
25     DID YOU MEAN.
26             THE WITNESS:  THAT SHE DESERVES THE THINGS THAT
```

1    SHE'S TAKEN, THAT SHE HAS.

2          THE COURT:  SO THE ASSETS ARE HERS.  ALL RIGHT.

3    THANK YOU, MA'AM.

4          THE WITNESS:  YEAH, THAT'S ALL I WAS SAYING.

5          THE COURT:  THAT'S WHAT I THOUGHT.

6                MISS GRUENWALD.

7                    SANDRA BRADLEY,

8    RECALLED AS A WITNESS ON HER OWN BEHALF, AND HAVING BEEN

9    PREVIOUSLY DULY SWORN, WAS FURTHER EXAMINED AND TESTIFIED AS

10   FOLLOWS:

11

12                    **DIRECT EXAMINATION**

13         BY MS. GRUENWALD:    Q    MISS BRADLEY, ARE YOU

14   AWARE OF ANY OTHER RESTRAINING ORDERS THAT HAVE BEEN PLACED

15   ON MISS GALLIAN?

16         A    SHE TOLD ME THAT HER EX-HUSBAND GEORGE PLACED

17   A RESTRAINING ORDER ON HER BASED UPON A PHYSICAL FIGHT WITH

18   -- BETWEEN JAMIE AND HIS WIFE.

19         Q    AND MISS GALLIAN TOLD YOU THAT?

20         A    YES.

21         MS. GRUENWALD:  NO FURTHER QUESTIONS, YOUR HONOR.

22         THE COURT:  ANYTHING, COUNSEL?

23         MR. BLANK:  NOPE.

24         THE COURT:  THANK YOU, MA'AM.  YOU CAN STEP DOWN.

25              ALL RIGHT.  MISS GRUENWALD.

26         MS. GRUENWALD:  I JUST WANTED TO MAKE A VERY BRIEF

1    CLOSING STATEMENT, YOUR HONOR.

2                I KNOW THAT ONE OF THE DEFENSES THAT OPPOSING

3    COUNSEL HAS TRIED TO PUT FORTH IS THAT THERE'S NO ABUSE HERE

4    BECAUSE THERE'S NO SORT OF SUFFERING OR MENTAL HARM OR

5    ANYTHING LIKE THAT.  BUT I BELIEVE THAT WE HAVE SHOWN MENTAL

6    SUFFERING.

7                AND ON TOP OF THAT, THE PURPOSE OF THE ELDER

8    ABUSE STATUTE IS TO AVOID HARASSMENT FOR MONEY.  AND WE HAVE

9    A PATTERN HERE THAT WHEN MY CLIENT CUTS OFF MISS GALLIAN

10   THEN SHE ACTS UP.

11               AND I THINK THAT HER CONDUCT ALSO RISES TO

12   THE LEVEL OF EXTORTION.  IN FLATLEY VERSUS MAURO, IT'S A

13   CALIFORNIA SUPREME COURT CASE, 39 CAL.4TH 299, EXTORTION IS

14   DEFINED AS OBTAINING PROPERTY FROM ANOTHER WITH HIS CONSENT

15   INDUCED BY A WRONGFUL USE OF FORCE OR FEAR.  AND THAT CAN BE

16   THREATS IN WRITING AND THE PERSON NEED NOT ACTUALLY OBTAIN

17   THE PROPERTY.

18               IN THIS CASE MISS GALLIAN DID.  MY CLIENT

19   GAVE HER THE PROPERTY JUST TO GET RID OF HER AND STOP THE

20   HARASSMENT.  BUT THE PROPERTY DOESN'T NECESSARILY HAVE TO BE

21   TRANSFERRED FOR IT TO BE EXTORTION.  AND I THINK IT RISES TO

22   THE LEVEL OF EXTORTION AND THAT WOULD CERTAINLY BE ELDER

23   ABUSE UNDER THE STATUTE.

24               AND IN THE FLATLEY CASE IT CAME UP IN THE

25   CONTEXT OF THE LITIGATION PRIVILEGE AND WHETHER THREATS

26   ABOUT LITIGATION WERE PROTECTED BY THE CONSTITUTIONAL RIGHT

1    OF FREE SPEECH AND THE COURT SAID, NO, THAT, ALTHOUGH YOU

2    CAN HAVE DISCUSSIONS BETWEEN PARTIES ABOUT LITIGATION, IT

3    CAN'T RISE TO THE LEVEL OF BEING THREATS AND DEMANDS FOR

4    MONEY WHICH IS WHAT WE HAVE HERE.  AND I BELIEVE IT'S BEEN

5    SHOWED IN THE WRITTEN EMAILS, AS WELL AS THE VOICEMAILS,

6    EVEN -- AND THE TEXT MESSAGE.  EVEN AFTER MY CLIENT

7    TRANSFERRED THE PROPERTY TO MISS GALLIAN SHE STILL CONTINUED

8    TO HARASS OR MAKE THREATS AND DEMAND SHE PAY THE LEASE, THE

9    TAXES, AND ET CETERA.

10             SO IN SHORT I BELIEVE WE MET OUR BURDEN AND

11   NOTABLY IN MISS GALLIAN'S VERIFIED RESPONSE SHE DID NOT DENY

12   ANY OF THE ALLEGATIONS.  SHE CHECKED THE BOX THAT THEY WERE

13   JUSTIFIED.  AND I DON'T BELIEVE THAT SHE HAS SHOWN THAT HER

14   ACTS ARE JUSTIFIED.  SO WE WOULD REQUEST, RESPECTFULLY, THAT

15   THE COURT GRANT THE RESTRAINING ORDER.

16             THE COURT:  COUNSEL?

17             MR. BLANK:  YES, YOUR HONOR.

18             FIRST OF ALL, EXTORTION INVOLVES THE WRONGFUL

19   USE OF FORCE OR THREATS.  THERE'S NOTHING EXTORTION ABOUT

20   SENDING SOMEONE AN EMAIL OR A LETTER OR ANYTHING ELSE WHERE

21   YOU SAY, "I THINK YOU DID THE FOLLOWING THINGS WRONG, AND

22   UNLESS YOU ADDRESS THIS I'M GOING TO SUE YOU."  AND THAT'S

23   REALLY WHAT WE HAVE HERE.  THAT IS PRIVILEGE.  THAT IS

24   PETITIONING BEHAVIOR OR PRECURSING PETITIONING BEHAVIOR AND

25   OUR CONSTITUTION PROTECTS IT.  SO I DON'T THINK WE'VE GOT A

26   CASE OF EXTORTION.

```
1              I THINK THE OTHER THING THAT IS IMPORTANT

2    THAT HAS COME OUT TODAY, AND IS VERY CLEAR, HAS TO DO WITH

3    THE FACT THAT IT IS STRESSFUL TO BE A LITIGANT.  THERE'S NO

4    DOUBT ABOUT THAT.  IT'S STRESSFUL TO HAVE TO ANSWER

5    QUESTIONS UNDER OATH TO SIT ON THE WITNESS STAND.  IT'S

6    STRESSFUL TO BE SERVED WITH LAWSUITS.  IT'S STRESSFUL TO

7    HAVE TO HIRE LAWYERS TO RESPOND TO THEM.  ALL OF THAT IS

8    VERY STRESSFUL.

9              AND THERE'S NO DOUBT THAT MISS BRADLEY HAS

10   SUFFERED STRESS AS A RESULT OF ALL OF THOSE THINGS.  BUT I

11   THINK THAT THE STRESS OR ANNOYANCE THAT SHE SUFFERED AS A

12   RESULT OF ALL THOSE THINGS IS NO DIFFERENT THAN WHAT SHE'S

13   ALLEGING SHE HAS SUFFERED AS A RESULT OF THE PRECURSORS, THE

14   EMAILS AND THE PHONE CALLS.

15             FOR EXAMPLE, MS. BRADLEY TESTIFIES THAT IT

16   WAS STRESSFUL TO HAVE TO SIT IN COURT AND SEE MISS BRADLEY

17   TODAY -- SORRY MISS GALLIAN TODAY.  AND I DON'T DOUBT IT.  I

18   DON'T DOUBT THAT'S STRESSFUL.  BUT NEVERTHELESS THAT'S WHAT

19   HAPPENS WHEN YOU'RE IN A LAWSUIT.  THAT'S WHAT HAPPENS WHEN

20   YOU ASKED FOR A TRO AGAINST SOMEONE.  YOU GOT TO FOLLOW

21   THROUGH AND YOU'RE GOING TO BE FACE-TO-FACE WITH THE PERSON

22   WHO YOU'RE TRYING TO RESTRAIN.

23             AND SHE DOESN'T -- SHE'S NOT ENTITLED TO

24   A RESTRAINING ORDER SIMPLY BECAUSE SHE FINDS THAT STRESSFUL;

25   NOR IS SHE ENTITLED TO A RESTRAINING ORDER BECAUSE THERE'S A

26   PROBATE LITIGATION GOING ON; NOR IS SHE ENTITLED TO A
```

94

```
1     RESTRAINING ORDER BECAUSE THERE'S LITIGATION OVER THE HOA.

2     THOSE ARE THE THINGS THAT WE AS MEMBERS OF THE SOCIETY

3     ACCEPT AS PART OF OUR JUSTICE SYSTEM AND WE JUST HAVE TO

4     DEAL WITH IT.

5               SO THROUGHOUT THIS TESTIMONY I HAVEN'T SEEN

6     ANY EVIDENCE THAT SHE SUFFERED -- WHAT'S THE WORDS?  I WANT

7     TO MAKE SURE I GET IT RIGHT -- THAT SHE HAS ENDURED MENTAL

8     SUFFERING AS A RESULT OF THE EMAILS OR THE CONTACT THAT

9     SHE'S TRYING TO PREVENT.

10              NOW BEYOND THAT, WE'VE HAD SEVERAL WEEKS

11    WITHOUT A RESTRAINING ORDER IN PLACE WITH NO PROBLEMS.  WE

12    HAD SEVERAL WEEKS BEFORE THAT WHERE THERE WAS A RESTRAINING

13    ORDER IN PLACE.  NO PROBLEMS.  WE HAVE SOMEONE WHO IS HAVING

14    HER LIVELIHOOD THREATENED AS A RESULT OF THE POTENTIAL

15    IMPOSITION OF A RESTRAINING ORDER IN THIS CASE.  AND I THINK

16    THAT WHEN THE COURT BALANCES EQUITIES AND MAKES ITS DECISION

17    IT SHOULD BE MINDFUL OF THE EFFECT THAT THAT'S GOING TO HAVE

18    ON MISS GALLIAN'S ABILITY TO EARN AN INCOME AND TO SUPPORT

19    HERSELF.

20              SO FOR ALL OF THESE REASONS I THINK THAT A

21    RESTRAINING ORDER IN THIS CASE -- A PERMANENT RESTRAINING

22    ORDER IS UNNECESSARY AND SHOULD NOT BE GRANTED.

23         THE COURT:  SO YOU ARE WORKING CURRENTLY?

24         MR. BLANK:  SHE'S ON A LEAVE OF ABSENCE.

25         THE COURT:  YOU SAY YOU'RE NOT WORKING BECAUSE THERE

26    WAS A RESTRAINING ORDER AGAINST YOU AND THERE ISN'T AT THE
```

```
1    CURRENT TIME.
2              THE WITNESS:  NO, NO, MA'AM.  YOU HAD PUT A
3    RESTRAINING ON ME ON JUNE 13TH.
4              THE COURT:  CORRECT.  IT EXPIRED THREE WEEKS AFTER
5    THAT.
6              THE WITNESS:  MY LEAVE OF ABSENCE HAD TO START JUNE
7    15TH.
8              THE COURT:  I'M NOT FOLLOWING.
9              THE WITNESS:  OKAY.  YOU PUT A RESTRAINING ORDER --
10             THE COURT:  YES, SO YOU TOOK A VOLUNTARY LEAVE OF
11   ABSENCE.
12             THE WITNESS:  I CAN'T GO TO WORK WITH A RESTRAINING
13   ORDER.
14             THE COURT:  THERE ISN'T A RESTRAINING ORDER AGAINST
15   YOU, MA'AM.
16             THE WITNESS:  ON THE 13TH THERE WAS.
17             THE COURT:  THERE WAS.  SO ARE YOU CURRENTLY
18   WORKING?
19             THE WITNESS:  NO.
20             THE COURT:  WELL, SO THERE'S NO RESTRAINING ORDER
21   AGAINST YOU RIGHT NOW.
22             MR. BLANK:  CAN I ASK A QUESTION, YOUR HONOR?
23                  WHEN DOES YOUR LEAVE OF ABSENCE END?
24             THE WITNESS:  UM, I WOULD LIKE TO GO BACK TO WORK
25   AUGUST 1ST.
26             MR. BLANK:  SO IF THERE'S NO RESTRAINING ORDER
```

96

```
 1        THAT'S IMPOSED AGAINST YOU HERE --

 2              THE WITNESS:  RIGHT.

 3              MR. BLANK:  -- YOU INTEND TO GO BACK TO WORK

 4        STARTING AUGUST 1ST?

 5              THE WITNESS:  RIGHT.

 6              THE COURT:  IS THERE SOME REASON YOU HAVEN'T ALREADY

 7        GONE BACK?

 8              THE WITNESS:  BECAUSE I'D HAVE TO TELL THEM THAT I

 9        HAVE TO COME BACK HERE ON JULY 20TH.  THEY DON'T WANT YOU TO

10        GO OUT, COME BACK, GO OUT AND COME BACK ANYMORE.  IT'S -- I

11        HAVE THE LETTER HERE, MA'AM, THAT --

12              MS. GRUENWALD:  YOUR HONOR, I DON'T BELIEVE IT'S A

13        DEFENSE.  YOU DON'T GET TO HARASS PEOPLE --

14              THE COURT:  I BELIEVE YOU MADE YOUR STATEMENT,

15        COUNSEL.

16                   ALL RIGHT.  THE ISSUANCE OF THE RESTRAINING

17        ORDER IS BASED ON A PREPONDERANCE OF THE EVIDENCE.  YOU'VE

18        MADE A GREAT ATTEMPT HERE, COUNSEL, TO SHOW THAT, OH, THIS

19        IS ONLY ABOUT LITIGATION.

20                   THE COURT DOESN'T SEE IT THAT WAY.

21        BECAUSE THE TESTIMONY WE HAVE IS THAT, AND IT WAS DISPUTED,

22        I HEARD NOT ONE WORD FROM THE RESPONDENT ABOUT IT, WAS IN

23        DECEMBER SHE LEFT A PHONE MESSAGE SHE WOULD SHOW UP WHEN

24        LEAST EXPECTED AT HOME OR AT HER WORK AND THEY WOULD HAVE IT

25        OUT.  AND AT THAT POINT PETITIONER BECAME AFRAID OF HER

26        BECAUSE SHE DIDN'T KNOW WHAT SHE MEANT.  I DIDN'T HEAR
```

1      ANYTHING ABOUT THAT AT ALL.  THAT'S UNDISPUTED TESTIMONY AT

2      THIS POINT.

3                     FURTHER, IN TALKING ABOUT IN SAYING THERE'S

4      THE DECEPTION, WHICH I ALSO HEARD NO DENIAL OF, OF THE EMAIL

5      THAT ALLEGEDLY WAS COMING FROM THE SON THAT WAS ACTUALLY

6      COMING FROM HER, I HEARD NO DENIAL OF THAT.  I'M NOT SURE

7      WHY THERE WASN'T AN ATTEMPT TO MISDIRECT WHAT PETITIONER WAS

8      DOING AT THAT POINT IN TIME.

9                     AND YOU SAY THAT SOME OF THESE EMAILS THEY

10     DON'T RISE TO THE LEVEL OF EXTORTION.  THEY MIGHT NOT QUITE

11     RISE TO THAT LEVEL, BUT I HAVE SOME REAL PROBLEMS WITH THE

12     WAY THEY WERE PHRASED.

13                     FOR INSTANCE, ON APRIL 10TH, THE EMAIL THAT

14     STARTS -- IT FINISHES, "I ALREADY STARTED GATHERING THE

15     EVIDENCE.  EITHER WAY IT WILL TURN OUT BADLY.  I JUST WONDER

16     IF YOUR HEALTH CAN WITHSTAND THE STRESS."  THAT'S NOT A

17     COMMENT OUT OF CARING.  THAT'S A COMMENT -- THE COURT TAKES

18     THAT AS A THREAT.  "WE'LL KEEP GOING WITH LITIGATION.  CAN

19     YOUR HEALTH STAND UP TO THIS."  I DON'T SEE THAT AS

20     SOMEBODY THAT CARES AT ALL.

21                     ON 13 WE'RE TALKING ABOUT THE EMAIL THAT WAS

22     SENT BY MISS TAGUE SAYING, "PLEASE STOP CONTACTING MY

23     CLIENT," AND YET AFTER THAT WE HAVE COMMUNICATION IN MAY.

24                     AND IN THAT COMMUNICATION IN MAY THERE WERE

25     SEVERAL DIFFERENT INSTANCES OF IT.  "STOP BEING SO

26     IRRATIONAL.  YOU DID NEED MY HELP WITH THE HOA.  AND YES,

1   YOUR HEALTH IS BEING TAXED FROM YOUR OWN STRESS AS YOU SELF

2   REPORTED TO ME."  INTERESTING I NEVER HEARD TESTIMONY

3   REGARDING THAT EITHER.  EXCEPT FOR A DENIAL BY THE

4   RESPONDENT THAT THAT HAD HAPPENED.

5           BUT IF WE GO BACK TO THESE PHONE MESSAGES

6   THAT WERE ACCEPTED, I SUPPOSE ONE OF THE THINGS THAT GIVES

7   THE COURT THE MOST PROBLEM IS THE THIRD VOICEMAIL

8   TRANSMISSION.

9           AND, COUNSEL, AGAIN YOU TRIED VERY HARD TO

10  SAY THAT, WELL, SHE SHOULD HAVE BEEN TOLD THAT THE COSTCO

11  CARD WAS BEING CANCELLED SO SHE COULDN'T USE IT.  I HAVE NO

12  REASON TO THINK SHE SHOULD HAVE BEEN TOLD ANYTHING LIKE

13  THAT.

14          BUT THE TRANSCRIPT SAYS, "HEY, CINDERELLA."

15  WELL, RIGHT THERE IT'S INSULTING.  I HAVE NO IDEA WHY SHE

16  WOULD SAY, "HEY, CINDERELLA."  "FINE WITH ME.  YOU DON'T

17  MIND" -- OKAY.  "OH, MY GOD.  ARE YOU KIDDING ME.  REALLY.

18  HOW PETTY."  AND THEN AT THE END, "YOU'RE SUCH A FUCKING

19  BITCH.  I HOPE YOU CHOKE."  NICE.  THAT IS NOT SOMETHING

20  THAT'S DONE IN RESPONSE TO LITIGATION.  "YOU'RE A FUCKING

21  BITCH.  I HOPE YOU CHOKE."  THAT'S A THREAT.

22          ALL RIGHT.  AND WE ALSO HAVE, INTERESTINGLY,

23  AND I THINK THE COURT -- WELL, SPECIFICALLY POINTED OUT THAT

24  IN TALKING ABOUT, IN THE FIRST VOICEMAIL TRANSCRIPTION, IN

25  TALKING ABOUT THE ASSETS OF DAD THAT, "OH, HE WOULD HAVE

26  SHARED, HE WAS GENEROUS."  WE THEN HAVE, "I'M NOT SAYING

99

1    YOU DON'T DESERVE THEM AS THE RIGHT.  YOU ABSOLUTELY DO."

2    SEEMS TO INDICATE TO ME THAT THEY HAD NO RIGHT TO THESE

3    ASSETS.

4              BY THE WAY, THIS WAS DONE IN MAY AFTER SHE

5    ALLEGEDLY FOUND OUT THAT THERE WAS ALLEGEDLY A WILL SHREDDED

6    AND THAT THE TRUST WAS NOT HER FATHER'S TRUST.  SO WHY WOULD

7    SHE BE SAYING IN MAY YOU'RE ABSOLUTELY ENTITLED THIS STUFF

8    WHEN SHE ALREADY SUED HER EARLIER IN APRIL?  DOESN'T MAKE

9    ANY SENSE.

10             SO WHEN YOU TALK ABOUT MENTAL DISTRESS THOUGH

11   THERE'S SOMETHING ELSE YOU HAVE TO REALIZE.  AS PEOPLE GET

12   OLDER THEY ARE MUCH LESS ABLE TO WITHSTAND STRESS, WHICH IS

13   ONE REASON THAT WE HAVE ELDER ABUSE STATUTES, AND THAT WE DO

14   THEM BASED ON A PREPONDERANCE.  BECAUSE THE OLDER WE GET THE

15   LESS ABLE WE ARE TO WITHSTAND MENTAL OR EMOTIONAL ABUSE.  I

16   DON'T KNOW IF THERE'S BEEN FINANCIAL ABUSE HERE.  IT APPEARS

17   TO THE COURT THAT WHAT WAS DONE WAS DONE VOLUNTARILY ON

18   SOMETHING THAT WILL GET WORKED OUT IN THIS PROBATE.  BUT AS

19   FAR AS PREPONDERANCE OF THE EVIDENCE IT MEETS PREPONDERANCE

20   OF THE EVIDENCE.

21             THE COURT THEREFORE HAS TO FIND THAT THERE'S

22   BEEN ELDER ABUSE.  IT'S BEEN PERPETRATED BY RESPONDENT AND

23   WAS NOT IN SELF-DEFENSE.  I WILL ISSUE THE RESTRAINING

24   ORDER.

25             I ASSUME, COUNSEL, YOU WILL APPEAL, BUT AT

26   SOME POINT IN TIME, WHATEVER, IT WILL ISSUE TODAY.

1              MR. BLANK:  OKAY.

2              THE COURT:  ALL RIGHT.  SO I WILL ASK THE PARTIES TO

3       PLEASE WAIT FOR THAT.  IF YOU DON'T HAVE TIME -- I DON'T

4       KNOW IF, COUNSEL, IF YOU'RE ATTENDING THE SECTION MEETINGS

5       TODAY, YOU CAN ALWAYS COME BACK AND PICK IT UP THIS

6       AFTERNOON, IF YOU HAVE A CRUNCH FOR TIME RIGHT NOW.

7              MR. BLANK:  I PREFER TO HAVE MY ATTORNEY SERVICE

8       COME BACK AND PICK IT UP IF THAT'S OKAY.

9              THE COURT:  THAT'S FINE.  BUT THEN YOU WILL MAKE

10      SURE YOU GIVE IT TO YOUR CLIENT.

11             MR. BLANK:  MY CLIENT IS PRESENT IN COURT AND IS

12      AWARE THAT SHE'S BEING RESTRAINED.

13                      IS THAT CORRECT?

14             THE COURT:  IS THAT CORRECT?

15             THE WITNESS:  ARE YOU REALLY SAYING I HAVE TO QUIT

16      MY JOB BECAUSE OF THIS?

17             THE COURT:  MA'AM, I DIDN'T WRITE THE LAW BUT I WILL

18      ENFORCE IT.

19             THE CLERK:  YOUR HONOR, EXHIBITS TO BE RETURNED?

20             THE COURT:  EXHIBITS RETURNED.

21             THE CLERK:  AND FOR THE CLERK'S VERIFICATION WE HAVE

22      EXHIBITS 3 THROUGH 14 RECEIVED ONLY?

23             THE COURT:  CORRECT.  OH, WAIT.  DID WE RECEIVE 1?

24             MR. BLANK:  IT'S THE PETITION.  I THINK IT'S PART OF

25      THE COURT'S RECORD ANYWAY.

26             THE COURT:  I THINK IT IS TOO.

1          MR. BLANK:  AND SAME THING WITH 2 WHICH IS THE

2    RESPONSE.

3          THE COURT:  RIGHT.

4          MR. BLANK:  AND I HAVE NO PROBLEM WITH THE EXHIBITS

5    BEING RETURNED, BUT I'D LIKE A STIPULATION ON THE RECORD

6    THAT WE CAN -- IF THERE IS AN APPEAL THAT WE'LL CREATE OUR

7    OWN RECORD FROM THESE EXHIBITS.

8          MS. GRUENWALD:  SO STIPULATED.

9          THE COURT:  ALL RIGHT.  WE'LL RETURN EXHIBITS.

10    THANK YOU.

11          MS. GRUENWALD:  THANK YOU, YOUR HONOR.

12          THE COURT:  AGAIN, MISS GRUENWALD, YOU CAN ALSO HAVE

13    YOUR SERVICE PICK IT UP THIS AFTERNOON.

14          MS. GRUENWALD:  I'LL DO THAT.  THANK YOU.

15          THE COURT:  THANK YOU.

16                    (END OF PROCEEDINGS.)

17                        *   *   *

18

19

20

21

22

23

24

25

26

1                      **REPORTER'S CERTIFICATE**

2

3       STATE OF CALIFORNIA     )
                                )   SS.
4       COUNTY OF ORANGE        )

5

6               I, LISA A. AUGUSTINE, RPR, CSR #10419, OFFICIAL

7       COURT REPORTER IN AND FOR THE SUPERIOR COURT OF THE STATE OF

8       CALIFORNIA, COUNTY OF ORANGE, DO HEREBY CERTIFY THAT THE

9       FOREGOING TRANSCRIPT IS A TRUE AND CORRECT TRANSCRIPT OF MY

10      SHORTHAND NOTES, AND IS A FULL, TRUE AND CORRECT STATEMENT

11      OF THE PROCEEDINGS HAD IN SAID CAUSE.

12

13

14

15

16
                DATED:  AUGUST 6, 2017.
17

18

19

20

21                                        *Lisa Augustine*

22                              _____

23                              LISA A. AUGUSTINE, RPR, CSR #10419
                                OFFICIAL COURT REPORTER

24

25

26