# EXHIBIT 26



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JAMIE LYNN GALLIAN
5782 PINON DR
HUNTINGTN BCH, CA  92649-4926

🔔 | Please see the **Important Messages – Please Read** section of your statement for important details that could impact you.

# Your Adv Plus Banking

for October 16, 2018 to November 13, 2018                    Account number: 3250 5114 9938

**JAMIE LYNN GALLIAN**

## Account summary

| | |
|---|---|
| Beginning balance on October 16, 2018 | -$3,672.89 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on November 13, 2018** | **-$3,684.89** |

JAMIE LYNN GALLIAN  |  Account # 3250 5114 9938  |  November 26, 2018 to December 31, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

 Bank of America, N.A. Member FDIC and    Equal Housing Lender

**Bank of America**

JAMIE LYNN GALLIAN  |  Account # 3250 5114 9938  |  October 16, 2018 to November 13, 2018

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $140.00 |
| Total NSF: Returned Item fees | $0.00 | $175.00 |

**To help avoid overdraft and returned item fees, you can set up:**

Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low

Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

| Date | Transaction description | Amount |
|---|---|---|
| 11/13/18 | Monthly Maintenance Fee | -12.00 |

**Total service fees** **-$12.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*



 See how millennials are living on $50k or less

Recently, we hosted an event for 50 millennials who are living on the typical salary of a new college grad.

**Read their stories and learn more about Better Money Habits at 50Under50K.com.**

SSM-07-18-0575.C  |  ARTQ7WY6

JASSO DECL. PAGE - 0906

JAMIE LYNN GALLIAN   |   Account # 3250 5114 9934

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Reminder:**

The name of Bank of America Core Checking® changed to Bank of America Advantage Plus Banking(TM). There are no changes to your account number, debit cards, checks or monthly maintenance fee.

---

JAMIE LYNN GALLIAN   |   Account # 3250 5114 9934

This page intentionally left blank

# EXHIBIT 27

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| **Feldsott & Lee, A Law Corporation**<br>**23161 Mill Creek Drive**<br>**Suite 300**<br>**Laguna Hills, CA 92653**<br><br>EMAIL: **ANichter@cahoalaw.com**<br>ATTORNEY FOR: | | |

| NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY: |
|---|
| **Orange County Superior Court**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** |

| PLAINTIFF:<br>**The Huntington Beach Gables Homeowners Association** | COURT CASE NO:<br><br>30-2017-00913985-CU-CO-CJC |
|---|---|
| DEFENDANT:<br>**Sandra Bradley, Jamie L. Gallian, et al.** | |
| **Proof of Service** | LEVYING OFFICER FILE NO:<br><br>**2021502928** |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

    f. other *(specify documents):*
       **Application and Order for Appearance and Examination**

3. a. Party Served *(specify name of party as shown on documents served):*

       **Jamie L. Gallian**

4. Address where party was served:    **16222 Monterey Lane #376**
                                        **Huntington Beach, CA 92649**

5. I served the party:

    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
       receive service of process for the party (1) on: 04/20/2021 at: 7:52 AM.

7. **Person who served the papers:**

    a. Name: **Technician D. Rios, #5890**

    b. Address: **909 N Main St, Suite 2, Santa Ana, CA 92701**

    c. Telephone number: **(714) 569-3700**

    d. **The fee for service was: $40.00**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  Wednesday, April 21, 2021                    by: _____  5890

Hearing: **06/03/2021   9:30 AM in Dept/Div: C-33**

                                                   Sheriff's Authorized Agent
                                                   Don Barnes, Sheriff-Coroner

(c) CountySuite Sheriff, Teleosoft, Inc.

AT-138/EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 289253 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Austin B. Nichter | | |
| FIRM NAME: Feldsott & Lee, A Law Corporation | | |
| STREET ADDRESS: 23161 Mill Creek Drive, Suite 300 | | |
| CITY: Laguna Hills   STATE: CA   ZIP CODE: 92653 | | |
| TELEPHONE NO.: (949) 729-8002   FAX NO.: (949) 729-8012 | | |
| E-MAIL ADDRESS: ANichter@cahoalaw.com | | |
| ATTORNEY FOR (name): The Huntington Beach Gables Homeowners Association | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: Same
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF The Huntington Beach Gables Homeowners Association
DEFENDANT Sandra Bradley, Jamie L. Gallian, et al.

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [x] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person) | 30-2017-00913985-CU-CO-CJC |
| [x] Judgment Debtor   [ ] Third Person | |

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): Jamie L. Gallian
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [x] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: ~~xxxxxxxxxxx~~ 6/3/2021   Time: ~~xxxxxx~~ 930am   Dept. or ~~xxxxxxxxx~~ C-33 Rm.:
Address of court [XX] is shown above [~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~]

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 3/4/2021                                        _____ Judge Layne H. Melzer
                                                                              JUDGE

This order must be served not less than 10 days before the date set for the examination.
### IMPORTANT NOTICES ON REVERSE

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [x] Original judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name):   JAMIE L. GALLIAN
   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [x] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 14, 2020

_____          ▶ _____
Austin B. Nichter                                                        (SIGNATURE OF DECLARANT)
(TYPE OR PRINT NAME)

(Continued on reverse)                                                      Page 1 of 2

| Form Adopted for Mandatory Use | APPLICATION AND ORDER FOR | Code of Civil Procedure, |
|---|---|---|
| Judicial Council of California | APPEARANCE AND EXAMINATION | §§ 491.110, 708.110, 708.120, 708.170 |
| AT-138/EJ-125 [Rev. January 1, 2017] | (Attachment—Enforcement of Judgment) | www.courts.ca.gov |

# EXHIBIT 28

Case Summary:

| Case Id: | 30-2019-01119765-CL-MC-CJC |
|---|---|
| Case Title: | PEOPLE OF THE STATE OF CALIFORNIA VS. GALLIAN |
| Case Type: | MISC COMPLAINTS - OTHER |
| Filing Date: | 12/20/2019 |
| Category: | CIVIL - LIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | NOTICE OF APPEAL (12/13/2019) FILED | 12/20/2019 | | 2 pages | ☐ |
| 3 | APPEAL - OTHER (REQUEST FOR COURT-APPOINTED LAWYER IN MISDEMEANOR APPEAL [12/13/2019]) FILED BY GALLIAN, JAMIE LYNN ON 12/20/2019 | 12/20/2019 | | 2 pages | ☐ |
| 4 | NOTIFICATION OF FILING NOTICE OF APPEAL | 12/20/2019 | | 1 pages | ☐ |
| 5 | DOCKET | 12/20/2019 | | 50 pages | ☐ |
| 6 | RECEIPT FOR RECORDS AND PAPERS | 12/20/2019 | | 1 pages | ☐ |
| 7 | MINUTES FINALIZED FOR 01/03/2020 12:47:00 PM. | 01/03/2020 | | 1 pages | ☐ |
| 8 | CLERK'S CERTIFICATE OF SERVICE BY MAIL | 01/03/2020 | | 1 pages | ☐ |
| 9 | APPEAL - OTHER (DECLARATION OF CONFLICT) FILED BY GALLIAN, JAMIE LYNN ON 01/06/2020 | 01/06/2020 | | 4 pages | ☐ |
| 10 | MINUTES FINALIZED FOR 01/17/2020 08:49:00 AM. | 01/17/2020 | | 1 pages | ☐ |
| 11 | CLERK'S CERTIFICATE OF SERVICE BY MAIL | 01/17/2020 | | 1 pages | ☐ |
| 12 | RECORD ON APPEAL - CLERK'S TRANSCRIPT | 03/11/2020 | | 113 pages | ☐ |
| 13 | RECEIPT FOR RECORDS AND PAPERS | 03/11/2020 | | 1 pages | ☐ |
| 14 | NOTICE OF FILING RECORD ON APPEAL AND NOTICE OF BRIEFING SCHEDULE | 03/11/2020 | | 1 pages | ☐ |
| 15 | APPEAL - OTHER (REQUEST TO BE RELIEVED AS COUNSEL) FILED BY GALLIAN, JAMIE LYNN ON 05/26/2020 | 05/26/2020 | | 3 pages | ☐ |
| 16 | MOTION TO AUGMENT/CORRECT RECORD ON APPEAL FILED BY GALLIAN, JAMIE LYNN ON 05/26/2020 | 05/26/2020 | | 4 pages | ☐ |
| 17 | MINUTES FINALIZED FOR 06/12/2020 09:59:00 AM. | 06/12/2020 | | 1 pages | ☐ |
| 18 | CLERK'S CERTIFICATE OF SERVICE BY MAIL | 06/12/2020 | | 1 pages | ☐ |
| 19 | MINUTES FINALIZED FOR 06/12/2020 01:23:00 PM. | 06/12/2020 | | 1 pages | ☐ |
| 20 | CLERK'S CERTIFICATE OF SERVICE BY MAIL | 06/12/2020 | | 1 pages | ☐ |
| 21 | APPEAL - OTHER (REQUEST TO BE RELIEVED AS COUNSEL) FILED BY GALLIAN, JAMIE LYNN ON 06/16/2020 | 06/16/2020 | | 4 pages | ☐ |
| 22 | MINUTES FINALIZED FOR 07/08/2020 01:04:00 PM. | 07/08/2020 | | 1 pages | ☐ |
| 23 | CLERK'S CERTIFICATE OF SERVICE BY MAIL | 07/08/2020 | | 1 pages | ☐ |
| 24 | NOTICE OF FILING RECORD ON APPEAL AND NOTICE OF BRIEFING SCHEDULE | 07/08/2020 | | 1 pages | ☐ |
| 25 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/08/2020 | | 3 pages | ☐ |
| 26 | REQUEST FOR EXTENSION TO TIME TO FILE BRIEF FILED BY GALLIAN, JAMIE LYNN ON 08/03/2020 | 08/03/2020 | | 3 pages | ☐ |
| 27 | MINUTES FINALIZED FOR 08/10/2020 08:57:00 AM. | 08/10/2020 | | 1 pages | ☐ |
| 28 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 08/10/2020 | | 2 pages | ☐ |
| 29 | NOTICE - OTHER FILED BY GALLIAN, JAMIE LYNN ON 07/14/2020 | 07/14/2020 | | 3 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 30 | MOTION TO AUGMENT/CORRECT RECORD ON APPEAL FILED BY GALLIAN, JAMIE LYNN ON 08/27/2020 | 08/27/2020 | | 4 pages | ☐ |
| 31 | APPEAL - OTHER (NOTICE OF ERRATA TO MOTION TO AUGMENT) FILED BY GALLIAN, JAMIE LYNN ON 08/27/2020 | 08/27/2020 | | 4 pages | ☐ |
| 32 | APPEAL - OTHER (NOTICE OF DESIGNATION OF EXHIBITS) FILED BY GALLIAN, JAMIE LYNN ON 08/24/2020 | 08/24/2020 | | 3 pages | ☐ |
| 33 | E-FILING TRANSACTION 41091316 RECEIVED ON 06/12/2020 03:02:28 PM. | 08/27/2020 | | *NV* | |
| 34 | MOTION TO AUGMENT/CORRECT RECORD ON APPEAL FILED BY GALLIAN, JAMIE LYNN ON 06/12/2020 | 06/12/2020 | | 227 pages | ☐ |
| 35 | APPEAL - OTHER (MOTION TO WITHDRAW AS COUNSEL OF RECORD) FILED BY GALLIAN, JAMIE LYNN ON 09/01/2020 | 09/01/2020 | | 2 pages | ☐ |
| 36 | MINUTES FINALIZED FOR 09/17/2020 01:49:00 PM. | 09/17/2020 | | 1 pages | ☐ |
| 37 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 09/17/2020 | | 2 pages | ☐ |
| 38 | APPEAL - OTHER FILED BY GALLIAN, JAMIE LYNN ON 09/22/2020 | 09/22/2020 | | 2 pages | ☐ |
| 39 | E-FILING TRANSACTION 41134132 RECEIVED ON 11/18/2020 03:51:40 PM. | 11/19/2020 | | *NV* | |
| 40 | MOTION TO AUGMENT/CORRECT RECORD ON APPEAL FILED BY GALLIAN, JAMIE LYNN ON 11/18/2020 | 11/18/2020 | | 5 pages | ☐ |
| 41 | APPEAL - OTHER (AUGMENTED REPORTER'S TRANSCIPT OF PROCEEDINGS) FILED BY GALLIAN, JAMIE LYNN ON 11/18/2020 | 11/18/2020 | | 472 pages | ☐ |
| 42 | MINUTES FINALIZED FOR 01/05/2021 03:35:00 PM. | 01/05/2021 | | 1 pages | ☐ |
| 43 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 01/05/2021 | | 2 pages | ☐ |
| 44 | E-FILING TRANSACTION 41146436 RECEIVED ON 01/05/2021 08:36:10 PM. | 01/06/2021 | | *NV* | |
| 45 | MOTION TO AUGMENT/CORRECT RECORD ON APPEAL FILED BY GALLIAN, JAMIE LYNN ON 01/05/2021 | 01/05/2021 | | 5 pages | ☐ |
| 46 | APPEAL - OTHER (AUGMENTED REPORTER'S TRANSCIPT OF PROCEEDINGS) FILED BY GALLIAN, JAMIE LYNN ON 01/05/2021 | 01/05/2021 | | 94 pages | ☐ |
| 47 | E-FILING TRANSACTION 41146441 RECEIVED ON 01/05/2021 09:41:46 PM. | 01/06/2021 | | *NV* | |
| 48 | MOTION TO AUGMENT/CORRECT RECORD ON APPEAL (AMENDED) FILED BY GALLIAN, JAMIE LYNN ON 01/05/2021 | 01/05/2021 | | 5 pages | ☐ |
| 49 | E-FILING TRANSACTION 3968953 RECEIVED ON 01/06/2021 06:19:59 PM. | 01/13/2021 | | *NV* | |
| 50 | APPEAL - OTHER (MOTION FOR APPOINTMENT OF COUNSEL) FILED BY GALLIAN, JAMIE LYNN ON 01/06/2021 | 01/06/2021 | | 10 pages | ☐ |
| 51 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE LYNN ON 01/06/2021 | 01/06/2021 | | 1 pages | ☐ |
| 52 | MINUTES FINALIZED FOR 01/14/2021 12:50:00 PM. | 01/14/2021 | | 1 pages | ☐ |
| 53 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 01/14/2021 | | 2 pages | ☐ |
| 54 | MINUTES FINALIZED FOR 01/25/2021 12:59:00 PM. | 01/25/2021 | | 1 pages | ☐ |
| 55 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 01/25/2021 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 56 | MOTION TO AUGMENT/CORRECT RECORD ON APPEAL FILED BY GALLIAN, JAMIE LYNN ON 01/26/2021 | 01/26/2021 | | 5 pages | ☐ |
| 57 | E-FILING TRANSACTION NUMBER 3979318 REJECTED. | 02/09/2021 | | 1 pages | ☐ |
| 58 | E-FILING TRANSACTION 2982597 RECEIVED ON 02/09/2021 11:52:02 AM. | 02/10/2021 | | NV | |
| 59 | MOTION TO AUGMENT/CORRECT RECORD ON APPEAL FILED BY GALLIAN, JAMIE LYNN ON 02/09/2021 | 02/09/2021 | | 4 pages | ☐ |
| 60 | MINUTES FINALIZED FOR 02/17/2021 08:30:00 AM. | 02/17/2021 | | 1 pages | ☐ |
| 61 | CLERK'S CERTIFICATE OF SERVICE BY MAIL | 02/17/2021 | | 1 pages | ☐ |
| 62 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 02/17/2021 | | 2 pages | ☐ |
| 63 | MINUTES FINALIZED FOR 03/05/2021 08:43:00 AM. | 03/05/2021 | | 1 pages | ☐ |
| 64 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 03/05/2021 | | 2 pages | ☐ |
| 65 | RECORD ON APPEAL - SUPPLEMENTAL CLERK'S TRANSCRIPT | 04/29/2021 | | 91 pages | ☐ |
| 66 | RECEIPT FOR RECORDS AND PAPERS | 04/29/2021 | | 1 pages | ☐ |
| 67 | NOTICE OF FILING RECORD ON APPEAL AND NOTICE OF BRIEFING SCHEDULE | 04/29/2021 | | 1 pages | ☐ |
| 68 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 04/29/2021 | | 2 pages | ☐ |
| 69 | E-FILING TRANSACTION 21014429 RECEIVED ON 05/04/2021 01:56:57 PM. | 05/05/2021 | | NV | |
| 70 | APPEAL - OTHER (APPLICATION TO PROVIDE AN ELECTRONIC COPY OF THE RECORD TO APPELLANT) FILED BY GALLIAN, JAMIE LYNN ON 05/04/2021 | 05/04/2021 | | 5 pages | ☐ |
| 71 | MINUTES FINALIZED FOR 05/12/2021 02:05:00 PM. | 05/12/2021 | | 1 pages | ☐ |
| 72 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 05/12/2021 | | 2 pages | ☐ |
| 73 | E-FILING TRANSACTION 21021658 RECEIVED ON 05/21/2021 05:39:16 PM. | 05/21/2021 | | NV | |
| 74 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY GALLIAN, JAMIE LYNN ON 05/21/2021 | 05/21/2021 | | 6 pages | ☐ |
| 75 | E-FILING TRANSACTION 1850159 RECEIVED ON 05/21/2021 12:38:49 PM. | 05/24/2021 | | NV | |
| 76 | REQUEST FOR EXTENSION TO TIME TO FILE BRIEF FILED BY GALLIAN, JAMIE LYNN ON 05/21/2021 | 05/21/2021 | | 6 pages | ☐ |
| 77 | MINUTES FINALIZED FOR 06/01/2021 10:22:00 AM. | 06/01/2021 | | 1 pages | ☐ |
| 78 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 06/01/2021 | | 2 pages | ☐ |
| 79 | E-FILING TRANSACTION 41207392 RECEIVED ON 06/18/2021 11:58:38 PM. | 06/21/2021 | | NV | |
| 80 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE LYNN ON 06/18/2021 | 06/18/2021 | | 1 pages | ☐ |
| 81 | E-FILING TRANSACTION 1861060 RECEIVED ON 06/18/2021 11:58:40 PM. | 06/21/2021 | | NV | |
| 82 | STATEMENT - OTHER FILED BY GALLIAN, JAMIE LYNN ON 06/18/2021 | 06/18/2021 | | 44 pages | ☐ |
| 83 | E-FILING TRANSACTION 31029374 RECEIVED ON 06/18/2021 10:27:51 PM. | 06/22/2021 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 84 | APPELLANT'S OPENING BRIEF FILED BY GALLIAN, JAMIE LYNN ON 06/18/2021 | 06/18/2021 | | 8 pages | ☐ |
| 85 | E-FILING TRANSACTION NUMBER 21035027 REJECTED. | 06/28/2021 | | 1 pages | ☐ |
| 86 | E-FILING TRANSACTION NUMBER 1866529 REJECTED. | 07/06/2021 | | 1 pages | ☐ |
| 87 | MINUTES FINALIZED FOR 07/08/2021 10:54:00 AM. | 07/08/2021 | | 1 pages | ☐ |
| 88 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/08/2021 | | 2 pages | ☐ |
| 89 | RECEIPT FOR RECORDS AND PAPERS WITH MISC. DOCUMENT(S) | 07/09/2021 | | 43 pages | ☐ |
| 90 | E-FILING TRANSACTION 1870458 RECEIVED ON 07/14/2021 05:17:18 PM. | 07/14/2021 | | *NV* | |
| 91 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE LYNN ON 07/14/2021 | 07/14/2021 | | 2 pages | ☐ |
| 92 | E-FILING TRANSACTION 31038780 RECEIVED ON 07/14/2021 05:17:42 PM. | 07/14/2021 | | *NV* | |
| 93 | SUPPLEMENTAL FILED BY GALLIAN, JAMIE LYNN ON 07/14/2021 | 07/14/2021 | | 154 pages | ☐ |
| 94 | E-FILING TRANSACTION 41216803 RECEIVED ON 07/14/2021 06:09:45 PM. | 07/14/2021 | | *NV* | |
| 95 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE LYNN ON 07/14/2021 | 07/14/2021 | | 2 pages | ☐ |
| 96 | MINUTES FINALIZED FOR 07/22/2021 01:46:00 PM. | 07/22/2021 | | 1 pages | ☐ |
| 97 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/22/2021 | | 2 pages | ☐ |
| 98 | E-FILING TRANSACTION 31045858 RECEIVED ON 08/03/2021 07:47:00 AM. | 08/03/2021 | | *NV* | |
| 99 | APPEAL - OTHER (ORAL ARGUMENT REQUEST/WAIVER) FILED BY GALLIAN, JAMIE LYNN ON 08/03/2021 | 08/03/2021 | | 1 pages | ☐ |
| 100 | PROOF OF SERVICE BY MAIL FILED BY GALLIAN, JAMIE LYNN ON 08/03/2021 | 08/03/2021 | | 1 pages | ☐ |
| 101 | E-FILING TRANSACTION 31046378 RECEIVED ON 08/04/2021 01:03:00 AM. | 08/04/2021 | | *NV* | |
| 102 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE LYNN ON 08/04/2021 | 08/04/2021 | | 2 pages | ☐ |
| 103 | E-FILING TRANSACTION 1878061 RECEIVED ON 08/04/2021 01:03:01 AM. | 08/04/2021 | | *NV* | |
| 104 | SUPPLEMENTAL FILED BY GALLIAN, JAMIE LYNN ON 08/04/2021 | 08/04/2021 | | 28 pages | ☐ |
| 105 | RECEIPT FOR RECORDS AND PAPERS | 08/19/2021 | | 1 pages | ☐ |
| 106 | CHAMBERS WORK SCHEDULED FOR 08/26/2021 AT 09:30:00 AM IN C01 AT CENTRAL JUSTICE CENTER. | 08/26/2021 | | *NV* | |
| 107 | THE COURT TAKES THIS MATTER UNDER SUBMISSION. | 08/26/2021 | | *NV* | |
| 108 | MINUTES FINALIZED FOR CHAMBERS WORK 08/26/2021 09:30:00 AM. | 08/26/2021 | | 1 pages | ☐ |
| 109 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 08/26/2021 | | 2 pages | ☐ |
| 110 | OPINION FILED BY THE SUPERIOR COURT OF ORANGE ON 08/26/2021 | 08/26/2021 | | 1 pages | ☐ |
| 111 | NOTICE OF FILING OF JUDGMENT/ORDER | 08/26/2021 | | 1 pages | ☐ |

Participants:

| ROA | Name | Docket | Type | Filing Date | Assoc | Filing Start | Document Date | End | Select Date |
|-----|------|--------|------|-------------|-------|--------------|---------------|-----|-------------|
| ROBERT LIVINGSTON BAUZER | MINUTES FINALIZED FOR 08/26/2021 02:00 PM. | | ATTORNEY | 08/26/2021 | | 09/17/2020 | 6 pages | | ☐ |
| ORANGE COUNTY DISTRICT ATTORNEY | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | | ATTORNEY | 08/26/2021 | | 12/20/2049 | 9 pages | | ☐ |
| JAMIE LYNN GALLIAN | REMITTITUR | | APPELLANT | 11/10/2021 | | 12/20/2019 | 3 pages | | ☐ |
| ORANGE COUNTY PUBLIC DEFENDER | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | | ATTORNEY | 11/10/2021 | | 12/20/2049 | 9 pages | | ☐ |
| ELISABETH A BOWMAN | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | | ATTORNEY | 11/10/2021 | | 01/17/2020 | 6 pages | | ☐ |
| PEOPLE OF THE STATE OF CALIFORNIA | MINUTES FINALIZED FOR 05/09/2022 RESPONDENT ON APPEAL | | RESPONDENT ON APPEAL | 05/09/2022 | | 12/20/2019 | | | ☐ |
| MURRAY KAMIONSKI | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | | ATTORNEY | 05/09/2022 | | 07/08/2020 | 6 pages | | ☐ |
| MURRAY KAMIONSKI | MINUTES FINALIZED FOR 05/31/2022 08:30:00 AM. | | ATTORNEY | 05/31/2022 | | 07/08/2020 | | 09/16/2020 | |
| ELISABETH A BOWMAN | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | | ATTORNEY | 05/31/2022 | | 01/17/2020 | | 07/07/2020 | |
| ORANGE COUNTY PUBLIC DEFENDER | | | ATTORNEY | | | 12/20/2019 | | 01/16/2020 | |

Hearings:

| Description | Date | Time | Department | Judge |
|-------------|------|------|------------|-------|

Print this page

Case Summary:

| Case Id: | 30-2021-01189657-CL-MC-CJC |
|---|---|
| Case Title: | PEOPLE OF THE STATE OF CALIFORNIA VS. GALLIAN |
| Case Type: | MISC COMPLAINTS - OTHER |
| Filing Date: | 03/17/2021 |
| Category: | CIVIL - LIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | NOTICE OF APPEAL (02/24/2021) FILED | 03/17/2021 | | 2 pages | ☐ |
| 2 | CASE ASSIGNED TO JUDICIAL OFFICER APPELLATE PANEL ON 03/17/2021. | 03/17/2021 | | *NV* | |
| 3 | APPEAL - OTHER (REQUEST FOR COURT-APPOINTED LAWYER IN MISDEMEANOR APPEAL [02/24/2021]) FILED BY GALLIAN, JAMIE LYNN ON 03/17/2021 | 03/17/2021 | | 2 pages | ☐ |
| 4 | NOTIFICATION OF FILING NOTICE OF APPEAL | 03/17/2021 | | 1 pages | ☐ |
| 5 | DOCKET | 03/17/2021 | | 78 pages | ☐ |
| 6 | RECEIPT FOR RECORDS AND PAPERS | 03/17/2021 | | 2 pages | ☐ |
| 7 | MINUTES FINALIZED FOR 03/24/2021 09:51:00 AM. | 03/24/2021 | | 1 pages | ☐ |
| 8 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 03/24/2021 | | 2 pages | ☐ |
| 9 | CLERK'S CERTIFICATE OF SERVICE BY MAIL | 03/24/2021 | | 1 pages | ☐ |
| 10 | RECORD ON APPEAL - CLERK'S TRANSCRIPT | 06/07/2021 | | 316 pages | ☐ |
| 11 | RECEIPT FOR RECORDS AND PAPERS | 06/07/2021 | | 1 pages | ☐ |
| 12 | NOTICE OF FILING RECORD ON APPEAL AND NOTICE OF BRIEFING SCHEDULE | 06/07/2021 | | 1 pages | ☐ |
| 13 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 06/07/2021 | | 2 pages | ☐ |
| 14 | E-FILING TRANSACTION 21037120 RECEIVED ON 07/01/2021 04:58:22 PM. | 07/02/2021 | | *NV* | |
| 15 | APPELLANT'S OPENING BRIEF FILED BY GALLIAN, JAMIE LYNN ON 07/01/2021 | 07/01/2021 | | 7 pages | ☐ |
| 16 | E-FILING TRANSACTION 31038784 RECEIVED ON 07/14/2021 05:32:03 PM. | 07/14/2021 | | *NV* | |
| 17 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE LYNN ON 07/14/2021 | 07/14/2021 | | 2 pages | ☐ |
| 18 | E-FILING TRANSACTION 41216786 RECEIVED ON 07/14/2021 05:32:19 PM. | 07/14/2021 | | *NV* | |
| 20 | E-FILING TRANSACTION 1871328 RECEIVED ON 07/16/2021 12:25:48 PM. | 07/19/2021 | | *NV* | |
| 21 | SUPPLEMENTAL FILED BY GALLIAN, JAMIE LYNN ON 07/16/2021 | 07/16/2021 | | 48 pages | ☐ |
| 22 | MINUTES FINALIZED FOR 07/22/2021 12:54:00 PM. | 07/22/2021 | | 1 pages | ☐ |
| 23 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/22/2021 | | 2 pages | ☐ |
| 25 | MINUTES FINALIZED FOR 08/10/2021 07:45:00 AM. | 08/10/2021 | | 1 pages | ☐ |
| 26 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 08/10/2021 | | 2 pages | ☐ |
| 27 | MINUTES FINALIZED FOR 08/31/2021 08:38:00 AM. | 08/31/2021 | | 1 pages | ☐ |
| 28 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 08/31/2021 | | 2 pages | ☐ |
| 30 | MINUTES FINALIZED FOR 08/31/2021 08:42:00 AM. | 08/31/2021 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 31 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 08/31/2021 | | 2 pages | ☐ |
| 32 | CLERK'S CERTIFICATE OF SERVICE BY MAIL | 08/31/2021 | | 1 pages | ☐ |
| 33 | RECORD ON APPEAL - SUPPLEMENTAL CLERK'S TRANSCRIPT | 09/23/2021 | | 121 pages | ☐ |
| 34 | RECEIPT FOR RECORDS AND PAPERS | 09/23/2021 | | 1 pages | ☐ |
| 35 | RECEIPT FOR RECORDS AND PAPERS WITH MISC. DOCUMENT(S) | 09/23/2021 | | 18 pages | ☐ |
| 36 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 09/23/2021 | | 140 pages | ☐ |
| 37 | E-FILING TRANSACTION 31072248 RECEIVED ON 10/08/2021 01:48:16 PM. | 10/12/2021 | | *NV* | |
| 39 | APPEAL BRIEF - OTHER (SECOND SUPPLEMENT TO WENDE BRIEF) FILED BY GALLIAN, JAMIE LYNN ON 10/08/2021 | 10/08/2021 | | 6 pages | ☐ |
| 40 | CHAMBERS WORK SCHEDULED FOR 02/24/2022 AT 09:30:00 AM IN C01 AT CENTRAL JUSTICE CENTER. | 02/24/2022 | | *NV* | |
| 41 | THE COURT TAKES THIS MATTER UNDER SUBMISSION. | 02/24/2022 | | *NV* | |
| 42 | MINUTES FINALIZED FOR CHAMBERS WORK 02/24/2022 09:30:00 AM. | 02/24/2022 | | 1 pages | ☐ |
| 43 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 02/24/2022 | | 2 pages | ☐ |
| 44 | OPINION FILED BY THE SUPERIOR COURT OF ORANGE ON 04/18/2022 | 04/18/2022 | | 6 pages | ☐ |
| 45 | NOTICE OF FILING OF JUDGMENT/ORDER | 04/18/2022 | | 1 pages | ☐ |
| 46 | MINUTES FINALIZED FOR 04/18/2022 01:06:00 PM. | 04/18/2022 | | 1 pages | ☐ |
| 47 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 04/18/2022 | | 9 pages | ☐ |
| 48 | E-FILING TRANSACTION 21154886 RECEIVED ON 05/03/2022 08:59:12 PM. | 05/04/2022 | | *NV* | |
| 50 | MINUTES FINALIZED FOR 05/09/2022 11:01:00 AM. | 05/09/2022 | | 1 pages | ☐ |
| 51 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 05/09/2022 | | 2 pages | ☐ |
| 52 | MINUTES FINALIZED FOR 05/31/2022 08:50:00 AM. | 05/31/2022 | | 1 pages | ☐ |
| 53 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 05/31/2022 | | 2 pages | ☐ |
| 55 | REMITTITUR | 06/23/2022 | | 3 pages | ☐ |
| | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 06/23/2022 | | 2 pages | ☐ |

Participants:

| Name | Type | Assoc Start Date | End Date |
|---|---|---|---|
| ORANGE COUNTY DISTRICT ATTORNEY | ATTORNEY | 03/24/2021 | |
| ORANGE COUNTY PUBLIC DEFENDER | ATTORNEY | 03/24/2021 | |
| JAMIE LYNN GALLIAN | APPELLANT | 12/20/2019 | |
| PEOPLE OF THE STATE OF CALIFORNIA | RESPONDENT ON APPEAL | 12/20/2019 | |
| ROBERT LIVINGSTON BULLOCK | ATTORNEY | 03/24/2021 | |
| ORANGE COUNTY DISTRICT ATTORNEY | ATTORNEY | 03/24/2021 | 06/06/2021 |
| ORANGE COUNTY PUBLIC DEFENDER | ATTORNEY | 03/24/2021 | 06/06/2021 |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|

Print this page

# EXHIBIT 29

RETURN ON ATTACHMENT/EXECUTION

SUPERIOR COURT                          Case No: 30-2017-00913985-CU-CO-CJC
SANTA ANA                               Writ Issued On: 06/28/19
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701-1994

        THE HUNGTINGTON BEACH VS GALLIAN, JAMIE L                    **FILED**

I, the undersigned Sheriff of Los Angeles County, State of    SUPERIOR COURT OF CALIFORNIA
am filing a levying officer return of actions pursuant to t     COUNTY OF ORANGE
                                                               CENTRAL JUSTICE CENTER
on the date referenced above. I certify that I am retaining possession of
the original writ (CCP263.7). I hereby certify that I levied    FEB 27 2020
judgment debtor's interest in personal property in the possession or under
the control of:

BANK OF AMERICA
C/O CT CORP

By delivering to:
   A DAMONTE                    AA
Left with:

of said garnishee on 10/11/19,  personally a copy of the writ, copies of the
memorandom of garnishee and a copy of the Notice of Levy.  The property levied
upon is described.

As follows:
LEVY ON ANY AND ALL ACCOUNTS OF THE JUDGMENT DEBTOR ACCOUNTS
SS# XXX XX ----


A copy of the writ and a Notice of Attachment/Levy was served on the
defendant/judgment debtor at the address shown on the writ.  Copies were also
served on any other person requiring notice.

A list of exemptions was also served on the judgment debtor.

SEE ATTACHED MEMO OF GARNISHEE.


Person serving E219603
Deputy KEISHIA S LIMBRICK
                                                    Alex Villanueva, SHERIFF

Dated: 02/20/20                  By _____
Branch: POMONA (MUNICIPAL)                          ANGIE WONG, DEPUTY

MA1WP25E                    RETURN ON ATTACHMENT/EXECUTION

SUPERIOR COURT                          Case No: 30-2017-00913985-CU-CO-CJC
SANTA ANA                               Writ Issued On: 06/28/19
700 CIVIC CENTER DRIVE WEST
SANTA ANA, CA 92701-1994

     THE HUNGTINGTON BEACH VS GALLIAN, JAMIE L

I, the undersigned Sheriff of Los Angeles County, State of California,
am filing a levying officer return of actions pursuant to the writ issued
on the date referenced above. I certify that I am retaining possession of
the original writ (CCP263.7). I hereby certify to the following:

Monies received and held from prior writs                          0.00
Net monies received between writs                                  0.00
Monies collected under this writ                                   0.00
Less monies refunded to the defendant                              0.00
Less monies I am holding pending court instructions                0.00

Results in net collections of:                                     0.00
And plaintiff's instructions or
     credit on judgment to reduce Amount to Satisfy by:            0.00

Which I credited as follows:

Disbursement Processing Fees (DPF)
Levy, keeper, storage fees, etc.
Monies for the writ issuance fee plus interest
     (Lines 16 & 17 on the writ)                                   0.00
Monies for interest to the last date of collection
     (Line 19 on the writ)                                         0.00
Monies applied to the principal (Line 15 on the writ)              0.00


As of 02/20/20
     Remaining Amount to Satisfy this Writ:      344460.46
     Interest per day: 86.73


I hereby return this writ with uncollected costs of:               40.00


                                   Alex Villanueva, SHERIFF

Dated: 02/20/20              By _____
Branch: POMONA (MUNICIPAL)             ANGIE WONG, DEPUTY

MA1WP26J              RETURN ON ATTACHMENT/EXECUTION

# EXHIBIT 30



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Vanessa Bradley, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.  I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 26312053

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Note to Client | | 0 | 0 |
| Unable to locate the following provided entities - J-Pad, LLC, J-Sandcastle Co., LLC, Alderport 4476 Co., LLC and Alerport 4476 Co., LLC with the information provided. Unable to locate any accounts for Jamie Lynn Gallian during the time frame requested. Check 898902011 was used to purchase cashiers check 51500779 pay to Jamie L Gallian negotiated at Chase. | | | |
| | | **Total Copies Delivered:** | **0** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.   Executed on this 31st day of March, 2022, in the City of Tempe, State of ARIZONA.

_Vanessa Bradley_
_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 26312053; Agency Case No: 821bk11710ES

# EXHIBIT 31

# CHASE ○

## Personal Electronic Signature Card

| | | |
|---|---|---|
| **TAX RESPONSIBLE ID #** 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* | **DATE OPENED** | 10/31/2018 |
| **PERSONAL ADDRESS** | **ISSUED BY** | New Account |
| 5782 PINON DR | | JPMorgan Chase Bank, N.A |
| HUNTINGTON BEACH, CA 92649-4926 | | Santa Ana Main |
| United States/US Territories | **BRANCH CITY/STATE** | Santa Ana ( CA ) |
| | **BANK # BRANCH** | 741284 |
| | | MYNOR A LIMA |
| | **PHONE #** | (714) 547-5992 |

**TYPE OF OWNERSHIP**  Individual - POD

| ACCOUNT TITLE | ACCOUNT NUMBER / ACCOUNT TYPE | |
|---|---|---|
| JAIME LYNN GALLIAN | 339960186 | Chase Private Client Checking |
| POD JUSTIN D BARCLAY | 3727597891 | Chase Private Client Savings |
| AND BRIAN JAMES GALLIAN | | |
| AND STEVEN GALLIAN | | |

**CUSTOMER(S) TO BE ADDED LATER:**

**ACKNOWLEDGEMENT** - By signing this Signature Card, I am applying to the JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account and/or Chase Liquid® indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Deposit Account Agreement or other applicable account agreement or the Chase Liquid Agreement, which includes all provisions that apply to this deposit account and/or Chase Liquid Card and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

Exemption from FATCA reporting code (if any)                [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

*CERTIFICATION - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.*

M10618_C2S_CS (9/18)        Page 1 of 3        © 2017 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE** 🔵

Has the IRS notified you that you are subject to backup withholding?

X No. I am not subject to backup withholding.

☐ Yes. The IRS has informed me that I am subject to backup withholding. As a result, I am not making
a certification with respect to item 2, above.

*The Internal Revenue Service does not require your consent to any provision of this document other than
the certifications required to avoid backup withholding.*

| NAME | **TELEPHONE NUMBER | ELECTRONIC SIGNATURE |
|---|---|---|
| JAMIE L GALLIAN 1*) | (714) 321-3449 | JAMIE GALLIAN on 2018-10-31 18:31:39 EDT |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |
| 7) | | |
| 8) | | |

*Tax Responsibility Indicator

** When you give us your mobile phone number, we have your permission to contact you at that number about
all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or
prerecorded voice messages and automatic dialing technology for informational and account service calls, but
not for telemarketing or sales calls. It may include contact from companies working on our behalf to service
your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

M10618_C2S_CS (9/18)    Page 2 of 3    © 2017 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE** ⬤

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **TAXPAYER ID#** | 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 | | | |
| **DATE OF BIRTH** | 11/16/1962 | | | |
| **PRIMARY ID TYPE** | Driver's License | | | |
| **PRIMARY ID NUMBER** | V8040742 | | | |
| **ISSUER** | CA | | | |
| **ISSUANCE DATE** | 04/10/2018 | | | |
| **EXPIRATION DATE** | 11/16/2022 | | | |
| **SECONDARY ID TYPE** | Chase or Bank Issued Credit/Debit Card | | | |
| **SECONDARY IDNUMBER** | XXXXXXXXXXXX0876 | | | |
| **ISSUER** | BANK OF AMERICA | | | |
| **ISSUANCE DATE** | | | | |
| **EXPIRATION DATE** | 05/31/2022 | | | |

|  | 5 | 6 | 7 | 8 |
|---|---|---|---|---|
| **TAXPAYER ID#** | | | | |
| **DATE OF BIRTH** | | | | |
| **PRIMARY ID TYPE** | | | | |
| **PRIMARY ID NUMBER** | | | | |
| **ISSUER** | | | | |
| **ISSUANCE DATE** | | | | |
| **EXPIRATION DATE** | | | | |
| **SECONDARY ID TYPE** | | | | |
| **SECONDARY IDNUMBER** | | | | |
| **ISSUER** | | | | |
| **ISSUANCE DATE** | | | | |
| **EXPIRATION DATE** | | | | |

M10618_C2S_CS (9/18)        Page 3 of 3        © 2017 JPMorgan Chase Bank, N.A. Member FDIC

○

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 31, 2018 through November 30, 2018
Account Number:   **000003727597891**

---

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00160024 DRE 703 142 30518 NNNNNNNNNNN T 1 000000000 61 0000
JAMIE L GALLIAN
5782 PINON DR
HUNTINGTON BEACH CA 92649-4928



## We updated our Deposit Account and Wire Transfer Agreements

The following changes were made November 11, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:

  - We added a section to describe our new Autosave feature, which allows you to make automatic transfers from your checking account to your savings account. (New section in General Account Terms, Section B, Autosave feature)

  - We no longer charge an Extended Overdraft Fee. (General Account Terms, Section C, Insufficient Funds and Returned Item fees)

  - We added an address for reporting a dispute if you believe we provided incomplete or inaccurate information about your account to a consumer reporting agency. (New section in General Account Terms, Section I, Disputing information reported to a consumer reporting agency)

- We updated our Wire Transfer Agreement, here's what you should know:

  - You will still receive email notifications on the status of your wire transfer. However, we added that if we're unable to send an email due to system failures or outages, it's your responsibility to monitor your account for the status of your wire transfer.

  - We clarified that you should expect your foreign exchange rate to be less favorable than rates quoted online or in publications.

Please call us at the number at the top of this statement if you have any questions.

Page 1 of 2

**443**

CHASE PRIVATE CLIENT

October 31, 2018 through November 30, 2018
Account Number:    000003727597891

## SAVINGS SUMMARY    Chase Private Client Savings

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | 366,601.12 |
| Electronic Withdrawals | -355,000.00 |
| Other Withdrawals | -11,500.26 |
| **Ending Balance** | **$100.86** |
| | |
| Annual Percentage Yield Earned This Period | 0.08% |
| Interest Paid This Period | $1.12 |
| Interest Paid Year-to-Date | $1.12 |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| 10/31 | Deposit    997720804 | **366,600.00** | 366,600.00 |
| 11/01 | 11/01 Online Transfer To Chk ...0186 Transaction#: 7626925536 | -225,000.00 | 141,600.00 |
| 11/02 | 11/02 Online Transfer To Chk ...0186 Transaction#: 7626942322 | -130,000.00 | 11,600.00 |
| 11/05 | 11/03 Withdrawal | -10,000.00 | 1,600.00 |
| 11/05 | 11/03 Withdrawal | -1,500.00 | 100.00 |
| 11/30 | Interest Payment | 1.12 | 101.12 |
| 11/30 | Federal Interest Withheld | -0.26 | 100.86 |
| | **Ending Balance** | | **$100.86** |

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
* Your name and account number
* The dollar amount of the suspected error
* A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

**444**

**CHASE ⬤**          **WITHDRAWAL**

CHECKING ☐
SAVINGS ☒
CHASE LIQUID ☐

R/T 500001017

Today's Date
1 | 1 5 | 1 0

Customer Name *(Please Print)*
JAMIE  GAILLIAN

*If Purchasing a Cashier's Check Provide Payed Name*

N13061-CH (Rev. 10/15)  80057912  05/18

Customer Signature
(X) ~~signature~~

▼ Start your account number here
3 7 2 7 5 9 7 8 9 1

TOTAL $   10,000. —

AMOUNT

⑈0743708350⑈ ⑆500001017⑆



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

December 01, 2018 through December 31, 2018
Primary Account: **000000339960186**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00058174 DRE 703 141 00119 NNNNNNNNNNNN T 1 000000000 66 0000
JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH CA 92649-2258



**We are clarifying the fee for incoming wires**

On March 17, 2019, we're updating the document explaining our Additional Banking Services and Fees to clarify that the fee for an incoming wire is $0 if it is sent from another Chase account with the help of a Chase banker or through chase.com or the Chase Mobile® app.

As a reminder, our standard fee to receive a wire is $15, however, some of our products do not charge this fee.

Please call the number on this statement if you have any questions.

**We're updating our Wire Transfer Agreement**

On March 17, 2019, we're updating our Wire Transfer Agreement, which applies to wire transfers requested through your Chase Private Client Service team. This update explains that we will notify you in advance of any changes to this agreement if they adversely affect you, or if the change is necessary to comply with a legal requirement.

To get a copy of this agreement, you can visit a branch or contact your Private Client Banker.

Please call us at the number at the top of this statement if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | 000000339960186 | $0.23 | $3,928.57 |
| Chase Private Client Savings | 000003727597891 | 100.86 | 100.86 |
| **Total** | | **$101.09** | **$4,029.43** |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$101.09** | **$4,029.43** |

Page 1 of 4

447

**CHASE PRIVATE CLIENT**

December 01, 2018 through December 31, 2018
Primary Account: 000000339960186

## CHASE PRIVATE CLIENT CHECKING

JAMIE L GALLIAN                                    Account Number: 000000339960186

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $0.23 |
| Deposits and Additions | 22,591.34 |
| Electronic Withdrawals | -18,663.00 |
| **Ending Balance** | **$3,928.57** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.30 |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $0.23 |
| 12/28 | Deposit     1819563812 | 2,591.34 | 2,591.57 |
| 12/31 | Deposit     1786730251 | 20,000.00 | 22,591.57 |
| 12/31 | 12/29 Online Payment 7798547061 To Spectrum | -136.00 | 22,455.57 |
| 12/31 | 12/29 Online Payment 7798693708 To County of Orange | -27.00 | 22,428.57 |
| 12/31 | 12/31 Online Transfer To Chk ...5315 Transaction#: 7804113552 | -500.00 | 21,928.57 |
| 12/31 | Transfer To Chk Xxxxxx7860 | -18,000.00 | 3,928.57 |
|  | Ending Balance |  | $3,928.57 |

## CHASE PRIVATE CLIENT SAVINGS

JAMIE L GALLIAN                                    Account Number: 000003727597891

### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $100.00 |
| **Ending Balance** | **$100.86** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $1.12 |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.

Page 2 of 4

448



**CHASE PRIVATE CLIENT**

December 01, 2018 through December 31, 2018
Primary Account: **00000339960186**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

449

CHASE PRIVATE CLIENT

December 01, 2018 through December 31, 2018
Primary Account: 000000339960186

This Page Intentionally Left Blank

Page 4 of 4

450

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 31, 2018 through November 30, 2018
Account Number: **000000339960186**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00070089 DRE 703 141 20518 NNNNNNNNNNN T 1 000000000 68 0000
JAMIE L GALLIAN
5782 PINON DR
HUNTINGTON BEACH CA 92649-4926



## We updated our Deposit Account and Wire Transfer Agreements

The following changes were made November 11, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:
  - We added a section to describe our new Autosave feature, which allows you to make automatic transfers from your checking account to your savings account. (New section in General Account Terms, Section B, Autosave feature)
  - We no longer charge an Extended Overdraft Fee. (General Account Terms, Section C, Insufficient Funds and Returned Item fees)
  - We added an address for reporting a dispute if you believe we provided incomplete or inaccurate information about your account to a consumer reporting agency. (New section in General Account Terms, Section I, Disputing information reported to a consumer reporting agency)

- We updated our Wire Transfer Agreement, here's what you should know:
  - You will still receive email notifications on the status of your wire transfer. However, we added that if we're unable to send an email due to system failures or outages, it's your responsibility to monitor your account for the status of your wire transfer.
  - We clarified that you should expect your foreign exchange rate to be less favorable than rates quoted online or in publications.

Please call us at the number at the top of this statement if you have any questions.

## We want to remind you about the overdraft service options that are available for your personal checking account(s)

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at **chase.com/overdraft-services**.

If you have questions, please call us anytime at the number on your statement.

Page 1 of 4

**CHASE PRIVATE CLIENT**

October 31, 2018 through November 30, 2018
Account Number:  **000000339960186**

## CHECKING SUMMARY  Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | 555,000.30 |
| Electronic Withdrawals | -205,000.00 |
| Other Withdrawals | -350,000.07 |
| **Ending Balance** | **$0.23** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.30 |
| Interest Paid Year-to-Date | $0.30 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| 11/01 | Online Transfer From Sav ...7891 Transaction# 7626925536 | 225,000.00 | 225,000.00 |
| 11/02 | Online Transfer From Sav ...7891 Transaction# 7626942322 | 130,000.00 | 355,000.00 |
| 11/02 | 11/02 Online Domestic Wire Transfer Via: Univ Fcu Austin/314977405 A/C: Brian David Till Milwaukee WI 53202 US Ref: Please Confirm Upon Receipt/Bnf/Please Email On Receipt of Funds Imad: 1102B1Qgc03C001721 Trn: 3053100306Es | -130,000.00 | 225,000.00 |
| 11/02 | 11/02 Online Domestic Wire Transfer Via: Univ Fcu Austin/314977405 A/C: Brian David Till Milwaukee WI 53202 US Ref: Please Confirm Upon Receipt/Bnf/Please Email On Receipt of Funds Imad: 1102B1Qgc03C005049 Trn: 6141300306Es | -70,000.00 | 155,000.00 |
| 11/05 | Fedwire Credit Via: University Federal Credit Union/314977405 B/O: Brian Till Milwaukee, WI 53202-6048 Ref: Chase Nyc/Ctr/Bnf=Jamie L Gallian Huntington Beach, CA 926494926/Ac-00 0000003399 Rfb=O/B Univ Fcu Aus Obi =Mistaken Transfer Imad: 1105Qmgft005000974 Trn: 3928709309Fl | 200,000.00 | 355,000.00 |
| 11/05 | 11/03 Withdrawal | -155,000.00 | 200,000.00 |
| 11/06 | 11/06 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: Sumac Apartment LLC Huntington Beach CA 92648 US Ref:/Time/07:25 Imad: 1106B1Qgc01C001926 Trn: 3144600310Es | -3,400.00 | 196,600.00 |
| 11/07 | 11/07 Withdrawal | -175,000.00 | 21,600.00 |
| 11/08 | 11/08 Chase Account Opening | -1,600.00 | 20,000.00 |
| 11/08 | 11/08 Withdrawal | -20,000.00 | 0.00 |
| 11/30 | Interest Payment | 0.30 | 0.30 |
| 11/30 | Federal Interest Withheld | -0.07 | 0.23 |
| | **Ending Balance** | | **$0.23** |

Page 2 of 4



**CHASE PRIVATE CLIENT**

October 31, 2018 through November 30, 2018

Account Number:     **000000339960186**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

**CHASE PRIVATE CLIENT**

October 31, 2018 through November 30, 2018
Account Number: **000000339960186**

## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have standard overdraft practices that come with your account.

2. We also offer overdraft protection through a link to a Chase savings account, which may be less expensive than our standard overdraft practices. You can contact us to learn more.

This notice explains our standard overdraft practices

- **What are the standard overdraft practices that come with my account?**

  We **do** authorize and pay overdrafts for the following types of transactions:

  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions

  We **do not** authorize and pay overdrafts for the following types of transactions, unless you ask us to (see below):

  - Everyday debit card transactions

  We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

- **What fees will I be charged if Chase pays my overdraft?**

  Under our standard overdraft practices:

  - If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. This fee is not charged if your account balance at the end of the business day is overdrawn by $5 or less, or for items that are $5 or less.
  - We won't charge more than three Insufficient Funds Fees per day, for a total of $102.

- **We waive fees for some account types:**

  - For Chase Sapphire<sup>SM</sup> Checking accounts, we waive the Insufficient Funds and Returned Item fees if you've had four or fewer Insufficient Funds or Returned Item occurrences in the past 12 months.
  - For Chase Private Client Checking<sup>SM</sup> accounts, we waive the Chase overdraft fees.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**

  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us anytime at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch.

Page 4 of 4



**CHASE** ○     **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

Today's Date   11/7/18    Customer Name (Please Print)   Jamie   Gallian

R/T 500001017

If Purchasing a Cashier's Check Provide Payee Name   J   Sandcastle   Co LLC

Customer Signature

▼ Start your account number here

339960186     TOTAL **$**    AMOUNT   175000.00

⑈07445942⑆ ⑆500001017⑈

**CHASE** ◖

**WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

WITHDRAWAL

Today's Date
11/8/18

Customer Name *(Please Print)*    Saine Gallian

If Purchasing a Cashier's Check Provide Payee Name    Saine Gallgan

N13061-CH (Rev. 10/15)   80367912   03/18

10×2-cc

Customer Signature   X

R/T 500001017

▼ Start your account number here
3399601866

TOTAL $

AMOUNT
20000.00

⑈0744594260⑈ ⑈500001017⑈

# EXHIBIT 32

Table of Debtor's withdrawal of $150,000 in personal cashier's checks from Debtor Chase PCC #0186 on November 3, 2018

| Debtor's Chase Bank Account | Date of Cashier's Check | Payable To | Amount | Serial No of CC | Account Debtor Deposited CC | Date Debtor Deposited CC | Trace of Funds |
|---|---|---|---|---|---|---|---|
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245412 | JSC Chase 7860 | 11/16/2018 | used by Debtor to deposit 17 cashiers checks totaling $170,000; then used to obtain four cashier's checks payable to Lisa Ryan totaling $170,000 |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245413 | JSC Chase 7860 | 11/17/2018 | Unknown; bank could not locate |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245429 | JG ACU Acct ID 41 | 12/26/2018 | Debtor depositted into Alliant Credit Union Personal Acct, personal expenses |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245427 | JG Chase 5315 | 1/30/2019 | Debtor cash withdrawn from Chase 5315 same day |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245426 | JG Chase 0186 | 3/8/2019 | Debtor withdrawal $10k for cashier's check; bank could not locate |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245424 | JG Chase 0186 | 3/8/2019 | Debtor withdrawal of $4,000 cash on 03.13.19; Personal transfer of $5K to JG Chase 5315 |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245423 | JG ACU Acct ID 41 | 4/11/2019 | Debtor depositted into Alliant Credit Union Personal Account; Paid on 401k loan; paid IRS tax personal taxes; |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245420 | JSC Chase 7860 | 5/13/2019 | Debtor withdrawal with a Cashier's Check payable to Fidelity for $96K same day, p 68 and 81 |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245419 | JSC Chase 7860 | 5/13/2019 | Debtor withdrawal with a Cashier's Check payable to Fidelity for $96K same day, p 68 and 82 |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245417 | JSC Chase 7860 | 5/13/2019 | Debtor withdrawal with a Cashier's Check payable to Fidelity for $96K same day, p 68 and 83 |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245416 | JSC Chase 7860 | 5/13/2019 | Debtor withdrawal with a Cashier's Check payable to Fidelity for $96K same day, p 68 and 84 |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245415 | JSC Chase 7860 | 5/13/2019 | Debtor withdrawal with a Cashier's Check payable to Fidelity for $96K same day, p 68 and 85 |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245422 | JSC Chase 7860 | 5/13/2019 | Debtor withdrawal with a Cashier's Check payable to Fidelity for $96K same day, p 68 and 86 |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245414 | JSC Chase 7860 | 5/13/2019 | Debtor withdrawal with a Cashier's Check payable to Fidelity for $96K same day, p 68 and 87 |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245421 | JSC Chase 7860 | 5/13/2019 | Debtor withdrawal with a Cashier's Check payable to Fidelity for $96K same day, p 68 and 88 |
|  |  |  | 150000 |  |  |  |  |

# EXHIBIT 33



CHASE ⬡

**Business Signature Card**

| ACCOUNT TITLE ("DEPOSITOR") | | ACCOUNT NUMBER | 351897660 |
|---|---|---|---|
| J-SANDCASTLE CO, LLC | | ACCOUNT TYPE | Chase Total Business Checking |
| DBA ORANGE CO GABLES PROPERTY | | TAXPAYER ID NUMBER | 83-2453659 |
| | | DATE OPENED | 11/07/2018 |
| | | FORM OF BUSINESS | Limited Liability Company - Manager Managed (LLC) |
| **BUSINESS ADDRESS** | | ISSUED BY | JPMorgan Chase Bank, N A ( 703 ) |
| 6782 PINON DR | | | Edinger - 740852 |
| HUNTINGTON BEACH, CA 92649-4925 | | | JORGE AGUILAR |
| United States/US Territories | | | (714) 596-6792 |
| | | | 11/07/2018 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 201829816083 | CA | 12/19/2015 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| Assumed Name ID | 20186526513 | Orange County | 11/07/2018 | 11/07/2023 |

**ACKNOWLEDGEMENT** – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text message(s), artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JAMIE LYNN CALLIAN | **(714) 321-3449 | 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 | Manager | 11-7-18 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

1130601-13-09 (R04 v4)

# CHASE ◯

**Business Signature Card**

**ACCOUNT TITLE ("DEPOSITOR")**
J-SANDCASTLE CO, LLC

| | |
|---|---|
| ACCOUNT NUMBER | 351937800 |
| ACCOUNT TYPE | Chase Total Business Checking |
| TAXPAYER ID NUMBER | 83-2453659 |
| DATE OPENED | 11/07/2015 |
| FORM OF BUSINESS | Limited Liability Company - Manager Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N A ( 703 ) |

**BUSINESS ADDRESS**
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH, CA 92649-2256
United States/US Territories

Huntington Harbour - 740657
MAYRA A VIZCARRA
(714) 846-3386
08/23/2019

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 201829810053 | CA | 10/19/2018 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT -** By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signature appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge, and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| JAMIE LYNN GALLIAN | 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 | Manager | 8/23/19 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 07, 2018 through November 30, 2018

Account Number: **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00052620 DRE 703 141 20518 NNNNNNNNNNN T 1 000000000 64 0000

J-SANDCASTLE CO, LLC
DBA ORANGE CO GABLES PROPERTY
5782 PINON DR
HUNTINGTON BEACH CA 92649-4926



### We updated our Deposit Account and Wire Transfer Agreements

The following changes were made November 11, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at a branch or by request when you call us. Here's what you should know:
  - We no longer charge an Extended Overdraft Fee. (General Account Terms, Section C, Insufficient Funds and Returned Item fees)
  - We added an address for reporting a dispute if you believe we provided incomplete or inaccurate information about your account to a consumer reporting agency. (New section in General Account Terms, Section I, Disputing information reported to a consumer reporting agency)

- We updated our Wire Transfer Agreement, here's what you should know:
  - You will still receive email notifications on the status of your wire transfer. However, we added that if we're unable to send an email due to system failures or outages, it's your responsibility to monitor your account for the status of your wire transfer.
  - We clarified that you should expect your foreign exchange rate to be less favorable than rates quoted online or in publications.

Please call us at the number at the top of this statement if you have any questions.

| CHECKING SUMMARY | Chase Total Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $0.00 |
| Deposits and Additions | 5 | 363,312.45 |
| Other Withdrawals | 3 | -353,743.07 |
| Fees | 1 | -11.97 |
| Ending Balance | 9 | $9,557.41 |

Page 1 of 4

**CHASE** ◉

November 07, 2018 through November 30, 2018
Account Number: **000000351897860**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/07 | Deposit     980092148 | $175,000.00 |
| 11/16 | Deposit     1826359275 | 170,000.00 |
| 11/16 | Transfer From Chk Xxxxxx5315 | 500.00 |
| 11/19 | Deposit     1820844746 | 10,000.00 |
| 11/26 | Deposit     1820844984 | 7,812.45 |
| **Total Deposits and Additions** | | **$363,312.45** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/08 | 11/08 Withdrawal | $175,000.00 |
| 11/16 | 11/16 Withdrawal | 170,000.00 |
| 11/19 | 11/17 Withdrawal | 8,743.07 |
| **Total Other Withdrawals** | | **$353,743.07** |

## FEES

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/14 | Check OR Supply Order | PPD ID: 1410216800 | $11.97 |
| **Total Fees** | | | **$11.97** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 11/07 | $175,000.00 |
| 11/08 | 0.00 |
| 11/14 | -11.97 |
| 11/16 | 488.03 |
| 11/19 | 1,744.96 |
| 11/26 | 9,557.41 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 4 |
| Deposited Items | 19 |
| **Transaction Total** | **26** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 2 of 4



November 07, 2018 through November 30, 2018

Account Number: **000000351897860**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
· Your name and account number
· The dollar amount of the suspected error
· A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

  JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

**CHASE** ◻

November 07, 2018 through November 30, 2018
Account Number:    000000351897860

This Page Intentionally Left Blank

Page A of A





1380473863

CHASE ◯    **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

Today's Date
11/8/18

Customer Name (Please Print)
Jamie Gallian
Jamie Gallian

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 10/15)  80007912  03/18

CC =

Customer Signature
X

▼ Start your account number here
351 9 57 86 0

AMOUNT

TOTAL $    175,000.00

⑈0744594262⑈  ⑆500001017⑆

1 = 0005
0 = 0004
4 = 0001

**14-Mar-22**

**Reference Case Number: G14Mar22-53**

**This is a substitute document representing an Electronic Ticket**

**Posting Date 16-Nov-18**
**Sequence Number 091915514819**
**Amount 500.00**
**Account Number: 7860**
**Date Request Received 14-Mar-22**

**14-Mar-22**

**Reference Case Number: G14Mar22-53**

**This is a substitute document representing an Electronic Ticket**

**Posting Date 16-Nov-18**
**Sequence Number 091915514820**
**Amount 500.00**
**Account Number: 7860**
**Date Request Received 14-Mar-22**

























**36**







CASHIER'S CHECK

CHASE

Remitter:   JAMIE L GALLIAN

Date   11/08/2018   Void after 7 years

Pay To The   JAMIE L GALLIAN
Order Of:

Pay:   TEN THOUSAND
DOLLARS AND 00 CENTS

$** 10,000.00 **

Drawer:   JPMORGAN CHASE BANK, N.A.

Memo:
Note: For information only. Comment has no effect on bank's payment.

Sol Ginoi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

1380473838

















**14-Mar-22**

**14Mar22-53**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 26-Nov-18**

**Sequence number 009580863766**

**Amount 7812.45**

**Account Number 7860**

**Date Request Received 14-Mar-22**

# EXHIBIT 34

Table of Debtor's November 16, 2018 Deposit of $170,000 , 16 CC from-JSC LLC #7860 and 1 CC from-PCC #0186 on November 3, 2018

Trace of Funds: Used by Debtor to deposit 17 cashiers checks totaling $170,000 in JSC LLC #7860; then used to obtain four cashier's checks payable to Lisa Ryan totaling $170,000

| Debtor's Chase Bank Account | Date of Cashier's Check | Payable To | Amount | Serial  No of CC | Account Debtor Deposited CC | Date Debtor Deposited CC | Trace of Funds |
|---|---|---|---|---|---|---|---|
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245412 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245511 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245512 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245513 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245514 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245515 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245516 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245517 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245518 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245520 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245521 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245522 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245523 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245524 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245525 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245526 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JSC Chase 7860 | 11/8/2018 | Jamie Gallian | 10000 | 1085245527 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |

# EXHIBIT 35

```
1                STATE OF CALIFORNIA

2             CENTRAL BANKRUPTCY COURT

3

4  HOUSER BROS. CO.,

5          Plaintiff,

6  vs.                           Case No. 8:21-ap-01097

7  JAMIE LYNN GALLIAN,

8          Defendant.

9

10 _____/

11

12

13

14

15        TRANSCRIPT OF REMOTE AUDIO-RECORDED

16           341 MEETING OF CREDITORS

17                   BEFORE

18         JEFFREY I. GOLDEN, Trustee

19             October 14, 2021

20

21

22

23

24 Transcribed By:
   TERRI NESTORE
25 CSR No. 5614, RPR, CRR
```

October 19, 2021                                                2 to 5

Page 2

1   APPEARANCES:
2   ED HAYS, ESQ., MARSHACK HAYS, Plaintiff/Creditor Houser
    Bros. Co.
3
    MICHAEL POOLE, ESQ., Feldsott & Lee, Creditor The
4   Huntington Beach Gables Homeowners Association
5   JONATHAN A. SCHAUB, ESQ., Gordon & Rees, Creditors The
    Huntington Beach Gables Homeowners Association; and Board
6   members Lee Gragnano, Lindy Beck, Theodore Phillips,
    Janine Jasso, Jennifer Paulin and Lori Burrett
7
    JEFFORD DAVIS, ESQ., Creditor Lisa Ryan
8
    CHRIS HOUSER, Creditor Houser Bros. Co.
9
    CRAIG HOUSER, Creditor Houser Bros. Co.
10
    JANINE JASSO, Creditor
11
    LISA RYAN, Creditor
12
    JAMES CASELLO, Creditor
13
    JAMIE LYNN GALLIAN, Debtor-Defendant
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1       THE TRUSTEE:  Let's go on the record now.  I'm
2   Jeff Golden, the trustee for this matter, and why don't we
3   -- I think we'll come to you last, Ms. Gallian, and we'll
4   just sort of go around the room to see who else is you.
5       Why don't we start with you, Mr. Hays.
6       MR. HAYS:  Yes, Mr. Golden, thank you, good
7   afternoon.  For creditor Houser Bros. dba Rancho Delray
8   Mobile Home Estates and Hays of Marshack Hays.
9       THE TRUSTEE:  Thank you.  Mr. Houser?
10      MR. CHRIS HOUSER:  Chris Houser from Houser Bros.
11  Co.  I'm here to observe.
12      THE TRUSTEE:  Thank you.  Mr. Casello?
13      MR. CASELLO:  I'm just here to observe.
14      THE TRUSTEE:  And you're a creditor?
15      MR. CASELLO:  Yes.
16      THE TRUSTEE:  How about these phone lines on the
17  Zoom, the one ending 8002?
18      MR. POOLE:  Yes, good afternoon.
19      This is Michael Poole, counsel for creditor
20  Huntington Beach Gables Homeowners Association.
21      THE TRUSTEE:  Okay.
22      The phone number ending in 2840.
23      MR. SCHAUB:  Good afternoon.
24      This is Jonathan Schaub with Gordon & Rees on
25  behalf of creditors the Huntington Beach Gables HOA, as

Page 4

1   well as Theodore Phillips, Lee Gragnano, Janine Jasso,
2   Lindy Beck, Lori Burrett and Jennifer Paulin.
3       THE TRUSTEE:  Thank you.  The one ending in 6030.
4       MS. JASSO:  Janine Jasso.  I'm just observing.
5       THE TRUSTEE:  Can you repeat that again, please.
6       MS. JASSO:  Janine Jasso.  I am just observing.
7       THE TRUSTEE:  And on the phone, who do we have?
8       MR. DAVIS:  This is Jefford Davis.
9       I am the attorney for creditor Lisa Ryan.
10      MS. GALLIAN:  I didn't hear that, sir.
11      THE TRUSTEE:  Yeah, could you please repeat that?
12      You're hard to hear.
13      MR. DAVIS:  I apologize.  This is Jefford Davis
14  for creditor Lisa Ryan.
15      MS. GALLIAN:  I don't know who that is.
16      THE TRUSTEE:  Can you try one more time and I'll
17  repeat what you're saying.
18      MR. DAVIS:  This is Jefford Davis.
19      I'm the attorney for creditor Lisa Ryan.
20      THE TRUSTEE:  Very good.  Now mute your device,
21  please.  Who else is on the phone?
22      MS. RYAN:  Lisa Ryan, creditor.  Observing.
23      THE TRUSTEE:  Okay, anybody else?
24      MS. GALLIAN:  That wasn't Lisa.  Sir, could you
25  ask her to put -- could you ask them to undo their video?

Page 5

1       Because that wasn't Lisa's voice.
2       THE TRUSTEE:  She's not on video, she's on audio.
3       MS. GALLIAN:  Yeah, but that's not Lisa.
4       I know Lisa Ryan.
5       MS. RYAN:  This is Lisa.  No, this is Lisa.
6       THE TRUSTEE:  It doesn't matter.  That's who's
7   representing is on the phone right now.  All right.
8       And is there anybody else who I've missed on the
9   phone or on the Zoom, other than Ms. Gallian?  All right.
10      Ms. Gallian, could you please raise your right
11  hand?
12      MS. GALLIAN:  Yes, sir.
13
14          JAMIE LYNN GALLIAN,
15      having been first duly sworn,
16   was examined and testified further as follows:
17
18      THE TRUSTEE:  Lori, I just sent you a message and
19  we can -- once you answer it, we can proceed.
20      So let's proceed, and let me start out by saying
21  thank you for providing documents.  I don't know that you
22  provided them to any of the creditors.
23      To the extent that certain of the creditors don't
24  have copies of the document, I will go ahead and provide
25  them to them but you did provide documents to me, and

Page 6

1  thank you for that, Ms. Gallian.
2      MS. GALLIAN:  Yes, sir.
3      THE TRUSTEE:  I'm sorry?
4      MS. GALLIAN:  I said yes, sir.
5      THE TRUSTEE:  And secondly, I think you mentioned
6  to me earlier, Ms. Gallian, off the record that there were
7  a couple of amendments that you're going to be making,
8  correct?
9      MS. GALLIAN:  Yes, sir.
10     THE TRUSTEE:  Can you just very, very briefly
11  just sort of summarize on the record for everybody the
12  concepts.  You don't have to go necessarily through.
13     MS. GALLIAN:  Sure.  I have it ready and, you
14  know, I couldn't do it all at one time but I was trying to
15  upload it so that everybody -- or I could just email it
16  right now, if you wanted to look at it.
17     But basically it is amending Schedules C, D, E,
18  and F; C, D, E, and F, Statement of Intention; and G is in
19  there and then I guess I inadvertently forgot to include
20  Schedule H, and that is also in there as well.
21     THE TRUSTEE:  And that's pretty much it, correct?
22     MS. GALLIAN:  That's all.
23     THE TRUSTEE:  Okay.  I have a few questions, but
24  I'm going to go last.  Who would like to begin asking
25  questions?

Page 7

1      MR. HAYS:  This is Ed Hays.
2      I'll go first, if that's okay.
3      THE TRUSTEE:  Great, thank you.
4  BY MR. HAYS:
5      Q.  Ms. Gallian, I know we spoke at your initial
6  341(a) meeting of creditors and I had a few follow-up
7  questions I'd like to ask.  Some of this you may have
8  answered before but I want to try to get it all in one
9  place, so I apologize if I've asked you some of these
10  things before.
11     A.  That's okay.  May I just say one thing?
12     May I just say one thing before you start?
13     I would have absolutely cc'd you in on every
14  single document that I sent to the trustee.  I either
15  misunderstood -- I thought I was supposed to send the --
16  if we check the record from the very first time that we
17  all talked, I thought, if I'm not mistaken, that I was to
18  send the record to the trustee and the trustee was to send
19  it out to the creditors.  If that was my mistake, I
20  apologize and I would absolutely forward you every single
21  email I sent him.
22     Q.  And that would be good, if you could do so.
23     And I did get a series of emails from the
24  trustee's administrator back in early September, so I just
25  don't know if that's the entire world of documents.

Page 8

1      A.  Yeah, that was it.  The last one ended on -- I
2  believe -- I think the last one ended September 18th, was
3  the last group that I sent.
4      Q.  The last email that I have from the Trustee's
5  Office with documents was September 7th, so if you could
6  forward that to me, that would be great.
7      A.  I can do it right now to you while you're on the
8  phone, but go ahead.
9      Q.  I would like to get a chronology of when did you
10  acquire the manufactured home and who was on title to the
11  home from that point in time to the present?
12     A.  I think that those are all covered in my initial
13  petition.  I think it states exactly the date on there.
14     Q.  There were some amendments to the schedules,
15  however, and that's what led me to want to ask these
16  questions and try to get it all cleared up.
17     A.  Right.
18     Q.  Because I believe that the original schedule said
19  that the title to the manufactured home was J-Sandcastle
20  and that was the July 9 filing, and then I believe that
21  the September 7 filing says the owner is you personally,
22  and then the September 22 filing, I think says it's either
23  J-Pad or J-Sandcastle -- I think it's J-Sandcastle, now
24  that I'm looking at it.  So that's what's confusing to me,
25  if you could try and clarify all that.

Page 9

1      A.  Of course.  So I purchased the manufactured home
2  myself on November 1st.
3      Q.  Of what year?
4      A.  2018.  2018 there was four cashier's checks that
5  were delivered to Lisa Ryan, plus $10,000 cash.
6      Q.  And title was taken in your individual name at
7  that time?
8      A.  The title -- the Certificate of Title that she
9  signs, it was assigned to me; however, on November 19th, I
10  believe it is, is I -- actually, no, sorry, it was the
11  16th.  November 16th, I drove out to Riverside HCD and
12  registered the manufactured home in the name of
13  J-Sandcastle, my sole member -- single member, I guess,
14  LLC and I did not get confirmation or anything from HCD
15  until the end of January of 2020 -- or 2019, pardon me.
16     Q.  That confirmation that you got in January 2019
17  reflects that title was then registered to J-Sandcastle,
18  correct?
19     A.  That's correct, yes.  It was just an email, so I
20  didn't actually get an actual hard copy of anything,
21  because it comes from Sacramento, until February.
22     Q.  And then were there changes to title after that?
23     A.  Not until August of 2020.
24     Q.  And then what happened in August of 2020?
25     A.  Well, the UCC filings were filed on January 14th,

Page 10

1  2019, because I still didn't know if HCD had even recorded
2  -- see, I didn't get notification from HCD until
3  January 19th.  So because of certain situations that were
4  ongoing with the park here, I did file a UCC on
5  January 14th, if that answers your question.
6      Q.  So it did not, but now that we're on the subject,
7  let's finish it.
8      A.  Okay.
9      Q.  In the January 2019 UCC filings, J-Sandcastle, as
10  owner, pledged the property as collateral in favor of
11  whom?
12      A.  I'm sorry, say that again.
13      Q.  In January of 2019 you said UCC filings were
14  recorded.  The entity on title was J-Sandcastle.
15          So J-Sandcastle, as owner, is pledging the
16  property as collateral and --
17      A.  No, that's not correct.
18      Q.  -- and who is the secured buyer?
19      A.  No, that's not correct.  So think of it like a
20  car.  Think of it -- so you can have a registered owner.
21  So J-Sandcastle was the registered owner and
22  J-Pad is the legal owner.
23          However, to your point, I didn't realize that I
24  had to do both.  I only did one that the Secretary of
25  State on January 14.  The first time I ever recorded

Page 11

1  something actually on the face of the Certificate of Title
2  wasn't till August 2020, then it was kind of just a
3  redundant act.
4      Q.  Why was J-Pad listed as the legal owner in these
5  January 2019 filings?
6      A.  Because they are the holder of the note.
7          It was assigned to them.
8      Q.  Which not are you referring to?
9      A.  It was assigned to them.
10      Q.  Which note?
11      A.  The UCC filing was assigned to them.
12          I have a note -- remember we spoke about this
13  last time.  November 16, 2018, I have a contract with
14  J-Sandcastle for a promissory note and the holder of the
15  note was J-Pad.  I was the lender.
16      Q.  So now fast forwarding back to August of 2020.
17      A.  Mm-hmm.
18      Q.  Who went on title at that time?
19      A.  Ron Pierpont went on title because he had loaned
20  me money.  It was not a huge amount, it was less than
21  $15,000; however, with the way that things were going with
22  COVID, it was -- it was more of a security thing for him.
23          And I said sure, I have no problem with that.
24          And then after that, then the kids got -- then
25  the kids were upset because now there's a man, you know,

Page 12

1  on something that's supposed to be theirs, so they jumped
2  on in December.
3      Q.  And you're saying December of 2020, right?  I'm
4  sorry, did you hear me?  That's December of 2020, correct?
5      A.  Yes, that's correct.
6      Q.  And when Mr. Pierpont went on title, was he the
7  only person on title?
8      A.  No, with J-Pad.
9      Q.  It was J-Pad and Mr. Pierpont?
10      A.  Yes, they're completely -- they're both separate.
11      Q.  So originally in 2018, title was entirely with
12  J-Sandcastle, and then in August of 2020, title goes from
13  J-Sandcastle to Ron Pierpont then along with J-Pad,
14  right?
15      A.  No.  The note was signed by J-Pad on 11/16/2018,
16  promissory, and the contract has been signed and I
17  recorded the UCC filing on January 14, 2019, with the
18  Secretary of State.  The one thing I did not do was record
19  it with HCD.
20      Q.  So let me pause here, and maybe there's a
21  distinction here between like the registered owner versus
22  a legal owner.
23      A.  There is.
24      Q.  The original registered owner was J-Sandcastle
25  and only J-Sandcastle in 2018, correct?

Page 13

1      A.  No, that's not correct.  On November 16th I
2  signed a note -- I loaned J-Sandcastle money to operate.
3      Q.  So let me just stop you for a second because I'm
4  totally confused and I want to make sure that you're going
5  to answer the question I'm asking.
6          I would like to know the history of registered
7  owners from the time you first acquired the home -- so it
8  may have been originally a hundred percent J-Sandcastle
9  and then it may have changed at some point in time, but
10  please give me just the registered owners or combinations
11  of registered owners and dates.
12      A.  It started off as Jamie Gallian.  It's always
13  been Jamie Gallian.  When I was -- the situation started
14  happening with the park, I registered the home in the name
15  of J-Sandcastle.  After I --
16      Q.  So originally and only you, on November 1st
17  of 2018, was the registered owner, correct?
18      A.  Correct, for the first 16 date.
19      Q.  And then on November 16 of 2018 --
20      A.  Yes.
21      Q.  -- you went to Riverside HCD --
22      A.  Yes.
23      Q.  -- and changed the registered owner to a hundred
24  percent --
25      A.  I didn't change it.  I didn't change it, okay?

Page 14

```
1      Q.  Or added J-Sandcastle?
2      A.  No, it hadn't.  It hadn't gone yet to HCD.  I
3  took it to them.  What happened was I was in court on the
4  1st, the 8th, the 9th and the 16th.  So after I met with
5  Judge Crandall four times, I was comfortable enough to
6  drive the registration out there.
7      Q.  And when you drove it out there on November 16 of
8  2018 to change the registered owners --
9      A.  I didn't change it to anybody.  It hadn't even
10 been -- it hadn't been issued yet.  It hadn't been --
11     Q.  So did you submit anything to HCD in November of
12 2018 to change the registered owner?
13     A.  From Lisa Ryan, yes.
14     Q.  To J-Sandcastle?
15     A.  Yes, Jamie Gallian's name was whited out and
16 J-Sandcastle's name was put on the Certificate of Title,
17 yes, that's correct.
18     Q.  And that was the first time the Certificate of
19 Title went from Ms. Ryan to either you or J-Sandcastle,
20 correct?
21     A.  I guess so, to speak officially.
22     Q.  Yes.
23     A.  But if you ask, you can get these things from the
24 HCD.
25     Q.  I understand.  I'm just trying to understand the
```

Page 15

```
1  chronology and, you know, hopefully we can keep it simple
2  here.
3      A.  Right.
4      Q.  So the first time HCD gets any change of
5  registration for the registered owner, it was going from
6  Ryan to J-Sandcastle in the middle of November 2018,
7  correct?
8      A.  November 16.
9      Q.  Yes.  So then when did the registered ownership
10 change after -- if at all -- after November of 2018?
11     A.  The UCC filings, we've talked about that.
12     Q.  But that wouldn't be the registered owner.
13     A.  Okay.  Then the face of the -- if you're talking
14 about the face of the certificate, probably August 2020 is
15 when the face of it changed.
16     Q.  And then you added Mr. Pierpont at that time,
17 right?
18     A.  Actually, both of them, J-Pad and Ron.
19     Q.  So did J-Sandcastle remain on title as a
20 registered owner after this change in August of 2020?
21     A.  That's correct.
22     Q.  And so was title listed as one-third each?
23     A.  No.  Why would it -- I'm not sure about your
24 question.  What's your question?
25     Q.  My question is in August of 2020, the registered
```

Page 16

```
1  owner goes from J-Sandcastle to J-Sandcastle, J-Pad and
2  Ron Pierpont, correct?
3      A.  Right.  He had an encumbrance.
4      Q.  Did it list percentages with respect to the
5  registered ownership?
6      A.  No.  It's personal property.
7          It could be a dollar or a million dollars.
8      Q.  So there's three entities or individuals in
9  August of 2020.  Was there any change to the registered
10 ownership after August of 2020?
11     A.  December.
12     Q.  And that's when you added your children on as
13 registered owners?
14     A.  Brian, Steven, correct.
15     Q.  And that was in addition to J-Sandcastle, J-Pad
16 and Ron Pierpont?
17     A.  J-Sandcastle is only the registered owner.
18     Q.  And all I'm asking is about registered ownership
19 here.  All I'm asking is registered ownership.
20     A.  No, none of them were registered -- none of them
21 were registered owners.  They're all legal.
22     Q.  So I'm sticking to registered ownership and only
23 registered ownership.  Originally registered ownership
24 went from Ms. Ryan to J-Sandcastle, correct?
25     A.  It went from Ms. Ryan to me.  I was -- I was
```

Page 17

```
1  whited out and J-Sandcastle appears on the first
2  certificate of the actual Ryan Certificate of Title,
3  J-Sandcastle's name is to the right and "Jamie Gallian" is
4  whited out.
5      Q.  So then the registered ownership and only
6  registered ownership changes next when?
7      A.  You have to be more specific, please.
8      Q.  Was there ever a change to the registered
9  ownership after November 16 of 2018?
10     A.  What type of change?
11     Q.  As in terms of who is the registered owner of the
12 manufactured home.
13     A.  With HCD?
14     Q.  Yes.
15     A.  Or the Secretary of State?
16     Q.  With HCD.
17     A.  With HCD, there was nothing else on the face of
18 the Certificate of Title, only recorded as personal
19 property manufactured home financing statement with the
20 Secretary of State.
21     Q.  So the registered ownership on November 16 of
22 2018 went to J-Sandcastle and that's the way that the HCD
23 certificate shows the registered ownership today?
24     A.  Okay, Ed, ask me a question and stick with it.
25         We are talking about November 2018 and now you're
```

Page 18

1  saying something about today.  It's 2021.
2      Q.  What I'm asking, Ms. Gallian -- and I'm trying to
3  stick to a very simple question -- you're talking -- hold
4  on -- you're talking registered ownership only with the
5  HCD only on the Certificate of Title only.
6          The certificate first showed J-Sandcastle on
7  November of 2018 and all I'm asking, what I hope is a
8  simple question, is did the registered ownership ever
9  change or the HCD Certificate of Title after November 16
10  of 2018?
11      A.  Yes.
12      Q.  Okay.  And when was that?
13      A.  February 25th, 2021.
14      Q.  And then what happened on February 25th of 2021?
15      A.  Jamie Gallian became the registered owner so that
16  I could try to get a lease.
17      Q.  And that was in place of J-Sandcastle or in
18  addition?
19      A.  At first it was supposed to be both of us
20  together but it didn't work out that way.
21      Q.  And so there's been two Certificates of Title
22  with HCD; the first in November 16, 2018, showing
23  J-Sandcastle as the registered owner and then in February,
24  on the 25th of 2021, you went on in place of J-Sandcastle?
25      A.  Be specific.  You say you're talking about

Page 19

1  registered but then you leave it out.
2      Q.  I'm talking about registered only and so if I
3  left it out it's because we're only talking about
4  registered ownership here.
5          On February 25th of 2021, the registered owner of
6  the manufactured home changed from J-Sandcastle to you
7  individually?
8      A.  Registered owner, the top portion --
9      Q.  That's what I said.
10      A.  -- of the Certificate of Title.
11      Q.  That's what I'm asking.
12      A.  Not at the bottom, okay?
13      Q.  That's all I'm asking.
14      A.  Right.  It changed to Jamie Gallian.
15      Q.  And is that the date you submitted or the date
16  that the new Certificate of Title was issued?
17      A.  I didn't get it in the mail until the end of
18  August.
19      Q.  Is there a date?
20      A.  It was notarized on February 25th, 2021.
21      Q.  And when did you submit it to HCD?
22      A.  Sometime during that time.
23      Q.  So shortly after the notarization on February 25?
24      A.  I don't recall.  It's been going back so many
25  times.  They have the records.

Page 20

1      Q.  Just getting your best recollection.
2          So now that we've covered the registered owner
3  and only registered owner, now let's go through the legal
4  ownership -- which should hopefully be faster, now that
5  we're only talking about legal ownership -- and start at
6  the beginning, please, and give me the chronology.
7      A.  I didn't at first understand... I didn't think
8  of the manufactured home as a car, so when it was
9  registered to me or J-Sandcastle, I was the only one on
10  it, just me and J-Sandcastle.  We're one and the same.
11          We're not really, but we are.
12          There was nobody else on it.  So --
13      Q.  And when you say "nobody else on it," the
14  original HCD Certificate of Title --
15      A.  J-Sandcastle.
16      Q.  -- showed a legal owner of who?
17      A.  J-Sandcastle.
18      Q.  So J-Sandcastle was the registered owner and the
19  legal owner of the original HCD Certificate of Title back
20  in November of 2018?
21      A.  That I received in February of 2019.  That's the
22  first time I ever saw it.  Got it.
23          So then after that, in August of 2020, I signed a
24  notice to encumber and at that time for J-Pad and Ron it
25  was supposed to be "and" but they recorded it as "or"

Page 21

1  because they said for some reason an individual and a
2  company couldn't be on as "and."
3      Q.  And then did the legal ownership change after
4  this August of 2020 change?
5      A.  That... that didn't change until February 25th,
6  2021, after I had gone to the mandatory settlement
7  conference with Houser and I said, okay, fine, I'll put my
8  name on it, then, and that's when I went and got it
9  notarized, took the document down, got it notarized and
10  then it became me.
11      Q.  In addition or as the only --
12      A.  It was now registered owner.
13      Q.  We're only talking legal owners now, so let's not
14  mix and match.
15      A.  No, nothing happened.
16          The only change that happened was in February,
17  okay?  Everybody else stayed the same.
18      Q.  How many different Certificates of Title has HCD
19  ever issued to you?
20      A.  Three.
21      Q.  And have you provided all three of those to the
22  trustee?
23      A.  Yes, I have.
24      Q.  And then do you know the approximate dates of all
25  three?

Page 22

1    A.  I know the dates but they are... So, for
2  instance, I signed a document on November 16th and it
3  wasn't processed until November -- I mean not November --
4  but January.  So if you're asking for those two dates, I
5  have them in my head, yeah.
6    Q.  Just give me the dates that HCD issued so that
7  when I go through the documents that I got from the
8  trustee and that you're going to send me, I can confirm
9  which Certificate of Title is which and that I have all
10  three.
11    A.  Okay.
12    Q.  So just go with the issued dates appearing on the
13  certificates.
14    A.  Okay.  So the first one, I believe issued in
15  January of 2019, at the end.  I don't know the exact date.
16    Q.  Okay.  That's fine.
17    A.  I have no idea when the August one issued.
18    I have no idea.
19    Q.  So sometime after August?
20    A.  It got -- I notarized the document on August 20th
21  and I know that that's the date that was on the face of
22  the certificate, but I don't know what time -- what day it
23  came in the mail.  It was shortly after that.
24    Q.  And then the third one?
25    A.  The February one -- I believe the February one

Page 23

1  came in July and then I sent it back because I said no.
2    I said I -- this is now -- Ron is not to be on
3  anymore, it's only J-Pad.  I only left Ron on there for
4  that encumbrance because of that money I owed him, the
5  $15,000.  Actually it was 12.5, pardon me.
6    Q.  Okay.  So I'm going to look for those three and
7  then that will also give me all of the information about
8  the history of registered and legal owners and the dates.
9    So that's fine.
10    So now given that it sounds like you provided
11  documents to the trustee that I haven't received yet, do
12  you recall if the purchase agreement between you and Lisa
13  Ryan is included in the documents that you sent to the
14  trustee?
15    A.  There are no purchase agreements between Lisa
16  Ryan and I.
17    Q.  So what documents exist, if any?
18    Is it the evidence of payment and when she signed
19  over the title to you?
20    A.  Yeah, just the copies of the cashier's check I
21  sent to the trustee, and I think there was a handwritten
22  note from Lisa Ryan.  When I gave her the cash that was
23  included also with the trustee, it was given to the
24  trustee.
25    Q.  And then I think that you said before that there

Page 24

1  was a ground lease assignment showing that the parcel was
2  assigned to you.  Is that included in the documents you
3  produced to the trustee?
4    A.  Those weren't the exact words I used.
5    I think where the confusion is, quite honestly --
6  and I don't know how relevant it is to this bankruptcy --
7  but because I sold my home the day before and I was
8  familiar with the ground leasehold with the master lease
9  and with the sub condominium leases, when I -- I speed
10  read, sort of -- so when I read Lisa Ryan's lease
11  agreement, if you look at the bottom of the first team
12  document, Lisa Ryan signs that she'll provide these
13  documents to her Realtor, and so the Realtor gave me a
14  copy of the Lisa Ryan rental agreement.
15    Well, I never noticed that it was from
16  January 1st, 2006, but yet I saw the key words in it that
17  were the same as, you know, talked about the master lease,
18  you know, referencing the master lease, referencing a
19  residential and a commercial -- so I read all the same
20  words before and it does have an assignment clause in it
21  and I announced it in court on January 10th that Lisa Ryan
22  had assigned it to me.  That's what I believed.
23    The same thing I did with Mr. Nickel.
24    Q.  So using your words, what document exists, and
25  have you provided it to the trustee?

Page 25

1    A.  Yes, I have.
2    Q.  And what do you call it, so that I can write it
3  down and make sure I refer to it?
4    A.  It's dated 1/1/2006 and it's...  I think it says
5  "mobile home lot agreement" or "mobile home" -- it says
6  either "mobile home lot" or "mobile home ground space"
7  something "agreement."  I believe it's around 26 pages,
8  and Lisa Ryan and I both signed on the same date and we
9  time stamped it.  Actually, I think we even have a notary
10  -- I think we did it in front of a notary on that day.
11    Q.  In your schedules, I believe your first schedule,
12  J-Pad is being owned one-third by you and then in your
13  amendments, you change that to one-seventh.
14    A.  Correct.
15    Q.  Can you explain to me the reason for the change?
16    A.  (Unintelligible) too.
17    So I think what the problem for me -- and this is
18  just my problem, okay?  I'm not a, you know, taxation
19  person and all that.  So maybe if I explained to you what
20  the point of this all -- of the money exchange was.
21    So I bought the house.  Very clear I bought the
22  house with my own money that I got from the sale.
23    The second transaction I did was I loaned
24  $175,000 to J-Sandcastle.  J-Sandcastle in turn's
25  responsibility was to pay anything that came up and any

Page 26

1  legal fees, my car payment, you know, expenses off the
2  house, painting -- that's what the whole point was.
3        So I'm working right now with a CPA to get a
4  profit and loss as to where we actually are on that note,
5  how close is it to being paid back.  I think that's
6  probably what the question is for everybody.
7        Q.  That's a good answer to a good question, but my
8  question was more why did you go from being a one out of
9  three owner to a one out of seven owner?
10       A.  It was always -- it was always -- even before I
11 sold the home -- I think I mentioned this last time -- is
12 before I sold the home -- I mean Randy Nickel bought it
13 the same day, you know.  He drove down from Big Bear and
14 bought it that day.  Well, I had already things -- I had
15 already had things in the works -- I don't know, so to
16 speak, I guess working.
17       For instance, I have half of my trust documents
18 already done.  I had already notarized the document.  It's
19 gone from Jamie Gallian to the trust of Jamie Gallian,
20 then it -- okay, well, then that was put on hold; then it
21 went from Jamie Gallian to J-Pad.  Well, that was put on
22 hold; and then it went from Jamie Gallian to Randy Nickel.
23       So I think that the intent was always that it was
24 me and my family's home.
25       Q.  I'm asking a different question.

Page 27

1        I'm asking about ownership of J-Pad and who are
2  the seven owners of J-Pad?
3        A.  My family members, myself, and Ron and Bob have a
4  small portion.
5        Q.  So why don't you list out each of the seven and
6  what portion each owns of J-Pad.
7        A.  You know, all of these documents have been given
8  to the trustee.  Is it easier just to go over them?
9        Q.  Well, I don't know if we're going to be able to
10 get that done today but just give me your recollection of
11 who the seven owners are and what percent they each own.
12       A.  The whole reason of having a management or
13 managing member LLC is because people want to be silent.
14       Q.  So who are the seven J-Pad owners?
15       A.  So that was my comment, is that I said it was my
16 family members and myself, my children, my grandchildren,
17 my granddaughter and Bob and Ron.  That's it.
18       Q.  Just give me names, please.
19       A.  They don't want to be brought into this.
20       They don't.
21       Q.  I'm not sure you telling me who these seven
22 owners of J-Pad are is bringing them into anything.
23       THE TRUSTEE:  Ms. Gallian, are they in the
24 document?
25       MS. GALLIAN:  Yeah.

Page 28

1        THE TRUSTEE:  I don't remember.  Their names are
2  already on the document; is that right?
3        MS. GALLIAN:  Yes, yes.
4        THE TRUSTEE:  So --
5        MR. HAYS:  And you have the document, Mr. Golden?
6        THE TRUSTEE:  It sounds like I do.
7        I don't know if I have it directly in front of
8  me, but I might in a second.  I'm not sure.
9        MS. GALLIAN:  And I believe I listed them -- I
10 listed them on the petition as well.
11 BY MR. HAYS:
12       Q.  I'm looking at the amended schedule that you
13 filed and I don't see names, I just see the one-seventh
14 ownership.
15       A.  I thought there was...  well, okay, it doesn't
16 matter.  So myself, my oldest son Justin, Steven, Brian,
17 EJ, Bob and Ron.
18       Q.  What was the one after Brian?  CJ?
19       A.  EJ.
20       Q.  EJ.  So debtor, Justin, Steve and Brian, EJ, Ron,
21 Bob.  Okay, there's all seven.
22       And what percent do you own?
23       A.  It depends on what day it is.
24       Q.  On the day you filed bankruptcy.
25       A.  I'd like to think that we all own it evenly but

Page 29

1  we don't.
2        Q.  What was your ownership percentage on the day you
3  filed bankruptcy?
4        A.  I'm not being evasive but that was the whole
5  point of having the profit and loss done, is because that
6  is -- that's the only way I'm going to know how much money
7  has been paid on my behalf.
8        Q.  What do you estimate your ownership of J-Pad to
9  be?
10       A.  I don't know.  I don't want to speak for the
11 boys, you know.  We bought this house for fun and, you
12 know, they're happy with it when it's fun but they don't
13 want to be responsible for anything.  That's just boys.
14       Q.  All I'm asking is what do you estimate your
15 ownership percentage of J-Pad to be?
16       A.  Depending on the value, I would probably say
17 60 percent.
18       Q.  And did any of the others -- did any of the other
19 people actually contribute money to either J-Pad or for
20 the purchase of the property?
21       A.  It was a loan.  It's not the purchase.
22       I purchased the property.
23       Q.  My question is very simple.  Did any of the other
24 six people that own J-Pad provide any consideration to the
25 entity in exchange for their ownership?

Page 30

1      A.  Nobody did.  Nobody did.  It's a holding company,
2  that's it.  It holds title, that's it.
3          THE TRUSTEE:  I will be continuing this so that
4  everybody can make sure they look at their documents and
5  we can --
6          MR. HAYS:  I understand, and I think those are my
7  questions for today, Mr. Golden.  Thank you.
8          I was just checking my notes.
9          THE TRUSTEE:  No worries, and I wasn't cutting
10 you off either.  Anybody else -- so should I turn to
11 someone else, Mr. Hays?
12         MR. HAYS:  Yes, please.
13         THE TRUSTEE:  Anyone else on the phone or on the
14 Zoom have any questions at this point?  And we'll make
15 sure everybody gets copies of documents.
16         MR. DAVIS:  Yeah, this is Jeff Davis for Lisa
17 Ryan.  I hope people can hear me now.
18         THE TRUSTEE:  Yes, I can.
19         MR. DAVIS:  I just have a few questions.
20         THE TRUSTEE:  Go ahead.
21         MR. DAVIS:  Is that okay?
22         THE TRUSTEE:  Yep.  Go ahead, please.
23 BY MR. DAVIS:
24     Q.  I believe, Ms. Gallian, you testified earlier
25 that there's no written agreement between you and Lisa

Page 31

1  Ryan for the purchase of the mobile home; is that correct?
2      A.  There was no purchase contract.  We exchanged
3  emails back and forth but no, I don't believe there is.
4  I've given Lisa a ton of documents; however, a lot of
5  things weren't disclosed and so...  I've taken on a lot of
6  debt, you know, which -- for her.  I didn't know her
7  sister was also on the lease.  I thought it was just Lisa.
8  Come to find out it's Lisa and Patricia.
9      Q.  I asked you a simple question.
10         Is there a written agreement between you and my
11 client relating to this purchase?
12     A.  Be more specific.
13     Q.  A written agreement.  Is there a written
14 agreement dated November 17th, 2018, between J-Sandcastle,
15 Jamie Gallian and Lisa Ryan?
16     A.  If you're saying there is, there probably is.  I
17 don't have anything in front of me at this point.
18     Q.  I'm asking you the question.
19     A.  I don't recall.
20     Q.  Is there an agreement --
21     A.  I don't recall.
22     Q.  You testified earlier there was no agreement.
23     A.  I don't recall.  If you're saying that there was,
24 it seems to me that date would have been after the date
25 that I -- that I went to HCD, but that seems kind of an

Page 32

1  odd date -- but okay.
2      Q.  Do you recall what the purchase price was?
3      A.  175 and then I gave her 185.
4      Q.  The purchase price was not $225,000?
5      A.  No, it was not.
6      Q.  Did you ever agree to pay the sum of $20,656 on
7  behalf of Lisa Ryan for a judgment that had been obtained
8  by a Katarina Judy?
9      A.  No.
10     Q.  So you never agreed that?
11     A.  No.
12     Q.  Do you currently have in your possession, custody
13 and control, any personal property that belongs to Lisa
14 Ryan?
15     A.  I don't believe I do.  I offered -- there was two
16 desks that were left here and her sister left them here.
17     Q.  Okay.  And where are those desks now?
18     A.  They're still here.
19     Q.  Okay.
20     A.  She was supposed to come back and I left them out
21 and she never showed up, so I put them back.
22     Q.  Okay.  Are there any other pieces of equipment
23 belonging to Lisa Ryan --
24     A.  I'm sorry?
25     Q.  -- other than those two desks?

Page 33

1          Are there any other pieces of property, items of
2  property belonging to Lisa Ryan, other than the two desks
3  just referenced, that you still have in your possession,
4  custody or control?
5      A.  No, I have nothing of Lisa Ryan's.
6          MR. DAVIS:  Okay, thank you.
7          That's all I have right now.
8          THE TRUSTEE:  All right.
9          MR. DAVIS:  With the documents, we'll reserve any
10 further questions when we receive the documents.
11         THE TRUSTEE:  Just to be clear, I probably will
12 continue it for further examination but I will definitely
13 make sure everybody gets the documents and if I don't
14 continue it for further examination, I'll let you know.
15         I probably will continue it one more time for
16 further examination.
17         Lori, I have texted you, if everybody could hold
18 on for one second.
19         How about November 10th, 2021...  we can do
20 November -- how about November 10th at same time, at
21 3:00 o'clock?
22         MS. GALLIAN:  I'm okay with that.
23         That would be great.
24         THE TRUSTEE:  All right.
25         Everybody else okay with it?

JASSO DECL. PAGE - 0994

Page 34

```
1        MR. HAYS:  That day works fine for me.
2        MR. DAVIS:  That's fine with us.
3        THE TRUSTEE:  If anybody has any issues with
4   making sure that they now have the documents, reach out to
5   my office or Ms. Gallian.
6        All right, thank you, everybody.
7        We'll talk soon.
8        MS. GALLIAN:  Thank you.  If everybody wants to
9   send me on one email all their emails, I'll just send one
10  giant so everybody gets all the same documents.
11       I can, if you'd like to do that.
12       THE TRUSTEE:  Well, if one of the creditors wants
13  to coordinate sending you an email, that would be great.
14       All right.  Thanks, everybody.
15       Thank you.  Take care, everyone.
16       MR. HAYS:  Thank you.
17       (End of recording.)
18
19
20
21
22
23
24
25
```

Page 35

```
1               C E R T I F I C A T E
2
3
4        I, TERRI NESTORE, Certified Shorthand Reporter/
5   Transcriptionist, do hereby certify that I was authorized
6   to transcribe the foregoing recorded proceeding, and that
7   the transcript is a true and accurate transcription of my
8   shorthand notes, to the best of my ability, taken while
9   listening to the provided recording.
10
11       I further certify that I am not of counsel or
12  attorney for either or any of the parties to said
13  proceedings, nor in any way interested in the events of
14  this cause, and that I am not related to any of the
15  parties thereto.
16
17
18  Dated this 7th day of April, 2022.
19
20
21
         TERRI NESTORE, CSR 5614, RPR, CRR
22
23
24
25
```

**$**

**$10,000**   9:5
**$15,000**   11:21
  23:5
**$175,000**
  25:24
**$20,656**   32:6
**$225,000**   32:4

**1**

**1/1/2006**   25:4
**10th**   24:21
  33:19,20
**11/16/2018**
  12:15
**12.5**   23:5
**14**   10:25
  12:17
**14th**   9:25
  10:5
**16**   11:13
  13:18,19 14:7
  15:8 17:9,21
  18:9,22
**16th**   9:11
  13:1 14:4
  22:2
**175**   32:3
**17th**   31:14
**185**   32:3
**18th**   8:2
**19th**   9:9 10:3
**1st**   9:2 13:16
  14:4 24:16

**2**

**2006**   24:16
**2018**   9:4
  11:13 12:11,
  25 13:17,19
  14:8,12 15:6,
  10 17:9,22,25

18:7,10,22
  20:20 31:14
**2019**   9:15,16
  10:1,9,13
  11:5 12:17
  20:21 22:15
**2020**   9:15,23,
  24 11:2,16
  12:3,4,12
  15:14,20,25
  16:9,10 20:23
  21:4
**2021**   18:1,13,
  14,24 19:5,20
  21:6 33:19
**20th**   22:20
**22**   8:22
**25**   19:23
**25th**   18:13,
  14,24 19:5,20
  21:5
**26**   25:7
**2840**   3:22

**3**

**341(a)**   7:6
**3:00**   33:21

**6**

**60**   29:17
**6030**   4:3

**7**

**7**   8:21
**7th**   8:5

**8**

**8002**   3:17
**8th**   14:4

**9**

**9**   8:20
**9th**   14:4

**A**

**absolutely**
  7:13,20
**acquire**   8:10
**acquired**   13:7
**act**   11:3
**actual**   9:20
  17:2
**added**   14:1
  15:16 16:12
**addition**
  16:15 18:18
  21:11
**administrator**
  7:24
**afternoon**
  3:7,18,23
**agree**   32:6
**agreed**   32:10
**agreement**
  23:12 24:11,
  14 25:5,7
  30:25 31:10,
  13,14,20,22
**agreements**
  23:15
**ahead**   5:24
  8:8 30:20,22
**amended**   28:12
**amending**   6:17
**amendments**
  6:7 8:14
  25:13
**amount**   11:20
**announced**
  24:21
**answers**   10:5
**anymore**   23:3

**apologize**
  4:13 7:9,20
**appearing**
  22:12
**appears**   17:1
**approximate**
  21:24
**assigned**   9:9
  11:7,9,11
  24:2,22
**assignment**
  24:1,20
**Association**
  3:20
**attorney**   4:9,
  19
**audio**   5:2
**August**   9:23,
  24 11:2,16
  12:12 15:14,
  20,25 16:9,10
  19:18 20:23
  21:4 22:17,
  19,20

**B**

**back**   7:24
  11:16 19:24
  20:19 23:1
  26:5 31:3
  32:20,21
**bankruptcy**
  24:6 28:24
  29:3
**basically**
  6:17
**Beach**   3:20,25
**Bear**   26:13
**Beck**   4:2
**begin**   6:24
**beginning**
  20:6
**behalf**   3:25
  29:7 32:7
**believed**
  24:22

**belonging**
 32:23 33:2
**belongs** 32:13
**Big** 26:13
**Bob** 27:3,17
 28:17,21
**bottom** 19:12
 24:11
**bought** 25:21
 26:12,14
 29:11
**boys** 29:11,13
**Brian** 16:14
 28:16,18,20
**briefly** 6:10
**bringing**
 27:22
**Bros** 3:7,10
**brought** 27:19
**Burrett** 4:2
**buyer** 10:18

**C**

**call** 25:2
**car** 10:20
 20:8 26:1
**care** 34:15
**Casello** 3:12,
 13,15
**cash** 9:5
 23:22
**cashier's** 9:4
 23:20
**cc'd** 7:13
**certificate**
 9:8 11:1
 14:16,18
 15:14 17:2,
 18,23 18:5,6,
 9 19:10,16
 20:14,19
 22:9,22
**certificates**
 18:21 21:18
 22:13

**change** 13:25
 14:8,9,12
 15:4,10,20
 16:9 17:8,10
 18:9 21:3,4,
 5,16 25:13,15
**changed** 13:9,
 23 15:15
 19:6,14
**check** 7:16
 23:20
**checking** 30:8
**checks** 9:4
**children**
 16:12 27:16
**Chris** 3:10
**chronology**
 8:9 15:1 20:6
**CJ** 28:18
**clarify** 8:25
**clause** 24:20
**clear** 25:21
 33:11
**cleared** 8:16
**client** 31:11
**close** 26:5
**collateral**
 10:10,16
**combinations**
 13:10
**comfortable**
 14:5
**comment** 27:15
**commercial**
 24:19
**company** 21:2
 30:1
**completely**
 12:10
**concepts** 6:12
**condominium**
 24:9
**conference**
 21:7
**confirm** 22:8
**confirmation**
 9:14,16

**confused** 13:4
**confusing**
 8:24
**confusion**
 24:5
**consideration**
 29:24
**continue**
 33:12,14,15
**continuing**
 30:3
**contract**
 11:13 12:16
 31:2
**contribute**
 29:19
**control** 32:13
 33:4
**coordinate**
 34:13
**copies** 5:24
 23:20 30:15
**copy** 9:20
 24:14
**correct** 6:8,
 21 9:18,19
 10:17,19
 12:4,5,25
 13:1,17,18
 14:17,20
 15:7,21 16:2,
 14,24 25:14
 31:1
**counsel** 3:19
**couple** 6:7
**court** 14:3
 24:21
**covered** 8:12
 20:2
**COVID** 11:22
**CPA** 26:3
**Crandall** 14:5
**creditor** 3:7,
 14,19 4:9,14,
 19,22
**creditors**
 3:25 5:22,23

**7:6,19 34:12
**custody** 32:12
 33:4
**cutting** 30:9

**D**

**date** 8:13
 13:18 19:15,
 19 22:15,21
 25:8 31:24
 32:1
**dated** 25:4
 31:14
**dates** 13:11
 21:24 22:1,4,
 6,12 23:8
**Davis** 4:8,13,
 18 30:16,19,
 21,23 33:6,9
 34:2
**day** 22:22
 24:7 25:10
 26:13,14
 28:23,24 29:2
 34:1
**dba** 3:7
**debt** 31:6
**debtor** 28:20
**December**
 12:2,3,4
 16:11
**delivered** 9:5
**Delray** 3:7
**Depending**
 29:16
**depends** 28:23
**desks** 32:16,
 17,25 33:2
**device** 4:20
**directly** 28:7
**disclosed**
 31:5
**distinction**
 12:21
**document** 5:24
 7:14 21:9

22:2,20
24:12,24
26:18 27:24
28:2,5
**documents**
5:21,25 7:25
8:5 22:7
23:11,13,17
24:2,13 26:17
27:7 30:4,15
31:4 33:9,10,
13 34:4,10
**dollar** 16:7
**dollars** 16:7
**drive** 14:6
**drove** 9:11
14:7 26:13
**duly** 5:15

---

**E**

**earlier** 6:6
30:24 31:22
**early** 7:24
**easier** 27:8
**Ed** 7:1 17:24
**EJ** 28:17,19,
20
**email** 6:15
7:21 8:4 9:19
34:9,13
**emails** 7:23
31:3 34:9
**encumber**
20:24
**encumbrance**
16:3 23:4
**end** 9:15
19:17 22:15
34:17
**ended** 8:1,2
**ending** 3:17,
22 4:3
**entire** 7:25
**entities** 16:8
**entity** 10:14
29:25

**equipment**
32:22
**Estates** 3:8
**estimate**
29:8,14
**evasive** 29:4
**evenly** 28:25
**evidence**
23:18
**exact** 22:15
24:4
**examination**
33:12,14,16
**examined** 5:16
**exchange**
25:20 29:25
**exchanged**
31:2
**exist** 23:17
**exists** 24:24
**expenses** 26:1
**explain** 25:15
**explained**
25:19
**extent** 5:23

---

**F**

**face** 11:1
15:13,14,15
17:17 22:21
**familiar** 24:8
**family** 27:3,
16
**family's**
26:24
**fast** 11:16
**faster** 20:4
**favor** 10:10
**February** 9:21
18:13,14,23
19:5,20,23
20:21 21:5,16
22:25
**fees** 26:1

**file** 10:4
**filed** 9:25
28:13,24 29:3
**filing** 8:20,
21,22 11:11
12:17
**filings** 9:25
10:9,13 11:5
15:11
**financing**
17:19
**find** 31:8
**fine** 21:7
22:16 23:9
34:1,2
**finish** 10:7
**follow-up** 7:6
**forgot** 6:19
**forward** 7:20
8:6
**forwarding**
11:16
**front** 25:10
28:7 31:17
**fun** 29:11,12

---

**G**

**Gables** 3:20,
25
**Gallian** 3:3
4:10,15,24
5:3,9,10,12,
14 6:1,2,4,6,
9,13,22 7:5
13:12,13 17:3
18:2,15 19:14
26:19,21,22
27:23,25
28:3,9 30:24
31:15 33:22
34:5,8
**Gallian's**
14:15
**gave** 23:22
24:13 32:3

**giant** 34:10
**give** 13:10
20:6 22:6
23:7 27:10,18
**Golden** 3:2,6
28:5 30:7
**good** 3:6,18,
23 4:20 7:22
26:7
**Gordon** 3:24
**Gragnano** 4:1
**grandchildren**
27:16
**granddaughter**
27:17
**great** 7:3 8:6
33:23 34:13
**ground** 24:1,8
25:6
**group** 8:3
**guess** 6:19
9:13 14:21
26:16

---

**H**

**half** 26:17
**hand** 5:11
**handwritten**
23:21
**happened** 9:24
14:3 18:14
21:15,16
**happening**
13:14
**happy** 29:12
**hard** 4:12
9:20
**Hays** 3:5,6,8
7:1,4 28:5,11
30:6,11,12
34:1,16
**HCD** 9:11,14
10:1,2 12:19
13:21 14:2,
11,24 15:4
17:13,16,17,

22 18:5,9,22
19:21 20:14,
19 21:18 22:6
31:25
**head** 22:5
**hear** 4:10,12
12:4 30:17
**history** 13:6
23:8
**HOA** 3:25
**hold** 18:3
26:20,22
33:17
**holder** 11:6,
14
**holding** 30:1
**holds** 30:2
**home** 3:8
8:10,11,19
9:1,12 13:7,
14 17:12,19
19:6 20:8
24:7 25:5,6
26:11,12,24
31:1
**Homeowners**
3:20
**honestly** 24:5
**hope** 18:7
30:17
**house** 25:21,
22 26:2 29:11
**Houser** 3:7,9,
10 21:7
**huge** 11:20
**hundred** 13:8,
23
**Huntington**
3:20,25

---

**I**

---

**idea** 22:17,18
**inadvertently**
6:19
**include** 6:19

**included**
23:13,23 24:2
**individual**
9:6 21:1
**individually**
19:7
**individuals**
16:8
**information**
23:7
**initial** 7:5
8:12
**instance** 22:2
26:17
**intent** 26:23
**Intention**
6:18
**issued** 14:10
19:16 21:19
22:6,12,14,17
**issues** 34:3
**items** 33:1

---

**J**

---

**J-PAD** 8:23
10:22 11:4,15
12:8,9,13,15
15:18 16:1,15
20:24 23:3
25:12 26:21
27:1,2,6,14,
22 29:8,15,
19,24
**J-SANDCASTLE**
8:19,23 9:13,
17 10:9,14,
15,21 11:14
12:12,13,24,
25 13:2,8,15
14:1,14,19
15:6,19 16:1,
15,17,24
17:1,22 18:6,
17,23,24 19:6
20:9,10,15,
17,18 25:24
31:14

**J-Sandcastle's**
14:16 17:3
**Jamie** 5:14
13:12,13
14:15 17:3
18:15 19:14
26:19,21,22
31:15
**Janine** 4:1,4,
6
**January** 9:15,
16,25 10:3,5,
9,13,25 11:5
12:17 22:4,15
24:16,21
**Jasso** 4:1,4,6
**Jeff** 3:2
30:16
**Jefford** 4:8,
13,18
**Jennifer** 4:2
**Jonathan** 3:24
**Judge** 14:5
**judgment** 32:7
**Judy** 32:8
**July** 8:20
23:1
**jumped** 12:1
**Justin** 28:16,
20

---

**K**

---

**Katarina** 32:8
**key** 24:16
**kids** 11:24,25
**kind** 11:2
31:25

---

**L**

---

**lease** 18:16
24:1,8,10,17,
18 31:7
**leasehold**
24:8

**leases** 24:9
**leave** 19:1
**led** 8:15
**Lee** 4:1
**left** 19:3
23:3 32:16,20
**legal** 10:22
11:4 12:22
16:21 20:3,5,
16,19 21:3,13
23:8 26:1
**lender** 11:15
**Lindy** 4:2
**lines** 3:16
**Lisa** 4:9,14,
19,22,24 5:3,
4,5 9:5 14:13
23:12,15,22
24:10,12,14,
21 25:8
30:16,25
31:4,7,8,15
32:7,13,23
33:2,5
**Lisa's** 5:1
**list** 16:4
27:5
**listed** 11:4
15:22 28:9,10
**LLC** 9:14
27:13
**loan** 29:21
**loaned** 11:19
13:2 25:23
**Lori** 4:2 5:18
33:17
**loss** 26:4
29:5
**lot** 25:5,6
31:4,5
**LYNN** 5:14

---

**M**

---

**mail** 19:17
22:23

make  13:4
  25:3 30:4,14
  33:13
making  6:7
  34:4
man  11:25
management
  27:12
managing
  27:13
mandatory
  21:6
manufactured
  8:10,19 9:1,
  12 17:12,19
  19:6 20:8
Marshack  3:8
master  24:8,
  17,18
match  21:14
matter  3:2
  5:6 28:16
meeting  7:6
member  9:13
  27:13
members  27:3,
  16
mentioned  6:5
  26:11
message  5:18
met  14:4
Michael  3:19
middle  15:6
million  16:7
missed  5:8
mistake  7:19
mistaken  7:17
misunderstood
  7:15
mix  21:14
Mm-hmm  11:17
mobile  3:8
  25:5,6 31:1
money  11:20
  13:2 23:4
  25:20,22
  29:6,19

mute  4:20

**N**

names  27:18
  28:1,13
necessarily
  6:12
Nickel  24:23
  26:12,22
notarization
  19:23
notarized
  19:20 21:9
  22:20 26:18
notary  25:9,
  10
note  11:6,10,
  12,14,15
  12:15 13:2
  23:22 26:4
notes  30:8
notice  20:24
noticed  24:15
notification
  10:2
November  9:2,
  9,11 11:13
  13:1,16,19
  14:7,11 15:6,
  8,10 17:9,21,
  25 18:7,9,22
  20:20 22:2,3
  31:14 33:19,
  20
number  3:22

**O**

observe  3:11,
  13
observing
  4:4,6,22
obtained  32:7
odd  32:1
offered  32:15

office  8:5
  34:5
officially
  14:21
oldest  28:16
one-seventh
  25:13 28:13
one-third
  15:22 25:12
ongoing  10:4
operate  13:2
original  8:18
  12:24 20:14,
  19
originally
  12:11 13:8,16
  16:23
owed  23:4
owned  25:12
owner  8:21
  10:10,15,20,
  21,22 11:4
  12:21,22,24
  13:17,23
  14:12 15:5,
  12,20 16:1,17
  17:11 18:15,
  23 19:5,8
  20:2,3,16,18,
  19 21:12 26:9
owners  13:7,
  10,11 14:8
  16:13,21
  21:13 23:8
  27:2,11,14,22
ownership
  15:9 16:5,10,
  18,19,22,23
  17:5,6,9,21,
  23 18:4,8
  19:4 20:4,5
  21:3 27:1
  28:14 29:2,8,
  15,25
owns  27:6

**P**

pages  25:7
paid  26:5
  29:7
painting  26:2
parcel  24:1
pardon  9:15
  23:5
park  10:4
  13:14
Patricia  31:8
Paulin  4:2
pause  12:20
pay  25:25
  32:6
payment  23:18
  26:1
people  27:13
  29:19,24
  30:17
percent  13:8,
  24 27:11
  28:22 29:17
percentage
  29:2,15
percentages
  16:4
person  12:7
  25:19
personal  16:6
  17:18 32:13
personally
  8:21
petition  8:13
  28:10
Phillips  4:1
phone  3:16,22
  4:7,21 5:7,9
  8:8 30:13
pieces  32:22
  33:1
Pierpont
  11:19 12:6,9,
  13 15:16
  16:2,16

place 7:9
18:17,24
pledged 10:10
pledging
10:15
point 8:11
10:23 13:9
25:20 26:2
29:5 30:14
31:17
Poole 3:18,19
portion 19:8
27:4,6
possession
32:12 33:3
present 8:11
pretty 6:21
price 32:2,4
problem 11:23
25:17,18
proceed 5:19,
20
processed
22:3
produced 24:3
profit 26:4
29:5
promissory
11:14 12:16
property
10:10,16 16:6
17:19 29:20,
22 32:13
33:1,2
provide 5:24,
25 24:12
29:24
provided 5:22
21:21 23:10
24:25
providing
5:21
purchase
23:12,15
29:20,21
31:1,2,11
32:2,4

purchased 9:1
29:22
put 4:25
14:16 21:7
26:20,21
32:21

---

## Q

question 10:5
13:5 15:24,25
17:24 18:3,8
26:6,7,8,25
29:23 31:9,18
questions
6:23,25 7:7
8:16 30:7,14,
19 33:10

---

## R

raise 5:10
Rancho 3:7
Randy 26:12,
22
reach 34:4
read 24:10,19
ready 6:13
realize 10:23
Realtor 24:13
reason 21:1
25:15 27:12
recall 19:24
23:12 31:19,
21,23 32:2
receive 33:10
received
20:21 23:11
recollection
20:1 27:10
record 3:1
6:6,11 7:16,
18 12:18
recorded
10:1,14,25
12:17 17:18
20:25

recording
34:17
records 19:25
redundant
11:3
Rees 3:24
refer 25:3
referenced
33:3
referencing
24:18
referring
11:8
reflects 9:17
registered
9:12,17
10:20,21
12:21,24
13:6,10,11,
14,17,23
14:8,12 15:5,
9,12,20,25
16:5,9,13,17,
18,19,20,21,
22,23 17:5,6,
8,11,21,23
18:4,8,15,23
19:1,2,4,5,8
20:2,3,9,18
21:12 23:8
registration
14:6 15:5
relating
31:11
relevant 24:6
remain 15:19
remember
11:12 28:1
rental 24:14
repeat 4:5,
11,17
representing
5:7
reserve 33:9
residential
24:19

respect 16:4
responsibility
25:25
responsible
29:13
Riverside
9:11 13:21
Ron 11:19
12:13 15:18
16:2,16 20:24
23:2,3 27:3,
17 28:17,20
room 3:4
Ryan 4:9,14,
19,22 5:4,5
9:5 14:13,19
15:6 16:24,25
17:2 23:13,
16,22 24:12,
14,21 25:8
30:17 31:1,15
32:7,14,23
33:2
Ryan's 24:10
33:5

---

## S

Sacramento
9:21
sale 25:22
Schaub 3:23,
24
schedule 6:20
8:18 25:11
28:12
schedules
6:17 8:14
25:11
Secretary
10:24 12:18
17:15,20
secured 10:18
security
11:22
send 7:15,18
22:8 34:9

sending 34:13
separate 12:10
September 7:24 8:2,5, 21,22
series 7:23
settlement 21:6
she'll 24:12
shortly 19:23 22:23
showed 18:6 20:16 32:21
showing 18:22 24:1
shows 17:23
signed 12:15, 16 13:2 20:23 22:2 23:18 25:8
signs 9:9 24:12
silent 27:13
simple 15:1 18:3,8 29:23 31:9
single 7:14, 20 9:13
sir 4:10,24 5:12 6:2,4,9
sister 31:7 32:16
situation 13:13
situations 10:3
small 27:4
sold 24:7 26:11,12
sole 9:13
son 28:16
sort 3:4 6:11 24:10
sounds 23:10 28:6

space 25:6
speak 14:21 26:16 29:10
specific 17:7 18:25 31:12
speed 24:9
spoke 7:5 11:12
stamped 25:9
start 3:5 5:20 7:12 20:5
started 13:12,13
State 10:25 12:18 17:15, 20
statement 6:18 17:19
states 8:13
stayed 21:17
Steve 28:20
Steven 16:14 28:16
stick 17:24 18:3
sticking 16:22
stop 13:3
subject 10:6
submit 14:11 19:21
submitted 19:15
sum 32:6
summarize 6:11
supposed 7:15 12:1 18:19 20:25 32:20
sworn 5:15

---

**T**

talk 34:7
talked 7:17

15:11 24:17
talking 15:13 17:25 18:3,4, 25 19:2,3 20:5 21:13
taxation 25:18
team 24:11
telling 27:21
terms 17:11
testified 5:16 30:24 31:22
texted 33:17
Theodore 4:1
thing 7:11,12 11:22 12:18 24:23
things 7:10 11:21 14:23 26:14,15 31:5
thought 7:15, 17 28:15 31:7
till 11:2
time 4:16 6:14 7:16 8:11 9:7 10:25 11:13, 18 13:7,9 14:18 15:4,16 19:22 20:22, 24 22:22 25:9 26:11 33:15, 20
times 14:5 19:25
title 8:10,19 9:6,8,17,22 10:14 11:1, 18,19 12:6,7, 11,12 14:16, 19 15:19,22 17:2,18 18:5, 9,21 19:10,16 20:14,19 21:18 22:9 23:19 30:2

today 17:23 18:1 27:10 30:7
ton 31:4
top 19:8
totally 13:4
transaction 25:23
trust 26:17, 19
trustee 3:1, 2,9,12,14,16, 21 4:3,5,7, 11,16,20,23 5:2,6,18 6:3, 5,10,21,23 7:3,14,18 21:22 22:8 23:11,14,21, 23,24 24:3,25 27:8,23 28:1, 4,6 30:3,9, 13,18,20,22 33:8,11,24 34:3,12
trustee's 7:24 8:4
turn 30:10
turn's 25:24
type 17:10

---

**U**

UCC 9:25 10:4,9,13 11:11 12:17 15:11
understand 14:25 20:7 30:6
undo 4:25
Unintelligible 25:16
upload 6:15
upset 11:25

JASSO DECL. PAGE - 1002

## V

**versus** 12:21
**video** 4:25
  5:2
**voice** 5:1

## W

**wanted** 6:16
**whited** 14:15
  17:1,4
**words** 24:4,
  16,20,24
**work** 18:20
**working** 26:3,
  16
**works** 26:15
  34:1
**world** 7:25
**worries** 30:9
**write** 25:2
**written** 30:25
  31:10,13

## Y

**year** 9:3

## Z

**Zoom** 3:17 5:9
  30:14

# EXHIBIT 36

Table of Debtor's November 16, 2018 4 Cashier's checks from JSC LLC #7860 payable to Lisa Ryan totaling $170,000

Trace of Funds: Lisa Ryan endorsed first three $50,000 checks and deposited into Bank of America; Debtor endorsed one $20,000 then depositted it into PCC #0186 in December 2018

| Debtor's Chase Bank Account | Date of Cashier's Check | Payable To | Amount | Serial  No of CC | Account Debtor Deposited CC | Date Debtor Deposited CC | Trace of Funds |
|---|---|---|---|---|---|---|---|
| JG Chase 0186 | 11/16/2018 | Lisa Ryan | 50000 | 1759627338 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JG Chase 0186 | 11/16/2018 | Lisa Ryan | 50000 | 1759627339 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JG Chase 0186 | 11/16/2018 | Lisa Ryan | 50000 | 1759627340 | JSC Chase 7860 | 11/16/2018 | See Row 2 above |
| JG Chase 0186 | 11/16/2018 | Lisa Ryan | 20000 | 1759627341 | JSC Chase 7860 | 12/31/2018 | See Row 2 above |



| | | | |
|---|---|---|---|
| **Posting Date:** | 2018-11-19 | **Account Number:** | 806002234 |
| **Amount:** | $50,000.00 | **Bank Number:** | 601 |
| **Capture Source:** | PV | **Check/Serial #:** | 001759627338 |
| **DB/CR:** | Debit | **Routing Transit Number:** | 12210002 |
| **Sequence Number:** | 5670659646 | **Trancode:** | 000000 |
| **UDK:** | 601181119005670659646 | **Missing Image:** | 5 |
| **Application Code:** | 1 | **Item Type:** | Paper Item |
| **IRD:** | | **PE Indicator:** | P |
| **Entry Number:** | 0000005718 | **BOFD:** | 000000000 |
| **Cost Center:** | | **Teller Number:** | |
| **Teller Sequence Number:** | | **Processing Date:** | 2018-11-19 |



| Posting Date: | 2018-11-19 | Account Number: | 806002234 |
|---|---|---|---|
| Amount: | $50,000.00 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 001759627339 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 5670659644 | Trancode: | 000000 |
| UDK: | 60118119005670659644 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | | PE Indicator: | P |
| Entry Number: | 0000005718 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2018-11-19 |



| | | | |
|---|---|---|---|
| Posting Date: | 2018-11-19 | Account Number: | 806002234 |
| Amount: | $50,000.00 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 001759627340 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 5670659645 | Trancode: | 000000 |
| UDK: | 60118119005670659645 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | | PE Indicator: | P |
| Entry Number: | 0000005718 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2018-11-19 |



CASHIER'S CHECK

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

CHASE

1759627340   91-2   1221

Remitter: JAMIE L GALLIAN

Date   11/16/2018   Void after 7 years

Pay To The Order Of: LISA T. RYAN
16222 WARMINGTON LN SPC 376 HB 92649

Pay: FIFTY THOUSAND
DOLLARS AND 00 CENTS

$** 50,000.00 **

Do not write outside this box

Drawn   JPMORGAN CHASE BANK, N.A.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Memo:
Note: For information only. Comment has no effect on bank's payment.

⑈1759627340⑈ ⑆122100024⑆ 806002234⑈

Seq: 106
Batch: 433357
Date: 11/17/18

Seq:00106 11/17/18
BAT:433357 CC:3180000984
HT:01 LTPS:Jacksonville PT
BC:Huntington-Harbour BC CA7-159

WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK
HOLD TO LIGHT TO VERIFY WATERMARK

1381283091

| | | | |
|---|---|---|---|
| Posting Date: | 2018-12-31 | Account Number: | 806002234 |
| Amount: | $20,000.00 | Bank Number: | 601 |
| Capture Source: | BY | Check/Serial #: | 001759627341 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 8780036565 | Trancode: | 000000 |
| UDK: | 601181231008780036565 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | | PE Indicator: | P |
| Entry Number: | 0000016174 | BOFD: | 111900057 |
| Cost Center: | 740857 | Teller Number: | 2 |
| Teller Sequence Number: | 119 | Processing Date: | 2018-12-31 |



# EXHIBIT 37

| | | | |
|---|---|---|---|
| Posting Date: | 2018-11-13 | Account Number: | 806002234 |
| Amount: | $5,000.00 | Bank Number: | 601 |
| Capture Source: | PV | Check/Serial #: | 001085245528 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 9580671601 | Trancode: | 000000 |
| UDK: | 60118113009580671601 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | | PE Indicator: | P |
| Entry Number: | 0000014751 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | |
| Teller Sequence Number: | | Processing Date: | 2018-11-13 |



CASHIER'S CHECK

CHASE

Remitter:   JAMIE L GALLIAN

Pay To The
Order Of:   JAMIE L GALLIAN

Pay:   FIVE THOUSAND DOLLARS AND 00 CENTS          $** 5,000.00 **

Date   11/08/2018   Void after 7 years

1085245528

Drawn:   JPMORGAN CHASE BANK, N.A.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Memo: _____
Note: For information only. Comment has no effect on bank's payment.

⑈1085245528⑈ ⑆122100024⑆ 806002234⑈

1380473832

# EXHIBIT 38

| | | | |
|---|---|---|---|
| Posting Date: | 2018-11-26 | Account Number: | 806002234 |
| Amount: | $10,000.00 | Bank Number: | 601 |
| Capture Source: | BY | Check/Serial #: | 001085245519 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 |
| Sequence Number: | 9580863754 | Trancode: | 000000 |
| UDK: | 601181126009580863754 | Missing Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item |
| IRD: | | PE Indicator: | P |
| Entry Number: | 0000013147 | BOFD: | 111900057 |
| Cost Center: | 740857 | Teller Number: | 2 |
| Teller Sequence Number: | 325 | Processing Date: | 2018-11-26 |



**CASHIER'S CHECK**

CHASE

Remitter: JAMIE L GALLIAN

Date 11/08/2018   Void after 7 years   1085245519   1221

Pay To The Order Of: JAMIE L GALLIAN

Pay: TEN THOUSAND
DOLLARS AND 00 CENTS

$** 10,000.00 **

Drawer JPMORGAN CHASE BANK, N.A.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Do not write outside this box

Memo:
Note: For information only. Comment has no effect on bank's payment.

⑈1085245519⑈ ⑆122100024⑈ 806002234⑈

1380473841

# EXHIBIT 39

Table of Debtor's November 16, 2018 and Novmeber 17, 2018 creation of nine PCC cashier's checks to hold funds outside of
Debtor's personal account to be used in May 2019  for transferring funds to Fidelity via her JSC LLC Chase #7860 account

Trace of Funds: Debtor made JSC LLC reissue check on 4/25/19 payable to Debtor, then redepositted into JSC LLC #7860 plus 8 $10,000 of
Debtor's cashier's check from PCC #0186 November 3, 2018 personal withdrawal

| Debtor's Chase Bank Account | Date of Cashier's Check | Payable To | Amount | Serial  No of CC | Account Debtor Deposited CC | Date Debtor Deposited CC | Trace of Funds |
|---|---|---|---|---|---|---|---|
| JG Chase 0186 | orig 11/17/2018; reissued 4/25/19 | RDR MHE | 8743.07 | 1085735354 | JSC Chase 7860 | 5/13/2019 | See Row 2 above |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245420 | JSC Chase 7860 | 5/13/2019 | See Row 2 above |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245419 | JSC Chase 7860 | 5/13/2019 | See Row 2 above |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245417 | JSC Chase 7860 | 5/13/2019 | See Row 2 above |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245416 | JSC Chase 7860 | 5/13/2019 | See Row 2 above |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245415 | JSC Chase 7860 | 5/13/2019 | See Row 2 above |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245422 | JSC Chase 7860 | 5/13/2019 | See Row 2 above |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245414 | JSC Chase 7860 | 5/13/2019 | See Row 2 above |
| JG Chase 0186 | 11/3/2018 | Jamie Gallian | 10000 | 1085245421 | JSC Chase 7860 | 5/13/2019 | See Row 2 above |

88743

# EXHIBIT 40

## CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2018 through December 31, 2018
Account Number:    **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00047638 DRE 703 141 00119 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
DBA ORANGE CO GABLES PROPERTY
5782 PINON DR
HUNTINGTON BEACH CA 92649-4926



We are clarifying the fee for incoming wires

On March 17, 2019, we're updating the document explaining our Additional Banking Services and Fees to clarify that the fee for an incoming wire is $0 if it is sent from another Chase account with the help of a Chase banker or through chase.com or the Chase Mobile® app.

As a reminder, our standard fee to receive a wire is $15, however, some of our products do not charge this fee

Please call the number on this statement if you have any questions.

### CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,557.41 |
| Deposits and Additions | 2 | 18,335.76 |
| ATM & Debit Card Withdrawals | 19 | -8,767.69 |
| Other Withdrawals | 2 | -18,500.00 |
| Fees | 1 | -18.95 |
| **Ending Balance** | **24** | **$606.53** |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17 | Card Purchase Return   12/16 Lowes #01753* Huntington Be CA Card 2273 | $335.76 |
| 12/31 | Transfer From Chk Xxxxxx0186 | 18,000.00 |
| **Total Deposits and Additions** | | **$18,335.76** |

### ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/07 | Card Purchase With Pin  12/06 The Home Depot #6646 Huntington BC CA Card 2273 | $76.88 |
| 12/07 | Card Purchase With Pin  12/06 The Home Depot #6646 Huntington BC CA Card 2273 | 163.48 |
| 12/10 | Card Purchase      12/08 Midlandcreditmanagemnt 877-2402377 CA Card 2273 | 1,565.00 |
| 12/10 | Card Purchase      12/08 Midlandcreditmanagemnt 877-2402377 CA Card 2273 | 2,588.13 |
| 12/10 | ATM Withdrawal      12/08 16917 Algonquin St Huntington Be CA Card 2273 | 1,000.00 |

Page 1 of 4

**CHASE ❖**

December 01, 2018 through December 31, 2018
Account Number:     000000351897860

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/10 | ATM Withdrawal        12/09 16917 Algonquin St Huntington Be CA Card 2273 | 1,000.00 |
| 12/10 | Card Purchase         12/09 Lowes #01753* Huntington Be CA Card 2273 | 612.52 |
| 12/10 | Card Purchase With Pin  12/10 Cvs/Pharm 09373--169 Huntington BC CA Card 2273 | 126.39 |
| 12/10 | Card Purchase With Pin  12/10 Cvs/Pharm 09373--169 Huntington BC CA Card 2273 | 98.56 |
| 12/10 | Card Purchase With Pin  12/10 Cvs/Pharm 09373--169 Huntington BC CA Card 2273 | 40.61 |
| 12/10 | Card Purchase With Pin  12/10 Cvs/Pharm 09373--169 Huntington BC CA Card 2273 | 34.99 |
| 12/11 | Card Purchase         12/09 Mcdonald's F19320 Huntington Be CA Card 2273 | 9.24 |
| 12/11 | Card Purchase With Pin  12/11 Cravings Pizzeria Huntingtn Bch CA Card 2273 | 22.24 |
| 12/11 | Card Purchase With Pin  12/11 Big Lots Stores 6911 Huntington Be CA Card 2273 | 586.55 |
| 12/11 | ATM Withdrawal        12/11 16917 Algonquin St Huntington Be CA Card 2273 | 400.00 |
| 12/12 | Card Purchase         12/10 Cooc 818-6515600 CA Card 2273 | 208.76 |
| 12/12 | Card Purchase         12/10 Starbucks Store 0928 Huntington Be CA Card 2273 | 5.25 |
| 12/12 | Card Purchase         12/10 Olive Pit Grill 714-3165000 CA Card 2273 | 42.78 |
| 12/13 | Card Purchase With Pin  12/13 Oc Goodwill #405 6741B Westminster CA Card 2273 | 186.31 |
| **Total ATM & Debit Card Withdrawals** | | **$8,767.69** |

## ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian  Card 2273

|  |  |  |
|--|--|--|
| | Total ATM Withdrawals & Debits | $2,400.00 |
| | Total Card Purchases | $6,367.69 |
| | Total Card Deposits & Credits | $335.76 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $2,400.00 |
| | Total Card Purchases | $6,367.69 |
| | Total Card Deposits & Credits | $335.76 |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/05 | 12/05 Withdrawal | $500.00 |
| 12/31 | 12/31 Withdrawal | 18,000.00 |
| **Total Other Withdrawals** | | **$18,500.00** |

## FEES

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 12/18 | Check OR Supply Order | PPD ID: 1410216800 | $18.95 |
| **Total Fees** | | | **$18.95** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/05 | $9,057.41 |
| 12/07 | 8,817.06 |
| 12/10 | 1,750.85 |
| 12/11 | 732.82 |
| 12/12 | 475.03 |
| 12/13 | 289.72 |

Page 2 of 4

# CHASE ◆

December 01, 2018 through December 31, 2018

Account Number: **000000351897860**



## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT |
|------|--------|
| 12/17 | 625.48 |
| 12/18 | 606.53 |
| 12/31 | 606.53 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 21 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **21** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  •  Your name and account number
  •  The dollar amount of the suspected error
  •  A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4



December 01, 2018 through December 31, 2018
Account Number:    000000351897860

This Page Intentionally Left Blank

Page 4 of 4



**14-Mar-22**

**Reference Case Number: G14Mar22-53**

**This is a substitute document representing an Electronic Ticket**

**Posting Date 31-Dec-18**
**Sequence Number 091915509397**
**Amount 18000.00**
**Account Number: 7860**
**Date Request Received 14-Mar-22**

**14-Mar-22**

**Reference Case Number: G14Mar22-53**

**This is a substitute document representing an Electronic Ticket**

**Posting Date 31-Dec-18**
**Sequence Number 091915509398**
**Amount 18000.00**
**Account Number: 7860**
**Date Request Received 14-Mar-22**

**CHASE** ◎

**WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

Todsy's Date
12/31/18

Customer Name *(Please Print)*
J-SandcastleCo LLC $5076

R/T 500001017

If Purchasing a Cashier's Check Provide Payee Name
RDR Mobile Home EState5

N13061-CH (Rev. 10/15)  80047458  02/18

Customer Signature
X *Paul RDallum, member*

▼ Start your account number here
351897860

TOTAL $

**AMOUNT**
18,000.00

⑈073631269⑈ ⑈500001017⑈