# EXHIBIT 41



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2018 through December 31, 2018
Primary Account: **000000339960186**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00958174 DRE 703 141 00119 NNNNNNNNNNN T 1 000000000 85 0000
JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH CA 92649-2258



**We are clarifying the fee for incoming wires**

On March 17, 2019, we're updating the document explaining our Additional Banking Services and Fees to clarify that the fee for an incoming wire is $0 if it is sent from another Chase account with the help of a Chase banker or through chase.com or the Chase Mobile® app.

As a reminder, our standard fee to receive a wire is $15, however, some of our products do not charge this fee.

Please call the number on this statement if you have any questions.

**We're updating our Wire Transfer Agreement**

On March 17, 2019, we're updating our Wire Transfer Agreement, which applies to wire transfers requested through your Chase Private Client Service team. This update explains that we will notify you in advance of any changes to this agreement if they adversely affect you, or if the change is necessary to comply with a legal requirement.

To get a copy of this agreement, you can visit a branch or contact your Private Client Banker.

Please call us at the number at the top of this statement if you have any questions.

### CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | 000000339960186 | $0.23 | $3,928.57 |
| Chase Private Client Savings | 000003727597891 | 100.86 | 100.86 |
| **Total** | | **$101.09** | **$4,029.43** |

| TOTAL ASSETS | | $101.09 | $4,029.43 |
|---|---|---|---|

Page 1 of 4

**CHASE PRIVATE CLIENT**

December 01, 2018 through December 31, 2018
Primary Account: 000000339960186

## CHASE PRIVATE CLIENT CHECKING

JAMIE L GALLIAN

Account Number: 000000339960186

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $0.23 |
| Deposits and Additions | 22,591.34 |
| Electronic Withdrawals | -18,663.00 |
| **Ending Balance** | **$3,928.57** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.30 |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.23 |
| 12/28 | Deposit     1819563812 | 2,591.34 | 2,591.57 |
| 12/31 | Deposit     1786730251 | 20,000.00 | 22,591.57 |
| 12/31 | 12/29 Online Payment 7798547061 To Spectrum | -136.00 | 22,455.57 |
| 12/31 | 12/29 Online Payment 7798693708 To County of Orange | -27.00 | 22,428.57 |
| 12/31 | 12/31 Online Transfer To Chk ...5315 Transaction#: 7804113552 | -500.00 | 21,928.57 |
| 12/31 | Transfer To Chk Xxxxxx7860 | -18,000.00 | 3,928.57 |
| | **Ending Balance** | | **$3,928.57** |

## CHASE PRIVATE CLIENT SAVINGS

JAMIE L GALLIAN

Account Number: 000003727597891

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $100.86 |
| **Ending Balance** | **$100.86** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $1.12 |

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.

Page 2 of 4



**CHASE PRIVATE CLIENT**

December 01, 2018 through December 31, 2018

Primary Account: **000000339960186**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4



CHASE PRIVATE CLIENT

December 01, 2018 through December 31, 2018
Primary Account: **000000339960186**

This Page Intentionally Left Blank

Page A of A

**14-Mar-22**

**Reference Case Number: G14Mar22-44**

**This is a substitute document representing an Electronic Ticket**

**Posting Date 31-Dec-18**
**Sequence Number 091915509398**
**Amount 18000.00**
**Account Number: 0186**
**Date Request Received 14-Mar-22**





# EXHIBIT 42



**CHASE** ○
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 30, 2019 through April 30, 2019
Account Number: **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00945369 DRE 703 141 12119 YNYNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
DBA ORANGE CO GABLES PROPERTY
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

### CHECKING SUMMARY    Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $561.53 |
| Deposits and Additions | 1 | 18,000.00 |
| Fees | 1 | -15.00 |
| Ending Balance | 2 | $18,546.53 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/24 | Deposit    1861916358 | $18,000.00 |
| **Total Deposits and Additions** | | **$18,000.00** |

### FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $561.53.

### DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/24 | $18,561.53 |
| 04/30 | 18,546.53 |

### SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **2** |

Page 1 of 2

## CHASE ◘

March 30, 2019 through April 30, 2019
Account Number:   000000351897860

### SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2





CASHIER'S CHECK

**CHASE**

1085734355

Date 12/31/2018    Void after 7 years

**Remitter:** J-SANDCASTLE CO, LLC

**Pay To The Order Of:** RDR MOBILE HOME ESTATES
SPC RENT 376 DEP 01/01/2019-12/31/2019

**Pay:** EIGHTEEN THOUSAND
DOLLARS AND 00 CENTS

$** 18,000.00 **

**Drawer:** JPMORGAN CHASE BANK, N.A.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Memo:
Note: For information only. Comment has no effect on bank's payment.

⑈1085734355⑈ ⑆122100024⑆ 806002234⑈

1381086482

# EXHIBIT 43

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2019 through May 31, 2019
Account Number:   **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00042008 DRE 703 141 15219 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
DBA ORANGE CO GABLES PROPERTY
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

| CHECKING SUMMARY | Chase Total Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $18,546.53 |
| Deposits and Additions | 2 | 90,930.62 |
| Checks Paid | 1 | -10,000.00 |
| ATM & Debit Card Withdrawals | 7 | -2,042.12 |
| Other Withdrawals | 1 | -96,000.00 |
| Fees | 2 | -23.00 |
| Ending Balance | 13 | $1,412.03 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/13 | Deposit | 1871265347 | $88,743.07 |
| 05/15 | Deposit | 1871115430 | 2,187.55 |
| **Total Deposits and Additions** | | | **$90,930.62** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4500 ^ | | 05/03 | $10,000.00 |
| **Total Checks Paid** | | | **$10,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/06 | ATM Withdrawal | 05/04 16917 Algonquin St Huntington Be CA Card 2273 | $300.00 |
| 05/08 | Card Purchase With Pin | 05/08 St Joseph Room Service Orange CA Card 2273 | 8.00 |
| 05/10 | Card Purchase | 05/08 St. Joseph Hospital of Orange CA Card 2273 | 600.00 |
| 05/10 | Card Purchase | 05/08 St Joseph Parking Orange CA Card 2273 | 9.00 |

Page 1 of 4

**CHASE** ○

May 01, 2019 through May 31, 2019
Account Number:   **000000351897860**

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/13 | Card Purchase          05/10 Filingservices 402-935-7733 FL Card 2273 | 39.00 |
| 05/13 | Card Purchase With Pin  05/11 Albertsons Store  08 Huntington Be CA Card 2273 | 86.12 |
| 05/23 | ATM Withdrawal          05/23 7830 Edinger Ave Huntington Be CA Card 2273 | 1,000.00 |
| **Total ATM & Debit Card Withdrawals** | | **$2,042.12** |

## ATM & DEBIT CARD SUMMARY

Jamia Lynn Gallian  Card 2273

| | AMOUNT |
|---|---|
| Total ATM Withdrawals & Debits | $1,300.00 |
| Total Card Purchases | $742.12 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | AMOUNT |
|---|---|
| Total ATM Withdrawals & Debits | $1,300.00 |
| Total Card Purchases | $742.12 |
| Total Card Deposits & Credits | $0.00 |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/13 | 05/13 Withdrawal | $96,000.00 |
| **Total Other Withdrawals** | | **$96,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/13 | Official Checks Charge | $8.00 |
| 05/31 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$23.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $239.48.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 05/03 | $8,546.53 |
| 05/06 | 8,246.53 |
| 05/08 | 8,238.53 |
| 05/10 | 7,629.53 |
| 05/13 | 239.48 |
| 05/15 | 2,427.03 |
| 05/23 | 1,427.03 |
| 05/31 | 1,412.03 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 9 |
| Deposits / Credits | 2 |
| Deposited Items | 10 |
| **Transaction Total** | **21** |

Page 2 of 4

**CHASE** ◻

May 01, 2019 through May 31, 2019
Account Number:  **000000351897860**

## SERVICE CHARGE SUMMARY   *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4





May 01, 2019 through May 31, 2019
Account Number:    000000351897860

This Page Intentionally Left Blank

Page A of A























CASHIER'S CHECK

**CHASE**

Remitter: REPLACEMENT CHECK#1085733953

1085735354

Date 04/25/2019    Void after 7 years

Pay To The
Order Of: JAMIE L GALLIAN

Pay! EIGHT THOUSAND SEVEN HUNDRED FORTY THREE DOLLARS AND 07 CENT    $** 8,743.07 **

Drawer JPMORGAN CHASE BANK, N.A.

Memo:
Note: For information only. Comment has no effect on bank's payment.

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1085735354⑈ ⑆122100024⑆ 806002234⑈

1386210483

**CHASE** ⬤

**WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

Today's Date
5/13/19

Customer Name *(Please Print)*

Jamie Gillian
Fitelity

If Purchasing a Cashier's Check Provide Payee Name

W13061-CH (Rev. 10/15)  00021914  0170

R/T 500001017

Customer Signature
X

WITHDRAWAL

▼ Start your account number here

351·89786·0

TOTAL $

AMOUNT

96 000.00

⑆0783105408⑆ ⑈500001017⑈

JASSO DECL. PAGE - 1055

**82**





# EXHIBIT 44

MR_CE_BHCGMHBBBFSXV_BBBBB 20190531

INVESTMENT REPORT
**May 1, 2019 - May 31, 2019**

Envelope # BHCGMHBBBFSXV

Fidelity Rollover IRA JAMIE LYNN GALLIAN - ROLLOVER IRA -
FIDELITY MANAGEMENT TRUST CO - CUSTODIAN
▶ **Account Number: 169-638064**

**Your Account Value:** **$96,156.30**

Change from Last Period: ▲ $96,080.41

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTN BCH CA 92649-2258

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $75.89 | $75.81 |
| Additions | 96,000.00 | 96,000.00 |
| Change in Investment Value * | 80.41 | 80.49 |
| **Ending Account Value ** ** | **$96,156.30** | **$96,156.30** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $96,156.30 | |

\*   Reflects appreciation or depreciation of your holdings due to price changes, transactions
    from Other Activity In or Out and Multi-currency transactions, plus any distribution and
    income earned during the statement period.
\*\*  Excludes unpriced securities.

**Contact Information**

| | |
|---|---|
| Online | Fidelity.com |
| FAST℠-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

H66974409320190531

INVESTMENT REPORT
May 1, 2019 - May 31, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

MR_CE_BHCGMHBBBFSXV_BBBBB 20190531    2 of 8

# Fidelity Investments®

## Account Summary

**Account Value:** **$96,156.30**

### Change in Account Value    ▲ $96,080.41

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $75.89 | $75.81 |
| **Additions** | 96,000.00 | 96,000.00 |
| Contributions | 96,000.00 | 96,000.00 |
| **Change in Investment Value \*** | 80.41 | 80.49 |
| **Ending Account Value** | $96,156.30 | $96,156.30 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $96,156.30 | |

Total Account Trades Jun 2018 - May 2019: 0

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

## Core Account and Credit Balance Cash Flow
*Core Account: FIDELITY GOVERNMENT MONEY MARKET*

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Balance** | $75.89 | $75.81 |
| **Investment Activity** | | |
| Dividends, Interest & Other Income  D | 80.41 | 80.49 |
| **Total Investment Activity** | **$80.41** | **$80.49** |

## Account Holdings



100% Core Account ($96,156)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fidelity Government Money Market | $96,156 | 100% |
| **Total** | **$96,156** | **100%** |

*Please note that, due to rounding, percentages may not add to 100%.*

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Tax-deferred** | $80.41 | $80.49 |
| **Total** | **$80.41** | **$80.49** |

**INVESTMENT REPORT**
May 1, 2019 - May 31, 2019

Account # 169-638064
**JAMIE LYNN GALLIAN - ROLLOVER IRA**

## Core Account and Credit Balance Cash Flow (continued)
Core Account: FIDELITY GOVERNMENT MONEY MARKET

| | This Period | Year-to-Date |
|---|---|---|
| **Cash Management Activity** | | |
| Contributions | 96,000.00 | 96,000.00 |
| **Total Cash Management Activity** | **$96,000.00** | **$96,000.00** |
| **Ending Balance** | **$96,156.30** | **$96,156.30** |

D   Includes dividend reinvestments.

## Holdings

### Core Account

| Description | Beginning Market Value May 1, 2019 | Quantity May 31, 2019 | Price Per Unit May 31, 2019 | Ending Market Value May 31, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) | unavailable | 96,156.300 | $1.0000 | $96,156.30 | $1,710.38 1.780% |
| **Total Core Account (100% of account holdings)** | unavailable | | | **$96,156.30** | **$1,710.38** |
| **Total Holdings** | | | | **$96,156.30** | **$1,710.38** |

EAI   **Estimated Annual Income (EAI) & Estimated Yield (EY)-** *EAI is an estimate of annual income for a specific security position over the next rolling 12 months; EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the** *"Additional Information and Endnotes" section.*

MR_CE_BHCGMHBBBFSXV_BBBB 20190531
3 of 8

INVESTMENT REPORT
May 1, 2019 - May 31, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Activity

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 05/31 | FDIC INSURED DEPOSIT | FDIC97908 | Interest Earned | - | - | $0.01 |
| 05/31 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | 80.40 |
| **Total Dividends, Interest & Other Income** | | | | | | **$80.41** |

### Contributions

| Date | Reference | Description | Amount |
|---|---|---|---|
| 05/16 | | Check Received | $96,000.00 |
| **Total Contributions** | | | **$96,000.00** |

### Daily Additions and Subtractions

*Additions/subtractions from your Core Account, which utilizes FIDELITY GOVERNMENT MONEY MARKET, were effected on the dates and in the amounts indicated. If your Core Account utilizes a Fidelity money market fund, these transactions were effected at $1.00/share, and the number of shares bought/ sold equals the transaction value.*

| Date | Total Additions | Total Subtractions | Net Activity | Daily Balance | Date | Total Additions | Total Subtractions | Net Activity | Daily Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/15 | - | $0.03 | -$0.03 | $75.89 | 05/16 | 96,000.00 | - | 96,000.00 | 96,075.89 |
| 05/15 | - | -75.86 | -75.86 | 75.89 | 05/31 | 80.41 | - | 80.41 | 96,156.30 |
| 05/15 | 75.89 | - | 75.89 | 75.89 | | | | | |

*On 05/15/2019 you switched from FDIC INSURED DEPOSIT AT FIFTH THIRD IRA NOT COVERED BY SIPC to FIDELITY GOVERNMENT MONEY MARKET.*

MR_CE_~BHCGMHBBBFSXV_BBBBB 20190531

INVESTMENT REPORT
May 1, 2019 - May 31, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Estimated Cash Flow *(Rolling as of May 31, 2019)*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| June 2019 | -- | -- | -- | -- | $143 | -- | $143 |
| July | -- | -- | -- | -- | 143 | -- | 143 |
| August | -- | -- | -- | -- | 143 | -- | 143 |
| September | -- | -- | -- | -- | 143 | -- | 143 |
| October | -- | -- | -- | -- | 143 | -- | 143 |
| November | -- | -- | -- | -- | 143 | -- | 143 |
| December | -- | -- | -- | -- | 143 | -- | 143 |
| January 2020 | -- | -- | -- | -- | 143 | -- | 143 |
| February | -- | -- | -- | -- | 143 | -- | 143 |
| March | -- | -- | -- | -- | 143 | -- | 143 |
| April | -- | -- | -- | -- | 143 | -- | 143 |
| May | -- | -- | -- | -- | 143 | -- | 143 |
| **Total** | -- | -- | -- | -- | **$1,716** | -- | **$1,716** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold. **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, international stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

-- not available

MR_CE_~BHCGMHBBBFSXV_BBBB8 20190531

6 of 8

INVESTMENT REPORT
May 1, 2019 - May 31, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Additional Information and Endnotes

▲ Please be aware that we have added the following new section called 'Optional Dividends' to the customer agreement that governs your account.

▲ Optional Dividends: At times certain issuers that pay dividends may offer shareholders an opportunity to elect to receive stock, cash, or a combination of both. This is known as an 'Optional Dividend'. The issuer will assign a default if no instruction is received. For example, the default option could be cash, stock or a combination of both. You have the opportunity up until the applicable deadline to make an election to receive the payment of your choice. Please be advised, if you do not make an election prior to the deadline, your account will be assigned a default election based on the dividend reinvestment program instructions you established with respect to your account. This default election will be utilized in lieu of the issuer's default option being applied to your account.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** – EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.  **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our  **Frequently Asked Questions**  document at  **Fidelity.com/statements** .

## Information About Your Fidelity Statement

TDD Service for the Hearing-impaired Call 800-544-0118, 9 am – 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24-hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income. All income reported on a tax-deferred or tax-exempt basis may be reportable for tax purposes. Customers should consult their tax advisors for further information.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis, gain, and loss values are generally based on the prices you pay for the security, and may be adjusted for tax purposes. Additional information on the sales of covered securities is sold within a retirement account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends on capital gains reinvested. For non-retirement accounts, cost information, when available, is adjusted for wash sales and is used to calculate gain or loss. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. **Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-4138.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment advisers or affiliates, currently pay FBS and NFS sales loads and 12b-1 trails as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, whether you incur a fee is based upon the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as undeleated checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in the connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other products within the brokerage account portion, such as insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC), and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts are maintained in certificate form until they are sold or called for redemption or held in book-entry form by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Equity Dividend Reinvestment** If you enrolled in dividend reinvestment, dividends are delivered to you electronically, but you may also request that such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description which is available upon request. A detailed description of our random allocation procedure is available upon request. A detailed description of our random allocation procedure is available upon request. The writer of an American-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price** transactions by FBS acting as agent for your account. The Total Market Value of a security position, however, the individual unit price is displayed in 5-decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors use a variety of techniques to estimate quotes, but when such quotes are not available, they may be based on certain other information (including when amounts (e.g., $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security position, and the quality of the transaction reflect the actual value of the security by the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations. **Agency Trades** Individual securities trades placed for your Fidelity® Personalized Portfolios account are completed on an agency basis by FBS.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are Fidelity Investments companies** and each a member New York Stock Exchange and SIPC. Brokerage margin accounts is also available for inspection at its offices. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity® Personalized Planning & Advice and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the brokeridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy and Fidelity® Core Bond Strategy. Fidelity Go® and Fidelity® Personalized Planning & Advice use FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency and are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Ratings Information from Standard & Poor's ("S&P")** may not be reproduced. S&P credit ratings are not intended to be investment advice and S&P makes no representations regarding the advisability of investing, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depository institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.37.0



Fidelity®
INVESTMENTS

MR. CE_CBNCSMHBBBFSXV_BBBB8 20195SJ 2

This page intentionally left blank



INVESTMENT REPORT
**June 1, 2019 - June 30, 2019**

Envelope # BHFFGZBBKDFX

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTN BCH CA 92649-2258

Fidelity Rollover IRA JAMIE LYNN GALLIAN - ROLLOVER IRA -
FIDELITY MANAGEMENT TRUST CO - CUSTODIAN
▶ **Account Number: 169-638064**

## Your Account Value:                  **$96,316.08**

Change from Last Period:                ▲ $159.78

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $96,156.30 | $75.81 |
| Additions | - | 96,000.00 |
| Change in Investment Value * | 159.78 | 240.27 |
| **Ending Account Value \*\*** | **$96,316.08** | **$96,316.08** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $96,316.08 | |

\*    Reflects appreciation or depreciation of your holdings due to price changes, transactions
     from Other Activity In or Out and Multi-currency transactions, plus any distribution and
     income earned during the statement period.
\*\*   Excludes unpriced securities.

### Contact Information

| Online | Fidelity.com |
|---|---|
| FAST℠-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

New security enhancement: Money Transfer Lockdown. Lock and unlock
your eligible accounts instantly to help prevent money from being
transferred out of them without your permission. Enroll at
Fidelity.com/securitycenter.

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1 of 8

H669744093320190630



MR_CE_BHFFGZBBBKCPX_BBBBB 20190629

INVESTMENT REPORT
June 1, 2019 - June 30, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

# Account Summary

## Account Value: $96,316.08

### Change in Account Value ▲ $159.78

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $96,156.30 | $75.81 |
| Additions | - | 96,000.00 |
| Contributions | - | 96,000.00 |
| Change in Investment Value * | 159.78 | 240.27 |
| Ending Account Value | $96,316.08 | $96,316.08 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $96,316.08 | |

Total Account Trades Jul 2018 - Jun 2019: 0

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

## Core Account and Credit Balance Cash Flow
*Core Account: FIDELITY GOVERNMENT MONEY MARKET*

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Balance | $96,156.30 | $75.81 |
| **Investment Activity** | | |
| Dividends, Interest & Other Income D | 159.78 | 240.27 |
| Total Investment Activity | $159.78 | $240.27 |

## Account Holdings



100% Core Account ($96,316)

## Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fidelity Government Money Market | $96,316 | 100% |
| **Total** | **$96,316** | **100%** |

*Please note that, due to rounding, percentages may not add to 100%.*

## Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| Tax-deferred | $159.78 | $240.27 |
| **Total** | **$159.78** | **$240.27** |

**INVESTMENT REPORT**
**June 1, 2019 - June 30, 2019**

**Account # 169-638064**
**JAMIE LYNN GALLIAN - ROLLOVER IRA**

## Core Account and Credit Balance Cash Flow (continued)
*Core Account: FIDELITY GOVERNMENT MONEY MARKET*

| | This Period | Year-to-Date |
|---|---|---|
| **Cash Management Activity** | | |
| *Contributions* | - | 96,000.00 |
| **Total Cash Management Activity** | - | **$96,000.00** |
| **Ending Balance** | **$96,316.08** | **$96,316.08** |

D   *Includes dividend reinvestments.*

## Holdings

### Core Account

| Description | Beginning Market Value Jun 1, 2019 | Quantity Jun 30, 2019 | Price Per Unit Jun 30, 2019 | Ending Market Value Jun 30, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET  (SPAXX) – 7-day yield: 2.02% | $96,156.30 | 96,316.080 | $1.0000 | $96,316.08 | $1,768.84 1,840% |
| **Total Core Account (100% of account holdings)** | **$96,156.30** | | | **$96,316.08** | **$1,768.84** |
| **Total Holdings** | | | | **$96,316.08** | **$1,768.84** |

EAI    **Estimated Annual Income (EAI) & Estimated Yield (EY)** - *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the**
**"Additional Information and Endnotes" section.**

INVESTMENT REPORT
June 1, 2019 - June 30, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Activity

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 06/28 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | | $159.78 |
| **Total Dividends, Interest & Other Income** | | | | | | **$159.78** |

### Daily Additions and Subtractions

*Additions/subtractions from your Core Account, which utilizes FIDELITY GOVERNMENT MONEY MARKET, were effected on the dates and in the amounts indicated. If your Core Account utilizes a Fidelity money market fund, these transactions were effected at $1.00/share, and the number of shares bought/ sold equals the transaction value.*

| Date | Total Additions | Total Subtractions | Net Activity | Daily Balance |
|---|---|---|---|---|
| 06/28 | $159.78 | - | $159.78 | $96,316.08 |

### Estimated Cash Flow *(Rolling as of June 30, 2019)*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| July 2019 | --- | --- | --- | --- | $147 | --- | $147 |
| August | --- | --- | --- | --- | 147 | --- | 147 |
| September | --- | --- | --- | --- | 147 | --- | 147 |
| October | --- | --- | --- | --- | 147 | --- | 147 |
| November | --- | --- | --- | --- | 147 | --- | 147 |
| December | --- | --- | --- | --- | 147 | --- | 147 |
| January 2020 | --- | --- | --- | --- | 147 | --- | 147 |
| February | --- | --- | --- | --- | 147 | --- | 147 |
| March | --- | --- | --- | --- | 147 | --- | 147 |
| April | --- | --- | --- | --- | 147 | --- | 147 |
| May | --- | --- | --- | --- | 147 | --- | 147 |
| June | --- | --- | --- | --- | 147 | --- | 147 |
| **Total** | --- | --- | --- | --- | **$1,764** | --- | **$1,764** |

MR._CE_ BHFFGZBBBKDFX_BBBBB 20190628/2



MR._CE _BHFFGZBBBKCFX_BBBBB 20190629
5 of 8

INVESTMENT REPORT
**June 1, 2019 - June 30, 2019**

**Account # 169-638064**
**JAMIE LYNN GALLIAN - ROLLOVER IRA**

## Estimated Cash Flow *(Rolling as of June 30, 2019)*

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold. **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, international stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

-- *not available*

## Additional Information and Endnotes

▶  Changes to the customer agreement for one or more of your Fidelity accounts. NO ACTION REQUIRED.

▲

Effective August 8, 2019, we are deleting and replacing the subsections titled "Credits to Your Account" and "Debits to Your Account" of the section "How Transactions Are Settled." These changes primarily affect how the core account operates, including the introduction of a second sweep each morning for accounts that utilize a Fidelity Money Market Mutual Fund as the account's core fund.

Additionally, for the Fidelity Account(R) Customer Agreement, we will also change the second sentence in the second paragraph of the section titled "Borrowing on Margin" to read: "The Intra-day and After-hours Free Credit Balance, money in the core account, and any cash dividends paid on marginable securities are automatically applied to your margin debt, unless you tell us otherwise."

You can view the new customer agreement(s) and obtain a copy of your new agreement(s) at Fidelity.com/2019-customer-agreements. If you have any questions or would like to discuss alternative options, please give us a call at 800-343-3548. If you don't contact us, we will consider you to have consented to the changes outlined above.

INVESTMENT REPORT
June 1, 2019 - June 30, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

# Additional Information and Endnotes

Please note that this change affects all Fidelity accounts except Fidelity mutual fund-only accounts, ABLE accounts, Fidelity investment-only non-prototype retirement accounts, and 529 College Savings Plan accounts.

▲ NOTIFICATION OF YOUR TAX WITHHOLDING OPTIONS IN REGARD TO DISTRIBUTIONS FROM YOUR IRA. Federal Income Tax Withholding - IRS regulations require us to withhold federal income tax at a rate of 10% from your total IRA distribution (excluding Roth IRA distributions) unless you elect not to have federal income tax withholding apply (provided you have supplied Fidelity with a U.S. address) or you elect to increase the rate of withholding. Federal income tax will not be withheld from distributions from a Roth IRA unless you elect to have such tax withheld or are otherwise subject to withholding because you are a non-resident alien. If taken under a periodic distribution plan, your election will remain in effect on checkwriting or periodic distributions taken from your IRA until revoked by you. You can change your withholding elections for future distributions at any time by contacting Fidelity.

State Income Tax Withholding - If federal income tax withholding is applied to your distribution, state income tax may also apply. Your state of residence will determine your state income tax withholding requirements, if any. Please refer to the lists below. Your state of residence is determined by the legal address of record on your IRA. For residents of AR, IA, KS, MA, ME, OK and VT, if federal income tax withholding is applied to your distribution, state income tax will also apply. For residents of CA, DE, NC or OR, if federal income tax withholding is applied to your distribution, state income tax will also apply unless you elect not to have state income tax withheld.

For residents of DC, if you take a distribution of your entire account balance and do not directly roll that amount over to another eligible retirement account, DC requires that a minimum amount be withheld from the taxable portion of the distribution, whether or not federal income tax is withheld. For residents of CT and MI, state income tax applies regardless of whether or not federal income tax withholding is applied to your distribution. Please reference the CT and MI W-4P Form for information and to calculate the amount to withhold from your distribution. Tax withholding is not required if you meet certain CT and MI requirements governing pension and retirement benefits. For residents of MS, state income tax withholding will apply regardless of whether or not federal income tax withholding is applied to your distribution, unless you elect not to have state income tax withheld.

For residents of SC, you must provide a valid Social Security number; individual tax identification number; or tax identification number for a nonresident alien, if not SC requires that 7% tax be withheld from the distribution. For residents of AK, FL, HI, NH, SD, TN, TX, WA or WY, state income tax withholding is not available on IRA distributions. For residents of all other states, you are not subject to mandatory state income tax withholding; however you may elect voluntary state income tax withholding in a percentage. If you elect to have state income taxes withheld an your state provides a minimum amount or percentage for withholding, you must elect a percentage that is not less than your state's minimum withholding requirements. If the percentage you elect for withholding is less than your state's minimum withholding requirements, your state's minimum amount or percentage will be withheld.

Whether or not you elect to have federal and/or state income tax withheld from your distribution(s), you are responsible for the full payment of federal income tax, any state or local taxes, and any penalties which may apply. You may be responsible for estimated tax payments and could incur penalties if your estimated tax payments are not sufficient. Please contact Fidelity for more information, or contact your state taxing authority for assistance. THE INFORMATION PROVIDED ABOVE IS GENERAL IN NATURE AND SHOULD NOT BE CONSIDERED LEGAL OR TAX ADVICE.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not



Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Additional Information and Endnotes

be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.  **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our  **Frequently Asked Questions** document at  **Fidelity.com/statements** .

## Information About Your Fidelity Statement

TDD Service for the Hearing-Impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24-hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities. Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income since these accounts may provide for tax-free distributions under certain conditions.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis for securities such as equities, options, fixed income, and certain mutual fund sales may be subject to cost basis reporting, and your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends on reinvested dividends. Cost information generally is not provided when the security was transferred into your account, or when shares are acquired through a transfer from another account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1538.** Any oral communications regarding inaccuracies or discrepancies should be re-confirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent performance information.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment advisors or affiliates, pay NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any load, redemption, or transaction fee applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the reserves associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FINRA Rule 2264** Public Disclosure of Financial Information. For information about NFS and its related companies, please see www.finra.org/brokercheck or contact FINRA at 1-800-289-9999 or www.finra.org.

**Ratings Information from Standard & Poors ("S&P")** may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P shall not be liable for any errors or omissions (negligent or otherwise) in connection with any data or information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information contained on the statement may differ. The prices and other information originally provided. To confirm that an authorized, actual deposit has been made to your Fidelity Account® or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as unsettled checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rate 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other products which may be shown in your statement such as insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC), and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts are protected by the SIPC. **Short Account Balances** When a type is not specified, it is covered by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Assets Held in Your Brokerage Account** Unless otherwise indicated and where delivered to you constitute full information about commissions and other charges may apply. A complete breakdown is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short sales and margin transactions are liable for securities borrowing. At any time prior to expiration, a long option is subject to the exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price** transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). The Total Market Value of the security total market value is computed at the most recent price; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not available for all securities. Prices received from pricing vendors use a variety of methods to estimate value. These estimates, particularly for fixed income securities, may be based on certain information to estimate amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security includes principal and accrued interest and may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.



JASSO DECL. PAGE - 1074

MR._CE_BHFFGZBBEKCPX_BBBBB_20190836

588130.39.0

INVESTMENT REPORT
July 1, 2019 - August 31, 2019

Envelope # BHKKNPBBBFJNK

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTN BCH CA 92649-2258

Fidelity Rollover IRA JAMIE LYNN GALLIAN - ROLLOVER IRA -
FIDELITY MANAGEMENT TRUST CO - CUSTODIAN
▶ **Account Number: 169-638064**

## Your Account Value: $7,197.46

Change from Last Period:        ▼ $89,118.62

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $96,316.08 | $75.81 |
| Additions | - | 96,000.00 |
| Subtractions | -89,373.62 | -89,373.62 |
| Change in Investment Value * | 255.00 | 495.27 |
| **Ending Account Value ** ** | $7,197.46 | $7,197.46 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $7,197.46 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

\*\*   *Excludes unpriced securities.*

Contact Information

| Online | Fidelity.com |
|---|---|
| FAST℠-Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

H66974409320190831



1 of 8

# Fidelity Investments®

## Account Summary

### Account Value: $7,197.46

Change in Account Value ▼ $89,118.62

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$96,316.08** | **$75.81** |
| Additions | - | 96,000.00 |
| Contributions | - | 96,000.00 |
| Subtractions | -89,373.62 | -89,373.62 |
| Distributions | -89,373.62 | -89,373.62 |
| **Change in Investment Value *** | **255.00** | **495.27** |
| **Ending Account Value** | **$7,197.46** | **$7,197.46** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $7,197.46 | |

Total Account Trades Sep 2018 - Aug 2019: 0

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

### Core Account and Credit Balance Cash Flow
Core Account: FIDELITY GOVERNMENT MONEY MARKET

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Balance** | **$96,316.08** | **$75.81** |
| Investment Activity | | |
| Dividends, Interest & Other Income D | 255.00 | 495.27 |
| **Total Investment Activity** | **$255.00** | **$495.27** |

### Account Holdings



100% Core Account ($7,197)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fidelity Government Money Market | $7,197 | 100% |
| **Total** | **$7,197** | **100%** |

Please note that, due to rounding, percentages may not add to 100%.

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Tax-deferred** | **$255.00** | **$495.27** |
| **Total** | **$255.00** | **$495.27** |

### Contributions and Distributions

| | This Period | Year-to-Date |
|---|---|---|
| 2019 Contributions | $96,000.00 | $96,000.00 |
| Reportable dist. | 89,373.62 | 89,373.62 |

MR_CE_~BHKKNPBBBFJJVK_BBBBB 20190830 3 of 8

INVESTMENT REPORT
July 1, 2019 - August 31, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Core Account and Credit Balance Cash Flow (continued)
Core Account: FIDELITY GOVERNMENT MONEY MARKET

| | This Period | Year-to-Date |
|---|---|---|
| **Cash Management Activity** | | |
| Contributions | - | 96,000.00 |
| Distributions | -89,373.62 | -89,373.62 |
| **Total Cash Management Activity** | **-$89,373.62** | **$6,626.38** |
| **Ending Balance** | **$7,197.46** | **$7,197.46** |

D  Includes dividend reinvestments.

## Holdings

### Core Account

| Description | Beginning Market Value Jul 1, 2019 | Quantity Aug 31, 2019 | Price Per Unit Aug 31, 2019 | Ending Market Value Aug 31, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) – 7-day yield: 1.77% | $96,316.08 | 7,197.460 | $1.0000 | $7,197.46 | $138.13 1.920% |
| **Total Core Account (100% of account holdings)** | **$96,316.08** | | | **$7,197.46** | **$138.13** |
| **Total Holdings** | | | | **$7,197.46** | **$138.13** |

EAI    **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY  positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the**
**"Additional Information and Endnotes" section.**

JASSO DECL. PAGE - 1077

INVESTMENT REPORT
July 1, 2019 - August 31, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

# Activity

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/31 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $163.13 |
| 08/30 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | 91.87 |
| **Total Dividends, Interest & Other Income** | | | | | | **$255.00** |

## Contributions

| Date | Reference | Description | Amount |
|---|---|---|---|
| 05/16 | | Adj Contribution W862956-16aug19 | $96,000.00 |
| 05/16 | | Adj Contribution W862956-16aug19 | -96,000.00 |
| **Total Contributions** | | | - |

## Distributions

| Date | Reference | Description | Amount |
|---|---|---|---|
| 08/16 | Return Excess Cont | ADJ PROCESSED W008567-19AUG19 | -$89,000.00 |
| 08/16 | Adj Early Dist No Exc | ADJ PROCESSED W008567-19AUG19 | 89,000.00 |
| 08/16 | Early Dist No Except | EARLY DST/NO EXCP AP WD58509371 JPMORGAN CHASE BANK, NA ******7860 | -89,000.00 |
| 08/19 | Return Excess Cont | RETURN EXCESS CONTR WD58519130 JPMORGAN CHASE BANK, NA ******7860 | -373.62 |
| **Total Distributions** | | | **-$89,373.62** |

MR_CE_BHKKNPBBBFJNK_BBBBB 20190830

## Activity

INVESTMENT REPORT
July 1, 2019 - August 31, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/31 | CASH | Reinvestment | **FIDELITY GOVERNMENT MONEY MARKET** REINVEST @ $1.000 | 163.130 | $1.0000 | $163.13 | $96,479.21 |
| 08/16 | CASH | You Sold | **FIDELITY GOVERNMENT MONEY MARKET** @ 1 | -89,000.000 | 1.0000 | -89,000.00 | 7,479.21 |
| 08/19 | CASH | You Sold | **FIDELITY GOVERNMENT MONEY MARKET** @ 1 | -373.620 | 1.0000 | -373.62 | 7,105.59 |
| 08/30 | CASH | Reinvestment | **FIDELITY GOVERNMENT MONEY MARKET** REINVEST @ $1.000 | 91.870 | 1.0000 | 91.87 | 7,197.46 |
| **Total Core Fund Activity** | | | | | | **-$89,118.62** | |

### Estimated Cash Flow *(Rolling as of August 31, 2019)*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| September 2019 | -- | -- | -- | -- | $12 | -- | $12 |
| October | -- | -- | -- | -- | 12 | -- | 12 |
| November | -- | -- | -- | -- | 12 | -- | 12 |
| December | -- | -- | -- | -- | 12 | -- | 12 |
| January 2020 | -- | -- | -- | -- | 12 | -- | 12 |
| February | -- | -- | -- | -- | 12 | -- | 12 |
| March | -- | -- | -- | -- | 12 | -- | 12 |
| April | -- | -- | -- | -- | 12 | -- | 12 |
| May | -- | -- | -- | -- | 12 | -- | 12 |
| June | -- | -- | -- | -- | 12 | -- | 12 |
| July | -- | -- | -- | -- | 12 | -- | 12 |
| August | -- | -- | -- | -- | 12 | -- | 12 |
| **Total** | -- | -- | -- | -- | **$144** | -- | **$144** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months.
The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed.

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Estimated Cash Flow *(Rolling as of August 31, 2019)*

These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold. **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international stocks, preferred stocks, international stocks, ADRs, closed-end mutual funds, and MLPs.

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, international stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

-- not available

## Additional Information and Endnotes

▶  Order Flow Practices As the introducing broker for your account, FBS routes your orders to our clearing firm affiliate, National Financial Services ("NFS"). In deciding where to send orders received for execution, NFS looks at a number of factors, such as size of the order, trading characteristics of the security, favorable execution prices (including the opportunity for price improvement), access to reliable market data, availability of efficient automated transaction processing and execution cost. Some market centers or broker-dealers may execute orders at prices superior to the publicly quoted market. NFS's order routing policies are designed to result in transaction processing that is favorable to its customers. Where a customer directs the market center to which an order is routed, FBS or NFS will route the order to such market center in accordance with the customer's instructions without regard to its general order-routing practices.

FBS and/or NFS receives remuneration, compensation, or other consideration for directing customer orders to certain market centers. Such consideration may take the form of financial credits, monetary payments, rebates, volume discounts or reciprocal business. The details of any credit, payment, rebate or other form of compensation received in connection with the routing of a particular order will be provided upon your request. NFS may execute certain transactions as principal. In addition, from time to time, Fidelity may provide aggregated trade execution data to customers and prospective customers.

Order Routing Disclosure Quarterly reports: Quarterly information regarding the routing of orders by NFS in listed equity securities and listed options is available online at Fidelity.com. The reports are formatted in accordance with Securities and Exchange Commission requirements. Investor Inquiry: You can request your specific order routing and execution information for the preceding six months. This information will include the identity of the marketplace where your orders were routed for execution, whether the orders were directed or non-directed, and, if executed, the time of the execution. You may contact Fidelity for additional details on the

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Additional Information and Endnotes

information that is available.

FINRA BrokerCheck As part of the Financial Industry Regulatory Authority (FINRA) BrokerCheck program, you have access to the FINRA BrokerCheck hotline at 800-289-9999 and FINRA Web site at www.finra.org. You can call or e-mail your inquiries and request a brochure that includes information detailing the BrokerCheck program

Municipal Securities Rulemaking Board Investor Brochure Fidelity Brokerage Services LLC is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board (MSRB). An investor brochure may be obtained at MSRB.org that describes the protections that may be provided by the MSRB and how to file a complaint with an appropriate regulatory authority.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .

8 of 8

## Information About Your Fidelity Statement

TDD Service for the Hearing-impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24-hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income. Income earned and distributed are both reported on the statement.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis and holding period information may be adjusted for wash sales and corporate actions, as well as other applicable factors. The cost basis for certain securities may not reflect adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends reinvested in taxable or tax-exempt accounts. Purchase cost information, when provided, is calculated for securities held in retirement or HSA accounts. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method of shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.

**Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-4128.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance    Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most current performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment advisers, pay additional compensation to FBS and/or NFS and/or their affiliates as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load transaction fee (TF) or no transaction fee (NTF) status. Once you purchase shares, those shares may be subject to a fee when they are sold (contingent deferred sales charge) applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as unsatisfied checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other products, which may be reported by FBS and NFS include insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts are protected by NFS and SIPC and covered by a SIPC. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Assets About Your Account** The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not available and prices for certain types of securities may reflect NAV or unavailable quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain information and assumptions and amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect NAV or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security (including those priced at par) may differ from its purchase price and may not closely reflect the value at which the security may be sold at purchased prices on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the execution associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. **FDIC Insurance** Fidelity provides access to FDIC-insured products through the Fidelity® Insured Deposit Sweep Program. Bank deposits at one or more Program Banks and eligible for FDIC insurance up to $250,000. These advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy and the Fidelity® Intermediate Municipal Strategy and the Fidelity® Corporate Bond Strategy (FPWA). Fidelity® Wealth Services provide non-discretionary financial planning and discretionary investment management through Fidelity® Personal and Workplace Advisors LLC (FPWA), a registered investment adviser. These advisory services offered by FPWA, FWS and FPWA and FBS and NFS are Fidelity Investments companies and affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee. FDIC, FDIC insurance is not provided for products or investments offered by FMR LLC or its affiliates, or indirect subsidiaries of FMR LLC.**

**Ratings Information from Standard & Poors ("S&P")** may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not assume any obligation to update the information following publication in any form or format. The S&P credit ratings and its third party suppliers ("S&P Parties") do not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of its ratings.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may reflect the most recent as well as the information originally provided. To confirm that an authorized deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

JASSO DECL. PAGE - 1082

588130.39.0

INVESTMENT REPORT
**September 1, 2019 - September 30, 2019**

Envelope # BHMMPHBBBKCLV

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTN BCH CA 92649-2258

Fidelity Rollover IRA JAMIE LYNN GALLIAN - ROLLOVER IRA -
FIDELITY MANAGEMENT TRUST CO - CUSTODIAN
▶ **Account Number: 169-638064**

## Your Account Value:                    **$7,207.82**

Change from Last Period:                       ▲ $10.36

|                                  | This Period | Year-to-Date |
|----------------------------------|------------:|-------------:|
| **Beginning Account Value**      | $7,197.46   | $75.81       |
| Additions                        | -           | 96,000.00    |
| Subtractions                     | -           | -89,373.62   |
| Change in Investment Value *     | 10.36       | 505.63       |
| **Ending Account Value ***       | $7,207.82   | $7,207.82    |
| Accrued Interest (AI)            | 0.00        |              |
| Ending Account Value Incl. AI    | $7,207.82   |              |

\*  Reflects appreciation or depreciation of your holdings due to price changes, transactions
   from Other Activity In or Out and Multi-currency transactions, plus any distribution and
   income earned during the statement period.
\*\* Excludes unpriced securities.

## Contact Information

| Online                         | Fidelity.com   |
| FAST℠-Automated Telephone      | (800) 544-5555 |
| Customer Service               | (800) 544-6666 |

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

H66974409320190930

JASSO DECL. PAGE - 1083

# Fidelity INVESTMENTS®

INVESTMENT REPORT
September 1, 2019 - September 30, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Account Summary

### Account Value: $7,207.82

### Change in Account Value ▲ $10.36

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $7,197.46 | $75.81 |
| **Additions** | - | 96,000.00 |
| Contributions | - | 96,000.00 |
| **Subtractions** | - | -89,373.62 |
| Distributions | - | -89,373.62 |
| **Change in Investment Value \*** | 10.36 | 505.63 |
| **Ending Account Value** | $7,207.82 | $7,207.82 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $7,207.82 | |

Total Account Trades Oct 2018 - Sep 2019: 0

\*  Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

### Core Account and Credit Balance Cash Flow
Core Account: FIDELITY GOVERNMENT MONEY MARKET

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Balance** | $7,197.46 | $75.81 |
| **Investment Activity** | | |
| Dividends, Interest & Other Income D | 10.36 | 505.63 |
| **Total Investment Activity** | $10.36 | $505.63 |

## Account Holdings



100% Core Account ($7,207)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fidelity Government Money Market | $7,207 | 100% |
| **Total** | **$7,207** | **100%** |

Please note that, due to rounding, percentages may not add to 100%.

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Tax-deferred** | $10.36 | $505.63 |
| **Total** | **$10.36** | **$505.63** |

### Contributions and Distributions

| | This Period | Year-to-Date |
|---|---|---|
| 2019 Contributions | - | $96,000.00 |
| Reportable dist. | - | 89,373.62 |

INVESTMENT REPORT
September 1, 2019 - September 30, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Core Account and Credit Balance Cash Flow (continued)
Core Account: FIDELITY GOVERNMENT MONEY MARKET

| | This Period | Year-to-Date |
|---|---|---|
| **Cash Management Activity** | | |
| Contributions | - | 96,000.00 |
| Distributions | - | -89,373.62 |
| **Total Cash Management Activity** | **-** | **$6,626.38** |
| **Ending Balance** | **$7,207.82** | **$7,207.82** |

D  *Includes dividend reinvestments.*

## Holdings

### Core Account

| Description | Beginning Market Value Sep 1, 2019 | Quantity Sep 30, 2019 | Price Per Unit Sep 30, 2019 | Ending Market Value Sep 30, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) – 7-day yield: 1.63% | $7,197.46 | 7,207.820 | $1.0000 | $7,207.82 | $139.81 1.940% |
| **Total Core Account (100% of account holdings)** | **$7,197.46** | | | **$7,207.82** | **$139.81** |
| **Total Holdings** | | | | **$7,207.82** | **$139.81** |

EAI    **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short
& EY   positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal
and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the**
"**Additional Information and Endnotes**" **section.**

# Fidelity Investments®

INVESTMENT REPORT
September 1, 2019 - September 30, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Activity

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 09/30 | **FIDELITY GOVERNMENT MONEY MARKET** | 31617H102 | Dividend Received | - | - | $10.36 |
| **Total Dividends, Interest & Other Income** | | | | | | **$10.36** |

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

| Settlement Date | Account Type | Transaction | Description | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/30 | CASH | Reinvestment | **FIDELITY GOVERNMENT MONEY MARKET** | 10.360 | $1.0000 | $10.36 | $7,207.82 |
| | | | REINVEST @ $1.000 | | | | |
| **Total Core Fund Activity** | | | | | | **$10.36** | |

4 of 8

## Estimated Cash Flow (Rolling as of September 30, 2019)

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| October 2019 | -- | -- | -- | -- | $12 | -- | $12 |
| November | -- | -- | -- | -- | 12 | -- | 12 |
| December | -- | -- | -- | -- | 12 | -- | 12 |
| January 2020 | -- | -- | -- | -- | 12 | -- | 12 |
| February | -- | -- | -- | -- | 12 | -- | 12 |
| March | -- | -- | -- | -- | 12 | -- | 12 |
| April | -- | -- | -- | -- | 12 | -- | 12 |
| May | -- | -- | -- | -- | 12 | -- | 12 |
| June | -- | -- | -- | -- | 12 | -- | 12 |
| July | -- | -- | -- | -- | 12 | -- | 12 |
| August | -- | -- | -- | -- | 12 | -- | 12 |
| September | -- | -- | -- | -- | 12 | -- | 12 |
| **Total** | -- | -- | -- | -- | **$144** | -- | **$144** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.  **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, international stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

-- not available

**Fidelity** ®
I N V E S T M E N T S

INVESTMENT REPORT
September 1, 2019 - September 30, 2019

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

## Additional Information and Endnotes

**Estimated Annual Income (EAI) & Estimated Yield (EY)**  - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.  **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our  **Frequently Asked Questions** document at **Fidelity.com/statements** .

## Information About Your Fidelity Statement

TDD Service for the Hearing-impaired Call 800-544-0118, 9 am – 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24-hour worldwide customer service, call 800-323-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income. In other retirement plans, earnings are reported as tax-exempt income.
**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales and is calculated based on the tax lot depletion method you have selected for your account. Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends on open-end mutual funds or HSA accounts. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds available to you on demand. FCB are subject to open commitments such as unsettled checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other products, which may be managed by Fidelity Investments or an affiliate, are distributed and held by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts are segregated in accordance with SEC rules and are protected by the SIPC, and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. Dividends and interest paid for securities in your short account position are reflected in your short account. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in every security held in the account are marked-to-market and, if covered, the option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price** information provided by FBS reflects the last sale price on the day on which the security is priced; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not available from pricing vendors or a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain information to estimate amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security might differ from its purchase price and the full value of the security may be the difference between the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.
**Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-4138.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).
**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. **Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most current month-end performance.**
**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment advisers (publicly or for its affiliates) pay FBS sales loads and/or 12b-1 trails designated as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, depending on how long you held the shares, you may be assessed based on the status assigned to the shares at the time of the purchase.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.
**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC for up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.
**Fidelity Investments** Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.
FBS, NFS and Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. FMR LLC. These are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.
**Ratings Information from Standard & Poors ("S&P")** may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of an investment decision and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.
**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

MR. CE_CB.VN/MFHBBKCLV_ВВВВВ 201090J.Q
588130.41.0

This page intentionally left blank



# EXHIBIT 45

**CHASE** 🔵

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 01, 2019 through June 28, 2019
Account Number: **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00036910 DRE 703 141 18019 NNNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
DBA ORANGE CO GABLES PROPERTY
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,412.03 |
| Electronic Withdrawals | 2 | -1,300.00 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **3** | **$97.03** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | 06/11 Transfer To Chk Xxxxx0186 | $300.00 |
| 06/11 | 06/11 Transfer To Chk Xxxxx0186 | 1,000.00 |
| | **Total Electronic Withdrawals** | **$1,300.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/28 | Monthly Service Fee | $15.00 |
| | **Total Fees** | **$15.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $112.03.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/11 | $112.03 |
| 06/28 | 97.03 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **2** |

Page 1 of 2

## CHASE ⬤

June 01, 2019 through June 28, 2019
Account Number:     000000351897860

### SERVICE CHARGE SUMMARY   *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

# EXHIBIT 46



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2019 through July 31, 2019
Account Number: **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00039607 DRE 703 141 21319 NYNNNNNNNNN  1  1 000000000 64 0000
J-SANDCASTLE CO, LLC
DBA ORANGE CO GABLES PROPERTY
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



## CHECKING SUMMARY  | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $97.03 |
| Fees | 1 | -15.00 |
| Ending Balance | 1 | $82.03 |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $97.03.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/31 | $82.03 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **0** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

Page 1 of 2



June 29, 2019 through July 31, 2019

Account Number:    000000351897860

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

# EXHIBIT 47

**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2019 through August 30, 2019
Account Number:    000000351897860

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00038456 URE 703 141 24319 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

| CHECKING SUMMARY | Chase Total Business Checking |
|---|---|

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $82.03 |
| Deposits and Additions | 3 | 99,173.62 |
| ATM & Debit Card Withdrawals | 7 | -3,158.67 |
| Other Withdrawals | 3 | -92,859.00 |
| Fees | 4 | -57.00 |
| **Ending Balance** | **17** | **$3,180.98** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | Book Transfer Credit B/O: National Financial Services LLC Smithfield RI 02917-Org:/1696380641 Fbo Jamie Lynn Gallian Ogb: National Financial Services LLC Wtc Trn: 3621029228Fs | $89,000.00 |
| 08/19 | Book Transfer Credit B/O: National Financial Services LLC Smithfield RI 02917-Org:/1696380641 Fbo Jamie Lynn Gallian Ogb: National Financial Services LLC Wtc Ref: Earnings of Return of Excess Trn: 0655134231Fs | 373.62 |
| 08/23 | Deposit    1860866296 | 9,800.00 |
| **Total Deposits and Additions** | | **$99,173.62** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/19 | Card Purchase    08/16 Olive Pit Grill 714-3165000 CA Card 2273 | $32.96 |
| 08/19 | Card Purchase    08/17 Edward S Hair Salon Huntingtn Bch CA Card 2273 | 75.75 |
| 08/19 | Card Purchase W/Cash    08/16 Albertsons Store 08 Huntington Be CA Card 2273 Purchase $138.97 Cash Back $0.18 | 139.15 |
| 08/19 | Card Purchase    08/16 Staples    001015 Huntington Be CA Card 2273 | 38.77 |
| 08/22 | Card Purchase    08/21 Signal Attorney Servic 562-5951337 CA Card 2273 | 2,796.95 |
| 08/26 | Card Purchase    08/25 Olive Pit Grill 714-3165000 CA Card 2273 | 45.09 |
| 08/27 | Card Purchase    08/25 Animalia Huntington Bc CA Card 2273 | 30.00 |
| **Total ATM & Debit Card Withdrawals** | | **$3,158.67** |

## ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian  Card 2273

Page 1 of 4

**CHASE ○**

August 01, 2019 through August 30, 2019
Account Number:     000000351897860

| | | |
|---|---|---|
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $3,158.67 |
| Total Card Deposits & Credits | | $0.00 |
| ATM & Debit Card Totals | | |
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $3,158.67 |
| Total Card Deposits & Credits | | $0.00 |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | 08/16 Withdrawal | $7,000.00 |
| 08/16 | 08/16 Withdrawal | 74,999.00 |
| 08/23 | 08/23 Withdrawal | 10,860.00 |
| **Total Other Withdrawals** | | **$92,859.00** |

### FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | International Incoming Wire Fee | $15.00 |
| 08/19 | International Incoming Wire Fee | 15.00 |
| 08/30 | Cash Deposit Immediate | 12.00 |
| 08/30 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$57.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $82.03.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/16 | $7,068.03 |
| 08/19 | 7,140.02 |
| 08/22 | 4,343.07 |
| 08/23 | 3,283.07 |
| 08/26 | 3,237.98 |
| 08/27 | 3,207.98 |
| 08/30 | 3,180.98 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 10 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **11** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $9,800.00 |

Page 2 of 4

**CHASE** ◻

August 01, 2019 through August 30, 2019
Account Number:  **000000351897860**



## SERVICE CHARGE SUMMARY  *(continued)*

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$9,800.00** |
| Cash Deposits Allowed | $5,000.00 |
| **Excess Cash Deposits** | **$4,800.00** |
| Excess Immediate ($4,800 At $2.50/$1,000) | $12.00 |
| **Total Cash Deposit And Change Order Fees** | **$12.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

JASSO DECL. PAGE - 1100



August 01, 2019 through August 30, 2019
Account Number:    000000351897860

This Page Intentionally Left Blank

Page 4 of 4





CHASE ⬡                DEPOSIT

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

8/23/19

Customer Name (Please Print)

T-Sandcastle CO, LLC

**DEPOSIT**

CASH ▶
CHECK ▶
TOTAL FROM OTHER SIDE ▶
SUBTOTAL ▶
CASH BACK ▶

9800.00

Sign Here (if cash is received from this deposit)

X

NI:3080-CH (Rev. 07/12)  90021921  01/19

▼ Start your account number here

351897860

TOTAL $    9800.00

⑈ 186086623 6⑈ ⑆500001020⑆

JPMorganChaseBank  0003314  740857  948710059021

**14-Mar-22**

**14Mar22-53**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 23-Aug-19**

**Sequence number 002180222984**

**Amount 9800.00**

**Account Number 7860**

**Date Request Received 14-Mar-22**

**CHASE ⬡**                    **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

Today's Date 8/21/19    Customer Name (Please Print)  J-Sand Castle Co, LLC

If Purchasing a Cashier's Check Provide Payee Name  Houser Bros CO.

▼ Start your account number here  35 1 897860

TOTAL $  10 860.00

AMOUNT

Customer Signature  X

⑈075790094811 ⑆5000010171⑆

JPMorganChaseBank 082314 740857 948710059125

# EXHIBIT 48



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2019 through September 30, 2019
Account Number:    **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00035548 DRE 703 141 27419 NNNNNNNNNNN T  1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



**Good news! We're making it easier to get a replacement account number if your account is compromised.**

Starting November 17, 2019, if your account is compromised, we can simply issue you a replacement account number without the hassle of closing your existing account and opening a new one. This will allow you to continue using your existing debit card.

We've updated our Deposit Account Agreement to explain this change:

> We can assign and transfer your account information and documentation to a replacement account number at our discretion. We may make this assignment when your account is reported compromised by you or any signer. If we issue you a replacement account number, this Deposit Account Agreement governing you and your account will continue to apply, without interruption, as if you retained the discontinued account number.

Please call us at the number at the top of this statement if you have any questions.

| CHECKING SUMMARY | Chase Total Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $3,180.98 |
| Deposits and Additions | 1 | 1,100.00 |
| Checks Paid | 2 | -1,380.00 |
| ATM & Debit Card Withdrawals | 1 | -32.16 |
| Other Withdrawals | 1 | -1,086.00 |
| **Ending Balance** | **5** | **$1,782.82** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/03 | Deposit | 1894693397 | $1,100.00 |
| **Total Deposits and Additions** | | | **$1,100.00** |

Page 1 of 4

## CHASE ⬡

August 31, 2019 through September 30, 2019
Account Number:   000000351897860

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4550  ^ | | 09/06 | $180.00 |
| 4576  * ^ | | 09/18 | 1,200.00 |
| **Total Checks Paid** | | | **$1,380.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Card Purchase     08/30 Olive Pit Grill 714-3165000 CA Card 2273 | $32.16 |
| **Total ATM & Debit Card Withdrawals** | | **$32.16** |

## ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian  Card 2273

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $32.16 |
| | Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $32.16 |
| | Total Card Deposits & Credits | $0.00 |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | 09/03 Withdrawal | $1,086.00 |
| **Total Other Withdrawals** | | **$1,086.00** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/03 | $3,162.82 |
| 09/06 | 2,982.82 |
| 09/18 | 1,782.82 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **5** |

Page 2 of 4

# CHASE ⬚

August 31, 2019 through September 30, 2019
Account Number: **000000351897860**

## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $1,100.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$1,100.00** |
| Cash Deposits Allowed | $5,000.00 |
| **Excess Cash Deposits** | **$0.00** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4



August 31, 2019 through September 30, 2019
Account Number:    000000351897860

This Page Intentionally Left Blank

Page 4 of 4



**14-Mar-22**

**14Mar22-53**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 03-Sep-19**

**Sequence number 009580376124**

**Amount 1100.00**

**Account Number 7860**

**Date Request Received 14-Mar-22**

**CHASE ○**    **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

WITHDRAWAL

Today's Date  Customer Name (Please Print)    )-SandcAStle G ILC
9/3/19    RANcho Dcl Rey MHP
If Purchasing a Cashier's Check Provide Payee Name    Sp. 376

RYT 500001017

H3061-DH (Rev. 10/15)  90217166  07/18

Customer Signature
X    Jona RUller

▼ Start your account number here

3518978600    TOTAL $    1086.00    AMOUNT

⑈⑉075894⑊3333⑈⑉ ⑈⑉50000⑊017⑈⑉



Seq: 54
Batch: 298755
Date: 09/06/19



# EXHIBIT 49

**CHASE** ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2019 through October 31, 2019
Account Number: **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00035306 DRE 703 141 30519 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,782.82 |
| Deposits and Additions | 1 | 925.00 |
| ATM & Debit Card Withdrawals | 1 | -209.70 |
| Electronic Withdrawals | 3 | -2,346.03 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **6** | **$137.09** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | ATM Cash Deposit     10/04 7830 Edinger Ave Huntington Be CA Card 2273 | $925.00 |
| **Total Deposits and Additions** | | **$925.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | Card Purchase W/Cash   10/12 Albertsons #080 Huntington Be CA Card 2273 Purchase $149.70 Cash Back $60.00 | $209.70 |
| **Total ATM & Debit Card Withdrawals** | | **$209.70** |

## ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian  Card 2273

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $209.70 |
| Total Card Deposits & Credits | $925.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $209.70 |
| Total Card Deposits & Credits | $925.00 |

Page 1 of 4

**CHASE ○**

October 01, 2019 through October 31, 2019
Account Number:  **000000351897860**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/16 | Franchise Tax Bo Payments  67321385     Pm CCD ID: 1262532045 | $800.00 |
| 10/16 | Franchise Tax Bo Payments  67321397     Pm CCD ID: 1262532045 | 800.00 |
| 10/21 | Capital One    Phone Pymt 929239960000496 Tel ID: 9541719986 | 746.03 |
| **Total Electronic Withdrawals** | | **$2,346.03** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/31 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $152.09.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/04 | $2,707.82 |
| 10/15 | 2,498.12 |
| 10/16 | 898.12 |
| 10/21 | 152.09 |
| 10/31 | 137.09 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **4** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

Page 2 of 4



October 01, 2019 through October 31, 2019
Account Number:    **000000351897860**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4



October 01, 2019 through October 31, 2019
Account Number:    000000351897860

This Page Intentionally Left Blank

Page A of A

**14-Mar-22**

**CASE ID 14Mar22-53**

**ATM Substitute Document**

**This is a substitute document representing an ATM Deposit Ticket**

**Posting DATE: 04-Oct-19**
**SEQUENCE NUMBER: 009180689051**
**Dollar Amount: 925.00**

**ACCOUNT NUMBER: 7860**

# EXHIBIT 50



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2019 through November 29, 2019
Account Number: **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00035292 DRE 703 141 30419 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $137.09 |
| Deposits and Additions | 3 | 2,100.00 |
| ATM & Debit Card Withdrawals | 1 | -11.31 |
| Electronic Withdrawals | 2 | -1,065.80 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **7** | **$1,144.98** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Deposit 1904913297 | $400.00 |
| 11/06 | ATM Cash Deposit 11/06 14011 Beach Blvd Westminster CA Card 2273 | 700.00 |
| 11/08 | Deposit 1070860590 | 1,000.00 |
| **Total Deposits and Additions** | | **$2,100.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | Card Purchase 11/09 Georges Mexican Food Huntington Be CA Card 2273 | $11.31 |
| **Total ATM & Debit Card Withdrawals** | | **$11.31** |

## ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian Card 2273

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $11.31 |
| Total Card Deposits & Credits | $700.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $11.31 |
| Total Card Deposits & Credits | $700.00 |

Page 1 of 4

**CHASE** ◻

November 01, 2019 through November 29, 2019

Account Number:  **000000351897860**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/05 | United Airlines  Inspremol  015551009200245 Web ID: 1002450005 | $72.88 |
| 11/14 | Capital One     Phone Pymt 931739860010163 Tel ID: 9541719986 | 992.92 |
| **Total Electronic Withdrawals** | | **$1,065.80** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/29 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $137.09.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 11/01 | $537.09 |
| 11/05 | 464.21 |
| 11/06 | 2,164.21 |
| 11/12 | 2,152.90 |
| 11/14 | 1,159.98 |
| 11/29 | 1,144.98 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 2 |
| Deposited Items | 0 |
| **Transaction Total** | **5** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

| CASH PROCESSING | AMOUNT |
|-----------------|--------|
| Cash Deposits Immediate Verification | $400.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$400.00** |
| Cash Deposits Allowed | $5,000.00 |
| **Excess Cash Deposits** | **$0.00** |

JASSO DECL. PAGE - 1125



November 01, 2019 through November 29, 2019

Account Number:  **000000351897860**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC



Page 3 of 4



November 01, 2019 through November 29, 2019
Account Number:    000000351897860

This Page Intentionally Left Blank

Page 4 of 4



JPMorganChaseBank 110115 740B57 948Y10056694

**14-Mar-22**

**14Mar22-53**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 01-Nov-19**

**Sequence number 004590032846**

**Amount 400.00**

**Account Number 7860**

**Date Request Received 14-Mar-22**



**14-Mar-22**

**14Mar22-53**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 06-Nov-19**

**Sequence number 009290243323**

**Amount 1000.00**

**Account Number 7860**

**Date Request Received 14-Mar-22**

**14-Mar-22**

**CASE ID 14Mar22-53**

**ATM Substitute Document**

**This is a substitute document representing an ATM Deposit Ticket**

**Posting DATE: 06-Nov-19**
**SEQUENCE NUMBER: 009490526797**
**Dollar Amount: 700.00**

**ACCOUNT NUMBER: 7860**