# EXHIBIT 51



CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2019 through December 31, 2019
Account Number:  **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00034031 DRE 703 141 00120 NNNNNNNNNNN T  1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,144.98 |
| Deposits and Additions | 7 | 28,744.90 |
| Checks Paid | 2 | -1,290.00 |
| ATM & Debit Card Withdrawals | 3 | -87.49 |
| Electronic Withdrawals | 1 | -72.96 |
| Other Withdrawals | 1 | -13,032.00 |
| Fees | 2 | -23.00 |
| Ending Balance | 16 | $15,384.43 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/02 | Deposit | 1860866463 | $1,700.00 |
| 12/16 | Deposit | 1913166442 | 10,860.00 |
| 12/19 | Deposit | 1913166208 | 1,500.00 |
| 12/27 | ATM Cash Deposit | 12/27 16917 Algonquin St Huntington Bc CA Card 2273 | 400.00 |
| 12/27 | Deposit | 1901425363 | 13,032.00 |
| 12/27 | Deposit | 1901425362 | 1,052.90 |
| 12/27 | Deposit | 1901425364 | 200.00 |
| **Total Deposits and Additions** | | | **$28,744.90** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4528 ^ | | 12/13 | $290.00 |
| 4530 * ^ | | 12/20 | 1,000.00 |
| **Total Checks Paid** | | | **$1,290.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

SB 006445 ES

**CHASE ○**

November 30, 2019 through December 31, 2019

Account Number: **000000351897860**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/16 | Card Purchase W/Cash    12/14 Cvs/Pharmacy #08 086 Huntington Be CA Card 2273    Purchase $17.71 Cash Back $40.00 | $57.71 |
| 12/23 | Card Purchase        12/21 Tst* The Olive Pit - Huntington Be CA Card 2273 | 20.42 |
| 12/31 | Card Purchase        12/29 Mcdonald's F19320 Huntington Be CA Card 2273 | 9.36 |
| **Total ATM & Debit Card Withdrawals** | | **$87.49** |

## ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian  Card 2273

| | AMOUNT |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $87.49 |
| Total Card Deposits & Credits | $400.00 |

ATM & Debit Card Totals

| | AMOUNT |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $87.49 |
| Total Card Deposits & Credits | $400.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/03 | United Airlines Inspremot  01555100920O0245 Web ID. 1002450005 | $72.96 |
| **Total Electronic Withdrawals** | | **$72.96** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/16 | 12/16 Withdrawal | $13,032.00 |
| **Total Other Withdrawals** | | **$13,032.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/16 | Official Checks Charge | $8.00 |
| 12/31 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$23.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $244.31

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/02 | $2,844.98 |
| 12/03 | 2,772.02 |
| 12/13 | 2,482.02 |
| 12/16 | 244.31 |
| 12/19 | 1,744.31 |
| 12/20 | 744.31 |

Page 2 of 4

# CHASE ◻

November 30, 2019 through December 31, 2019
Account Number: **000000351897860**

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT |
|------|--------|
| 12/23 | 723.89 |
| 12/27 | 15,408.79 |
| 12/31 | 15,384.43 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 7 |
| Deposits / Credits | 6 |
| Deposited Items | 3 |
| **Transaction Total** | 16 |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

| CASH PROCESSING | AMOUNT |
|------|------|
| Cash Deposits Immediate Verification | $3,400.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$3,400.00** |
| Cash Deposits Allowed | $5,000.00 |
| **Excess Cash Deposits** | **$0.00** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  •  Your name and account number
  •  The dollar amount of the suspected error
  •  A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

**CHASE ❖**

November 30, 2019 through December 31, 2019

Account Number:    **000000351897860**

This Page Intentionally Left Blank

Page 4 of 4



JPMorganChaseBank  120210  740857  948710059641

**14-Mar-22**

**14Mar22-53**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 02-Dec-19**

**Sequence number 007270831053**

**Amount 1700.00**

**Account Number 7860**

**Date Request Received 14-Mar-22**







**CHASE**

**WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

WITHDRAWAL

Today's Date
12-16-19

Customer Name *(Please Print)*
J -Sandastic Co-LLC
Houser Bros Co.

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev. 10/15)   90207560   09/19

R/T 500001017

Customer Signature
X _Allen, member_

▼ Start your account number here

351897860

TOTAL $

AMOUNT
13 032.00

⑈0810375339⑈ ⑆500001017⑆



**CHASE ◯**                    **DEPOSIT**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date
12/27/19

Customer Name (Please Print)

Sandcastle co, LLC

DEPOSIT

CASH ▶
CHECK ▶
TOTAL FROM OTHER SIDE ▶
SUBTOTAL ▶
CASH BACK ▶

Sign Here (if cash is received from this deposit) ---------------

X
N13060CH (Rev. 07/12)  90262584  09/19

▼ Start your account number here

351897 8660

TOTAL $    1303200

⑊ 190142536 3⑊  ⑊500001020⑊

JPMorganChaseBank  122710  740657  948710030971





**14-Mar-22**

**14Mar22-53**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 27-Dec-19**

**Sequence number 005380116235**

**Amount 200.00**

**Account Number 7860**

**Date Request Received 14-Mar-22**

**14-Mar-22**

**CASE ID 14Mar22-53**

**ATM Substitute Document**

**This is a substitute document representing an ATM Deposit Ticket**

**Posting DATE: 27-Dec-19**
**SEQUENCE NUMBER: 005380426443**
**Dollar Amount: 400.00**

**ACCOUNT NUMBER: 7860**

# EXHIBIT 52

# CHASE ◘

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2020 through January 31, 2020
Account Number: **000000351897860**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00030965 DRE 703 141 03220 NNNNNNNNNNN T  1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

## CHECKING SUMMARY    Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $15,384.43 |
| Checks Paid | 3 | -465.00 |
| ATM & Debit Card Withdrawals | 1 | -1,000.00 |
| Electronic Withdrawals | 4 | -3,941.50 |
| **Ending Balance** | **8** | **$9,977.93** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4529  ^ | | 01/28 | $235.00 |
| 4552  * ^ | | 01/21 | 110.00 |
| 4553  ^ | | 01/17 | 120.00 |
| **Total Checks Paid** | | | **$465.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/27 | ATM Withdrawal | 01/26 16917 Algonquin St Huntington Be CA Card 2273 | $1,000.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,000.00** |

## ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian  Card 2273

| | | AMOUNT |
|---|---|---|
| | Total ATM Withdrawals & Debits | $1,000.00 |
| | Total Card Purchases | $0.00 |
| | Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $1,000.00 |

Page 1 of 4

**CHASE ○**

January 01, 2020 through January 31, 2020

Account Number:   **000000351897860**

| | | |
|---|---|---|
| Total Card Purchases | | $0.00 |
| Total Card Deposits & Credits | | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/07 | United Airlines Inspremot 015551009200245 Web ID: 1002460005 | | $214.83 |
| 01/09 | Fidelity 90296 P Fprs | PPD ID: 9075693322 | 2,891.65 |
| 01/09 | Fidelity 90296 P Fprs | PPD ID: 9075693322 | 597.42 |
| 01/31 | Kml   Kmfusa.Com 2014469742 | Tel ID: 9200704262 | 237.60 |
| **Total Electronic Withdrawals** | | | **$3,941.50** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/07 | $15,169.60 |
| 01/09 | 11,680.53 |
| 01/17 | 11,560.53 |
| 01/21 | 11,450.53 |
| 01/27 | 10,450.53 |
| 01/28 | 10,215.53 |
| 01/31 | 9,977.93 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 8 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **8** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 2 of 4



January 01, 2020 through January 31, 2020
Account Number:  000000351897860



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4



January 01, 2020 through January 31, 2020
Account Number:    000000351897860

This Page Intentionally Left Blank

Page A of A

SBJ306445F1



J-SANDCASTLE CO, LLC
JAMIE GALLIAN

90-7162/3222

4552

DATE 1-13-2020

PAY TO THE
ORDER OF

$ 110.00

DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈322271627⑈    35189 7860⑈4552

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**J-SANDCASTLE CO, LLC**
**JAMIE GALLIAN**

80-7162/3222

4529

DATE 12/13/19

PAY TO THE
ORDER OF OCSD

$ 235.00

Two Hundred thirty five no

DOLLARS

**CHASE** ⬤
JPMorgan Chase Bank, N.A.
www.Chase.com
Book Tng # 3120818

MEMO Admin Fee IsWMS218

⑆3222716 27⑆    35 18 7860⑆4529

ENDORSE HERE
COUNTY OF ORANGE
ORANGE COUNTY SHERIFF
FINANCIAL SERVICES
FOR DEPOSIT ONLY
WELLS FARGO BANK

CHECK 4CASH HNGAGE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ★

# EXHIBIT 53



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2020 through February 28, 2020
Account Number: **000000351897860**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00033389 DRE 703 141 06020 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

## CHECKING SUMMARY    Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,977.93 |
| Deposits and Additions | 1 | 1,562.17 |
| ATM & Debit Card Withdrawals | 2 | -186.73 |
| Electronic Withdrawals | 2 | -452.43 |
| **Ending Balance** | **5** | **$10,900.94** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | Card Purchase Return   02/24 Signal Attorney Servic 562-5951337 CA Card 2273 | $1,562.17 |
| **Total Deposits and Additions** | | **$1,562.17** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | Card Purchase         02/26 Vzwrlss*My Vz Vw P 800-922-0204 FL Card 2273 | $81.04 |
| 02/26 | Recurring Card Purchase 02/26 Vzwrlss*Bill Pay Vw 800-922-0204 FL Card 2273 | 105.69 |
| **Total ATM & Debit Card Withdrawals** | | **$186.73** |

## ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian  Card 2273

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $186.73 |
| Total Card Deposits & Credits | $1,562.17 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $186.73 |
| Total Card Deposits & Credits | $1,562.17 |

Page 1 of 2

**CHASE ◘**

February 01, 2020 through February 28, 2020
Account Number:    **000000351897860**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/04 | United Airlines Inspremot 015551009200245 Web ID: 1002450005 | $214.83 |
| 02/24 | Kmf    Kmfusa.Com 2014469742    Tel ID: 9200704262 | 237.60 |
| | **Total Electronic Withdrawals** | **$452.43** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 02/04 | $9,763.10 |
| 02/24 | 9,525.50 |
| 02/26 | 9,338.77 |
| 02/28 | 10,900.94 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **4** |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 2 of 2

# EXHIBIT 54

**CHASE** ◻
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 29, 2020 through March 31, 2020
Account Number: **000000351897860**



00032526 DRE 703 141 09220 NNNNNNNNNNN T  1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY    Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $10,900.94 |
| Deposits and Additions | 2 | 1,108.77 |
| Checks Paid | 1 | -100.00 |
| Electronic Withdrawals | 2 | -452.60 |
| **Ending Balance** | **5** | **$11,457.11** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/03 | ATM Cash Deposit | 03/02 16917 Algonquin St Huntington Be CA Card 2273 | $1,000.00 |
| 03/16 | United Airlines  Dir Dep | PPD ID: 2742099724 | 108.77 |
| **Total Deposits and Additions** | | | **$1,108.77** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4578  ^ | | 03/16 | $100.00 |
| **Total Checks Paid** | | | **$100.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian  Card 2273

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $1,000.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $1,000.00 |

Page 1 of 2

**CHASE ❖**

February 29, 2020 through March 31, 2020
Account Number: **000000351897860**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/02 | United Airlines Inspremot 015551009200245 Web ID: 1002450005 | $215.00 |
| 03/23 | Kmf    Kmfusa.Com 2014469742    Tel ID: 9200704262 | 237.60 |
| **Total Electronic Withdrawals** | | **$452.60** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 03/02 | $10,685.94 |
| 03/03 | 11,685.94 |
| 03/16 | 11,694.71 |
| 03/23 | 11,457.11 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|-------------------------------------------|------------------------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **3** |

| SERVICE FEE CALCULATION | AMOUNT |
|--------------------------|--------|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

# EXHIBIT 55

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2020 through May 29, 2020
Account Number: **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00031751 DRE 703 141 15120 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



### We updated the Funds Availability Policy in the Deposit Account Agreement

We increased the minimum amount of funds that we make available to you the next business day when you deposit a check. For more information, please see the Funds Availability Policy in the Deposit Account Agreement at chase.com/disclosures.

Please call the number on your statement if you have questions. We accept operator relay calls.

| CHECKING SUMMARY | Chase Total Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $11,154.60 |
| Deposits and Additions | 1 | 100.00 |
| Checks Paid | 1 | -100.00 |
| Electronic Withdrawals | 5 | -1,281.22 |
| **Ending Balance** | **7** | **$9,873.38** |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/22 | Credit Return: Online Payment 9643991328 To Alliant Credit Union | $100.00 |
| **Total Deposits and Additions** | | **$100.00** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4538  ^ | | 05/11 | $100.00 |
| **Total Checks Paid** | | | **$100.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

SBT-306445-F1
**160**

**CHASE** ○

May 01, 2020 through May 29, 2020
Account Number: **000000351897860**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/04 | Kml          Kmfusa Com 2014469742        Tel ID: 9200704262 | $237.60 |
| 05/21 | 05/20 Online Payment 9643991328 To Alliant Credit Union | 100.00 |
| 05/21 | Quickpay With Zelle Payment To J-PAD LLC Jpm372060226 | 500.00 |
| 05/26 | Orig CO Name:Kml          Orig ID:9200704262 Desc Date:200523 CO Entry<br>Descr:Kmfusa.Comsec:Tel   Trace#:091000010611913 Eed:200526   Ind ID:2014469742<br>Ind Name:Jamie Gallian Trn: 1470611913Tc | 237.60 |
| 05/28 | Orig CO Name:Vz Wireless Vw          Orig ID:0000751800 Desc Date:200523 CO Entry<br>Desor:Vzw Webpaysec:Web   Trace#:021000020669367 Eed:200526   Ind ID:2122472<br>Ind Name:Jamie *Lynn Gallian | 206.02 |
| **Total Electronic Withdrawals** | | **$1,281.22** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 05/04 | $10,917.00 |
| 05/11 | 10,817.00 |
| 05/21 | 10,217.00 |
| 05/22 | 10,317.00 |
| 05/26 | 9,873.38 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **4** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |



May 01, 2020 through May 29, 2020
Account Number:    000000351897860



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC


JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

**CHASE** ✺

May 01, 2020 through May 29, 2020
Account Number:    000000351897860

This Page Intentionally Left Blank

Page 4 of 4





**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 30, 2020 through June 30, 2020
Account Number:  **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00029630 DRE 703 141 15320 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,873.38 |
| Electronic Withdrawals | 1 | -237.60 |
| Ending Balance | 1 | $9,635.78 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17 | Orig CO Name:Kmf          Orig ID:9200704262 Desc Date:200616 CO Entry<br>Descr:Kmluaa Comsec:Tel  Trace#:091000016244713 Eed:200617  Ind ID:2014469742<br>Ind Name:Jamie Gallian Trn: 1696244713Tc | $237.60 |

| | |
|---|---|
| **Total Electronic Withdrawals** | **$237.60** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/17 | $9,635.78 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **1** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 1 of 2

SB 00445 E



May 30, 2020 through June 30, 2020

Account Number:   000000351897860

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

**SB 006445 FS**

**166**

# EXHIBIT 56



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2020 through July 31, 2020
Account Number: **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00030456 DRE 703 141 21420 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,635.78 |
| Deposits and Additions | 1 | 14,002.53 |
| Checks Paid | 3 | -305.00 |
| Electronic Withdrawals | 2 | -475.20 |
| **Ending Balance** | **6** | **$22,858.11** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/27 | Orig CO Name:Fidelity 90296 P     Orig ID:9096918980 Desc Date:     CO Entry Descr:Fidelity Sec:PPD   Trace#:091000014336538 Eed:200727   Ind ID: Ind Name:Jamie Gallian Trn: 2094336538Tc | $14,002.53 |
| **Total Deposits and Additions** | | **$14,002.53** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4541  ^ | | 07/06 | $100.00 |
| 4543  * ^ | | 07/27 | 55.00 |
| 4544  ^ | | 07/27 | 150.00 |
| **Total Checks Paid** | | | **$305.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
  one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 2

SBT3064455E1

**CHASE** ⬡

July 01, 2020 through July 31, 2020
Account Number: **000000351897860**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/06 | Orig CO Name:Kmf                  Orig ID:9200704262 Desc Date:200704 CO Entry | $237.60 |
|       | Descr:Kmfusa Comsec:Tel    Trace#:091000015646041 Eed:200706   Ind ID:2014469742 |  |
|       | Ind Name:Jamie Gallian Trn: 1885646041Tc |  |
| 07/20 | Orig CO Name:Kmf                  Orig ID:9200704262 Desc Date:200717 CO Entry | 237.60 |
|       | Descr:Kmfusa Comsec:Tel    Trace#:091000015194094 Eed:200720   Ind ID:2014469742 |  |
|       | Ind Name:Jamie Gallian Trn: 2025194094Tc |  |
| **Total Electronic Withdrawals** | | **$475.20** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 07/06 | $9,298.18 |
| 07/20 | 9,060.58 |
| 07/27 | 22,858.11 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **5** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2



**J-SANDCASTLE CO, LLC**
**JAMIE GALLIAN**

90-7162/3222

4544

DATE 7/23/20

PAY TO THE
ORDER OF ___ISIDRA Mestizo___ $ 150.00

___One Hundred Fifty Dollars___ DOLLARS

**CHASE ◎**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑆322271627⑆    35189786⑆0⑈4544



 **UNITED**

## United Airlines Flight Attendant 401(k) Plan

## Retirement Savings Statement

July 1, 2020 - July 21, 2020

MG 90296        T

ENV#MG000019

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

Client Service Number    1-800-245-9034
For questions about this statement call between
8:30 AM and 12:00 AM EST Monday through Friday.
Internet address: www.401k.com

## Your Account Summary

| | |
|---|---|
| **Beginning Balance** | **$16,375.71** |
| Withdrawals | -17,136.36 |
| Fees/Credits | -8.25 |
| Change in Market Value | 768.90 |
| **Ending Balance** | **$0.00** |

| **Additional Information** | |
|---|---|
| Vested Balance | $0.00 |

**Your Personal Rate of Return**
| | |
|---|---|
| This Period | 4.7% |
| Year to Date | -6.6% |

Your Personal Rate of Return is calculated with a time-weighted
formula, widely used by financial analysts to calculate investment
earnings. It reflects the results of your investment selections as
well as any activity in the plan account(s) shown. There are other
Personal Rate of Return formulas used that may yield different
results. Remember that past performance is no guarantee of future
results.

## Market Value of Your Account

This section displays the value of your account for the period, in both shares and dollars.

| Investment | Shares on 06/30/2020 | Shares on 07/21/2020 | Price on 06/30/2020 | Price on 07/21/2020 | Market Value on 06/30/2020 | Market Value on 07/21/2020 |
|---|---|---|---|---|---|---|
| **Stock Investments** | | | | | **$698.13** | **$0.00** |
| UAL Stock Fund | 20.171 | 0.000 | $34.61 | $33.07 | 698.13 | 0.00 |
| **Blended Fund Investments*** | | | | | **$15,677.58** | **$0.00** |
| Vanguard Target 2050 | 381.357 | 0.000 | $41.11 | $43.19 | 15,677.58 | 0.00 |
| **Account Total** | | | | | **$16,375.71** | **$0.00** |

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

JASSO DECL. PAGES - 1179

United Airlines Flight Attendant
401(k) Plan

## Market Value of Your Account (continued)

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

*Some of your investments are classified as a Blended Fund Investment. Blended Investments may include a mixture of stocks, bonds and/or short-term assets. Please refer to the "Additional Fund Information" section to determine the allocation of your blended investments' underlying assets.

Please refer to NetBenefits and other Plan information, such as your SPD, for a description of your right to direct investments under the Plan. For information on any plan restrictions or limitations on those rights visit NetBenefits and click on "Plan Information".

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk.

In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Dept of Labor website www.dol.gov/agencies/ebsa/laws-and-regulations/laws/pension-protection-act/investing-and-diversification for information on individual investing and diversification.

Please check your account information frequently and promptly review correspondence, account statements, and confirmations as they are made available to you. Contact Fidelity immediately if you see or suspect unauthorized activity, errors, discrepancies, or if you have not received your account documents or information.

Some of the administrative services performed for the Plan were underwritten from the total operating expenses of the Plan's investment options.

## Your Contribution Elections as of 04/25/2022

Your current election(s) for your employee contributions are displayed below. Log on to NetBenefits or call 800-245-9034 for all elections.

| Investment | Pre-Tax Contrib | Roth 401(k) Contrib | Post-Tax Contrib | CMI Fixed ER Contrib |
|---|---|---|---|---|
| Vanguard Target 2050 | 100% | 100% | 100% | 100% |
| Total | 100% | 100% | 100% | 100% |

| Contributions | Pre-Tax Contrib | Employer Match (FA) | Employer Direct (FA) |
|---|---|---|---|
| Year To Date | $658.18 | $60.69 | $101.15 |
| Vested Percent | 100.00 | 100.00 | 100.00 |

## Your Account Activity

Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | UAL Stock Fund | Vanguard Target 2050 | Total |
|---|---|---|---|
| Beginning Balance | $698.13 | $15,677.58 | $16,375.71 |
| Withdrawals | -673.81 | -16,462.55 | -17,136.36 |
| Terminated Maintenance | 0.00 | -8.25 | -8.25 |
| Change in Market Value | -24.32 | 793.22 | 768.90 |
| Ending Balance | $0.00 | $0.00 | $0.00 |

JASSO DECL. PAGES - 1180

United Airlines Flight Attendant
401(k) Plan

Statement Period: 07/01/2020 to 07/21/2020

## Commission Information

This section provides an estimate of the commissions you have paid during the statement period on stock trade(s) held in your account.

| Activity | Exchanges | Withdrawals | Contributions | Total |
|---|---|---|---|---|
| UAL Stock Fund | N/A | -0.58 | 0.00 | -0.58 |
| **Total Estimated Commissions** | **$0.00** | **-0.58** | **$0.00** | **-0.58** |

UAL Stock Fund exchange commissions, if any, are detailed in your activity section(s) above and not reflected here. All other commissions for UAL Stock Fund are factored into the price per share when the transaction is processed. Commissions noted for withdrawals and contributions shown above are estimates calculated by multiplying the number of shares involved in the transaction by the applicable commission rate. Please note, estimated commissions are not reflected in your account activity section(s) above.

Applicable commission rate(s) are available by accessing your account online.  Estimated stock commissions listed above may be overstated due to non-market transactions.

## A Message From United Airlines

401(k) contribution limits for 2022: The IRS pretax/Roth 401(k) contribution limit will be increased in 2022 to $20,500.  If you are age 50 or older in 2022, you can contribute an additional $6,500.  For more information or to update your contribution rate, please log on to netbenefits.com or call the Fidelity Service Center for United Employees at 800-245-9034.

828022.7.0

## Your Transaction Detail

This section will provide you with detailed day to day activity in your account during the statement period.

| Trade Date | Transaction Type | Source | Shares | Price | Transaction Amount |
|---|---|---|---|---|---|
| **UAL Stock Fund** | | | | | |
| 07/21/2020 | Withdrawal | Pre-Tax Contrib | -9.174 | $33.4046 | -306.45 |
| 07/21/2020 | Realized G/L | Pre-Tax Contrib | | | $37.81 |
| 07/21/2020 | Withdrawal | Employer Match (FA) | -2.537 | $33.4046 | -84.75 |
| 07/21/2020 | Realized G/L | Employer Match (FA) | | | $9.87 |
| 07/21/2020 | Withdrawal | Prior Employer Contrib | -6.769 | $33.4046 | -226.12 |
| 07/21/2020 | Realized G/L | Prior Employer Contrib | | | -13.72 |
| 07/21/2020 | Withdrawal | Employer Direct (FA) | -1.691 | $33.4046 | -56.49 |
| 07/21/2020 | Realized G/L | Employer Direct (FA) | 0.000 | $33.4046 | $6.51 |
| **Vanguard Target 2050** | | | | | |
| 07/21/2020 | Terminated Maintenan | Pre-Tax Contrib | -0.124 | $43.19 | -5.35 |
| 07/21/2020 | Realized G/L | Pre-Tax Contrib | | | $0.55 |
| 07/21/2020 | Withdrawal | Pre-Tax Contrib | -247.113 | $43.19 | -10,672.81 |
| 07/21/2020 | Realized G/L | Pre-Tax Contrib | | | $1,097.48 |
| 07/21/2020 | Terminated Maintenan | Employer Match (FA) | -0.030 | $43.19 | -1.31 |
| 07/21/2020 | Realized G/L | Employer Match (FA) | | | $0.15 |
| 07/21/2020 | Withdrawal | Employer Match (FA) | -60.402 | $43.19 | -2,608.76 |
| 07/21/2020 | Realized G/L | Employer Match (FA) | | | $261.42 |
| 07/21/2020 | Terminated Maintenan | Prior Employer Contrib | -0.011 | $43.19 | -0.48 |
| 07/21/2020 | Realized G/L | Prior Employer Contrib | | | $0.08 |
| 07/21/2020 | Withdrawal | Prior Employer Contrib | -22.289 | $43.19 | -962.66 |
| 07/21/2020 | Realized G/L | Prior Employer Contrib | | | $147.89 |
| 07/21/2020 | Terminated Maintenan | Employer Direct (FA) | -0.026 | $43.19 | -1.11 |
| 07/21/2020 | Realized G/L | Employer Direct (FA) | | | $0.14 |
| 07/21/2020 | Withdrawal | Employer Direct (FA) | -51.362 | $43.19 | -2,218.32 |
| 07/21/2020 | Realized G/L | Employer Direct (FA) | | | $291.74 |

JASSO DECL. PAGES - 1181

United Airlines Flight Attendant
401(k) Plan

Statement Period: 07/01/2020 to 07/21/2020

## Your Account Information

If the information below is incorrect, please contact Fidelity Investments.

**General Information**

| | | | | |
|---|---|---|---|---|
| Perticipant Status | Terminated | Division | | FA |
| Termination | 03/15/2020 | | | |

**Deferrals**

| | | | | |
|---|---|---|---|---|
| Pre-Tax Contribution | 0% | Post-Tax Contribution | | 0% |
| Roth Contributions | 0% | | | |

## A Message from Fidelity Investments

To access performance information on the investment options available in your Plan - log onto www.netbenefits.com or call your plan's toll-free number.

Before investing in any mutual fund please carefully consider the investment objectives, risks, charges and expenses. For this and other information, call or write Fidelity for a free prospectus. Read it carefully before you invest.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, Rhode Island 02917.

459279

## Fund Performance

You can use this section to keep track of the historical performance of the funds in which you're invested.
*For a mutual fund, the expense ratio is the total annual fund or class operating expenses (before waivers or reimbursements) paid by the fund and stated as a percent of the fund's total net assets. Where the investment option is not a mutual fund, the figure displayed in the expense ratio field is intended to reflect similar information. However, it may have been calculated using methodologies that differ from those used for mutual funds. Mutual fund data has been drawn from the most recent prospectus. For non-mutual fund investment options, the information has been provided by the trustee or plan sponsor. When no ratio is shown for these options it is due to the fact that none was available. Nevertheless, there may be fees and expenses associated with the investment option.*
*Please note that for the non Fidelity fund of funds listed, the Expense Ratio shown may solely reflect the total operating expense ratio of the fund, or may be a combined ratio reflecting both the total operating expense ratio of the fund and the total operating expense ratios of the underlying funds in which it was invested. Please consult the fund's prospectus for more detail on a particular fund's expense ratio.*

## Fund Performance

You can use this section to keep track of the historical performance of the funds in which you're invested.
*As you review this update, please remember that performance data stated represents past performance which does not guarantee future results. Investment return and principal value of an investment will fluctuate; therefore, you may have a gain or loss when you sell your units. Current performance may be higher or lower than performance stated. To learn more or to obtain the most recent month-end performance information, contact Fidelity using the information listed on the first page of this statement (your plan's toll free number and/or website).*

Your holding period may differ from the time periods shown below.
Keep in mind that investing involves risk. The value of your investment may fluctuate over time and you may gain or lose money.

### Average Annual Total Return as of 06/30/2020

| Investment | Inception Date | 1 Year | 5 Years | 10 Years | Life To Date | Gross Exp Ratio |
|---|---|---|---|---|---|---|
| UAL Stock Fund | 01/26/2006 | -60.47 | -8.17 | 5.35 | -1.03 | N/A |
| Vanguard Target 2050 | 06/30/2015 | 3.11 | 6.89 | N/A | 6.89 | N/A |

| Indices | 1 Year | 5 Years | 10 Years | Gross Exp Ratio |
|---|---|---|---|---|
| BC Gov't Credit Bond Index | 10.02 | 4.74 | 4.13 | N/A |
| Dow Jones Index | -0.54 | 10.62 | 12.99 | N/A |
| MSCI EAFE Index | -4.95 | 2.26 | 5.90 | N/A |
| S&P 500 Index | 7.51 | 10.73 | 13.99 | N/A |

JASSO DECL. PAGES - 1182

United Airlines Flight Attendant
401(k) Plan

Statement Period: 07/01/2020 to 07/21/2020

# Fund Performance (continued)

Total returns are historical and include the change in share value and reinvestment of dividends and capital gain distributions, if any.  Cumulative returns are reported as of the periods shown. Life of fund figures are from commencement date to the period shown. Due to regulatory requirements the average annual total returns are reported as of the most recent calendar quarter for the periods shown and are calculated using a standard formula.  The figures do not include the effect of sales charges, if any, as these charges are waived for contributions made through your company's employee benefit plan.  If sales charges were included, returns would have been lower.  Each fund's share price (except money market funds), yield, and return will vary, and you may have a gain or loss when you sell your shares.  For funds no longer offered through your plan, short-term trading fees will not apply to your account.
* The Barclay's Gov't Credit Bond Index (Gov't Credit) is an unmanaged total return index comprised of certain public obligations of the U.S. Treasury, U.S. government agencies, quasi-federal agencies, corporate debt guaranteed by the U.S. government and public fixed rate, and non-convertible investment-grade domestic corporate debt.  Issues included in this index have at least one year to maturity.
* The Dow Jones Industrial Average (Dow Jones) is an unmanaged index of common stocks of the 30 major industrial companies and assumes reinvestment of dividends.
* The MSCI EAFE Index (Morgan Stanley Capital International Europe, Australasia, and  Far East,  Index) is an unmanaged index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada.  The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.
*The S&P 500 Index is a registered service mark of the McGraw-Hill Companies, Inc., and has been licensed for use by Fidelity Distributors Corporation and its affiliates. It is a widely recognized, unmanaged index of 500 U.S. common stocks.
Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, RI 02917.
*For a mutual fund, the expense ratio is the total annual fund or class operating expenses (before waivers or reimbursements) paid by the fund and stated as a percent of the fund's total net assets.  Where the investment option is not a mutual fund, the figure displayed in the expense ratio field is intended to reflect similar information.  However, it may have been calculated using methodologies that differ from those used for mutual funds.  Mutual fund data has been drawn from the most recent prospectus.  For non-mutual fund investment options, the information has been provided by the trustee or plan sponsor.  When no ratio is shown for these options it is due to the fact that none was available.  Nevertheless, there may be fees and expenses associated with the investment option.*
*Please note that for the non Fidelity fund of funds listed, the Expense Ratio shown may solely reflect the total operating expense ratio of the fund, or may be a combined ratio reflecting both the total operating expense ratio of the fund and the total operating expense ratios of the underlying funds in which it was invested.  Please consult the fund's prospectus for more detail on a particular fund's expense ratio.*

JASSO DECL. PAGES - 1183

United Airlines Flight Attendant
401(k) Plan

Statement Period: 07/01/2020 to 07/21/2020

# Your Statement Glossary

**Average Annual Total Return**
This is the hypothetical rate of return that, if the investment option achieved it over a year's time, would produce the same cumulative total return if the investment option performed consistently over the entire period. A total return is expressed in a percentage and tells you how much the investment has earned or lost over time, assuming that all dividends and capital gains are reinvested.

**Change in Market Value**
The change in value reflects the fluctuations in the price per share of the investment option because of changes in their underlying investments (stocks, bonds or short term investments). In the Account Summary section of your statement, this number is the total of all changes in all of your investments due to these types of fluctuations.

**Dividends**
In the investment options of your plan, including mutual funds and company stock (if applicable), dividends are money paid to shareholders that comes from the investment income that the fund has earned. Depending on the rules of your plan, dividends on company stock may be reinvested into your retirement account or paid to you in cash.

**Market Value**
Market Value is the dollar value of the investments in your account. You can calculate your market value by using the following formula: Market Value = Number of shares or units in your account x Price per share or unit of the fund.

**Shares**
Shares are your units of ownership of investments in your account.

**Share Price**
The value of one share of each investment in your account is called share price. It is determined by taking the total value of the whole investment option on a given day and dividing it by the number of shares outstanding.

**Units**
Your interest in your company stock fund is expressed in units not shares. The value of each unit is determined by dividing the market value of assets held by the fund, including shares and the short term investments, by the number of units outstanding. Unitization is a method that combines common stock with short term investments. The short term investment portion of the fund enables stock fund trading every business day, similar to mutual funds, rather than the typical three day settlement period which occurs when stock is traded on the open market. Unitization does not affect the initial market value of your ownership in company stock, only the manner in which it is expressed.

**Vesting**
Vesting refers to your level of ownership in company contributions and any associated earnings. When the company contributes money to your account, it resides in your account, under your name. This money becomes fully yours once you have satisfied the vesting requirements of your plan. You are always entitled to 100% of your contributions and any associated earnings.

---

**Some special information about other sections that may appear in your account statement.**

## Asset Allocation
Investments can be divided into three major asset classes: Stocks, Bonds, and Short Term Investments. These asset classes represent the different types of underlying securities that may be held in the investment options you own. Please note that you may be invested in a blended fund where the fund holdings are invested in more than one asset class.

### Stocks
Stocks can add a growth component to your portfolio. They represent ownership or equity in a company. Stocks have the potential to outperform other types of investments over the long term. However, stocks tend to have wider price fluctuations over short periods of time than other securities.

### Bonds
Bonds can add an income portion to your portfolio. They represent a loan to a corporation or Government Agency, and provide the opportunity for higher current income than short-term investments. Unlike short-term investments and stable value investments, bond prices fluctuate with changes in interest rates.

### Short Term
Short Term investments can add stability to your portfolio. They provide current income and seek to preserve the value of your investment. They also tend to provide the lowest returns over the long term. Examples of these investments include certificates of deposit (CDs), Treasury Bills and Money Market Instruments.

## Market Indices
A market index can measure the general trends in the performance of particular market segments. You can use the appropriate market index to compare the performance (Average Annual Return) of the options in which you're invested.

### Standard and Poor's 500
The S&P 500 incorporates a broad base of 500 stocks, including industrial, utility, and financial companies. Some of its stocks have a greater influence on the direction of the market. The S&P 500 calculation takes this into account by giving greater weight to these stocks. The companies that make up the S&P 500 are traded on the New York and American Stock Exchanges, as well as the Over-The-Counter Exchange.

### Barclays Aggregate Bond Index
This measures the total return of over 6,000 high-quality bond issues, including government, corporate, and mortgage sectors. Bonds in this price-weighted index have an average maturity of 10 years.

### Morgan Stanley EAFE Index
The MSCI EAFE Index (Morgan Stanley Capital International Europe, Australasia, and Far East, Index) is an unmanaged index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada. The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.

---

JASSO DECL. PAGES - 1184

**Payment information for Jamie Lynn Gallian**

**Plan: 90296: United Airlines Flight Attendant 401(k) Plan**

| | Payment Number | Date | Status Date | Status | Gross Amount | Net Amount |
|---|---|---|---|---|---|---|
| ☑ | 02808548549 | 07/23/2020 | 07/24/2020 | C | $17,136.36 | $14,002.53 |

| | | | |
|---|---|---|---|
| **Pay to the order of:** Address: | **JAMIE GALLIAN** JPMORGAN CHASE 10430 HIGHLAND MANOR DRIVE TAMPA, FL 33610-0000 | CPCS: Dist. Type: Form: Metered Date: Status: Tax: Payment Type: Rtn/Transit: Account: Type: | S: Lump Sum EWC1 C: Cleared Y:2020 E: EFT/ACH 322271627 Checking |

| | Payment Number | Date | Status Date | Status | Gross Amount | Net Amount |
|---|---|---|---|---|---|---|
| ☑ | 02802524049 | 06/15/2018 | 06/16/2018 | C | $27,000.00 | $24,030.00 |

| | | | |
|---|---|---|---|
| **Pay to the order of:** Address: | **JAMIE L. GALLIAN** BANK OF AMERICA, N.A. 8001 VILLA PARK DRIVE HENRICO, VA 23228-0000 | CPCS: Dist. Type: Form: Metered Date: Status: Tax: Payment Type: Rtn/Transit: Account: Type: | W: Withdrawal EWC1 C: Cleared Y:2018 E: EFT/ACH 121000358 Checking |

CORRECTED (if checked)

| PAYER'S TIN 04-6568107 | RECIPIENT'S TIN xxx-xx-3936 | 1 Gross distribution $31,922.58 | OMB No. 1545-0119 **2020** Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|---|

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY   KW1C
COVINGTON, KY   41015-1987
90296                    1-800-425-2363
UNITED AIRLINES

2a Taxable amount $29,030.93

2b Taxable amount not determined ☐   Total distribution ☒

3 Capital gain (included in box 2a) | 4 Federal income tax withheld $2,848.94

**Copy B** Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code
PRTAX2E2021011308.16.126055564

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums $2,891.65
6 Net unrealized appreciation in employer's securities $0.00
7 Distribution code(s) 2   IRA/SEP/ SIMPLE ☐
8 Other $0.00   %
9a Your percentage of total distribution %
9b Total employee contributions $
10 Amount allocable to IRR within 5 years $0.00

14 State tax withheld $284.89   15 State/Payer's state no. CA 80275704   16 State distribution $

Account number (see instructions) 20210109032105064117
11 1st year of desig.Roth contrib.
12 FATCA filing requirement ☐
13 Date of payment

Form **1099-R**                    Department of the Treasury - Internal Revenue Service

*90296    0000000020R*

---

CORRECTED (if checked)

| PAYER'S TIN 04-6568107 | RECIPIENT'S TIN xxx-xx-3936 | 1 Gross distribution $31,922.58 | OMB No. 1545-0119 **2020** Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|---|

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY   KW1C
COVINGTON, KY   41015-1987
90296                    1-800-425-2363
UNITED AIRLINES

2a Taxable amount $29,030.93

2b Taxable amount not determined ☐   Total distribution ☒

3 Capital gain (included in box 2a) $0.00   4 Federal income tax withheld $2,848.94

**Copy C** For Recipient's Records

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums $2,891.65
6 Net unrealized appreciation in employer's securities $0.00
7 Distribution code(s) 2   IRA/SEP/ SIMPLE ☐
8 Other $0.00   %
9a Your percentage of total distribution %
9b Total employee contributions $
10 Amount allocable to IRR within 5 years $0.00

This information is being furnished to the Internal Revenue Service.

14 State tax withheld $284.89   15 State/Payer's state no. CA 80275704   16 State distribution $

Account number (see instructions) 20210109032105064117
11 1st year of desig.Roth contrib.
12 FATCA filing requirement ☐
13 Date of payment

Form **1099-R**                    (keep for your records)                    Department of the Treasury - Internal Revenue Service

---

CORRECTED (if checked)

| PAYER'S TIN 04-6568107 | RECIPIENT'S TIN xxx-xx-3936 | 1 Gross distribution $31,922.58 | OMB No. 1545-0119 **2020** Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|---|

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY   KW1C
COVINGTON, KY   41015-1987
90296                    1-800-425-2363
UNITED AIRLINES

2a Taxable amount $29,030.93

2b Taxable amount not determined ☐   Total distribution ☒

3 Capital gain (included in box 2a) $0.00   4 Federal income tax withheld $2,848.94

**Copy 2** File this copy with your state, city, or local income tax return, when required

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums $2,891.65
6 Net unrealized appreciation in employer's securities $0.00
7 Distribution code(s) 2   IRA/SEP/ SIMPLE ☐
8 Other $0.00   %
9a Your percentage of total distribution %
9b Total employee contributions $
10 Amount allocable to IRR within 5 years $0.00

14 State tax withheld $284.89   15 State/Payer's state no. CA 80275704   16 State distribution $

Account number (see instructions) 20210109032105064117
11 1st year of desig.Roth contrib.
12 FATCA filing requirement ☐
13 Date of payment

Form **1099-R**                    Department of the Treasury - Internal Revenue Service

# EXHIBIT 57

JASSO DECL. PAGES - 1187

## CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00028752 DRE 703 141 27520 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258

September 01, 2020 through September 30, 2020

Account Number:    **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



### We're discontinuing the Visa Benefits Package on Chase business debit cards

Effective December 1, 2020, we'll no longer offer the Visa Benefits Package (such as Purchase Security and Warranty Manager) on eligible Chase business debit cards. Benefits you may have with this package will remain in effect for eligible purchases made prior to December 1. This doesn't affect any benefit packages on Chase business credit cards.

### CHECKING SUMMARY    Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $22,152.28 |
| Checks Paid | 5 | -845.00 |
| Electronic Withdrawals | 1 | -575.88 |
| Ending Balance | 6 | $20,731.40 |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4503  ^ | | 09/14 | $100.00 |
| 4545  * ^ | | 09/01 | 110.00 |
| 4549  * ^ | | 09/10 | 435.00 |
| 4554  * ^ | | 09/30 | 100.00 |
| 4580  * ^ | | 09/28 | 100.00 |
| **Total Checks Paid** | | | **$845.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/21 | Orig CO Name:Mercury Ins        Orig ID:1952577343 Desc Date:        CO Entry Descr Payment  Sec:PPD    Trace#:111000029273218 Eed:200921  Ind ID: Ind Name:Gallian000        A810 Trn: 2659273218Tc | | $575.88 |
| **Total Electronic Withdrawals** | | | **$575.88** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

Page 1 of 2

**CHASE ◻**

September 01, 2020 through September 30, 2020
Account Number: **000000351897860**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 09/01 | $22,042.28 |
| 09/10 | 21,607.28 |
| 09/14 | 21,507.28 |
| 09/21 | 20,931.40 |
| 09/28 | 20,831.40 |
| 09/30 | 20,731.40 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **6** |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
* Your name and account number
* The dollar amount of the suspected error
* A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

J-SANDCASTLE CO, LLC
JAMIE GALLIAN

90-7162/3222

4545

DATE 8/7/20

PAY TO THE ORDER OF ISIAH Mestizo

$ 1100

One Hundred ten +00

DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑆322271627⑆    351897860⑆4545

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC











# EXHIBIT 58

**CHASE** 🏦

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2020 through December 31, 2020
Account Number:  **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00027296 DRE 703 141 00121 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $18,513.10 |
| Checks Paid | 3 | -944.00 |
| Electronic Withdrawals | 3 | -950.72 |
| **Ending Balance** | **6** | **$16,618.38** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4583 ^ | | 12/01 | $94.00 |
| 4584 ^ | | 12/10 | 100.00 |
| 4586 * ^ | | 12/16 | 750.00 |
| **Total Checks Paid** | | | **$944.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/07 | Orig CO Name:Capital One   Orig ID:9279744991 Desc Date:201204 CO Entry<br>Descr:Online Pmtsec:Web   Trace#:051405515009611 Eed:201207   Ind<br>ID:3B88A5Ldmkza02R   Ind Name:Jamie L Galian Tm: 3425009611Tc | | $400.00 |
| 12/07 | Orig CO Name:Kmf   Orig ID:9200704262 Desc Date:201204 CO Entry<br>Descr:Kmfusa.Comsec:Tel   Trace#:091000013807012 Eed:201207   Ind ID:2014469742<br>Ind Name:Jamie Galian Tm: 3423807012Tc | | 237.60 |
| 12/29 | Orig CO Name:Home Depot   Orig ID:Citictp   Desc Date:201228 CO Entry<br>Descr:Online Pmtsec:Web   Trace#:091409689346293 Eed:201229   Ind<br>ID:140312766135643   Ind Name:Jamie L Galian Tm: 3649346293Tc | | 313.12 |
| **Total Electronic Withdrawals** | | | **$950.72** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00
or more.

Page 1 of 2

SBT306445-F5

**CHASE** ◯

December 01, 2020 through December 31, 2020
Account Number:    **000000351897860**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/01 | $18,419.10 |
| 12/07 | 17,781.50 |
| 12/10 | 17,681.50 |
| 12/16 | 16,931.50 |
| 12/29 | 16,618.38 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **6** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
*   Your name and account number
*   The dollar amount of the suspected error
*   A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2







**J-SANDCASTLE CO, LLC**
**JAMIE GALLIAN**

90-7192/3222

4586

DATE *12-8-2020*

PAY TO THE ORDER OF _Jim Cabello_                    $ *750.00*

_Seven hundred fifty +00_                    DOLLARS

**CHASE** ⭘
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _Atty fees_

⑆3222716 27⑆          3518978860⑈4586



12162020 12:54 RC:04033 Emp No:mua2o7p Seq:177

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

# EXHIBIT 59

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2021 through January 29, 2021
Account Number: **000000351897860**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00027642 DRE 703 141 03021 NNNNNNNNNN T  1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649



---

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $16,618.38 |
| Checks Paid | 2 | -2,610.00 |
| Electronic Withdrawals | 5 | -1,401.70 |
| Ending Balance | 7 | $12,606.68 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4507 ^ | | 01/20 | $110.00 |
| 4587 * ^ | | 01/28 | 2,500.00 |
| **Total Checks Paid** | | | **$2,610.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

SBF306445F1

**CHASE** ⬡

January 01, 2021 through January 29, 2021
Account Number: **000000351897860**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/07 | Orig CO Name:Kmf          Orig ID:9200704282 Desc Date:210106 CO Entry Descr:Kmfusa.Comsec:Tel   Trace#:091000013450043 Eed:210107   Ind ID:2014469742 Ind Name:Jamie Gallian Trn: 0073450043Tc | $238.00 |
| 01/13 | Orig CO Name:Verizon Wireless      Orig ID:4223344794 Desc Date:210113 CO Entry Descr:Payments  Sec:PPD   Trace#:021000026021285 Eed:210113   Ind ID: Ind Name:000000006606423160000 1 Trn: 0136021285Tc | 60.16 |
| 01/15 | Orig CO Name:Capital One      Orig ID:9279744991 Desc Date:210114 CO Entry Descr:Online Pmtsec:Web   Trace#:051405515153229 Eed:210115   Ind ID:3F6Ve4Tbf8Fio6B Ind Name:Jamie L Gallian Trn: 0155153229Tc | 741.93 |
| 01/19 | Orig CO Name:Capital One      Orig ID:9279744991 Desc Date:210118 CO Entry Descr:Online Pmtsec:Web   Trace#:051405516419606 Eed:210119   Ind ID:3F7Q8Q5Ppond9Sz      Ind Name:Jamie L Gallian Trn: 0196419606Tc | 48.49 |
| 01/20 | Orig CO Name:Home Depot      Orig ID:Citictp   Desc Date:210119 CO Entry Descr:Online Pmtsec:Web   Trace#:091409688099792 Eed:210120   Ind ID:140331518843854      Ind Name:Jamie L Gallian Trn: 0208099792Tc | 313.12 |

| | | |
|---|---|---|
| **Total Electronic Withdrawals** | | **$1,401.70** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 01/07 | $16,380.38 |
| 01/13 | 16,320.22 |
| 01/15 | 15,578.29 |
| 01/19 | 15,529.80 |
| 01/20 | 15,106.68 |
| 01/28 | 12,606.68 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 7 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **7** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 2 of 4

SBT 006445-F1



CHASE ❏

January 01, 2021 through January 29, 2021
Account Number:  **000000351897860**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



Page 3 of 4

**CHASE** ◘

January 01, 2021 through January 29, 2021
Account Number:    000000351897860

This Page Intentionally Left Blank

Page A of A





# EXHIBIT 60

**CHASE** ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 30, 2021 through February 26, 2021
Account Number:  **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00027772 DRE 703 141 05821 NNNNNNNNNNN  T  1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649



## We updated the way we post certain transactions to your account

Knowing the order in which we apply deposits and withdrawals can help you better manage your account and help you avoid possible fees and overdrafts.

**What's staying the same:**
We will continue to add deposits to your account first before subtracting withdrawals. Any fees are assessed last.

**What's changing:**
During our nightly processing, we now subtract the following withdrawals from your account based on the date and time of when the transaction was authorized or shows as pending, instead of subtracting from highest to lowest dollar order:
- Automatic payments from your account, also can be referred to as ACH payments
- Checks drawn on your account, and
- Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

This is how we already subtract everyday debit card transactions (e.g. groceries, gasoline or dining out), online banking transactions and ATM withdrawals.

For more information, please see the Posting Order section in the Deposit Account Agreement at **chase.com/business-deposit-disclosures**. For information about overdrafts and our overdraft services, please visit **chase.com/overdraft**.

If you have questions, please call us at the number on your statement. We accept operator relay calls.

## Our courtesy practice related to refunds

We may have provided you with a discretionary fee refund at your request or on our own in the past. Please keep in mind that while we did this as a courtesy, we are not required to process similar requests in the future.

| CHECKING SUMMARY | Chase Total Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $12,606.68 |
| Checks Paid | 2 | -240.00 |
| Electronic Withdrawals | 5 | -1,489.05 |
| **Ending Balance** | **7** | **$10,877.63** |

Page 1 of 4

**CHASE ❖**

January 30, 2021 through February 28, 2021
Account Number: **000000351897860**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4509 ^ | | 02/22 | $110.00 |
| 4588 * ^ | | 02/10 | 130.00 |
| **Total Checks Paid** | | | **$240.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | Orig CO Name:Home Depot        Orig ID:Citictp    Desc Date:210203 CO Entry Descr:Online Pmtsec:Web    Trace#:091409681715436 Eed:210204    Ind ID:140345153886111        Ind Name:Jamie L Gallian Trn: 0351715436Tc | $465.00 |
| 02/11 | Orig CO Name:Verizon Wireless        Orig ID:4223344794 Desc Date:210211 CO Entry Descr:Payments  Sec:PPD    Trace#:021000020777825 Eed:210211    Ind ID:Ind Name:00000000086064231600001 Trn: 0420777825Tc | 63.65 |
| 02/16 | Orig CO Name:Capital One        Orig ID:9279744991 Desc Date:210215 CO Entry Descr:Online Pmtsec:Web    Trace#:051405517017498 Eed:210216    Ind ID:3Fdir167Abk15Gj Ind Name:Jamie L Gallian Trn: 0477017498Tc | 269.44 |
| 02/19 | Orig CO Name:Kmf        Orig ID:9200704262 Desc Date:210218 CO Entry Descr:Kmfusa.Comsec:Tel    Trace#:091000013471693 Eed:210219    Ind ID:2014469742 Ind Name:Jamie Gallian Trn: 0503471693Tc | 239.99 |
| 02/25 | Orig CO Name:Home Depot        Orig ID:Citictp    Desc Date:210224 CO Entry Descr:Online Pmtsec:Web    Trace#:091409686192137 Eed:210225    Ind ID:120363277744644        Ind Name:Jamie L Gallian Trn: 0566192137Tc | 450.97 |
| **Total Electronic Withdrawals** | | **$1,489.05** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/04 | $12,141.68 |
| 02/10 | 12,011.68 |
| 02/11 | 11,948.03 |
| 02/16 | 11,678.59 |
| 02/19 | 11,438.60 |
| 02/22 | 11,328.60 |
| 02/25 | 10,877.63 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 7 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **7** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |

Page 2 of 4

**CHASE** ◼

January 30, 2021 through February 28, 2021
Account Number: **000000351897860**



## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| **Net Service Fee** | $0.00 |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | $0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

**CHASE ○**

January 30, 2021 through February 26, 2021
Account Number:    000000351897860

This Page Intentionally Left Blank

Page A of A



**J-SANDCASTLE CO, LLC**
**JAMIE GALLIAN**

90-7182/3222

DATE 2/4/21

4588

PAY TO THE
ORDER OF  LINH VU  $ 130.00

Thirty °⁰/₁₀₀  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑂3222716271⑂  35189786011 4588

J-SANDCASTLE CO, LLC
JAMIE GALLIAN

90-7162/3222

4509

DATE 2/1/21

PAY TO THE
ORDER OF    Isidra Mestizo                    $ 110.00

One Hundred Ten $a                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈3222716271⑈    35189786011⑈4509

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

**CHASE ○**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 27, 2021 through March 31, 2021
Account Number:    **000000351897860**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00027190 DRE 703 141 09121 NNNNNNNNNNN T  1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649



## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $10,877.63 |
| Electronic Withdrawals | 2 | -124.62 |
| Ending Balance | 2 | $10,753.01 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/11 | Orig CO Name:Verizon Wireless    Orig ID:4223344794 Desc Date:210311 CO Entry Descr:Payments Sec:PPD    Trace#:021000027330917 Eed:210311    Ind ID: Ind Name:0000000066064231600001 Trn: 0707330917Tc | $63.65 |
| 03/18 | Orig CO Name:Capital One    Orig ID:9279744980 Desc Date:210317 CO Entry Descr:Mobile Pmtsec:Web    Trace#:051405511613740 Eed:210318    Ind ID:3Fjykvxr77Xigo3 Ind Name:Jamie L Gallian Trn: 0771613740Tc | 60.97 |
| | **Total Electronic Withdrawals** | **$124.62** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/11 | $10,813.98 |
| 03/18 | 10,753.01 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **2** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |

Page 1 of 2



February 27, 2021 through March 31, 2021
Account Number: 000000351897860

## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

**CHASE** 🌀
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2021 through April 30, 2021
Account Number: **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00026926 DRE 703 141 12121 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649



### We're increasing the Legal Processing Fee

On July 18, we're increasing the legal processing fee to be up to $100.  This is the fee that we can charge to your account if we need to manage a legal process related to you or your account that appears to have the force of law behind it, including the processing of garnishments, tax levies, or other court or administrative orders.

If you have questions please call the number at the top of this statement.  We accept operator relay calls.

| **CHECKING SUMMARY** | Chase Total Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $10,753.01 |
| Electronic Withdrawals | 2 | -333.28 |
| Ending Balance | 2 | $10,419.73 |

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/13 | Orig CO Name:Verizon Wireless        Orig ID:4223344794 Desc Date:210413 CO Entry Descr:Payments  Sec:PPD   Trace#:021000023215058 Eed:210413  Ind ID: Ind Name:000000000660642316000001 Trn: 1033215058Tc | $63.65 |
| 04/14 | Orig CO Name:Capital One        Orig ID:9279744991 Desc Date:210413 CO Entry Descr:Online Pmtsec:Web   Trace#:051405519889164 Eed:210414  Ind ID:3Fpo5Xug2V31Omb        Ind Name:Jamie L Gallian Trn: 1049889164Tc | 269.63 |
| **Total Electronic Withdrawals** | | **$333.28** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

### DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/13 | $10,689.36 |
| 04/14 | 10,419.73 |

Page 1 of 2

SBT-306445-F1

## CHASE 🞄

April 01. 2021 through April 30, 2021
Account Number: **000000351897860**

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **2** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00026263 DRE 703 141 14921 NNNNNNNNNNN T  1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649

May 01, 2021 through May 28, 2021
Account Number:    000000351897860

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



---

| **CHECKING SUMMARY** | Chase Total Business Checking | |
|---|---|---|

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $10,419.73 |
| Electronic Withdrawals | 3 | -680.18 |
| Ending Balance | 3 | $9,739.55 |

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04 | Orig CO Name:Kmi          Orig ID:9200704262 Desc Date:210503 CO Entry<br>Descr:Kmlusa Comsec:Tel    Trace#:091000011649897 Eed:210504    Ind ID:2014469742<br>Ind Name:Jamie Gallian Trn: 1241649897Tc | $237.60 |
| 05/12 | Orig CO Name:Verizon Wireless    Orig ID:4223344794 Desc Date:210512 CO Entry<br>Descr:Payments  Sec:PPD    Trace#:021000022390660 Eed:210512    Ind ID:<br>Ind Name:000000006606423160000 1 Trn: 1322390660Tc | 63.68 |
| 05/18 | Orig CO Name:Capital One    Orig ID:9279744991 Desc Date:210517 CO Entry<br>Descr:Online Pmtsec:Web    Trace#:051405516586439 Eed:210518    Ind ID:3Fwt455Byppwlib<br>Ind Name:Jamie L Gallian Trn: 1386586439Tc | 378.90 |

| **Total Electronic Withdrawals** | $680.18 |
|---|---|

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

### DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/04 | $10,182.13 |
| 05/12 | 10,118.45 |
| 05/18 | 9,739.55 |

### SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **3** |

Page 1 of 2

## CHASE ○

May 01, 2021 through May 28, 2021
Account Number:    000000351897860

## SERVICE CHARGE SUMMARY    (continued)

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 2 of 2

## CHASE 🟡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 29, 2021 through June 30, 2021
Account Number:  **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |

00024761 DRE 703 141 15221 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649



---

### CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,739.55 |
| Checks Paid | 1 | -65.00 |
| Electronic Withdrawals | 2 | -298.09 |
| **Ending Balance** | **3** | **$9,376.46** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4591 ^ | | 06/07 | $65.00 |
| **Total Checks Paid** | | | **$65.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | Orig CO Name:Verizon Wireless       Orig ID:4223344794 Desc Date:210611 CO Entry Descr:Payments  Sec:PPD    Trace#:021000025760095 Eed:210611   Ind ID: Ind Name:0000000066064231600001 Trn: 1625760095Tc | $63.68 |
| 06/22 | Orig CO Name:Kmf        Orig ID:9200704262 Desc Date:210621 CO Entry Descr:Kmfusa Comsec:Tel    Trace# 091000014099821 Eed:210622   Ind ID:2014469742 Ind Name:Jamie Gallian Trn: 1734099821Tc | 234.41 |
| **Total Electronic Withdrawals** | | **$298.09** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

### DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/07 | $9,674.55 |
| 06/11 | 9,610.87 |
| 06/22 | 9,376.46 |

Page 1 of 2

SB 306445 F1

# CHASE 🏦

May 29, 2021 through June 30, 2021
Account Number:    000000351897860

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **3** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2



**CHASE** ◘
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2021 through July 30, 2021
Account Number:  **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |

00025570 DRE 703 141 21221 NNNNNNNNNNN T  1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649



---

### CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,376.46 |
| Deposits and Additions | 4 | 1,068.00 |
| Electronic Withdrawals | 5 | -1,594.79 |
| Other Withdrawals | 1 | -9,000.00 |
| Fees | 5 | -125.00 |
| **Ending Balance** | **15** | **-$275.33** |

---

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/13 | ATM Cash Deposit | 07/13 16917 Algonquin St Huntington Be CA Card 0478 | $900.00 |
| 07/13 | ATM Cash Deposit | 07/13 16917 Algonquin St Huntington Be CA Card 0478 | 100.00 |
| 07/13 | Insufficient Funds Fee Refund | | 34.00 |
| 07/13 | Insufficient Funds Fee Refund | | 34.00 |
| **Total Deposits and Additions** | | | **$1,068.00** |

---

### ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian  Card 0478

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $1,000.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $1,000.00 |

Page 1 of 4

**CHASE** ◘

July 01, 2021 through July 30, 2021
Account Number: **000000351897860**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/12 | Orig CO Name:Capital One        Orig ID:9541719967 Desc Date:210709 CO Entry Descr:Phone Pymtsec:PPD    Trace#:051405518960951 Eed:210712  Ind ID: Ind Name:Jamie L Gallian Trn: 1938980951Tc | $1,008.85 |
| 07/12 | Orig CO Name:Kmf        Orig ID:9200704262 Desc Date:210709 CO Entry Descr:Kmfusa.Comsec:Tel    Trace#:091000015417200 Eed:210712  Ind ID:2014469742 Ind Name:Jamie L Gallian Trn: 1935417200Tc | 238.36 |
| 07/13 | Orig CO Name:Verizon Wireless        Orig ID:4223344794 Desc Date:210713 CO Entry Descr:Payments Sec:PPD   Trace#:021000021520281 Eed:210713  Ind ID: Ind Name:000000006064231600001 Trn: 1941520281Tc | 63.68 |
| 07/22 | Orig CO Name:Nordstrom        Orig ID:9044013366 Desc Date:210721 CO Entry Descr:Payment  Sec:Tel   Trace#:043305138958414 Eed:210722  Ind ID:043000093285540 Ind Name:Gallian Jamie L Trn: 2038958414Tc | 49.49 |
| 07/28 | Orig CO Name:Kmf        Orig ID:9200704262 Desc Date:210727 CO Entry Descr:Kmfusa.Comsec:Tel    Trace#:091000015529548 Eed:210728  Ind ID:2014469742 Ind Name:Jamie L Gallian Trn: 2095529548Tc | 234.41 |
| **Total Electronic Withdrawals** | | **$1,594.79** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/09 | 07/09 Withdrawal | $9,000.00 |
| **Total Other Withdrawals** | | **$9,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/09 | Official Checks Charge | $8.00 |
| 07/12 | Insufficient Funds Fee For A $1,008.85 Item - Details: Orig CO Name:Capital One        Orig ID:9541719987 Desc Date:210709 CO Entry Descr:Phone Pymtsec:PPD Trace#:051405518980951 Eed:210712  Ind ID:        Ind Name:Jamie L Gallian Trn: 1938980951Tc | 34.00 |
| 07/12 | Insufficient Funds Fee For A $238.36 Item - Details: Orig CO Name:Kmf        Orig ID:9200704262 Desc Date:210709 CO Entry Descr:Kmfusa.Comsec:Tel Trace#:091000015417200 Eed:210712  Ind ID:2014469742        Ind Name:Jamie L Gallian Trn: 1935417200Tc | 34.00 |
| 07/28 | Insufficient Funds Fee For A $234.41 Item - Details: Orig CO Name:Kmf        Orig ID:9200704262 Desc Date:210727 CO Entry Descr:Kmfusa.Comsec:Tel Trace#:091000015529548 Eed:210728  Ind ID:2014469742        Ind Name:Jamie L Gallian Trn: 2095529548Tc | 34.00 |
| 07/30 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$125.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was -$946.75.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 07/09 | $388.46 |
| 07/12 | -946.75 |
| 07/13 | 57.57 |
| 07/22 | 8.08 |
| 07/28 | -260.33 |
| 07/30 | -275.33 |

Page 2 of 4

SBT006445F1
**219**

## CHASE ◻

July 01, 2021 through July 30, 2021
Account Number: **000000351897860**



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **6** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4



July 01, 2021 through July 30, 2021

Account Number:    000000351897860

This Page Intentionally Left Blank

Page 4 of 4

SBT306445-E1



**14-Mar-22**

**CASE ID 14Mar22-53**

**ATM Substitute Document**

**This is a substitute document representing an ATM Deposit Ticket**

**Posting DATE: 13-Jul-21**
**SEQUENCE NUMBER: 009990790326**
**Dollar Amount: 900.00**

**ACCOUNT NUMBER: 7860**

**14-Mar-22**

**Reference Case Number: G14Mar22-53**

**This is a substitute document representing an Electronic Ticket**

**Posting Date 13-Jul-21**
**Sequence Number 009990790327**
**Amount 900.00**
**Account Number: 7860**
**Date Request Received 14-Mar-22**

**14-Mar-22**

**CASE ID 14Mar22-53**

**ATM Substitute Document**

**This is a substitute document representing an ATM Deposit Ticket**

**Posting DATE: 13-Jul-21**
**SEQUENCE NUMBER: 009990949368**
**Dollar Amount: 100.00**

**ACCOUNT NUMBER: 7860**

**14-Mar-22**

**Reference Case Number: G14Mar22-53**

**This is a substitute document representing an Electronic Ticket**

**Posting Date 13-Jul-21**
**Sequence Number 009990949369**
**Amount 100.00**
**Account Number: 7860**
**Date Request Received 14-Mar-22**

## CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 31, 2021 through August 31, 2021

Account Number: **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00025889 DRE 703 141 24421 NNNNNNNNNNN T 1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649



---

| CHECKING SUMMARY | Chase Total Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | -$275.33 |
| Deposits and Additions | 4 | 9,334.00 |
| Electronic Withdrawals | 2 | -301.25 |
| Other Withdrawals | 1 | -7,000.00 |
| Fees | 2 | -23.00 |
| Ending Balance | 9 | $1,734.42 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | Insufficient Funds Fee Refund | $19.00 |
| 08/04 | Service Fee Reversal | 15.00 |
| 08/04 | Deposit    1976508423 | 9,000.00 |
| 08/04 | Deposit    1976508424 | 300.00 |
| **Total Deposits and Additions** | | **$9,334.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/11 | Orig CO Name:Verizon Wireless    Orig ID:4223344794 Desc Date:210811 CO Entry Descr:Payments Sec:PPD    Trace#:021000022005934 Eed:210811   Ind ID: Ind Name:000000006606642316000001 Tm: 2232005934Tc | $63.65 |
| 08/31 | Orig CO Name:Kmf    Orig ID:9200704262 Desc Date:210830 CO Entry Descr:Kmfusa Comsec Tel    Trace#:091000013582810 Eed:210831   Ind ID:2014469742 Ind Name:Jamie L Gallian Tm: 2433582810Tc | 237.60 |
| **Total Electronic Withdrawals** | | **$301.25** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | 08/04 Withdrawal | $7,000.00 |
| **Total Other Withdrawals** | | **$7,000.00** |

Page 1 of 4

## CHASE �”

July 31, 2021 through August 31, 2021
Account Number:    000000351897860

### FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/04 | Official Checks Charge | $8.00 |
| 08/31 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$23.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a
minimum daily balance of $1,500.00. Your minimum daily balance was -$275.33.

### DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/04 | $2,050.67 |
| 08/11 | 1,987.02 |
| 08/31 | 1,734.42 |

### SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 2 |
| Deposited Items | 1 |
| **Transaction Total** | **6** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

| CASH PROCESSING | AMOUNT |
|-----------------|--------|
| Cash Deposits Immediate Verification | $300.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$300.00** |
| Cash Deposits Allowed | $5,000.00 |
| **Excess Cash Deposits** | **$0.00** |



July 31, 2021 through August 31, 2021

Account Number:  **000000351897860**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

**CHASE** ✶

July 31, 2021 through August 31, 2021

Account Number:    000000351897860

This Page Intentionally Left Blank

Page 4 of 4

SBT-006445-F1



**14-Mar-22**

**14Mar22-53**

**This is a substitute document representing a CASH IN TICKET**

**Posting Date 04-Aug-21**

**Sequence number 009590711337**

**Amount 300.00**

**Account Number 7860**

**Date Request Received 14-Mar-22**



CHASE ⊙     **DEPOSIT**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Customer Name (Please Print)
J- Sand castle Co. LLC

CASH ▶
CHECK ▶

Sign Here (if cash is received from this deposit) --------
X

TOTAL FROM
OTHER SIDE ▶

SUBTOTAL ▶

▼ Start your account number here

CASH BACK ▶

TOTAL $

3518978660     9000 00

⑈197650842⑈ ⑈500001020⑈



**CHASE** ⬤     **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

**WITHDRAWAL**

Today's Date 8|4|21    Customer Name (Please Print) Sand Castle Co. LLC
If Purchasing a Cashier's Check Provide Payee Name

H13061-CK (Rev. 10/15)  10098283  05/21

Robert Mclelland   (Customer Signature)   Robert Mclelland, Member

▼ Start your account number here
351897860    **TOTAL $**    **AMOUNT** 7000.00

⑉085518918 7⑉ ⑉500001017⑉

# EXHIBIT 61

79 ☐ (FL)    58 ☐ (GA)    86 ☐ (ID)    32 ☐ (IL)    31 ☐ (IN)    33 ☐ (IA)    35 ☐ (KS)    58 ☐ (MD)    52 ☐ (MI)    77 ☐ (MN)    39 ☐ (MO)    89 ☐ (RI)    57 ☐ (SC)    63 ☐ (TN)
                                                                                                        38 ☐ (SM)    81 ☐ (NJ)    56 ☐ (NC)    37 ☐ (OK)    97 ☐ (OR)

Name    J-Pad, LLC

Address    16222  Monterey N SPC

City/State/Zip Code    Huntington Beach CA  92 376

Telephone  (    )  N I A

Date    8/16/19

00-14-3074B   04-2017

X _____

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

All items received subject to terms and
conditions of applicable laws, regulations
and deposit agreement. Proper
identification required.

Cash ▶
Checks ▶
Subtotal ▶
Less Cash ▶
Total Deposit  $

Deposits may not be available for immediate withdrawal.

74 999 1.00

75000.00

Location/Store/Serial # (For Business customers only)

Proof Code   Account Number

8 4 3 2 5 | 3 0 | 5 | 2 7 4

⑆5409501311⑆

5

---



282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

# CHASE ○

1085736227

91-2
————
1221

Date    08/16/2019    Void after 7 years

**Remitter:**    JAMIE L GALLIAN

**Pay To The Order Of:**    J, PAD, LLC

**Pay:**  SEVENTY FOUR THOUSAND NINE HUNDRED
NINETY NINE DOLLARS AND 00 CENTS

$** 74,999.00 **

Drawer    **JPMORGAN CHASE BANK, N.A.**

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Do not write outside this box

Memo: _____
Note: For information only. Comment has no effect on bank's payment.

JASSO DECL. PAGES 1243

# EXHIBIT 62

Date: 8/21/2019 Time: 7:42:27 PM (US Central Time) Scanned From IP:10.166.162.9

**Business Signature Card**
**with Substitute Form W-9**

**BANK OF AMERICA**
BANK OF AMERICA, N.A. (THE "BANK")
**Account Number:**    3251 3015 1274

| Account Type: | ☒ Checking | ☐ Savings | ☐ Certificate of Deposit |
|---|---|---|---|

**Account Title:**    J-PAD, LLC

| | |
|---|---|
| **Legal Designation** | ☐ Individual Owner/Sole Proprietor/Single Member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Trust/Estate |
| | ☐ Partnership (Enter type of partnership): General, LP, LLP or LLLP _____ |
| | ☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _M_ |
| | Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner. |
| | ☐ Other (Defined in W-9 instructions) _____ |
| | Exemptions (codes apply only to certain entities, not individuals;    Exempt payee code (if any)    _____ |
| | see IRS instructions for Form W-9    Exemption from FATCA reporting code (if any) _____ |
| | *(Applies to accounts maintained outside the U.S.)* |
| | Employer Identification Number 82-4203776    (or)  Social Security Number _____ |

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

☐ **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JAMIE LYNN GALLIAN | MANAGING MEMBER |  | 8/16/19 |
| | | | |
| | | | |
| | | | |

00-14-9297M 11-2018
NCA
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Chamitha De Silva
Financial Center: HUNTINGTON-HARBOUR

Bank Number: 318
Date: 08/16/2019



P.O. Box 15284
Wilmington, DE 19850

J-PAD, LLC
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH, CA  92649-2258

Business Advantage
Relationship Rewards

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

📧 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Relationship Rewards Platinum

for August 16, 2019 to August 31, 2019

Account number: 3251 3015 1274

**J-PAD, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 16, 2019 | $0.00 | # of deposits/credits: 2 |
| Deposits and other credits | 75,301.86 | # of withdrawals/debits: 6 |
| Withdrawals and other debits | -43,605.00 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 16 |
| Service fees | -128.00 | Average ledger balance: $60,624.84 |
| **Ending balance on August 31, 2019** | **$31,568.86** | [1]Includes checks paid,deposited items&other debits |

*Your account has overdraft protection provided by deposit account number
3251 3015 1300.*

---

Bank of America **Business Advantage**

## Thank you for your business

We're committed to finding the smartest path to long-term growth for your business.

Our Small Business Specialists will work with you to help strengthen your business and plan for the future.
Please visit **bankofamerica.com/SmallBusiness** to learn more.

AR7RNN9G | SSM-01-19-2811.B

JASSO DECL. PAGES - 1246

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

JASSO DECL. PAGES - 1247

**Bank of America**

# Your checking account

J-PAD, LLC   |   Account # 3251 3015 1274   |   August 16, 2019 to August 31, 2019

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/16/19 | Counter Credit | 75,000.00 |
| 08/28/19 | Counter Credit | 301.86 |
| **Total deposits and other credits** | | **$75,301.86** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/23/19 | CA TLR cash withdrawal from CHK 1274 | -9,800.00 |
| 08/28/19 | CA TLR cash withdrawal from CHK 1274 | -3,000.00 |
| 08/28/19 | Customer Withdrawal Image | -30,000.00 |

Card account # XXXX XXXX XXXX 5571

| Date | Description | Amount |
|------|-------------|--------|
| 08/19/19 | BKOFAMERICA ATM 08/18 #000006746 WITHDRWL ALBERTSONS 6102    HUNTINGTON BE CA | **-**700.00 |
| 08/26/19 | CVS/PHARM 0937  08/23 #000321608 PURCHASE CVS/PHARM 09373--  HUNTINGTON BC CA | -105.00 |
| **Subtotal for card account # XXXX XXXX XXXX 5571** | | **-$805.00** |
| **Total withdrawals and other debits** | | **-$43,605.00** |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 08/22/19 | Safebox Rental | -128.00 |
| **Total service fees** | | **-$128.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/16 | 75,000.00 | 08/22 | 74,172.00 | 08/26 | 64,267.00 |
| 08/19 | 74,300.00 | 08/23 | 64,372.00 | 08/28 | 31,568.86 |

**Bank of America Business Advantage**

## What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like.
Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.    SSM-01-19-2128.D1 | ARG377KX

JASSO DECL. PAGES - 1248

J-PAD, LLC  |  Account # 3251 3015 1274  |  August 1, 2019 to August 31, 2019

This page intentionally left blank

# EXHIBIT 63


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

J-PAD, LLC
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH, CA  92649-2258

Business Advantage
Relationship Rewards

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

↗ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Relationship Rewards Platinum

for September 1, 2019 to September 30, 2019                 Account number: 3251 3015 1274

**J-PAD, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2019 | $31,568.86 | # of deposits/credits: 2 |
| Deposits and other credits | 8,500.00 | # of withdrawals/debits: 10 |
| Withdrawals and other debits | -4,579.43 | # of items-previous cycle[1]: 2 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $32,608.21 |
| **Ending balance on September 30, 2019** | **$35,489.43** | [1]Includes checks paid,deposited items&other debits |

*Your account has overdraft protection provided by deposit account number
3251 3015 1300.*

---

BANK OF AMERICA BUSINESS ADVANTAGE

## The world's gonna know you.
## We're gonna help.

In October, National Women's Small Business Month recognizes the contributions of more than 12 million women entrepreneurs.
To read articles by experts and learn about our commitment to women business owners, visit **bankofamerica.com/SBwomen**.

AR88SRG9 | SSM-05-19-0010.B

JASSO DECL. PAGES - 1251

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

**Bank of America** ≡

# Your checking account

J-PAD, LLC  |  Account # 3251 3015 1274  |  September 1, 2019 to September 30, 2019

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 09/03/19 | BKOFAMERICA ATM 09/01 #000007794 DEPOSIT ALBERTSONS 6102    HUNTINGTON BE CA | 1,000.00 |
| 09/26/19 | BKOFAMERICA ATM 09/26 #000008921 DEPOSIT BELLA TERRA        HUNTINGTON BE CA | 7,500.00 |
| **Total deposits and other credits** | | **$8,500.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/19 | ALLIANT CU    DES:TEL-PYMT   ID:S0127055601  INDN:GALLIAN,JAMIE L        CO ID:0271081528 TEL | -2,894.93 |

Card account # XXXX XXXX XXXX 5571

| Date | Description | Amount |
|------|-------------|--------|
| 09/03/19 | ALBERTSONS STO  09/01 #000836945 PURCHASE ALBERTSONS STORE   HUNTINGTON BE CA | -229.75 |
| 09/03/19 | BKOFAMERICA ATM 09/03 #000004412 WITHDRWL HUNTINGTON HARBO   HUNTINGTON BE CA | -700.00 |
| 09/23/19 | BKOFAMERICA ATM 09/22 #000008735 WITHDRWL HUNTINGTON HARBO   HUNTINGTON BE CA | -500.00 |
| 09/23/19 | TRADER JOE'S #  09/22 #000322035 PURCHASE TRADER JOE'S #244  HUNTINGTNBCH  CA | -41.26 |
| 09/24/19 | BKOFAMERICA ATM 09/24 #000009112 WITHDRWL HUNTINGTON HARBO   HUNTINGTON BE CA | -140.00 |
| 09/26/19 | CHECKCARD  0925 OC CLERK RECORDER 714-834-7694 CA 24493989269200806300406 CKCD 9399 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -2.00 |
| 09/30/19 | CHECKCARD  0929 WPY*Mikes funeral and f 866-819-1294 CA 24692169272100294294280 CKCD 8398 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -50.00 |
| 09/30/19 | CHECKCARD  0928 WPY*GoFundMe 855-4693729  CA 24906419271080270476063 CKCD 8398 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -7.50 |
| 09/30/19 | CHECKCARD  0928 HOT OFF THE GRILL HUNTI HUNTINGTON BECA 24761479272030014131448 CKCD 5814 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -13.99 |
| **Subtotal for card account # XXXX XXXX XXXX 5571** | | **-$1,684.50** |
| **Total withdrawals and other debits** | | **-$4,579.43** |

---



Bank of America **Business Advantage**

## Sign up for online alerts today[1]

Your Digital Tip

Stay up to date on your balances, and receive alerts when transactions have posted and when your payments are due.

Log in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

[1]You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage. You must be enrolled in Online Banking.    ARJ5TCBJ | SSM-02-19-0703.B

JASSO DECL. PAGES - 1253

J-PAD, LLC  |  Account # 3251 3015 1274  |  September 1, 2019 to September 30, 2019

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 08/30/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $250+ in new net purchases on a linked Business debit card

○ $250+ in new net purchases on a linked Business credit card

☑ $3,000+ minimum daily balance in primary checking account

☑ $5,000+ average monthly balance in primary checking account

☑ $15,000+ combined average monthly balance in linked business accounts

☑ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 09/01 | 31,568.86 | 09/23 | 31,097.85 | 09/26 | 38,455.85 |
| 09/03 | 31,639.11 | 09/24 | 30,957.85 | 09/30 | 35,489.43 |

JASSO DECL. PAGES - 1254

**Statement of Account**



PO Box 66945, 11545 W. Touhy Avenue
Chicago, IL 60666-0945
800-328-1935 (24/7)
**alliantcreditunion.com**

| Account Number | Statement Period | Page |
|---|---|---|
| 27055601 | 09/01/19 thru 09/30/19 | 1 of 1 |

**ACCOUNT BALANCE SUMMARY**

| ID | Account | | Balance |
|---|---|---|---|
| 01 | SAVINGS ACCOUNT | $ | 155.67 |
| 41 | CHECKING | $ | 0.00 |
| 42 | CHECKING | $ | 94.60 |

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH CA 92649-2258

## SAVINGS ACCOUNT (ID 01)

| Beginning Balance | Total Withdrawals (1) | Total Deposits (2) | Ending Balance | Annual Percentage Yield Earned | Dividends Earned | YTD Dividends |
|---|---|---|---|---|---|---|
| $155.43 | $2,884.93 | $2,885.17 | $155.67 | 1.890% | $0.24 | $4.77 |

| Posting Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|
| 09/01/19 | **BEGINNING BALANCE** | | | **$ 155.43** |
| 09/27/19 | DEPOSIT ACH TELEPHONE ACH TRANSFER FROM BANK OF AMERICA | 2,884.93 | – | 3,040.36 |
| 09/27/19 | WITHDRAWAL VISA PAYMENT | – | -2,884.93 | 155.43 |
| 09/30/19 | DEPOSIT DIVIDEND 1.884% | 0.24 | – | 155.67 |
| | ANNUAL PERCENTAGE YIELD EARNED 1.890% FOR PERIOD FROM 09/01/19 THRU 09/30/19 BASED ON AVERAGE DAILY BALANCE OF: $155.43. | | | |
| 09/30/19 | **ENDING BALANCE** | | | **$ 155.67** |

## CHECKING (ID 41)

| Beginning Balance | Total Withdrawals (0) | Total Deposits (0) | Ending Balance | Annual Percentage Yield Earned | Dividends Earned | YTD Dividends |
|---|---|---|---|---|---|---|
| $0.00 | – | – | $0.00 | – | – | $10.59 |

| TOTAL OVERDRAFT FEES | Month-to-Date | Year-to-Date |
|---|---|---|
| COURTESY PAY FEES | $ 0.00 | $ 0.00 |
| TOTAL NSF FEES | $ 0.00 | $ 25.00 |

## CHECKING (ID 42)

| Beginning Balance | Total Withdrawals (0) | Total Deposits (0) | Ending Balance | Annual Percentage Yield Earned | Dividends Earned | YTD Dividends |
|---|---|---|---|---|---|---|
| $94.60 | – | – | $94.60 | – | – | $3.63 |

| TOTAL OVERDRAFT FEES | Month-to-Date | Year-to-Date |
|---|---|---|
| COURTESY PAY FEES | $ 0.00 | $ 0.00 |
| TOTAL NSF FEES | $ 0.00 | $ 0.00 |

## REPORTING INFORMATION FOR 2019:

Total Dividends Paid Year to Date:        $ 18.99


EQUAL HOUSING OPPORTUNITY

**Federally insured by NCUA**

 **ALLIANT**

**Account Number Ending In 2253**

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $3,307.99 |
| - Payments | $4,884.93 |
| - Other Credits | $0.00 |
| + Purchases | $1,576.94 |
| + Other Debits | $0.00 |
| + Cash Advances | $0.00 |
| Past Due Amount | $0.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| **New Balance** | **$0.00** |
| | |
| Account Number Ending In | 2253 |
| Credit Limit | $3,500.00 |
| Available Credit | $3,500.00 |
| Statement Closing Date | 09/27/2019 |
| Days this Billing Cycle | 30 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $0.00 |
| **Minimum Payment Due (MPD)** | **$0.00** |
| **Payment Due Date** | **10/22/2019** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $27.00 late fee and your APRs may be increased up to the Penalty APR of 25.490%.

If you would like information about credit counseling services, call 1-866-248-3453.

## TO CONTACT US

For Member Service, please call: 866-444-8529
To report a lost or stolen card, please call: 866-444-8529
Website: www.alliantcreditunion.com

Send notice of billing errors to:
PO Box 10409, Des Moines, IA 50306-0409
risk_email@coop.org Fax: 515-457-2074

| New Balance | Payment Due Date | Amount Past Due | Minimum Payment Due |
|---|---|---|---|
| $0.00 | 10/22/2019 | $0.00 | $0.00 |

## TRANSACTIONS

| Tran Date | Post Date | Description | | Reference Number | Amount |
|---|---|---|---|---|---|
| 08/28 | 08/29 | TU *TRANSUNION | 800-493-3292 CA | 24692167G2XQ9LGJN | 24.95 |
| 08/29 | 08/29 | PAYMENT - THANK YOU | | 74053737H00XV0KHL | -2,000.00 |
| 09/12 | 09/13 | CENTRAL JUSTICE CENTER CI SANTA ANA CA | | 2475542803VELLS1B | 1,437.00 |

See Reverse Side for Important Information and Billing Rights Summary

5617        YQG        002    7   19   190927   0        PAGE 1 of 3        1 0  5577    4400   AVN3   O1AB5617
Please detach this portion and return with your payment to ensure proper credit. Retain upper portion for your records.

Alliant Credit Union
11545 W. Touhy Ave.
Chicago, IL 60666

**VISA**

**Account Number Ending In 2253**

| | |
|---|---|
| New Balance | $0.00 |
| Payment Due Date | 10/22/2019 |
| Minimum Payment Due | $0.00 |

Amount Enclosed | $

Please check the box and make address/phone changes on the back. ☐

\* Do not fold, staple, clip, send cash or non-US funds
\* Please print your full card number on your checks
\* Make checks or money orders payable to:

If you participate in auto pay, see Fees and Interest section for payment information. Payments received as instructed will be posted to your account on the day of receipt. Non-conforming payments may be subject to a 5 day delay in posting.

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH CA 92649-2258

Alliant Credit Union Visa
PO Box 1666
Des Plaines IL 60017-1666

# EXHIBIT 64


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

Business Advantage
Relationship Rewards

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

J-PAD, LLC
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH, CA  92649-2258

# Your Business Fundamentals Checking
# Relationship Rewards Platinum

for November 1, 2019 to November 30, 2019                    Account number: 3251 3015 1274

**J-PAD, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2019 | $29,116.07 | # of deposits/credits: 1 |
| Deposits and other credits | 3.00 | # of withdrawals/debits: 31 |
| Withdrawals and other debits | -2,582.37 | # of items-previous cycle[1]: 1 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -10.00 | Average ledger balance: $27,327.57 |
| **Ending balance on November 30, 2019** | **$26,526.70** | [1]Includes checks paid,deposited items&other debits |


Your Digital Tip

Bank of America **Business Advantage**

## Guaranteed next-day or 3-day delivery of direct bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions —
right from Online Banking. Just log in and click the **Transfers | Send** tab, then
select **Send Money to Someone or a Business.**

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement
for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply.    ARFKPB7J | SSM-02-19-0704.B

JASSO DECL. PAGES - 1258

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

## BANK OF AMERICA

**Your checking account**

J-PAD, LLC  |  Account # 3251 3015 1274  |  November 1, 2019 to November 30, 2019

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 11/06/19 | Bus Adv Rel Rwds-ATM Operator Refund of $3 | 3.00 |
| **Total deposits and other credits** | | **$3.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/04/19 | Zelle Transfer Conf# 894393707; ASHLEY | -20.00 |
| 11/19/19 | Zelle Transfer Conf# a52a03671; ASHLEY | -40.00 |

Card account # XXXX XXXX XXXX 5571

| Date | Description | Amount |
|------|-------------|--------|
| 11/06/19 | CHECKCARD  1105 FOUNTAIN VALLEY ADULTS FOUNTAIN VALLCA 24270749309016210727821 CKCD 8011 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -25.00 |
| 11/06/19 | CHASE        11/06 #000869973 WITHDRWL 14011 BEACH BLVD   WESTMINSTER  CA | -703.00 |
| 11/07/19 | CHECKCARD  1105 JACK IN THE BOX 0377 HUNTINGTON BECA 24692169310100441606786 CKCD 5814 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -4.93 |
| 11/07/19 | WALGREENS STOR  11/07 #000943216 PURCHASE WALGREENS STORE 8  WESTMINSTER  CA | -27.48 |
| 11/08/19 | CHECKCARD  1106 CHASE WESTMINSTER BEAC WESTMINSTER  CA 74692169311100857670841 CKCD 6010 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -1,000.00 |
| 11/08/19 | CHECKCARD  1106 SUBWAY        00334581 WESTMINSTER  CA 24164079311255202910832 CKCD 5814 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -10.78 |
| 11/08/19 | CHECKCARD  1107 WEST JUSTICE CENTER T C WESTMINSTER  CA 24755429312133121188387 CKCD 9399 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -34.50 |
| 11/08/19 | CHECKCARD  1107 WEST JUSTICE CENTER T C WESTMINSTER  CA 24755429312133121188437 CKCD 9399 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -30.00 |
| 11/12/19 | CHECKCARD  1107 SUBWAY        00334581 WESTMINSTER  CA 24164079312255203426647 CKCD 5814 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -15.50 |
| 11/12/19 | CHECKCARD  1108 Today's Nail & Spa Huntington BeCA 24426299314030074458821 CKCD 7230 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -26.00 |
| 11/12/19 | CHECKCARD  1109 TST* THE OLIVE PIT - HU HUNTINGTON BECA 24137469313100261316064 CKCD 5812 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -31.20 |
| 11/12/19 | CHECKCARD  1109 HOT OFF THE GRILL HUNTI HUNTINGTON BECA 24761479315027010634721 CKCD 5814 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -23.01 |
| 11/12/19 | CHECKCARD  1110 FANTASTIC CAFE - WESTM WESTMINSTER  CA 24269799315500657505519 CKCD 5812 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -24.80 |

*continued on the next page*

Bank of America **Business Advantage**

# Thank you for your business

We're committed to finding the smartest path to long-term growth for your business.

Our Small Business Specialists will work with you to help strengthen your business and plan for the future.

Please visit **bankofamerica.com/SmallBusiness** to learn more.

AR7RNN9G | SSM-01-19-2811.B

J-PAD, LLC   |   Account # 3251 3015 1274   |   November 1, 2019 to November 30, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 11/12/19 | CHECKCARD  1111 CHEVRON 0093069 HUNTINGTON BECA 24692169315100608293191 CKCD 5542 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -50.31 |
| 11/13/19 | CHECKCARD  1111 H2GO EXPRESS CAR WASH HUNTINGTON BECA 24269799316500640178613 CKCD 7542 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -14.00 |
| 11/13/19 | CHECKCARD  1111 ANIMALIA HUNTINGTON BECA 24251389316030038588009 CKCD 5995 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -15.00 |
| 11/13/19 | CHECKCARD  1112 TST* THE OLIVE PIT - HU HUNTINGTON BECA 24137469316100235098209 CKCD 5812 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -17.24 |
| 11/15/19 | CHECKCARD  1113 MCDONALD'S F1058 HUNTINGTON BECA 24427339318710038122808 CKCD 5814 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -9.69 |
| 11/18/19 | CVS/PHARMACY #  11/17 #000749745 PURCHASE CVS/PHARMACY #09   HUNTINGTON BC CA | -170.97 |
| 11/18/19 | CVS/PHARMACY #  11/17 #000758023 PURCHASE CVS/PHARMACY #09   HUNTINGTON BC CA | -17.76 |
| 11/18/19 | CVS/PHARMACY #  11/17 #000765064 PURCHASE CVS/PHARMACY #09   HUNTINGTON BC CA | -45.62 |
| 11/20/19 | CHECKCARD  1119 FEDEX 778126888179 MEMPHIS       TN 24164079323741007900389 CKCD 4215 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -26.52 |
| 11/22/19 | CHECKCARD  1121 Capital One Card Pymt D 800-9557070  VA 24906419325083245916987 CKCD 6012 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -14.99 |
| 11/25/19 | CHECKCARD  1122 WALLIN AND KLARICH GN TUSTIN       CA 24493989327200000000059 CKCD 8111 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -100.00 |
| 11/25/19 | CHECKCARD  1122 Today's Nail & Spa Huntington BeCA 24426299328030076860556 CKCD 7230 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -23.00 |
| 11/25/19 | CHECKCARD  1123 TST* THE OLIVE PIT - HU HUNTINGTON BECA 24137469327100264249365 CKCD 5812 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -32.32 |
| 11/25/19 | CHECKCARD  1123 EDWARD S HAIR SALON HUNTINGTN BCHCA 24755429328163282586618 CKCD 7230 XXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -28.75 |
| **Subtotal for card account # XXXX XXXX XXXX 5571** | | **-$2,522.37** |
| **Total withdrawals and other debits** | | **-$2,582.37** |

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 10/31/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $250+ in new net purchases on a linked Business debit card
- ◯ $250+ in new net purchases on a linked Business credit card
- ☑ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ☑ $15,000+ combined average monthly balance in linked business accounts
- ☑ enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/06/19 | Bus Adv Rel Rwds-ATM Wthdrwl Fee Waiver of $2.50 | -0.00 |
| 11/12/19 | Non-BofA Teller Withdrawal Fee 917411060107700 | -10.00 |
| **Total service fees** | | **-$10.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

**BANK OF AMERICA**

**Your checking account**

**J-PAD, LLC   |   Account # 3251 3015 1274   |   November 1, 2019 to November 30, 2019**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/01 | 29,116.07 | 11/12 | 27,082.56 | 11/19 | 26,752.28 |
| 11/04 | 29,096.07 | 11/13 | 27,036.32 | 11/20 | 26,725.76 |
| 11/06 | 28,371.07 | 11/15 | 27,026.63 | 11/22 | 26,710.77 |
| 11/07 | 28,338.66 | 11/18 | 26,792.28 | 11/25 | 26,526.70 |
| 11/08 | 27,263.38 | | | | |

JASSO DECL. PAGES - 1262

J-PAD, LLC   |   Account # 3251 3015 1274   |   November 1, 2019 to November 30, 2019

This page intentionally left blank

JASSO DECL. PAGES - 1263

J-PAD, LLC  |  Account # 3251 3015 1274  |  November 1, 2018 to November 30, 2018

This page intentionally left blank

JASSO DECL. PAGES - 1264

This page intentionally left blank

JASSO DECL. PAGES - 1265