1  Janine Jasso
   P.O. Box 370161
2  El Paso, TX 79937
   E-Mail: j9_jasso@yahoo.com
3  Plaintiff, IN PRO PER

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | CASE NO. 8:21-bk-11710-SC |
| | **Chapter 7** |
| | **Adversary No. 8:21-ap-01096-SC** |
| JANINE JASSO, an individual, | **NOTICE OF ERRATA TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENTS [DK 89]** |
| Plaintiff, | |
| v. | |
| JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, | Hearing: February 8, 2023
Time: 11 a.m.
Courtroom: 5C-Virtual. |
| Defendants. | |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES ENTITLED TO NOTICE: Plaintiff, Janine Jasso, respectfully submits this errata to Plaintiff's Motion for Entry of Default Judgment [DK 89], which was filed

1

NTC OF ERRATA RE MOTION FOR ENTRY OF DEFAULT JUDGMENTS OF DEFENDANT LLCS

on December 30, 2022, in order to correct an inadvertent clerical error. The adversary case number reflected on the first page of Plaintiff's bankruptcy form F 7055-1.2.Motion is incorrect. The correct adversary case number is **8:21-ap-01096-SC**.

Dated: January 4, 2023

Respectfully submitted,

_Janine Jasso_
Janine Jasso

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
7101 N. Mesa, Ste 355
El Paso, TX 79912

A true and correct copy of the foregoing document entitled (*specify*):  **Notice of Errata to Motion for Entry of Default Judgments [DK 89]**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___1/04/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. trustee, any trustee in this case, and to any attorneys who received service by NEF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _1/04/23_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| DEBTOR AND DEFENDANT JAMIE LYNN GALLIAN MONTEREY LANE, SPC 376 HUNTINGTON BEACH, CA 92649 | DEFENDANT J-PAD, LLC ROBERT L MCLELLAND, CEO 16222 MONTEREY LANE, SPC 376 HUNTINGTON BEACH, CA 92649 | DEFENDANT J-SANDCASTLE CO LLC RONALD J PIERPONT, CEO 16222 16222 MONTEREY LANE, SPC 376 HUNTINGTON BEACH, CA 92649 |
|---|---|---|

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __01/04/23_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Clarkson, USBC, 411 West Fourth Street, Santa Ana, CA 92701 (SUSPENDED DUE TO COVID-19 PROTOCOLS)

Courtesy Copy via email: Aaron De Leest, Esq., adeleest@danninggill.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01-04-2023 | David Jasso | /s/ Dan Jasso |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     F 9013-3.1.PROOF.SERVICE