**FILED & ENTERED**

**JAN 10 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle            **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian<br><br>Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>Adv No: 8:21-ap-01096-SC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS [DK. 63] WITH LEAVE TO AMEND** |
| Janine Jasso<br><br>Plaintiff(s),<br>v.<br><br>Jamie Lynn Gallian<br><br>Defendant(s). | Date:    January 10, 2023<br>Time:    1:30 PM<br>Courtroom: 5C |

On January 10, 2023, the Court held a hearing on Defendant's Motion to Dismiss [Dk. 63] (the "Motion"). Appearances are as noted in the record. The Court, having considered the Motion and all related pleadings, posted a tentative in advance of the hearing, to DENY as to the 11 U.S.C., §523(a)(7) claim and to GRANT as to the

-1-

remaining claims, with leave to amend. At the hearing, both parties submitted to the tentative ruling, which now becomes the final ruling. As set forth on the record, Plaintiff may file an amended complaint by no later than January 30, 2023. If an amended complaint is so filed, Defendant must file a responsive pleading within 20 days of the filing of the amended complaint.

    IT IS SO ORDERED.

Date: January 10, 2023

Scott C. Clarkson
United States Bankruptcy Judge