Janine Jasso
P.O. Box 370161
El Paso, TX 79937
E-Mail: j9_jasso@yahoo.com
Plaintiff, IN PRO PER

**FILED & ENTERED**

FEB 02 2023

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | **CASE NO. 8:21-bk-11710-SC** |
| | **Chapter 7** |
| | **Adversary No. 8:21-ap-01096-SC** |
| JANINE JASSO, an individual, | **ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND RELATED DATES** |
| Plaintiff, | |
| v. | **Current Pre-Trial Conference** |
| JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, | Hearing: February 14, 2023
Time: 1:30 p.m.
Courtroom: 5C -Virtual. Accessibility information will be posted into the tentative ruling prior to the hearing. |
| Defendants. | **New Pre-Trial Conference** |
| | Hearing: May 16, 2023
Time: 1:30 p.m.
Courtroom: 5C -Virtual. Accessibility information will be posted into the tentative ruling prior to the hearing. |

The Court has considered Plaintiff, Janine Jasso's ("Plaintiff"), Motion to Continue Pre-Trial Conference and Other Dates ("Motion") filed on February 1, 2023 [Dk. 109], the docket as

1

a whole, and finds good cause to order as follows,

    1. The Motion is granted as set forth herein.

    2. The Pre-Trial Conference is continued to May 16, 2023, at 1:30 p.m. in Courtroom 5C – Virtual. Accessibility information will be posted into the tentative ruling prior to the hearing.

    3. The deadline for each party's Pre-Trial Statements is May 2, 2023.

    4. The court will waive the requirement that the parties meet and confer and file a single joint pretrial stipulation pursuant to Local Bankruptcy Rule (LBR) 7016-1(b)(1). Instead, the following procedure shall apply:

        1. Each party shall file on or before May 2, 2023, a Pretrial Statement that addresses all of the matters set forth in LBR 7016-1(2)(A), (B), (C), (F), (G), (H), (I) and (J).

        2. As to LBR 7016-1(2)(D): Exhibits. Each party shall provide a list of all exhibits to be presented at trial (other than for impeachment) in the Pretrial Statement <u>and</u> attach copies of such exhibits to the Pretrial Statement. LBR 7030-1 applies to any deposition testimony to be presented at trial.

        3. As to LBR 7016-1(2)(E): Witnesses. The requirement that the parties exchange a list of witnesses prior to filing the Pretrial Statement is waived. Each party must otherwise comply with LBR 7016-1(2)(E).

IT IS SO ORDERED.

Date: February 2, 2023

Scott C. Clarkson
United States Bankruptcy Judge