# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| In re:<br>Jamie Lynn Gallian<br><br>                                                Debtor(s). | BANKRUPTCY CASE NO.:  8:21–bk–11710–SC<br><br>CHAPTER NO.:  7 |
|---|---|
| Janine Jasso<br><br>                                          Plaintiff(s)<br>Versus<br>Jamie Lynn Gallian<br><br>**(See Attachment A for names of additional defendants)**<br>                                        Defendant(s) | ADVERSARY NO.:  8:21–ap–01096–SC |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>2/25/23</u>, a request was filed for the clerk to enter default against defendant(s) **Jamie Lynn Gallian**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: February 28, 2023

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By:** <u>James Le</u>
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                                                                        **121 – 119 / JL**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Janine Jasso | Jamie Lynn Gallian<br>J–Pad, LLC<br>J–Sandcastle Co LLC |

(Form van192–nched VAN–192) Rev. 12/2014

# ATTACHMENT A