United States Bankruptcy Court
Central District of California

Jasso,
    Plaintiff

Adv. Proc. No. 21-01096-SC

Gallian,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Feb 28, 2023      Form ID: van192      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: j9_jasso@yahoo.com | Mar 01 2023 01:08:00 | Janine Jasso, PO Box 370161, El Paso, TX 79937 |
| dft | + Email/PDF: jamiegallian@gmail.com | Mar 01 2023 01:08:00 | Jamie Lynn Gallian, 16222 Monterey Ln #376, Huntington Beach, CA 92649-2258 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | J-Pad, LLC |
| dft | | J-Sandcastle Co LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey I Golden (TR) | lwerner@go2.law jig@trustesolutions.net;kadele@go2.law |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

District/off: 0973-8                         User: admin                                Page 2 of 2
Date Rcvd: Feb 28, 2023                  Form ID: van192                        Total Noticed: 2
TOTAL: 2

# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

| In re:<br>Jamie Lynn Gallian<br><br>                                Debtor(s). | BANKRUPTCY CASE NO.:  8:21–bk–11710–SC<br><br>CHAPTER NO.:  7 |
|---|---|
| Janine Jasso<br><br>                                Plaintiff(s)<br>Versus<br>Jamie Lynn Gallian<br>**(See Attachment A for names of additional defendants)**<br>                                Defendant(s) | ADVERSARY NO.:  8:21–ap–01096–SC |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On 2/25/23, a request was filed for the clerk to enter default against defendant(s) **Jamie Lynn Gallian**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: February 28, 2023

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: James Le**
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                       **121 – 119 / JL**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Janine Jasso | Jamie Lynn Gallian<br>J–Pad, LLC<br>J–Sandcastle Co LLC |

(Form van192–nched VAN–192) Rev. 12/2014

**ATTACHMENT A**