

**FILED & ENTERED**

**JUL 03 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian<br><br><br>                              Debtor(s).<br>Janine Jasso,<br>                              Plaintiff(s),<br>   v.<br>Jamie Lynn Gallian, J-Pad, LLC, J-Sandcastle Co LLC,<br>                              Defendant(s). | CHAPTER 7<br><br>Case No.:  8:21-bk-11710-SC<br>Adv No:   8:21-ap-01096-SC<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>New Date/Time:<br>Date:        November 12, 2024<br>Time:        1:30 p.m.<br>Courtroom:  5C |

    Having considered the Motion to Continue Status Conference to Conserve Court Resources, filed by Plaintiff on June 18, 2024, [Dk. 137], the docket as a whole, and

///

-1-

finding good cause, hereby CONTINUES the status conference from July 16, 2024, to November 12, 2024, at 1:30 p.m., with a status report due 14 days in advance.

An earlier date may be obtained by either party upon written application to the Court.

**IT IS SO ORDERED.**

Date: July 3, 2024

Scott C. Clarkson
United States Bankruptcy Judge