Janine Jasso
P.O. Box 370161
El Paso, TX 79937
E-Mail: j9_jasso@yahoo.com
Plaintiff, IN PRO PER

**FILED & ENTERED**

OCT 31 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN, <br><br>Debtor. <br><br>_____ <br><br> JANINE JASSO, an individual, <br><br>Plaintiff, <br><br>v. <br><br>JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, <br><br>Defendants. | **CASE NO. 8:21-bk-11710-SC** <br><br>**Chapter 7** <br><br>**Adversary No. 8:21-ap-01096-SC** <br><br>**ORDER GRANTING MOTION TO CONTINUE STATUS CONFERENCE TO CONSERVE COURT RESOURCES** <br><br>**Current Status Conference** <br><br>Hearing: November 12, 2024 <br>Time: 1:30 p.m. <br>Courtroom: 5C – Virtual <br><br>**New Status Conference** <br><br>Hearing: January 14, 2025 <br>Time: 1:30 p.m. <br>Courtroom: 5C - Virtual |

1

The Court having reviewed the Motion to Continue the Status Conference to Conserve Court Resources filed on October 22, 2024 as Docket No. 141 ("Motion"), and for good cause appearing,

IT IS ORDERED:

1. The Motion is granted; and

2. The Status Conference is continued from November 12, 2024 to January 14, 2025, at 1:30 p.m. in Courtroom 5C of the United States Bankruptcy Court. If this matter is not otherwise resolved by the continued date, a status report is due 14 days in advance which addresses the intended path forward in light of the denial of Debtor's discharge, the purpose of keeping this proceeding pending, and why this Court should not issue an order to show cause re: dismissal.

###

Date: October 31, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2