1  Janine Jasso
   P.O. Box 370161
2  El Paso, TX 79937
   E-Mail:
3  Plaintiff, IN PRO PER

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | CASE NO. 8:21-bk-11710-SC |
| | **Chapter 7** |
| | **Adversary No. 8:21-ap-01096-SC** |
| JANINE JASSO, an individual, | **MOTION TO CONTINUE STATUS CONFERENCE TO CONSERVE COURT RESOURCES** |
| Plaintiff, | |
| v. | |
| JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, | **Current Status Conference** |
| | Hearing: January 14, 2025 |
| | Time: 1:30 p.m. |
| | Courtroom: 5C – Virtual |
| Defendants. | **New Status Conference** |
| | Hearing: TBD |
| | Time: 1:30 p.m. |
| | Courtroom: 5C – Virtual -ZoomGov access info provided in Court tentative ruling |

TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

DEFENDANT AND TO ALL PARTIES ENTITLED TO RECEIVE NOTICE:

---

1

MOTION TO CONTINUE STATUS CONFERENCE

This Motion to Continue Status Conference and Other Dates (the "Motion") is filed by Plaintiff, Janine Jasso ("Plaintiff"). This Motion is made with reference to the following recitals:

RECITALS

1. On or about July 9, 2021, Jamie Lynn Gallian ("Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. On October 18, 2021, Plaintiff filed a Complaint (the "Complaint"). The adversary proceeding was commenced pursuant to Rules 7001(4) and (6) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 523(a)(7) and 523(a)(2)(A) and 727(a)(3), (a)(4), and (a)(5) (the "Adversary Proceeding").

3. On December 19, 2022, the Court granted Plaintiff's motion for partial summary judgment for Plaintiff's 11 U.S.C. §§ 523(a)(7) cause of action related to the Debtor's criminal conviction and the Orange County Superior Court's criminal restitution order, which Debtor owes Plaintiff [DOC 84 & 85]. On April 17, 2023, the Debtor's appeal was dismissed, thus making this Court's partial summary judgment final. See USDC Case No. 8:23-cv-00122-PA, Dk 10, Dated April 17, 2023.

3. On January 28, 2023, in compliance with the Court's orders, Plaintiff timely filed and served the Second Amended Complaint ("SAC"), which is the operative pleading with the same causes of action listed in the Complaint [DK 107].

4. This Adversary Proceeding is one of several pending against Debtor.

5. On February 25, 2023, Debtor neither timely filed nor served a responsive pleading to the SAC, and Plaintiff moved the Court for Entry of Default [DKs 119, 120].

6. On February 28, 2023, the Clerk of the Court entered the Default of Debtor [DK 121].

7. On May 23, 2023, in Houser Bros. Co. v. Gallian, Adv. No. 8:21-ap-01097-SC, the Court entered judgment for Houser Bros. Co. and against Debtor for denial of discharge

under 11 U.S.C. §§ 727(a)(2)(A), (a)(4), and (a)(5). The judgment was affirmed on appeal on July 31, 2024 (*Doc #131*). The Debtor did not timely file any further appeal, making the July 31, 2024 District Court judgment final.

    8.    On January 13, 2025, I requested a Bill of Costs as the prevailing party of my motion for partial summary judgment. I included a detailed declaration and receipts.

    9.    In October 2024, I requested a continuance until February 18, 2025, as I was trying to figure out how to proceed with a Bill of Cost and then a subsequent request for dismissal of my remaining claims. I contacted the OC Bankruptcy clinic. I have learned that the status of my case is not clear and was advised to file the Bill of Costs. After a court order approving my Bill of Costs, I was advised I could dismiss any remaining claims due to the Court's 727 claims rulings against Debtor related to another creditor, Houser Bros Co's adversary case as described in Paragraph 7 above.

    10. I apologize for not filing this request for continuance sooner. I had it in my mind that my next hearing date was February 18, 2025. I was mistaken, as I see now that the Court granted a continuance to tomorrow, January 14, 2025. I have been dealing with the recent loss of my beloved husband of 41 years and have had difficulty concentrating on anything other than the depression our children and I are going through. Throughout this case, I have been timely filing to the best of my ability. I respect this Court and ask the Court's understanding of the time of bereavement.

    11. Accordingly, I respectfully request one additional continuance of the status conference to March 11, 2025 or to a later date that is convenient to the Court to give the Court times to review and make a decision about my Bill of Costs.

    9.    This motion does not constitute a waiver of any rights.

//

//

**WHEREFORE,** based on the foregoing recitals, Plaintiff requests the hearing on the Status Conference to be continued to March 11, 2025 or to a date the Court deems appropriate.

DATED: January 13, 2025

Janine Jasso
In Pro Per

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
7101 N. Mesa, Ste 355
El Paso, TX 79912

A true and correct copy of the foregoing document entitled (*specify*):  **Motion to Continue Status Conference to Conserve Court Resources**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __1/13/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. trustee, any trustee in this case, and to any attorneys who received service by NEF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _1/13/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR AND DEFENDANT
JAMIE LYNN GALLIAN
16222 MONTEREY LANE, SPC 376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _1/13/2025_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Clarkson, USBC
411 West Fourth Street, Suite 5130, Courtroom 5C
Santa Ana, CA 92701

Courtesy Copy via email: Aaron De Leest, Esq.,

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1-13-2025 | David Jasso | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE