| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Janine Jasso<br>P.O. Box 370161<br>El Paso, TX 79937<br>Plaintiff, IN PRO PER | |

☒ Individual appearing without attorney
☐ Attorney for

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>JAMIE LYNN GALLIAN<br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-11710-SC<br>CHAPTER: 7<br>ADVERSARY NO.: 8:21-ap-01096-SC |
|---|---|
| JANINE JASSO, an individual,<br><br><br>Plaintiff(s),<br>vs.<br>JAMIE LYNN GALLIAN, an individual, J-PAD, LLC, a CA limited lability company, J-SANDCASTLE CO LLC, a CA limited liability company, et al.,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): Ord. Granting Mtn to Dismiss Remaining Adv. Claims Against Deb., Jamie Lynn Gallian, Except 11 U.S.C. Sec 523(a)(7), Dismiss Defs. J-Pad, LLC and J-Sandcastle Co LLC, and Vac. Status Conf. and Show Cause Hrgs; Ord.Granting Plaintiff Final Jgmt. on 11 U.S.C sec .523(a)(7) claim and Costs of Suit |

PLEASE TAKE NOTE that the order or judgment titled Order Granting Motion to Dismiss Remaining Adversary Claims Against Debtor, Jamie Lynn Gallian, Except 11 U.S.C. Sec 523(a)(7), Dismiss Defendants J-Pad, LLC and J-Sandcastle Co LLC, and Vacate Status Conferance and Show Cause Hearings; Order Granting Plaintiff Final Judgment on 11 USC Sec 523(a)(7) claim and Costs of Suit was lodged on (*date*) __04/18/2025__ and is attached. This order relates to the motion which is docket number 154 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 1                              F 9021-1.2.ADV.NOTICE.LODGMENT

| | |
|---|---|
| 1 | Janine Jasso |
| 2 | P.O. Box 370161<br>El Paso, TX 79937 |
| 3 | E-Mail: j9_jasso@yahoo.com<br>Plaintiff, IN PRO PER |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN,<br><br>Debtor.<br><br>—<br><br>JANINE JASSO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adversary No. 8:21-ap-01096-SC<br><br>**(PROPOSED) ORDER GRANTING MOTION TO DISMISS REMAINING ADVERSARY CLAIMS AGAINST THE DEBTOR, JAMIE LYNN GALLIAN, EXCEPT 11 U.S.C. SEC. 523(a)(7), DISMISS DEFENDANTS J-PAD, LLC AND J-SANDCASTLE CO LLC, AND VACATE STATUS CONFERENCE AND SHOW CAUSE HEARINGS; ORDER GRANTING PLAINTIFF FINAL JUDGMENT ON 11 U.S.C. 523(a)(7) CLAIM AND COSTS OF SUIT**<br><br>**Current Status Conference and Show Cause Hearings**<br><br>Hearing: May 20, 2025<br>Time: 1:30 p. m.<br>Courtroom: 5C – Virtual |

The Court having reviewed the Motion To Dismiss Remaining Adversary Claims

1

Against The Debtor, Jamie Lynn Gallian, Except 11 U.S.C. Sec. 523(A)(7), And Dismiss Defendants J-Pad, LLC and J-Sandcastle Co LLC, Declaration of Janine Jasso In Support Thereof filed on March 31, 2025 as Docket No. 154 ("Motion"), and notice having been proper, and it appearing from the record that there is no timely opposition to the Motion, and for good cause appearing,

**IT IS ORDERED**:

1. The Motion is granted; and

2. Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a) of the Federal Rules of Civil Procedure, the remaining adversary claims against Debtor/Defendant, Jamie Lynn Gallian, except the Plaintiff's 11 U.S.C. Sec. 523(a)(7) claim, are dismissed; and

3. Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a) of the Federal Rules of Civil Procedure, the Defendants, J-Pad, LLC and J-Sandcastle Co LLC are dismissed; and

4. The Status Conference and Order to Show Cause hearings scheduled for May 20, 2025 at 1:30pm are hereby vacated; and

5. Pursuant to Rule 7054 of the Federal Rules of Bankruptcy Procedure, Plaintiff is granted final judgment on the first cause of action pursuant to 11 U.S.C. Sec. 523(a)(7) claim against Debtor, Jamie Lynn Gallian, which the Court adjudicated and granted in this case [DKs 84 & 85] pursuant to Plaintiff's motion for partial summary judgment.  In addition, pursuant to Local Bankruptcy Rule 7054-1, Plaintiff is the prevailing party, entitled to costs of suit and may file her bill of costs within 14 days of this order.

###

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
7101 N. Mesa, Ste 355
El Paso, TX 79912

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING; (PROPOSED) ORDER GRANTING MOTION TO DISMISS REMAINING ADVERSARY CLAIMS AGAINST THE DEBTOR, JAMIE LYNN GALLIAN, EXCEPT 11 U.S.C. SEC. 523(a)(7), DISMISS DEFENDANTS J-PAD, LLC AND J-SANDCASTLE CO LLC, AND VACATE STATUS CONFERENCE AND SHOW CAUSE HEARINGS; ORDER GRANTING PLAINTIFF FINAL JUDGMENT ON 11 U.S.C. 523(a)(7) CLAIM AND COSTS OF SUIT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __4/18/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. trustee, any trustee in this case, and to any attorneys who received service by NEF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _4/18/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| DEBTOR AND DEFENDANT | DEFENDANT J-PAD, LLC | DEFENDANT J-SANDCASTLE CO LLC |
|---|---|---|
| JAMIE LYNN GALLIAN | ROBERT L MCLELLAND, CEO | RONALD J PIERPONT, CEO |
| 16222 MONTEREY LANE, SPC 376 | 16222 MONTEREY LANE, SPC 376 | 16222 MONTEREY LANE, SPC 376 |
| HUNTINGTON BEACH, CA 92649 | HUNTINGTON BEACH, CA 92649 | HUNTINGTON BEACH, CA 92649 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _4/18/2025_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott Clarkson, USBC
411 West Fourth Street, Courtroom 5C
Santa Ana, CA 92701

Courtesy Copy via email: Eric Isreal, Esq., epi@lnbyg.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4-18-2025 | David Jasso | /s/ Dav Jo |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE