1  Janine Jasso
2  P.O. Box 370161
   El Paso, TX 79937
3  E-Mail: j9_jasso@yahoo.com
   Plaintiff, IN PRO PER

**FILED & ENTERED**

**APR 29 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN, <br><br> Debtor. | **CASE NO. 8:21-bk-11710-SC** <br><br> **Chapter 7** <br><br> **Adversary No. 8:21-ap-01096-SC** |
| JANINE JASSO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, <br><br> Defendants. | **ORDER GRANTING MOTION TO DISMISS REMAINING ADVERSARY CLAIMS AGAINST THE DEBTOR, JAMIE LYNN GALLIAN, EXCEPT 11 U.S.C. SEC. 523(a)(7), DISMISS DEFENDANTS J-PAD, LLC AND J-SANDCASTLE CO LLC, AND VACATE STATUS CONFERENCE AND SHOW CAUSE HEARINGS; ORDER GRANTING PLAINTIFF FINAL JUDGMENT ON 11 U.S.C. 523(a)(7) CLAIM AND COSTS OF SUIT** <br><br> **Current Status Conference and Show Cause Hearings** <br><br> Hearing: May 20, 2025 <br> Time: 1:30 p. m. <br> Courtroom: 5C – Virtual |

The Court having reviewed the Motion To Dismiss Remaining Adversary Claims Against The Debtor, Jamie Lynn Gallian ("Debtor"), Except 11 U.S.C. Sec. 523(A)(7), And Dismiss Defendants J-Pad, LLC and J-Sandcastle Co LLC; Declaration of Janine Jasso In

1

Support Thereof filed on March 31, 2025 as Docket No. 154 ("Motion"), the docket as a whole, and noting that no opposition to the Motion was filed, and for good cause appearing, including for the reasons stated in this Court's order entered March 6, 2025 [Dk. 150], hereby orders as follows:

1. The Motion is GRANTED.

2. All claims, except the 11 U.S.C. Sec. 523(a)(7) claim on which this Court previously granted Summary Judgment, are dismissed. Debtor's discharge has been denied pursuant to 11 U.S.C. § 727, and the related appeal is now final; thus, denial of discharge as to Plaintiff's remaining claims under 11 U.S.C. § 523 are subsumed within the § 727 denial of discharge. Plaintiff's § 727 claims are similarly moot and may not be asserted against the non-individual defendants.

3. Defendants, J-Pad, LLC and J-Sandcastle Co LLC are dismissed.

4. The Status Conference and Order to Show Cause hearings scheduled for May 20, 2025, at 1:30 pm are hereby vacated.

5. Plaintiff is to separately lodge a final judgment on the first cause of action pursuant to 11 U.S.C. Sec. 523(a)(7) claim against Debtor, which the Court adjudicated and granted in this case [Dks. 84 & 85] pursuant to Plaintiff's motion for partial summary judgment.

**IT IS SO ORDERED.**

###

Date: April 29, 2025

Scott C. Clarkson
United States Bankruptcy Judge