Janine Jasso
P.O. Box 370161
El Paso, TX 79937
E-Mail: j9_jasso@yahoo.com
Plaintiff, IN PRO PER

**FILED & ENTERED**

MAY 13 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **bolte**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN,<br><br>Debtor.<br><br>---<br><br>JANINE JASSO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN, an individual; J-PAD, LLC, a California Limited Liability Company, J-Sandcastle Co LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 8:21-bk-11710-SC<br><br>**Chapter 7**<br><br>**Adversary No. 8:21-ap-01096-SC**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF RE FIRST CAUSE OF ACTION PURSUANT TO 11 U.S.C. §523(a)(7)** |

Pursuant to the Court's previous adjudicated summary judgment ruling in favor of Plaintiff, denying Debtor discharge under 11 U.S.C. 523(a)(7) related to the Debtor's criminal restitution judgment debt owed to Plaintiff, entered December 19, 2022 [Dk. 84], and pursuant to the Court's April 29, 2025 order [Dk. 157], and for cause appearing,

1

**IT IS ORDERED**:

1. Final judgment in favor of Plaintiff, Janine Jasso, regarding Plaintiff's First Cause of Action under 11 U.S.C. 523(a)(7) denying Debtor, Jamie Lynn Gallian, discharge of the criminal restitution judgment debt owed to Plaintiff; and

2. Pursuant to Local Bankruptcy Rule 7054-1, Plaintiff may file a bill of costs with the Court within 14 days of this order.

###

Date: May 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2