B2630 (Form 2630) (12/15)

# United States Bankruptcy Court

CENTRAL _____ District Of CALIFORNIA _____

In re    JAMIE LYNN GALLIAN _____ ,
         Debtor

         Janine Jasso _____ ,
         Plaintiff

    v.   Jamie Lynn Gallian, et al. _____ ,
         Defendant

Case No.    8:21-bk-11710-SC

Chapter    7

Adv. Proc. No.  8:21-ap-01096-SC

## BILL OF COSTS

Judgment was entered in the above entitled action on  May 13, 2025    against   Defendant JAMIE LYNN GALLIAN    .
                                                        date

**The clerk of the bankruptcy court is requested to tax the following as costs:**

| | | |
|---|---|---|
| Fees of the clerk.................................................................................................... | $ | 757.00 |
| Fees for service of summons and complaint ............................................................ | $ | 300.00 |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case..... | $ | 1360.95 |
| Fees and disbursements for printing *BK Pacer Fees, printing debtors pleadings; reproduction, scanning and mailing costs for filings with the BK court and discovery*............................. | $ | 5517.09 |
| Fees for witnesses (*Itemized on reverse*)................................................................. | $ | |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case ........................... | $ | |
| Docket fees under 28 U.S.C. § 1923 ........................................................................ | $ | |
| Costs incident to taking of depositions *service of process of 8 subpoena's for production of documents* | $ | 1140.02 |
| Costs as shown on Mandate of appellate court.......................................................... | $ | |
| Other costs [*Itemized on reverse*] ......................................................................... | $ | 1707.00 |
| TOTAL | $ | 10,782.06 |

## DECLARATION

I, ~~attorney for~~    Janine Jasso _____  declare under penalties of perjury that the
                       (name of party)

foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were
actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

Name of Judgment
Debtor          JAMIE LYNN GALLIAN _____

Address         16222 Monterey Lane, Spc 376 _____

                Huntington Beach, CA 92649 _____

Date    05/14/25 _____    Plaintiff in Pro Per
                            Signature of ~~Attorney~~

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT:                $ _____

Clerk of the
Bankruptcy Court    _____

Date    _____    By Deputy Clerk: _____

B2630 (Form 2630)(12/15)                                                                                          page 2

**Witness Fees** (computation, cf. 28 U.S.C. § 1821 for statutory fees)

| Name and Residence | Attendance | | Subsistence | | | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Purchase monthly special software (Adobe) to prepare BK pleadings in electronic format as required by USCD and local court rules | | $ | | $ | | $ | $ 1247.00 |
| State of CA HCD fee for discovery request public documents related to Debtor's Ch 7 filed schedules with listed assets and liabilities | | $ | | $ | | $ | $ 160.00 |
| paralegal fees to insert bate stamp pagination of pleadings, attach exhibits, proofreading for typographical errors, combining and reducing the size of pdf in the format required for electronic filing | | $ | | $ | | $ | $ 300.00 |
| | | | | | | TOTAL | $ 1707.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code provides:**
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**Rule 7054(b)(1)**
"(1) Costs *Other Than Attorney's Fees*. The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on 14 days' notice; on motion served within seven days thereafter, the action of the clerk may be reviewed by the court."

**Rule 9006(f)**
"ADDITIONAL TIME AFTER SERVICE BY MAIL OR UNDER RULE 5(b)(2)(D), (E), OR (F) F.R.Civ.P. When there is a right or requirement to act or undertake some proceedings within a prescribed period after service and that service is by mail or under Rule 5(b)(2)(D), (E), or (F) F.R.Civ.P., three days are added after the prescribed period would otherwise expire under Rule 9006(a)."

**Rule 7058**
This rule incorporates Rule 58 F.R.Civ.P. Rule 58(e) provides, in part, "Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees."

1   Janine Jasso
    P.O. Box 370161
2   El Paso, TX 79937
    E-Mail: j9_jasso@yahoo.com
3   Plaintiff, IN PRO PER

4

5

6

7

8                   **UNITED STATES BANKRUPTCY COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10

11   In Re: JAMIE LYNN GALLIAN          **CASE NO. 8:21-bk-11710-SC**

12                                      **Chapter 7**

13                                      **Adversary No. 8:21-ap-01096-SC**

14   ─────────────────────────

15   JANINE JASSO, an individual,       **BILL OF COSTS AS PREVAILING
                                        PARTY OF MY 11 U.S.C. 523(a)(7) CAUSE
16              Plaintiff,              OF ACTION AND PURSUANT TO FED. R.
                                        BANKR. P. 7054(b), LBR 7054-1;
17         v.                           DECLARATION OF JANINE JASSO IN
                                        SUPPORT OF PLAINTIFF'S BILL OF
18   JAMIE LYNN GALLIAN, an individual; J-   COSTS**
     PAD, LLC, a California Limited Liability
19   Company, J-Sandcastle Co LLC, a
     California Limited Liability Company, and
20   DOES 1 through 100, inclusive,     DATE:

21              Defendants.             TIME:
                                        COURTROOM:
22

23

24   ─────────────────────────

     I, JANINE JASSO, declare as follows:
25

26         1.      I am an individual, over the age of eighteen and the Plaintiff in the above-entitled

27   action.  I have personal knowledge of the facts stated herein and, except as to those matters stated

28
                                              1
     ────────────────────────────────────────────────────────
     DECLARATION OF JANINE JASSO ISO BILL OF COSTS AS PREVAILING PARTY

upon information and belief, I believe them to be true. I could and would testify to said facts if sworn as a witness in this proceeding.

2.    I make this declaration ("Declaration") in support of my attached Bill of Costs.

3.    Although I am attorney, I spend all of my legal practice doing math and tax research for companies and communicating with the Internal Revenue Service. I have never done any litigation.

4.    Defendant Jamie Lynn Gallian is a convicted criminal in the State of California, Case No. 18WM05278. After the State of California Criminal Court awarded me criminal restitution for Debtor's crimes against me and my then seven-year-old daughter, Debtor filed for Chapter 7 bankruptcy and dragged me into it by improperly claiming that the criminal restitution judgment awarded after a jury's conviction was dischargeable.

5.    As one of Debtor's victims, I tried to figure out how to protect the criminal restitution judgment. I could not afford an attorney. I contacted the OC Bankruptcy Clinic. An attorney confirmed that the criminal restitution was not dischargeable under 11 U.S.C.  Section 523(a)(7).

6.    About the same time that Debtor filed for Chapter 7 bankruptcy, the OC District Attorneys asked us to move due to their concern for our safety after Debtor continued to defy the court orders protecting me and my family.  We moved out of state and are still protected from Debtor under the current court ordered restraining order and no contact order that I previously provided to the Court.

7.    There were no bankruptcy attorneys in Texas who could help me with a California bankruptcy case.  I met with OC Bankruptcy Clinic attorneys by phone who explained the procedures, provided me with forms and fee schedules for filing the complaint and other pleadings, instructed me to purchase Adobe software to open documents they sent me and how to

prepare court filings. These kind attorneys further instructed me on how to sign up for and

download files from Pacer, bankruptcy court filing fees, the costs of discovery subpoenas,

reproductions costs, service of process costs, mailing costs and how to find a paralegal who could

help me comply with Court rules.  I have followed their directions regarding these bankruptcy

procedures.

## I.      AN AWARD OF COSTS IS NOW APPROPRIATE

8.      On May 13, 2025, after years of bankruptcy litigation related to the Debtor, the

Court entered final judgment [*DK 160*] in my favor on my first cause of action of my Second

Amended Complaint, based on the Court's previously granted partial summary judgment under

Bankruptcy Code §523(a)(7) [*DK 84*]  and granted costs of suit to be requested through filing a

bill of costs.

9.      No attorney fees are requested because I am a pro se Plaintiff.

10.     I have attached a spreadsheet totaling my receipts related to the costs I paid related

to this case and listed on the Bill of Costs. See **Exhibit 1**.

11.     I have attached the related receipts listed in the spreadsheet. See **Exhibit 2**.

12.     Certain receipts I could not locate. For example, I could not locate the receipt for

the Court's issuance of deposition subpoenas in my case to 8 third parties. This Court ordered

third party discovery would be the discovery process at the first pretrial conference hearing after I

provided evidence of the existing court protection orders, including a no contact order, for my

safety.  So, on February 23, 2022, I paid the Court fees for the clerk's issuance of subpoenas for a

total of $208. I also could not locate my May 26, 2022 receipt for the Court's $199 fee I paid

related to my motion for relief from the stay regarding the criminal restitution judgment debt I

was attempting to collect from the Debtor under California state law. I believe my payment of

Court fees are noted in the Court's docket. In addition, for any receipt I could not locate, I declare

under penalty of perjury that I paid all of the costs listed in the Bill of Costs.

13.     Regarding computer software, I did not previously have software to download and open pdfs related to court forms, rules, to prepare discovery, to download and open responses to discovery, or to properly prepare pleadings in compliance with the court rules. I purchased a monthly Adobe subscription based on directions by the OC Bankruptcy Clinic attorney. I used this software for everything I had to file, all of Gallian's pleadings filed on Pacer, and preparing discovery. The total I paid over the 3 years and 8 months of my bankruptcy adversary case and the Debtor's main case totaled $1247.00.

14.     I did not have any office equipment to produce and reproduce pleadings, supplies or mailing supplies. Therefore, I had to pay a significant amount of out-of-pocket costs including Adobe for pdf software, reproduction costs using multiple companies like UPS, FedEx Office, Office Depot/Office Max, postal services from USPS, Postal Annex, UPS for mailing services, process servers, Bk court transcription company, court fees and a paralegal to combine exhibits with my pleadings, bate stamp and assist me fixing an errors I did regarding typos, proper court format and reducing the size of pdfs to file electronically with this Court.

15.     I had to pay large transcription costs to get transcripts of Debtor's testimony in the numerous 341a hearings as part of my discovery, and preparing motions and preparing my case for trial. The reproduction costs for the hundreds of pages of exhibits, scanning costs to get all pleadings put in pdf for filing with the Court, and costs for mailings supplies and service for each item that had to served.

16.     Regarding Pacer fees, Debtor did not serve me with any of her filings in her main case or in my adversary case. Based on the OC Bankruptcy Clinic attorney's instructions, I had to obtain a Pacer account and pay Pacer fees in order to download Debtor's filings so that I could try to respond.

17.    Debtor's filings in this case were often very chaotic. She filed 2-5 answers to my complaints. In addition, Debtor's multiple filings in the main bankruptcy case were even more chaotic, including amending her bankruptcy schedules multiple times, ultimately resulting in more than 12 sets of bankruptcy schedules. As a result, I tried to keep up learning how her numerous filings affected my case, including numerous appeals, to determine what I needed to respond to in order to protect the criminal restitution judgment debt. For each response I had to file, I had to pay the reproductions, scanning, mail supplies and service fees. This took a lot of payments of Pacer fees and reproduction costs related to Debtor's main case, this case, and in Debtor's bankruptcy appellate cases related to this case.

18.    Based on this declaration and attached receipts which relate to the item listed in my Bill of Costs, I respectfully request that the clerk award costs in the amount of $10,782.06.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 14, 2025, at El Paso, Texas.

Janine Jasso

DECLARATION OF JANINE JASSO ISO BILL OF COSTS AS PREVAILING PARTY

# EXHIBIT 1

# Jasso v Gallian BK Adversary Case No. 8:21-ap-01096-SC

| Date Paid | | Amount |
|---|---|---|
| **Court Fees** | | |
| 10.18.21 | USBC CA Santa Ana Bk Court Adversary Complaint Filing Fee | 350 |
| 02.23.22 | Court Issued Federal Subpoena Fees (8 subpoenas) | 208 |
| 05.26.22 | Motion Filing Fee | 199 |
| total | | **757** |
| **Fees for Service of Summons and Complaint and Amended Summons and Complaint** | | |
| 10/18/21 and 11/1 | | **300** |
| **Fees for court transcripts** | | |
| 03.30.22 | Legal Transcription Fees of Bk 341 Hearings of J Gallian (4 hearings) U.S. Legal Transcription Company | **1360.95** |
| **Fees and disbursements for printing** | | |
| | Pacer Fees for Gallian BK main case and Adversary Case | |
| 10.15.21 | Download Fees | 42.7 |
| 01.13.22 | Download Fees | 105 |
| 04.07.22 | Download Fees | 97.1 |
| 07.07.22 | Download Fees | 194 |
| 10.05.22 | Download Fees | 147.9 |
| 01.04.23 | Download Fees | 338.3 |
| 04.04.23 | Download Fees | 114.3 |
| 07.09.23 | Download Fees | 61.9 |
| subtotal | | 1101.20 |
| **Reproduction Fees for Bankruptcy Court Filings** | | |
| 10/2021-1/2025 | UPS copies, scanning into pdf, and mailing costs for pleadings filed in Bk case | 2523.7 |
| 10/2021-1/2025 | Office Depot copies and mailing supplies | 854.9 |
| 10/2021-1/2025 | FedEx Office copies | 59.6 |
| 10/2021-1/2025 | Walmart printing supplies | 99.55 |
| | subtotal | 3537.75 |
| **Mailing Fees to BK Court for Filing and to all Parties** | | |
| | UPS | see above |
| 11/2021-5/2025 | USPS stamps and overnight mailing costs | 510.07 |

| Date | Description | Amount |
|---|---|---|
| 9/2022-1/2023 | Postal Annex mailing costs | 199.15 |
| 02.10.25 | Fedex Express Mail and USPS mail motion for default judgment | 168.92 |
| | subtotal | 878.14 |
| **Bill of Costs Line** | **Fees and Disbursements for Printing and Mailing Total** | **5517.09** |
| **Process Server Fees for Discovery Subpoenas** | | |
| 02.28.22 | Process Server One | 372.6 |
| 03.01.22 | Process Server One | 191.99 |
| 03.03.22 | Process Server One | 191.45 |
| 03.14.22 | Process Server One | 383.98 |
| **Bill of Costs Line** | **Document Deposition Subpoenas Total** | **1140.02** |
| **Other Costs Fees** | | |
| | Computer Software for Downloading BK Forms, Download Discovery; Preparing Pleadings filed in Adversary Case; Reading Debtor's Filings, Transcripts, Trustee filings | |
| 10/2021-05/2025 | Adobe Acrobat fee of $29 per month for 3 years and 8 months | 1247 |
| | California Housing and Community Development Fees | |
| 12.1.21 | Public Records Request to CA HCD for J-Sandcastle Mobile Home LBM 1081 | 160 |
| **Paralegal Services** | | |
| 2/2/2022 | Charles Rojas -see attached description of assistance with summons and complaint | 175 |
| 1/28/2023 | Charles Rojas - see attached description of assistance with amended summons and complaint | 125 |
| | subtotal | 300 |
| **Bill of Costs Line** | **Other Costs Total** | **1707** |

EXHIBIT 2

```
         UNITED STATES
       BANKRUPTCY COURT
  CENTRAL DISTRICT OF CALIFORNIA
       SANTA ANA DIVISION

       # 80075714 - 08

      October 18, 2021
         16:14:32

      Bkcy Adversary
      21-01096-ES SA

Debtor.: JASSO
Amount.:      $350.00 CC


Amount Tendered:
Total Due->  $350.00
Change Due->  $0.00
```

 **Citi ThankYou® Preferred-1511**

## Transaction Details

| Date | Description | Amount |
|------|-------------|--------|
| Mar 30, 2022 | US LEGAL 713-653-7100 TX | $1,360.95 |

**Additional Details**

| | |
|------|------|
| Purchased On | Mar 30, 2022 |
| Posted On | Mar 30, 2022 |
| Cardmember Name | Janine B Jasso |
| Spend Category | Professional Services, Not Elsewhere Cla |
| Merchant Country | United States |

## 5970870 October 2021 PACER Quarterly Invoice

From: do_not_reply@psc.uscourts.gov

To:     j9_jasso@yahoo.com

Date: Friday, October 15, 2021 at 11:30 PM MDT



Please pay the amount below prior to the due date.

| | |
|---|---|
| Account Number: | 5970870 |
| Account Contact: | Janine Jasso |
| Balance Due: | $42.70 |
| Due Date: | 11/10/2021 |

To access the statement:

- Log in to Manage My Account.
- From the **Usage** tab, select **View Quarterly Invoice/Statement of Account**.

Go to Billing for detailed billing transactions, instructions on disputing charges, FAQs, and more.

NOTE: *Please do not reply to this message. If you have questions or comments, please email them to PACER or call us at (800) 676-6856.*

5970870 January 2022 PACER Quarterly Invoice

From:  do_not_reply@psc.uscourts.gov

To:  j9_jasso@yahoo.com

Date:  Thursday, January 13, 2022 at 11:25 PM MST



| | |
|---|---|
| Account Number: | 5970870 |
| Account Contact: | Janine Jasso |
| Balance Due: | $105.00 |
| Due Date: | 02/10/2022 |
| | This account is registered for automatic billing. The total amount due, $105.00, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR. |

To access the statement:

- Log in to Manage My Account.
- From the **Usage** tab, select **View Quarterly Invoice/Statement of Account**.

Go to Billing for detailed billing transactions, instructions on disputing charges, FAQs, and more.

NOTE: *Please do not reply to this message. If you have questions or comments, please email them to PACER or call us at (800) 676-6856.*



Public Access to Court Electronic Records

*Invoice*

Invoice Date: 04/07/2022

Usage From: 01/01/2022    to: 03/31/2022

Account Summary

| | | |
|---|---|---|
| **Account #:** | | 5970870 |
| **Invoice #:** | | 5970870-Q12022 |
| **Due Date:** | | 05/10/2022 |
| **Amount Due:** | | $97.10 |

| | |
|---|---|
| ***Pages:*** | 971 |
| Rate: | $0.10 |
| Subtotal: | $97.10 |
| ***Audio Files:*** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| ***Current Billed Usage:*** | $97.10 |
| ***Previous Balance:*** | $0.00 |
| Current Balance: | **$97.10** |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

*Total Amount Due:*  $97.10

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

### 17 Courts Convert to NextGen in Q1

In the first quarter, 17 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Alabama Northern District
* Alaska District
* Arizona District
* Iowa Southern District
* Kentucky Western Bankruptcy
* Louisiana Western Bankruptcy
* Maryland District
* North Carolina Middle District
* N. Mariana Islands Bankruptcy

* N. Mariana Islands District
* Pennsylvania Western Bankruptcy
* Puerto Rico Bankruptcy
* Tennessee Eastern Bankruptcy
* Tennessee Middle Bankruptcy
* Tennessee Middle District
* Texas Southern District
* Virginia Eastern Bankruptcy

Continue to check your court's website for information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 5970870 | 05/10/2022 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing. The total amount due, $97.10, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Janine Jasso
PO Box 370161
Street Address 2
El Paso, TX 79937



**Public Access to Court Electronic Records**



*Invoice*

Invoice Date:  07/07/2022

Usage From:  04/01/2022    to:  06/30/2022

Account Summary

| | | |
|---|---|---|
| **Pages:** | | 1,940 |
| Rate: | | $0.10 |
| Subtotal: | | $194.00 |
| **Audio Files:** | | 0 |
| Rate: | | $2.40 |
| Subtotal: | | $0.00 |
| **Current Billed Usage:** | | $194.00 |
| **Previous Balance:** | | $0.00 |
| Current Balance: | | **$194.00** |

**Account #:**  5970870

**Invoice #:**  5970870-Q22022

**Due Date:**  08/10/2022

**Amount Due:**  $194.00

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement?
Visit pacer.uscourts.gov/billing.

*Total Amount Due:*  $194.00

### Six Courts Convert to NextGen in Q2

In the second quarter, six courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Florida Southern Bankruptcy       * Ohio Northern District (Asbestos)
* Illinois Northern District        * Texas Eastern District
* Nevada District                   * Wisconsin Western District

Continue to check your court's website for information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.*  **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 5970870 | 08/10/2022 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $194.00, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Janine Jasso
PO Box 370161
Street Address 2
El Paso, TX 79937



Public Access to Court Electronic Records

*Invoice*

Invoice Date: 10/05/2022

Usage From: 07/01/2022    to: 09/30/2022

Account Summary

| | | |
|---|---|---|
| **Account #:** | | 5970870 |
| **Invoice #:** | | 5970870-Q32022 |
| **Due Date:** | | 11/10/2022 |
| **Amount Due:** | | $147.90 |

| | |
|---|---|
| *Pages:* | 1,479 |
| Rate: | $0.10 |
| Subtotal: | $147.90 |
| *Audio Files:* | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| *Current Billed Usage:* | $147.90 |
| *Previous Balance:* | $0.00 |
| Current Balance: | **$147.90** |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

*Total Amount Due:*  $147.90

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

### All Courts Now Converted to NextGen

In the third quarter, the final three courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* North Carolina Eastern District        * Texas Western District
* Texas Northern District

If you have not upgraded your PACER account, here are some helpful hints:
* If you have a PACER account, make sure it is upgraded. Log in to Manage Your Account at pacer.uscourts.gov.
* If you do not have a PACER account, use this link to create one: pacer.uscourts.gov/register-account.
* Remember to link your e-filing account to your PACER account.
  * For an overview on linking, visit: pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf.
  * For instructions on linking accounts, visit: pacer.uscourts.gov/help/cmecf.

Questions about the statement? Visit pacer.uscourts.gov/billing.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 5970870 | 11/10/2022 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing. The total amount due, $147.90, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Janine Jasso
PO Box 370161
Street Address 2
El Paso, TX 79937



Public Access to Court Electronic Records

# *Invoice*

Invoice Date:  01/04/2023

Usage From:  10/01/2022    to: 12/31/2022

**Account Summary**

| | |
|---|---|
| **Pages:** | 3,383 |
| Rate: | $0.10 |
| Subtotal: | $338.30 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| ***Current Billed Usage:*** | $338.30 |
| ***Previous Balance:*** | $0.00 |
| Current Balance: | **$338.30** |

| | |
|---|---|
| **Account #:** | 5970870 |
| **Invoice #:** | 5970870-Q42022 |
| **Due Date:** | 02/10/2023 |
| **Amount Due:** | $338.30 |

## Total Amount Due:  $338.30

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement?
Visit pacer.uscourts.gov/billing.

### NextGen CM/ECF: Helpful Hints and Resources

All courts have converted to the next generation case management/electronic case files (NextGen CM/ECF) system. Use these tips to ensure you smoothly transition.

* If you have a PACER account, make sure it is upgraded. Log in to Manage Your Account at pacer.uscourts.gov.
* If you do not have a PACER account, use this link to create one: pacer.uscourts.gov/register-account.
* Remember to link your e-filing account to your PACER account.
  * For an overview on linking, visit: pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf.
  * For instructions on linking accounts, visit: pacer.uscourts.gov/help/cmecf.

---

*Please detach the coupon below and return with your payment.*  ***Thank you!***



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 5970870 | 02/10/2023 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $338.30, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Janine Jasso
PO Box 370161
Street Address 2
El Paso, TX 79937

## 5970870 April 2023 PACER Quarterly Invoice

From: do_not_reply@psc.uscourts.gov

To:     j9_jasso@yahoo.com

Date: Thursday, April 13, 2023 at 07:33 PM MDT



| | |
|---|---|
| Account Number: | 5970870 |
| Account Contact: | Janine Jasso |
| Balance Due: | $114.30 |
| Due Date: | 05/10/2023 |
| | This account is registered for automatic billing. The total amount due, $114.30, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR. |

To access the statement:

- Log in to Manage My Account.
- From the **Usage** tab, select **View Quarterly Invoice/Statement of Account**.

Go to Billing for detailed billing transactions, instructions on disputing charges, FAQs, and more.

NOTE: *Please do not reply to this message. If you have questions or comments, please email them to* ***PACER*** *or call us at (800) 676-6856.*

5970870 July 2023 PACER Quarterly Invoice

From: do_not_reply@psc.uscourts.gov

To:     j9_jasso@yahoo.com

Date: Sunday, July 9, 2023 at 07:56 PM MDT



| Account Number: | 5970870 |
|---|---|
| Account Contact: | Janine Jasso |
| Balance Due: | $61.90 |
| Due Date: | 08/10/2023 |
|  | This account is registered for automatic billing. The total amount due, $61.90, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR. |

To access the statement:

- Log in to Manage My Account.
- From the **Usage** tab, select **View Quarterly Invoice/Statement of Account**.

Go to Billing for detailed billing transactions, instructions on disputing charges, FAQs, and more.

NOTE: *Please do not reply to this message. If you have questions or comments, please email them to **PACER** or call us at (800) 676-6856.*



**UNITED STATES POSTAL SERVICE.**

CORONADO
7383 REMCON CIR
EL PASO, TX 79912-9998
(800)275-8777

11/22/2021                           10:07 AM
------------------------------------------------
Product            Qty    Unit      Price
                          Price
------------------------------------------------
PM Express 1-Day    1               $27.10
Flat Rate Env
    Santa Ana, CA 92701
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
        Tue 11/23/2021 06:00 PM
    Money Back Guarantee
    Tracking #:
        EI126954104US
    Insurance                       $0.00
        Up to $100.00 included
Total                               $27.10

Priority Mail® 3-Day 1              $11.85
    Huntington Beach, CA 92649
    Weight: 1 lb 3.90 oz
    Expected Delivery Date
        Sat 11/27/2021
    Tracking #:
        9505 5158 9066 1326 8665 33
    Insurance                       $0.00
        Up to $50.00 included
Total                               $11.85

Priority Mail® 3-Day 1              $11.85
    Newport Beach, CA 92660
    Weight: 1 lb 3.90 oz
    Expected Delivery Date
        Sat 11/27/2021
    Tracking #:
        9505 5158 9066 1326 8665 40
    Insurance                       $0.00
        Up to $50.00 included
Total                               $11.85

Priority Mail® 3-Day 1              $11.85
    Newport Beach, CA 92660
    Weight: 1 lb 3.80 oz
    Expected Delivery Date
        Sat 11/27/2021
    Tracking #:
        9505 5158 9066 1326 8665 57
    Insurance                       $0.00
        Up to $50.00 included
Total                               $11.85
------------------------------------------------
Grand Total:                       $62.65
------------------------------------------------
Credit Card Remitted               $62.65
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX1511
    Approval #: 58175T
    Transaction #: 312
    AID: A000000041010       Chip
    AL: Mastercard
    PIN: Not Required        Mastercard



**UNITED STATES POSTAL SERVICE**

CORONADO
7383 REMCON CIR
EL PASO, TX 79912-9998
(800)275-8777

02/24/2022                           04:06 PM
------------------------------------------------
Product            Qty    Unit      Price
                          Price
------------------------------------------------
PurpleHeartMedal    40    $0.58     $23.20
------------------------------------------------
Grand Total:                       $23.20
                                   $23.20
Credit Card Remitted
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX1511
    Approval #: 86514T
    Transaction #: 471
    AID: A000000041010       Chip
    AL: Mastercard           Mastercard
    PIN: Not Required

***********************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
***********************************************



**UNITED STATES POSTAL SERVICE®**

CORONADO
7383 REMCON CIR
EL PASO, TX 79912-9998
(800)275-8777

09/16/2022                           01:30 PM
------------------------------------------------
Product            Qty    Unit      Price
                          Price
------------------------------------------------
First-Class Mail®   1               $1.32
Letter
    Huntington Beach, CA 92649
    Weight: 3.30 oz
    Estimated Delivery Date
        Mon 09/19/2022

First-Class Mail®   1               $1.32
Letter
    Huntington Beach, CA 92649
    Weight: 3.30 oz
    Estimated Delivery Date
        Mon 09/19/2022

First-Class Mail®   1               $1.32
Letter
    Huntington Beach, CA 92649
    Weight: 3.30 oz
    Estimated Delivery Date
        Mon 09/19/2022

```
              Postal Annex+
              910-K E. Redd Rd.
              El Paso, TX 79912
         ph. 581-5555  fax 581-5775
              email us at:
            pa258@postalannex.com


*VOID**Shipment------------
  USPS Priority Mail Express
  Package                      0.00
  Tracking #: 9470111108036442480072
hipment--------------------
  USPS Priority Mail Express
  Package                     84.91
  Tracking #: 9470111108036442480508

    SUBTOTAL                   84.91
    TAX                         0.00
    TOTAL                      84.91
END MasterCard                 84.91

otal shipments: 2
 JASSO
tzel                       09/29/2022
554722                        06:42 PM
orkstation: 0 - Master Workstation
CTran# 29



        Track your package online at:
           www.postalannex.com/258


           Please COMMENT on
         yelp.com or google.com
    *********************************
       Thank you for your business
       ****************************
```

```
              Postal Annex+
              910-K E. Redd Rd.
              El Paso, TX 79912
         ph. 581-5555  fax 581-5775
              email us at:
            pa258@postalannex.com

Shipment--------------------
  USPS Priority Mail
  Package                     17.93
  Tracking #: 9405511108070468447514
  USPS Tracking        [$0.00]
Office Supply               0.55 TX

    SUBTOTAL                   18.48
    TAX
    Standard Sta on 0.55       0.05
    TOTAL                      18.53
TEND MasterCard                18.53

Total shipments: 1
DAVID JASSO
Itzel                      01/28/2023
#562039                       12:51 PM
Workstation: 0 - Master Workstation
CCTran# 16



        Track your package online at:
           www.postalannex.com/258


           Please COMMENT on
         yelp.com or google.com
    *********************************
       Thank you for your business
       ****************************
```

```
              Postal Annex+
              910-K E. Redd Rd.
              El Paso, TX 79912
         ph. 581-5555  fax 581-5775
              email us at:
            pa258@postalannex.com

Shipment-------------------
  USPS Priority Mail Express Flat-Rate
  Package                     40.98
  Tracking #: 9470111108070468471461

    SUBTOTAL                   40.98
    TAX                         0.00
    TOTAL                      40.98
TEND MasterCard                40.98

Total shipments: 1
DAVID JASSO
Itzel                      01/28/2023
#562043                       01:26 PM
Workstation: 0 - Master Workstation
CCTran# 19



        Track your package online at:
           www.postalannex.com/258


           Please COMMENT on
         yelp.com or google.com
    *********************************
       Thank you for your business
       ****************************
```



### UNITED STATES POSTAL SERVICE.

CORONADO
7383 REMCON CIR
EL PASO, TX 79912-9998
(800)275-8777

06/03/2022                    04:04 PM
----------------------------------------
Product          Qty   Unit      Price
                       Price
----------------------------------------
Chrysanthemum    10    $1.30    $13.00
Global Afrn Daisy 84   $1.30   $109.20

Grand Total:                   $122.20
----------------------------------------
Credit Card Remitted           $122.20
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX1511
   Approval #: 42087T
   Transaction #: 165
   AID: A0000000041010     Chip
   AL: Mastercard
   PIN: Not Required    Mastercard
----------------------------------------

*******************************************
Every household in the U.S. is now
eligible to receive a third set
of 8 free test kits.
Go to www.covidtests.gov
*******************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

----------------------------------------
UFN: 482848-0111
Receipt #: 840-57800568-2-6175536-2
Clerk: 21

---



### UNITED STATES POSTAL SERVICE.

CORONADO
7383 REMCON CIR
EL PASO, TX 79912-9998
(800)275-8777

09/29/2022                    05:39 PM
----------------------------------------
Product          Qty   Unit      Price
                       Price
----------------------------------------
Priority Mail®    1              $9.65
Padded FR Env
   Huntington Beach, CA 92649
   Flat Rate
   Expected Delivery Date
     Mon 10/03/2022
   Tracking #:
     9505 5158 9068 2272 1126 04
   Insurance
       Up to $100.00 included     $0.00
Total                            $9.65
Priority Mail®    1              $9.65
Padded FR Env
   Huntington Beach, CA 92649
   Flat Rate
   Expected Delivery Date
     Mon 10/03/2022
   Tracking #:
     9505 5158 9068 2272 1126 11
   Insurance
       Up to $100.00 included     $0.00
Total                            $9.65
Priority Mail®    1              $9.65
Padded FR Env
   Huntington Beach, CA 92649
   Flat Rate
   Expected Delivery Date
     Mon 10/03/2022
   Tracking #:
     9505 5158 9068 2272 1126 28
   Insurance
       Up to $100.00 included     $0.00
Total                            $9.65
----------------------------------------
Grand Total:                    $28.95
----------------------------------------
Credit Card Remit              $28.95
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX1511
   Approval #: 76759T
   Transaction #: 824
   AID: A0000000041010     Chip
   AL: Mastercard
   PIN: Not Required    Mastercard
----------------------------------------

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to ...

The UPS Store #4756
955 N RESLER DR STE 104
El Paso, TX   79912-1407
915-842-8075

Terminal....: POS4756A          Date.: 11/22/2021
Employee....: 156024            Time.: 09:43 AM

| ITEM NAME | QTY | PRICE | TOTAL |
|-----------|-----|-------|-------|
| Print B/W |     |       | $61.88 |
|           | 476 @ | $0.13 |       |
| Tax       |     |       | $5.11 |
| Scanning  |     |       | $3.00 |
|           | 1 @ | $3.00 |       |
| Tax       |     |       | $0.19 |
| Office Supplies | |     | $2.29 |
|           | 1 @ | $2.29 |       |
| Tax       |     |       | $0.18 |

```
Subtotal                          $67.17
  Shipping/Other Charges          $0.00
  Total tax                       $5.48
                              ---------------
Total                             $72.65
Cards                             $72.65
```

======================
Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.



1 2 1 1 1 2 2 4 7 5 6 A 0 0 4 2 7 2

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

MASTER ***********1511 52217T
11/22/2021                      09:43 AM
TID                             759157610001
              Purchase

---

The UPS Store #0207
7101 N MESA
EL PASO, TX   79912-3613
915-833-4005

Terminal....: POS0207A          Date.: 5/25/2022
Employee....: 135496            Time.: 04:27 PM

| ITEM NAME | QTY | PRICE | TOTAL |
|-----------|-----|-------|-------|
| NDA Early AM |  |       | $186.92 |
|           | 1 @ | $186.92 |     |
| Tax       |     |       | $0.00 |
| MM1JPBK46BUBD |  |     |       |
| Tracking Number - 1Z7694491525503538 | | | |
| NDA       |     |       | $120.02 |
|           | 1 @ | $120.02 |     |
| Tax       |     |       | $0.00 |
| MM1JPBK6N6RY4 |  |      |       |
| Tracking Number - 1Z7694490192171743 | | | |
| Print Services |  |    | $3.00 |
|           | 1 @ | $3.00 |      |
| Tax       |     |       | $0.26 |
| 8.5x11 Full Service Copies | |  | $224.75 |
|           | 899 @ | $0.25 |    |
| Tax       |     |       | $18.54 |
| Materials Frg Pack | |  | $9.98 |
|           | 2 @ | $4.99 |      |
| Tax       |     |       | $0.82 |

```
Subtotal                          $544.67
  Shipping/Other Charges          $0.00
  Total tax                       $19.62
                              ---------------
Total                             $564.29
Cards                             $564.29
```

======================
Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.



1 2 2 0 5 2 5 0 2 0 7 A 0 0 6 0 8 0

The UPS Store #4756
955 N RESLER DR STE 104
El Paso, TX   79912-1407
915-842-8075

| Terminal....: POS4756B | | Date.: 9/29/2022 |
| Employee....: 155849 | | Time.: 03:47 PM |

| ITEM NAME | QTY | PRICE | TOTAL |
| --- | --- | --- | --- |
| 8.5x11 Copies | | | $307.40 |
| | 1060 @ | $0.29 | |
| Tax | | | $25.36 |

| Subtotal | | | $307.40 |
| Shipping/Other Charges | | | $0.00 |
| Total tax | | | $25.36 |
| Total | | | $332.76 |
| Cards | | | $332.76 |

=========================
Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.



1 2 2 0 9 2 9 4 7 5 6 B 0 1 2 8 3 2

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

**Win a $100 gift card**
Tell us how we're doing for your chance to win
a $100 gift card. Scan the QR code or visit
the URL below to take the survey.

7101 N MESA
EL PASO, TX   79912-3613
915-833-4005

| Terminal....: POS0267A | | Date.: 11/21/2022 |
| Employee....: 135496 | | Time.: 12:05 PM |
| COPY | | |

| ITEM NAME | QTY | PRICE | TOTAL |
| --- | --- | --- | --- |
| Full Serv. Business Med Mailbox (NR) | | | $420.00 |
| | 12 @ | $35.00 | |
| Tax | | | $0.00 |
| Term - 11/21/2022 to 11/20/2023 | | | |
| 24 Hour Access (NR) | | | $0.00 |
| | 12 @ | $0.00 | |
| Tax | | | $0.00 |
| (Included) | | | |
| Call In Service (NR) | | | $0.00 |
| | 12 @ | $0.00 | |
| Tax | | | $0.00 |
| (Included) | | | |
| Mail Forwarding (NR) | | | $0.00 |
| | 12 @ | $0.00 | |
| Tax | | | $0.00 |
| (Included) | | | |
| Package Notification via Email (NR) | | | $0.00 |
| | 12 @ | $0.00 | |
| Tax | | | $0.00 |
| (Included) | | | |
| Package Notification via Text Message (NR) | | | $0.00 |
| | 12 @ | $0.00 | |
| Tax | | | $0.00 |
| (Included) | | | |
| Package Notification via Phone (NR) | | | $0.00 |
| | 12 @ | $0.00 | |
| Tax | | | $0.00 |
| (Included) | | | |
| Mail Notification via Email (NR) | | | $0.00 |
| | 12 @ | $0.00 | |
| Tax | | | $0.00 |
| (Included) | | | |
| Mail Notification via Text Message (NR) | | | $0.00 |
| | 12 @ | $0.00 | |
| Tax | | | $0.00 |
| (Included) | | | |
| Mail Notification via Phone (NR) | | | $0.00 |
| | 12 @ | $0.00 | |
| Tax | | | $0.00 |
| (Included) | | | |

| Subtotal | | | $420.00 |
| Shipping/Other Charges | | | $0.00 |
| Total tax | | | $0.00 |

```
The UPS Store #0207
7101 N MESA
EL PASO, TX   79912-3613
915-833-4005


Terminal....: POS0207A        Date.: 6/3/2022
Employee....: 135496          Time.: 03:43 PM

ITEM NAME              QTY    PRICE      TOTAL
---------------------------------------------
Print Services                          $3.00
                        1 @   $3.00
    Tax                                 $0.26

8.5x11 Full Service Copies           $975.25
                     3901 @   $0.25
    Tax                                $80.46

Office Supplies                       $35.25
                       47 @   $0.75
    Tax                                 $2.91

Print Service Fee                     $10.00
                        1 @  $10.00
    Tax                                 $0.83
---------------------------------------------

Subtotal                           $1,023.50
    Shipping/Other Charges             $0.00
    Total tax                         $84.46
                                   ---------
Total                              $1,107.96

Cards                              $1,107.96
```

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.



1 2 2 0 6 0 3 0 2 0 7 A 0 0 6 2 6 7

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

**Win a $100 gift card**

---

```
The UPS Store #0207
7101 N MESA
EL PASO, TX   79912-3613
915-833-4005


Terminal....: POS0207C        Date.: 12/30/2022
Employee....: 226302          Time.: 04:02 PM

ITEM NAME              QTY    PRICE      TOTAL
---------------------------------------------
Ground Residential                    $29.21
                        1 @  $29.21
    Tax                                 $0.00

NN1JPBK2A885J
Tracking Number -
Ground Residential                    $14.83
                        1 @  $14.83
    Tax                                 $0.00

NN1JP6KVH7SDQ
Tracking Number -
---------------------------------------------

Subtotal                              $44.04
    Shipping/Other Charges             $0.00
    Total tax                          $0.00
                                   ---------
Total                                 $44.04

Cards                                 $44.04
```

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.



1 2 2 1 2 3 0 0 2 0 7 C 0 0 3 0 8 0

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

**Win a $100 gift card**
Tell us how we're doing for your chance to win
a $100 gift card. Scan the QR code or visit
the URL below to take the survey.



https://www.research.net/r/TheUPSSt
oreCSS100?Center=0207&Creative=PRNT



**467 N Azusa Ave**
**West Covina, CA 91791-1348**
**(626) 966-4850**



Tell us how we're doing and get
a coupon for $5 off a print order
of $30! Complete our survey by
scanning the QR code below.
visit **fedex.com/welisten**.

**Terminal: 3195MIX04**
**10/22/2021 15:23**
**Receipt #: 3195TGS2359**
**Type: Purchase**

| Qty | Description | Amount |
|-----|-------------|--------|
| 3 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.45 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.60 |
| 91 | PNG B&W S/S 8.5x11 & 8.5x14 | 13.65 |



Offer expires 12/31/2021

| | | |
|---|---|---|
| SubTotal | | 14.70 |
| District tax | | 0.33 |
| City tax | | 0.00 |
| County tax | | 0.18 |
| State tax | | 0.88 |
| Total | USD | $16.09 |

Acct #:************9220
CAPITAL ONE VISA
Chip Read
Auth No.: 00509D
**Mode: Issuer**
**AID: A0000000031010**
**NO CVM**
**CVM Result: 1F0002**
**TVR: 0000008000**
**IAD: 06010A03602002**
**TSI: F800**
**ARC: 00**
**APPROVED**

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

**The Cardholder agrees to pay the Issuer**
**of the charge card in accordance with**
**the agreement between the Issuer and**
**the Cardholder.**

Request a copy of our terms and
conditions from a team member or visit
**fedex.com/officeserviceterms** for details.



1410 N Lee Trevino Dr
El Paso, TX 79936-6426
(915) 592-1190

Terminal: 0444MIX02
11/23/2021 15:12
Receipt #: 04444ZP1686
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 268 | ES B&W S/S White 8.5 x11 | 40.20 |

| | |
|----|----|
| SubTotal | 40.20 |
| District tax | 0.20 |
| City tax | 0.40 |
| County tax | 0.20 |
| State tax | 2.51 |
| Total | USD $43.51 |

Acct #:************1511
Mastercard
Chip Read
Auth No.: 49635T
Mode: Issuer
AID: A0000000041010
NO CVM
CVM Result: 1F0302
TVR: 0000008000
IAD:
0110607001220000B60700000000000000FF
TSI: E800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



Tell us how we're doing and get
a coupon for $5 off a print order
of $30. Complete our survey by
scanning the QR code below,
visit **fedex.com/welisten**.



Offer expires 12/31/2021

*$5 off print order of $30.00 or more. Discount applies to orders placed
in a FedEx Office store or online through FedEx Office® Print Online.
Offer is valid at time of purchase only, no cash value and may not be
discounted or identified as a deposit for future purchases, discount cannot
be used in combination with custom bid orders, other coupons, or
discounts, including account pricing. Discount not valid on the following
products and services: finishing only orders, self-service print, photo
stations, fax or scan, direct mail, USPS® or postage, does not apply to
shipping, custom branded boxes, rush or delivery charges. Does not
apply to retail products. No cash value. Offer void where prohibited or
restricted by law. Products, services and hours may vary by location.
© 2021 FedEx. All rights reserved. Offer expires 12/31/2021.

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
**fedex.com/officeserviceterms** for details.



**Office DEPOT**
**OfficeMax**

EL PASO - (915) 585-0278
09/29/2022  4:16 PM

V2VT3P4P3355X6W6R

SALE                223-1-1732-1032417-22.9.2
102624  PPR FSTNR,2",1                 7.69 SS
139500  NTS,3X3,LINED,                 6.99 SS
417690  COKE CLASSIC                   2.59 SS
        Subtotal:                     17.27
    Sales and Use Tax   1.42
            Total:                    18.69
        MasterCard 1511:              18.69

AUTH CODE 32612T
TDS Chip Read
AID A0000000041010   Mastercard
TVR 0000008000
CVS No Signature Required

Shop online at www.officedepot.com
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
WE WANT TO HEAR FROM YOU!
Visit survey.officedepot.com
and enter the survey code below
D6AJ OBWD RWMS

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx



**Office DEPOT**
**OfficeMax**

EL PASO - (915) 585-0278
04/20/2023  10:46 AM

V2VTQPQP535X86XBB

SALE                223-3-4649-1042157-23.4.1
323093  INK,HP,64XL,OG
    2 @ 53.69                        107.38
        You Pay                     107.38 SS
596319  INK,HP61,2PK,C               65.59 SS
        Subtotal:                   172.97
    Sales and Use Tax  14.27
            Total:                   187.24
        MasterCard 1511:            187.24

AUTH CODE 09291T
TDS Chip Read
AID A0000000041010   Mastercard
TVR 0000008000
CVS No Signature Required

Shop online at www.officedepot.com
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
WE WANT TO HEAR FROM YOU!
Visit survey.officedepot.com
and enter the survey code below
16J5 WVB7 58SD
or scan the below QR code



xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

12/30/22, 12:50 PM

Case 8:21-ap-01096-SC    Doc 161    Filed 05/15/25    Entered 05/15/25 18:34:01    Desc
Main Document        Page 31 of 54
Office Depot - ODMS Main Dashboard

**Order Number: 285247497-001**
**Order is modifiable**
**This order has NOT been invoiced**

*Order Information:*
**Order Date:** Friday, December 30, 2022
**Special Instructions:** FIRST TIME CUSTOMER ORDERS.
**CSR ID:** 0223
**Store Employee ID:** 0001017902
**Order Source:** JMillennia in Stores

*Delivery Information:*
**Estimated Date:** Saturday, December 31, 2022 08:30 AM - 05:00 PM
**Status:** Held for Deposit , Deliver to Store
**Pick-Up Date:  Saturday, December 31, 2022 08:30 AM - 05:00 PM**
**Pickup Location: Store Number 0223**
**Pickup Proxy Information:**

*Customer Information:*

**Payment Information:**

**Cash**

**Amount      $651.56**

**Currency:** U.S Dollars
**Contact Information:**
JANINE JASSO
(213)  247- 6030

**Delivery Location:**
0223-EL PASO TX

**Billing Address:**
801 SUNLAND PARK DR
EL PASO, TX 79912-5209
USA

**Shipping Address:**
801 SUNLAND PARK DR SPACE
EL PASO, TX  79912
USA

| # | Qty | BkOrd Qty | Qty Ship | Item Number | Description | Unit | Unit Price | Ext-Price | Orig Price | Action | Reason | Comments |
|---|-----|-----------|----------|-------------|-------------|------|------------|-----------|------------|--------|--------|----------|
| 1 | 1 | 0 | 0 | 870284 | COPIES & FLYERS | EA | $207.300 | $207.30 | $0.00 | Order | | |
| 2 | 1 | 0 | 0 | 870284 | COPIES & FLYERS | EA | $62.400 | $62.40 | $0.00 | Order | | |
| 3 | 2 | 0 | 0 | 870284 | COPIES & FLYERS | EA | $166.100 | $332.20 | $0.00 | Order | | |

| | |
|---|---|
| **Sub Total:** | $601.90 |
| **Delivery Charge:** | $0.00 |
| **Tax Percent:** | 8.250 % |
| **Tax:** | $49.66 |
| **Order Total:** | $651.56 |
| **Amount Due:** | $651.56 |



2852474970011

To check the status of your order, 24 hours a day, 7 days a week, please visit https://www.officedepot.com/orderhistory and enter
your order number and phone number.
Or, call our Customer Service Center at 1-800-GO-DEPOT (1-800-463-3768).



915-259-1945 Mgr:ANA
7831 PASEO DEL NORTE BLVD-STE
EL PASO TX 79912
ST# 06717 OP# 001985 TE# 66 TR# 08156
HP 64XL BLA  019078081200          46.98 X
HP 64XL BLA  019078081200          46.98 X
SUBTOTAL          91.96
TAX 1   8.250 %                     7.59
TOTAL          99.55
MCARD TEND          99.55
Mastercard     **** **** **** 1511 I 2
APPROVAL # 98875T
REF # 235200322434
PAYMENT SERVICE - A
AID A0000000041010
TC 7F78603DADC30D8E
TERMINAL # 283732688
*NO SIGNATURE REQUIRED
12/17/22      18:17:12
CHANGE DUE          0.00
# ITEMS SOLD 2
TC# 9262 0662 1897 0525 9567



Become a member
Scan for free 30-day trial



Low Prices You Can Trust. Every Day.
12/17/22      18:17:13
***CUSTOMER COPY***

USPS eReceipt

From: donotreply@ereceipt.usps.gov

To:   J9_JASSO@YAHOO.COM

Date: Friday, December 30, 2022 at 03:46 PM MST



```
                  CORONADO
                7383 REMCON CIR
              EL PASO, TX 79912-9998
                 (800)275-8777
12/30/2022                              03:46 PM
------------------------------------------------
Product                    Qty      Unit     Price
                                     Price
------------------------------------------------
PM Express 1-Day            1               $140.95
    Santa Ana, CA 92701
    Weight: 18 lb 4.0 oz
    Signature Waiver
    Scheduled Delivery Date
       Sat 12/31/2022 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI598341518US
    Insurance                            $0.00
       Up to $100.00 included
Total                                  $140.95

------------------------------------------------
Grand Total:                           $140.95
------------------------------------------------
Credit Card Remit                      $140.95
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX1511
    Approval #: 76282T
    Transaction #: 493
    AID: A0000000041010      Chip
    AL: Mastercard
    PIN: Not Required    Mastercard
------------------------------------------------

         In a hurry? Self-service kiosks offer
         quick and easy check-out. Any Retail
            Associate can show you how.

          Save this receipt as evidence of
        insurance. For information on filing an
             insurance claim go to
         https://www.usps.com/help/claims.htm
             or call 1-800-222-1811

        Text your tracking number to 28777 (2USPS)
        to get the latest status. Standard Message
        and Data rates may apply. You may also
        visit www.usps.com USPS Tracking or call
                1-800-222-1811.

              Preview your Mail
             Track your Packages
            Sign up for FREE @
         https://informeddelivery.usps.com

          All sales final on stamps and postage.
          Refunds for guaranteed services only.
             Thank you for your business.
```

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

------------------------------------------------------------------------

UFN: 482848-0111
Receipt #: 840-57800568-3-8074029-2
Clerk: 20

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit
www.usps.com/privacypolicy.


This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

USPS eReceipt

From: donotreply@ereceipt.usps.gov

To:    J9_JASSO@YAHOO.COM

Date:  Thursday, September 29, 2022 at 05:40 PM MDT



```
                         CORONADO
                      7383 REMCON CIR
                   EL PASO, TX 79912-9998
                       (800)275-8777
09/29/2022                                        05:39 PM
-------------------------------------------------------------
Product                       Qty         Unit        Price
                                          Price
-------------------------------------------------------------
Priority Mail®                 1                      $9.65
Padded FR Env
    Huntington Beach, CA 92649
    Flat Rate
    Expected Delivery Date
        Mon 10/03/2022
    Tracking #:
        9505 5158 9068 2272 1126 04
    Insurance                                         $0.00
        Up to $100.00 included
Total                                                 $9.65

Priority Mail®                 1                      $9.65
Padded FR Env
    Huntington Beach, CA 92649
    Flat Rate
    Expected Delivery Date
        Mon 10/03/2022
    Tracking #:
        9505 5158 9068 2272 1126 11
    Insurance                                         $0.00
        Up to $100.00 included
Total                                                 $9.65

Priority Mail®                 1                      $9.65
Padded FR Env
    Huntington Beach, CA 92649
    Flat Rate
    Expected Delivery Date
        Mon 10/03/2022
    Tracking #:
        9505 5158 9068 2272 1126 28
    Insurance                                         $0.00
        Up to $100.00 included
Total                                                 $9.65

-------------------------------------------------------------
Grand Total:                                         $28.95
-------------------------------------------------------------
Credit Card Remit                                    $28.95
    Card Name: MasterCard
    Account #: XXXXXXXXXXX1511
    Approval #: 76759T
    Transaction #: 824
    AID: A0000000041010        Chip
    AL: Mastercard
    PIN: Not Required    Mastercard
-------------------------------------------------------------
            In a hurry? Self-service kiosks offer
```

quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

--------------------------------------------------------------

UFN: 482848-0111
Receipt #: 840-57800568-3-7828407-2
Clerk: 7

**Privacy Act Statement:** Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.

USPS eReceipt

From: donotreply@ereceipt.usps.gov
To: J9_JASSO@YAHOO.COM
Date: Sunday, January 1, 2023 at 03:57 PM MST



```
                    CORONADO
                 7383 REMCON CIR
               EL PASO, TX 79912-9998
                  (800)275-8777
01/01/2023                                       03:57 PM
-----------------------------------------------------------------
Product                        Qty        Unit        Price
                                          Price
-----------------------------------------------------------------
First-Class Mail®               1                      $2.16
Large Envelope
    Huntington Beach, CA  92649
    Weight: 4.40 oz
    Estimated Delivery Date
       Fri 01/06/2023
-----------------------------------------------------------------
Grand Total:                                           $2.16
-----------------------------------------------------------------
Credit Card Remit                                      $2.16
    Card Name: MasterCard
    Account #: XXXXXXXXXXX1511
    Approval #: 27297T
    Transaction #: 716
    Receipt #: 000716
    AID: A0000000041010              Chip
    AL: Mastercard
    PIN: Not Required           Mastercard
-----------------------------------------------------------------

                 Preview your Mail
                Track your Packages
                Sign up for FREE @
            https://informeddelivery.usps.com

            All sales final on stamps and postage.
            Refunds for guaranteed services only.
               Thank you for your business.

               Tell us about your experience.
            Go to: https://postalexperience.com/ssk?mt=13


-----------------------------------------------------------------
UFN: 482848-9552
Receipt #: 840-17800959-1-4404395-1
Clerk: 00
```

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic

government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.


This is an automated email. Please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.

USPS eReceipt

From: donotreply@ereceipt.usps.gov

To:    j9_jasso@yahoo.com

Date: Monday, March 31, 2025 at 10:01 AM MDT



```
                      UNITED STATES
                      POSTAL SERVICE ®

                         CORONADO
                      7383 REMCON CIR
                    EL PASO, TX 79912-9998
                       (800)275-8777
03/31/2025                                   10:01 AM
-------------------------------------------------------
Product                   Qty      Unit      Price
                                   Price
-------------------------------------------------------
PM Express                 1                  $31.40
Flat Rate Env
    Santa Ana, CA 92701
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
        Tue 04/01/2025 06:00 PM
    Money Back Guarantee
    Tracking #:
        ER196290225US
    Insurance                             $0.00
        Up to $100.00 included
Total                                    $31.40

Priority Mail®              1                  $10.10
Window FR Env
    Huntington Beach, CA 92649
    Flat Rate
    Expected Delivery Date
        Thu 04/03/2025
    Tracking #:
        9505 5158 9068 5090 5940 10
    Insurance                             $0.00
        Up to $100.00 included
Total                                    $10.10

First-Class Mail®          1                  $1.01
Letter
    Huntington Beach, CA 92649
    Weight: 0 lb 1.90 oz
    Estimated Delivery Date
        Thu 04/03/2025
    Non-Machinable                        $0.46
Total                                     $1.47

First-Class Mail®          1                  $1.01
Letter
    Huntington Beach, CA 92649
    Weight: 0 lb 2.00 oz
    Estimated Delivery Date
        Thu 04/03/2025
    Non-Machinable                        $0.46
Total                                     $1.47

-------------------------------------------------------
Grand Total:                             $44.44
-------------------------------------------------------
Credit Card Remit                        $44.44
    Card Name: MasterCard
    Account #: XXXXXXXXXXX1715
```

```
Approval #: 53414T
Transaction #: 698
AID: A0000000041010          Chip
AL: Mastercard
PIN: Not Required
```
------------------------------------------------------------------------

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

------------------------------------------------------------------------

```
UFN: 482848-0111
Receipt #: 840-57800568-3-9907969-2
Clerk: 7
```

**Privacy Act Statement:** Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.

USPS eReceipt

From: donotreply@ereceipt.usps.gov

To: j9_jasso@yahoo.com

Date: Friday, April 18, 2025 at 02:08 PM MDT



```
                      CORONADO
                   7383 REMCON CIR
                 EL PASO, TX 79912-9998
                    (800)275-8777
04/18/2025                                          02:08 PM
-------------------------------------------------------------
Product                     Qty        Unit        Price
                                       Price
-------------------------------------------------------------
First-Class Mail®            1                      $0.73
Letter
    Idyllwild, CA 92549
    Weight: 0 lb 0.80 oz
    Estimated Delivery Date
        Tue 04/22/2025

First-Class Mail®            1                      $0.73
Letter
    Huntington Beach, CA 92649
    Weight: 0 lb 0.80 oz
    Estimated Delivery Date
        Tue 04/22/2025

First-Class Mail®            1                      $0.73
Letter
    Huntington Beach, CA 92649
    Weight: 0 lb 0.80 oz
    Estimated Delivery Date
        Tue 04/22/2025

First-Class Mail®            1                      $2.04
Large Envelope
    Huntington Beach, CA 92649
    Weight: 0 lb 2.60 oz
    Estimated Delivery Date
        Tue 04/22/2025

First-Class Mail®            1                      $2.04
Large Envelope
    Huntington Beach, CA 92649
    Weight: 0 lb 2.60 oz
    Estimated Delivery Date
        Tue 04/22/2025

First-Class Mail®            1                      $2.04
Large Envelope
    Huntington Beach, CA 92649
    Weight: 0 lb 2.60 oz
    Estimated Delivery Date
        Tue 04/22/2025

PM Express                   1                      $31.40
Flat Rate Env
    Santa Ana, CA 92701
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
        Mon 04/21/2025 06:00 PM
    Money Back Guarantee
```

```
    Tracking #:
        ER196292447US
    Insurance                                    $0.00
        Up to $100.00 included
Total                                            $31.40

------------------------------------------------------------
Grand Total:                                     $39.71
------------------------------------------------------------
Credit Card Remit                                $39.71
    Card Name: MasterCard
    Account #: XXXXXXXXXXX1715
    Approval #: 82541T
    Transaction #: 773
    AID: A0000000041010          Chip
    AL: Mastercard
    PIN: Not Required
------------------------------------------------------------

            In a hurry? Self-service kiosks offer
              quick and easy check-out. Any Retail
                Associate can show you how.

            Save this receipt as evidence of
        insurance. For information on filing an
                insurance claim go to
            https://www.usps.com/help/claims.htm
                or call 1-800-222-1811

        Text your tracking number to 28777 (2USPS)
        to get the latest status. Standard Message
            and Data rates may apply. You may also
            visit www.usps.com USPS Tracking or call
                    1-800-222-1811.

                    Preview your Mail
                  Track your Packages
                  Sign up for FREE @
            https://informeddelivery.usps.com

        All sales final on stamps and postage.
        Refunds for guaranteed services only.
            Thank you for your business.

            Tell us about your experience.
            Go to: https://postalexperience.com/pos?mt=9
                or call 1-800-410-7420.


------------------------------------------------------------

UFN: 482848-0111
Receipt #: 840-57800568-2-8446923-2
Clerk: 15
```

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged,

proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.

USPS eReceipt

From: donotreply@ereceipt.usps.gov

To:      J9_JASSO@YAHOO.COM

Date:  Thursday, May 1, 2025 at 09:19 AM MDT



```
                          CORONADO
                       7383 REMCON CIR
                      EL PASO, TX 79912-9998
                       (800)275-8777
05/01/2025                                        09:19 AM
-----------------------------------------------------------
Product                         Qty      Unit       Price
                                         Price
-----------------------------------------------------------
PM Express                       1                  $31.40
Flat Rate Env
    Santa Ana, CA 92701
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
        Sat 05/03/2025 06:00 PM
    Money Back Guarantee
    Tracking #:
        ER196292186US
    Insurance                                        $0.00
        Up to $100.00 included
Total                                              $31.40

-----------------------------------------------------------
Grand Total:                                       $31.40
-----------------------------------------------------------
Credit Card Remit                                  $31.40
    Card Name: MasterCard
    Account #: XXXXXXXXXXX1715
    Approval #: 38235T
    Transaction #: 889
    AID: A0000000041010          Chip
    AL: Mastercard
    PIN: Not Required
-----------------------------------------------------------

            In a hurry? Self-service kiosks offer
             quick and easy check-out. Any Retail
                Associate can show you how.

               Save this receipt as evidence of
            insurance. For information on filing an
                    insurance claim go to
               https://www.usps.com/help/claims.htm
                 or call 1-800-222-1811

           Text your tracking number to 28777 (2USPS)
           to get the latest status. Standard Message
             and Data rates may apply. You may also
            visit www.usps.com USPS Tracking or call
                     1-800-222-1811.

                    Preview your Mail
                   Track your Packages
                   Sign up for FREE @
             https://informeddelivery.usps.com

            All sales final on stamps and postage.
            Refunds for guaranteed services only.
```

Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

------------------------------------------------------------------------

UFN: 482848-0111
Receipt #: 840-57800568-2-8467906-2
Clerk: 21

**Privacy Act Statement:** Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.


This is an automated email. Please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.

 **Citi ThankYou® Preferred-1511**

## Transaction Details

| Date | Description | Amount | Rewards |
|------|-------------|--------|---------|
| Feb 28, 2022 | PROCESS SERVER ONE 855-545-1303 CA | $372.60 | |

**Additional Details**

| | |
|---|---|
| Purchased On | Feb 28, 2022 |
| Posted On | Feb 28, 2022 |
| Cardmember Name | Janine B Jasso |
| Spend Category | Legal Services, Attorneys |
| Merchant Country | United States |

 **Citi ThankYou® Preferred-1511**

## Transaction Details

| Date | Description | Amount | Rewards |
|------|-------------|--------|---------|
| Mar 01, 2022 | PROCESS SERVER ONE 855-545-1303 CA | $191.99 | |

**Additional Details**

| | |
|---|---|
| Purchased On | Mar 01, 2022 |
| Posted On | Mar 01, 2022 |
| Cardmember Name | Janine B Jasso |
| Spend Category | Legal Services, Attorneys |
| Merchant Country | United States |

 **Citi ThankYou® Preferred-1511**

## Transaction Details

| Date | Description | Amount | Rewards |
|------|-------------|--------|---------|
| Mar 03, 2022 | PROCESS SERVER ONE 855-545-1303 CA | $191.45 | |

**Additional Details**

| | |
|---|---|
| Purchased On | Mar 03, 2022 |
| Posted On | Mar 03, 2022 |
| Cardmember Name | Janine B Jasso |
| Spend Category | Legal Services, Attorneys |

| | |
|---|---|
| Merchant Country | United States |

 **Citi ThankYou® Preferred-1511**

## Transaction Details

| Date | Description | Amount | Rewards |
|------|-------------|--------|---------|
| Mar 14, 2022 | PROCESS SERVER ONE 855-545-1303 CA | $383.98 | |

**Additional Details**

| | |
|---|---|
| Purchased On | Mar 14, 2022 |
| Posted On | Mar 14, 2022 |
| Cardmember Name | Janine B Jasso |
| Spend Category | Legal Services, Attorneys |
| Merchant Country | United States |

 **Citi ThankYou® Preferred-1511**

## Transaction Details

| Date | Description | Amount | Rewards |
|------|-------------|--------|---------|
| Mar 30, 2022 | US LEGAL 713-653-7100 TX | $1,360.95 | |

**Additional Details**

| | |
|---|---|
| Purchased On | Mar 30, 2022 |
| Posted On | Mar 30, 2022 |
| Cardmember Name | Janine B Jasso |
| Spend Category | Professional Services, Not Elsewhere Cla |
| Merchant Country | United States |

# STATE OF CALIFORNIA
## DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### DIVISION OF CODES AND STANDARDS

## Credit Card Receipt

Customer:
JANINE B JASSO
16025 WARMINGTON LANE
HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| Date Received | 12/01/2021 |
| Card # | XXXX-XXXX-XXXX-1511 |
| Authorization # | AA1E5AFD2E27 |
| Amount | $160.00 |

| DATE | DTN | REFERENCE | FEES |
|---|---|---|---|
| 12/01/2021 | 12447104 - RT Sale of Documents | LBM1081 | |

| | |
|---|---|
| Total Fees: | $160.00 |
| Previously Paid: | $0.00 |
| Paid Today: | $160.00 |
| Balance Due: | $0.00 |

*Please Note: This payment does not complete your application.*

*If you have any questions please contact 1-800-952-8356 and reference your DTN number listed above.*

Contact Housing and Community Development:
Headquarters Phone: 1-800-952-8356
Mailing Address: 9342 Tech Center Drive Suite 500
Sacramento, CA 95826-2582

**PARALEGAL SUMMARY OF WORK PERFORMED**

**02/02/2022**

Proofread Declaration of Janine Jasso and make corrections. Insert proper pagination of the exhibits being referred to.

Prepared face pages for 5 exhibits (1, 1A – 4) and converting into PDF documents.

Inserted face pages in front of exhibits.

Bates numbered all documents in sequential order starting from the first exhibit, after the prepared declaration.

Combined all exhibits into one file

Insert Status Report at the beginning of the document and Proof of Service at the end of the document

Book marked all documents for easy access through PDF

Reduces size of Final document for filing per Court Rules.

Emailed document to client.

$175.00

**PARALEGAL SUMMARY OF WORK PERFORMED**

**01/28/2023**

Prepared 10 exhibits using Adobe.

Prepared Exhibit Face Pages for each exhibit, convert to PDF and attach each page to each exhibit.

Bates numbered exhibits according to court rules.

Cite checked Amended Complaint and proof-read document for errors.

Converted complaint into PDF and attached all exhibits to make one document

Proof of service and attached to end of document.

Emailed final product to client.


$125.00

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

7101 N. Mesa, Ste 355
El Paso, TX 79912

A true and correct copy of the foregoing document entitled (*specify*):  __Bill of Costs; Declaration of Janine Jasso In
Support of Plaintiff's Bill of Costs as Prevailing Party of My 11 U.S.C. 523(a)(7) Claim and Pursuant to Fed. R.
Bankr. P. 7054(b), LBR 7054-1__ will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
__5/15/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined
that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

See NEF for confirmation of electronic transmission to the U.S. trustee, any trustee in this case, and to any attorneys who
received service by NEF.

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _05/15/2025_____, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR AND DEFENDANT
JAMIE LYNN GALLIAN
16222 MONTEREY LANE, SPC 376
HUNTINGTON BEACH, CA 92649

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _05/15/25_____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

The Honorable Scott Clarkson, USBC
411 West Fourth St, Ste 5130
Santa Ana, CA 92701

Courtesy Copy via email: Eric Isreal, Esq., epi@lnbyg.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05-15-2025 | David Jasso | _Don Jasso_ (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.